CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq. (admission pro hac vice pending)
Bonnie L. Pollack, Esq. (admission pro hac vice pending)
Kelly McNamee, Esq. (admission pro hac vice pending)
Kyriaki A. Christodoulou, Esq. (admission pro hac vice pending)
(516) 357-3700

*Proposed Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
    THE COLLEGE OF SAINT ROSE,                                :   Case No. 24-24-11131 (REL)
                                                              :
                                    Debtor.                   :
                                                              :
------------------------------------------------------------- x

## APPLICATION FOR AN ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The College of Saint Rose, debtor and debtor-in-possession (the "Debtor" or the "College"), by and through its proposed attorneys Cullen and Dykman LLP, hereby submits this application (the "Application") for entry of an order pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") extending the Debtor's time to file its schedules of assets and liabilities and statement of financial affairs (collectively, the "Schedules"), in substantially the form annexed hereto as **Exhibit A** (the "Proposed Order"), and respectfully represents as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.　The predicate for the relief sought herein is Rule 1007(c) of the Bankruptcy Rules.

## INTRODUCTION

3.　On October 10, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq., (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of New York (this "Court").

4.　The Debtor has remained in possession of its property and continues in the operation and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5.　No official committee of unsecured creditors has been appointed by the Office of the United States Trustee for the Northern District of New York (the "U.S. Trustee") in this Chapter 11 case.

6.　Simultaneously with the filing of its petition, the Debtor filed the declaration of Marcia J. White (the "First Day Declaration") pursuant to Local Rule 2015-2 of the Local Bankruptcy Rules for the Northern District of New York (the "Local Rules"), the contents of which are incorporated herein by reference.

## RELIEF REQUESTED

7.　Pursuant to Rule 1007(c) of the Bankruptcy Rules, a debtor is required to file its Schedules within fifteen (15) days of the filing of its voluntary petition, unless a court grants an extension of such time.

8.　The Debtor has been spending the vast majority of its pre-Petition Date time

2

negotiating financing terms, reviewing its options for the monetization of its assets, negotiating with contract vendees and its unions and most importantly ensuring that its student body is able to continue with their educations. As such, an extraordinary burden was placed upon the Debtor's management team in the immediate weeks preceding the Petition Date. In addition, it is likely that during the next several weeks, the Debtor will be inundated with attendant responsibilities and requests from its vendors, lenders and other parties in interest as is customary in any large bankruptcy case. Accordingly, the Debtor requests that it be afforded an additional thirty (30) day extension to file its Schedules. The Debtor will diligently work towards the completion of the Schedules; however the strain on the Debtor's financial and management team will be lessened if the extension is granted.

9. Although the Debtor has begun to accumulate and organize the information needed, the Debtor will not likely be able to forward to counsel its complete information with sufficient time to ensure finalization of the Schedules for timely filing. At this juncture, the Debtor estimates that an extension of an additional thirty (30) days pursuant to Bankruptcy Rule 1007(c), will provide sufficient time to finalize and file the Schedules.

10. Accordingly, the Debtor is requesting an additional thirty (30) day extension of the time to file its Schedules under Bankruptcy Rule 1007(c).

## **NOTICE**

11. No trustee, examiner, or creditors' committee has been appointed in the Debtor's Chapter 11 case. Notice of this Application has been provided to (i) the Office of the United States Trustee for the Northern District of New York, (ii) the attorneys for the Debtor's pre-petition Bondholders, (iii) the attorneys for the proposed DIP Lender, (iv) the holders of the twenty (20) largest unsecured claims against the Debtor, and (v) any person who has heretofore filed a Notice of Appearance.

3

12. No prior application for the relief requested herein has been made to this or any other Court.

**WHEREFORE,** the Debtor respectfully requests that this Court enter the Proposed Order, annexed hereto as Exhibit A, extending the Debtor's time to file its Schedules, and grant such other and further relief as the Court may deem just and proper.

Dated: Albany, New York
October 10, 2024

                    CULLEN AND DYKMAN LLP

By: /s/ *Bonnie Pollack*
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Kelly McNamee, Esq.
Kyriaki A. Christodoulou, Esq.
80 State Street, Suite 900
Albany, New York 12207
(516) 357-3700
mroseman@cullenllp.com
bpollack@cullenllp.com
kmnamee@cullenllp.com
kchristodoulou@cullenllp.com
*Proposed Counsel for The College of Saint Rose*

## **EXHIBIT "A"**

22484.3 21154676v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
In re: : Chapter 11
:
    THE COLLEGE OF SAINT ROSE, : Case No. 24-_____ (REL)
:
Debtor. :
:
------------------------------------------------------------- x

**ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the application (the "Application")[1] filed by The College of Saint Rose, the above-captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, Cullen and Dykman LLP, for the entry of an order extending the Debtor's time to file its schedules of assets and liabilities and statement of financial affairs (collectively, the "Schedules") pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure; and it appearing that the requested relief is reasonable and proper; and it appearing that proper and sufficient notice of this order and the relief

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

22484.3 21154676v1

sought in the Application has been provided; and due deliberation having been had, and good and sufficient cause appearing therefor; it is

**ORDERED,** that the time for the Debtor to file the Schedules required by Bankruptcy Rule 1007(b) be, and hereby is, enlarged and extended pursuant to Bankruptcy Rule 1007(c) for an additional thirty (30) days to _____, 2024; and it is further

**ORDERED,** that the entry of this Order shall be without prejudice to the Debtor's right to seek a further extension of the time to file its Schedules.

2