CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq. (admission pro hac vice pending)
Bonnie L. Pollack, Esq. (admission pro hac vice pending)
Kelly McNamee Esq. (admission pro hac vice pending)
Kyriaki Christodoulou, Esq. (admission pro hac vice pending)
(516) 357-3700

*Proposed Attorneys for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
THE COLLEGE OF SAINT ROSE,                                       :  Case No. 24-_____(REL)
                                                                 :
             Debtor.                                             :
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF COMMENCEMENT OF
## CHAPTER 11 CASE AND HEARING ON FIRST DAY MOTIONS

PLEASE TAKE NOTICE that, on October 10, 2024, The College of Saint Rose, the above-captioned debtor and debtor-in-possession (the "Debtor") commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, in connection with the Debtor's chapter 11 case, a hearing has been scheduled on ***October 15, 2024 at 10:00 a.m. before the Honorable Robert E. Littlefield, Jr., United States Bankruptcy Judge, in person at the United States Bankruptcy Court, James T. Foley United States Courthouse 445 Broadway, Suite 330, Albany, New York 12207 or by telephone via call-in number 518-217-2288, Conference ID# 939500229#*** (the "Hearing").

1

PLEASE TAKE FURTHER NOTICE that, at the Hearing, the Debtor will move the Bankruptcy Court for entry of the following orders:

1. <u>Notice Procedures</u> - Order Pursuant to Rule 9007 of the Federal Rules of Bankruptcy Procedure Establishing Notice Procedures.

2. <u>Extension of Time to File Schedules</u> - Order Extending Debtor's Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs.

3. <u>Cash Management</u> - Interim Order Authorizing Maintenance of Pre-Petition Bank Accounts, Continued Use of Cash Management System and to Waive Certain Operating Guidelines Related to Bank Accounts.

4. <u>Employee Wages</u> - Order Authorizing Debtors to Pay Pre-Petition Salary, Wages, Expenses and Employee Benefits and Granting Related Relief.

5. <u>Utilities</u> - Interim Order Prohibiting Utility Providers from Altering, Refusing, or Discontinuing services, Determining Adequate Assurance of Payment for Future Utility Services, Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services and Granting Related Relief.

6. <u>Insurance</u> – Interim Order Authorizing but Not Directing, the Debtor to Continue to Maintain its Prepetition Insurance Policies and Revise, Extend, Renew, Replace or Supplement Such Insurance Policies in the Ordinary Course of Business Consistent With Prepetition Practices, and Granting Related Relief.

7. <u>Cash Collateral</u>- Interim Order Authorizing the Use of Cash Collateral, Granting Adequate Protection, and Granting Related Relief.

PLEASE TAKE FURTHER NOTICE that a full set of pleadings may be obtained by contacting proposed counsel to the Debtor by email at bpollack@cullenllp.com. **Any documents requested will be forwarded to the requesting party by electronic mail.**

Dated: Albany, New York
October 10, 2024

CULLEN AND DYKMAN LLP

By: /s/   *Bonnie Pollack*
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Kelly McNamee, Esq.
Kyriaki A. Christodoulou, Esq.
80 State Street, Suite 900

Albany, New York 12207
(516) 357-3700
mroseman@cullenllp.com
bpollack@cullenllp.com
kmnamee@cullenllp.com
kchristodoulou@cullenllp.com
*Proposed Counsel for The College of Saint Rose*

3

22484.3 21210847v1