## Utility Providers

| # | Name of Utility Provider | Address | Services Provided | Last Four Digits of Account Number | Average Monthly Bill[6] |
|---|---|---|---|---|---|
| 1 | Albany Water Board | P.O. Box 4570 Buffalo, NY 14240 | Water | See attached | $4,155.00 |
| 2 | National Grid | P.O. Box 371326 Pittsburgh, PA 15250 | Electric/Gas | See attached | $39,488.00 |
| 3 | NRGB Direct Energy | P.O. Box 32179 New York, NY 10087 | | See attached | $3,390.00 |
| 4 | First Light Fiber | P.O. Box 1301 Williston, VT 05495 | Telephone/Internet | 8092 | $17,800.00 |
| 5 | Spectrum | P.O. Box 6030 Carol Stream, IL 60197 | Cable television | 9093 | $300.00 |
| 6 | Verizon | P.O. Box 408 Newark, NJ 07101 | Mobile phones | See attached | $570.00 |
| 7 | CGD Provider | (included in National Grid bill) | Solar service | See attached | (included in National Grid bill) |
| 8 | Green Street Power Partners | 355 Madison Ave., 4th Floor New York, NY 10017 | Solar service | See attached | $3,583.00 |

521839121v 2

---

[6] This amount is based on an average of the utility costs incurred in June and July 2023 and 2024, when the campus was not occupied, the same conditions as presently exists.

| | | | Albany Water Board | | |
|---|---|---|---|---|---|
| Account | Address | Organization | Service Period | Amount | Date Processed |
| 5461 | 186 Partridge | 501010 | | | |
| 5459 | 190 Partridge | 501010 | | | |
| 6463 | 340 Western | 501010 | | | |
| 6479 | 392 Western | 501010 | | | |
| 4186 | 399 Western | 501010 | | | |
| 4187 | 401 Western | 501010 | | | |
| 4190 | 413 Western | 501010 | | | |
| 6478 | 432 Western | 501010 | | | |
| 6484 | 454 Western | 501010 | | | |
| 6485 | 458 Western | 501010 | | | |
| 6486 | 460 Western | 501010 | | | |
| 2224 | 90 S. Manning | 501010 | | | |
| 6148 | 915 Madison | 501010 | | | |
| 6147 | 917 Madison | 501010 | | | |
| 6152 | 937 Madison | 501010 | | | |
| 6086 | 940 Madison | 501010 | | | |
| 6087 | 944 Madison | 501010 | | | |
| 6088 | 946 Madison | 501010 | | | |
| 6153 | 947 Madison | 501010 | | | |
| 6089 | 950 Madison | 501010 | | | |
| 6154 | 955 Madison | 501010 | | | |
| 6155 | 959 Madison | 501010 | | | |
| 6156 | 963 Madison | 501010 | | | |
| 6160 | 979 Madison | 501010 | | | |
| 6161 | 985 Madison | 501010 | | | |
| 6163 | 993 Madison | 501010 | | | |
| 6096 | 994 Madison | 501010 | | | |
| 5941 | 996 Madison | 501010 | | | |
| 6098 | 1000 Madison | 501010 | | | |
| 6165 | 1001 Madison | 501010 | | | |
| 6099 | 1002 Madison | 501010 | | | |
| 6166 | 1003 Madison | 501010 | This address is 1009 Madison. Several lots were combined t | | |
| 6100 | 1006 Madison | 501010 | | | |
| 6103 | 1020 Madison | 501010 | | | |
| | | | Physical Plant Total | $    - | |
| | | | | | |
| 5462 | 178 Partridge | 930000 | | | |
| 5460 | 188 Partricge | 930000 | | | |
| 5455 | 198 Partridge | 930000 | | | |
| 5454 | 200 Partridge | 930000 | | | |
| 5453 | 202 Partridge | 930000 | | | |
| 5452 | 204 Partridge | 930000 | | | |
| 5449 | 210 Partridge | 930000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5448 | 212 Partridge | 930000 | | | |
| 6464 | 350 Western | 930000 | | | |
| 6465 | 354 Western | 930000 | | | |
| 6466 | 358 Western | 930000 | | | |
| 6467 | 366 Western | 930000 | | | |
| 6468 | 366 Western | 930000 | | | |
| 6469 | 366 Western | 930000 | | | |
| 6470 | 366 Western | 930000 | | | |
| 6472 | 370 Western | 930000 | | | |
| 6473 | 374 Western | 930000 | | | |
| 6474 | 378 Western | 930000 | | | |
| 6475 | 380 Western | 930000 | | | |
| 6476 | 384 Western | 930000 | | | |
| 4188 | 405 Western | 930000 | | | |
| 4189 | 409 Western | 930000 | | | |
| 6481 | 442 Western | 930000 | | | |
| 6482 | 444 Western | 930000 | | | |
| 6483 | 450 Western | 930000 | | | |
| 6487 | 464 Western | 930000 | | | |
| 6074 | 908 Madison | 930000 | | | |
| 6076 | 912 Madison | 930000 | | | |
| 6149 | 921 Madison | 930000 | | | |
| 6150 | 923 Madison | 930000 | | | |
| 6082 | 930 Madison | 930000 | | | |
| 6151 | 935 Madison | 930000 | | | |
| 6090 | 956 Madison | 930000 | | | |
| 6157 | 967 Madison | 930000 | | | |
| 6093 | 968 Madison | 930000 | | | |
| 6158 | 971 Madison | 930000 | | | |
| 6094 | 972 Madison | 930000 | | | |
| 6095 | 974 Madison | 930000 | | | |
| | | | Dorms Total | $ - | |
| | | | | | |
| | | | Total | $ - | |
| | | | Less previous payments submitted | | |
| | | | Current billing | $ - | |

National Grid

| | | | |
|---|---|---|---|
| 6111 | COLLEGE OF SAINT ROSE | 1006 MADISON AVE ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 6131 | COLLEGE OF SAINT ROSE | 1020 MADISON AVE ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 6118 | COLLEGE OF ST ROSE | 186 PARTRIDGE ST ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 5138 | COLLEGE OF SAINT ROSE | 190 PARTRIDGE ST *FL 1 ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6116 | COLLEGE OF SAINT ROSE | 198 PARTRIDGE ST ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6109 | COLLEGE OF SAINT ROSE | 204 PARTRIDGE ST ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6105 | SAINT JOSEPHS SISTERS | 206 PARTRIDGE ST ALBANY NY 12203 | Electric SC1 Non Heat |
| 6101 | COLLEGE OF SAINT ROSE | 212 PARTRIDGE ST ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 5110 | COLLEGE OF SAINT ROSE | 348 WESTERN AVE ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6112 | COLLEGE OF SAINT ROSE | 350 WESTERN AVE *FL 1 ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 5117 | COLLEGE OF SAINT ROSE | 350 WESTERN AVE *HSE ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6107 | COLLEGE OF SAINT ROSE | 405 WESTERN AVE ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 3105 | COLLEGE OF ST ROSE | 444 WESTERN AVE *FL 1 ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 3101 | COLLEGE OF ST ROSE | 444 WESTERN AVE *FL 2 ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6107 | COLLEGE OF SAINT ROSE | 444 WESTERN AVE ALBANY NY 12203 | 905 Electric SC1 T&D Heat |
| 6114 | COLLEGE OF ST ROSE | 454 WESTERN AVE *FL 1, FRNT ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 3125 | COLLEGE OF ST ROSE | 454 WESTERN AVE *FL 1, REAR ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 3121 | COLLEGE OF ST ROSE | 454 WESTERN AVE *FL 2 ALBANY NY 12203 | 905 Electric SC1 T&D Heat |
| 6115 | COLLEGE OF ST ROSE | 458 WESTERN AVE ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6119 | COLLEGE OF SAINT ROSE | 460 WESTERN AVE ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 6104 | COLLEGE OF SAINT ROSE | 464 WESTERN AVE ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 1109 | COLLEGE OF ST ROSE | 90 S MANNING BLVD ALBANY NY 12203 | 903 Electric SC1 T&D Non Heat |
| 4161 | COLLEGE OF ST ROSE | 910 MADISON AVE *APT 1 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 225 | COLLEGE OF ST ROSE 2 ATTEN ED MARTIN | 914 MADISON AVE *FL 1 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 6115 | COLLEGE OF ST ROSE | 917 MADISON AVE *FL 2 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 5120 | COLLEGE OF SAINT ROSE | 917 MADISON AVE *FL 3 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 5114 | COLLEGE OF SAINT ROSE | 940 MADISON AVE *FL 1 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 5110 | COLLEGE OF SAINT ROSE | 940 MADISON AVE *FL 2 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 6112 | COLLEGE OF SAINT ROSE INCORPORATED | 950 MADISON AVE *FL 1 ALBANY NY 12208 | 001 Electric SC1 Non Heat |
| 5116 | COLLEGE OF SAINT ROSE INCORPORATED | 950 MADISON AVE *FL 2 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 1111 | COLLEGE OF SAINT ROSE INCORPORATED | 950 MADISON AVE *FL 3 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 2110 | COLLEGE OF SAINT ROSE | 956 MADISON AVE *FL 1 ALBANY NY 12208 | 905 Electric SC1 T&D Heat |
| 4218 | COLLEGE OF SAINT ROSE | 956 MADISON AVE *FL 1, FRNT ALBANY NY 12208 | 905 Electric SC1 T&D Heat |
| 6116 | COLLEGE OF SAINT ROSE | 956 MADISON AVE *FL 2, FRNT ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 6112 | COLLEGE OF SAINT ROSE | 956 MADISON AVE *FL 2, REAR ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 5112 | COLLEGE OF SAINT ROSE | 956 MADISON AVE, * ALBANY NY 12208 | 905 Electric SC1 T&D Heat |
| 5106 | COLLEGE OF ST ROSE | 959 MADISON AVE ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 6147 | COLLEGE OF SAINT ROSE | 972 MADISON AVE *FL 1, RIGHT ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |
| 6109 | COLLEGE OF SAINT ROSE | 974 MADISON AVE *FL 1 ALBANY NY 12208 | 903 Electric SC1 T&D Non Heat |

| | | | |
|---|---|---|---|
| 6108 | COLLEGE OF SAINT ROSE | 1001 MADISON AVE ALBANY NY 12208 | Electric SC2 T&D |
| 6103 | COLLEGE OF SAINT ROSE | 178 PARTRIDGE ST ALBANY NY 12203 | 005 Electric SC2 |
| 3018 | COLLEGE OF ST ROSE | 188 PARTRIDGE ST *HSE 0, . ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6112 | COLLEGE OF SAINT ROSE | 200 PARTRIDGE ST *FL 3 ALBANY NY 12203 | 950 Electric SC2 T&D |
| 3106 | COLLEGE OF ST ROSE | 208 PARTRIDGE ST *HSE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6116 | COLLEGE OF ST ROSE | 340 WESTERN AVE ALBANY NY 12203 | Electric SC2D T&D |
| 6107 | COLLEGE OF SAINT ROSE | 354 WESTERN AVE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6101 | COLLEGE OF SAINT ROSE | 356 WESTERN AVE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6101 | COLLEGE OF SAINT ROSE | 370 WESTERN AVE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6105 | COLLEGE OF SAINT ROSE | 372 WESTERN AVE *FL 1 ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6109 | COLLEGE OF SAINT ROSE | 376 WESTERN AVE *FL 1 ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6103 | COLLEGE OF SAINT ROSE | 380 WESTERN AVE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6107 | COLLEGE OF SAINT ROSE | 384 WESTERN AVE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6116 | COLLEGE OF SAINT ROSE | 399 WESTERN AVE *BSMT ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6101 | COLLEGE OF SAINT ROSE | 401 WESTERN AVE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6103 | COLLEGE OF SAINT ROSE | 409 WESTERN AVE ALBANY NY 12203 | Electric SC2 T&D |
| 6109 | COLLEGE OF SAINT ROSE | 415 WESTERN AVE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 3103 | COLLEGE OF ST ROSE | 432 WESTERN AVE, LIBRARY ALBANY NY 12203 | Electric SC2D T&D |
| 6103 | COLLEGE OF SAINT ROSE | 442 WESTERN AVE *HSE ALBANY NY 12203 | 950 Electric SC2 T&D |
| 6101 | COLLEGE OF SAINT ROSE | 450 WESTERN AVE *FL 1 ALBANY NY 12203 | 950 Electric SC2 T&D |
| 3105 | COLLEGE OF ST ROSE | 633 MORRIS ST ALBANY NY 12208 | Electric SC2D T&D |
| 5120 | COLLEGE OF SAINT ROSE | 917 MADISON AVE *BSMT ALBANY NY 12208 | 950 Electric SC2 T&D |
| 6126 | COLLEGE OF SAINT ROSE | 917 MADISON AVE *FL 1 ALBANY NY 12208 | Electric SC2D T&D |
| 6108 | COLLEGE OF SAINT ROSE | 919 MADISON AVE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 6104 | COLLEGE OF SAINT ROSE INCORPORATED | 921 MADISON AVE ALBANY NY 12208 | Electric SC2D T&D |
| 6100 | COLLEGE OF SAINT ROSE | 923 MADISON AVE ALBANY NY 12208 | Electric SC2 T&D |
| 6108 | COLLEGE OF SAINT ROSE | 935 MADISON AVE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 3109 | COLLEGE OF ST ROSE INCORPORATED | 941 MADISON AVE ALBANY NY 12208 | Electric SC2D T&D |
| 6107 | COLLEGE OF SAINT ROSE | 944 MADISON AVE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 6110 | COLLEGE OF SAINT ROSE | 946 MADISON AVE *HSE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 6100 | COLLEGE OF SAINT ROSE | 947 MADISON AVE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 6106 | COLLEGE OF SAINT ROSE | 953 MADISON AVE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 5113 | COLLEGE OF SAINT ROSE | 956 MADISON AVE *HSE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 5102 | COLLEGE OF SAINT ROSE | 963 MADISON AVE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 6100 | COLLEGE OF SAINT ROSE | 967 MADISON AVE ALBANY NY 12208 | 950 Electric SC2 T&D |
| 6221 | COLLEGE OF ST ROSE | 968 MADISON AVE *HSE ALBANY NY 12208 | Electric SC2D T&D |
| 4105 | COLLEGE OF ST ROSE | 971 MADISON AVE ALBANY NY 12208 | Electric SC2D T&D |
| 6102 | COLLEGE OF SAINT ROSE | 979 MADISON AVE ALBANY NY 12208 | Electric SC2D T&D |
| 6120 | COLLEGE OF ST ROSE | 994 MADISON AVE ALBANY NY 12208 | Electric SC2D T&D |

| | | | |
|---|---|---|---|
| 007 | COLLEGE OF ST ROSE | 1002 MADISON AVE., ALBANY NY 12208 | Electric SC3 T&D |
| 011 | COLLEGE OF SAINT ROSE | 1009 MADISON AVE., LALLY SCHOOL, ALBANY NY 12208 | Electric SC3 T&D |
| 007 | COLLEGE OF ST ROSE | 412 WESTERN AVE., ACTIVITIES CENTER ALBANY NY 12203 | Electric SC3 T&D |
| 007 | COLLEGE OF ST ROSE | 930 MADISON AVE., NEW DORMITORY ALBANY NY 12208 | Electric SC3 T&D |

| NRG Business Marketing - FY24 | | | | | |
|---|---|---|---|---|---|
| 7001 | 1009 Madison | | | | |
| 7104 | 432 Western | | | | |
| 3125 | 454 Western | | | | |
| 3121 | 454 Western | | | | |
| 6108 | 444 Western | | | | |
| 3101 | 450 Western | | | | |
| 6106 | 959 Madison | | | | |
| 6111 | 1006 Madison | | | | |
| 6106 | 1000 Madison | | | | |
| 6111 | 994 Madison | | | | |
| 6116 | 950 Madison | | | | |
| 6112 | 950 Madison | | | | |
| 6169 | 946 Madison | | | | |
| 6154 | 946 Madison | | | | |
| 6110 | 946 Madison | | | | |
| 4109 | 90 S. Manning | | | | |
| 4109 | 90 S. Manning | | | | |
| 6114 | 940 Madison | | | | |
| 6110 | 940 Madison | | | | |
| 6126 | 917 Madison | | | | |
| 6108 | 919 Madison | | | | |
| 6100 | 947 Madison | | | | |
| 6102 | 963 Madison | | | | |
| 6100 | 967 Madison | | | | |
| 6102 | 979 Madison | | | | |
| 6108 | 1001 Madison | | | | |
| 6104 | 464 Western | | | | |
| 6119 | 460 Western | | | | |
| 6115 | 458 Western | | | | |
| 6114 | 454 Western | | | | |
| 6103 | 442 Western | | | | |
| 6116 | 340 Western | | | | |
| 6138 | 190 Partridge | | | | |
| 6116 | 198 Partridge | | | | |
| 6112 | 200 Partridge | | | | |
| 6109 | 204 Partridge | | | | |
| 6105 | 206 Partridge | | | | |
| 6116 | 399 Western | | | | |
| 6103 | 409 Western | | | | |
| 6109 | 415 Western | | | | |
| 5109 | 993 Madison | | | | |
| 2109 | 633 Morris | | | | |
| 2109 | 633 Morris | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5122 | 914 Madison | | | | |
| 5112 | 956 Madison | | | | |
| 9011 | 930 Madison | | | | |
| 3106 | 208 Partridge | | | | |
| 6108 | 974 Madison | | | | |
| 6109 | 974 Madison | | | | |
| 2103 | 366 1/2 Western | | | | |
| 6116 | 972 Madison | | | | |
| 6221 | 968 Madison | | | | |
| 6116 | 956 Madison | | | | |
| 6112 | 956 Madison | | | | |
| 6129 | 956 Madison | | | | |
| 4105 | 971 Madison | | | | |
| 6107 | 944 Madison | | | | |
| 6284 | 912 Madison | | | | |
| 6128 | 910 Madison (908) | | | | |
| 6124 | 908 Madison | | | | |
| 6104 | 921 Madison | | | | |
| 6100 | 923 Madison | | | | |
| 6108 | 935 Madison | | | | |
| 6106 | 953 Madison | | | | |
| 3101 | 941 Madison | | | | |
| 6107 | 384 Western | | | | |
| 6103 | 380 Western | | | | |
| 6109 | 376 Western | | | | |
| 6105 | 372 Western | | | | |
| 6101 | 370 Western | | | | |
| 6101 | 356 Western | | | | |
| 6107 | 354 Western | | | | |
| 56112 | 350 Western | | | | |
| 6110 | 348 Western | | | | |
| 56103 | 178 Partridge | | | | |
| 6118 | 186 Partridge | | | | |
| 6285 | 188 Partridge | | | | |
| 6101 | 212 Partridge | | | | |
| 6101 | 401 Western | | | | |
| 6107 | 405 Western | | | | |
| 5102 | 366 Western | | | | |
| 5113 | 956 Madison | | | | |
| 4218 | 956 Madison | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

Verizon

| Account number | Device mar | Device model |
|---|---|---|
| 4575-00001 | APL | IPHONE SE 64GB BLACK |
| 4575-00001 | APL | IPHONE SE 256GB BLACK |
| 4099-00001 | APL | IPHONE 7 BLACK 32GB |
| 2199-00001 | NOV | JETPACK 4G LTE MHS MIFI 7730L |
| 4204-00001 | APL | IPHONE 12 64 WHITE |
| 0065-00001 | APL | IPHONE 14 PM 256 SILVER |
| 2282-00001 | APL | IPHONE XR YELLOW 64GB |

Green Street Power Partners

| Ref/Account Number | Customer |
|---|---|
| 6697 | THE COLLEGE OF SAINT |
| 6748 | THE COLLEGE OF SAINT |
| 6785 | THE COLLEGE OF SAINT |
| 6819 | THE COLLEGE OF SAINT |
| 6844 | THE COLLEGE OF SAINT |
| 6866 | THE COLLEGE OF SAINT |
| 6899 | THE COLLEGE OF SAINT |
| 6934 | THE COLLEGE OF SAINT |
| 6962 | THE COLLEGE OF SAINT |
| 6993 | THE COLLEGE OF SAINT |
| 7021 | THE COLLEGE OF SAINT |
| 7048 | THE COLLEGE OF SAINT |
| 7074 | THE COLLEGE OF SAINT |
| 7105 | THE COLLEGE OF SAINT |
| 7171 | THE COLLEGE OF SAINT |
| 7197 | THE COLLEGE OF SAINT |
| 7227 | COLLEGE OF SAINT ROS |
| 7261 | COLLEGE OF SAINT ROS |
| 7296 | COLLEGE OF SAINT ROS |
| 7326 | COLLEGE OF SAINT ROS |
| 7354 | COLLEGE OF SAINT ROS |
| 7383 | COLLEGE OF SAINT ROS |
| 7399 | COLLEGE OF SAINT ROS |
| 7433 | COLLEGE OF SAINT ROS |
| 7459 | COLLEGE OF SAINT ROS |
| 7487 | COLLEGE OF SAINT ROS |
| 7517 | COLLEGE OF SAINT ROS |
| 7547 | COLLEGE OF SAINT ROS |
| 7580 | COLLEGE OF SAINT ROS |
| 7608 | COLLEGE OF SAINT ROS |
| 7648 | COLLEGE OF SAINT ROS |
| 7681 | COLLEGE OF SAINT ROS |
| 7718 | COLLEGE OF SAINT ROS |
| 7743 | COLLEGE OF SAINT ROS |
| 7775 | COLLEGE OF SAINT ROS |
| 7805 | COLLEGE OF SAINT ROS |
| 7829 | COLLEGE OF SAINT ROS |
| 7857 | COLLEGE OF SAINT ROS |
| 7890 | COLLEGE OF SAINT ROS |
| 7915 | COLLEGE OF SAINT ROS |
| 7951 | COLLEGE OF SAINT ROS |
| 7970 | COLLEGE OF SAINT ROS |
| 7999 | COLLEGE OF SAINT ROS |
| 8031 | COLLEGE OF SAINT ROS |
| 8073 | COLLEGE OF SAINT ROS |
| 8103 | COLLEGE OF SAINT ROS |

| | |
|---|---|
| 8136 | COLLEGE OF SAINT ROS |
| 8156 | COLLEGE OF SAINT ROS |
| 8179 | COLLEGE OF SAINT ROS |
| 8208 | COLLEGE OF SAINT ROS |
| 8252 | COLLEGE OF SAINT ROS |
| 8292 | COLLEGE OF SAINT ROS |
| 8322 | COLLEGE OF SAINT ROS |
| 8351 | COLLEGE OF SAINT ROS |
| 8374 | COLLEGE OF SAINT ROS |
| 8404 | COLLEGE OF SAINT ROS |
| 8432 | COLLEGE OF SAINT ROS |
| 8456 | COLLEGE OF SAINT ROS |
| 8478 | COLLEGE OF SAINT ROS |
| 8503 | COLLEGE OF SAINT ROS |
| 8528 | COLLEGE OF SAINT ROS |