UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:  The College of Saint Rose

Debtor(s).

Case Number 24-11131-1-rel

Chapter 11

Notice of Appearance

**PLEASE TAKE NOTICE**, that the undersigned counsel, being duly admitted and good standing in the United States Bankruptcy Court for the Northern District of New York, represents Albany County Pine Hills Land Authority (hereinafter ACPHLA) in the above captioned bankruptcy case, and hereby enters an appearance pursuant to 11 U.S.C. §342(f)(1) and Bankruptcy Rule 2002 and hereby requests copies of:

(i)   All notices given or required to be given in this case; and
(ii)  All pleadings and correspondence served or required to be served in this case.

All such notices, pleadings and correspondence should be addressed as follows:

Peter A. Pastore, Esq.
O'Connell & Aronowitz, PC
54 State Street, 9th Floor
Albany, New York 12207
Tel. 518.462.5601
Fax. 518.462.2670
papastore@oalaw.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, and however transmitted or filed. The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number or email address set forth above.

Dated:  October 10, 2024

Peter A. Pastore, Esq.
Counsel for ACPHLA
O'Connell & Aronowitz, PC
54 State Street, 9th Floor
Albany, New York 12207
Tel. 518.462.5601
papastore@oalaw.com

{01544900.1}