Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036-7703
Todd C. Meyers (NY Bar No. 5502596, *pro hac vice* forthcoming)
Kymberly Kochis (NY Bar No. 4045530)
Sameer M. Alifarag (NY Bar No. 5708904, *pro hac vice* forthcoming)

*Counsel to SummitBridge National Investments VIII LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE COLLEGE OF SAINT ROSE,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-11131 (REL) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that SummitBridge National Investments VIII LLC (the "SummitBridge") hereby appears in the above-captioned cases through their counsel, Eversheds Sutherland (US) LLP ("Eversheds"). Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b), Eversheds requests that copies of all notices given or required to be given in this case or any related proceedings and copies of all papers served or required to be served in this case or related proceedings be given and served upon:

**Eversheds Sutherland (US) LLP**
Todd C. Meyers, Esq.
Kymberly Kochis, Esq.
Sameer M. Alifarag, Esq.
The Grace Building, 40th Floor

1

1114 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 389-5000  
ToddMeyers@eversheds-sutherland.com  
KymberlyKochis@eversheds-sutherland.com  
SameerAlifarag@eversheds-sutherland.com  

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes copies of all papers, including, but not limited to, filed reports, pleadings, motions, applications, petitions, notices, statements, replies, schedules, proposed plans, disclosure statements, briefs, and any responding papers filed in this case or any related proceedings and that such notice, unless otherwise directed by the Court or SummitBridge, be made via email to the persons listed above.

**PLEASE TAKE FURTHER NOTICE** that SummitBridge intends that neither this Notice of Appearance nor any other filing or claim shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the Northern District of New York (the "District Court"); (2) the right to trial by jury in any proceeding so triable in this case or any other matter, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, remedies, set-offs, or recoupments to which SummitBridge is or may be entitled to assert under agreements, at law, or in equity, with all of the foregoing being expressly preserved. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

Dated: October 10, 2024    */s/ Kymberly Kochis*  
Kymberly Kochis (NY Bar No. 4045530)  
Todd C. Meyers (NY Bar No. 5502596, *pro hac vice* forthcoming)  
Sameer M. Alifarag (NY Bar No. 5708904, *pro hac vice* forthcoming)

**EVERSHEDS SUTHERLAND (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
KymberlyKochis@eversheds-sutherland.com
ToddMeyers@eversheds-sutherland.com
SameerAlifarag@eversheds-sutherland.com

*Counsel to SummitBridge National Investments VIII LLC*

## **CERTIFICATE OF SERVICE**

I, Kymberly Kochis hereby certify that on this 10th day of October 2024, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: October 10, 2024                */s/ Kymberly Kochis*
                                        Kymberly Kochis