UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       : Chapter 11
                                                             :
THE COLLEGE OF SAINT ROSE,                                   : Case No. 24-11131 (REL)
                                                             :
         Debtor.                                             ::
-------------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. and Lemery Greisler LLC appear herein as counsel to Manufacturers and Traders Trust Company as trustee for the City of Albany Capital Resource Corporation Tax-Exempt Revenue Refunding Bonds (The College of Saint Rose Project), Series 2021, a creditor in connection with the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and request, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1) and 342, that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** | **LEMERY GREISLER LLC** |
|---|---|
| Ian A. Hammel, Esq.<br>Aaron M. Williams, Esq.<br>One Financial Center<br>Boston, Massachusetts 02111<br>Tel: 617-542-6000<br>Fax: 617-542-2241<br>E-mail: IAHammel@mintz.com<br>          AWilliams@mintz.com | Paul A. Levine, Esq.<br>677 Broadway, 8th Floor<br>Albany, New York 12207<br>Tel: (518) 433-8800<br>Fax: (518) 831-5924<br>E-mail: plevine@lemerygreisler.com |

| | |
|---|---|
| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** | **LEMERY GREISLER LLC** |
| Dallas Grey Taylor, Esq. | Meghan M. Breen, Esq. |
| 919 Third Avenue | 60 Railroad Place, Suite 502 |
| New York, NY 10022 | Saratoga Springs, New York 12866 |
| Tel: 212-935-3000 | Tel: (518) 581-8800 |
| Fax: 212-983-3115 | Fax: (518) 581-8823 |
| E-mail: DGTaylor@mintz.com | E-mail: mbreen@lemerygreisler.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

*[Signature page follows.]*

Dated: October 14, 2024

**LEMERY GREISLER LLC**

*/s/ Paul A. Levine*
Paul A. Levine, Esq.
677 Broadway, 8th Floor
Albany, New York 12207
Tel: (518) 433-8800
Fax: (518) 831-5924
E-mail: plevine@lemerygreisler.com

-and-

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

Ian A. Hammel, Esq. (*pro hac vice* pending)
Aaron M. Williams, Esq. (*pro hac vice* pending)
One Financial Center
Boston, Massachusetts 02111
Tel: 617-542-6000
Fax: 617-542-2241
E-mail: IAHammel@mintz.com
         AWilliams@mintz.com

Dallas Gray Taylor (NY Bar No. 5824552)
919 Third Avenue
New York, NY 10022
Tel: 617-542-6000
Fax: 617-542-2241
E-mail: IAHammel@mintz.com
         AWilliams@mintz.com

521900496v.1