CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq. (admission pro hac vice pending)
Bonnie L. Pollack, Esq. (admission pro hac vice pending)
Elizabeth Usinger, Esq.
Kelly McNamee, Esq. (admission pro hac vice pending)
Kyriaki Christodoulou, Esq. (admission pro hac vice pending)
(516) 357-3700

*Proposed Attorneys for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
In re:                                     :   Chapter 11
:
THE COLLEGE OF SAINT ROSE,                 :   Case No. 24-_____(REL)
:
Debtor.                         :
:
------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that The College of Saint Rose (the "Debtor"), hereby appears by its counsel, Cullen and Dykman LLP ("Cullen"). Cullen hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that Cullen be added to the official mailing matrix and service lists in this case. Cullen requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements and all other matters arising

21215108

herein or in any related adversary proceeding, be given and served on Cullen at the addresses, telephone and email address set forth below:

> Elizabeth Usinger
> Cullen and Dykman LLP
> 80 State Street, Suite 900
> Albany, New York 12207
> Telephone: (516) 357-3700
> Email: eusinger@cullenllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a consent to have Cullen accept service of process on behalf of the Debtor or a waiver of any of his rights, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Debtor may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Albany, New York
October 15, 2024

21215108

CULLEN AND DYKMAN LLP

By: /s/  *Elizabeth Usinger*
Elizabeth Usinger
80 State Street, Suite 900
Albany, New York 12207
(516) 357-3700
eusinger@cullenllp.com
*Proposed Counsel for The College of Saint Rose*

21215108