CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Proposed Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                             :

In re:                                    :    Chapter 11
                                             :

THE COLLEGE OF SAINT ROSE,     :    Case No. 24-11131 (REL)
                                             :

                      Debtor.         :
                                             :
------------------------------------------------------------------ x

## NOTICE OF PROPOSED AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 5, 2024 AT 10:00 A.M.

Date and Time**:**

      November 5, 2024 at 10:00 A.M. (Prevailing Eastern time)

Location of Hearing**:**

      United States Bankruptcy Court
      Northern District of New York
      Honorable Robert E. Littlefield, Jr.
      James T. Foley U.S. Courthouse
      445 Broadway, Suite 306
      Albany, New York, 12207

**UNCONTESTED MATTERS:**

1.    Motion For Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief (Docket No. 7).

    Response Deadline: November 1, 2024 at 4:00 P.M.

    Objections:  None as of the filing of this Agenda.

    Related Documents:

    A.    Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment For Future Utility Services, (III) Establishing Procedures For Determining Adequate Assurance of Payment, and (IV) Granting Related Relief (Filed 10/16/24; Docket No. 54)

    Status:  The hearing on this matter will go forward.

2.    Motion of the Debtor for Entry of Interim and Final Orders Authorizing Debtor to (I) Continue Its Cash Management System, (II) Maintain Existing Bank Accounts, Restricted Accounts and Credit Card, and (III) Receive a Waiver of Certain Operating Guidelines Relating to Bank Accounts (Docket No. 10).

    Response Deadline:  N/A

    Objections:  None as of the filing of this Agenda.

    Related Documents:

    B.    Interim Order (A) Authorizing the Debtor to (I) Continue its Cash Management System, (II) Maintain Existing Bank Accounts, Restricted Accounts and Credit Card, and (III) Receive a Waiver of Certain Operating Guidelines Relating to Bank Accounts (Filed 10/16/24; Docket No. 57)

    Status:  The hearing on this matter will go forward.

3.    Motion For Entry of an Order (I) Authorizing the Debtor to Continue to Maintain Prepetition Insurance Policies, and (II) Granting Related Relief (Docket No. 11)

    Response Deadline:  N/A

    Objections:  None as of the filing of this Agenda.

    Related Documents:

    A. Interim Order (I) Authorizing the Debtor to Continue to Maintain Prepetition Insurance Policies, and (II) Granting Related Relief (Filed 10/16/24; Docket No. 58)

    Status:  The hearing on this matter will go forward.

4.    Debtor's Motion for Entry of Order (A) Granting Interim Use of Cash Collateral, (B) Authorizing the Debtor to Obtain Post-Petition Financing, (C) Authorizing the Use of

Cash Collateral, (D) Granting Adequate Protection, and (E) Granting Related Relief (Docket No. 19)

Objection Deadline:  November 1, 2024 at 4:00 P.M.

Objections:  None as of the filing of this Agenda

Related Documents:

A. Interim Order (I) Authorizing Use of Pre-Petition Bond Collateral, (II) Granting Adequate Protection, And (III) Granting Related Relief (Filed 10/16/24; Docket No. 60)
B. Revised Proposed Final Order (I) Authorizing The Debtor To (A) Obtain Postpetition Financing, (B) Use Bond Collateral And (C) Grant Liens And Provide Superpriority Administrative Expense Claims, (II) Modifying Automatic Stay, And (III) Granting Related Relief (Filed 11/1/24 with Blacklined Version; Docket No. 92)

Status:  The hearing on this matter will go forward.

Dated: Albany, New York
       November 1, 2024

                                CULLEN AND DYKMAN LLP

                                By:  /s/ *Bonnie Pollack*
                                Matthew G. Roseman, Esq.
                                Bonnie L. Pollack, Esq.
                                80 State Street, Suite 900
                                Albany, New York 12207
                                (516) 357-3700
                                mroseman@cullenllp.com
                                bpollack@cullenllp.com

                                *Proposed Counsel for The College of Saint Rose*

22484.3 21230667v1