# MASTER SERVICE LIST

Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Cullen and Dykman LLP
80 State Street, Suite 900
Albany, NY 12207

United States Trustee for Region 2
11A Clinton Avenue, Room 620
Albany, NY 12207
Attn: Lisa M. Penpraze
        Harrison Strauss

City of Albany
Capital Resource Corporation
285 Delaware Avenue, 3rd Floor
Buffalo NY 14202-0000

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

P. Miyoko Sato, Esq.
Ian Hammel, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
*Counsel to Bondholders*
One Financial Center
Boston, MA 02111

SummitBridge National Investments VIII LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203
Attention: Chief Operating Officer

Todd Meyers, Esq.
*Counsel to SummitBridge National Investments VIII LLC*
Eversheds Sutherland (US) (LLP)
999 Peachtree Street, NE
Atlanta, GA 30309

1

BND Inc.
PO Box 80445 Taylors Bridge Rd
Townsend, DE 19734

Blackbaud Inc
PO Box 830413
Philadelphia, PA 19182

Constellation NewEnergy Inc
PO Box 4640
Carol Stream, IL 60197

County Waste - Clifton Park
A Waste Connections Company
PO Box 431
Clifton Park, NY 12065

Crown Castle Fiber, LLC
PO Box 32102
New York, NY 10087

Department of Labor
Unemployment Insurance
PO Box 4301
Binghamton, NY 13902

EAB
PO Box 603519
Charlotte, NC 28260

FirstLight
7890 Lehigh Crossing
Victor, NY 14564

FirstLight Fiber
PO Box 1301
Williston, VT 05495

Mark's Organic Pest Control
1 Poplar Avenue
Troy, NY 12180

NRG
Po Box 32179
New York, NY 10087

NYC & URMG
PO Box 95000-5430
Philadelphia, PA 19195

National Grid
Po Box 371376
Pittsburgh, PA 15250

Northeast HVAC Solutions
PO Box 425
Clifton Park, NY 12065

Sodexo Inc. & Associates
PO Box 360170
Pittsburgh, PA 15251

TMA Systems, LLC
1876 Utica Square, Third Floor
Tulsa, OK 74114

UHY, LLP
PO Box 72243
Cleveland, OH 44192

Usherwood Office Technology
1005 W Fayette Street
Syracuse, NY 13204

Watermark Insights, LLC
PO Box 736632
Dallas, TX 75373

iWave Information Systems, Inc.
182-134 Kent Street, 2nd Level
Charlottetown, PE C1A8R8 Canada

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney, NDNY
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198

Attorney General
of the State of New York
Charities Bureau
120 Broadway
New York, NY 10271

U.S. Securities and Exchange Commission
100 Pearl St.
Suite 20-100
New York, NY 10004-2616

Pension Benefit Guaranty Corp.
P.O. Box 151750
Alexandria, VA 22315

Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420

Peter A. Pastore, Esq.
O'Connell & Aronowitz, PC
54 State Street, 9th Floor
Albany, New York 12207

Eversheds Sutherland (US) LLP
Todd C. Meyers, Esq.
Kymberly Kochis, Esq.
Sameer M. Alifarag, Esq.
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036

Mintz, Levin, Cohn, Ferris, Glovsky
And Popeo, P.C.
Ian A. Hammel, Esq.
Aaron M. Williams, Esq.
One Financial Center
Boston, Massachusetts 02111

Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
Dallas Grey Taylor, Esq.
919 Third Avenue
New York, NY 10022

Simon J. Torres
Kelsey L. Owens
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington D.C., 20024

Beth Ann Bivona, Esq.
M & T BANK
One M&T Plaza, 8th Floor
Buffalo, New York 14203