So Ordered.

Signed this 4 day of November, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re:                                                            :    Chapter 11
:
THE COLLEGE OF SAINT ROSE,                                        :    Case No. 24-11131 (REL)
:
Debtor.                                                           :
:
------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF JONES LANG LASALLE BROKERAGE, INC. AS REAL ESTATE CONSULTANT, BROKER AND <u>ADVISORS FOR THE DEBTOR AS OF THE PETITION DATE</u>**

Upon the considering of the application (the "Application")[1] of the debtor in the above-captioned case (collectively, the "Debtor"), for entry of an order pursuant to sections 327(a) and 328 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2014 of the

---

[1] Capitalize terms used herein and not otherwise defined shall have the meaning ascribed to such terms in the Application.

Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules") and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of New York (the "Local Rules") approving the retention of Jones Lang LaSalle Brokerage, Inc. ("JLL") as the Debtor's real estate consultant, broker and advisor to assist the Debtor in selling the Debtor's Property upon the terms of the Agreement annexed to the Application as Exhibit "A"; and upon the Declaration of David Carlos in Support of Debtor's Application for order Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Authorizing the Employment of Jones Lang LaSalle Brokerage, Inc. as Real Estate Consultant, Broker and Advisor for the Debtor as of the Petition Date (the "Declaration"), annexed to the Application as Exhibit "B"; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that the relief requested in the Application is in the best interests of the estate; and the Court being satisfied, based on the representations made in the Application and the Declaration, that JLL represents or holds no interest adverse to the Debtor's estate and is disinterested under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and it appearing that due and appropriate notice of the Application has been given; and it appearing that no other or further notice be provided; and good and sufficient cause appearing therefore, it is

ORDERED, that the Application is GRANTED as provided herein; and it is further

ORDERED, that in accordance with sections 327(a) and 328 of the Bankruptcy Code, the Debtor is hereby authorized to retain JLL as its real estate consultant, broker and advisor; and it is further

ORDERED, that the terms of the Agreement, including the Fee Structure set forth therein, and the provisions relating to waivers of claims, indemnification and limitations of liability, are hereby approved; and it is further

ORDERED, that given the percentage-based fee structure and the limitation on expense reimbursement provided for in the Agreement, and given that JLL does not earn their fee until a sale(s) is approved by this Court and title passes to a buyer, JLL is excused from filing time records and interim and final fee applications in accordance with United States Trustee Guidelines for the Northern District of New York and Local Rule 2016-1, provided that the compensation and reimbursement of expenses to JLL shall be included in the order approving the sale of the Property in such amounts as will be identified on the record of the hearing to approve the sale of the Property; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #