| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The College of Saint Rose** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **24-11131** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

**Part 1:**   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................     $                     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................     $          21,929,077.14

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................     $          21,929,077.14

**Part 2:**   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............     $          50,666,558.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................     $             432,375.04

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................     +$           2,082,005.79

4.   Total liabilities ............................................................................................
   Lines 2 + 3a + 3b                                                                                          $          53,180,938.83

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The College of Saint Rose** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **24-11131** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. **Cash on hand** — $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **See Attachment A/B 3** | | | $3,159,367.69 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $3,159,367.69

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1. **United Educators** | $625,107.99 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| Debtor | **The College of Saint Rose** | Case number *(If known)* **24-11131** |
|---|---|---|
| | Name | |

| 8.1. | Travelers Insurance - Workers Compensation 2024 | $68,549.07 |
|---|---|---|
| 8.2. | Ferrilli- Software Vendor | $4,400.00 |
| 8.3. | Kessler PR Group- Public Relations Consultant | $48,000.00 |

**9.** Total of Part 2.

Add lines 7 through 8. Copy the total to line 81.

| | $746,057.06 |
|---|---|

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** Accounts receivable

11a. 90 days old or less: **347,096.59** - **0.00** = .... **$347,096.59**

<table>
<tr><td>face amount</td><td>doubtful or uncollectible accounts</td><td></td></tr>
</table>

**12.** Total of Part 3.

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $347,096.59 |
|---|---|

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** Mutual funds or publicly traded stocks not included in Part 1
Name of fund or stock:

| 14.1. | See Attachment A/B 14 | | $16,036,135.31 |
|---|---|---|---|

**15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture
Name of entity: % of ownership

**16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

**17.** Total of Part 4.

Add lines 14 through 16. Copy the total to line 83.

| | $16,036,135.31 |
|---|---|

---

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **The College of Saint Rose** | | Case number *(if known)*  **24-11131** |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies Printing, HVAC, Electrical, Plumbing, Custodial Supplies | | $226,958.69 | | $226,958.69 |

| 23. | Total of Part 5. | | $226,958.69 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture Office Furniture, Dormitory Furniture, Classroom Furniture, Bookstore Shelving, Sanctuary Furnishings | $377,877.28 | | $377,877.28 |
| 40.  Office fixtures | | | |
| 41.  Office equipment, including all computer equipment and communication systems equipment and software Computers, Monitors, Servers | $1,669.00 | | $1,669.00 |

| Debtor | **The College of Saint Rose** | | Case number *(if known)* **24-11131** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | Postage Meter, Ink Tank | $2,442.01 | $2,422.01 |

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|
| | 42.1. **Artwork- See Schedule A/B 42.1** | $69,600.00 | $69,600.00 |
| | 42.2. **Rare Books- See Schedule A/B 42.2** | $0.00 | $0.00 |
| | 42.3. **Library Books- See Schedule A/B 42.3** | $7,204.04 | $7,204.04 |
| | 42.4. **Pianos- See Schedule A/B 42.4** | $0.00 | $0.00 |
| | 42.5. **Athletic Equipment- See Schedule A/B 42.5** | $0.00 | $0.00 |
| | 42.6. **Symbolic Artifacts- See Schedule A/B 42.6** | $0.00 | $0.00 |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$458,772.33

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See Schedule A/B 47** | $38,920.00 | | $38,920.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**

| Debtor | **The College of Saint Rose** | Case number *(If known)* 24-11131 |
|--------|------------------------------|-----------------------------------|
|        | Name                          |                                   |

| machinery and equipment) | | |
|--------------------------|---|---|
| **Maintainance Equipment** | $103,000.23 | $103,000.23 |

51. **Total of Part 8.**              $141,920.23

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **See Attachment A/B 55** | Fee | $0.00 | | $0.00 |

56. **Total of Part 9.**               $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

| Debtor | **The College of Saint Rose** | Case number *(If known)* **24-11131** |
|---|---|---|
| | Name | |

| 61. | Internet domain names and websites
www.strose.edu; www.gogoldenknights.com;
www.strosechronicle.com | $0.00 | $0.00 |
|---|---|---|---|

| 62. | Licenses, franchises, and royalties |
|---|---|

| 63. | Customer lists, mailing lists, or other compilations |
|---|---|

| 64. | Other intangibles, or intellectual property |
|---|---|

| 65. | Goodwill |
|---|---|

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of
debtor's interest |
|---|---|---|
| 71. | **Notes receivable**
Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**
Life Insurance Policy- Joyce Grogan | $500,000.00 |
| 74. | **Causes of action against third parties** (whether or not a lawsuit
has been filed) | |
| 75. | **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**
Beneficiary of Estate of Richard Heuther (in litigation)
(Restricted Endowment) | $0.00 |
| | Nature of claim | |
| | Amount requested    $0.00 | |

| Debtor | **The College of Saint Rose** | Case number *(If known)*  **24-11131** |
|---|---|---|
| | Name | |

| 76. | **Trusts, equitable or future interests in property**<br>**Beneficiary of Estate of Walter Hahn (payable upon**<br>**death of 2 life estates)** | | **$312,769.24** |
|---|---|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership | |
|---|---|---|

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$812,769.24** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | The College of Saint Rose | Case number *(if known)* | 24-11131 |
|---|---|---|---|
| | Name | | |

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,159,367.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $746,057.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $347,096.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $16,036,135.31 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $226,958.69 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $458,772.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $141,920.23 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $812,769.24 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,929,077.14 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,929,077.14 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The College of Saint Rose** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **24-11131** |

☐ Check if this is an
  amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. | |

**2.1  Canon Financial Services**
Creditor's Name

**14904 Collections Center Drive**
**Chicago, IL 60693**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2020**
Last 4 digits of account number
**7002**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Office Equipment**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| $590,558.00 | $0.00 |

**2.2  City of Albany**
Creditor's Name

**Capital Resource Corporation**
**285 Delaware Avenue, 3rd Floor**
**Buffalo, NY 14202**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2021**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**See Attachment D2**

Describe the lien
**Mortgage Liens**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $50,076,000.00 | $0.00 |

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$50,666,558.00**

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Fleischer, Fleischer & Suglia, P.C. Brian M. Fleischer, Esq., Four Greentree Center, 601 Route 73 N. Marlton, NJ 08053 | Line  2.1 | |
| P. Miyoko Sato Esq. Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC-One Financial Center Boston, MA 02111 | Line  2.2 | |

**Fill in this information to identify the case:**

Debtor name    **The College of Saint Rose**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    **24-11131**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $432,375.04 | $432,375.04 |

| 2.1 | **Department of Labor Unemployment Insurance** <br> **PO Box 4301** <br> **Binghamton, NY 13902** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
|---|---|---|

Date or dates debt was incurred    **July-Sept. 2024**

Basis for the claim:   **Unemployment Insurance July 2024 to Sept 2024**

Last 4 digits of account number **4301**

Is the claim subject to offset?

■ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address <br> **Adam Tegnander** <br> **5 Weston Dr** <br> **Clifton Park, NY 12065-6023** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $276.09 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address <br> **Adrian Donnelly** <br> **12 Hillview Ter** <br> **Castleton On Hudson, NY 12033-1404** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $450.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.00**

Alattia Myers
59 Beverly Ave
Albany, NY 12206-3215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00**

Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00**

Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,251.77**

Alexandra Nelson
43A Edward Street
Cohoes, NY 12047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.23**

Allyson Hobarth
128 W Wendell St
Endicott, NY 13760-4056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$454.00**

Alp Gulden
181 S Main St
Sherborn, MA 01770-1427

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

American Indian Library Association
PO Box 41296
San Jose, CA 95160-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Amy Hunter
9661 Buttonbush Pl
Brewerton, NY 13029-9429

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.75**

Amy Romat
11245 State Route 9
Champlain, NY 12919-5045

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.23**

Ann Neilson
PO Box 171
Schaghticoke, NY 12154

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Anna Giardenelli
2004 Anthony Dr
Schenectady, NY 12303-4504

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.25**

Ave Sibaja
448 4th St Fl 2
Troy, NY 12181-5325

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,293.62**

Belfor USA Group Inc
2191 Central Avenue
Schenectady, NY 12304

Date(s) debt was incurred __

Last 4 digits of account number  4640

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Base Repairs to St. Joe's Flood Completed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,680.00**

BND Inc.
PO Box 80445 Taylors Bridge Rd
Townsend, DE 19734

Date(s) debt was incurred __

Last 4 digits of account number  6722

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Contract Termination

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

---

**3.17** | Nonpriority creditor's name and mailing address

Brendan Stout
6 Overlook Ave
Greenwich, NY 12834-4001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

$32.19

---

**3.18** | Nonpriority creditor's name and mailing address

Bruce Scott
205 Consaul Rd
Albany, NY 12205-3607

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

$99.40

---

**3.19** | Nonpriority creditor's name and mailing address

Cameron Myers
109 Severson Ave
Altamont, NY 12009-7725

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.20** | Nonpriority creditor's name and mailing address

Carley Natosi
25 Howell Pl
Kearny, NJ 07032-3612

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

$18.28

---

**3.21** | Nonpriority creditor's name and mailing address

Carlos Menjivar
40 Oakwood St
Albany, NY 12208-2421

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

$428.83

---

**3.22** | Nonpriority creditor's name and mailing address

Carlos Menjivar
40 Oakwood St
Albany, NY 12208-2421

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

$36.57

---

**3.23** | Nonpriority creditor's name and mailing address

Carlos Menjivar
40 Oakwood St
Albany, NY 12208-2421

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

$193.94

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Carrie Harris**
2 Merrall Dr
Clifton Park, NY 12065-7225

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Chartrand, Shelly**
7 Artillery Approach
Mechanicville, NY 12118-3527

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Chelsea Murphy**
25 Hiawatha Dr
Clifton Park, NY 12065-7725

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,916.96 |
|---|---|---|---|

**ChemSearchFE**
236261 Network Place
Chicago, IL 60673

Date(s) debt was incurred __

Last 4 digits of account number  5766

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Christian Morrison**
1 Nates Ct
Burnt Hills, NY 12027-6711

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.54 |
|---|---|---|---|

**Chumani Ketcham**
1188 County Route 7
Hannibal, NY 13074-3303

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,689.36 |
|---|---|---|---|

**Constellation NewEnergy Inc**
PO Box 4640
Carol Stream, IL 60197

Date(s) debt was incurred __

Last 4 digits of account number  6701

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Contract Termination

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The College of Saint Rose**
_____
Name

Case number (if known)    **24-11131**

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,684.58 |
|---|---|---|---|

**County Waste - Clifton Park**
**A Waste Connections Company**
**PO Box 431**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Waste Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,894.71 |
|---|---|---|---|

**Crown Castle Fiber, LLC**
**PO Box 32102**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Contract Termination**

Last 4 digits of account number **0936**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.56 |
|---|---|---|---|

**Daniel Carr**
**859 Myrtle Ave**
**Albany, NY 12208-2607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.75 |
|---|---|---|---|

**Danielle Gill**
**34 Curt Blvd**
**Saratoga Springs, NY 12866-8913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Danielle Hunt**
**1122 Sheldon Dr**
**Altamont, NY 12009-4308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**David Considine**
**14 Windsor Ct**
**Delmar, NY 12054-4304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**David Travers**
**795 Western Tpke**
**Duanesburg, NY 12056-3801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.75**

Deanna R. Rochester
414 Fox Pointe Dr
Dover, DE 19904-1416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.50**

Deanna R. Rochester
414 Fox Pointe Dr
Dover, DE 19904-1416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.50**

Deborah Carter
775 Myrtle Ave
Albany, NY 12208-2621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

Donna Kirker
21 Mallard Dr
Rexford, NY 12148-1515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,080.00**

Dump It, LLC
5 Exchange Street
Albany, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  3268

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$503,756.03**

EAB
PO Box 603519
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  1404

Basis for the claim:  Contract Termination

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.79**

Elizabeth Evans
22 Lois Ct
Albany, NY 12205-2442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72.30**

**Elizabeth Power**
7400 Wells Blvd
Hyattsville, MD 20783-1921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Elizabeth Willis**
16 Pinewood Dr
Schenectady, NY 12302-4714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Emelie Engstrom**
East 81st St
New York, NY 10028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Emily Pinkerton**
275 Woodlawn Ave
Albany, NY 12208-2503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.70**

**Emma Tuey**
270 Broome St
Catskill, NY 12414-2034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.80**

**Emma Tuey**
270 Broome St
Catskill, NY 12414-2034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.00**

**Emma Yakalis**
82 North St Apt 2
Walton, NY 13856-1340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | | Case number (if known) | 24-11131 |
|---|---|---|---|---|
| | Name | | | |

---

**3.52** | Nonpriority creditor's name and mailing address | | $277.05
---|---|---|---

Erin Lyke
1087 Scott Greene Rd
Roxbury, NY 12474-1472

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | $3.33

Fatima Khaleel
436 Elk St
Albany, NY 12206-2703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | $3.33

Fatima Khaleel
436 Elk St
Albany, NY 12206-2703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | $47,719.39

FirstLight Fiber
PO Box 1301
Williston, VT 05495

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | $9,715.84

FirstLight Fiber
PO Box 1301
Williston, VT 05495

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **October Monthly Services for Telephone and Internet**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | $14.20

Franchezca Lesley Aimee Braceros
6 Felicia Ct
Albany, NY 12205-4419

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | $250.00

Frank Ahearn
2520 Cypress Island Ct
Wellington, FL 33414-7000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.59**

Nonpriority creditor's name and mailing address

Gabriella George
374 Morris St
Albany, NY 12208-3326

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

**$7.28**

---

**3.60**

Nonpriority creditor's name and mailing address

Gia Gencic
9221 Sienna Vista Dr
Las Vegas, NV 89117-7032

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

**$365.00**

---

**3.61**

Nonpriority creditor's name and mailing address

Gina E. Zuckrow
2 Graham Pl
Ellenville, NY 12428-5616

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

**$451.40**

---

**3.62**

Nonpriority creditor's name and mailing address

Greater Worchester Community Foundation
1 Mercantile Street, Ste. 010
Worcester, MA 01608

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

**$1,500.00**

---

**3.63**

Nonpriority creditor's name and mailing address

Haleigh S. Rojas
255 Patroon Creek Blvd
Albany, NY 12206-5045

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

**$125.00**

---

**3.64**

Nonpriority creditor's name and mailing address

Hannah Deetz
101 Craigie Ave
Scotia, NY 12302-1213

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

**$53.57**

---

**3.65**

Nonpriority creditor's name and mailing address

Hannah Deetz
101 Craigie Ave
Scotia, NY 12302-1213

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

**$53.57**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.16** |
| | **Hannah Deetz** | ☐ Contingent | |
| | **101 Craigie Ave** | ☐ Unliquidated | |
| | **Scotia, NY 12302-1213** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Uncashed Check__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| | **Hannah Liscomb** | ☐ Contingent | |
| | **34 Pine Dr N** | ☐ Unliquidated | |
| | **Nassau, NY 12123-9739** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Uncashed Check__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.67** |
| | **Heather Fronckowiak** | ☐ Contingent | |
| | **16 Powerhouse Rd** | ☐ Unliquidated | |
| | **Schaghticoke, NY 12154-4001** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Uncashed Check__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.00** |
| | **Heather M. Tarbox** | ☐ Contingent | |
| | **22 Daytona Ave** | ☐ Unliquidated | |
| | **Albany, NY 12203-2517** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Uncashed Check__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
| | **Heidi Peratikos** | ☐ Contingent | |
| | **25 Queen Anne Ln** | ☐ Unliquidated | |
| | **Wappingers Falls, NY 12590-6013** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Uncashed Check__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.68** |
| | **Hellen Jumo** | ☐ Contingent | |
| | **23 Cummings Rd Apt 6** | ☐ Unliquidated | |
| | **Brighton, MA 02135-7348** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Uncashed Check__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| | **Hessem Loayza-Ladcani** | ☐ Contingent | |
| | **61 Anchor Ln** | ☐ Unliquidated | |
| | **Levittown, NY 11756-4434** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Uncashed Check__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.75**

Hosanna G. Davis
571 Center Cambridge Rd
Cambridge, NY 12816-1905

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

Hunter Devins
3040 State Route 3
Cadyville, NY 12918-1729

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$772.00**

Ilia Bakhriev
202 Ontario St Fl 2
Albany, NY 12203-1310

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,972.90**

iWave Information Systems, Inc.
182-134 Kent Street, 2nd Level
Charlottetown, PE C1A8R8 Canada

Date(s) debt was incurred __

Last 4 digits of account number  6224

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contract Termination

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

Jaime Iglehart
491 State St Apt 3A
Albany, NY 12203-1019

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$547.00**

Janice Jenkins
1216 Arley Ct
Valley Stream, NY 11580-1415

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

Jannetta Briscoe
437 Arthur St
Schenectady, NY 12306-3113

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

Jason Landry
435 East Ave
Lewiston, ME 04240-4739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.50 |
|---|---|---|---|

Jaysalee Salcedo
174 Jefferson St Apt 1
Brooklyn, NY 11206-6301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

Jeffrey Gelinas
17 Ingersoll Dr
Westfield, MA 01085-4922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.38 |
|---|---|---|---|

Jeffrey Palmer
105 Manning Blvd Apt 1
Albany, NY 12203-1739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.48 |
|---|---|---|---|

Jenna R. Muckle
272 Stuffle St
Cropseyville, NY 12052-2619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

Jennifer Lane-Byrne
1210 Hyman Ave
Bay Shore, NY 11706-5342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

Jessica Litt
409 Hackett Blvd
Albany, NY 12208-1636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.97 |
|---|---|---|---|

**Jill Hepp**
**23 W Sky Ln**
**Clifton Park, NY 12065-6774**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.34 |
|---|---|---|---|

**Jill Hepp**
**23 W Sky Ln**
**Clifton Park, NY 12065-6774**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.95 |
|---|---|---|---|

**Joanna Forrest**
**79 Locust Ave**
**Oakdale, NY 11769-1604**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.33 |
|---|---|---|---|

**John Ciano**
**121 Vermont View Dr**
**Watervliet, NY 12189-1040**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.74 |
|---|---|---|---|

**John Dzurica**
**35 Pyramid Pines Est**
**Saratoga Springs, NY 12866-9428**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Jonathan DiMario**
**60-24 68th St**
**Maspeth, NY 11378**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.71 |
|---|---|---|---|

**Josie Mertz**
**305 Fall Creek Ter**
**Stroudsburg, PA 18360-9278**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

Jovan Carpino
24A Greenlea Dr
Clifton Park, NY 12065-5705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

Julia Berak
31 Brookland Farms Rd
Paughkeepsie, NY 12601-5822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.13 |
|---|---|---|---|

Julia G. Fikar
87 S 3rd St
Bethpage, NY 11714-2607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399.74 |
|---|---|---|---|

Julia Gargano
123 Willard Ave
Staten Island, NY 10314-2274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

Julianne Keegan
14 Maple ln
Cohoes, NY 12047-2211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.36 |
|---|---|---|---|

Julie Evans
39 S 3rd St
Hudson, NY 12534-2124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|---|---|---|---|

Justin Simon
1026 Madison Ave
Troy, NY 12180-5436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.40**

Kari Francis
250 45th St Apt 2
Brooklyn, NY 11220-1006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00**

Katherine L. Rice
43 S Main St
Schaghticoke, NY 12154-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

Katherine L. Rice
43 S Main St
Schaghticoke, NY 12154-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.88**

Kelly Fagan
2352 County Route 41
Greenville, NY 12083-4626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

Kevin Zou
1731 Bay Ridge Ave
Brooklyn, NY 11204-5016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

Kimani Glanville
1029 Delamont Ave
Schenectady, NY 12307-1801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Laura Albright
8 Jefferson Rd
Glenmont, NY 12077-3302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.20**

**Liam Traynor**
668 Birchwood Park Dr
Middle Island, NY 11953-2631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.86**

**Luisa Rivas Perez**
65 Westerlo St Apt F
Albany, NY 12202-2090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**Macen Mero**
87 Macey Ln
Plattsburgh, NY 12901-5923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.75**

**Mack Cain**
PO Box 950
Oxford, NY 13830-0950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.33**

**Madison Galvin**
24 S Main Ave
Albany, NY 12208-2618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.25**

**Malak Talabah**
299 Sherman St
Albany, NY 12206-2513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.75**

**Malak Talabah**
299 Sherman St
Albany, NY 12206-2513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.75 |
|---|---|---|---|

**Malak Talabah**
299 Sherman St
Albany, NY 12206-2513

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Malcolm M. Moran**
2161 Guilderland Ave
Schenectady, NY 12306-4434

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.22 |
|---|---|---|---|

**Malcolm M. Moran**
2161 Guilderland Ave
Schenectady, NY 12306-4434

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.33 |
|---|---|---|---|

**Manideep Vanam**
445 Livingston Ave Apt 2B
Albany, NY 12206-2815

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**Margaret Fleming**
15167 23rd Ave
Whitestone, NY 11357-3709

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,724.21 |
|---|---|---|---|

**Marguerite Vanden Wyngaard**
14 Norwood Ave Fl 1
Albany, NY 12208-2815

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.17 |
|---|---|---|---|

**Maria Ollivierre**
85 Coleman St
Dorchester, MA 02125-3178

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Mark's Organic Pest Control**
1 Poplar Avenue
Troy, NY 12180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1502__

Basis for the claim: __September and October Pest Control Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Marwan Hennawi**
1 W Hills Pl
Melville, NY 11747-4119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Masconomet Regional Scholarship Foundati**
20 Endicott Road
Boxford, MA 01921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Matthew Akins**
6039 Johnston Rd
Slingerlands, NY 12159-9747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.11 |
|---|---|---|---|

**Megan Dellaratta**
67 Lebrun St
Port Jeff Sta, NY 11776-3723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Meghan Hom**
400 E 50th St
New York, NY 10022-8039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.25 |
|---|---|---|---|

**MELISSA J. MARTINEZ / Aaron M Quinones**
1375 Nelson Ave Apt 3J
Bronx, NY 10452-2442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.129** Nonpriority creditor's name and mailing address

Melissa Van De Wal
18 Villa Ave
Albany, NY 12203-3214

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.130** Nonpriority creditor's name and mailing address

Mia Grassia
36 Hemlock Ln
Bay Shore, NY 11706-7811

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☒ No ☐ Yes

$100.00

---

**3.131** Nonpriority creditor's name and mailing address

Michael Petrone
25 Durham Pl
Lake Grove, NY 11755-2847

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☒ No ☐ Yes

$50.00

---

**3.132** Nonpriority creditor's name and mailing address

Michael Sutter Company
855 Sout 430 West
Heber City, UT 84032

Date(s) debt was incurred __

Last 4 digits of account number  8648

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$1,618.28

---

**3.133** Nonpriority creditor's name and mailing address

Michelle Michaud
59 Amity St Apt 1
Cohoes, NY 12047-4102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☒ No ☐ Yes

$25.00

---

**3.134** Nonpriority creditor's name and mailing address

Mikel Azcue
366 Western Ave
Albany, NY 12203-1402

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☒ No ☐ Yes

$288.00

---

**3.135** Nonpriority creditor's name and mailing address

Miosotis Tennant
100 Union Dr Apt 415
Albany, NY 12208-3454

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☒ No ☐ Yes

$500.00

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.90 |

**Monitronics**
Dept CH 14321
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5192**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.12 |

**Nathan Greene**
28 Woodrow Ct
Troy, NY 12180-2154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.45 |

**Nathan Greene**
28 Woodrow Ct
Troy, NY 12180-2154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.23 |

**Nathan Greene**
28 Woodrow Ct
Troy, NY 12180-2154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265.71 |

**National Grid**
Po Box 371376
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Electric and Gas Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,938.38 |

**NRG**
Po Box 32179
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Electric Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,497.00 |

**NYC & URMG**
PO Box 95000-5430
Philadelphia, PA 19195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Worker's Compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The College of Saint Rose | | Case number (if known) | 24-11131 |
|---|---|---|---|---|
| | Name | | | |

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

NYS DOH Office of Health Insurance Progr
1 Commerce Plaza, 99 Washington Ave
Albany, NY 12210-2822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

NYS Higher Education
Services Corporation
99 Washington Avenu
Albany, NY 12255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$803.57**

NYS Office for People with
Develomental Disabilites
500 Balltown Road
Schenectady, NY 12304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4901**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

Nyzair L Sheldon
5 Stephen St
Albany, NY 12202-1512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.34**

Olivia Lockwood
329 Stormville Mountain Rd
Stormville, NY 12582-5521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

Opal Beyer
29 Clinton Ct
Stillwater, NY 12170-1307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.30**

Paige McCulloch
7 Lindberg Dr
Latham, NY 12110-4105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Pam Smith**
157 W 21st St
Huntington Station, NY 11746-2121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Uncashed Check

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Pension Benefit Guaranty Corp.**
P.O. Box 151750
Alexandria, VA 22315

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Pension Plan Underfunding

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.75 |

**Peter Anadio**
1180 County Highway 122
Gloversville, NY 12078-6132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Uncashed Check

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,116.75 |

**Peter Anadio**
1180 County Highway 122
Gloversville, NY 12078-6132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Uncashed Check

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Peter Post**
9137 County Rd 6
North Augusta, ON K0K 1R0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Uncashed Check

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Philip Hasin**
723 State St
Albany, NY 12203-1318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Uncashed Check

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |

**Richard Bachan**
1438 Schuyler St
Schenectady, NY 12303-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Uncashed Check

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**SALLYANN  GIESS**
305 Sandidge Way
Albany, NY 12203-3634

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Salvatore Canova**
108 Roy St
Massapequa, NY 11758-1628

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.38 |
|---|---|---|---|

**Samantha E. Zimmerman**
13 Frances Ln
Kerhonkson, NY 12446-3204

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.03 |
|---|---|---|---|

**Samara Watson**
50 Amsterdam Ave 13 G
New York, NY 10023-7424

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.99 |
|---|---|---|---|

**Sarah Heikkinen**
342 Congress St Apt 2
Troy, NY 12180-4367

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Sarah Johnson**
20 Plum Poppy S
Ballston Spa, NY 12020-4437

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.07 |
|---|---|---|---|

**Sarah L. Mattison**
366 Western Ave
Albany, NY 12203-1402

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

### 3.164

**Nonpriority creditor's name and mailing address**

Shavaria Perkins
26 Coachman Sq
Clifton Park, NY 12065

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

### 3.165

**Nonpriority creditor's name and mailing address**

Shayna Ireland
49 Wineberry Ln
Malta, NY 12020-4715

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

### 3.166

**Nonpriority creditor's name and mailing address**

Silvia Mejia
46 Cardinal Ave
Albany, NY 12208-2719

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$503.51**

### 3.167

**Nonpriority creditor's name and mailing address**

Sodexo Inc. & Associates
PO Box 360170
Pittsburgh, PA 15251

Date(s) debt was incurred _

Last 4 digits of account number  9678

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,187,686.08**

### 3.168

**Nonpriority creditor's name and mailing address**

Spectrum
PO Box 6030
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$321.93**

### 3.169

**Nonpriority creditor's name and mailing address**

State of South Carolina
Office of the Secretary of State
1205 Pendleton Street, Ste. 525
Columbia, SC 29201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Fine

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

### 3.170

**Nonpriority creditor's name and mailing address**

Stephen Trempel
1058 Woodmere Dr
Bethlehem, PA 18017-2338

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

Tanishq Iyengar
Hamilton Township 166 Crest Avenue
Trenton, NJ 08690-2104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.24**

Tatiana Sierra-Rodriquez
295 Colonie St Apt 2E
Albany, NY 12210-2561

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.30**

Tayler Silvano
16 W Erie St Apt 2
Albany, NY 12208-2404

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00**

Teresa Kessler
11 Minnowbrook Ave Apt 1
Delmar, NY 12054-2939

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Thomas Antorino
29 Gristmill Ln
Halesite, NY 11743-2134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.63**

Thomas H. Zaloga
17 Clifford Ave
Latham, NY 12110-4401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

Thomas Hoffay
38 Shadow Wood Way
Ballston Lake, NY 12019-1212

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The College of Saint Rose | | Case number (if known) | 24-11131 |
|---|---|---|---|---|
| | Name | | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Thomas Jefferson University**
4201 Henry Ave
Philadelphia, PA 19144-5409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Thomas Kelsh**
6131 Meadow Grove Loop
Wilmington, NC 28409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**Tia Monique L. Millwood**
20 State St
Otisville, NY 10963-2355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.75 |
|---|---|---|---|

**Tia Monique L. Millwood**
20 State St
Otisville, NY 10963-2355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,378.36 |
|---|---|---|---|

**TMA Systems, LLC**
1876 Utica Square, Third Floor
Tulsa, OK 74114

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  4901

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Tracy Sitterly**
5 Ridgefield Way
Watervliet, NY 12189-1667

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Tricia Pascucci**
9 Walnut Rd
Mechanicville, NY 12118-3325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The College of Saint Rose | | Case number (if known) | 24-11131 |
|---|---|---|---|---|
| | Name | | | |

---

**3.185** Nonpriority creditor's name and mailing address

Trisha Vecchione
7 Moreland Ave
latham, NY 12110-4536

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check 

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.186** Nonpriority creditor's name and mailing address

Tristan Kisling
56 Via Da Vinci
Clifton Park, NY 12065-2906

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check 

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.187** Nonpriority creditor's name and mailing address

Tucker Beaudoin
801 Rocky Ln
Bennington, VT 05201-8427

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check 

Is the claim subject to offset? ■ No ☐ Yes

**$3.07**

---

**3.188** Nonpriority creditor's name and mailing address

U.S Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Closed School Discharge Claim 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189** Nonpriority creditor's name and mailing address

UHY, LLP
PO Box 72243
Cleveland, OH 44192

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Auditing Services through 9/30/24 

Is the claim subject to offset? ■ No ☐ Yes

**$11,300.62**

---

**3.190** Nonpriority creditor's name and mailing address

Usherwood Office Technology
1005 W Fayette Street
Syracuse, NY 13204

Date(s) debt was incurred __

Last 4 digits of account number  2024 

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  October Printing and Mail Room Services 

Is the claim subject to offset? ■ No ☐ Yes

**$2,758.08**

---

**3.191** Nonpriority creditor's name and mailing address

Verizon
PO Box  408
Newark, NJ 07101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$249.06**

---

| Debtor | **The College of Saint Rose** | | Case number *(if known)* | **24-11131** |
|---|---|---|---|---|
| | Name | | | |

---

**3.192**

Nonpriority creditor's name and mailing address
**Virginia Fontanilles**
**23 King Pl**
**Westfield, MA 01085-2824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.193**

Nonpriority creditor's name and mailing address
**Vital Records Control**
**POBox 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$78.50**

---

**3.194**

Nonpriority creditor's name and mailing address
**W DANIEL BILLINGTON DMD MS PLLC**
**2 Executive Park Dr.**
**Albany, NY 12203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$460.08**

---

**3.195**

Nonpriority creditor's name and mailing address
**Watermark Insights, LLC**
**PO Box 736632**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number  **4087,4964**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No  ☐ Yes

**$122,270.50**

---

**3.196**

Nonpriority creditor's name and mailing address
**Yolanda Caldwell**
**43 Grafton Rd**
**Glenmont, NY 12077-3135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$110.67**

---

**3.197**

Nonpriority creditor's name and mailing address
**Yvonne Boyd**
**5 Jennings Dr**
**Albany, NY 12204-1757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.198**

Nonpriority creditor's name and mailing address
**Yvonne Boyd**
**5 Jennings Dr**
**Albany, NY 12204-1757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.75 |
|---|---|---|---|

**Zachary R. Ebert**
**951 South St**
**Apulia Station, NY 13020-2007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $17.22 |
|---|---|---|---|

**Zachary T. Noll**
**23 Thatcher St**
**Selkirk, NY 12158-1764**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S Dept of Education Fed. Student Aid**<br>**NY/Boston School Participation Division**<br>**32 Old Slip 25th Fl.**<br>**New York, NY 10005** | Line  3.188<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 432,375.04 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,082,005.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,514,380.83 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The College of Saint Rose** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **24-11131** |

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Boiler Preventative Mantenance** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Adirondack Combustion Technologies, Inc.** |
| | List the contract number of any government contract | | **4488 Duanesburg Road**<br>**PO Box 278**<br>**Duanesburg, NY 12056** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Fire Extinguisher Maintenance** | |
|---|---|---|---|
| | State the term remaining | **6/30/2028** | **Albany Fire Extinguisher** |
| | List the contract number of any government contract | | **215 Watervliet Shaker Road**<br>**Watervliet, NY 12189** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Semi-Annual Kitchen Fire Supression Maintenance** | |
|---|---|---|---|
| | State the term remaining | **6/30/2028** | **Albany Fire Extinguisher** |
| | List the contract number of any government contract | | **216 Watervliet Shaker Road**<br>**Watervliet, NY 12189** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Internal Pipe Inspection and Gauge Replacement** | |
|---|---|---|---|
| | State the term remaining | **6/30/2028** | **Albany Fire Protection, Inc.** |
| | List the contract number of any government contract | | **Avenue B, PO Box 429**<br>**Watervliet, NY 12189** |

| Debtor 1 | **The College of Saint Rose** | | | Case number *(if known)* | 24-11131 |
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Backflow test and inspection** | |
|---|---|---|---|
| | State the term remaining | **6/30/2028** | |
| | List the contract number of any government contract | | Albany Fire Protection, Inc. Avenue B, PO Box 429 Watervliet, NY 12189 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Quarterly Wet Pipe Sprinkler System test and Inspection** | |
|---|---|---|---|
| | State the term remaining | **6/30/2028** | |
| | List the contract number of any government contract | | Albany Fire Protection, Inc. Avenue B, PO Box 429 Watervliet, NY 12189 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Space Rental- Massry Center** | |
|---|---|---|---|
| | State the term remaining | **10/21/24** | |
| | List the contract number of any government contract | | Albany Symphony Orchestra 19 Clinton Avenue Albany, NY 12207 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment agreement for sale of pianos** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Artists Pianos 664 New Loudon Road, Suite 2 Latham, NY 12110 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Community solar distributed generation subscription** | |
|---|---|---|---|
| | State the term remaining | **12/1/2024** | |
| | List the contract number of any government contract | | Bullrock Bullrock Solar, LLC 145 Pine haven Shore Suite 1150 Shelburne, VT 05482 |

| Debtor 1 | The College of Saint Rose | | Case number *(if known)* | 24-11131 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Retirement Plan Advisory Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **Cap Financial Partners, LLC D/B/A Captrust Financial Advisors 4208 Six Forks Road Suite 1700 Raleigh, NC 27609** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement for Artwork** | |
|---|---|---|---|
| | State the term remaining | **1/31/25** | **Carlsen Gallery Inc. 9931 State Route 32 Freehold, NY 12432** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **NYC teacher education** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **Center for Integrated Teacher Education, Inc. (CITE) 3305 Jerusalem Avenue Wantagh, NY 11793** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Water treatment** | |
|---|---|---|---|
| | State the term remaining | **6/30/2025** | **ChemSearch Solutions 2727 Chemsearch Blvd Irving, TX 75062** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement: Signage in various locations** | |
|---|---|---|---|
| | State the term remaining | **12/1/2030** | **City of Albany 24 Eagle Street Albany, NY 12207** |
| | List the contract number of any government contract | | |

Debtor 1    **The College of Saint Rose**
First Name         Middle Name              Last Name

Case number *(if known)*   **24-11131**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Signage right-of-way on Partridge** | |
|---|---|---|---|
| | State the term remaining | **12/1/2030** | **City of Albany** |
| | List the contract number of any government contract | | **24 Eagle Street** |
| | | | **Albany, NY 12207** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Collection and disposal of waste materials** | |
|---|---|---|---|
| | State the term remaining | **6/30/2028** | **County Waste & Recycling** |
| | List the contract number of any government contract | | **(Master Service Agreement)** |
| | | | **PO BOX 431** |
| | | | **Clifton Park, NY 12065** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lab decommissioning** | |
|---|---|---|---|
| | State the term remaining | | **CT Male** |
| | List the contract number of any government contract | | **50 Century Hill Drive** |
| | | | **Latham, NY 12110** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Security Guards** | |
|---|---|---|---|
| | State the term remaining | | **DDCues LLC** |
| | List the contract number of any government contract | | **2023 US 9** |
| | | | **Round Lake, NY 12151** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Space Rental** | |
|---|---|---|---|
| | State the term remaining | **10/30/2024** | **Dormitory Authority of the State of New York** |
| | List the contract number of any government contract | | **516 Broadway** |
| | | | **Albany, NY 12207** |

Debtor 1    **The College of Saint Rose**                                    Case number (*if known*)   **24-11131**
     First Name     Middle Name     Last Name

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases
          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Automated Logic Controls on equipment for facilties** | |
| | State the term remaining | **6/30/2025** | **Eastern Heating and Cooling Inc.** |
| | List the contract number of any government contract | | **880 Broadway** **Albany, NY 12207** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Web services** | |
| | State the term remaining | **6/30/2025** | **Elevation 10000** |
| | List the contract number of any government contract | | **13 Cornell Rd.** **Latham, NY 12110** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Banner Software Support Services Renewal Order Form** | |
| | State the term remaining | **12/31/2024** | **Ellucian Company LLC** |
| | List the contract number of any government contract | | **2003 Edmund Halley Drive** **Reston, VA 20191** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Firewall subscription** | |
| | State the term remaining | **2/28/2025** | **EPlus Technology Inc (Palo Alto)** |
| | List the contract number of any government contract | | **13595 Dulles Technology Drive** **Herndon, VA 20171** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement (Intellecheck)** | |
| | State the term remaining | **3/31/2025** | **Evisions, Inc.** |
| | List the contract number of any government contract | | **1321 Upland Drive** **PMB 20169** **Houston, TX 77043** |

Debtor 1    The College of Saint Rose                                    Case number (if known)  24-11131
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Argos/Form Fusion software for printing and report pulling** |
| | State the term remaining | **6/30/2025** |
| | List the contract number of any government contract | |

**Evisions, Inc.**
**1321 Upland Drive**
**PMB 20169**
**Houston, TX 77043**

| | | |
|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Banner DBA and Support services** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Ferrilli**
**4 Kings Hwy E**
**Haddonfield, NJ 08033**

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Keltron Maintenance** |
| | State the term remaining | **9/12/2025** |
| | List the contract number of any government contract | |

**Fire, Security & Sound Systems Inc.**
**4 Avis Drive, Suite 110**
**Latham, NY 12110**

| | | |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Master Dark Fiber Agreement, Master Service Agreement, Service Order agreement.  Internet and Telephone Services.** |
| | State the term remaining | **3/20/2025** |
| | List the contract number of any government contract | |

**First Light**
**41 State Street, Floor 10**
**Albany, NY 12207**

| | | |
|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Space Rental-Massry Center** |
| | State the term remaining | **12/15/24** |
| | List the contract number of any government contract | |

**Friends of Chamber Music of Troy NY**
**PO Box 10191**
**Albany, NY 12201**

Debtor 1   **The College of Saint Rose**
First Name          Middle Name            Last Name                       Case number *(if known)*   **24-11131**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance broker** | |
|---|---|---|---|
| | State the term remaining | **6/30/2025** | **Gallagher Risk Management**<br>**PO Box 39735**<br>**Chicago, IL 60694** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Products and Services** | |
|---|---|---|---|
| | State the term remaining | **8/31/2025** | **GovConnection (NERCOMP Consortium)**<br>**732 Milford Road**<br>**Merrimack, NH 03054** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft office suite** | |
|---|---|---|---|
| | State the term remaining | **8/31/2025** | **GovConnection (NERCOMP Consortium)**<br>**732 Milford Road**<br>**Merrimack, NH 03054** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Community solar distributed generation subscription** | |
|---|---|---|---|
| | State the term remaining | **3/17/2041** | **Green Street Power Partner**<br>**335 Madison Avenue, 4th Floor**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Environmental systems maintenance** | |
|---|---|---|---|
| | State the term remaining | **6/30/2027** | **H.T Lyons**<br>**3 Rexford Way**<br>**Clifton Park, NY 12065** |
| | List the contract number of any government contract | | |

Debtor 1  **The College of Saint Rose**

<u>First Name</u>  <u>Middle Name</u>  <u>Last Name</u>

Case number (*if known*)  **24-11131**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Summary of Terms** | |
|---|---|---|---|
| | State the term remaining | **1/20/2025** | |
| | List the contract number of any government contract | | Hope Solar Farm LLC<br>145 Pine Haven Shores Road, Suite 1150<br>Shelburne, VT 05482 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract on one card building locking system** | |
|---|---|---|---|
| | State the term remaining | **6/30/2027** | ISC<br>(Integrated Security & Communications)<br>5 Commerece Way, Ste 150<br>Trenton, NJ 08691 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping and snow removal services (month to month)** | |
|---|---|---|---|
| | State the term remaining | **6/30/2025** | LCS Landscapes<br>42 Cottage Street<br>Poughkeepsie, NY 12601 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service Renewal** | |
|---|---|---|---|
| | State the term remaining | | Level 3 Comunications, LLC<br>PO Box 910182<br>Denver, CO 80291 |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Discretionary Investment Management for Endowment Investments** | |
|---|---|---|---|
| | State the term remaining | **3/29/2025** | LVW Advisors<br>67 Monroe Avenue<br>Pittsford, NY 14534 |
| | List the contract number of any government contract | | |

Debtor 1   **The College of Saint Rose**
    First Name       Middle Name       Last Name

Case number *(if known)*   **24-11131**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control for 80+ buildings** | |
|---|---|---|---|
| | State the term remaining | **6/30/2026** | **Mark's Organic Pest Control**<br>**1 Poplar Ave**<br>**Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Employee benefit mangager** | |
|---|---|---|---|
| | State the term remaining | | **Marshall and Sterling**<br>**30 Corporate Drive**<br>**Halfmoon, NY 12065** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Diploma Printing and Diploma Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **4/25/2026** | **Michael Sutter Company**<br>**855 South 430 West**<br>**Heber City, UT 84032** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work- Pension plan termination** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Milliman, Inc**<br>**PO Box 75553**<br>**Chicago, IL 60675** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Health insurance plan consultant** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **MVP Select Care**<br>**PO Box 26864**<br>**New York, NY 10087** |
| | List the contract number of any government contract | | |

Debtor 1    **The College of Saint Rose**                                         Case number *(if known)*    **24-11131**
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Degree Verify Agreement for Educational Recruitment** | |
|---|---|---|---|
| | State the term remaining | | **National Student Clearinghouse** |
| | List the contract number of any government contract | | **2300 Dulles Station Boulevard, Suite 300 Herndon, VA 20171** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas - Renewal** | |
|---|---|---|---|
| | State the term remaining | **12/31/24** | **NBR  (fka Direct Energy Business Marketing LLC dba Direct Energy Business** |
| | List the contract number of any government contract | | **804 Carnegie Center Drive Princeton, NJ 08540** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Subscription for Trustee meetings** | |
|---|---|---|---|
| | State the term remaining | **6/29/2025** | **OnBoard** |
| | List the contract number of any government contract | | **333 N Alabama Street, Suite 300 Indianapolis, IN 46204** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator Maintenance** | |
|---|---|---|---|
| | State the term remaining | | **Otis Elevator** |
| | List the contract number of any government contract | | **20 Loudonville Road Albany, NY 12204** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lifts: Lubricate and Survey Service** | |
|---|---|---|---|
| | State the term remaining | | **Otis Elevator** |
| | List the contract number of any government contract | | **20 Loudonville Road Albany, NY 12204** |

Debtor 1    **The College of Saint Rose**
    First Name      Middle Name      Last Name

Case number *(if known)*   24-11131

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Agreement - solar | |
|---|---|---|---|
| | State the term remaining | 1/17/2040 | Salmon River Solar LLC PowerMarket 15 Metrotech Center, 19th Floor Brooklyn, NY 11201 |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Community solar subscription agreement | |
|---|---|---|---|
| | State the term remaining | 3/31/2046 | Saratoga Solar II, LLC Landmark Square, Suite 320 Stamford, CT 06901 |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Athletic Website Mantenance | |
|---|---|---|---|
| | State the term remaining | 6/30/2025 | Sidearms 109 S. Warren Street, Suite 600 Syracuse, NY 13202 |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Internet and security system | |
|---|---|---|---|
| | State the term remaining | | Spectrum PO Box 6030, Carol Stream, IL 60197 |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Solar Energy agreement | |
|---|---|---|---|
| | State the term remaining | 5/28/2025 | Sunvestment Energy Group Bullrock Solar 45 Pine Haven Shores Road, Suite 1150 Shelburne, VT 05482 |
| | List the contract number of any government contract | | |

| Debtor 1 | The College of Saint Rose | | | Case number *(if known)* | **24-11131** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | 1099-MISC/NEC, 1098 and 1095 Processing Services Agreement | |
|---|---|---|---|
| | State the term remaining | 12/31/2024 | Tab Service Company |
| | List the contract number of any government contract | | 310 S. Racine Avenue Chicago, IL 60607 |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Carrier and Trane Chiller Preventative Maintenance | |
|---|---|---|---|
| | State the term remaining | 6/30/2025 | Tri County Refrigeration, Inc. |
| | List the contract number of any government contract | | 126 West Beecher Hill Road Owego, NY 13827 |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Space Rental- Nolan Gymnasium | |
|---|---|---|---|
| | State the term remaining | 11/14/24 | University at Albany Athletics Departmen |
| | List the contract number of any government contract | | 1400 Washington Avenue Albany, NY 12222 |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Printing and Mailing Service agreement (wind down extension) | |
|---|---|---|---|
| | State the term remaining | | Usherwood |
| | List the contract number of any government contract | | 1005 W Fayette Street Syracuse, NY 13204 |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Inventory software | |
|---|---|---|---|
| | State the term remaining | 12/31/2024 | Vertere Data |
| | List the contract number of any government contract | | 747 Aquidneck Avenue Middletown, RI 02842 |

| Debtor 1 | The College of Saint Rose | | Case number (if known) | 24-11131 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Elevator Inspections** | |
|---|---|---|---|
| | State the term remaining | 7/30/2027 | **Vertical Transportation Consulting LLC** |
| | List the contract number of any government contract | | **430 Franklin Street**<br>**Schenectady, NY 12305** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Community solar subscription agreement** | |
|---|---|---|---|
| | State the term remaining | 12/19/2045 | **Washington Avenue Solar** |
| | List the contract number of any government contract | | **Landmark Square, Suite 320**<br>**Stamford, CT 06901** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Agreement** | |
|---|---|---|---|
| | State the term remaining | 6/30/2025 | **Zoom Video Communications Inc.** |
| | List the contract number of any government contract | | **55 Almaden Blvd, Suite 600**<br>**San Jose, CA 95113** |

**Fill in this information to identify the case:**

Debtor name    **The College of Saint Rose**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    **24-11131**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                              Column 2: **Creditor**

|      | Name | Mailing Address | | Name | Check all schedules that apply: |
|------|------|-----------------|--|------|--------------------------------|
| 2.1  |      | Street<br><br>City  State  Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2  |      | Street<br><br>City  State  Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3  |      | Street<br><br>City  State  Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4  |      | Street<br><br>City  State  Zip Code | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **The College of Saint Rose**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    **24-11131**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $219,940.90 |
| **For prior year:**<br>From  **7/01/2023** to  **6/30/2024** | ■ Operating a business<br>☐ Other _____ | $66,627,231.97 |
| **For year before that:**<br>From  **7/01/2022** to  **6/30/2023** | ■ Operating a business<br>☐ Other _____ | $76,327,300.50 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2024** to **Filing Date** | **Investment Income, Sale of Assets, Fund-raising** | $569,769.19 |
| **For prior year:**<br>From  **7/01/2023** to  **6/30/2024** | **Investment Income, Sale of Assets, Fund-raising** | $6,896,860.23 |
| **For year before that:**<br>From  **7/01/2022** to  **6/30/2023** | **Investment Income, Sale of Assets, Fund-raising** | $6,397,661.39 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor    **The College of Saint Rose**                                                 Case number (if known)  24-11131

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  See Attachment SOFA 3 | | **$4,824,320.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Marcia J. White**<br>432 Western Avenue<br>Albany, NY 12203<br>**President** | 10/1/23-9/30/24 | $344,226.70 | **Compensation and Reimbursement of Expenses** |
| 4.2.  **Elizabeth Thomson**<br>432  Western Avenue<br>Albany, NY 12203<br>**Secretary** | 10/1/23-9/30/24 | $299,374.96 | **Compensation and Reimbursement of Expenses** |
| 4.3.  **Debra Lee Polley**<br>432 Western Avenue<br>Albany, NY 12203<br>**Treasurer** | 10/1/23-9/30/24 | $349,702.54 | **Compensation and Reimbursement of Expenses** |
| 4.4.  **Margaret McLane**<br>432 Western Avenue<br>Albany, NY 12203<br>**Vice President** | 10/1/23-9/30/24 | $340,650.04 | **Compensation and Reimbursement of Expenses** |

---

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

---

| Debtor | The College of Saint Rose | Case number *(if known)* | 24-11131 |
|---|---|---|---|

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| M&T as Administrative Agent for 2021 Bondholders | Sweep of 3 bank accoounts<br>Last 4 digits of account number: _____ | 6/7/2024 | $3,853,320.28 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Barry Davis and Jaime Davis v. The College of Saint Rose | Loss due to Closing ($5,000) | Albany City Court<br>Small Claims Part<br>24 Eagle Street<br>Albany, NY 12207 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Canon Financial Services v. The College of Saint Rose | Monies owed | United States District Court<br>Northern District of New York<br>James T. Foley Courthouse<br>445 Broadway, Room 347<br>Albany, NY 12207 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor   **The College of Saint Rose**                                   Case number *(if known)*   **24-11131**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cullen and Dykman LLP**<br>**80 State Street, Suite 900**<br>**Albany, NY 12207** | **Includes $25,000 Retainer** | **6/1/24-10/9/<br>24** | **$473,512.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **FTI Consulting**<br>**16701 Medford Blvd, Ste 200**<br>**Bowie, MD 20715** | **Includes $100,000 Retainer** | **6/1/24-10/9/<br>24** | **$462,385.70** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Nolan Heller Kauffman, LLP**<br>**80 State Street, 11th Fl.**<br>**Albany, NY 12207** | | **8/1/24-10/9/<br>24** | **$59,754.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **The College of Saint Rose**                                     Case number *(if known)*  **24-11131**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | **See Attachment SOFA 13** | | | **$3,832,020.77** |
| | Relationship to debtor | | | |

---

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

|    Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Student Social Security Numbers, Drivers Licenses,
Tax Returns, Medical Records, Credit Card Information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:
Name of plan                                                              Employer identification number of the plan
**The College of Saint Rose 403(b) Retirement Plan**          EIN:  **14-1338371**

Has the plan been terminated?
☐ No
■ Yes

| Debtor | The College of Saint Rose | Case number *(if known)* 24-11131 |
| --- | --- | --- |

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **See Attachment SOFA 18** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$114,827.43** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **The College of Saint Rose**                          Case number (if known)  24-11131

---

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service |
| | | From-To |
| 26a.1. | Debra Lee Polley | 1/13/17-10/9/24 |
| | 432 Western Avenue | |
| | Albany, NY 12203 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | | Date of service |
| | | From-To |
| 26b.1. | UHY LLP | 07/01/22-10/9/24 |
| | 4 Tower Place | |
| | Executive Park | |
| | 7th Fl. | |
| | Albany, NY 12203 | |

Debtor    The College of Saint Rose                                    Case number *(if known)* 24-11131

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    Department of Veterans Affairs<br>Veterans Benefit Administration<br>Education Services<br>810 Vermont Avenue, NW<br>Washington, DC 20420 | March 2024 to May 2024 |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    NYS Department of Financial Services<br>1 State Street<br>New York, NY 10004 | March 2023 to July 2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    The College of Saint Rose<br>432 Western Avenue<br>Albany, NY 12203 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.    See Attachment SOFA 26d

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1    Debra Lee Polley | 2024 | |

Name and address of the person who has possession of inventory records

The College of Saint Rose
432 Western Avenue
Albany, NY 12203

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marcia J. White | 432 Western Avenue<br>Albany, NY 12203 | President | |

Debtor    The College of Saint Rose                                    Case number (if known)    24-11131

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Margaret McLane | 432 Western Avenue Albany, NY 12203 | Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elizabeth Thomson | 432 Western Avenue Albany, NY 12203 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Debra Lee Polley | 432 Western Avenue Albany, NY 12203 | Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Stone | 432 Western Avenue Albany, NY 12203 | Chair of Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sr. Mary Anne Heenan | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michelle Borisenok | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sharon Duker | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sr. Diane Zigo | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Barba | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sr. Danielle Bonetti | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rita Crotty | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Denise DiNoto | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

Debtor    **The College of Saint Rose**                    Case number *(if known)*  **24-11131**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sr. Margaret Edic | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Ryan Halliday | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Sr. Katherine Hanley | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| George R. Hearst III | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Julie Massry Knox | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Sr. Joan Lescinski | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| I. Norman Massry | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Matthew Mataraso | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Lee McElroy, Jr. | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Daniel P. Nolan | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Kathleen Ricker | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |
| Sr. Patricia St. John | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

Debtor    **The College of Saint Rose**                                    Case number (if known)  **24-11131**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Sandman | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sr. J. Elizabeth Van Deusen | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harold Williams | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Hai Ling | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sr. Miriam Ukeritis | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael O'Hanlon | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kevin O'Connor | 432 Western Avenue Albany, NY 12203 | Board of Trustees | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor    The College of Saint Rose    Case number (if known)    24-11131

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Marcia J. White<br>432 Western Avenue<br>Albany, NY 12203 | $344,226.70 | 10/1/23-9/30/24 | Compensation and Reimbursement of Expenses |
| | Relationship to debtor<br>President | | | |
| 30.2 | Elizabeth Thomson<br>432 Western Avenue<br>Albany, NY 12203 | $299,374.96 | 10/1/23-9/30/24 | Compensation and Reimbursement of Expenses |
| | Relationship to debtor<br>Secretary | | | |
| 30.3 | Debra Lee Polley<br>432 Western Avenue<br>Albany, NY 12203 | $349,702.54 | 10/1/23-9/30/24 | Compensation and Reimbursement of Expenses |
| | Relationship to debtor<br>Treasurer | | | |
| 30.4 | Margaret McLane<br>432 Western Avenue<br>Albany, NY 12203 | $340,650.04 | 10/1/23-9/30/24 | Compensation and Reimbursement of Expenses |
| | Relationship to debtor<br>Vice President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

   Name of the parent corporation                    Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ■ Yes. Identify below.

   Name of the pension fund                           Employer Identification number of the pension fund

   The College of Saint Rose Non-Contract Employees' Pension Plan    EIN:    14-1338371

Debtor    **The College of Saint Rose**                                    Case number *(if known)*  **24-11131**

---

| Part 14: | Signature and Declaration |
|---|---|

> **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 5, 2024**

**/s/ Marcia J. White**                                    **Marcia J. White**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes