# Attachment A/B 14

| Restricted Investments | | | | | |
|---|---|---|---|---|---|
| Fidelity Investments | Short Term Fund Huether Funds | Brokerage Account (Greypoint LLC) | *1082 | $ | 2,639,058.39 |
| Fiduciary Trust/ Key Private Bank | Charitable Gift Annuity Funds | Investment Manager (Key Bank) | *7430 | $ | 108,106.37 |
| Wilmington Trust | Endowment Funds | Investment Manager(LVW Advisors) | *0107 | $ | 13,288,970.55 |
| Total Investments at cost value | | | | $ | 16,036,135.31 |