# Attachment A/B 55

The College of Saint Rose

Property List

| Tax Map # | | Street # | Street Name | |
|---|---|---|---|---|
| 64.58-1- | 19 | 90 | S Manning | |
| 64.59-4- | 3 | 1020 | Madison | |
| 64.60-1- | 4 | 399 | Western | |
| 64.60-1- | 8 | 415 | Western | |
| 64.60-1- | 8.401 | 401 (415) | Western | |
| 64.60-1- | 8.405 | 405 (415) | Western | |
| 64.60-1- | 8.409 | 409 (415) | Western | |
| 64.60-1- | 9 | 417 | Western | *driveway* |
| 64.60-1- | 20 | Paper Street | Hudson (157 Erie) | parking/driveway |
| 64.60-2- | 1 | 420 (400) | Western | |
| 64.60-2- | 2 | 420 (404) | Western | |
| 64.60-2- | 3 | 420 (408) | Western | |
| 64.60-2- | 4 | 428 | Western | *riley plaza (Western)* |
| 64.60-2- | 5 | 432 | Western | |
| 64.60-2- | 6 | 438 | Western | *driveway* |
| 64.60-2- | 7 | 442 | Western | |
| 64.60-2- | 8 | 444 | Western | |
| 64.60-2- | 9 | 450 | Western | |
| 64.60-2- | 10 | 454 | Western | |
| 64.60-2- | 11 | 458 | Western | |
| 64.60-2- | 12 | 460 | Western | |
| 64.60-2- | 13 | 464 | Western | |
| 64.60-2- | 18 | 1009 (1015) | Madison | |
| 64.60-2- | 19 | 1009 (1009) | Madison | |
| 64.60-2- | 20 | 1009 (1007) | Madison | |
| 64.60-2- | 21 | 1009 (1005) | Madison | |
| 64.60-2- | 22 | 1009 (1003) | Madison | |
| 64.60-2- | 23 | 1001 | Madison | |
| 64.60-2- | 25 | 993 | Madison | |
| 64.60-2- | 26 | 989 | Madison | *riley plaza (Madison)* |
| 64.60-2- | 27 | 985 (983) | Madison | |
| 64.60-2- | 28 | 979 | Madison | |
| 64.68-1- | 1 | 392 (394) | Western | |
| 64.68-1- | 2 | 384 | Western | |
| 64.68-1- | 3 | 380 | Western | |
| 64.68-1- | 4 | 376 (378) | Western | |
| 64.68-1- | 5 | 374 | Western | |
| 64.68-1- | 6 | 368 (370) | Western | |
| 64.68-1- | 7 | 366 A&B (366) | Western | |
| 64.68-1- | 8 | 358 | Western | |
| 64.68-1- | 9 | 354 | Western | |
| 64.68-1- | 10 | 350 | Western | |
| 64.68-1- | 11 | 178 | Partridge | |
| 64.68-1- | 12 | 186 | Partridge | |
| 64.68-1- | 13 | 188 | Partridge | |
| 64.68-1- | 14 | 190 | Partridge | |
| 64.68-1- | 15 | 192 | Partridge | *vacant lot* |
| 64.68-1- | 16 | 194 | Partridge | *vacant lot* |

4/23/2024

1of 2

The College of Saint Rose

Property List

| Tax Map # | | Street # | Street Name | |
|---|---|---|---|---|
| 64.68-1- | 17 | 196 | Partridge | *vacant lot* |
| 64.68-1- | 18 | 198 | Partridge | |
| 64.68-1- | 20 | 200/202 | Partridge | |
| 64.68-1- | 21 | 204 | Partridge | |
| 64.68-1- | 22 | 206 | Partridge | |
| 64.68-1- | 23 | 210 | Partridge | |
| 64.68-1- | 24 | 212 | Partridge | |
| 64.68-1- | 44 | 917 | Madison | |
| 64.68-1- | 45 | 919 (915) | Madison | |
| 64.68-1- | 46 | 921 | Madison | |
| 64.68-1- | 47 | 923 | Madison | |
| 64.68-1- | 48 | 935 | Madison | |
| 64.68-1- | 49 | 939-943 (937) | Madison | |
| 64.68-1- | 50 | 939-943 (943) | Madison | |
| 64.68-1- | 51 | 947 | Madison | |
| 64.68-1- | 52 | 953 (955) | Madison | |
| 64.68-1- | 53 | 959 | Madison | |
| 64.68-1- | 54 | 963 | Madison | |
| 64.68-1- | 55 | 967 | Madison | |
| 64.68-1- | 56 | 971 | Madison | |
| 64.68-1- | 57 | 975 | Madison | *Alumni garden* |
| 64.68-2- | 1 | 1006 | Madison | |
| 64.68-2- | 2 | 1002 | Madison | |
| 64.68-2- | 3 | 996-1000 (1000) | Madison | |
| 64.68-2- | 3.637 | R637-659 | Morris | |
| 64.68-2- | 4.2 | 994 | Madison | |
| 64.68-2- | 7 | 968-974 (968) | Madison | |
| 64.68-2- | 8.2 | 962 | Madison | *vacant lot* |
| 64.68-2- | 10 | 956 | Madison | |
| 64.68-2- | 12 | 946-950 | Madison | |
| 64.68-2- | 13 | 944 | Madison | |
| 64.68-2- | 14 | 940 | Madison | |
| 64.68-2- | 17 | 930 | Madison | |
| 64.68-2- | 23 | 912 | Madison | |
| 64.68-2- | 25 | 908 | Madison | |
| 64.68-2- | 70 | R573-583 | Morris | *parking* |
| 64.68-2- | 72 | R936-958 | Madison | *parking* |
| 64.68-3- | 12 | 568 | Morris | |
| 65.61-2- | 1 | 340 | Western | |
| 76.70-1- | 28 | NA | S O'Connell | *vacant lot* |
| 76.70-1- | 29 | NA | S O'Connell | *vacant lot* |
| 76.70-1- | 30 | NA | S O'Connell | *vacant lot* |
| 76.70-1- | 31 | NA | S O'Connell | *vacant lot* |
| 76.70-1- | 32 | NA | S O'Connell | *vacant lot* |
| 76.70-1- | 33 | NA | S O'Connell | *vacant lot* |
| 76.70-1- | 34 | NA | S O'Connell | *vacant lot* |

4/23/2024

2of 2