<u>Attachment SoFA 3</u>

| Vendor Name | Check/Electronic Date | Check Amount | Address | Reason for Payment |
|---|---|---|---|---|
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 89.46 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 123.12 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 129.96 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 136.80 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 239.40 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 266.76 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 410.40 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 526.68 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 574.56 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 636.12 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 1,162.80 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 1,292.76 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 2,045.16 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 3,385.80 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 7/24/2024 | 9,302.40 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| ALBANY WATER BOARD | 10/4/2024 | 116.28 | PO Box 1966, Albany, New York 12201 | Suppliers or vendors |
| **ALBANY WATER BOARD Total** | | **22,406.58** | | |
| Arthur J Gallagher Risk Managem | 8/1/2024 | 39,654.90 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 8/8/2024 | 390,656.37 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 8/8/2024 | 2,133.00 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 8/8/2024 | 8,027.00 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 8/8/2024 | 2,650.00 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 8/22/2024 | 2,650.00 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 8/22/2024 | 2,133.00 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 8/29/2024 | 18,926.95 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 9/26/2024 | 10,905.00 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 9/26/2024 | 2,650.00 | 125 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| Arthur J Gallagher Risk Managem | 9/25/2024 | 911,776.52 | 126 Broad St  Boston, MA 02110-3042 | Suppliers or vendors |
| **Arthur J Gallagher Risk Management Services Total** | | **1,392,162.74** | | |
| Artist Pianos LTD | 7/12/2024 | 22,280.00 | 664 New Loudon Road Suite 2, Latham, NY 12110 | Services |
| Artist Pianos LTD | 7/16/2024 | 7,200.00 | 664 New Loudon Road Suite 2, Latham, NY 12110 | Services |
| Artist Pianos LTD | 7/26/2024 | 1,360.00 | 664 New Loudon Road Suite 2, Latham, NY 12110 | Services |
| Artist Pianos LTD | 8/16/2024 | 5,580.00 | 664 New Loudon Road Suite 2, Latham, NY 12110 | Services |
| Artist Pianos LTD | 9/23/2024 | 9,084.00 | 665 New Loudon Road Suite 2, Latham, NY 12110 | Services |
| Artist Pianos LTD | 10/3/2024 | 46,834.08 | 666 New Loudon Road Suite 2, Latham, NY 12110 | Services |
| **Artist Pianos LTD Total** | | **92,338.08** | | |
| Belfor Property Restoration | 9/5/2024 | 3,293.63 | 75 Virginia Rd   White Plains, NY 10603-1430 | Suppliers or vendors |
| Belfor Property Restoration | 9/5/2024 | 19,105.76 | 75 Virginia Rd   White Plains, NY 10603-1430 | Suppliers or vendors |
| **Belfor Property Restoration Total** | | **22,399.39** | | |
| Chemsearch | 7/25/2024 | 1,916.96 | PO Box 25   Monmouth Junction, NJ 08852-0025 | Suppliers or vendors |
| Chemsearch | 9/19/2024 | 1,916.96 | PO Box 25   Monmouth Junction, NJ 08852-0025 | Suppliers or vendors |
| Chemsearch | 9/19/2024 | 2,398.45 | PO Box 25   Monmouth Junction, NJ 08852-0025 | Suppliers or vendors |
| Chemsearch | 10/3/2024 | 1,916.96 | PO Box 25   Monmouth Junction, NJ 08852-0025 | Suppliers or vendors |
| Chemsearch | 10/3/2024 | 1,798.45 | PO Box 25   Monmouth Junction, NJ 08852-0025 | Suppliers or vendors |
| **Chemsearch Total** | | **9,947.78** | | |
| County Waste-Clifton Park | 7/18/2024 | 632.75 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/1/2024 | 347.25 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/1/2024 | 757.00 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/15/2024 | 470.52 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/15/2024 | 738.50 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/15/2024 | 967.50 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/15/2024 | 250.00 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/15/2024 | 627.00 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/15/2024 | 143.11 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 8/29/2024 | 250.00 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 9/5/2024 | 4,582.58 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 10/3/2024 | 508.00 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| County Waste-Clifton Park | 10/3/2024 | 487.00 | PO Box 431   Clifton Park, NY 12065-0431 | Suppliers or vendors |
| **County Waste-Clifton Park Total** | | **10,161.21** | | |

| | | | | |
|---|---|---|---|---|
| Cullen and Dykman LLP | 8/1/2024 | 112,905.00 | 100 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 8/15/2024 | 41,406.00 | 100 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 8/15/2024 | 53,322.50 | 100 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 8/15/2024 | 7,544.50 | 100 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 9/26/2024 | 17.17 | 100 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 9/26/2024 | 139,014.00 | 100 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 10/7/2024 | 25,000.00 | 101 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 10/7/2024 | 208,795.00 | 102 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| Cullen and Dykman LLP | 10/9/2024 | 70,526.00 | 103 Quentin Roosevelt Blvd Ste 402  Garden City, NY 11530-4850 | Services |
| **Cullen and Dykman LLP Total** | | **658,530.17** | | |
| Dilworth Paxson LLP | 7/25/2024 | 7,168.50 | PO Box 825921  Philadelphia, PA 19182-0001 | Services |
| Dilworth Paxson LLP | 8/29/2024 | 8,305.16 | PO Box 825921  Philadelphia, PA 19182-0001 | Services |
| **Dilworth Paxson LLP Total** | | **15,473.66** | | |
| Dump It LLC | 8/8/2024 | 3,800.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| Dump It LLC | 8/15/2024 | 4,400.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| Dump It LLC | 8/22/2024 | 2,600.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| Dump It LLC | 8/22/2024 | 2,800.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| Dump It LLC | 9/5/2024 | 2,800.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| Dump It LLC | 9/5/2024 | 6,400.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| Dump It LLC | 9/19/2024 | 3,000.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| Dump It LLC | 9/19/2024 | 500.00 | 5 Exchange St  Albany, NY 12205 | Suppliers or vendors |
| **Dump It LLC Total** | | **26,300.00** | | |
| Eastern Heating and Cooling, Inc | 7/25/2024 | 1,429.15 | 60 Loudonville Rd  Albany, NY 12204-1513 | Suppliers or vendors |
| Eastern Heating and Cooling, Inc | 10/3/2024 | 13,831.25 | 60 Loudonville Rd  Albany, NY 12204-1513 | Suppliers or vendors |
| **Eastern Heating and Cooling, Inc. Total** | | **15,260.40** | | |
| Elsevier B.V. | 8/15/2024 | 37,287.85 | The Oxford Fulfillment Center PO Box 64245  Baltimore, MD 21264-0001 | Suppliers or vendors |
| **Elsevier B.V. Total** | | **37,287.85** | | |
| FirstLight | 7/18/2024 | 17,970.83 | 54 State St Fl 5  Albany, NY 12207-2500 | Suppliers or vendors |
| FirstLight | 8/8/2024 | 17,961.56 | 54 State St Fl 5  Albany, NY 12207-2500 | Suppliers or vendors |
| FirstLight | 9/26/2024 | 2,990.68 | 54 State St Fl 5  Albany, NY 12207-2500 | Suppliers or vendors |
| **FirstLight Total** | | **38,923.07** | | |
| FTI | 7/17/2024 | 102,894.20 | 16701 Melford Blvd., Suite 200, Bowie, MD 20715 | Services |
| FTI | 8/27/2024 | 81,790.70 | 16701 Melford Blvd., Suite 700, Bowie, MD 20715 | Services |
| FTI | 9/26/2024 | 88,492.40 | 16702 Melford Blvd., Suite 700, Bowie, MD 20715 | Services |
| FTI | 10/7/2024 | 89,208.40 | 16703 Melford Blvd., Suite 700, Bowie, MD 20715 | Services |
| FTI | 10/7/2024 | 100,000.00 | 16704 Melford Blvd., Suite 700, Bowie, MD 20715 | Services |
| **FTI Total** | | **462,385.70** | | |
| Gov Connection | 8/12/2024 | 17,166.76 | 732 Milford Road, Merrimack, NH 03054 | Suppliers or vendors |
| Gov Connection | 8/12/2024 | 7,054.80 | 732 Milford Road, Merrimack, NH 03054 | Suppliers or vendors |
| **Gov Connection Total** | | **24,221.56** | | |
| Green Street Power Partners | 8/1/2024 | 61.91 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 62.73 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 28.25 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 162.69 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 203.90 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 98.23 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 67.63 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 34.58 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 55.79 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 35.70 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 35.29 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 32.13 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 22.75 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 47.94 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 47.53 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 7.45 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 14.08 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 6.22 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 11.02 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 35.90 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 23.56 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 78.64 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 25.09 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 3.26 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 6.32 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 26.52 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 65.69 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 13.16 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 54.98 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 361.59 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 135.35 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 133.01 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 346.39 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 132.70 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 42.64 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 27.74 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 26.83 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 122.81 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 80.78 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 99.14 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 195.43 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 13.77 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |

| | | | | |
|---|---|---|---|---|
| Green Street Power Partners | 8/1/2024 | 50.39 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 64.77 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 214.61 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 41.00 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 314.98 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 0.12 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 16.83 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 4.79 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 50.08 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 25.81 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 5.61 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 2.86 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 8/1/2024 | 183.19 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 6.94 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 14.38 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 6.32 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 11.42 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 25.30 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 14.59 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 80.38 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 14.89 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 3.37 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 9.38 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 26.83 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 115.57 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 55.18 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 6.12 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 44.06 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 28.36 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 48.86 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 13.57 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 37.03 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 73.95 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 188.80 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 144.94 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 317.42 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 160.85 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 38.35 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 56.92 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 19.69 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 23.26 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 50.80 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 26.93 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 55.59 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 24.07 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 96.08 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 124.13 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 66.91 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 30.50 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 13.26 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 46.21 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 36.01 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 178.19 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 27.34 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 32.64 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 439.31 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 0.31 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 14.08 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 6.12 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 47.74 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 49.06 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 9.28 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 25.70 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 6.12 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 2.96 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 154.84 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 9/3/2024 | 210.53 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 53.45 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 112.99 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 229.40 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 150.65 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 66.71 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 39.18 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 34.27 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 212.79 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 6.22 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 42.33 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 203.49 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 10.71 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 13.87 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 25.81 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 44.06 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |

| | | | | |
|---|---|---|---|---|
| Green Street Power Partners | 10/8/2024 | 6.22 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 51.31 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 121.28 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 13.06 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 6.94 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 3.57 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 14.18 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 7.34 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 22.85 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 16.83 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 27.64 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 37.13 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 87.21 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 11.73 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 80.07 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 22.85 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 18.97 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 58.45 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 31.72 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 131.27 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 24.09 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 9.49 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 13.77 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 1.02 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 77.93 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 153.41 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 406.16 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 20.40 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 42.13 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 30.29 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 154.84 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 47.12 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 11.53 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 6.94 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 14.18 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 39.07 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 38.66 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 22.13 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 30.91 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 781.68 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 5.92 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| Green Street Power Partners | 10/8/2024 | 3.06 | 1 Landmark Square, Suite 320, Stamford, CT 06901 | Suppliers or vendors |
| **Green Street Power Partners Total** | | **11,374.88** | | |
| Greenberg Traurig, LLP | 8/1/2024 | 24,350.00 | 8400 NW 36th St Ste 400   Doral, FL 33166-6657 | Services |
| Greenberg Traurig, LLP | 8/29/2024 | 50.00 | 8400 NW 36th St Ste 400   Doral, FL 33166-6657 | Services |
| **Greenberg Traurig, LLP Total** | | **24,400.00** | | |
| Guardian | 7/18/2024 | 2,437.39 | PO Box 677458   Dallas, TX 75267-7458 | Suppliers or vendors |
| Guardian | 8/22/2024 | 3,251.74 | PO Box 677458   Dallas, TX 75267-7458 | Suppliers or vendors |
| Guardian | 8/22/2024 | 2,230.73 | PO Box 677458   Dallas, TX 75267-7458 | Suppliers or vendors |
| Guardian | 10/3/2024 | 1,343.48 | PO Box 677458   Dallas, TX 75267-7458 | Suppliers or vendors |
| **Guardian Total** | | **9,263.34** | | |
| Helen Gurley Brown Foundation | 7/15/2024 | 10.00 | 300 W 57th Street,  Floor 42, New York, NY 10019 | Other Return of unuse |
| Helen Gurley Brown Foundation | 7/18/2024 | 542,115.28 | 300 W 57th Street,  Floor 42, New York, NY 10019 | Other Return of unuse |
| **Helen Gurley Brown Foundation Total** | | **542,125.28** | | |
| Janitronics Inc | 8/22/2024 | 8,700.00 | 1988 Central Ave PO Box 12729  Albany, NY 12205-4595 | Suppliers or vendors |
| Janitronics Inc | 9/5/2024 | 9,014.94 | 1988 Central Ave PO Box 12729  Albany, NY 12205-4595 | Suppliers or vendors |
| **Janitronics Inc Total** | | **17,714.94** | | |
| Kessler PR Group Evergreen | 8/2/2024 | 15,000.00 | 802 W. Park Ave., Bldg 3, Suite 301, Ocean Township, NJ 07712 | Services |
| Kessler PR Group Evergreen | 10/7/2024 | 48,000.00 | 802 W. Park Ave., Bldg 3, Suite 301, Ocean Township, NJ 07712 | services |
| **Kessler PR Group Evergreen Total** | | **63,000.00** | | |
| LCS Landscapes NY | 7/18/2024 | 8,161.44 | 42 Cottage St  Poughkeepsie, NY 12601 | Suppliers or vendors |
| LCS Landscapes NY | 7/25/2024 | 15,400.00 | 42 Cottage St  Poughkeepsie, NY 12601 | Suppliers or vendors |
| LCS Landscapes NY | 8/15/2024 | 1,213.53 | 42 Cottage St  Poughkeepsie, NY 12601 | Suppliers or vendors |
| LCS Landscapes NY | 9/5/2024 | 15,400.00 | 42 Cottage St  Poughkeepsie, NY 12601 | Suppliers or vendors |
| **LCS Landscapes NY Total** | | **40,174.97** | | |
| Level 3 Communications, LLC | 8/1/2024 | 4,821.25 | PO Box 172567   Denver, CO 80217-2567 | Suppliers or vendors |
| Level 3 Communications, LLC | 8/1/2024 | 4,821.25 | PO Box 172567   Denver, CO 80217-2567 | Suppliers or vendors |
| Level 3 Communications, LLC | 9/5/2024 | 4,821.25 | PO Box 172567   Denver, CO 80217-2567 | Suppliers or vendors |
| Level 3 Communications, LLC | 10/3/2024 | 4,821.25 | PO Box 172567   Denver, CO 80217-2567 | Suppliers or vendors |
| **Level 3 Communications, LLC Total** | | **19,285.00** | | |
| LVW Advisors, LLC | 9/19/2024 | 25,000.00 | 67 Monroe Ave   Pittsford, NY 14534-1319 | Services |
| **LVW Advisors, LLC Total** | | **25,000.00** | | |
| Maggulli Law Firm, PLLC | 7/15/2024 | 13,456.65 | 20 Corporate Woods Blvd, Albany, NY 12211 | Services |
| Maggulli Law Firm, PLLC | 7/30/2024 | 9,654.07 | 20 Corporate Woods Blvd, Albany, NY 12211 | Services |
| Maggulli Law Firm, PLLC | 8/29/2024 | 9,892.29 | 20 Corporate Woods Blvd, Albany, NY 12211 | Services |
| Maggulli Law Firm, PLLC | 9/23/2024 | 12,258.31 | 20 Corporate Woods Blvd, Albany, NY 12211 | Services |
| **Maggulli Law Firm, PLLC Total** | | **45,261.32** | | |
| Marshall & Sterling Employee Be | 8/8/2024 | 907.50 | 42 South St   Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/5/2024 | 907.50 | 42 South St   Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/12/2024 | 25.00 | 42 South St   Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/15/2024 | 86.98 | 42 South St   Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/16/2024 | 8.93 | 42 South St   Glens Falls, NY 12801-3531 | Services |

| | | | | | |
|---|---|---|---|---|---|
| Marshall & Sterling Employee Be | 7/16/2024 | 35.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/16/2024 | 40.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/17/2024 | 10.19 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/19/2024 | 25.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/23/2024 | 29.78 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/23/2024 | 400.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/23/2024 | 101.96 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/24/2024 | 216.66 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/24/2024 | 200.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/25/2024 | 18.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/26/2024 | 15.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/26/2024 | 49.28 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/29/2024 | 13.60 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/30/2024 | 225.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 7/30/2024 | 82.12 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/5/2024 | 125.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/5/2024 | 297.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/6/2024 | 23.24 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/6/2024 | 119.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/7/2024 | 216.66 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/7/2024 | 200.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/12/2024 | 25.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/21/2024 | 216.66 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/21/2024 | 200.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/27/2024 | 40.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 8/29/2024 | 43.57 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/3/2024 | 7.91 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/3/2024 | 24.77 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/4/2024 | 297.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/4/2024 | 216.66 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/4/2024 | 200.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/6/2024 | 59.99 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/18/2024 | 26.32 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/18/2024 | 25.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/18/2024 | 216.66 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/18/2024 | 200.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/19/2024 | 54.16 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/19/2024 | 20.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/24/2024 | 54.16 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/24/2024 | 20.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 9/25/2024 | 9.50 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 10/2/2024 | 270.82 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 10/2/2024 | 220.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 10/3/2024 | 297.00 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 10/8/2024 | 23.49 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 10/9/2024 | 527.97 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| Marshall & Sterling Employee Be | 10/9/2024 | 149.13 | 42 South St | Glens Falls, NY 12801-3531 | Services |
| **Marshall & Sterling Employee Benefits, Inc. Total** | | 7,824.17 | | | |
| Michael Sutter Company | 8/8/2024 | 5,013.76 | 855 S 430 W | Heber City, UT 84032-2276 | Suppliers or vendors |
| Michael Sutter Company | 8/8/2024 | 3,866.40 | 855 S 430 W | Heber City, UT 84032-2276 | Suppliers or vendors |
| Michael Sutter Company | 9/5/2024 | 983.94 | 855 S 430 W | Heber City, UT 84032-2276 | Suppliers or vendors |
| **Michael Sutter Company Total** | | 9,864.10 | | | |
| Middlestates | 8/2/2024 | 14,643.00 | 1007 North Orange Street, 4th Floor, MB #166, Wilmington, DE 19801 | | Services |
| **Middlestates Total** | | 14,643.00 | | | |
| MVP Select Care | 7/18/2024 | 84,449.80 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/18/2024 | (9,223.73) | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 9/5/2024 | 55,960.33 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 9/26/2024 | 29,659.46 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/15/2024 | 1,127.44 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/21/2024 | 3,650.86 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 8/23/2024 | 1,043.99 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/15/2024 | 116.00 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/17/2024 | 563.41 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/24/2024 | 412.43 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/29/2024 | 3.95 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 7/31/2024 | 140.00 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 8/6/2024 | 134.00 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 8/7/2024 | 1,230.49 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 8/8/2024 | 100.00 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 9/11/2024 | 77.84 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 9/11/2024 | 51.31 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 9/18/2024 | 845.00 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 9/25/2024 | 134.66 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| MVP Select Care | 10/9/2024 | 10,316.85 | PO Box 26864 Group 244069 Subg 0001 | New York, NY 10087-6864 | Suppliers or vendors |
| **MVP Select Care Total** | | 180,794.13 | | | |
| National Grid | 7/18/2024 | 44,198.26 | 300 Erie Blvd W | Syracuse, NY 13202-4250 | Suppliers or vendors |
| National Grid | 8/1/2024 | 122.73 | 300 Erie Blvd W | Syracuse, NY 13202-4250 | Suppliers or vendors |
| National Grid | 8/1/2024 | 47,746.72 | 300 Erie Blvd W | Syracuse, NY 13202-4250 | Suppliers or vendors |
| National Grid | 8/15/2024 | 44,991.45 | 300 Erie Blvd W | Syracuse, NY 13202-4250 | Suppliers or vendors |
| National Grid | 8/29/2024 | 45,239.78 | 300 Erie Blvd W | Syracuse, NY 13202-4250 | Suppliers or vendors |
| National Grid | 9/5/2024 | 40,017.95 | 300 Erie Blvd W | Syracuse, NY 13202-4250 | Suppliers or vendors |
| National Grid | 9/26/2024 | 45,717.09 | 300 Erie Blvd W | Syracuse, NY 13202-4250 | Suppliers or vendors |

| | | | | |
|---|---|---|---|---|
| National Grid | 10/3/2024 | 8.47 | 300 Erie Blvd W  Syracuse, NY 13202-4250 | Suppliers or vendors |
| **National Grid Total** | | 268,042.45 | | |
| Nolan Heller Kauffman, LLP | 8/29/2024 | 25,000.00 | 80 State Street 11th Floor  Albany, NY 12207 | Services |
| Nolan Heller Kauffman, LLP | 10/7/2024 | 4,948.50 | 80 State Street 11th Floor  Albany, NY 12207 | Services |
| Nolan Heller Kauffman, LLP | 10/7/2024 | 25,000.00 | 80 State Street 11th Floor  Albany, NY 12207 | Services |
| Nolan Heller Kauffman, LLP | 10/9/2024 | 4,806.00 | 80 State Street 11th Floor  Albany, NY 12207 | Services |
| **Nolan Heller Kauffman, LLP Total** | | 59,754.50 | | |
| NYS Department of Labor | 7/18/2024 | 22,479.09 | Unemployment Insurance Div PO Box 1939  Albany, NY 12201-1939 | Other Payroll taxes |
| NYS Department of Labor | 7/18/2024 | 73,411.89 | Unemployment Insurance Div PO Box 1939  Albany, NY 12201-1939 | Other Payroll taxes |
| NYS Department of Labor | 7/18/2024 | 449.58 | Unemployment Insurance Div PO Box 1939  Albany, NY 12201-1939 | Other Payroll taxes |
| NYS Department of Labor | 8/1/2024 | 157.36 | Unemployment Insurance Div PO Box 1939  Albany, NY 12201-1939 | Other Payroll taxes |
| **NYS Department of Labor Total** | | 96,497.92 | | |
| NYS Tax and Finance | 7/24/2024 | 6,983.70 | PO Box 4127, Binghamton, NY 13902-4127 | Other Payroll taxes |
| NYS Tax and Finance | 8/6/2024 | 7,556.93 | PO Box 4127, Binghamton, NY 13902-4127 | Other Payroll taxes |
| NYS Tax and Finance | 8/21/2024 | 7,644.44 | PO Box 4127, Binghamton, NY 13902-4127 | Other Payroll taxes |
| NYS Tax and Finance | 9/4/2024 | 9,131.53 | PO Box 4127, Binghamton, NY 13902-4127 | Other Payroll taxes |
| NYS Tax and Finance | 9/18/2024 | 6,494.06 | PO Box 4127, Binghamton, NY 13902-4127 | Other Payroll taxes |
| NYS Tax and Finance | 10/2/2024 | 6,418.64 | PO Box 4127, Binghamton, NY 13902-4127 | Other Payroll taxes |
| NYS Tax and Finance | 7/29/2024 | 120.41 | PO Box 4127, Binghamton, NY 13902-4127 | Other Payroll taxes |
| NYS Tax and Finance | 8/12/2024 | 1,199.47 | PO Box 4127, Binghamton, NY 13902-4127 | Other Sales Tax |
| NYS Tax and Finance | 9/11/2024 | 794.45 | PO Box 4127, Binghamton, NY 13902-4127 | Other Sales Tax |
| NYS Tax and Finance | 10/3/2024 | 1,325.23 | PO Box 4127, Binghamton, NY 13902-4127 | Other Sales Tax |
| **NYS Tax and Finance Total** | | 47,668.86 | | |
| Otis Elevator | 8/15/2024 | 3,575.84 | PO Box 13716  Newark, NJ 07188-3716 | Suppliers or vendors |
| Otis Elevator | 8/15/2024 | 599.94 | PO Box 13716  Newark, NJ 07188-3716 | Suppliers or vendors |
| Otis Elevator | 8/15/2024 | 3,575.84 | PO Box 13716  Newark, NJ 07188-3716 | Suppliers or vendors |
| Otis Elevator | 8/29/2024 | 3,575.84 | PO Box 13716  Newark, NJ 07188-3716 | Suppliers or vendors |
| Otis Elevator | 9/26/2024 | 599.94 | PO Box 13716  Newark, NJ 07188-3716 | Suppliers or vendors |
| Otis Elevator | 9/26/2024 | 3,575.84 | PO Box 13716  Newark, NJ 07188-3716 | Suppliers or vendors |
| Otis Elevator | 9/26/2024 | 5,062.06 | PO Box 13716  Newark, NJ 07188-3716 | Suppliers or vendors |
| **Otis Elevator Total** | | 20,565.30 | | |
| SecureScan | 7/25/2024 | 7,036.58 | 1060 Broadway  Menands, NY 12204-2507 | Suppliers or vendors |
| SecureScan | 8/8/2024 | 3,122.02 | 1060 Broadway  Menands, NY 12204-2507 | Suppliers or vendors |
| SecureScan | 9/26/2024 | 26,190.54 | 1060 Broadway  Menands, NY 12204-2507 | Suppliers or vendors |
| SecureScan | 9/26/2024 | 6,674.32 | 1060 Broadway  Menands, NY 12204-2507 | Suppliers or vendors |
| **SecureScan Total** | | 43,023.46 | | |
| Summit Investment Mnagement | 8/26/2024 | 75,000.00 | 1700 Lincoln Street, Suite 2150, Denver, CO  80203 | Other Good Faith Depo |
| **Summit Investment Mnagement LLC Total** | | 75,000.00 | | |
| TIAA | 7/10/2024 | 17,586.78 | 3965 Dallas Parkway, Frisco, TX 75034 | Other Employee retirem |
| TIAA | 7/21/2024 | 13,316.05 | 3965 Dallas Parkway, Frisco, TX 75034 | Other Employee retirem |
| TIAA | 7/26/2024 | 0.17 | 3965 Dallas Parkway, Frisco, TX 75034 | Other Employee retirem |
| **TIAA Total** | | 30,903.01 | | |
| UHY LLP | 7/18/2024 | 25,000.00 | 3386 Paysphere Cir  Chicago, IL 60674-0001 | Services |
| UHY LLP | 7/18/2024 | 21,883.75 | 3386 Paysphere Cir  Chicago, IL 60674-0001 | Services |
| UHY LLP | 7/18/2024 | 7,600.00 | 3386 Paysphere Cir  Chicago, IL 60674-0001 | Services |
| **UHY LLP Total** | | 54,483.75 | | |
| United States Treasury | 7/25/2024 | 211.40 | c/o Milliman USA 250 Washington Avenue Ext 4 Corporate Plz Albany, NY 12203-5370 | Other fee |
| United States Treasury | 8/8/2024 | 211.40 | c/o Milliman USA 250 Washington Avenue Ext 4 Corporate Plz Albany, NY 12203-5370 | Other fee |
| United States Treasury | 7/24/2024 | 34,352.43 | PO Box 806532, Cincinnati, OH 45280-6532 | Other Payroll taxes |
| United States Treasury | 8/6/2024 | 36,038.35 | PO Box 806532, Cincinnati, OH 45280-6533 | Other Payroll taxes |
| United States Treasury | 8/21/2024 | 36,628.14 | PO Box 806532, Cincinnati, OH 45280-6534 | Other Payroll taxes |
| United States Treasury | 9/4/2024 | 45,428.28 | PO Box 806532, Cincinnati, OH 45280-6535 | Other Payroll taxes |
| United States Treasury | 9/18/2024 | 29,921.03 | PO Box 806532, Cincinnati, OH 45280-6536 | Other Payroll taxes |
| United States Treasury | 10/2/2024 | 29,013.92 | PO Box 806532, Cincinnati, OH 45280-6537 | Other Payroll taxes |
| **United States Treasury Total** | | 211,804.95 | | |
| US Department of Education | 9/10/2024 | 35,770.00 | 400 Maryland Avenue, SW, Washington, DC 20202 | Other Close out Perkins |
| **US Department of Education Total** | | 35,770.00 | | |
| Usherwood Office Technology | 7/18/2024 | 195.00 | 1005 W Fayette St  Syracuse, NY 13204-2860 | Suppliers or vendors |
| Usherwood Office Technology | 8/22/2024 | 9,305.00 | 1005 W Fayette St  Syracuse, NY 13204-2860 | Suppliers or vendors |
| Usherwood Office Technology | 8/22/2024 | 195.00 | 1005 W Fayette St  Syracuse, NY 13204-2860 | Suppliers or vendors |
| Usherwood Office Technology | 9/19/2024 | 9,305.00 | 1005 W Fayette St  Syracuse, NY 13204-2860 | Suppliers or vendors |
| Usherwood Office Technology | 9/19/2024 | 195.00 | 1005 W Fayette St  Syracuse, NY 13204-2860 | Suppliers or vendors |
| **Usherwood Office Technology Total** | | 19,195.00 | | |
| Whiteman Osterman & Hanna Ll | 7/18/2024 | 5,122.50 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 7/18/2024 | 105.83 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 7/18/2024 | 12,500.00 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 7/18/2024 | 186.84 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 7/18/2024 | 2,847.50 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 8/8/2024 | 515.00 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 8/8/2024 | 520.00 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 9/5/2024 | 527.50 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| Whiteman Osterman & Hanna Ll | 10/3/2024 | 762.50 | 1 Commerce Plz  Albany, NY 12260-1000 | Services |
| **Whiteman Osterman & Hanna LLP Total** | | 23,087.67 | | |
| | | | | |
| **Grand Total** | | 4,824,320.19 | | |