# Attachment SoFA 13

Case 24-11131-1-rel    Doc 105-14    Filed 11/06/24    Entered 11/06/24 11:42:34    Desc
Attachment SOFA 13    Page 1 of 7

| Buyer Name | Address | Relationship to Debtor | Description Of Property | Bill Of Sale Date | Sales Price |
|---|---|---|---|---|---|
| Hilton Piano Center LLC | 442 Colonie Center, Albany, NY 12205 | None | Sold 6 pianos | 12/16/2022 | $ 6,600.00 |
| Matthews Buses Commercial | 4802 W Colonial Drive, Orlando, FL 32808 | None | Sold 2 shuttle buses | 1/10/2023 | $ 17,000.00 |
| Susquehanna University | 336 Fisher Hall, Selinsgrove, PA 17870 | None | Passive Avoidance chanmber and controller, science lab equipment | 1/31/2023 | $ 560.00 |
| 324 State Street, LLC | 363 Ontario Street, Suite 2, Albany, NY 12208 | None | Net proceeds from the sale of 334 Ontario Street, Albany, NY 12203 | 8/14/2023 | $ 349,729.00 |
| 423 Western LLC | 363 Ontario Street, Suite 2, Albany, NY 12208 | None | Net proceeds from the sale of 423/429 Western Avenue, Albany, NY 12203 | 8/14/2023 | $ 425,332.60 |
| St. Catherine's Center for Children | 40 North Main Avenue, Albany, NY 12203 | None | Net proceeds from the sale of 441 Western Avenue, Albany, NY 12203 | 8/25/2023 | $ 266,549.52 |
| 324 State Street, LLC | 363 Ontario Street, Suite 2, Albany, NY 12208 | None | Net proceeds from the sale of 324 State Street, Albany, NY 12207 | 10/13/2023 | $ 790,317.02 |
| Hope House, Inc. | 573 Livngston Avenue, Albany, NY 12206 | None | Net proceeds from the sale of 877 and 879 Madison Avenue, Albany, NY 12203 | 10/23/2023 | $ 857,045.00 |
| DePaula Chevrolet | 785 Central Ave, Albany, NY 12206 | None | Sale of one van | 3/18/2024 | $ 17,500.00 |
| DePaula Chevrolet | 785 Central Ave, Albany, NY 12206 | Vendor | Sale of one van | 4/25/2024 | $ 7,000.00 |
| Albany College of Pharmacy and Health Sciences | 106 New Scotland Avenue, Albany, NY 12208 | Teach Out Partner | Science Major equipment (see list in letter) | 5/22/2024 | $ 26,000.00 |
| Jacqueline A. Smith and John I. Garver | 38 Chipman Point Road, Steuben, ME 04680 | Prior Employee | Zodiac Boat and Motor | 5/23/2024 | $ 1,851.85 |
| John Mancini | 14 Vista Court, Waterford, NY 12188 | Vendor | Net proceeds from the sale of 568 Morris Hall, Albany, NY 12203 | 5/29/2024 | $ 484,914.08 |
| Ardiana Kulira | 5 Greenlawn Ct. Schenectady, NY 12304 | Prior Employee | Sale of 2 Vans | 5/30/2024 | $ 6,481.48 |
| DePaula Chevrolet | 785 Central Ave, Albany, NY 12206 | Vendor | Sale of 6 Vans | 5/30/2024 | $ 65,050.00 |
| Russel Sage College | 65 First Street, Troy, NY 12180 | Teach Out partner | Various Clinic equipment | 5/30/2024 | $ 7,174.00 |
| Maria Russo | 22 Theresa Ann Court, Albany, NY 12205 | Prior Employee | Computer | 6/14/2024 | $ 185.18 |
| Kerry Shermer | 115 Hazelhurst Ave, Albany, NY 12203 | Prior Employee | 3 Book Presses, 18 rolls Book Tapes, 15 Rolls Book Tapes, 24'x24' Cutting Board, Thread, 40 Acid-Free Gray Binders, Bricks, Betal Book Car with 3 Shelves | 6/18/2024 | $ 150.00 |
| Deed of Gift - Siena College | 515 Loudon Road, Loudonville, NY 12211 | Teach Out partner | Roger Touchscreen Mic for Jayden Beams, Wireless Lapel microphones fir Jayden Beams & Roger Focus II Touchscreen Mic for Blair Beaton | 6/18/2024 | $ - |
| Kelly Fagan | 2352 Country Route 41, Greenville, NY 12083 | Prior Employee | CSD 1150, CSD 1151, CSD 1152, CSD 1153 & CSD 1126 | 6/20/2024 | $ 92.60 |
| Eurie Dahn | 44 Colonial Ave, Albany, NY 12203 | Prior Employee | Card Catalog | 6/20/2024 | $ 25.00 |
| Steven E. Stella | 61 Iroquois Trial, Slingerlands, NY 12159 | Prior Employee | 2 Trek Bike FX 7.0, Trek Bike 820 & Quet 10'x10' Pop Up Canopy | 6/20/2024 | $ 500.00 |
| Bob Beshaw | 1 Momrow Terrace, Menands, NY 12204 | Prior Employee | DB Hampton Dumbbells 2-35 lb, 2-60 lb, 2-70 lb, Invanko -35 Lb Weight Plates & EZ Curl Bar | 6/20/2024 | $ 300.00 |
| Dong Jo Shin | 49 Neadowbrook Drive, Slingerlands, NY 12159 | Prior Employee | Special Office chair | 6/20/2024 | $ 50.00 |
| Sharon Edwards-Grant | C/O Capital City SDA Church168 South Allen Street, Albany, NY 12208 | Prior Employee | Reception Desk & 4 Vertical Filing Cabinets | 6/20/2024 | $ 90.00 |

| Buyer Name | Address | Relationship to Debtor | Description Of Property | Bill Of Sale Date | Sales Price |
|---|---|---|---|---|---|
| Ian MacDonald | 804 AL Constantino Drive, Schenectady, NY 12306 | Prior Employee | Owl Camera | 6/20/2024 | $ 200.00 |
| Vince DeRusso | 112 Gullott Drive, Schenectady, NY 12306 | Current Employee | Black Curio Cabinet | 6/20/2024 | $ 99.00 |
| Mary Fitzsimmons | 22 Miller Avenue, Albany, NY 12203 | Prior Employee | 4 6' Bookshelves | 6/20/2024 | $ 50.00 |
| Eurie Dahn | 44 Colonial Ave, Albany, NY 12203 | Prior Employee | Coat Rack | 6/21/2024 | $ 10.00 |
| Stephanie and Jordan Zareski | 18 Dyer Drive, Clifton Park, NY 12065 | Prior Employee | DB Hampton Dumbbells 2-80 lb, 2-90 lb, 2-100 lb & Hoist Weight Bench | 6/21/2024 | $ 570.00 |
| Areatha Fryar | 59 Kenosha Street, Albany, NY 12209 | Prior Employee | Primo Water Dispenser & BONSAII Shredder | 6/21/2024 | $ 69.44 |
| Theresa "T" Stillman | 308 Presidential Way, Guilderland, NY 12084 | Prior Employee | 2 Arm Chairs | 6/21/2024 | $ 150.00 |
| Sharon Edwards-Grant | C/O Capital City SDA Church 168 South Allen Street, Albany, NY 12208 | Prior Employee | Newsstand Rack | 6/24/2024 | $ 10.00 |
| Sean Wendell | 3 Merion Ave, Clifton Park, NY 12065 | Prior Employee | Avid Pro Tools/Carbon, HDX Card - computer audio interface, HD I/O, HD I/O, HD I/O, Digidesign RM2 (Pair) & Digidesign C24 | 6/24/2024 | $ 2,750.00 |
| Sean McClowry | 70 Grove Street, Apt 2, Montclair, NJ 07042 | Prior Employee | Fender-Princeton, Neumann-U87, Neumann-U89, Yamaha-CP70, Digidesign-RM1, Yamaha-NS10, Gallien Kruger MB150S, AKG-451, Avalon-U5, Eventide-H910 & 2 Univ. Audi Peak Limiter-1176 | 6/24/2024 | $ 2,500.00 |
| Emily Pinkerton | 1 Havard Avenue, Albany, NY 12208 | Prior Employee | Digidesign-RM2, Upright Student, AKG-414Xlii, VinTech-732 preamp, KRK-Rocket 5, AKG-414XLS. Warm Audio- WA2A & Warm Audio-Tube Equalizer EQPWA | 6/24/2024 | $ 1,000.00 |
| Sean McClowry | 70 Grove Street, Apt 2, Montclair, NJ 07042 | Prior Employee | Vintech-273, Marshall-JCM800, Fender-Deluxe Reverb, Grace-M905, Avalon-U5, AKG-Xlii, AKG-XLS, Sennheiser-MKH40, Sennheiser-MKH40, Art Bench, Art Bench & Kay-Bass | 6/25/2024 | $ 1,575.00 |
| Catherine Repicky | 957 Riverview Road, Rexford, NY 12148 | Prior Employee | Questop Telescope | 6/26/2024 | $ 600.00 |
| Andrew M. Lee | PO Box 182, East Chatham, NY 12060 | Prior Employee | 4 Advanced Audio - Condenser Microphone CM47ve, C47ve, CM12se & CM12SE; 2 Astatic Condencer Microphone CTM-1000 each; 3 Sennheiser - dynamic microphone MD441-U, MD421& MD421; Shure - dynamic microphone Beta52 & Avid - Computer audio interface HDX Card | 6/26/2024 | $ 2,020.00 |
| Carlsen Gallery Inc | 9931 St Rt 32 Freehold, NY 12431 | Vendor | Art work sold at auction 06/02/2024 | 6/26/2024 | $ 14,100.00 |
| Sean Wendell | 3 Merion Ave, Clifton Park, NY 12065 | Prior Employee | Ocean Way HR4 | 6/27/2024 | $ 300.00 |
| Debra Lee Polley | 578 Conover Road, Esperance, NY 12066 | Current Employee | Knight, 2 seater SR Logoed Loveseat, 3 seater SR Logoed Couch & SR Logoed Coffee Table (Payment 1 of 2) | 6/27/2024 | $ 1,119.00 |

| Buyer Name | Address | Relationship to Debtor | Description Of Property | Bill Of Sale Date | Sales Price |
|---|---|---|---|---|---|
| Jaime Iglehart | 55 South Lake Ave, Apt 27, Albany, NY 12203 | Prior Employee | Senheiser Boom Pole and Mic, 8 - Anton Bauer Batteries, Anton Bauer Charger, Light Kit w/3 lights and 3 stands, 5 Sand bags, Marantz Audio Recorder, 2 XLR Cables, 2-Sony Prof. Headphones, Senheiser Microphone, Rolling Matthes C-Stands, 4 - Senheiser Wireless Lapels, Miller Monopod, Brother Labelmaker, Novo Microphone Shock Mount, R Cameras with 50MM and 300mm lenses | 7/1/2024 | $ 970.00 |
| Karen Wesselhoeft | 607 Salvia Lane, Schenectady, NY 12303 | Prior Employee | 2 - White Medicine Cabinets | 7/1/2024 | $ 30.00 |
| Anasazi Instruments | 23 S. Westside Drive #A, New Palestine, IN 46163 | Vendor | NMR Spectrometer | 7/1/2024 | $ 1,851.85 |
| Emily Pinkerton | 1 Havard Avenue, Albany, NY 12208 | Prior Employee | Fender Guitar Amp - Deluxe | 7/1/2024 | $ 100.00 |
| Bradley Whisher | 19 Weathercrest Drive, Schenectady, NY 12302 | Prior Employee | Panasonic Rugged Tough Book | 7/10/2024 | $ 300.00 |
| Karen Haag | 19 Cambridge Road, Albany, NY 12203 | Current Employee | 15 lb Kettlebell | 7/11/2024 | $ 15.00 |
| Artist Pianos | 664 New Loundon Road, Suite 2, Latham, NY 12210 | Vendor | Pianos sold on Consignment | 7/12/2024 | $ 55,700.00 |
| Artist Pianos | 664 New LoundSeidel Road, Suite 2, Latham, NY 12210 | Vendor | Seidel Piano | 7/12/2024 | $ 18,000.00 |
| Sean McClowry | 70 Grove Street, Apt 2, Montclair, NJ 07042 | Prior Employee | (5) Avid HDIO&HDX Card, (2) Speaker Stand, (4) Stam 4000,(2) Focusrite ISA 828,(2) Sytek MPX4A, Apogee Big Ben and (4) 500 Series Rack Yamaha Tio 1608-D | 7/16/2024 | $ 890.00 |
| Andrew M. Lee | PO Box 182, East Chatham, NY 12060 | Prior Employee | (2)Taytrix gobo kits, AKG BX10 reverb, Yamaha SPX90 effects, Aviom A16-11 monitorin,(5) Audio Accessories DB-25 Patch Bay, all cabling, Tripplite SMART1500C and Generic Switched Power | 7/16/2024 | $ 775.00 |
| Andrew M. Lee | PO Box 182, East Chatham, NY 12060 | Prior Employee | 2022 Macbook Pro | 7/16/2024 | $ 800.00 |
| Janet Acker | PO Box 83 Rensselaerville, NY 12147 | Prior Employee | ThinkCentre M720s and additional monitor | 7/17/2024 | $ 130.00 |
| Sharon Edwards-Grant | 372 First Street, Floor 1, Albany, NY 12206 | Prior Employee | Lenovo ThinkPad T14 | 7/17/2024 | $ 225.00 |
| Sean Wendell | 3 Merion Ave, Clifton Park, NY 12065 | Prior Employee | Studio A Mac Studio | 7/17/2024 | $ 1,201.85 |
| Peter Riesler | 604 East Shore Road, Delanson, NY 12053 | Prior Employee | Lenovo Desktop M70s | 7/17/2024 | $ 150.00 |
| Ann Marie Rollins | 6 Summer Street, Troy, NY 12180 | Prior Employee | 1 pair 3lb & 1 pair 8lb dumbbells, Small End Table | 7/17/2024 | $ 35.00 |
| Denise Dagnino | 110 Brookline Road, M7, Ballston Spa, NY 12020 | Prior Employee | Macbook Pro 2017 | 7/17/2024 | $ 150.00 |
| Marissa Izykowski | 16 Ichabod Lane, Ballston Spa, NY 12020 | Prior Employee | Lenovo ThinkPad L14 | 7/18/2024 | $ 200.00 |
| James McDonald | 70 Parkside Drive, Poughkeepsie, NY 12603 | Prior Employee | Lenovo ThinkPad T14 | 7/18/2024 | $ 225.00 |
| Mary Fitzsimmons | 22 Miller Avenue, Albany, NY 12203 | Prior Employee | Apple iMac M3 | 7/18/2024 | $ 650.00 |
| Lisa Grant | 17 Murrlin Drive, Delmar, NY 12054 | Prior Employee | Lenovo Thinkcentre M70c | 7/18/2024 | $ 150.00 |
| Dandan Wu | 655 Salvia Lane, Schnectady, NY 12303 | Prior Employee | Lenovo Thinkcentre M720s | 7/19/2024 | $ 90.00 |
| Zhengjun Wang | 5 Hunters Run Blvd, Cohoes, NY 12047 | Prior Employee | Lenovo Thinkcentre M70c | 7/19/2024 | $ 150.00 |
| Steven Dwire | 1 Kasper Drive, Albany, NY 12211 | Prior Employee | Lenovo ThinkPad T490 Laptop | 7/19/2024 | $ 110.00 |
| Marina Vaysberg | 1 Virginia Court, Rexford, NY 12148 | Prior Employee | Lenovo Thinkcentre M70s | 7/19/2024 | $ 150.00 |
| Richard Matacchiero | 139 Fordham Road, Valatie, NY 12184 | Current Employee | Canoe | 7/19/2024 | $ 200.00 |
| Fabienne Bogardus-Street | 28 Eddie's Lane, Catskill, NY 12414 | Prior Employee | Lenovo ThinkPad T550 | 7/22/2024 | $ 50.00 |
| Katlyn Farnum | 1507 Red Mill Road, Rensselaer, NY 12144 | Prior Employee | iMac Pro 2017 | 7/22/2024 | $ 150.00 |
| Richard Matacchiero | 139 Fordham Road, Valatie, NY 12184 | Current Employee | Lenovo ThinkPad L14 | 7/23/2024 | $ 200.00 |

| Buyer Name | Address | Relationship to Debtor | Description Of Property | Bill Of Sale Date | Sales Price |
|---|---|---|---|---|---|
| Karl Power | 1127 Cushing Lane, Schenectady, NY 123030 | Prior Employee | Apple iMac Desktop - 2017 | 7/23/2024 | $ 150.00 |
| Alan Martell | 319 Wellington Road, Delmar, NY 12054 | Prior Employee | Lenovo ThinkPad Laptop T14 | 7/24/2024 | $ 225.00 |
| Sharon Jaramillo | 184 Sycamore Street, Albany, NY 12209 | Prior Employee | Macbook M2 2023 & 3 Monitors | 7/24/2024 | $ 945.00 |
| Kristi Fragnoli | 22 Carriage Hill Drive, Latham, NY 12110 | Prior Employee | Lenovo ThinkPad T470 | 7/25/2024 | $ 100.00 |
| Steven DiMarzo | 58 Grove Avenue, Albany, NY 12208 | Prior Employee | Lenovo ThinkCentre M80T | 7/25/2024 | $ 200.00 |
| Ian MacDonald | 804 AL Constantino Drive, Schenectady, NY 12306 | Prior Employee | Apple Desktop iMac M1 | 7/25/2024 | $ 500.00 |
| Emily Pinkerton | 1 Havard Avenue, Albany, NY 12208 | Prior Employee | Macbook Pro 2023 | 7/25/2024 | $ 900.00 |
| Artist Pianos | 664 New Loudon Road, Suite 2, Latham, NY 12210 | Vendor | Yamaha - 2, Boston & Yamaha - 8 | 7/26/2024 | $ 3,400.00 |
| Karen Haag/Stacey Hughes | 19 Cambridge Road, Albany, NY 12203 | Current Employee | Tool Box | 7/26/2024 | $ 50.00 |
| Norwich University | 158 Harmon Drive, Northfield, VT 05663 | Higher Education offering similar programs | Brunton Compasses (x10), Ground Water Model x2, Stirring Hotplates (x2), Kemmer, Flow Probe, Vortex mixer, Wadders, Sruber sampler, Meter tape (x3), Meter sticks (x10) & Dissecting scope & Set of 3 pipettes (10ul, 100ul, 1000ul) | 7/26/2024 | $ 1,885.00 |
| Norwich University | 158 Harmon Drive, Northfield, VT 05663 | Higher Education offering similar programs | Leica Lg Distance Microscope, Zeiss Microscope, Muffle Furnace, Microbalance & Oven | 7/26/2024 | $ 12,100.00 |
| Jack Vignone | 33 Manning Blvd, Albany, NY 12203 | Prior Employee | Origin PC - e-Sports | 7/29/2024 | $ 1,000.00 |
| Janice Baumeister | 19 Trottingham Road, Sartoga Springs, NY 12866 | Current Employee | Lenovo ThinkPad T490 | 7/29/2024 | $ 110.00 |
| Paige Pierle | 37 Kraus Road, Albany, NY 12203 | Current Employee | Lenovo ThinkPad T490 | 7/29/2024 | $ 110.00 |
| Jamal Teymouri | 4 Cardinal Court, Clifton Park, NY 12065 | Prior Employee | Apple Desktop iMac 2017 | 7/29/2024 | $ 150.00 |
| John Keal Music Co., Inc. | 819 Livingston Ave, Albany, NY 1206 | Vendor | (4) Baritone, Bass, (3) Bassoon, Cello, (2) Chimes - Orchestra, (8) Clarinet, Clarinet - Alto, (3) Clarinet - Bass, Clarinet - Contrabass, Coronet, Cymbals, (3) Drum Set, (2) Drum Set with Cymbals,(3) Drum - Bass,(4) Drum - Snare,(6) Drum, Timpani, Assorted Drums, (2) Flute, (2) Gong, Guitar, (2) French - Horn, (2) Marimba, Oboe,(5) Alto Saxophone, Maritone Saxophone, Tenor Saxophone, Timbales,(2) Tom Tom,(7) Trombone, (7) Trumpet, (3) Tuba, Unknown,(4) Violin, Child's Violin,(6) Xylophone & Assorted Percussion | 7/30/2024 | $ 22,000.00 |
| Gerald Lorentz | 29 LaGrange Road, Delmar, NY 12054 | Current Employee | Lenovo ThinkPad T14 | 7/31/2024 | $ 225.00 |
| Melissa Van De Wal | 737 Columbia Turnpike B8, East Greenbush, NY 12061 | Current Employee | Lenovo ThinkPad T14 | 7/31/2024 | $ 229.63 |
| Jessica Loy | 81 Hasgate Drive, Delmar, NY 12054 | Prior Employee | iMac Pro 2019 & iPad | 8/1/2024 | $ 280.00 |
| Debra Lee Polley | 578 Conover Road, Esperance, NY 12066 | Current Employee | Origin PC - e-Sports | 8/2/2024 | $ 1,000.00 |
| Areatha Fryar | 59 Kenosha Street, Albany, NY 12209 | Prior Employee | Lenovo Thinkcentre M720s | 8/2/2024 | $ 90.00 |
| Skidmore College | 815 North Broadway, Saratoga Springs, NY 12866 | Higher Education offering similar programs | Science Major equipment (see list in letter) | 8/4/2024 | $ 1,575.00 |
| L Tschantret (Fitzsimmons) | 22 Miller Avenue, Albany, NY 12203 | Prior Employee | Origin PC - e-Sports | 8/5/2024 | $ 1,000.00 |
| Sulo (Fitzsimmons) | 22 Miller Avenue, Albany, NY 12203 | Prior Employee | Origin PC - e-Sports | 8/5/2024 | $ 1,000.00 |

| Buyer Name | Address | Relationship to Debtor | Description Of Property | Bill Of Sale Date | Sales Price |
|---|---|---|---|---|---|
| C Tschantret (Fitzsimmons) | 22 Miller Avenue, Albany, NY 12203 | Prior Employee | Origin PC - e-Sports | 8/5/2024 | $ 1,000.00 |
| Vanessa Volpe-Rivera | 14 Lafayette Park, Green Island, NY 12183 | Prior Employee | Lenovo ThinkPad L14 | 8/6/2024 | $ 200.00 |
| Sharon Jaramillo | 184 Sycamore Street, Albany, NY 12209 | Prior Employee | iMac - Mini | 8/8/2024 | $ 50.00 |
| Theda Smith | 21 Berkshire Drive, East Greenbush, NY 12061 | Prior Employee | Origin PC - e-Sports | 8/8/2024 | $ 1,000.00 |
| University at Albany | University Hall 212, 1400 Washington Avenue, Albany, NY 12222 | Teach Out partner | Various Science and Lab Equipment, 27 Binocular microscopes, 103 single channel pipetters, microfuse racks, skeleton models, cabinets to secure the equipment, science glassware, and Curriuclum Library contents and shelving. In Kind transfer for academic record retention and transcript and course catalog expenses. Value of $75,000. | 8/8/2024 | $ - |
| Mary Fitzsimmons | 22 Miller Avenue, Albany, NY 12203 | Prior Employee | e-Sports Chair | 8/9/2024 | $ 150.00 |
| Siena College | 515 Loudon Road, Loudonville, NY 12211 | Teach Out partner | Softball Equipment | 8/12/2024 | $ 250.00 |
| Dandan Wu | 655 Salvia Lane, Schnectady, NY 12303 | Prior Employee | (2) Owl Camera MTW300 | 8/13/2024 | $ 400.00 |
| Dan Cowles | 30 Wedgewood Drive, Loudonville, NY 12211 | Prior Employee | e-Sports Chair | 8/14/2024 | $ 150.00 |
| Devin Collins | 8270 N Equator Loop, Tucson, AZ 85741 | Prior Employee | Lenovo ThinkCentre M70c | 8/14/2024 | $ 150.00 |
| Vincent DeRusso | 112 Gullott Drive, Schenectady, NY 12306 | Current Employee | e-Sports Chair | 8/15/2024 | $ 150.00 |
| Artist Pianos | 664 New Loudon Road, Suite 2, Latham, NY 12210 | Vendor | Boston UP1185, Yamaha-7 CLP120, Boston UP1185, Baldwin R, Roland RPR501R & Boston UP1185. | 8/16/2024 | $ 13,950.00 |
| Dennis McDonald | 10 Acorn Avenue, Clifton Park, NY 12065 | Prior Employee | Lnovo ThinkCentre M80T and Lenovo Thinkpad L14 | 8/21/2024 | $ 425.00 |
| John Keal Music Co., Inc. | 819 Livingston Ave, Albany, NY 1206 | Vendor | Music Sheet, Case and Podiums | 8/21/2024 | $ 300.00 |
| Ann Marie Rollins | 6 Summer Street, Troy, NY 12180 | Current Employee | Lenovo Thinkpad L14 | 8/22/2024 | $ 225.00 |
| Gary Goss Jr | 11 Indian Maiden Pass, Altamont, NY 12009 | Current Employee | MacBook Pro 2021 | 8/26/2024 | $ 700.00 |
| Denise Dagnino | 110 Brookline Road, M7, Ballston Spa, NY 12020 | Current Employee | Lenovo Thinkpad L14 | 8/27/2024 | $ 200.00 |
| Debra Lee Polley | 578 Conover Road, Esperance, NY 12066 | Current Employee | Knight, 2 seater SR Logoed Loveseat, 3 seater SR Logoed Couch & SR Logoed Coffee Table (Payment 2 of 2) | 8/27/2024 | $ 1,611.00 |
| Sharon Jaramillo | 184 Sycamore Street, Albany, NY 12209 | Prior Employee | Origin PC - e-Sports | 8/30/2024 | $ 1,000.00 |
| Jennifer Lunden | 50 Shadow Wood Way | Prior Employee | Office Chair | 8/30/2024 | $ 35.00 |
| Norwich University - Pett | 158 Harmon Drive, Northfield, VT 05663 | Higher Education offering similar programs | Sm Black Grow Light Set-Up, Lg Grow Set-up, Leica Dissecting Scope and various Science Ctr items | 9/4/2024 | $ 610.00 |
| Paige Pierle | 37 Kraus Road, Albany, NY 12203 | Current Employee | (2) Secret Lab Chairs, Savvy Desk Chair & Savvy Chair | 9/6/2024 | $ 370.37 |
| Artist Pianos | 664 New Loudon Road, Suite 2, Latham, NY 12210 | Vendor | Steinway and Sons, Moog and M-Audio Key Studio 49i | 9/9/2024 | $ 43,290.74 |
| Teresian House | 200 Washinton Ave Extension, Albany, NY 12203 | Vendor | CLIQT Test | 9/20/2024 | $ 25.00 |
| Early Childhood Education Center | 52 Corporate Circle, Suite 214, Albany, NY 12203 | Vendor | REEL - 3, PTONI, CSBS, PPVT - 4 & TELD Tests | 9/20/2024 | $ 125.00 |
| Artist Pianos | 664 New Loudon Road, Suite 2, Latham, NY 12210 | Vendor | 18 Yamaha electric pianos in various conditions, 3 Boston upright pianos | 9/23/2024 | $ 22,710.00 |
| Jack Vignone | 33 Manning Blvd, Albany, NY 12203 | Former Employee | Esports Secret Lab Chair | 9/24/2024 | $ 150.00 |

| Buyer Name | Address | Relationship to Debtor | Description Of Property | Bill Of Sale Date | Sales Price |
|---|---|---|---|---|---|
| Beverwijck Receivables, LLC | 20 Corporate Woods Boulevard, Albany, NY 12211 | Vendor | All outstanding student accounts sold to Beverwijck for potential future collections | 9/25/2024 | $ 109,255.37 |
| Paul Serafini | 1872 Elizabeth Street, Schnectady, NY 12203 | Current Employee | Ford F250 | 9/26/2024 | $ 14,500.00 |
| Gary Goss Jr | 11 Indian Maiden Pass, Altamont, NY 12009 | Current Employee | Ventrac Tractor | 9/26/2024 | $ 6,100.00 |
| Open Door Speech Therapy Services, LLC | 47 Blaisdell Avenue, #761, Coeymans, NY 12045 | Vendor | Oases, Comp. Apraxia Test, Frenchay Dysarthria Assessment, Boehm-R, CAD-L, Phonological Awareness, Rosetti Infant Toddler & OWLS II | 9/27/2024 | $ 200.00 |
| Gerald Lorentz | 29 LaGrange Road, Delmar, NY 12054 | Current Employee | Office Chair and Wood Executive Chair | 10/1/2024 | $ 85.00 |
| St. Catherine's Center for Children | 40 North Main Avenue, Albany, NY 12203 | Vendor | TONI-4, PPVT-4, TOLDP:4 & TOLDI:4 Tests | 10/2/2024 | $ 100.00 |
| Artist Pianos | 664 New Loudon Road, Suite 2, Latham, NY 12210 | Vendor | 2 Steinway pianos, 5 upright pianos and 2 electric pianos | 10/3/2024 | $ 117,085.19 |
| LaSalle Institute | 174 Williams Road, Troy, NY 12180 | Educational Institution | Physics Labs supplies | 10/3/2024 | $ 750.00 |
| Albany Med Communication Disorders Center | 25 Hackett Blvd, Floor 1, Suite 189, Albany, NY 12208 | Higher Education offering similar programs | Communications Sciences tests (4) | 10/4/2024 | $ 100.00 |
| Emily Culligan | 4 Ridgeway Lane, Apt B, Troy, NY 12180 | None | Communications Sciences tests (4) | 10/4/2024 | $ 100.00 |
| The Book Bin | Inspired Minds Group, LLC 4000 E Bristol St Ste128, Elkhart, IN 46514 | None | Multiple used books from campus | 10/9/2024 | $ 3,400.00 |
| Albany College of Pharmacy and Health Sciences | 106 New Scotland Avenue, Albany, NY 12208 | Higher Education offering similar programs | Athletics high jump standards | 10/9/2024 | $ 550.00 |
| Mary Fitzsimmons | 22 Miller Avenue, Albany, NY 12203 | Prior Employee | Two Cracker Barrell rocking chairs | 10/9/2024 | $ 75.00 |
| | | | | | $ 3,832,020.77 |