# Attachment SoFA 26d

| Entity | Contact | Purpose |
|---|---|---|
| United States Department of Education | https://ezaudit.ed.gov/ | Single audit filed via ezaudit |
| NYS Department of Education | https://grantsmanagement.ny.gov/ | For state funds |
| Wilimington Trust | mauld@wilmingtontrust.com | To post on EMMA for bondholders |
| Federal Audit Clearinghouse | https://www.fac.gov/ | Filed electronically with sign on and auditors |
| SAM.gov | https://grantsmanagement.ny.gov/ | Federal grants |
| NYS Division of Veteran's Services | stacey.vetter@va.gov | For veteran funds |
| NYS Higher Education | higheredsupport@nysed.gov | For bundy funds |
| Milliman | deloitte8955SASA@deloitte.com | for tax return for pension plan |
| Milliman | Markella.roma@milliman.com | for pension plan request |
| Gallagher | EllenGemba@ajg.com | for Insurance |
| Middlestates | HTTPS://www.msche.org/ | for accrediation |