| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The College of Saint Rose |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 24-11131 |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Belfor USA Group Inc<br>2191 Central Avenue<br>Schenectady, NY 12304 | | Base Repairs to St. Joe's Flood Completed | | | | $3,293.62 |
| BND Inc.<br>PO Box 80445<br>Taylors Bridge Rd<br>Townsend, DE 19734 | kbradshaw@axiomhighered.com | Contract Termination | Disputed | | | $19,680.00 |
| ChemSearchFE<br>236261 Network Place<br>Chicago, IL 60673 | | | | | | $1,916.96 |
| Constellation NewEnergy Inc<br>PO Box 4640<br>Carol Stream, IL 60197 | cusotmercare@constellation.com | Contract Termination | Disputed | | | $7,689.36 |
| County Waste - Clifton Park<br>A Waste Connections Company<br>PO Box 431<br>Clifton Park, NY 12065 | | Waste Services | Disputed | | | $3,684.58 |
| Crown Castle Fiber, LLC<br>PO Box 32102<br>New York, NY 10087 | fiberbillinghd@crowncastle.com | Contract Termination | Disputed | | | $14,894.71 |
| Department of Labor Unemployment Insurance<br>PO Box 4301<br>Binghamton, NY 13902 | | Unemployment Insurance July 2024 to Sept 2024 | | | | $432,375.04 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor: **The College of Saint Rose**

Case number (if known): **24-11131**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Dump It, LLC<br>5 Exchange Street<br>Albany, NY 12205 | | | | | | $3,080.00 |
| EAB<br>PO Box 603519<br>Charlotte, NC 28260 | pcantu@eab.com | Contract Termination | Disputed | | | $503,756.03 |
| FirstLight Fiber<br>PO Box 1301<br>Williston, VT 05495 | sschmitt@firstlight.net | Early Termination Contract Fee | Disputed | | | $47,719.39 |
| FirstLight Fiber<br>PO Box 1301<br>Williston, VT 05495 | sschmitt@firstlight.net | October Monthly Services for Telephone and Internet | | | | $9,715.84 |
| iWave Information Systems, Inc.<br>182-134 Kent Street, 2nd Level<br>Charlottetown, PE C1A8R8 Canada | accounts.receivable@iwave.com | Contract Termination | Disputed | | | $3,972.90 |
| Mark's Organic Pest Control<br>1 Poplar Avenue<br>Troy, NY 12180 | markregan777@gmail.com | September and October Pest Control Services | | | | $4,000.00 |
| NRG<br>Po Box 32179<br>New York, NY 10087 | Jennifer.Maddock@nrg.com | Electric Service | | | | $4,938.38 |
| NYC & URMG<br>PO Box 95000-5430<br>Philadelphia, PA 19195 | matthew.b.reed@marsh.com | Worker's Compensation Audit Results | | | | $85,497.00 |
| Sodexo Inc. & Associates<br>PO Box 360170<br>Pittsburgh, PA 15251 | timothy.macturk@sodexo.com | Trade Debt plus Past Due Interest | | | | $1,187,686.08 |
| TMA Systems, LLC<br>1876 Utica Square, Third Floor<br>Tulsa, OK 74114 | stephen.williams@tmasystems.com | | Disputed | | | $9,378.36 |
| UHY, LLP<br>PO Box 72243<br>Cleveland, OH 44192 | bkearns@uhy-us.com | Auditing Services through 9/30/24 | | | | $11,300.62 |
| Usherwood Office Technology<br>1005 W Fayette Street<br>Syracuse, NY 13204 | aflamik@usherwood.com | October Printing and Mail Room Services | | | | $2,758.08 |
| Watermark Insights, LLC<br>PO Box 736632<br>Dallas, TX 75373 | ar@watermarkinsights.com | Contract Termination | Disputed | | | $122,270.50 |