

November 6, 2024

Via: Overnight Mail

**Clerk**
US Bankruptcy Court, Northern District of New York
James T. Foley United States Court House
445 Broadway, Suite 330
Albany, New York 12207

   RE: Notice of Appearance and Request for Notice
    In re: College of Saint Rose Case No. 24-11131

Sir/Madam,

  With this letter, I am submitting a Notice of Appearance and Request for Notice in the above referenced matter on behalf of FirstLight Fiber, Inc.

  My contact details are:

Jill Sandford, Esq.
Chief Legal Officer
Firstlight Fiber, Inc.
12 Metro Park Road
Albany, New York 12205
jsandford@firstlight.net

              Sincerely,

              *Jill Sandford*

              Jill Sandford, Esq.
              Chief Legal Officer

---



CC: Via: Email

Lisa M. Penpraze
Assistant United States Trustee
Leo O'Brien Federal Building
Albany, NY 12207
lisa.penpraze@usdoj.gov

Harrison E. Strauss - Trial Attorney
United States Department of Justice
Office of United States Trustee
11A Clinton Avenue, Room 620
Albany, NY 12077
Harrison.Strauss@usdoj.gov