**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE COLLEGE OF SAINT ROSE, ) | Case No. 24-11131 (REL) |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for the Creditor Pension Benefit Guaranty Corporation, and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated:   November 12, 2024                             Respectfully submitted,
         Washington, D.C.

                                                       /s/ Simon J. Torres
                                                       Simon J. Torres (DC Bar No. 973898)
                                                       Pension Benefit Guaranty Corporation
                                                       Office of the General Counsel
                                                       445 12th Street, S.W.
                                                       Washington, D.C. 20024
                                                       Telephone: (202) 229-6074
                                                       Facsimile: (202) 229-6092
                                                       Email: torres.simon@pbgc.gov *and*
                                                              efile@pbgc.gov