So Ordered.

Signed this 14 day of November, 2024.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE COLLEGE OF SAINT ROSE, | Case No. 24-11131 (REL) |
| Debtor. | |

**ORDER AUTHORIZING THE DEBTOR TO PAY**
**CERTAIN PRE-PETITION CLAIMS OF CRITICAL VENDOR**

Upon the oral motion (the "Motion") of The College of Saint Rose ("Debtor"), the above-captioned debtor and debtor-in-possession, presented to the Court on November 13, 2024 by and through its attorneys Cullen and Dykman LLP, for entry of an order authorizing the Debtor to pay the pre-petition claims of Eastern Heating and Cooling Inc. ("Eastern"); and the Court having found that the relief sought by the Debtor was necessary in order to preserve and protect the Debtor's real property and that notice was proper under those circumstances; and after due deliberation and sufficient cause therefore, it is hereby ordered that:

1.      The Motion is granted as set forth herein.

22484.3 21237765v1

2.      The Debtor is authorized, in its sole discretion, to pay any accrued but unpaid pre-petition claims of Eastern to the amount of $6,083.06. Notwithstanding the relief granted in this Order, any payment made by the Debtor pursuant to the authority granted herein shall be subject to (a) the Orders of this Court authorizing Debtor-in-Possession financing and the Budget in connection with same and (b) Eastern agreeing to continue providing services in accordance with the terms of its agreements with the Debtor or such other payment terms as may be agreed to by Eastern and the Debtor during the pendency of the Chapter 11 case (or until a closing of the sale of the real estate).

3.      The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the pre-petition obligations approved herein are authorized and directed to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtor's designation of any particular check or electronic payment request as approved by this Order without any duty to inquire otherwise and without liability for following the Debtor's instructions.

4.      The Debtor is authorized to issue post-petition checks, or to effect post-petition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of this chapter 11 case with respect to pre-petition amounts owed in connection with any of the pre-petition claims.

5.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

22484.3 21237765v1

7.      This Court shall retain exclusive jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.

####