**FLEISCHER, FLEISCHER & SUGLIA, P.C.**
Nicola G. Suglia, Esquire
Allison L. Domowitch, Esquire
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
(856) 489-8977

*Counsel for Canon Financial Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : **Case No.:  24-11131-1-rel** |
| The College of St. Rose | : **Chapter 11** |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010 of the Bankruptcy Rules, the undersigned requests that all notice be given or required to be given in this case and all papers served or required to be served in this case be served upon the undersigned at the address noted below:

> **FLEISCHER, FLEISCHER & SUGLIA, P.C.**
> Allison L. Domowitch, Esquire
> Four Greentree Centre
> 601 Route 73 North, Suite 305
> Marlton, NJ 08053
> T: 856-489-8977
> F: 856-489-6439
> adomowitch@fleischerlaw.com

**PLEASE TAKE FURTHER** NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or

otherwise: (1) which affect or seek to affect in any way the rights or interests of Canon Financial Services, Inc., with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate

        Respectfully submitted,

        FLEISCHER, FLEISCHER & SUGLIA, P.C.

        */s/ Allison L. Domowitch*
        Allison L. Domowitch, Esquire
        Fleischer, Fleischer & Suglia, P.C.
        Four Greentree Centre
        601 Route 73 North, Suite 305
        Marlton, NJ 08053
        (856) 489-8977
        adomowitch@fleischerlaw.com

        *Attorneys for Canon Financial Services, Inc.*

Dated: November 14, 2024