CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| THE COLLEGE OF SAINT ROSE, | : Case No. 24-11131 (REL) |
| | : |
| | : |
| Debtor. | : |
| | : |

------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL**
**FOR THE PERIOD OF OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the period of October 10, 2024 through October 31, 2024 is attached hereto.

Dated: Albany, New York
      November 20, 2024

                                  CULLEN AND DYKMAN LLP
                                    *Counsel for Debtor*

                                    By:    s/ Bonnie Pollack
                                              Matthew G. Roseman, Esq.
                                            Bonnie L. Pollack, Esq.
                                    80 State Street, Suite 900
                                    Albany, New York 12207
                                    (516) 357-3700



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ʳᵉ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                    November 19, 2024
432 WESTERN AVENUE
ALBANY, NY  12203

## INVOICE SUMMARY

**File Number: 22484-000-3**                    **Control Number  7455471**

---

**RE: BANKRUPTCY FILING**

FOR PROFESSIONAL SERVICES rendered through October 31, 2024 in connection with the above referenced matter, as more fully detailed on the attached.

|  |  |
|---|---|
| Professional Services | $ 138,186.50 |
| Disbursements | $ 4,682.14 |
| **TOTAL THIS INVOICE** | **$ 142,868.64** |



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY  12203

November 19, 2024

**File Number: 22484-000-3**

**Control Number  7455471**

RE:   **BANKRUPTCY FILING**

**PROFESSIONAL SERVICES**

**B100 GENERAL ADMINISTRATION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/09/24 | BLP | B100 | | Additional evening work on preparations for filing in connection with DIP and employment agreements | 1.10 | 896.50 |
| 10/10/24 | BLP | B100 | | Revise and finalize all first day documents and petition | 4.20 | 3,423.00 |
| 10/10/24 | BLP | B100 | | File and oversee service all documents | 4.60 | 3,749.00 |
| 10/10/24 | BLP | B100 | | Prepare service lists for several different motions | .60 | 489.00 |
| 10/10/24 | BLP | B100 | | Conference with MR and DV re next steps in case and strategy | .70 | 570.50 |
| 10/10/24 | BLP | B100 | | Calls with Court re filing, first day hearing | .40 | 326.00 |
| 10/10/24 | BLP | B100 | | Comms re utility issues | .30 | 244.50 |
| 10/10/24 | BLP | B100 | | Additional Comms with chambers with all first day pleadings | .40 | 326.00 |
| 10/10/24 | DV | B100 | | Attention to draft media responses | .60 | 237.00 |
| 10/10/24 | DV | B100 | | Meeting w/ M. Roseman and B. Pollack to discuss submission of filing and discuss service. | .60 | 237.00 |
| 10/10/24 | KC | B100 | | Preparing list of notice recipients for all motions. | .60 | 246.00 |
| 10/11/24 | BLP | B100 | | Comms with client re information for OCP motion | .20 | 163.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/11/24 | BLP | B100 | | Several comms regarding and review of AOSs and matrices to be filed in case | .50 | 407.50 |
| 10/11/24 | BLP | B100 | | Letter to Canon re automatic stay and stay of litigation; several comms regarding and review of AOSs and matrices to be filed in case; comms with client re information for OCP motion | .30 | 244.50 |
| 10/11/24 | BLP | B100 | | Prepare for and participate in call with client re dos and don'ts in bankruptcy, payments allowed and not, effect of filing and communications with creditors and other parties | .70 | 570.50 |
| 10/11/24 | MGR | B100 | | Emails regarding first day hearings and coordinating court presentation | .30 | 261.00 |
| 10/14/24 | BLP | B100 | | Comms with Canon re stay and notice of filing | .20 | 163.00 |
| 10/15/24 | BLP | B100 | | Post-hearing meeting with client re: all bankruptcy matters | 2.00 | 1,630.00 |
| 10/15/24 | BLP | B100 | | Comms re responses to press inquiries | .40 | 326.00 |
| 10/15/24 | BLP | B100 | | Comms with JLL re status | .20 | 163.00 |
| 10/15/24 | MGR | B100 | | De-brief meeting with clients after 1st day hearing | 1.50 | 1,305.00 |
| 10/16/24 | MGR | B100 | | Phone conf w/ D Posner regarding his representation of Sodexo and possible committee formation. | .40 | 348.00 |
| 10/16/24 | MGR | B100 | | Zoom meeting with clients regarding hearing dates and necessary parties. | .50 | 435.00 |
| 10/16/24 | DV | B100 | | Meeting w/ client to discuss process and procedures | 1.00 | 395.00 |
| 10/16/24 | DV | B100 | | Attended communications team meeting | .50 | 197.50 |
| 10/16/24 | DMM | B100 | | Email w/ LJ. Whittaker corporate documents | .20 | 79.00 |
| 10/18/24 | BLP | B100 | | Discussion with client re questions on accounts payable, utility deposits | .30 | 244.50 |
| 10/18/24 | BLP | B100 | | Discussion with client re DIP designation of bank accounts, bank requests for information and issues with certain banks | .30 | 244.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                          November 19, 2024
File Number: 22484-000-3                                           Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/18/24 | BLP | B100 | | Review request for additional adequate protection by National Grid and comms re same | .20 | 163.00 |
| 10/18/24 | BLP | B100 | | Comms with UST and client re IDI, 341 meeting, 941 tax payments | .30 | 244.50 |
| 10/18/24 | BLP | B100 | | Revise and comms with client re schedules | 1.80 | 1,467.00 |
| 10/18/24 | MGR | B100 | | Review Times Union article regarding Chapter 11 case. | .30 | 261.00 |
| 10/18/24 | DV | B100 | | Meeting w/ M. White and L. Thomson to discuss pending matters. | .50 | 197.50 |
| 10/21/24 | BLP | B100 | | Conferences re master service list per order and review of rules re service on governmental agencies | .60 | 489.00 |
| 10/21/24 | BLP | B100 | | Discussion with client re payments of invoices, administrative issues | .30 | 244.50 |
| 10/21/24 | BLP | B100 | | Letter to B. Davis re automatic stay and stay of action | .30 | 244.50 |
| 10/21/24 | MGR | B100 | | Draft letter to creditors regarding treatment of pre-petition claims. | .50 | 435.00 |
| 10/21/24 | DV | B100 | | Attended communications team meeting. | .50 | 197.50 |
| 10/22/24 | BLP | B100 | | Discussion with client re OCP motion | .20 | 163.00 |
| 10/22/24 | BLP | B100 | | Discussion with counsel for National Grid re adequate assurance request | .20 | 163.00 |
| 10/22/24 | BLP | B100 | | Review client comms re oil tanks and email to UST re same | .40 | 326.00 |
| 10/22/24 | BLP | B100 | | Comms with client re changes to schedules and information needed | .20 | 163.00 |
| 10/22/24 | MGR | B100 | | Call with FTI team and client to review budget and discuss case status and progress. | .70 | 609.00 |
| 10/22/24 | DV | B100 | | Emails w/ Kessler re: schedules (.2); emails w/ M. Roseman and B. Pollack re: budget (.2) | .40 | 158.00 |
| 10/22/24 | DV | B100 | | Attended meeting w/ client and FTI re: budget | .40 | 158.00 |
| 10/23/24 | BLP | B100 | | Comms with lenders re BOV, final order status | .20 | 163.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/23/24 | BLP | B100 | | Discussion with client re National Grid adequate assurance | .20 | 163.00 |
| 10/23/24 | BLP | B100 | | Comm with Grid counsel re same | .10 | 81.50 |
| 10/23/24 | BLP | B100 | | Review additional information provided for schedules and several comms with client re questions on same | 1.40 | 1,141.00 |
| 10/23/24 | BLP | B100 | | Revise schedules | .90 | 733.50 |
| 10/23/24 | BLP | B100 | | Email to client with National Grid agreement, amounts to send to Grid and to deposit into security account | .20 | 163.00 |
| 10/23/24 | BLP | B100 | | Comms with Whiteman re stay of small claims case and notice to be filed with court in case | .20 | 163.00 |
| 10/23/24 | DV | B100 | | Emails w/ B. Pollack re: fee information for schedules. | .20 | 79.00 |
| 10/23/24 | DV | B100 | | Attention to bankruptcy timeline | .20 | 79.00 |
| 10/24/24 | BLP | B100 | | Review comms re change of designation of bank accounts and follow up with client re same | .30 | 244.50 |
| 10/25/24 | BLP | B100 | | Comms with Grid re payments made per agreement (.2); review utility order for any changes needed as a result of agreement with Grid (.2) | .40 | 326.00 |
| 10/28/24 | BLP | B100 | | Review comms from client re various administration issues; comms with creditor re request for documents and send same | .40 | 326.00 |
| 10/28/24 | BLP | B100 | | Review schedules and comms re same, information still needed | .60 | 489.00 |
| 10/28/24 | BLP | B100 | | Comms re credit card use and collateral requests | .20 | 163.00 |
| 10/28/24 | BLP | B100 | | Call with client re all bankruptcy matters, legal issues | .70 | 570.50 |
| 10/28/24 | MGR | B100 | | Status call with client regarding update of bankruptcy process and outstanding issues. | .70 | 609.00 |
| 10/28/24 | DV | B100 | | Attended communications team huddle | .50 | 197.50 |
| 10/28/24 | DV | B100 | | Attended meeting w/ College leadership re: pending legal matters | .70 | 276.50 |
| 10/28/24 | KC | B100 | | Drafting correspondence to bank re: no appointment of trustee. | .20 | 82.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/29/24 | BLP | B100 | | Review comms from UST re IDI, documents requested and send to client | .40 | 326.00 |
| 10/29/24 | BLP | B100 | | Call with client and FTI re financials, status of all motions | .70 | 570.50 |
| 10/29/24 | MGR | B100 | | FTI team status call regarding budget and operational issues. | .70 | 609.00 |
| 10/29/24 | DV | B100 | | Attended meeting with College leadership and advisors on all bankruptcy issues | .60 | 237.00 |
| 10/30/24 | BLP | B100 | | Review and respond to several comms with client re administrative matters | .40 | 326.00 |
| 10/30/24 | BLP | B100 | | Review auditor questions and comms re same | .40 | 326.00 |
| 10/30/24 | BLP | B100 | | Comms re agenda for hearing | .20 | 163.00 |
| 10/30/24 | BLP | B100 | | Lengthy discussion with client re several administrative matters including documents for IDI | .50 | 407.50 |
| 10/30/24 | BLP | B100 | | Conferences with client, MR and DV re uncashed checks | .40 | 326.00 |
| 10/30/24 | BLP | B100 | | Review court communication re returned mail and comms re updated address | .30 | 244.50 |
| 10/30/24 | BLP | B100 | | Comms re information for schedules and finalizing same | .30 | 244.50 |
| 10/30/24 | BLP | B100 | | Comms re location of art and pianos in connection with BH questions | .30 | 244.50 |
| 10/30/24 | MGR | B100 | | Review process for transferring control from board of trustees to plan administrator. | .50 | 435.00 |
| 10/30/24 | KC | B100 | | Preparing notice of proposed agenda of matters set for hearing on 11.6.2024. | .50 | 205.00 |
| 10/31/24 | BLP | B100 | | Discussion with FTI re information for schedules | .50 | 407.50 |
| 10/31/24 | BLP | B100 | | Comms and meetings re uncashed checks and dealing with same in bankruptcy, payroll, etc. | .60 | 489.00 |
| 10/31/24 | BLP | B100 | | Prepare agenda of items needed to discuss for motions and schedules | .40 | 326.00 |
| 10/31/24 | BLP | B100 | | Discussion with Key Bank re bank account designation, pension account | .30 | 244.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/31/24 | BLP | B100 | | Meeting with DV/MR re audit questions and response to same | .50 | 407.50 |
| 10/31/24 | BLP | B100 | | Weekly call with client and FTI re bond debt, sale of personalty, uncashed checks, open issues | 1.00 | 815.00 |
| 10/31/24 | BLP | B100 | | Comms with client re information requests from UST | .20 | 163.00 |
| 10/31/24 | BLP | B100 | | Comms with client re various admin issues | .30 | 244.50 |
| 10/31/24 | BLP | B100 | | Comms with Key Bank re bank account designation, pension account | .30 | 244.50 |
| 10/31/24 | BLP | B100 | | Meeting with DV/.MR re audit questions and response to same | .50 | 407.50 |
| 10/31/24 | BLP | B100 | | Comms with client re information requests from UST | .20 | 163.00 |
| 10/31/24 | BLP | B100 | | Weekly call with client and FTI re bond debt, sale of personalty, uncashed checks, open issues | 1.00 | 815.00 |
| 10/31/24 | BLP | B100 | | Conferences with DV and DV/MR re administrative issues and strategy re client concerns | .80 | 652.00 |
| 10/31/24 | MGR | B100 | | Prepare for conf call with client and FTI regarding abandoned funds, DIP Order and personal property sales issues. | .50 | 435.00 |
| 10/31/24 | MGR | B100 | | Participate in conf call with client, C & D team and FTI regarding issues surrounding abandoned funds, DIP order and  personal property sales and proceed allocations. | 1.00 | 870.00 |
| 10/31/24 | DV | B100 | | Telephone call w/ B. Pollack re: open issues | .20 | 79.00 |
| 10/31/24 | DV | B100 | | Emails w/ B. Pollack re: pre-petition fees | .30 | 118.50 |
| 10/31/24 | DV | B100 | | Meetings w/ M. Roseman and B. Pollack re: open items | 1.00 | 395.00 |
| 10/31/24 | DV | B100 | | Meeting w/ client and FTI re: open items | 1.10 | 434.50 |

**TASK SUB TOTAL**                                      **$ 42,030.50**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

**B120B CASH COLLATERAL & DIP FINANCING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/17/24 | BLP | B120B | | Comms with DIP lender re BH changes to DIP order | .20 | 163.00 |
| 10/21/24 | BLP | B120B | | Call with BHs and Summit re final DIP order and terms of same | .70 | 570.50 |
| 10/21/24 | BLP | B120B | | Follow up discussion with MR re DIP | .20 | 163.00 |
| 10/21/24 | MGR | B120B | | Conf regarding outcome of DIP lender and bondholder call and issues with final order. | .40 | 348.00 |
| 10/22/24 | BLP | B120B | | Call with client and FTI re annual budget | .50 | 407.50 |
| 10/22/24 | BLP | B120B | | Comms re annual budget and items in same | .30 | 244.50 |
| 10/23/24 | MGR | B120B | | E-mail and conf regarding JLL presentation to bondholders. | .40 | 348.00 |
| 10/24/24 | BLP | B120B | | Review BH changes to DIP and comms with MR re same | .70 | 570.50 |
| 10/24/24 | MGR | B120B | | E-mail to bondholders counsel forwarding 2025 budget. | .20 | 174.00 |
| 10/24/24 | MGR | B120B | | Review revised draft of DIP order and discuss issues internally | .70 | 609.00 |
| 10/24/24 | MGR | B120B | | E-mails w/ FTI regarding timeline and budget. | .30 | 261.00 |
| 10/25/24 | BLP | B120B | | Comms re DIP concept of deficiencies in sales price | .30 | 244.50 |
| 10/25/24 | BLP | B120B | | Revise DIP order sent by BHs and comms with all parties re same | .60 | 489.00 |
| 10/25/24 | MGR | B120B | | Review revised cash collateral/DIP financing order and discuss proposed bondholder changes w/ B Pollack. | 1.00 | 870.00 |
| 10/28/24 | BLP | B120B | | Review and several comms re Summit comments to BH changes to DIP order | .40 | 326.00 |
| 10/28/24 | BLP | B120B | | Comms with client, BHs, Summit re terms of DIP and negotiation of same | .60 | 489.00 |
| 10/28/24 | BLP | B120B | | Review client comments to proposed DIP changes and respond to same | .40 | 326.00 |
| 10/28/24 | BLP | B120B | | Call with FTI re open DIP issues and changes to order | .70 | 570.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024<br>Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/28/24 | BLP | B120B | | Follow up call with FTI re SOFR timing change requested | .20 | 163.00 |
| 10/28/24 | BLP | B120B | | Call with Summit and BHs re DIP terms | .30 | 244.50 |
| 10/28/24 | MGR | B120B | | Conf call with FTI regarding DIP issues and hearing on 11/5. | .50 | 435.00 |
| 10/28/24 | MGR | B120B | | Review deliverables to close DIP loan. | .60 | 522.00 |
| 10/28/24 | DV | B120B | | Emails and telephone call w/ M. Roseman re: closing preparation; (.2) email to B. Pollack and M. Roseman re: org docs in connection w/ same (.2) | .40 | 158.00 |
| 10/28/24 | DV | B120B | | Emails w/ B. Pollack and M. Roseman re: JLL materials | .40 | 158.00 |
| 10/28/24 | DV | B120B | | Emails w/ L. Thomson and B. Pollack re: schedules | .20 | 79.00 |
| 10/29/24 | BLP | B120B | | Comms with DIP lender re corporate documents for closing | .20 | 163.00 |
| 10/29/24 | BLP | B120B | | Comms re bank account for DIP loan | .20 | 163.00 |
| 10/29/24 | BLP | B120B | | Review additional changes requested by Summit to DIP and comms re same | .50 | 407.50 |
| 10/29/24 | BLP | B120B | | Review revised DIP order and comms re same | .40 | 326.00 |
| 10/29/24 | BLP | B120B | | Review and revise title affidavit for closing and comms re same | .40 | 326.00 |
| 10/29/24 | BLP | B120B | | Review documents requested by lender for closing | .30 | 244.50 |
| 10/29/24 | MGR | B120B | | Conf w/ B Pollack and D Vespia to discuss closing deliverables for DIP loan. | .50 | 435.00 |
| 10/29/24 | MGR | B120B | | Review changes to DIP order discuss status with B Pollack. | .50 | 435.00 |
| 10/29/24 | DV | B120B | | Meeting w/ B. Pollack and M. Roseman to discuss various motions and prep for DIP closing | .50 | 197.50 |
| 10/30/24 | BLP | B120B | | Review final DIP changes and comms re same (.3); comms re amount of bond debt in order (.2) | .50 | 407.50 |
| 10/30/24 | KC | B120B | | Prepare comparison of filed DIP motion with draft final DIP order. | .40 | 164.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                          November 19, 2024
File Number: 22484-000-3                                           Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/31/24 | BLP | B120B | | Several comms with BHs and client re calculation of bond debt for DIP order, revisions to DIP order re same | .90 | 733.50 |
| 10/31/24 | BLP | B120B | | Review revised Seller affidavit for DIP closing and comms with Summit and client re same | .40 | 326.00 |
| 10/31/24 | BLP | B120B | | Prepare incumbency certificate for DIP closing and comms with Summit re same and opinion letter | .70 | 570.50 |

**TASK SUB TOTAL**                                                 **$ 13,832.50**

**B130B ASSET DISPOSITION, SALE OR RESTRUCTURE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/10/24 | BLP | B130B | | Discussion with counsel for Authority re impact of filing on sales process | .20 | 163.00 |
| 10/10/24 | MGR | B130B | | Emails with B Pollack regaridng sale motion and bond counsel comments. | .30 | 261.00 |
| 10/10/24 | MGR | B130B | | Phone conf w/ H Iselin counsel to the Pine Hills County authority regarding bankruptcy filing and email to client regarding substance of call. | .60 | 522.00 |
| 10/11/24 | MGR | B130B | | Email with JLL regarding HBCA interest and issues with contents of email | .50 | 435.00 |
| 10/11/24 | MGR | B130B | | Phone conf w/ T Colon of HBCA Foundation regarding acquisition of St Rose campus and review email from T Colon. | .70 | 609.00 |
| 10/16/24 | BLP | B130B | | Extensive revisions to sale motion based on BH comments and other comments | 3.60 | 2,934.00 |
| 10/16/24 | BLP | B130B | | Comms with DIP lender re changes to sale motion | .30 | 244.50 |
| 10/16/24 | BLP | B130B | | Discussion with client re sale process | .30 | 244.50 |
| 10/16/24 | MGR | B130B | | E-mails with JLL regarding brokers opinion of value and need for board approval/review prior to publication. | .40 | 348.00 |
| 10/16/24 | MGR | B130B | | E-mails and voice mail to T Colon regarding interest in campus. | .30 | 261.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                    November 19, 2024
File Number: 22484-000-3                                     Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/16/24 | MGR | B130B | | E-mails with JLL regarding out reach to interested party HSBA and scheduling call to review marketing process. | .40 | 348.00 |
| 10/16/24 | MGR | B130B | | Review emails from D Carlos of JLL and discuss sales procedure motion with B Pollack. | .60 | 522.00 |
| 10/17/24 | BLP | B130B | | Discussion with JLL re BOV, sale process and communications with prior bidders | .60 | 489.00 |
| 10/17/24 | MGR | B130B | | Conf call with JLL team to review sales procedures and strategy. | .50 | 435.00 |
| 10/17/24 | MGR | B130B | | Phone conf w/ M White regarding need for board review of BOV. | .30 | 261.00 |
| 10/17/24 | MGR | B130B | | Phone conf w/ M White regarding update on calls w/ H Iselin and with JLL team. | .40 | 348.00 |
| 10/17/24 | MGR | B130B | | Review draft brokers opinion of value. | .60 | 522.00 |
| 10/17/24 | MGR | B130B | | Phone conf w/ H Iselin atty for the Pine Hills Authority regarding bankruptcy process and sales procedures | .40 | 348.00 |
| 10/18/24 | MGR | B130B | | Review revised BOV and emails with E Herman at JLL regarding same. | .80 | 696.00 |
| 10/21/24 | BLP | B130B | | Call with JLL and client re BOV and discussion of content and analysis | 1.30 | 1,059.50 |
| 10/21/24 | MGR | B130B | | Conf call with Client, JLL and FTI team regarding broker opinion of value and issues regarding methodology and timing. | 1.50 | 1,305.00 |
| 10/21/24 | MGR | B130B | | Review board minutes regarding issues related to ball field property and issues with Albany City and potential conflict with county offer | .50 | 435.00 |
| 10/21/24 | DV | B130B | | Meeting w/ client, FTI, and JLL re: BOV and analysis in connection w/ same. | 1.50 | 592.50 |
| 10/22/24 | BLP | B130B | | Call with Executive Committee of Board re BOV | 1.00 | 815.00 |
| 10/22/24 | MGR | B130B | | Prepare for and participate in special executive committee meeting regarding JLL BOV. | 1.50 | 1,305.00 |
| 10/22/24 | MGR | B130B | | Emails w/ D Carlos and H Iselin regarding BOV and follow up with land authority regarding status of offer. | .30 | 261.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/23/24 | BLP | B130B | | Review timeline for Authority bid on property and comms re same; Comms with JLL/BHs re call to discuss BOV | .40 | 326.00 |
| 10/23/24 | MGR | B130B | | E-mail w/ H Iselin regarding BOV and potential call with JLL. | .30 | 261.00 |
| 10/23/24 | MGR | B130B | | E-mails w/ D Carlos regarding BOV and issues involving potential bidder HBCA Foundation. | .30 | 261.00 |
| 10/23/24 | MGR | B130B | | E-mails with party interested in acquiring campus | .20 | 174.00 |
| 10/23/24 | DV | B130B | | Emails re: communications re: BOV. | .20 | 79.00 |
| 10/24/24 | BLP | B130B | | Comms re Authority comments to BOV | .20 | 163.00 |
| 10/24/24 | MGR | B130B | | Prepare NDA for HBCA Foundation concerning interest in the property. | .50 | 435.00 |
| 10/24/24 | MGR | B130B | | E-mail to H Iselin regarding timeline and follow up phone conf regarding same | .40 | 348.00 |
| 10/24/24 | MGR | B130B | | Internal conversation regarding email/phone conf w/ atty for authority and email to client regarding same. | .50 | 435.00 |
| 10/25/24 | MGR | B130B | | Status call with JLL regarding marketing of property. | .70 | 609.00 |
| 10/25/24 | DV | B130B | | Conference call w/ JLL re: update from Authority and next steps. | .50 | 197.50 |
| 10/28/24 | BLP | B130B | | Comms re questions on BOV, inclusion of all properties | .20 | 163.00 |
| 10/28/24 | MGR | B130B | | Emails and phone confs regarding the Presidents house and inclusion in sale and potential buyers regarding same. | .70 | 609.00 |
| 10/29/24 | BLP | B130B | | Call with JLL re BOV in prep of BH call | .30 | 244.50 |
| 10/29/24 | MGR | B130B | | Conf call with JLL to prepare for call with bondholders and to update on sales process | .50 | 435.00 |
| 10/30/24 | BLP | B130B | | Conference with MR re Authority position on bidding, stalking horse etc. | .20 | 163.00 |
| 10/30/24 | BLP | B130B | | Prep for and participate in call with JLL and bondholders on BOV | .80 | 652.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/30/24 | MGR | B130B | | Conf call with bondholders and JLL regarding sales process update. | .80 | 696.00 |
| 10/30/24 | MGR | B130B | | Phone conf w/ H Iselin regarding status with Pine Hills Land Authority and bid process. | .40 | 348.00 |
| 10/30/24 | MGR | B130B | | Phone conf w/ P Pastore, bankruptcy counsel to the Pine Hills Land Authority regaridng bid procedures and status of case. | .30 | 261.00 |
| 10/31/24 | BLP | B130B | | Comms re consignment agreements re pianos/art and BH questions re same | .40 | 326.00 |

**TASK SUB TOTAL**                                        **$ 22,950.00**

**B180B RETENTION/PROFESSIONAL COMPENSATION/FEE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/15/24 | MGR | B180B | | Conf with US trustee regarding retention issues. | .50 | 435.00 |
| 10/16/24 | BLP | B180B | | Prepare and file application for NDNY admission | .50 | 407.50 |
| 10/28/24 | BLP | B180B | | Comms re BH questions on retention motions | .20 | 163.00 |

**TASK SUB TOTAL**                                        **$ 1,005.50**

**B185B PREPARATION FOR/ATTEND COURT HEARING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/11/24 | BLP | B185B | | Begin preparation for first day hearings | 2.70 | 2,200.50 |
| 10/11/24 | DV | B185B | | Attended meeting to prepare for First Day hearings. | 1.00 | 395.00 |
| 10/14/24 | BLP | B185B | | Continued preparation for first day hearing arguments | 3.20 | 2,608.00 |
| 10/14/24 | BLP | B185B | | Meeting with client re hearing preparation | 2.30 | 1,874.50 |
| 10/14/24 | MGR | B185B | | Meeting with clients in preparation for first day hearings | 2.00 | 1,740.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/14/24 | MGR | B185B | | Prepare presentation for 1st day hearings | 1.00 | 870.00 |
| 10/15/24 | BLP | B185B | | Prepare for and attend first day hearings | 2.70 | 2,200.50 |
| 10/15/24 | MGR | B185B | | Attend first day hearings. | 1.20 | 1,044.00 |
| 10/15/24 | MGR | B185B | | Review presentation and prepare for 1st day hearings. | .50 | 435.00 |
| 10/15/24 | DV | B185B | | Attention to first-day hearings | 1.00 | 395.00 |
| 10/15/24 | DV | B185B | | Telephone call w/ M. Roseman and B. Pollack re: same | .30 | 118.50 |
| 10/15/24 | DV | B185B | | Meeting w/ client to discuss same | .50 | 197.50 |
| 10/29/24 | BLP | B185B | | Comms re hearing agendas (.3) discussion with client re same and hearing prep (.2) | .50 | 407.50 |
| 10/29/24 | MGR | B185B | | Review motions and objection status for hearing on 11/5. | .40 | 348.00 |

**TASK SUB TOTAL**          **$ 14,834.00**

**B195B NON-WORKING TRAVEL**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/14/24 | BLP | B195B | | Travel to Albany for first day hearings | 3.00 | N/C |
| 10/14/24 | MGR | B195B | | Travel to Albany | 3.50 | N/C |
| 10/15/24 | BLP | B195B | | Travel to NYC from Albany for hearings | 4.20 | N/C |
| 10/15/24 | MGR | B195B | | Travel from Albany | 4.00 | N/C |

**B210B MOTION PRACTICE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/10/24 | KC | B210B | | Drafting form notice of motion to be used in matter. | .50 | 205.00 |
| 10/16/24 | BLP | B210B | | Finalize and file orders re all first day motions | .90 | 733.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/17/24 | KC | B210B | | Reviewing interim and other orders entered yesterday for service requirements. | .30 | 123.00 |
| 10/18/24 | BLP | B210B | | Revisions to OCP motion and comms with client re same | .60 | 489.00 |
| 10/18/24 | BLP | B210B | | Revise, finalize and file de minimus sale motion | 1.20 | 978.00 |
| 10/18/24 | BLP | B210B | | Draft artwork sale motion and comms with client re same | 1.60 | 1,304.00 |
| 10/21/24 | BLP | B210B | | Finalize artwork sale motion | .40 | 326.00 |
| 10/21/24 | BLP | B210B | | Prepare motion to sell pianos | 1.50 | 1,222.50 |
| 10/21/24 | MGR | B210B | | Review and discuss comments w/ B Pollack regarding motion to enter into agreement to sell pianos. | .60 | 522.00 |
| 10/22/24 | BLP | B210B | | Prepare notices of hearings for 3 motions | .40 | 326.00 |
| 10/22/24 | BLP | B210B | | Finalize OCP motion | .30 | 244.50 |
| 10/22/24 | BLP | B210B | | File all motions | .40 | 326.00 |
| 10/22/24 | BLP | B210B | | Comms with court re same | .20 | 163.00 |
| 10/23/24 | BLP | B210B | | File amended Artwork exhibit | .20 | 163.00 |
| 10/23/24 | MGR | B210B | | Review motions to approve consignment agreement | .50 | 435.00 |
| 10/24/24 | BLP | B210B | | Prepare notice of withdrawal of pro hac vice motions | .20 | 163.00 |

**TASK SUB TOTAL**                          **$ 7,723.50**

**B230A GOVERNANCE ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/10/24 | BLP | B230A | | Attend board meeting regarding filing and bankruptcy matters | 1.20 | 978.00 |
| 10/10/24 | MGR | B230A | | Prepare for and participate in board of trustees meeting to approve chapter 11 filing. | 2.50 | 2,175.00 |
| 10/10/24 | DV | B230A | | Attended special meeting of the Board of Trustees | 2.20 | 869.00 |
| 10/10/24 | DMM | B230A | | Drafting email to J. Whittaker re: Alumni Association | .40 | 158.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/10/24 | DMM | B230A | | Mtg w/ D. Vespia re: Alumni association | .40 | 158.00 |
| 10/16/24 | MGR | B230A | | Review hearing notes, executive committee agenda and prepare for executive committee call. | .70 | 609.00 |
| 10/16/24 | DV | B230A | | Attention to materials for Board meeting | 1.20 | 474.00 |
| 10/16/24 | DV | B230A | | Emails to L. Thomson re: same | .20 | 79.00 |
| 10/16/24 | DV | B230A | | Reviewed draft agenda | .10 | 39.50 |
| 10/16/24 | DV | B230A | | Emails w/ J. Stone re: employment matters and board discussion re: same | .40 | 158.00 |
| 10/16/24 | DMM | B230A | | Call w/ J. Whittaker re: dissolution of Alumni Association | .50 | 197.50 |
| 10/17/24 | MGR | B230A | | Participate in executive Committee call providing bankruptcy update and discussions regarding officer retention. | 1.50 | 1,305.00 |
| 10/17/24 | DV | B230A | | Attended Executive Committee meeting. | 1.80 | 711.00 |
| 10/18/24 | MGR | B230A | | E-mails w/ M White and J Stone regarding scheduling a special EC board meeting. | .40 | 348.00 |
| 10/22/24 | DV | B230A | | Attended Executive Committee meeting. | 1.00 | 395.00 |
| 10/22/24 | DMM | B230A | | Mtg w/ M. Gardner, L. Thomson re: Alumni Assoc. status. | .40 | 158.00 |
| 10/23/24 | MGR | B230A | | Phone conf w/ F Brennan regarding EC meeting and potential issues regarding board and case status. | .30 | 261.00 |
| 10/23/24 | DV | B230A | | Reviewed and revised draft minutes(.3); emails w/ L Thomson re: same (.2) | .50 | 197.50 |
| 10/24/24 | BLP | B230A | | Attend Executive Committee meeting to discuss bankruptcy issues | .90 | 733.50 |
| 10/24/24 | MGR | B230A | | Prepare for and participate in executive committee call | 1.00 | 870.00 |
| 10/24/24 | DV | B230A | | Attended Executive Committee meeting. | 1.00 | 395.00 |
| 10/24/24 | DV | B230A | | Email re: EMMA postings. | .20 | 79.00 |
| 10/25/24 | DV | B230A | | Telephone call w/ D. Mitacek re: Alumni Association. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/25/24 | DMM | B230A | | Email to J. Whittaker, V. VanDunk and L. Thomson re: scheduling mtg re: Alumni Assoc. | .20 | 79.00 |
| 10/28/24 | DV | B230A | | Emails w/ L. Thomson re: upcoming board meetings | .20 | 79.00 |
| 10/28/24 | DV | B230A | | Meeting w/ M. White, J. Stone, and L. Thomson re: committees and upcoming meetings | .50 | 197.50 |
| 10/28/24 | DMM | B230A | | Email to/from L. Thomson and J. Whittaker re: Alumni Association. | .20 | 79.00 |
| 10/29/24 | DV | B230A | | Meeting to discuss next steps for alumni association | .60 | 237.00 |
| 10/29/24 | DV | B230A | | Meeting w/ D. Mitacek re: Association | .20 | 79.00 |
| 10/29/24 | DMM | B230A | | Zoom mtgs with M. White, L. Thomson et. al. re: Alumni Association re: impact of Bankruptcy. | 1.20 | 474.00 |
| 10/30/24 | DV | B230A | | Meeting to discuss alumni association dissolution. | .60 | 237.00 |
| 10/31/24 | BLP | B230A | | Participate in EC meeting and provide report | .90 | 733.50 |
| 10/31/24 | MGR | B230A | | Prepare and participate in weekly executive committee call. | 1.00 | 870.00 |

**TASK SUB TOTAL**                                                         **$ 14,492.00**

**B240B EDUCATION/REGULATORY MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/11/24 | DV | B240B | | Prepared response to D. Polley re: CSD | 1.20 | 474.00 |
| 10/11/24 | DV | B240B | | Email to NYSED Deputy Counsel re: charter | .30 | 118.50 |
| 10/11/24 | DMM | B240B | | Reviewing and commenting on response re: closed school discharge. | .30 | 118.50 |
| 10/12/24 | DV | B240B | | Email to D. Polley re: CSD. | .60 | 237.00 |
| 10/15/24 | DV | B240B | | Emails w/ M. White re: notice for USDOE | .20 | 79.00 |
| 10/15/24 | DV | B240B | | Email to NYSED Deputy Counsel re: bankruptcy plan | .30 | 118.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

**TASK SUB TOTAL**      **$ 1,145.50**

**B250B ENDOWMENT/ATTORNEY GENERAL MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/09/24 | AN | B250B | | Prepare for and attend meeting with DV and BP regarding Huether distribution. | .50 | 197.50 |
| 10/09/24 | AN | B250B | | Prepare for and attend call with AAG Nathan Courtney and DV. | .50 | 197.50 |
| 10/09/24 | DMM | B250B | | Email to/from D. Parise re: information to be included in chart of endowment funds. re: Heuther case. | .30 | 118.50 |
| 10/11/24 | DV | B250B | | Attention to draft media response re: restricted endowment. | .20 | 79.00 |
| 10/16/24 | DV | B250B | | Emails w/ A. Nitkewicz re: CGA transfer matter emails w/ D. Polley re: CGA agreements | .50 | 197.50 |
| 10/17/24 | DV | B250B | | Telephone call w/ D. Mitacek re: status of cy pres petition and next steps. | .40 | 158.00 |
| 10/18/24 | DV | B250B | | Emails re: endowment matters. | .20 | 79.00 |
| 10/18/24 | DMM | B250B | | Reviewing and finalizing draft chart of endowment funds and Email to D. Polley re: same. | .60 | 237.00 |
| 10/21/24 | DMM | B250B | | Participating in a meeting re: cy pres petition process and status of petition. | .40 | 158.00 |
| 10/22/24 | BLP | B250B | | Conference re stay issues regarding cy pres and strategy re same | .40 | 326.00 |
| 10/22/24 | DV | B250B | | Reviewed correspondence re: endowment fund | .30 | 118.50 |
| 10/22/24 | DV | B250B | | Emails w/ D. Mitacek re: same | .20 | 79.00 |
| 10/22/24 | DV | B250B | | Attended meeting w/ College leadership to discuss cy pres petition | 1.00 | 395.00 |
| 10/22/24 | DMM | B250B | | Reviewing email re: Connors scholarship fund and mtg w/ D. Vespia, M. Gardner, L. Thomson re: same. | .30 | 118.50 |
| 10/23/24 | DV | B250B | | Emails w/ D. Mitacek re: notice information for cy pres petition. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/23/24 | DMM | B250B | | Mtg w/ D. Parise re: creating chart of donors for notice to cy pres petition. Email to D. Vespia to discuss potential alternatives to notice by mail. | .30 | 118.50 |
| 10/24/24 | DV | B250B | | Telephone call w/ D. Mitacek re: cy pres petition email to AAG re: meeting to discuss same. | .50 | 197.50 |
| 10/24/24 | DMM | B250B | | Email to/from D. Parise and mtg w/ D. Vespia re: addresses for notice of petition. | .30 | 118.50 |
| 10/27/24 | DMM | B250B | | Email to B. Pollack w/ legal basis for need to file cy pres petition. | .70 | 276.50 |
| 10/28/24 | BLP | B250B | | Conferences re cy pres notice issues, motion strategy | .50 | 407.50 |
| 10/28/24 | DV | B250B | | Meeting w/ B. Pollack to discuss cy pres petition | .30 | 118.50 |
| 10/28/24 | DV | B250B | | Meeting w/ D. Mitacek and B. Pollack re: same | .20 | 79.00 |
| 10/28/24 | DV | B250B | | Emails w/ AAG re: meeting to discuss same cy pres | .20 | 79.00 |
| 10/29/24 | BLP | B250B | | Conference re research on cy pres | .30 | 244.50 |
| 10/29/24 | BLP | B250B | | Conference with DV re cy pres process and costs | .40 | 326.00 |
| 10/29/24 | DV | B250B | | Prepared for and attended meeting w/ NYAG re: cy pres petition | .80 | 316.00 |
| 10/29/24 | DV | B250B | | Discussion w/ client re: cy pres | .30 | 118.50 |
| 10/29/24 | DMM | B250B | | Zoom mtg w/ Asst. AG re: cy pres filing and notice to donors and review of chart of funds and donors in prep. for mtg. | .80 | 316.00 |
| 10/29/24 | KC | B250B | | Confer with B.Pollack re: endowment/cypres/abandonment research-specific issues. | .20 | 82.00 |
| 10/30/24 | BLP | B250B | | Review comms re cy pres funds and abandonment issues | .40 | 326.00 |
| 10/30/24 | KC | B250B | | Continue researching issue of abandonment of endowment funds to state attorney general and related issues. | 1.10 | 451.00 |
| 10/30/24 | KC | B250B | | Research re: endowment funds, abandonment and related issues. | 2.00 | 820.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/31/24 | BLP | B250B | | Discussion re Heuther estate court appearance, issues re endowment in bankruptcy | .30 | 244.50 |
| 10/31/24 | AN | B250B | | Call with DV, BP and CB regarding Huether argument. | .50 | 197.50 |
| 10/31/24 | AN | B250B | | Draft cy pres information for CB for Huether hearing. | .50 | 197.50 |
| 10/31/24 | DV | B250B | | Meeting to discuss Huether oral argument. | .40 | 158.00 |
| 10/31/24 | DMM | B250B | | Attention to talking points for Huether motion. | .40 | 158.00 |
| 10/31/24 | CEB | B250B | | Call with A. Nitkewicz, B. Pollack and D. Vespia regarding 11/1/24 hearing in Schenectady County Surrogates Court in the Huether estate matter and prepare for hearing | 1.20 | 474.00 |

**TASK SUB TOTAL**      **$ 8,362.50**

**B260B PBGC ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/14/24 | DV | B260B | | Emails w/ J. Knapp and B. Diaz re: lump sum requests and communications to participants. | .20 | 79.00 |
| 10/15/24 | DV | B260B | | Telephone call w/ B. Diaz re: PBGC matters (.3); emails w/ J. Knapp re: same (.2) | .50 | 197.50 |
| 10/15/24 | BD | B260B | | Discussions re plan termination and payouts. | 1.30 | 513.50 |
| 10/16/24 | BD | B260B | | Attention to plan matters | .50 | 197.50 |
| 10/17/24 | BD | B260B | | Communicate with Markella Roma to discuss plan issues. | .70 | 276.50 |
| 10/21/24 | BLP | B260B | | Comms re PBGC requests for information | .30 | 244.50 |
| 10/21/24 | DV | B260B | | Emails w/ B. Diaz re: pension plan distributions (.2) emails w/ B. Diaz and B. Pollack re: PBGC information requests (.2) | .40 | 158.00 |
| 10/21/24 | BD | B260B | | Attention to plan termination matters (.4); communications with JK, PBGC, Milliman and others regarding outstanding PBGC requests and other matters (.3) | .70 | 276.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/22/24 | BD | B260B | | Communication with PBGC re plan termination matters. | .20 | 79.00 |
| 10/23/24 | BLP | B260B | | Conference with KC re motion to make pension distributions | .30 | 244.50 |
| 10/23/24 | KC | B260B | | Research re: motions for authority to make distributions from terminated pension plan and property of the estate issues. | 3.30 | 1,353.00 |
| 10/24/24 | BD | B260B | | Analyze/review relevant regs to respond to client questions re termination and plan distributions. including Conference with Milliman. | 1.50 | 592.50 |
| 10/25/24 | KC | B260B | | Drafting motion for authority to liquidate pension plans. | 2.50 | 1,025.00 |
| 10/28/24 | BLP | B260B | | Conference with DV re pension plan distributions, issues with PBGC | .40 | 326.00 |
| 10/28/24 | BLP | B260B | | Work on motion to permit distributions from plan | 1.00 | 815.00 |
| 10/28/24 | BLP | B260B | | Call with client re pension plan | .50 | 407.50 |
| 10/28/24 | DV | B260B | | Meeting w/ B. Pollack to discuss motion re: pension plan | .30 | 118.50 |
| 10/28/24 | DV | B260B | | Meeting to discuss administration of plan | .50 | 197.50 |
| 10/28/24 | DV | B260B | | Emails w/ J. Knapp re: motion | .20 | 79.00 |
| 10/28/24 | BD | B260B | | Call with client to discuss plan termination issues. | .50 | 197.50 |
| 10/29/24 | BLP | B260B | | Prepare letter to pension plan participants re distributions from plan | .30 | 244.50 |
| 10/30/24 | BLP | B260B | | Comms re pension plan payments under ERISA | .30 | 244.50 |
| 10/30/24 | DV | B260B | | Attention to emails re: payment options for plan participants. | .20 | 79.00 |
| 10/31/24 | BLP | B260B | | Several comms with DV/B. Diaz re pension distributions and rules re same, motion | .50 | 407.50 |
| 10/31/24 | DV | B260B | | Emails re: pension plan termination matters; discussion w/ B. Pollack re: same | .30 | 118.50 |

**TASK SUB TOTAL**                                                        **$ 8,472.00**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

## B270B EMPLOYMENT MATTERS

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/17/24 | BLP | B270B | | Participate in executive committee meeting regarding employment issues, filing, process, hearings, sale, and strategy in case | 1.80 | 1,467.00 |
| 10/17/24 | BLP | B270B | | Conference with RR and DV re employment issues | .40 | 326.00 |
| 10/17/24 | DV | B270B | | Telephone call w/ B. Pollack re: Employees compensation matters; | .30 | 118.50 |
| 10/17/24 | DV | B270B | | Employees compensation matters; reviewed materials re: same; email to J. Stone re: same | .20 | 79.00 |
| 10/17/24 | DV | B270B | | Email to J. Stone re: employment matters; | .20 | 79.00 |
| 10/17/24 | DV | B270B | | Emails w/ J.Knapp and B. Selchick re. appointment letters | .50 | 197.50 |
| 10/18/24 | DV | B270B | | Emails w/ B. Pollack and M. Roseman re: employee letters | .40 | 158.00 |
| 10/18/24 | DV | B270B | | Telephone calls w/ B. Pollack re: employee letters | .30 | 118.50 |
| 10/18/24 | DV | B270B | | Revised draft letters | .30 | 118.50 |
| 10/18/24 | DV | B270B | | Emails w/ B. Selchick re: revised letters | .20 | 79.00 |
| 10/18/24 | DV | B270B | | Emails w/ J. Knapp re: draft letters | .20 | 79.00 |
| 10/18/24 | DV | B270B | | Drafted employee letters | .70 | 276.50 |

**TASK SUB TOTAL**                                                    **$ 3,096.50**

## B310B RECORDS RETENTION

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/24/24 | BLP | B310B | | Comms re record retention agreement with UA | .20 | 163.00 |
| 10/24/24 | DV | B310B | | Email to B. Pollack re: UA record retention agreement. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| | |
|---|---:|
| **TASK SUB TOTAL** | **$ 242.00** |
| TOTAL PROFESSIONAL SERVICES | $ 138,186.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| BONNIE L. POLLACK | 89.90 | 815.00 | 73,268.50 |
| MATTHEW G ROSEMAN | 43.00 | 870.00 | 37,410.00 |
| ANDREW NITKEWICZ | 2.00 | 395.00 | 790.00 |
| DINA VESPIA | 41.10 | 395.00 | 16,234.50 |
| DEIRDRE M MITACEK | 7.90 | 395.00 | 3,120.50 |
| CHRISTOPHER E BUCKEY | 1.20 | 395.00 | 474.00 |
| BOZENA DIAZ | 5.40 | 395.00 | 2,133.00 |
| KYRIAKI CHRISTODOULOU | 11.60 | 410.00 | 4,756.00 |
| **Total** | **202.10** | | **$ 138,186.50** |

## DISBURSEMENTS

### E106 ON-LINE RESEARCH

| Date | Task | Description | Amount |
|------|------|-------------|-------:|
| 10/11/24 | E106 | U.S. COURTS: PACER, ON-LINE RESEARCH (E106), INV#2 522345-Q32024 DTD 10/07/2024 ELECTRONIC RECORDS | 140.10 |
| 10/25/24 | E106 | ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, INV# 3095341196 | 12.78 |
| 10/25/24 | E106 | ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, INV# 3095341196 | 5.68 |

| | |
|---|---:|
| **SUB TOTAL** | **$ 158.56** |

### E107 DELIVERY SERVICES/MESSENGER

| Date | Task | Description | Amount |
|------|------|-------------|-------:|
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: NYS DEPT. OF ENVI RONMENTAL ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: US DEPT. OF EDUCA TION- FEDERAL STUDENT AID ON 10/10/24 BP/MR | 41.20 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                                November 19, 2024
File Number: 22484-000-3                                                 Control #: 7455471

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: ATTY. GENERAL OF THE STATE ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: US DEPT. OF EDUCA TION ON 10/10/24 BP/MR | 55.05 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: NYS HIGHER ED. SE RVICES CORP. ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: US SECURITITES AN D EXCHANGE COMMISSION ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: SS ADMIN- BANKRUP TCY ON 10/10/24 BP/MR | 77.55 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: NYS EDUCATION DEP T. ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: UNITED PROFESSION AL SERVICES ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: MANUFACTURES AND TRADERS- TRUST COMPANY ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: GREAT AMERICAN IN SURANCE COMPANY ON 10/10/24 BP/MR | 55.05 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: GREEN STREET ON 1 0/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: HARTFORD FIRE INS URANCE COMPANY ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: TWIN CITY FIRE IN SURANCE COMPANY ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: DEPT. OF VETERANS AFFAIRS ON 10/10/24 BP/MR | 55.05 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: INDIAN HARBOR INS URANCE COMPANY ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: GREAT AMERICAN IN SURANCE GROUP ON 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: UNITED EDUCATORS INSURANCE ON 10/10/24 BP/MR | 55.05 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: RSUI GROUP INC ON 10/10/24 BP/MR | 68.30 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

| Date | Task | Description | Amount |
|------|------|-------------|-------:|
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: AT-BAY INSURANCE COMPANY ON 10/10/24 BP/MR | 90.80 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: ARTHUR GALLAGHER RISK IN 10/10/24 BP/MR | 41.20 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: FREBERG ENVIRONME NTAL INC ON 10/10/24 BP/MR | 68.30 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: US BANKRUPTCY COU RT ON 10/10/24 BP/MR | 16.18 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: GREAT LAKES INSUR ANCE ON 10/11/24 BP/MR | 25.11 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: WESTFIELD SPECIAL ITY INSURANCE ON 10/11/24 BP/MR | 16.18 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: CERTAIN UNDERWRIT ERS AT LLOYDS ON 10/11/24 BP/MR | 20.75 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: KINSALE INSURANCE COMPANY ON 10/11/24 BP/MR | 19.15 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: ASPEN SPECIALITY COMPANY ON 10/11/24 BP/MR | 16.18 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: ARCH SPECIALITY O N 10/11/24 BP/MR | 16.18 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: LANDMARK AMRICAN INSURANCE ON 10/11/24 BP/MR | 27.04 |
| 10/31/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 57-14987 DTD 10/21/2024 SENT TO: BRIDGEWAY INSURAN CE COMPANY ON 10/11/24 BP/MR | 16.18 |

**SUB TOTAL** **$ 1,274.90**

**E108 POSTAGE**

| Date | Task | Description | Amount |
|------|------|-------------|-------:|
| 10/10/24 | E108 | POSTAGE 10/10/2024, SK/BP | 480.00 |
| 10/11/24 | E108 | POSTAGE 10/11/2024, SK/BP | 32.00 |
| 10/16/24 | E108 | POSTAGE 10/16/2024, BP/SK | 207.45 |
| 10/17/24 | E108 | POSTAGE 10/18/2024, BP/SK | 141.75 |
| 10/22/24 | E108 | POSTAGE 10/22/2024, SK/BP | 474.30 |
| 10/22/24 | E108 | POSTAGE 10/22/2024, SK/BP | .69 |
| 10/23/24 | E108 | POSTAGE 10/23/2024, SK/BP | 26.49 |

**SUB TOTAL** **$ 1,362.68**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7455471

**E112 COURT FEES**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 10/28/24 | E112 | CSC, COURT FEES INV#86117028566 DTD 09/05/2024 FOR FEES RE: BANKRUPTCY FILING KM/MR | 148.00 |
| 10/30/24 | E112 | CHASE CARD SERVICES CONFRIM #7888212581 DTD 11/10/2024 FOR: DOCUMENTS- @ U.S. BANKRUPTCY COURT ON 10/10/24 BP/MR | 1,738.00 |

| | |
|---|---|
| **SUB TOTAL** | **$ 1,886.00** |
| TOTAL DISBURSEMENTS | $ 4,682.14 |
| **TOTAL THIS INVOICE** | **$ 142,868.64** |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7455471

**TASK TIME SUMMARY**

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| B100 | GENERAL ADMINISTRATION | 56.60 | 42,030.50 |
| B120B | CASH COLLATERAL & DIP FINANCING | 17.60 | 13,832.50 |
| B130B | ASSET DISPOSITION, SALE OR RESTRUCTURE | 28.20 | 22,950.00 |
| B180B | RETENTION/PROFESSIONAL COMPENSATION/FEE | 1.20 | 1,005.50 |
| B185B | PREPARATION FOR/ATTEND COURT HEARING | 19.30 | 14,834.00 |
| B195B | NON-WORKING TRAVEL | 14.70 | .00 |
| B210B | MOTION PRACTICE | 9.80 | 7,723.50 |
| B230A | GOVERNANCE ISSUES | 24.60 | 14,492.00 |
| B240B | EDUCATION/REGULATORY MATTERS | 2.90 | 1,145.50 |
| B250B | ENDOWMENT/ATTORNEY GENERAL MATTERS | 18.60 | 8,362.50 |
| B260B | PBGC ISSUES | 17.40 | 8,472.00 |
| B270B | EMPLOYMENT MATTERS | 5.50 | 3,096.50 |
| B310B | RECORDS RETENTION | .40 | 242.00 |
| **TOTALS** | | **216.80** | **$ 138,186.50** |

**TASK DISBURSEMENTS SUMMARY**

| Task | Description | Amount |
|------|-------------|-------:|
| E106 | ON-LINE RESEARCH | 158.56 |
| E107 | DELIVERY SERVICES/MESSENGER | 1,274.90 |
| E108 | POSTAGE | 1,362.68 |
| E112 | COURT FEES | 1,886.00 |
| **TOTALS** | | **$ 4,682.14** |



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ⁿᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY  12203

November 19, 2024

## REMITTANCE

**File Number: 22484-000-3**                    **Control Number  7455471**

RE:   **BANKRUPTCY FILING**

**BALANCE DUE THIS INVOICE**            **$ 142,868.64**

Please return this page with payment to:

Cullen & Dykman LLP
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553

**Wire Transfer Instructions:**

JP MORGAN CHASE
270 Park Avenue
New York, NY  10017
Account # :  530-931-915
ABA # :  021000021
SWIFT Code:  CHASUS33

For Credit To:
CULLEN & DYKMAN LLP
Operating Account
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553

**TERMS: NET 30 DAYS**

FOUNDED 1850

NEW YORK      NEW JERSEY      WASHINGTON DC