CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                :
In re:                                                          :   Chapter 11
                                                                :
THE COLLEGE OF SAINT ROSE,                                      :   Case No. 24-11131 (REL)
                                                                :
                                                                :
                            Debtor.                             :
                                                                :
---------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S FINANCIAL CONSULTANTS FOR THE PERIOD OF OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Financial Consultants for the period of October 10, 2024 through October 31, 2024 is attached hereto.

Dated: Albany, New York
       November 20, 2024

                                            CULLEN AND DYKMAN LLP
                                            *Counsel for Debtor*

                                            By:    s/ Bonnie Pollack
                                                   Matthew G. Roseman, Esq.
                                                   Bonnie L. Pollack, Esq.
                                            80 State Street, Suite 900
                                            Albany, New York 12207
                                            (516) 357-3700

22484.3 21242455v1

FTI CONSULTING, INC.
1201 W Peachtree Street NW
Suite 3300
Atlanta, GA 30309
Telephone: (404) 460-6258
Mobile: (404) 931-7909

*Financial Advisor for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
**In re**                                                  :    **Chapter 11**
                                                           :
**THE COLLEGE OF SAINT ROSE,**                             :    **Case No. 24-11131 (REL)**
                                                           :
                    **Debtor.**                            :
---------------------------------------------------------- x

**FIRST MONTHLY FEE STATEMENT OF FTI CONSULTING, INC FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR
FOR PERIOD FROM OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | FTI Consulting, Inc., financial advisor for The College of Saint Rose, (the "**Debtor**") |
| **Date of Retention:** | November 5, 2024, effective as of October 10, 2024 (the "**Commencement Date**") |
| **Period for Which Fees and Expenses are Incurred:** | October 10, 2024 through October 31, 2024 |
| **Monthly Fees Incurred:** | $71,085.00 |
| **Less Voluntary Discount:** | $10,651.20 |
| **Less 20% Holdback:** | $12,086.76 |
| **Monthly Expenses Incurred:** | $ - |
| **Total Fees and Expenses Due:** | $48,347.04 |
| **This is a** | _X_ Monthly ____Interim ____Final Fee Application |

SUMMARY OF MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR SERVICES RENDERED
FOR THE PERIOD FROM OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024

| NAME OF PROFESSIONAL: | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $1,445.00 | 11.6 | $16,762.00 |
| Harding, Sean | Senior Managing Director | $1,420.00 | 17.7 | $25,134.00 |
| Cotona, Nicolette | Director | $1,010.00 | 28.9 | $29,189.00 |
| **Total Gross Professionals:** | | | 58.2 | $71,085.00 |
| Voluntary Discount: | | | n.a. | $(10,651.20) |
| **Total Net Professionals:** | | | 58.2 | $60,433.80 |

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY FTI CONSULTING, INC.
FOR THE PERIOD FROM OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 1 | Cash Management and Reporting | 34.9 | $39,643.00 |
| 2 | Monthly Operating Reports | 1.2 | $1,386.00 |
| 3 | DIP and Exit Financing Due Diligence Support | 2.1 | $3,002.00 |
| 4 | Work on Motions or Court Filings | 2.1 | $2,285.00 |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 13.8 | $19,521.00 |
| 6 | Campus Sale Process | 2.1 | $2,818.00 |
| 7 | Court Attendance | 2.0 | $2,430.00 |
| 8 | Fee Application Preparation | - | - |
| 9 | Travel | - | - |
| **Gross Total:** | | **58.2** | **$71,085.00** |
| Voluntary Discount: | | n.a. | $(10,651.20) |
| **Net Total:** | | **58.2** | **$60,433.80** |

**Exhibit A**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF FEES BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| Professional | Title | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,445.00 | 11.6 | $ 16,762.00 |
| Harding, Sean | Senior Managing Director | $ 1,420.00 | 17.7 | $ 25,134.00 |
| Cotona, Nicolette | Director | $ 1,010.00 | 28.9 | $ 29,189.00 |
| **Gross Total** | | | **58.2** | **$ 71,085.00** |
| Voluntary Discount | | | | $ (10,651.20) |
| **Net Total** | | | **58.2** | **$ 60,433.80** |

**Exhibit B**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF HOURS BY ACTIVITY**
**FOR THE PERIOD OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| Task Code | Task Description | Hours | Total |
|---|---|---|---|
| 1 | Cash Management and Reporting | 34.9 | $ 39,643.00 |
| 2 | Monthly Operating Reports | 1.2 | $ 1,386.00 |
| 3 | DIP and Exit Financing Due Diligence Support | 2.1 | $ 3,002.00 |
| 4 | Work on Motions or Court Filings | 2.1 | $ 2,285.00 |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 13.8 | $ 19,521.00 |
| 6 | Campus Sale Process | 2.1 | $ 2,818.00 |
| 7 | Court Attendance | 2.0 | $ 2,430.00 |
| 8 | Fee Application Preparation | - | $ - |
| 9 | Travel | - | $ - |
| **Gross Total** | | **58.2** | **$71,085.00** |
| Voluntary Discount | | | $ (10,651.20) |
| **Net Total** | | **58.2** | **$ 60,433.80** |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/10/2024 | Cotona, Nicolette | 0.2 | Participate on call with S. Gumbs (FTI) re: Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/10/2024 | Gumbs, Sean | 0.2 | Participate on call with N. Cotona (FTI) re: Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/10/2024 | Cotona, Nicolette | 0.7 | Prepare Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/11/2024 | Cotona, Nicolette | 0.6 | Participate on internal FTI team call with S. Gumbs (FTI) re: revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/11/2024 | Gumbs, Sean | 0.6 | Participate on internal FTI team call with N. Cotona (FTI) re: revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/11/2024 | Cotona, Nicolette | 1.3 | Prepare Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/12/2024 | Gumbs, Sean | 0.5 | Review and provide comments to N. Cotona (FTI) re: Revised FY25 discussion materials. |
| 1 | 10/13/2024 | Cotona, Nicolette | 0.3 | Finalize Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/14/2024 | Gumbs, Sean | 0.4 | Participate in internal FTI team call with N. Cotona (FTI) re: 10/10 DIP budget materials. |
| 1 | 10/14/2024 | Cotona, Nicolette | 0.4 | Participate in internal FTI team call with S. Gumbs (FTI) re: 10/10 DIP budget materials. |
| 1 | 10/14/2024 | Gumbs, Sean | 0.5 | Review and provide comments to FY25 budget presentation, inclusive of the 10/10 DIP budget. |
| 1 | 10/14/2024 | Cotona, Nicolette | 1.1 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 10/14/2024 | Cotona, Nicolette | 0.3 | Participate on call with E. Thomann (FTI) re: weekly cash flow update. |
| 1 | 10/14/2024 | Cotona, Nicolette | 1.5 | Review 10/7 - 10/13 cash flow actuals. |
| 1 | 10/15/2024 | Gumbs, Sean | 0.5 | Review D. Polley (Saint Rose) comments to FY25 budget presentation, correspond with N. Cotona (FTI) re: same. |
| 1 | 10/15/2024 | Cotona, Nicolette | 0.5 | Prepare weekly cash flow update for discussion with Executive Committee of the Board |
| 1 | 10/15/2024 | Cotona, Nicolette | 1.2 | Draft responses to questions from D. Polley (Saint Rose) re: weekly cash flow update for discussion with Executive Committee of the Board |
| 1 | 10/16/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: weekly cash flow update for discussion with Executive Committee of the Board |
| 1 | 10/16/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: weekly cash flow update for discussion with Executive Committee of the Board |
| 1 | 10/16/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: weekly cash flow update for discussion with Executive Committee of the Board |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/16/2024 | Cotona, Nicolette | 1.3 | Revise weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 10/16/2024 | Cotona, Nicolette | 0.9 | Review comments from D. Polley (Saint Rose) re: weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 10/17/2024 | Harding, Sean | 0.6 | Review of weekly cash flow presentation for discussion with Executive Committee of the Board. |
| 1 | 10/17/2024 | Cotona, Nicolette | 1.3 | Update Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/18/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/18/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/18/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/18/2024 | Cotona, Nicolette | 0.5 | Update Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/18/2024 | Cotona, Nicolette | 0.8 | Continue to update Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/21/2024 | Harding, Sean | 1.1 | Participate on call with N. Cotona (FTI) and D. Polley (Saint Rose) re: Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose) and monthly operating reporting. |
| 1 | 10/21/2024 | Cotona, Nicolette | 1.1 | Participate on call with S. Harding (FTI) and D. Polley (Saint Rose) re: Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose) and monthly operating reporting. |
| 1 | 10/21/2024 | Cotona, Nicolette | 1.3 | Update Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/21/2024 | Cotona, Nicolette | 0.4 | Update Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/22/2024 | Harding, Sean | 0.7 | Review cash flow report to prospective DIP lender and bondholders. |
| 1 | 10/22/2024 | Cotona, Nicolette | 0.2 | Finalize Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/22/2024 | Cotona, Nicolette | 0.5 | Review comments from D. Polley (Saint Rose) re: Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose) and monthly operating reporting. |
| 1 | 10/22/2024 | Cotona, Nicolette | 0.8 | Update payroll assumptions re: Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/22/2024 | Cotona, Nicolette | 1.6 | Update Revised FY 2025 Budget materials for discussion with prospective DIP lender and bondholders based on comments from D. Polley (Saint Rose). |
| 1 | 10/23/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: Saint Rose comments to revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/23/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: Saint Rose comments to revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/23/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: Saint Rose comments to revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/23/2024 | Harding, Sean | 0.4 | Review cash flow report to prospective DIP lender and bondholders. |
| 1 | 10/24/2024 | Cotona, Nicolette | 0.8 | Review Saint Rose comments to revised FY 2025 budget materials for discussion with prospective DIP lender and bondholders. |
| 1 | 10/28/2024 | Harding, Sean | 0.5 | Review weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 10/28/2024 | Cotona, Nicolette | 1.4 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 10/28/2024 | Cotona, Nicolette | 1.1 | Review 10/21 - 10/27 cash flow actuals. |
| 1 | 10/28/2024 | Cotona, Nicolette | 0.9 | Revise weekly cash flow update for discussion with Executive Committee of the Board per FTI team comments. |
| 1 | 10/29/2024 | Gumbs, Sean | 0.3 | Review weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 10/30/2024 | Gumbs, Sean | 0.3 | Correspond with D. Polley re: updated budget. |
| 1 | 10/31/2024 | Gumbs, Sean | 0.4 | Participate on call with S. Harding (FTI) and D. Polley (Saint Rose) to discuss questions from the auditors. |
| 1 | 10/31/2024 | Harding, Sean | 0.4 | Participate on call with S. Gumbs (FTI) and D. Polley (Saint Rose) to discuss questions from the auditors. |
| **1 Total** | | | **34.9** | |
| 2 | 10/11/2024 | Cotona, Nicolette | 0.8 | Review draft monthly operating report. |
| 2 | 10/17/2024 | Gumbs, Sean | 0.4 | Review draft monthly operating report. |
| **2 Total** | | | **1.2** | |
| 3 | 10/28/2024 | Gumbs, Sean | 0.8 | Participate on call with S. Harding (FTI) and Cullen to discuss proposed DIP order. |
| 3 | 10/28/2024 | Harding, Sean | 0.8 | Participate on call with S. Gumbs (FTI) and Cullen to discuss proposed DIP order. |
| 3 | 10/28/2024 | Harding, Sean | 0.5 | Participate on call with S. Gumbs (FTI) and Cullen to discuss proposed DIP order. |
| **3 Total** | | | **2.1** | |
| 4 | 10/23/2024 | Cotona, Nicolette | 0.5 | Prepare response to B. Pollack (Cullen) re: FTI professional fees in the year prior to bankruptcy filing. |

Page 5 of 7

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 10/30/2024 | Cotona, Nicolette | 0.8 | Prepare response to B. Pollack (Cullen) re: statement of financial affairs. |
| 4 | 10/31/2024 | Harding, Sean | 0.4 | Participate on call with N. Cotona (FTI) and B. Pollack (Cullen) re: statement of financial affairs. |
| 4 | 10/31/2024 | Cotona, Nicolette | 0.4 | Participate on call with S. Harding (FTI) and B. Pollack (Cullen) re: statement of financial affairs. |
| **4 Total** | | | **2.1** | |
| 5 | 10/10/2024 | Gumbs, Sean | 1.5 | Participate in Board meeting (partial) with S. Harding (FTI), Cullen, and Saint Rose. |
| 5 | 10/10/2024 | Harding, Sean | 2.1 | Participate in Board meeting with S. Gumbs (FTI), Cullen, and Saint Rose. |
| 5 | 10/17/2024 | Gumbs, Sean | 1.3 | Participate in Executive Committee Board meeting with S. Harding (FTI), Cullen, and Saint Rose. |
| 5 | 10/17/2024 | Harding, Sean | 1.3 | Participate in Executive Committee Board meeting with S. Gumbs (FTI), Cullen, and Saint Rose. |
| 5 | 10/22/2024 | Harding, Sean | 0.5 | Participate on all-hands call with N. Cotona (FTI), Saint Rose, and Cullen re: Revised FY 2025 Budget and weekly cash flow update. |
| 5 | 10/22/2024 | Cotona, Nicolette | 0.5 | Participate on all-hands call with S. Harding (FTI), Saint Rose, and Cullen re: Revised FY 2025 Budget and weekly cash flow update. |
| 5 | 10/22/2024 | Harding, Sean | 1.0 | Participate in special meeting of the Executive Committee of the Board with Cullen and Saint Rose. |
| 5 | 10/24/2024 | Harding, Sean | 0.8 | Participate in Executive Committee Board meeting with Cullen and Saint Rose. |
| 5 | 10/30/2024 | Gumbs, Sean | 0.5 | Participate on all-hands call with S. Harding (FTI), Saint Rose, and Cullen re: weekly cash flow update, campus sale process, and DIP financing. |
| 5 | 10/30/2024 | Harding, Sean | 0.5 | Participate on all-hands call with S. Gumbs (FTI), Saint Rose, and Cullen re: weekly cash flow update, campus sale process, and DIP financing. |
| 5 | 10/31/2024 | Gumbs, Sean | 1.0 | Participate on call with S. Harding, Saint Rose, and Cullen re: DIP order and auditor inquiries. |
| 5 | 10/31/2024 | Harding, Sean | 1.0 | Participate on call with S. Gumbs, Saint Rose, and Cullen re: DIP order and auditor inquiries. |
| 5 | 10/31/2024 | Gumbs, Sean | 0.9 | Participate in Executive Committee Board meeting with S. Harding (FTI), Cullen, and Saint Rose. |
| 5 | 10/31/2024 | Harding, Sean | 0.9 | Participate in Executive Committee Board meeting with S. Gumbs (FTI), Cullen, and Saint Rose. |
| **5 Total** | | | **13.8** | |
| 6 | 10/21/2024 | Harding, Sean | 1.2 | Participate on call with Cullen, JLL and Saint Rose to discuss broker's opinion of value. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 10/23/2024 | Harding, Sean | 0.5 | Review campus sale timeline. |
| 6 | 10/23/2024 | Cotona, Nicolette | 0.4 | Update illustrative timeline for sale of Saint Rose properties. |
| **6 Total** | | | **2.1** | |
| 7 | 10/15/2024 | Harding, Sean | 1.0 | Attend first day hearing. |
| 7 | 10/15/2024 | Cotona, Nicolette | 1.0 | Attend first day hearing via dial-in |
| **7 Total** | | | **2.0** | |
| **Grand Total** | | | **58.2** | |