CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                    :
In re:                                                              :  Chapter 11
                                                                    :
THE COLLEGE OF SAINT ROSE,                                          :  Case No. 24-11131 (REL)
                                                                    :
                                                                    :
                    Debtor.                                         :
                                                                    :
-------------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR COUNSEL TO THE DEBTOR'S BOARD OF TRUSTEES FOR THE PERIOD OF OCTOBER 10, 2024 THROUGH OCTOBER 31, 2024

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Counsel to the Debtor's Board of Trustees for the period of October 10, 2024 through October 31, 2024 is attached hereto.

Dated: Albany, New York
       November 20, 2024

                                                CULLEN AND DYKMAN LLP
                                                *Counsel for Debtor*

                                                By:   s/ Bonnie Pollack
                                                      Matthew G. Roseman, Esq.
                                                      Bonnie L. Pollack, Esq.
                                                80 State Street, Suite 900
                                                Albany, New York 12207
                                                (516) 357-3700

22484.3 21242456v1

**NOLAN HELLER KAUFFMAN LLP**
Attorneys at Law
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300

Federal I.D.# 14-1836610

|  |  |
|---|---|
| The Board of Trustees of the College of Saint Rose | Page: 1 |
| 18 Chip Shot Way | October 31, 2024 |
| Mechanicville NY 12118 | File No.: 12655-000M |
|  | Statement No.: 6 |

ATTN: Jeffrey D. Stone

College of Saint Rose Matter

PREVIOUS BALANCE $9,754.50

| Date | | Description | HOURS |
|---|---|---|---|
| 10/08/2024 | FJB | Review agenda for 10/10 Board of Trustees meeting; review meeting documents | 1.20 |
| | FJB | Review first day declaration of Marcia White in support of filing and press release | 1.50 |
| | FJB | Review Brennan declaration in support of retention as counsel to Board of Trustees; forward to Ms. Pollack, Esq. (attorney for debtor) | 0.40 |
| 10/10/2024 | FJB | Attend Board of Trustees meeting | 2.00 |
| 10/14/2024 | FJB | Attend meeting with Marcia White, Jeff Stone, and counsel for College regarding preparation for hearings on first-day motions | 0.50 |
| 10/15/2024 | FJB | Review insurance policy provisions | 3.20 |
| | FJB | Attend hearings on first day motions | 1.00 |
| | FJB | Attend client meeting regarding review of outcome of first day motions | 1.00 |
| 10/16/2024 | FJB | Receive and review board meeting minutes, cash flow projections, and executive board meeting agenda | 1.20 |
| 10/17/2024 | FJB | Attend Executive Board meeting | 1.30 |
| 10/18/2024 | FJB | Review sale procedures motion | 1.20 |
| 10/21/2024 | FJB | Fee/Employment Applications - Review motion to approve interim compensation for professionals procedures | 0.80 |
| | FJB | Asset Disposition - Review motion to sell de minimis assets | 0.80 |
| 10/23/2024 | FJB | Asset Analysis and Recovery - Review broker's opinion of value | 0.80 |
| 10/24/2024 | FJB | Review materials for Executive Committee board meeting | 1.10 |
| 10/25/2024 | FJB | Asset Disposition - Review motion to approve consignment agreement for sale of artwork | 0.90 |
| | FJB | Fee/Employment Applications Review motion to retain ordinary course of business professionals | 0.40 |

|  |  |  |  | Page: 2 |
|---|---|---|---|---|
|  | The Board of Trustees of the College of Saint Rose |  |  | October 31, 2024 |
|  |  |  | File No.: | 12655-000M |
|  |  |  | Statement No.: | 6 |
|  | College of Saint Rose Matter |  |  |  |

| | | | HOURS | |
|---|---|---|---|---|
| 10/30/2024 | FJB | Review materials for Board of Trustee's meeting | 0.50 | |
| 10/31/2024 | FJB | Attend Board of Trustee's meeting | 0.80 | |
| | | FOR CURRENT SERVICES RENDERED | 20.60 | 9,167.00 |
| | | TOTAL CURRENT WORK | | 9,167.00 |
| 10/10/2024 | | Paid from Retainer | | -4,948.50 |
| 10/10/2024 | | Paid from Retainer | | -4,806.00 |
| | | TOTAL PAYMENTS | | -9,754.50 |
| | | BALANCE DUE | | $9,167.00 |

Your Trust Account #5 balance is

| | | |
|---|---|---|
| | OPENING BALANCE | $34,754.50 |
| 10/10/2024 | Transfer for fees | |
| | PAYEE: Nolan Heller Kauffman LLP | -9,754.50 |
| | CLOSING BALANCE | $25,000.00 |

To pay by CREDIT CARD, please contact Mary Connors at (518)-449-3300.
Thank you.