## United States Bankruptcy Court
### Northern District of New York

In re  **The College of Saint Rose**  
Debtor(s)

Case No. **24-11131**  
Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F, G**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**See Attached**

Date: **December 3, 2024**

**/s/ Matthew G. Roseman**
**Matthew G. Roseman MR-1387**
Attorney for Debtor(s)
**Cullen and Dykman LLP**
**The Omni Building**
**333 Earle Ovington Boulevard, 2nd Floor**
**Uniondale, NY 11553**
**516-357-3700**
**mroseman@cullenllp.com**

AccuData Intergrated Marketing, Inc
PO Box 61557
Fort Myers, FL 33906

Albany Fire Extinguisher
215 Watervliet Shaker Road
Watervliet, NY 12189

Albany Water Board
PO Box 4570
Buffalo, NY 14240-4570

Alliance Risk Group
56 Clifton County Road
Clifton Park, NY 12065

Bloomberg LP
120 Park Avenue
New York, NY 10017

Eastern Heating and Cooling, Inc.
880 Broadway
Albany, NY 12207

Educational Computer Systems, Inc
PO Box 936565
Atlanta, GA 31193-6565

Grand Rivers
PO Box 2094
Saratoga, CA 95070-0094

Green Genies
PO Box 11342
Albany, NY 12211

Hogan Marren Babbo & Rose, Ltd.
3400 W 111th Street, #109
Chicago, IL 60655

H.T. Lyons
7165 Ambassador Drive
Allentown, PA 18106

LCS Landscapes NY
42 Cottage Street
Poughkeepsie, NY 12601

Level 3 Communications, LLC
PO BOX 910182
Denver, CO 80291

Meyers & Meyers
1734 Western Avenue
Albany, NY 12203

Michael Sutter Company
855 South 430 West
Heber City, UT 84032

Milliman, Inc.
PO Box 75553
Chicago, IL 60675-5553

National Grid
PO Box 371376
Pittsburgh, PA 15250

Quadient Finance USA, Inc.
PO Box 6813
Carol Stream, IL 60197-6810

Tri-County Refrigeration
3481 Waverly Road
Owego, NY 13827

Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12210

Milton Cat
PO Box 3851
Boston, MA 02241