**Fill in this information to identify the case:**

Debtor name __**The College of Saint Rose**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF NEW YORK__

Case number (if known) __**24-11131**__

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of Labor**<br>**Unemployment Insurance**<br>**PO Box 4301**<br>**Binghamton, NY 13902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$432,375.04** | **$432,375.04** |
| | Date or dates debt was incurred<br>**July-Sept. 2024** | Basis for the claim:<br>**Unemployment Insurance July 2024 to Sept 2024** | | |
| | Last 4 digits of account number **4301** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**AccuData Intergrated Marketing, Inc**<br>**PO Box 61557**<br>**Fort Myers, FL 33906**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  6734** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2.20** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Adam Tegnander**<br>**5 Weston Dr**<br>**Clifton Park, NY 12065-6023**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Uncashed Check__<br>Is the claim subject to offset? ■ No ☐ Yes | **$276.09** |

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

Adrian Donnelly
12 Hillview Ter
Castleton On Hudson, NY 12033-1404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.4** | Nonpriority creditor's name and mailing address

Alattia Myers
59 Beverly Ave
Albany, NY 12206-3215

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$1,286.00**

---

**3.5** | Nonpriority creditor's name and mailing address

Albany Fire Extinguisher
215 Watervliet Shaker Road
Watervliet, NY 12189

Date(s) debt was incurred _

Last 4 digits of account number  5086

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,224.25**

---

**3.6** | Nonpriority creditor's name and mailing address

Albany Water Board
 PO Box 4570
Buffalo, NY 14240-4570

Date(s) debt was incurred _

Last 4 digits of account number  7071

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20,060.46**

---

**3.7** | Nonpriority creditor's name and mailing address

Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.8** | Nonpriority creditor's name and mailing address

Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607

Date(s) debt was incurred _

Last 4 digits of account number  5086

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.9** | Nonpriority creditor's name and mailing address

Alexandra Nelson
43A Edward Street
Cohoes, NY 12047

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$1,251.77**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$510.00**

**Alliance Risk Group**
**56 Clifton County Road**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2838**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.23**

**Allyson Hobarth**
**128 W Wendell St**
**Endicott, NY 13760-4056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$454.00**

**Alp Gulden**
**181 S Main St**
**Sherborn, MA 01770-1427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**American Indian Library Association**
**PO Box 41296**
**San Jose, CA 95160-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Amy Hunter**
**9661 Buttonbush Pl**
**Brewerton, NY 13029-9429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78.75**

**Amy Romat**
**11245 State Route 9**
**Champlain, NY 12919-5045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.23**

**Ann Neilson**
**PO Box 171**
**Schaghticoke, NY 12154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address
Anna Giardenelli
2004 Anthony Dr
Schenectady, NY 12303-4504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.18** | Nonpriority creditor's name and mailing address
Ave Sibaja
448 4th St Fl 2
Troy, NY 12181-5325

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$86.25**

---

**3.19** | Nonpriority creditor's name and mailing address
Belfor USA Group Inc
2191 Central Avenue
Schenectady, NY 12304

Date(s) debt was incurred _

Last 4 digits of account number  **4640**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Base Repairs to St. Joe's Flood Completed**

Is the claim subject to offset? ■ No ☐ Yes

**$3,293.62**

---

**3.20** | Nonpriority creditor's name and mailing address
Bloomberg LP
120 Park Avenue
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.21** | Nonpriority creditor's name and mailing address
BND Inc.
PO Box 80445 Taylors Bridge Rd
Townsend, DE 19734

Date(s) debt was incurred _

Last 4 digits of account number  **6722**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No ☐ Yes

**$19,680.00**

---

**3.22** | Nonpriority creditor's name and mailing address
Brendan Stout
6 Overlook Ave
Greenwich, NY 12834-4001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$32.19**

---

**3.23** | Nonpriority creditor's name and mailing address
Bruce Scott
205 Consaul Rd
Albany, NY 12205-3607

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$99.40**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.24**    **Nonpriority creditor's name and mailing address**

**Cameron Myers**
**109 Severson Ave**
**Altamont, NY 12009-7725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.25**    **Nonpriority creditor's name and mailing address**

**Carley Natosi**
**25 Howell Pl**
**Kearny, NJ 07032-3612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$18.28**

---

**3.26**    **Nonpriority creditor's name and mailing address**

**Carlos Menjivar**
**40 Oakwood St**
**Albany, NY 12208-2421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$428.83**

---

**3.27**    **Nonpriority creditor's name and mailing address**

**Carlos Menjivar**
**40 Oakwood St**
**Albany, NY 12208-2421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$36.57**

---

**3.28**    **Nonpriority creditor's name and mailing address**

**Carlos Menjivar**
**40 Oakwood St**
**Albany, NY 12208-2421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$193.94**

---

**3.29**    **Nonpriority creditor's name and mailing address**

**Carrie Harris**
**2 Merrall Dr**
**Clifton Park, NY 12065-7225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.30**    **Nonpriority creditor's name and mailing address**

**Chartrand, Shelly**
**7 Artillery Approach**
**Mechanicville, NY 12118-3527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address

**Chelsea Murphy**
**25 Hiawatha Dr**
**Clifton Park, NY 12065-7725**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.32** | Nonpriority creditor's name and mailing address

**ChemSearchFE**
**236261 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number  **5766**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,916.96**

---

**3.33** | Nonpriority creditor's name and mailing address

**Christian Morrison**
**1 Nates Ct**
**Burnt Hills, NY 12027-6711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

**3.34** | Nonpriority creditor's name and mailing address

**Chumani Ketcham**
**1188 County Route 7**
**Hannibal, NY 13074-3303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.54**

---

**3.35** | Nonpriority creditor's name and mailing address

**Constellation NewEnergy Inc**
**PO Box 4640**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **6701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,689.36**

---

**3.36** | Nonpriority creditor's name and mailing address

**County Waste - Clifton Park**
**A Waste Connections Company**
**PO Box 431**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Waste Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,684.58**

---

**3.37** | Nonpriority creditor's name and mailing address

**Crown Castle Fiber, LLC**
**PO Box 32102**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number  **0936**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,894.71**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.56**

**Daniel Carr**
**859 Myrtle Ave**
**Albany, NY 12208-2607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112.75**

**Danielle Gill**
**34 Curt Blvd**
**Saratoga Springs, NY 12866-8913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Danielle Hunt**
**1122 Sheldon Dr**
**Altamont, NY 12009-4308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**David Considine**
**14 Windsor Ct**
**Delmar, NY 12054-4304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00**

**David Travers**
**795 Western Tpke**
**Duanesburg, NY 12056-3801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.75**

**Deanna R. Rochester**
**414 Fox Pointe Dr**
**Dover, DE 19904-1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.50**

**Deanna R. Rochester**
**414 Fox Pointe Dr**
**Dover, DE 19904-1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.45** Nonpriority creditor's name and mailing address
**Deborah Carter**
**775 Myrtle Ave**
**Albany, NY 12208-2621**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80.50**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address
**Donna Kirker**
**21 Mallard Dr**
**Rexford, NY 12148-1515**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address
**Dump It, LLC**
**5 Exchange Street**
**Albany, NY 12205**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,080.00**

Date(s) debt was incurred _

Last 4 digits of account number  **3268**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address
**EAB**
**PO Box 603519**
**Charlotte, NC 28260**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$503,756.03**

Date(s) debt was incurred _

Last 4 digits of account number  **1404**

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
**Eastern Heating and Cooling, Inc.**
**880 Broadway**
**Albany, NY 12207**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,083.06**

Date(s) debt was incurred _

Last 4 digits of account number  **5311**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
**Educational Computer Systems, Inc**
**PO Box 936565**
**Atlanta, GA 31193-6565**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$360.00**

Date(s) debt was incurred _

Last 4 digits of account number  **1706**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
**Elizabeth Evans**
**22 Lois Ct**
**Albany, NY 12205-2442**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$44.79**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72.30**

**Elizabeth Power**
**7403 Wells Blvd**
**Hyattsville, MD 20783-1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00**

**Elizabeth Willis**
**16 Pinewood Dr**
**Schenectady, NY 12302-4714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00**

**Emelie Engstrom**
**East 81st St**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00**

**Emily Pinkerton**
**275 Woodlawn Ave**
**Albany, NY 12208-2503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.70**

**Emma Tuey**
**270 Broome St**
**Catskill, NY 12414-2034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.80**

**Emma Tuey**
**270 Broome St**
**Catskill, NY 12414-2034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00**

**Emma Yakalis**
**82 North St Apt 2**
**Walton, NY 13856-1340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.59** 

**Nonpriority creditor's name and mailing address**

Erin Lyke
1087 Scott Greene Rd
Roxbury, NY 12474-1472

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check 

Is the claim subject to offset? ■ No  ☐ Yes

**$277.05**

---

**3.60**

**Nonpriority creditor's name and mailing address**

Fatima Khaleel
436 Elk St
Albany, NY 12206-2703

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check 

Is the claim subject to offset? ■ No  ☐ Yes

**$3.33**

---

**3.61**

**Nonpriority creditor's name and mailing address**

Fatima Khaleel
436 Elk St
Albany, NY 12206-2703

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check 

Is the claim subject to offset? ■ No  ☐ Yes

**$3.33**

---

**3.62**

**Nonpriority creditor's name and mailing address**

FirstLight Fiber
PO Box 1301
Williston, VT 05495

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Contract Termination 

Is the claim subject to offset? ■ No  ☐ Yes

**$47,719.39**

---

**3.63**

**Nonpriority creditor's name and mailing address**

FirstLight Fiber
PO Box 1301
Williston, VT 05495

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  October Monthly Services for Telephone and Internet 

Is the claim subject to offset? ■ No  ☐ Yes

**$9,715.84**

---

**3.64**

**Nonpriority creditor's name and mailing address**

Franchezca Lesley Aimee Braceros
6 Felicia Ct
Albany, NY 12205-4419

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check 

Is the claim subject to offset? ■ No  ☐ Yes

**$14.20**

---

**3.65**

**Nonpriority creditor's name and mailing address**

Frank Ahearn
2520 Cypress Island Ct
Wellington, FL 33414-7000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check 

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.66** Nonpriority creditor's name and mailing address

**Gabriella George**
374 Morris St
Albany, NY 12208-3326

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$7.28

---

**3.67** Nonpriority creditor's name and mailing address

**Gia Gencic**
9221 Sienna Vista Dr
Las Vegas, NV 89117-7032

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$365.00

---

**3.68** Nonpriority creditor's name and mailing address

**Gina E. Zuckrow**
2 Graham Pl
Ellenville, NY 12428-5616

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$451.40

---

**3.69** Nonpriority creditor's name and mailing address

**Grand Rivers**
PO Box 2094
Saratoga, CA 95070-0094

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,150.00

---

**3.70** Nonpriority creditor's name and mailing address

**Greater Worchester Community Foundation**
1 Mercantile Street, Ste. 010
Worcester, MA 01608

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$1,500.00

---

**3.71** Nonpriority creditor's name and mailing address

**Green Genies**
PO Box 11342
Albany, NY 12211

Date(s) debt was incurred __

Last 4 digits of account number  **6045**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$360.00

---

**3.72** Nonpriority creditor's name and mailing address

**H.T. Lyons**
7165 Ambassador Drive
Allentown, PA 18106

Date(s) debt was incurred __

Last 4 digits of account number  **9690**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$126.59

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00**

Haleigh S. Rojas
255 Patroon Creek Blvd
Albany, NY 12206-5045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53.57**

Hannah Deetz
101 Craigie Ave
Scotia, NY 12302-1213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53.57**

Hannah Deetz
101 Craigie Ave
Scotia, NY 12302-1213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232.16**

Hannah Deetz
101 Craigie Ave
Scotia, NY 12302-1213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

Hannah Liscomb
34 Pine Dr N
Nassau, NY 12123-9739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74.67**

Heather Fronckowiak
16 Powerhouse Rd
Schaghticoke, NY 12154-4001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$303.00**

Heather M. Tarbox
22 Daytona Ave
Albany, NY 12203-2517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Uncashed Check

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

Heidi Peratikos
25 Queen Anne Ln
Wappingers Falls, NY 12590-6013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.68**

Hellen Jumo
23 Cummings Rd Apt 6
Brighton, MA 02135-7348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

Hessem Loayza-Ladcani
61 Anchor Ln
Levittown, NY 11756-4434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630.00**

Hogan Marren Babbo & Rose, Ltd.
 3400 W 111th Street, #109
Chicago, IL 60655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9245

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.75**

Hosanna G. Davis
571 Center Cambridge Rd
Cambridge, NY 12816-1905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

Hunter Devins
3040 State Route 3
Cadyville, NY 12918-1729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$772.00**

Ilia Bakhriev
202 Ontario St Fl 2
Albany, NY 12203-1310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.87** Nonpriority creditor's name and mailing address
**iWave Information Systems, Inc.**
**182-134 Kent Street, 2nd Level**
**Charlottetown, PE C1A8R8 Canada**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6224**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Contract Termination**

Is the claim subject to offset? ■ No ☐ Yes

**$3,972.90**

---

**3.88** Nonpriority creditor's name and mailing address
**Jaime Iglehart**
**491 State St Apt 3A**
**Albany, NY 12203-1019**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.89** Nonpriority creditor's name and mailing address
**Janice Jenkins**
**1216 Arley Ct**
**Valley Stream, NY 11580-1415**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$547.00**

---

**3.90** Nonpriority creditor's name and mailing address
**Jannetta Briscoe**
**437 Arthur St**
**Schenectady, NY 12306-3113**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.91** Nonpriority creditor's name and mailing address
**Jason Landry**
**435 East Ave**
**Lewiston, ME 04240-4739**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.92** Nonpriority creditor's name and mailing address
**Jaysalee Salcedo**
**174 Jefferson St Apt 1**
**Brooklyn, NY 11206-6301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$62.50**

---

**3.93** Nonpriority creditor's name and mailing address
**Jeffrey Gelinas**
**17 Ingersoll Dr**
**Westfield, MA 01085-4922**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Jeffrey Palmer**
**105 Manning Blvd Apt 1**
**Albany, NY 12203-1739**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$12.38**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Jenna R. Muckle**
**272 Stuffle St**
**Cropseyville, NY 12052-2619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$378.48**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Jennifer Lane-Byrne**
**1210 Hyman Ave**
**Bay Shore, NY 11706-5342**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Jessica Litt**
**409 Hackett Blvd**
**Albany, NY 12208-1636**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Jill Hepp**
**23 W Sky Ln**
**Clifton Park, NY 12065-6774**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$633.97**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Jill Hepp**
**23 W Sky Ln**
**Clifton Park, NY 12065-6774**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$431.34**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Joanna Forrest**
**79 Locust Ave**
**Oakdale, NY 11769-1604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$25.95**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address

John Ciano
121 Vermont View Dr
Watervliet, NY 12189-1040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$1,116.33**

---

**3.102** | Nonpriority creditor's name and mailing address

John Dzurica
35 Pyramid Pines Est
Saratoga Springs, NY 12866-9428

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$66.74**

---

**3.103** | Nonpriority creditor's name and mailing address

Jonathan DiMario
60-24 68th St
Maspeth, NY 11378

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.104** | Nonpriority creditor's name and mailing address

Josie Mertz
305 Fall Creek Ter
Stroudsburg, PA 18360-9278

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$2.71**

---

**3.105** | Nonpriority creditor's name and mailing address

Jovan Carpino
24A Greenlea Dr
Clifton Park, NY 12065-5705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.106** | Nonpriority creditor's name and mailing address

Julia Berak
31 Brookland Farms Rd
Paughkeepsie, NY 12601-5822

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.107** | Nonpriority creditor's name and mailing address

Julia G. Fikar
87 S 3rd St
Bethpage, NY 11714-2607

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$3.13**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$399.74**

Julia Gargano
123 Willard Ave
Staten Island, NY 10314-2274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Julianne Keegan
14 Maple ln
Cohoes, NY 12047-2211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.36**

Julie Evans
39 S 3rd St
Hudson, NY 12534-2124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00**

Justin Simon
1026 Madison Ave
Troy, NY 12180-5436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.40**

Kari Francis
250 45th St Apt 2
Brooklyn, NY 11220-1006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00**

Katherine L. Rice
43 S Main St
Schaghticoke, NY 12154-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00**

Katherine L. Rice
43 S Main St
Schaghticoke, NY 12154-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address

**Kelly Fagan**
**2352 County Route 41**
**Greenville, NY 12083-4626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$3.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address

**Kevin Zou**
**1731 Bay Ridge Ave**
**Brooklyn, NY 11204-5016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$130.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address

**Kimani Glanville**
**1029 Delamont Ave**
**Schenectady, NY 12307-1801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$25.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address

**Laura Albright**
**8 Jefferson Rd**
**Glenmont, NY 12077-3302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address

**LCS Landscapes NY**
**42 Cottage Street**
**Poughkeepsie, NY 12601**

Date(s) debt was incurred _

Last 4 digits of account number  **2374**

As of the petition filing date, the claim is: *Check all that apply.*          **$16,640.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address

**Level 3 Communications, LLC**
**PO BOX 910182**
**Denver, CO 80291**

Date(s) debt was incurred _

Last 4 digits of account number  **5261**

As of the petition filing date, the claim is: *Check all that apply.*          **$1,399.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address

**Liam Traynor**
**668 Birchwood Park Dr**
**Middle Island, NY 11953-2631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$13.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Luisa Rivas Perez**
**65 Westerlo St Apt F**
**Albany, NY 12202-2090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

$57.86

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Macen Mero**
**87 Macey Ln**
**Plattsburgh, NY 12901-5923**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Mack Cain**
**PO Box 950**
**Oxford, NY 13830-0950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

$48.75

---

**3.125**

**Nonpriority creditor's name and mailing address**
**Madison Galvin**
**24 S Main Ave**
**Albany, NY 12208-2618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

$133.33

---

**3.126**

**Nonpriority creditor's name and mailing address**
**Malak Talabah**
**299 Sherman St**
**Albany, NY 12206-2513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

$26.25

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Malak Talabah**
**299 Sherman St**
**Albany, NY 12206-2513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

$78.75

---

**3.128**

**Nonpriority creditor's name and mailing address**
**Malak Talabah**
**299 Sherman St**
**Albany, NY 12206-2513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

$48.75

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Malcolm M. Moran**
**2161 Guilderland Ave**
**Schenectady, NY 12306-4434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Malcolm M. Moran**
**2161 Guilderland Ave**
**Schenectady, NY 12306-4434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$312.22**

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Manideep Vanam**
**445 Livingston Ave Apt 2B**
**Albany, NY 12206-2815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$3.33**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**Margaret Fleming**
**15167 23rd Ave**
**Whitestone, NY 11357-3709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$243.00**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Marguerite Vanden Wyngaard**
**14 Norwood Ave Fl 1**
**Albany, NY 12208-2815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$1,724.21**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Maria Ollivierre**
**85 Coleman St**
**Dorchester, MA 02125-3178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$69.17**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Mark's Organic Pest Control**
**1 Poplar Avenue**
**Troy, NY 12180**

Date(s) debt was incurred _

Last 4 digits of account number  **1502**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  September and October Pest Control Services

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Marwan Hennawi
1 W Hills Pl
Melville, NY 11747-4119

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Masconomet Regional Scholarship Foundati
20 Endicott Road
Boxford, MA 01921

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

Matthew Akins
6039 Johnston Rd
Slingerlands, NY 12159-9747

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.11**

Megan Dellaratta
67 Lebrun St
Port Jeff Sta, NY 11776-3723

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

Meghan Hom
400 E 50th St
New York, NY 10022-8039

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.25**

MELISSA J. MARTINEZ / Aaron M Quinones
1375 Nelson Ave Apt 3J
Bronx, NY 10452-2442

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

Melissa Van De Wal
18 Villa Ave
Albany, NY 12203-3214

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$221.25**

**Meyers & Meyers**
**1734 Western Avenue**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00**

**Mia Grassia**
**36 Hemlock Ln**
**Bay Shore, NY 11706-7811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00**

**Michael Petrone**
**25 Durham Pl**
**Lake Grove, NY 11755-2847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.38**

**Michael Sutter Company**
**855 South 430 West**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8167

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00**

**Michelle Michaud**
**59 Amity St Apt 1**
**Cohoes, NY 12047-4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$288.00**

**Mikel Azcue**
**366 Western Ave**
**Albany, NY 12203-1402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,457.50**

**Milliman, Inc.**
**PO Box 75553**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.150** Nonpriority creditor's name and mailing address

**Miosotis Tennant**
**100 Union Dr Apt 415**
**Albany, NY 12208-3454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.151** Nonpriority creditor's name and mailing address

**Monitronics**
**Dept CH 14321**
**Palatine, IL 60055**

Date(s) debt was incurred _

Last 4 digits of account number  **5192**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$42.90**

---

**3.152** Nonpriority creditor's name and mailing address

**Nathan Greene**
**28 Woodrow Ct**
**Troy, NY 12180-2154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$72.12**

---

**3.153** Nonpriority creditor's name and mailing address

**Nathan Greene**
**28 Woodrow Ct**
**Troy, NY 12180-2154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$52.45**

---

**3.154** Nonpriority creditor's name and mailing address

**Nathan Greene**
**28 Woodrow Ct**
**Troy, NY 12180-2154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$26.23**

---

**3.155** Nonpriority creditor's name and mailing address

**National Grid**
**Po Box 371376**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number  **5462**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electric and Gas Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$76,994.36**

---

**3.156** Nonpriority creditor's name and mailing address

**NRG**
**Po Box 32179**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electric Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,938.38**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.157**

**Nonpriority creditor's name and mailing address**
**NYC & URMG**
**PO Box 95000-5430**
**Philadelphia, PA 19195**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Worker's Compensation

Is the claim subject to offset? ☐ No ☐ Yes

**$85,497.00**

---

**3.158**

**Nonpriority creditor's name and mailing address**
**NYS DOH Office of Health Insurance Progr**
**1 Commerce Plaza, 99 Washington Ave**
**Albany, NY 12210-2822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.159**

**Nonpriority creditor's name and mailing address**
**NYS Higher Education**
**Services Corporation**
**99 Washington Avenu**
**Albany, NY 12255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.160**

**Nonpriority creditor's name and mailing address**
**NYS Office for People with**
**Develomental Disabilites**
**500 Balltown Road**
**Schenectady, NY 12304**

Date(s) debt was incurred _

Last 4 digits of account number  4901

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$803.57**

---

**3.161**

**Nonpriority creditor's name and mailing address**
**Nyzair L Sheldon**
**5 Stephen St**
**Albany, NY 12202-1512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.162**

**Nonpriority creditor's name and mailing address**
**Olivia Lockwood**
**329 Stormville Mountain Rd**
**Stormville, NY 12582-5521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$39.34**

---

**3.163**

**Nonpriority creditor's name and mailing address**
**Opal Beyer**
**29 Clinton Ct**
**Stillwater, NY 12170-1307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.30 |
|---|---|---|---|

**Paige McCulloch**
7 Lindberg Dr
Latham, NY 12110-4105

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Pam Smith**
157 W 21st St
Huntington Station, NY 11746-2121

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pension Benefit Guaranty Corp.**
P.O. Box 151750
Alexandria, VA 22315

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pension Plan Underfunding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.75 |
|---|---|---|---|

**Peter Anadio**
1180 County Highway 122
Gloversville, NY 12078-6132

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,116.75 |
|---|---|---|---|

**Peter Anadio**
1180 County Highway 122
Gloversville, NY 12078-6132

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Peter Post**
9137 County Rd 6
North Augusta, ON K0K 1R0

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Philip Hasin**
723 State St
Albany, NY 12203-1318

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.45**

Quadient Finance USA, Inc.
PO Box 6813
Carol Stream, IL 60197-6810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6838**

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

Richard Bachan
1438 Schuyler St
Schenectady, NY 12303-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

Sallyann Giess
305 Sandidge Way
Albany, NY 12203-3634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Salvatore Canova
108 Roy St
Massapequa, NY 11758-1628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.38**

Samantha E. Zimmerman
13 Frances Ln
Kerhonkson, NY 12446-3204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.03**

Samara Watson
50 Amsterdam Ave 13 G
New York, NY 10023-7424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.99**

Sarah Heikkinen
342 Congress St Apt 2
Troy, NY 12180-4367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Sarah Johnson**
**20 Plum Poppy S**
**Ballston Spa, NY 12020-4437**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.179**

**Nonpriority creditor's name and mailing address**

**Sarah L. Mattison**
**366 Western Ave**
**Albany, NY 12203-1402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$6.07**

---

**3.180**

**Nonpriority creditor's name and mailing address**

**Shavaria Perkins**
**26 Coachman Sq**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.181**

**Nonpriority creditor's name and mailing address**

**Shayna Ireland**
**49 Wineberry Ln**
**Malta, NY 12020-4715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Silvia Mejia**
**46 Cardinal Ave**
**Albany, NY 12208-2719**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No ☐ Yes

**$503.51**

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Sodexo Inc. & Associates**
**PO Box 360170**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number  9678

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,187,686.08**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Spectrum**
**PO Box 6030**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$321.93**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.185**

**Nonpriority creditor's name and mailing address**
**State of South Carolina**
**Office of the Secretary of State**
**1205 Pendleton Street, Ste. 525**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Fine**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186**

**Nonpriority creditor's name and mailing address**
**Stephen Trempel**
**1058 Woodmere Dr**
**Bethlehem, PA 18017-2338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Tanishq Iyengar**
**Hamilton Township 166 Crest  Avenue**
**Trenton, NJ 08690-2104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.188**

**Nonpriority creditor's name and mailing address**
**Tatiana Sierra-Rodriquez**
**295 Colonie St Apt 2E**
**Albany, NY 12210-2561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$2.24**

---

**3.189**

**Nonpriority creditor's name and mailing address**
**Tayler Silvano**
**16 W Erie St Apt 2**
**Albany, NY 12208-2404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$21.30**

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Teresa Kessler**
**11 Minnowbrook Ave Apt 1**
**Delmar, NY 12054-2939**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$73.00**

---

**3.191**

**Nonpriority creditor's name and mailing address**
**Thomas Antorino**
**29 Gristmill Ln**
**Halesite, NY 11743-2134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.192** Nonpriority creditor's name and mailing address

**Thomas H. Zaloga**
**17 Clifford Ave**
**Latham, NY 12110-4401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$15.63**

---

**3.193** Nonpriority creditor's name and mailing address

**Thomas Hoffay**
**38 Shadow Wood Way**
**Ballston Lake, NY 12019-1212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.194** Nonpriority creditor's name and mailing address

**Thomas Jefferson University**
**4201 Henry Ave**
**Philadelphia, PA 19144-5409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.195** Nonpriority creditor's name and mailing address

**Thomas Kelsh**
**6131 Meadow Grove Loop**
**Wilmington, NC 28409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.196** Nonpriority creditor's name and mailing address

**Tia Monique L. Millwood**
**20 State St**
**Otisville, NY 10963-2355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

**3.197** Nonpriority creditor's name and mailing address

**Tia Monique L. Millwood**
**20 State St**
**Otisville, NY 10963-2355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

**$6.75**

---

**3.198** Nonpriority creditor's name and mailing address

**TMA Systems, LLC**
**1876 Utica Square, Third Floor**
**Tulsa, OK 74114**

Date(s) debt was incurred _

Last 4 digits of account number  **4901**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,378.36**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Tracy Sitterly**
**5 Ridgefield Way**
**Watervliet, NY 12189-1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,050.00**

**Tri-County Refrigeration**
**3481 Waverly Road**
**Owego, NY 13827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1843**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Tricia Pascucci**
**9 Walnut Rd**
**Mechanicville, NY 12118-3325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Trisha Vecchione**
**7 Moreland Ave**
**latham, NY 12110-4536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Tristan Kisling**
**56 Via Da Vinci**
**Clifton Park, NY 12065-2906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.07**

**Tucker Beaudoin**
**801 Rocky Ln**
**Bennington, VT 05201-8427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**U.S Department of Education**
**400 Maryland Avenue, SW**
**Washington, DC 20202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Closed School Discharge Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.206** | Nonpriority creditor's name and mailing address
**UHY, LLP**
**PO Box 72243**
**Cleveland, OH 44192**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$11,300.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auditing Services through 9/30/24**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address
**Usherwood Office Technology**
**1005 W Fayette Street**
**Syracuse, NY 13204**

Date(s) debt was incurred _

Last 4 digits of account number  **2024**

As of the petition filing date, the claim is: *Check all that apply.*    **$2,758.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **October Printing and Mail Room Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address
**Verizon**
**PO Box  408**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$249.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address
**Virginia Fontanilles**
**23 King Pl**
**Westfield, MA 01085-2824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address
**Vital Records Control**
**POBox 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$78.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address
**W DANIEL BILLINGTON DMD MS PLLC**
**2 Executive Park Dr.**
**Albany, NY 12203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$460.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address
**Watermark Insights, LLC**
**PO Box 736632**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number  **4087,4964**

As of the petition filing date, the claim is: *Check all that apply.*    **$122,270.50**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162.50**

Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2680**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.67**

Yolanda Caldwell
43 Grafton Rd
Glenmont, NY 12077-3135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

Yvonne Boyd
5 Jennings Dr
Albany, NY 12204-1757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

Yvonne Boyd
5 Jennings Dr
Albany, NY 12204-1757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.75**

Zachary R. Ebert
951 South St
Apulia Station, NY 13020-2007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.22**

Zachary T. Noll
23 Thatcher St
Selkirk, NY 12158-1764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S Dept of Education Fed. Student Aid**<br>**NY/Boston School Participation Division**<br>**32 Old Slip 25th Fl.**<br>**New York, NY 10005** | Line  **3.205**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | The College of Saint Rose | | Case number (if known) | 24-11131 |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 432,375.04 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,212,804.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,645,179.56 |