**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | The College of Saint Rose |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 24-11131 |

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Boiler Preventative Mantenance** | |
| | State the term remaining | 12/31/2025 | **Adirondack Combustion Technologies, Inc.** <br> **4488 Duanesburg Road** <br> **PO Box 278** <br> **Duanesburg, NY 12056** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Fire Extinguisher Maintenance** | |
| | State the term remaining | 6/30/2028 | **Albany Fire Extinguisher** <br> **215 Watervliet Shaker Road** <br> **Watervliet, NY 12189** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Semi-Annual Kitchen Fire Supression Maintenance** | |
| | State the term remaining | 6/30/2028 | **Albany Fire Extinguisher** <br> **216 Watervliet Shaker Road** <br> **Watervliet, NY 12189** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Internal Pipe Inspection and Gauge Replacement** | |
| | State the term remaining | 6/30/2028 | **Albany Fire Protection, Inc.** <br> **Avenue B, PO Box 429** <br> **Watervliet, NY 12189** |
| | List the contract number of any government contract | | |

| Debtor 1 | The College of Saint Rose | | Case number *(if known)* | 24-11131 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Backflow test and inspection** | |
|---|---|---|---|
| | State the term remaining | 6/30/2028 | **Albany Fire Protection, Inc.**<br>Avenue B, PO Box 429<br>Watervliet, NY 12189 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Quarterly Wet Pipe Sprinkler System test and Inspection** | |
|---|---|---|---|
| | State the term remaining | 6/30/2028 | **Albany Fire Protection, Inc.**<br>Avenue B, PO Box 429<br>Watervliet, NY 12189 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Space Rental- Massry Center** | |
|---|---|---|---|
| | State the term remaining | 10/21/24 | **Albany Symphony Orchestra**<br>19 Clinton Avenue<br>Albany, NY 12207 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment agreement for sale of pianos** | |
|---|---|---|---|
| | State the term remaining | | **Artists Pianos**<br>664 New Loudon Road, Suite 2<br>Latham, NY 12110 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Community solar distributed generation subscription** | |
|---|---|---|---|
| | State the term remaining | 12/1/2024 | **Bullrock**<br>**Bullrock Solar, LLC**<br>145 Pine haven Shore Suite 1150<br>Shelburne, VT 05482 |
| | List the contract number of any government contract | | |

| Debtor 1 | The College of Saint Rose | | Case number *(if known)* 24-11131 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

# Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Retirement Plan Advisory Services Agreement** | |
| | State the term remaining | 12/31/2024 | **Cap Financial Partners, LLC D/B/A Captrust Financial Advisors 4208 Six Forks Road Suite 1700 Raleigh, NC 27609** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement for Artwork** | |
| | State the term remaining | 1/31/25 | **Carlsen Gallery Inc. 9931 State Route 32 Freehold, NY 12432** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **NYC teacher education** | |
| | State the term remaining | 12/31/2026 | **Center for Integrated Teacher Education, Inc. (CITE) 3305 Jerusalem Avenue Wantagh, NY 11793** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Water treatment** | |
| | State the term remaining | 6/30/2025 | **ChemSearch Solutions 2727 Chemsearch Blvd Irving, TX 75062** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement: Signage in various locations** | |
| | State the term remaining | 12/1/2030 | **City of Albany 24 Eagle Street Albany, NY 12207** |
| | List the contract number of any government contract | | |

| Debtor 1 |  The College of Saint Rose | | Case number (if known) 24-11131 |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Signage right-of-way on Partridge** | |
|---|---|---|---|
| | State the term remaining | **12/1/2030** | **City of Albany** |
| | List the contract number of any government contract | | **24 Eagle Street** |
| | | | **Albany, NY 12207** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Collection and disposal of waste materials** | |
|---|---|---|---|
| | State the term remaining | **6/30/2028** | **County Waste & Recycling (Master Service Agreement)** |
| | List the contract number of any government contract | | **PO BOX 431** |
| | | | **Clifton Park, NY 12065** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lab decommissioning** | |
|---|---|---|---|
| | State the term remaining | | **CT Male** |
| | List the contract number of any government contract | | **50 Century Hill Drive** |
| | | | **Latham, NY 12110** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Security Guards** | |
|---|---|---|---|
| | State the term remaining | | **DDCues LLC** |
| | List the contract number of any government contract | | **2023 US 9** |
| | | | **Round Lake, NY 12151** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Space Rental** | |
|---|---|---|---|
| | State the term remaining | **10/30/2024** | **Dormitory Authority of the State of New York** |
| | List the contract number of any government contract | | **516 Broadway** |
| | | | **Albany, NY 12207** |

| Debtor 1 | **The College of Saint Rose** | | Case number *(if known)* | **24-11131** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Automated Logic Controls on equipment for facilties** | |
| | State the term remaining | **6/30/2025** | **Eastern Heating and Cooling Inc.**<br>**880 Broadway**<br>**Albany, NY 12207** |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Web services** | |
| | State the term remaining | **6/30/2025** | **Elevation 10000**<br>**13 Cornell Rd.**<br>**Latham, NY 12110** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Banner Software Support Services Renewal Order Form** | |
| | State the term remaining | **12/31/2024** | **Ellucian Company LLC**<br>**2003 Edmund Halley Drive**<br>**Reston, VA 20191** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Firewall subscription** | |
| | State the term remaining | **2/28/2025** | **EPlus Technology Inc (Palo Alto)**<br>**13595 Dulles Technology Drive**<br>**Herndon, VA 20171** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement (Intellecheck)** | |
| | State the term remaining | **3/31/2025** | **Evisions, Inc.**<br>**1321 Upland Drive**<br>**PMB 20169**<br>**Houston, TX 77043** |
| | List the contract number of any government contract | | |

| Debtor 1 | **The College of Saint Rose** | | Case number *(if known)* | **24-11131** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Argos/Form Fusion software for printing and report pulling** | |
| | State the term remaining | **6/30/2025** | **Evisions, Inc.**<br>**1321 Upland Drive**<br>**PMB 20169**<br>**Houston, TX 77043** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Banner DBA and Support services** | |
| | State the term remaining | | **Ferrilli**<br>**4 Kings Hwy E**<br>**Haddonfield, NJ 08033** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Keltron Maintenance** | |
| | State the term remaining | **9/12/2025** | **Fire, Security & Sound Systems Inc.**<br>**4 Avis Drive, Suite 110**<br>**Latham, NY 12110** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Master Dark Fiber Agreement, Master Service Agreement, Service Order agreement. Internet and Telephone Services.** | |
| | State the term remaining | **3/20/2025** | **First Light**<br>**41 State Street, Floor 10**<br>**Albany, NY 12207** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Space Rental-Massry Center** | |
| | State the term remaining | **12/15/24** | **Friends of Chamber Music of Troy NY**<br>**PO Box 10191**<br>**Albany, NY 12201** |
| | List the contract number of any government contract | | |

| Debtor 1 | The College of Saint Rose | | Case number *(if known)* | 24-11131 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance broker** | |
| | State the term remaining | **6/30/2025** | |
| | List the contract number of any government contract | | **Gallagher Risk Management**<br>**PO Box 39735**<br>**Chicago, IL 60694** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Products and Services** | |
| | State the term remaining | **8/31/2025** | |
| | List the contract number of any government contract | | **GovConnection (NERCOMP Consortium)**<br>**732 Milford Road**<br>**Merrimack, NH 03054** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft office suite** | |
| | State the term remaining | **8/31/2025** | |
| | List the contract number of any government contract | | **GovConnection (NERCOMP Consortium)**<br>**732 Milford Road**<br>**Merrimack, NH 03054** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Community solar distributed generation subscription** | |
| | State the term remaining | **3/17/2041** | |
| | List the contract number of any government contract | | **Green Street Power Partner**<br>**335 Madison Avenue, 4th Floor**<br>**New York, NY 10017** |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Environmental systems maintenance** | |
| | State the term remaining | **6/30/2027** | |
| | List the contract number of any government contract | | **H.T Lyons**<br>**3 Rexford Way**<br>**Clifton Park, NY 12065** |

| Debtor 1 | The College of Saint Rose | | Case number (if known) 24-11131 |
|---|---|---|---|
| | First Name | Middle Name | Last Name |



**Additional Page if You Have More Contracts or Leases**

| | 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest — **Summary of Terms** | |
| | State the term remaining — **1/20/2025** | **Hope Solar Farm LLC**<br>**145 Pine Haven Shores Road, Suite 1150**<br>**Shelburne, VT 05482** |
| | List the contract number of any government contract | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest — **Maintenance contract on one card building locking system** | |
| | State the term remaining — **6/30/2027** | **ISC**<br>**(Integrated Security & Communications)**<br>**5 Commerece Way, Ste 150**<br>**Trenton, NJ 08691** |
| | List the contract number of any government contract | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest — **Landscaping and snow removal services (month to month)** | |
| | State the term remaining — **6/30/2025** | **LCS Landscapes**<br>**42 Cottage Street**<br>**Poughkeepsie, NY 12601** |
| | List the contract number of any government contract | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest — **Internet Service Renewal** | |
| | State the term remaining | **Level 3 Comunications, LLC**<br>**PO Box 910182**<br>**Denver, CO 80291** |
| | List the contract number of any government contract | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest — **Agreement - Discretionary Investment Management for Endowment Investments** | |
| | State the term remaining — **3/29/2025** | **LVW Advisors**<br>**67 Monroe Avenue**<br>**Pittsford, NY 14534** |
| | List the contract number of any government contract | |

| Debtor 1 | The College of Saint Rose | | Case number (if known) | 24-11131 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control for 80+ buildings** | |
|---|---|---|---|
| | State the term remaining | 6/30/2026 | **Mark's Organic Pest Control**<br>**1 Poplar Avenue**<br>**Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Employee benefit mangager** | |
|---|---|---|---|
| | State the term remaining | | **Marshall and Sterling**<br>**30 Corporate Drive**<br>**Halfmoon, NY 12065** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Diploma Printing and Diploma Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | 4/25/2026 | **Michael Sutter Company**<br>**855 South 430 West**<br>**Heber City, UT 84032** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work- Pension plan termination** | |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | **Milliman, Inc**<br>**PO Box 75553**<br>**Chicago, IL 60675** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Generator maintenance** | |
|---|---|---|---|
| | State the term remaining | 6/30/2025 | **Milton Cat**<br>**PO Box 3851**<br>**Boston, MA 02241** |
| | List the contract number of any government contract | | |

| Debtor 1 | The College of Saint Rose | | Case number (*if known*) | 24-11131 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.45. State what the contract or lease is for and the nature of the debtor's interest — **Health insurance plan consultant** | |
| State the term remaining — **12/31/2024** | **MVP Select Care**<br>**PO Box 26864**<br>**New York, NY 10087** |
| List the contract number of any government contract | |
| 2.46. State what the contract or lease is for and the nature of the debtor's interest — **Degree Verify Agreement for Educational Recruitment** | |
| State the term remaining | **National Student Clearinghouse**<br>**2300 Dulles Station Boulevard, Suite 300**<br>**Herndon, VA 20171** |
| List the contract number of any government contract | |
| 2.47. State what the contract or lease is for and the nature of the debtor's interest — **Natural Gas - Renewal** | |
| State the term remaining — **12/31/24** | **NBR  (fka Direct Energy Business Marketing LLC dba Direct Energy Business**<br>**804 Carnegie Center Drive**<br>**Princeton, NJ 08540** |
| List the contract number of any government contract | |
| 2.48. State what the contract or lease is for and the nature of the debtor's interest — **Annual Subscription for Trustee meetings** | |
| State the term remaining — **6/29/2025** | **OnBoard**<br>**333 N Alabama Street, Suite 300**<br>**Indianapolis, IN 46204** |
| List the contract number of any government contract | |
| 2.49. State what the contract or lease is for and the nature of the debtor's interest — **Elevator Maintenance** | |
| State the term remaining | **Otis Elevator**<br>**20 Loudonville Road**<br>**Albany, NY 12204** |
| List the contract number of any government contract | |

| Debtor 1 | **The College of Saint Rose** | | Case number *(if known)* | **24-11131** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lifts: Lubricate and Survey Service** | |
|---|---|---|---|
| | State the term remaining | | **Otis Elevator**<br>**20 Loudonville Road**<br>**Albany, NY 12204** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - solar** | |
|---|---|---|---|
| | State the term remaining | **1/17/2040** | **Salmon River Solar LLC**<br>**PowerMarket**<br>**15 Metrotech Center, 19th Floor**<br>**Brooklyn, NY 11201** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Community solar subscription agreement** | |
|---|---|---|---|
| | State the term remaining | **3/31/2046** | **Saratoga Solar II, LLC**<br>**Landmark Square, Suite 320**<br>**Stamford, CT 06901** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Athletic Website Mantenance** | |
|---|---|---|---|
| | State the term remaining | **6/30/2025** | **Sidearms**<br>**109 S. Warren Street, Suite 600**<br>**Syracuse, NY 13202** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Internet and security system** | |
|---|---|---|---|
| | State the term remaining | | **Spectrum**<br>**PO Box 6030**<br>**Carol Stream, IL 60197** |
| | List the contract number of any government contract | | |

| Debtor 1 | **The College of Saint Rose** | | Case number *(if known)* | **24-11131** |
|---|---|---|---|---|
| | First Name  Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Solar Energy agreement** | |
|---|---|---|---|
| | State the term remaining | 5/28/2025 | **Sunvestment Energy Group**<br>**Bullrock Solar**<br>**45 Pine Haven Shores Road, Suite 1150**<br>**Shelburne, VT 05482** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **1099-MISC/NEC, 1098 and 1095 Processing Services Agreement** | |
|---|---|---|---|
| | State the term remaining | 12/31/2024 | **Tab Service Company**<br>**310 S. Racine Avenue**<br>**Chicago, IL 60607** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Carrier and Trane Chiller Preventative Maintenance** | |
|---|---|---|---|
| | State the term remaining | 6/30/2025 | **Tri County Refrigeration, Inc.**<br>**126 West Beecher Hill Road**<br>**Owego, NY 13827** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Space Rental- Nolan Gymnasium** | |
|---|---|---|---|
| | State the term remaining | 11/14/24 | **University at Albany Athletics Departmen**<br>**1400 Washington Avenue**<br>**Albany, NY 12222** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Printing and Mailing Service agreement (wind down extension)** | |
|---|---|---|---|
| | State the term remaining | | **Usherwood**<br>**1005 W Fayette Street**<br>**Syracuse, NY 13204** |
| | List the contract number of any government contract | | |

| Debtor 1 | The College of Saint Rose | | Case number (*if known*) | 24-11131 |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Inventory software** | |
| | State the term remaining | **12/31/2024** | **Vertere Data**<br>**747 Aquidneck Avenue**<br>**Middletown, RI 02842** |
| | List the contract number of any government contract | | |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Elevator Inspections** | |
| | State the term remaining | **7/30/2027** | **Vertical Transportation Consulting LLC**<br>**430 Franklin Street**<br>**Schenectady, NY 12305** |
| | List the contract number of any government contract | | |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Community solar subscription agreement** | |
| | State the term remaining | **12/19/2045** | **Washington Avenue Solar**<br>**Landmark Square, Suite 320**<br>**Stamford, CT 06901** |
| | List the contract number of any government contract | | |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Agreement** | |
| | State the term remaining | **6/30/2025** | **Zoom Video Communications Inc.**<br>**55 Almaden Blvd, Suite 600**<br>**San Jose, CA 95113** |
| | List the contract number of any government contract | | |