**Fill in this information to identify the case:**

Debtor name  **The College of Saint Rose**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known)  **24-11131**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of Labor**<br>**Unemployment Insurance**<br>**PO Box 4301**<br>**Binghamton, NY 13902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$432,375.04**    **$432,375.04** |

Date or dates debt was incurred  **July-Sept. 2024**

Basis for the claim: **Unemployment Insurance July 2024 to Sept 2024**

Last 4 digits of account number **4301**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AccuData Intergrated Marketing, Inc**<br>**PO Box 61557**<br>**Fort Myers, FL 33906**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **6734** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2.20** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Adam Tegnander**<br>**5 Weston Dr**<br>**Clifton Park, NY 12065-6023**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Uncashed Check**<br>Is the claim subject to offset? ■ No ☐ Yes | **$276.09** |

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

Adrian Donnelly
12 Hillview Ter
Castleton On Hudson, NY 12033-1404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

**3.4** | Nonpriority creditor's name and mailing address

Alattia Myers
59 Beverly Ave
Albany, NY 12206-3215

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$1,286.00**

---

**3.5** | Nonpriority creditor's name and mailing address

Albany Fire Extinguisher
215 Watervliet Shaker Road
Watervliet, NY 12189

Date(s) debt was incurred _

Last 4 digits of account number  5086

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,224.25**

---

**3.6** | Nonpriority creditor's name and mailing address

Albany Water Board
 PO Box 4570
Buffalo, NY 14240-4570

Date(s) debt was incurred _

Last 4 digits of account number  7071

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,060.46**

---

**3.7** | Nonpriority creditor's name and mailing address

Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$135.00**

---

**3.8** | Nonpriority creditor's name and mailing address

Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607

Date(s) debt was incurred _

Last 4 digits of account number  5086

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$70.00**

---

**3.9** | Nonpriority creditor's name and mailing address

Alexandra Nelson
43A Edward Street
Cohoes, NY 12047

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

**$1,251.77**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Alliance Risk Group**
 **56 Clifton County Road**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number  **2838**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$510.00**

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Allyson Hobarth**
**128 W Wendell St**
**Endicott, NY 13760-4056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$4.23**

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Alp Gulden**
**181 S Main St**
**Sherborn, MA 01770-1427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$454.00**

---

**3.13** | **Nonpriority creditor's name and mailing address**
**American Indian Library Association**
**PO Box 41296**
**San Jose, CA 95160-1296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Amy Hunter**
**9661 Buttonbush Pl**
**Brewerton, NY 13029-9429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Amy Romat**
**11245 State Route 9**
**Champlain, NY 12919-5045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$78.75**

---

**3.16** | **Nonpriority creditor's name and mailing address**
**Ann Neilson**
**PO Box 171**
**Schaghticoke, NY 12154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$132.23**

---

| Debtor | **The College of Saint Rose** | | Case number (if known) | **24-11131** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Anna Giardenelli**
**2004 Anthony Dr**
**Schenectady, NY 12303-4504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.25**

**Ave Sibaja**
**448 4th St Fl 2**
**Troy, NY 12181-5325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,293.62**

**Belfor USA Group Inc**
**2191 Central Avenue**
**Schenectady, NY 12304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4640**

Basis for the claim:  **Base Repairs to St. Joe's Flood Completed**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Bloomberg LP**
**120 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,680.00**

**BND Inc.**
**PO Box 80445 Taylors Bridge Rd**
**Townsend, DE 19734**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6722**

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.19**

**Brendan Stout**
**6 Overlook Ave**
**Greenwich, NY 12834-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.40**

**Bruce Scott**
**205 Consaul Rd**
**Albany, NY 12205-3607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**Cameron Myers**
**109 Severson Ave**
**Altamont, NY 12009-7725**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.28**

**Carley Natosi**
**25 Howell Pl**
**Kearny, NJ 07032-3612**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428.83**

**Carlos Menjivar**
**40 Oakwood St**
**Albany, NY 12208-2421**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.57**

**Carlos Menjivar**
**40 Oakwood St**
**Albany, NY 12208-2421**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.94**

**Carlos Menjivar**
**40 Oakwood St**
**Albany, NY 12208-2421**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Carrie Harris**
**2 Merrall Dr**
**Clifton Park, NY 12065-7225**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Chartrand, Shelly**
**7 Artillery Approach**
**Mechanicville, NY 12118-3527**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __The College of Saint Rose_____   Case number (if known) __24-11131__
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Chelsea Murphy**
**25 Hiawatha Dr**
**Clifton Park, NY 12065-7725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,916.96 |
|---|---|---|---|

**ChemSearchFE**
**236261 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5766__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Christian Morrison**
**1 Nates Ct**
**Burnt Hills, NY 12027-6711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.54 |
|---|---|---|---|

**Chumani Ketcham**
**1188 County Route 7**
**Hannibal, NY 13074-3303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,689.36 |
|---|---|---|---|

**Constellation NewEnergy Inc**
**PO Box 4640**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __6701__

Basis for the claim: __Contract Termination__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,684.58 |
|---|---|---|---|

**County Waste - Clifton Park**
**A Waste Connections Company**
**PO Box 431**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Waste Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,894.71 |
|---|---|---|---|

**Crown Castle Fiber, LLC**
**PO Box 32102**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0936__

Basis for the claim: __Contract Termination__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,030.00**

**CT Male Associates**
**50 Century Hill Drive**
**Latham, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Lab Decommissioning Service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.56**

**Daniel Carr**
**859 Myrtle Ave**
**Albany, NY 12208-2607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.75**

**Danielle Gill**
**34 Curt Blvd**
**Saratoga Springs, NY 12866-8913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Danielle Hunt**
**1122 Sheldon Dr**
**Altamont, NY 12009-4308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**David Considine**
**14 Windsor Ct**
**Delmar, NY 12054-4304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245.00**

**David Travers**
**795 Western Tpke**
**Duanesburg, NY 12056-3801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.75**

**Deanna R. Rochester**
**414 Fox Pointe Dr**
**Dover, DE 19904-1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address**
Deanna R. Rochester
414 Fox Pointe Dr
Dover, DE 19904-1416

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$37.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**
Deborah Carter
775 Myrtle Ave
Albany, NY 12208-2621

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$80.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**
Donna Kirker
21 Mallard Dr
Rexford, NY 12148-1515

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**
Dump It, LLC
5 Exchange Street
Albany, NY 12205

Date(s) debt was incurred _

Last 4 digits of account number  3268

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,080.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**
EAB
PO Box 603519
Charlotte, NC 28260

Date(s) debt was incurred _

Last 4 digits of account number  1404

**As of the petition filing date, the claim is:** *Check all that apply.*    **$503,756.03**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Contract Termination

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**
Educational Computer Systems, Inc
 PO Box 936565
Atlanta, GA 31193-6565

Date(s) debt was incurred _

Last 4 digits of account number  1706

**As of the petition filing date, the claim is:** *Check all that apply.*    **$360.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**
Elizabeth Evans
22 Lois Ct
Albany, NY 12205-2442

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$44.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number *(if known)* | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.30** |
|---|---|---|
| **Elizabeth Power**<br>**7403 Wells Blvd**<br>**Hyattsville, MD 20783-1921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Uncashed Check | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|
| **Elizabeth Willis**<br>**16 Pinewood Dr**<br>**Schenectady, NY 12302-4714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Uncashed Check | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **Emelie Engstrom**<br>**East 81st St**<br>**New York, NY 10028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Uncashed Check | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|
| **Emily Pinkerton**<br>**275 Woodlawn Ave**<br>**Albany, NY 12208-2503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Uncashed Check | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.70** |
|---|---|---|
| **Emma Tuey**<br>**270 Broome St**<br>**Catskill, NY 12414-2034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Uncashed Check | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.80** |
|---|---|---|
| **Emma Tuey**<br>**270 Broome St**<br>**Catskill, NY 12414-2034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Uncashed Check | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|
| **Emma Yakalis**<br>**82 North St Apt 2**<br>**Walton, NY 13856-1340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:**  Uncashed Check | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**Erin Lyke**
**1087 Scott Greene Rd**
**Roxbury, NY 12474-1472**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$277.05**

---

**3.60** | Nonpriority creditor's name and mailing address

**Fatima Khaleel**
**436 Elk St**
**Albany, NY 12206-2703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$3.33**

---

**3.61** | Nonpriority creditor's name and mailing address

**Fatima Khaleel**
**436 Elk St**
**Albany, NY 12206-2703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$3.33**

---

**3.62** | Nonpriority creditor's name and mailing address

**FirstLight Fiber**
**PO Box 1301**
**Williston, VT 05495**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,719.39**

---

**3.63** | Nonpriority creditor's name and mailing address

**FirstLight Fiber**
**PO Box 1301**
**Williston, VT 05495**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **October Monthly Services for Telephone and Internet**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,715.84**

---

**3.64** | Nonpriority creditor's name and mailing address

**Franchezca Lesley Aimee Braceros**
**6 Felicia Ct**
**Albany, NY 12205-4419**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$14.20**

---

**3.65** | Nonpriority creditor's name and mailing address

**Frank Ahearn**
**2520 Cypress Island Ct**
**Wellington, FL 33414-7000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address
**Gabriella George**
374 Morris St
Albany, NY 12208-3326

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$7.28

---

**3.67** | Nonpriority creditor's name and mailing address
**Gia Gencic**
9221 Sienna Vista Dr
Las Vegas, NV 89117-7032

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$365.00

---

**3.68** | Nonpriority creditor's name and mailing address
**Gina E. Zuckrow**
2 Graham Pl
Ellenville, NY 12428-5616

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$451.40

---

**3.69** | Nonpriority creditor's name and mailing address
**Grand Rivers**
PO Box 2094
Saratoga, CA 95070-0094

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,150.00

---

**3.70** | Nonpriority creditor's name and mailing address
**Greater Worchester Community Foundation**
1 Mercantile Street, Ste. 010
Worcester, MA 01608

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

$1,500.00

---

**3.71** | Nonpriority creditor's name and mailing address
**Green Genies**
PO Box 11342
Albany, NY 12211

Date(s) debt was incurred __

Last 4 digits of account number  **6045**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$360.00

---

**3.72** | Nonpriority creditor's name and mailing address
**H.T. Lyons**
7165 Ambassador Drive
Allentown, PA 18106

Date(s) debt was incurred __

Last 4 digits of account number  **9690**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$126.59

---

Debtor __**The College of Saint Rose**_____  Case number (if known) __**24-11131**__

Name

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Haleigh S. Rojas**
**255 Patroon Creek Blvd**
**Albany, NY 12206-5045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.57 |
|---|---|---|---|

**Hannah Deetz**
**101 Craigie Ave**
**Scotia, NY 12302-1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.57 |
|---|---|---|---|

**Hannah Deetz**
**101 Craigie Ave**
**Scotia, NY 12302-1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.16 |
|---|---|---|---|

**Hannah Deetz**
**101 Craigie Ave**
**Scotia, NY 12302-1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Hannah Liscomb**
**34 Pine Dr N**
**Nassau, NY 12123-9739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.67 |
|---|---|---|---|

**Heather Fronckowiak**
**16 Powerhouse Rd**
**Schaghticoke, NY 12154-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.00 |
|---|---|---|---|

**Heather M. Tarbox**
**22 Daytona Ave**
**Albany, NY 12203-2517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

**Heidi Peratikos**
**25 Queen Anne Ln**
**Wappingers Falls, NY 12590-6013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116.68**

**Hellen Jumo**
**23 Cummings Rd Apt 6**
**Brighton, MA 02135-7348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Hessem Loayza-Ladcani**
**61 Anchor Ln**
**Levittown, NY 11756-4434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630.00**

**Hogan Marren Babbo & Rose, Ltd.**
**3400 W 111th Street, #109**
**Chicago, IL 60655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9245**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.75**

**Hosanna G. Davis**
**571 Center Cambridge Rd**
**Cambridge, NY 12816-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**Hunter Devins**
**3040 State Route 3**
**Cadyville, NY 12918-1729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$772.00**

**Ilia Bakhriev**
**202 Ontario St Fl 2**
**Albany, NY 12203-1310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address
**iWave Information Systems, Inc.**
**182-134 Kent Street, 2nd Level**
**Charlottetown, PE C1A8R8 Canada**

Date(s) debt was incurred __

Last 4 digits of account number __6224__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contract Termination__

Is the claim subject to offset? ☐ No ☐ Yes

$3,972.90

---

**3.88** | Nonpriority creditor's name and mailing address
**Jaime Iglehart**
**491 State St Apt 3A**
**Albany, NY 12203-1019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ☑ No ☐ Yes

$27.00

---

**3.89** | Nonpriority creditor's name and mailing address
**Janice Jenkins**
**1216 Arley Ct**
**Valley Stream, NY 11580-1415**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ☐ No ☐ Yes

$547.00

---

**3.90** | Nonpriority creditor's name and mailing address
**Jannetta Briscoe**
**437 Arthur St**
**Schenectady, NY 12306-3113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.91** | Nonpriority creditor's name and mailing address
**Jason Landry**
**435 East Ave**
**Lewiston, ME 04240-4739**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ☑ No ☐ Yes

$100.00

---

**3.92** | Nonpriority creditor's name and mailing address
**Jaysalee Salcedo**
**174 Jefferson St Apt 1**
**Brooklyn, NY 11206-6301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ☑ No ☐ Yes

$62.50

---

**3.93** | Nonpriority creditor's name and mailing address
**Jeffrey Gelinas**
**17 Ingersoll Dr**
**Westfield, MA 01085-4922**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ☑ No ☐ Yes

$50.00

---

| Debtor | **The College of Saint Rose** | | Case number *(if known)* | **24-11131** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.38** |
|---|---|---|---|

**Jeffrey Palmer**
**105 Manning Blvd Apt 1**
**Albany, NY 12203-1739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$378.48** |
|---|---|---|---|

**Jenna R. Muckle**
**272 Stuffle St**
**Cropseyville, NY 12052-2619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Jennifer Lane-Byrne**
**1210 Hyman Ave**
**Bay Shore, NY 11706-5342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Jessica Litt**
**409 Hackett Blvd**
**Albany, NY 12208-1636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$633.97** |
|---|---|---|---|

**Jill Hepp**
**23 W Sky Ln**
**Clifton Park, NY 12065-6774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$431.34** |
|---|---|---|---|

**Jill Hepp**
**23 W Sky Ln**
**Clifton Park, NY 12065-6774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.95** |
|---|---|---|---|

**Joanna Forrest**
**79 Locust Ave**
**Oakdale, NY 11769-1604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address

**John Ciano**
**121 Vermont View Dr**
**Watervliet, NY 12189-1040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,116.33**

---

**3.102** | Nonpriority creditor's name and mailing address

**John Dzurica**
**35 Pyramid Pines Est**
**Saratoga Springs, NY 12866-9428**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$66.74**

---

**3.103** | Nonpriority creditor's name and mailing address

**Jonathan DiMario**
**60-24 68th St**
**Maspeth, NY 11378**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.104** | Nonpriority creditor's name and mailing address

**Josie Mertz**
**305 Fall Creek Ter**
**Stroudsburg, PA 18360-9278**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.71**

---

**3.105** | Nonpriority creditor's name and mailing address

**Jovan Carpino**
**24A Greenlea Dr**
**Clifton Park, NY 12065-5705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.106** | Nonpriority creditor's name and mailing address

**Julia Berak**
**31 Brookland Farms Rd**
**Paughkeepsie, NY 12601-5822**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

**3.107** | Nonpriority creditor's name and mailing address

**Julia G. Fikar**
**87 S 3rd St**
**Bethpage, NY 11714-2607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$3.13**

---

| Debtor | **The College of Saint Rose** | Case number *(if known)* | **24-11131** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.74** |
|---|---|---|---|

**Julia Gargano**
**123 Willard Ave**
**Staten Island, NY 10314-2274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Julianne Keegan**
**14 Maple ln**
**Cohoes, NY 12047-2211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.36** |
|---|---|---|---|

**Julie Evans**
**39 S 3rd St**
**Hudson, NY 12534-2124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**Justin Simon**
**1026 Madison Ave**
**Troy, NY 12180-5436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.40** |
|---|---|---|---|

**Kari Francis**
**250 45th St Apt 2**
**Brooklyn, NY 11220-1006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Katherine L. Rice**
**43 S Main St**
**Schaghticoke, NY 12154-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |
|---|---|---|---|

**Katherine L. Rice**
**43 S Main St**
**Schaghticoke, NY 12154-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.88

**Kelly Fagan**
**2352 County Route 41**
**Greenville, NY 12083-4626**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00

**Kevin Zou**
**1731 Bay Ridge Ave**
**Brooklyn, NY 11204-5016**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00

**Kimani Glanville**
**1029 Delamont Ave**
**Schenectady, NY 12307-1801**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00

**Laura Albright**
**8 Jefferson Rd**
**Glenmont, NY 12077-3302**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,640.00

**LCS Landscapes NY**
**42 Cottage Street**
**Poughkeepsie, NY 12601**

Date(s) debt was incurred __
Last 4 digits of account number  **2374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,399.72

**Level 3 Communications, LLC**
**PO BOX 910182**
**Denver, CO 80291**

Date(s) debt was incurred __
Last 4 digits of account number  **5261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.20

**Liam Traynor**
**668 Birchwood Park Dr**
**Middle Island, NY 11953-2631**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.122**   **Nonpriority creditor's name and mailing address**

**Luisa Rivas Perez**
**65 Westerlo St Apt F**
**Albany, NY 12202-2090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$57.86**

---

**3.123**   **Nonpriority creditor's name and mailing address**

**Macen Mero**
**87 Macey Ln**
**Plattsburgh, NY 12901-5923**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.124**   **Nonpriority creditor's name and mailing address**

**Mack Cain**
**PO Box 950**
**Oxford, NY 13830-0950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$48.75**

---

**3.125**   **Nonpriority creditor's name and mailing address**

**Madison Galvin**
**24 S Main Ave**
**Albany, NY 12208-2618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$133.33**

---

**3.126**   **Nonpriority creditor's name and mailing address**

**Malak Talabah**
**299 Sherman St**
**Albany, NY 12206-2513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$26.25**

---

**3.127**   **Nonpriority creditor's name and mailing address**

**Malak Talabah**
**299 Sherman St**
**Albany, NY 12206-2513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$78.75**

---

**3.128**   **Nonpriority creditor's name and mailing address**

**Malak Talabah**
**299 Sherman St**
**Albany, NY 12206-2513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

**$48.75**

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

**Malcolm M. Moran**
**2161 Guilderland Ave**
**Schenectady, NY 12306-4434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312.22**

**Malcolm M. Moran**
**2161 Guilderland Ave**
**Schenectady, NY 12306-4434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.33**

**Manideep Vanam**
**445 Livingston Ave Apt 2B**
**Albany, NY 12206-2815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243.00**

**Margaret Fleming**
**15167 23rd Ave**
**Whitestone, NY 11357-3709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,724.21**

**Marguerite Vanden Wyngaard**
**14 Norwood Ave Fl 1**
**Albany, NY 12208-2815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.17**

**Maria Ollivierre**
**85 Coleman St**
**Dorchester, MA 02125-3178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uncashed Check**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Mark's Organic Pest Control**
**1 Poplar Avenue**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **September and October Pest Control Services**

Last 4 digits of account number  **1502**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Marwan Hennawi**
**1 W Hills Pl**
**Melville, NY 11747-4119**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Masconomet Regional Scholarship Foundati**
**20 Endicott Road**
**Boxford, MA 01921**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Matthew Akins**
**6039 Johnston Rd**
**Slingerlands, NY 12159-9747**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.11** |
|---|---|---|---|

**Megan Dellaratta**
**67 Lebrun St**
**Port Jeff Sta, NY 11776-3723**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**Meghan Hom**
**400 E 50th St**
**New York, NY 10022-8039**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.25** |
|---|---|---|---|

**MELISSA J. MARTINEZ / Aaron M Quinones**
**1375 Nelson Ave Apt 3J**
**Bronx, NY 10452-2442**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**Melissa Van De Wal**
**18 Villa Ave**
**Albany, NY 12203-3214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Uncashed Check__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.25** |

**Meyers & Meyers**
**1734 Western Avenue**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Mia Grassia**
**36 Hemlock Ln**
**Bay Shore, NY 11706-7811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Michael Petrone**
**25 Durham Pl**
**Lake Grove, NY 11755-2847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.38** |

**Michael Sutter Company**
**855 South 430 West**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8167

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |

**Michelle Michaud**
**59 Amity St Apt 1**
**Cohoes, NY 12047-4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.00** |

**Mikel Azcue**
**366 Western Ave**
**Albany, NY 12203-1402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.50** |

**Milliman, Inc.**
**PO Box 75553**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number *(if known)* | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Miosotis Tennant**
**100 Union Dr Apt 415**
**Albany, NY 12208-3454**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.90**

**Monitronics**
**Dept CH 14321**
**Palatine, IL 60055**

Date(s) debt was incurred _
Last 4 digits of account number  **5192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.12**

**Nathan Greene**
**28 Woodrow Ct**
**Troy, NY 12180-2154**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.45**

**Nathan Greene**
**28 Woodrow Ct**
**Troy, NY 12180-2154**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.23**

**Nathan Greene**
**28 Woodrow Ct**
**Troy, NY 12180-2154**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uncashed Check

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,994.36**

**National Grid**
**Po Box 371376**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _
Last 4 digits of account number  **5462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electric and Gas Service

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,938.38**

**NRG**
**Po Box 32179**
**New York, NY 10087**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electric Service

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,497.00**

**NYC & URMG**
**PO Box 95000-5430**
**Philadelphia, PA 19195**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Worker's Compensation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**NYS DOH Office of Health Insurance Progr**
**1 Commerce Plaza, 99 Washington Ave**
**Albany, NY 12210-2822**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**NYS Higher Education**
**Services Corporation**
**99 Washington Avenu**
**Albany, NY 12255**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$803.57**

**NYS Office for People with**
**Develomental Disabilites**
**500 Balltown Road**
**Schenectady, NY 12304**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  **4901**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Nyzair L Sheldon**
**5 Stephen St**
**Albany, NY 12202-1512**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.34**

**Olivia Lockwood**
**329 Stormville Mountain Rd**
**Stormville, NY 12582-5521**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Opal Beyer**
**29 Clinton Ct**
**Stillwater, NY 12170-1307**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number *(if known)* | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.30**

**Paige McCulloch**
7 Lindberg Dr
Latham, NY 12110-4105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Pam Smith**
157 W 21st St
Huntington Station, NY 11746-2121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pension Benefit Guaranty Corp.**
P.O. Box 151750
Alexandria, VA 22315

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Pension Plan Underfunding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.75**

**Peter Anadio**
1180 County Highway 122
Gloversville, NY 12078-6132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,116.75**

**Peter Anadio**
1180 County Highway 122
Gloversville, NY 12078-6132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Peter Post**
9137 County Rd 6
North Augusta, ON K0K 1R0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Philip Hasin**
723 State St
Albany, NY 12203-1318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number *(if known)* | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.171**

**Nonpriority creditor's name and mailing address**

**Quadient Finance USA, Inc.**
**PO Box 6813**
**Carol Stream, IL 60197-6810**

**Date(s) debt was incurred** __

**Last 4 digits of account number  6838**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ☐ Yes

**$44.45**

---

**3.172**

**Nonpriority creditor's name and mailing address**

**Richard Bachan**
**1438 Schuyler St**
**Schenectady, NY 12303-1025**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.173**

**Nonpriority creditor's name and mailing address**

**Sallyann Giess**
**305 Sandidge Way**
**Albany, NY 12203-3634**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ☐ No  ☐ Yes

**$130.00**

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Salvatore Canova**
**108 Roy St**
**Massapequa, NY 11758-1628**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ☐ No  ☐ Yes

**$250.00**

---

**3.175**

**Nonpriority creditor's name and mailing address**

**Samantha E. Zimmerman**
**13 Frances Ln**
**Kerhonkson, NY 12446-3204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$34.38**

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Samara Watson**
**50 Amsterdam Ave 13 G**
**New York, NY 10023-7424**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$34.03**

---

**3.177**

**Nonpriority creditor's name and mailing address**

**Sarah Heikkinen**
**342 Congress St Apt 2**
**Troy, NY 12180-4367**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.99**

---

| Debtor | The College of Saint Rose | Case number (if known) | 24-11131 |
|---|---|---|---|
| | Name | | |

---

**3.178** Nonpriority creditor's name and mailing address
**Sarah Johnson**
**20 Plum Poppy S**
**Ballston Spa, NY 12020-4437**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☒ No  ☐ Yes

$250.00

---

**3.179** Nonpriority creditor's name and mailing address
**Sarah L. Mattison**
**366 Western Ave**
**Albany, NY 12203-1402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☒ No  ☐ Yes

$6.07

---

**3.180** Nonpriority creditor's name and mailing address
**Shavaria Perkins**
**26 Coachman Sq**
**Clifton Park, NY 12065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☒ No  ☐ Yes

$175.00

---

**3.181** Nonpriority creditor's name and mailing address
**Shayna Ireland**
**49 Wineberry Ln**
**Malta, NY 12020-4715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☒ No  ☐ Yes

$100.00

---

**3.182** Nonpriority creditor's name and mailing address
**Silvia Mejia**
**46 Cardinal Ave**
**Albany, NY 12208-2719**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ☒ No  ☐ Yes

$503.51

---

**3.183** Nonpriority creditor's name and mailing address
**Sodexo Inc. & Associates**
**PO Box 360170**
**Pittsburgh, PA 15251**

Date(s) debt was incurred __

Last 4 digits of account number  **9678**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

$1,187,686.08

---

**3.184** Nonpriority creditor's name and mailing address
**Spectrum**
**PO Box 6030**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$321.93

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of South Carolina**
**Office of the Secretary of State**
**1205 Pendleton Street, Ste. 525**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Fine__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Stephen Trempel**
**1058 Woodmere Dr**
**Bethlehem, PA 18017-2338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Tanishq Iyengar**
**Hamilton Township 166 Crest  Avenue**
**Trenton, NJ 08690-2104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.24** |
|---|---|---|---|

**Tatiana Sierra-Rodriquez**
**295 Colonie St Apt 2E**
**Albany, NY 12210-2561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.30** |
|---|---|---|---|

**Tayler Silvano**
**16 W Erie St Apt 2**
**Albany, NY 12208-2404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00** |
|---|---|---|---|

**Teresa Kessler**
**11 Minnowbrook Ave Apt 1**
**Delmar, NY 12054-2939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Thomas Antorino**
**29 Gristmill Ln**
**Halesite, NY 11743-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Uncashed Check__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.63** |
|---|---|---|---|

**Thomas H. Zaloga**
**17 Clifford Ave**
**Latham, NY 12110-4401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|

**Thomas Hoffay**
**38 Shadow Wood Way**
**Ballston Lake, NY 12019-1212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Thomas Jefferson University**
**4201 Henry Ave**
**Philadelphia, PA 19144-5409**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|

**Thomas Kelsh**
**6131 Meadow Grove Loop**
**Wilmington, NC 28409**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**Tia Monique L. Millwood**
**20 State St**
**Otisville, NY 10963-2355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.75** |
|---|---|---|---|

**Tia Monique L. Millwood**
**20 State St**
**Otisville, NY 10963-2355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,378.36** |
|---|---|---|---|

**TMA Systems, LLC**
**1876 Utica Square, Third Floor**
**Tulsa, OK 74114**

Date(s) debt was incurred _

Last 4 digits of account number  **4901**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Tracy Sitterly**
**5 Ridgefield Way**
**Watervliet, NY 12189-1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,050.00**

**Tri-County Refrigeration**
**3481 Waverly Road**
**Owego, NY 13827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1843**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**Tricia Pascucci**
**9 Walnut Rd**
**Mechanicville, NY 12118-3325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Trisha Vecchione**
**7 Moreland Ave**
**latham, NY 12110-4536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Tristan Kisling**
**56 Via Da Vinci**
**Clifton Park, NY 12065-2906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.07**

**Tucker Beaudoin**
**801 Rocky Ln**
**Bennington, VT 05201-8427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Uncashed Check**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**U.S Department of Education**
**400 Maryland Avenue, SW**
**Washington, DC 20202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Closed School Discharge Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The College of Saint Rose** | Case number (if known) | **24-11131** |
|---|---|---|---|
| | Name | | |

---

**3.206** | Nonpriority creditor's name and mailing address
**UHY, LLP**
**PO Box 72243**
**Cleveland, OH 44192**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$11,300.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auditing Services through 9/30/24**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address
**Usherwood Office Technology**
**1005 W Fayette Street**
**Syracuse, NY 13204**

Date(s) debt was incurred _

Last 4 digits of account number  **2024**

As of the petition filing date, the claim is: *Check all that apply.*    **$2,758.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **October Printing and Mail Room Services**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address
**Verizon**
**PO Box  408**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$249.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address
**Virginia Fontanilles**
**23 King Pl**
**Westfield, MA 01085-2824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address
**Vital Records Control**
**POBox 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$78.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address
**W DANIEL BILLINGTON DMD MS PLLC**
**2 Executive Park Dr.**
**Albany, NY 12203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$460.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uncashed Check**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address
**Watermark Insights, LLC**
**PO Box 736632**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number  **4087,4964**

As of the petition filing date, the claim is: *Check all that apply.*    **$122,270.50**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Termination**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **The College of Saint Rose**
Name

Case number (if known) **24-11131**

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |

**Whiteman Osterman & Hanna LLP**
**One Commerce Plaza**
**Albany, NY 12210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number 2680**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.67 |

**Yolanda Caldwell**
**43 Grafton Rd**
**Glenmont, NY 12077-3135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim: Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Yvonne Boyd**
**5 Jennings Dr**
**Albany, NY 12204-1757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim: Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Yvonne Boyd**
**5 Jennings Dr**
**Albany, NY 12204-1757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim: Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.75 |

**Zachary R. Ebert**
**951 South St**
**Apulia Station, NY 13020-2007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim: Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.22 |

**Zachary T. Noll**
**23 Thatcher St**
**Selkirk, NY 12158-1764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim: Uncashed Check**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S Dept of Education Fed. Student Aid**<br>**NY/Boston School Participation Division**<br>**32 Old Slip 25th Fl.**<br>**New York, NY 10005** | Line **3.205**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **The College of Saint Rose**

Name

Case number (if known)   **24-11131**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 432,375.04 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 2,208,751.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 2,641,126.50 |