# United States Bankruptcy Court
## Northern District of New York

In re **The College of Saint Rose**  
Debtor(s)

Case No. **24-11131**  
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the Not-for-profit Higher Education named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule E/F, G, consisting of **47** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 5, 2024**    Signature **/s/ Marcia J. White**  
**Marcia J. White**  
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.