**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re   **The College of Saint Rose**                        ,

                                    Debtor          Case No.   **24-11131**

                                                    Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**14-1338371**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Matthew G. Roseman MR-1387** , the attorney for the debtor/petitioner (or, if appropriate, the

debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix

has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear

on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed

herewith.

Dated:   12/6/2024

                                        */s/ Matthew G. Roseman*
                                        **Matthew G. Roseman MR-1387**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

AccuData Intergrated Marketing, Inc
PO Box 61557
Fort Myers, FL 33906


Adam Tegnander
5 Weston Dr
Clifton Park, NY 12065-6023


Adirondack Combustion Technologies, Inc.
4488 Duanesburg Road
PO Box 278
Duanesburg, NY 12056


Adrian Donnelly
12 Hillview Ter
Castleton On Hudson, NY 12033-1404


Alattia Myers
59 Beverly Ave
Albany, NY 12206-3215


Albany Fire Extinguisher
215 Watervliet Shaker Road
Watervliet, NY 12189


Albany Fire Protection, Inc.
Avenue B, PO Box 429
Watervliet, NY 12189


Albany Symphony Orchestra
19 Clinton Avenue
Albany, NY 12207


Albany Water Board
 PO Box 4570
Buffalo, NY 14240-4570


Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607


Alexandra Nelson
43A Edward Street
Cohoes, NY 12047

Alliance Risk Group
 56 Clifton County Road
Clifton Park, NY 12065


Allyson Hobarth
128 W Wendell St
Endicott, NY 13760-4056


Alp Gulden
181 S Main St
Sherborn, MA 01770-1427


American Indian Library Association
PO Box 41296
San Jose, CA 95160-1296


Amy Hunter
9661 Buttonbush Pl
Brewerton, NY 13029-9429


Amy Romat
11245 State Route 9
Champlain, NY 12919-5045


Ann Neilson
PO Box 171
Schaghticoke, NY 12154


Anna Giardenelli
2004 Anthony Dr
Schenectady, NY 12303-4504


Artists Pianos
664 New Loudon Road, Suite 2
Latham, NY 12110


Ave Sibaja
448 4th St Fl 2
Troy, NY 12181-5325


Belfor USA Group Inc
2191 Central Avenue
Schenectady, NY 12304

Bloomberg LP
120 Park Avenue
New York, NY 10017

BND Inc.
PO Box 80445 Taylors Bridge Rd
Townsend, DE 19734

Brendan Stout
6 Overlook Ave
Greenwich, NY 12834-4001

Bruce Scott
205 Consaul Rd
Albany, NY 12205-3607

Bullrock
Bullrock Solar, LLC
145 Pine haven Shore Suite 1150
Shelburne, VT 05482

Cameron Myers
109 Severson Ave
Altamont, NY 12009-7725

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

Cap Financial Partners, LLC
D/B/A Captrust Financial Advisors
4208 Six Forks Road Suite 1700
Raleigh, NC 27609

Carley Natosi
25 Howell Pl
Kearny, NJ 07032-3612

Carlos Menjivar
40 Oakwood St
Albany, NY 12208-2421

Carlsen Gallery Inc.
9931 State Route 32
Freehold, NY 12432

Carrie Harris
2 Merrall Dr
Clifton Park, NY 12065-7225

Center for Integrated Teacher
Education, Inc. (CITE)
3305 Jerusalem Avenue
Wantagh, NY 11793

Chartrand, Shelly
7 Artillery Approach
Mechanicville, NY 12118-3527

Chelsea Murphy
25 Hiawatha Dr
Clifton Park, NY 12065-7725

ChemSearch Solutions
2727 Chemsearch Blvd
Irving, TX 75062

ChemSearchFE
236261 Network Place
Chicago, IL 60673

Christian Morrison
1 Nates Ct
Burnt Hills, NY 12027-6711

Chumani Ketcham
1188 County Route 7
Hannibal, NY 13074-3303

City of Albany
Capital Resource Corporation
285 Delaware Avenue, 3rd Floor
Buffalo, NY 14202

City of Albany
24 Eagle Street
Albany, NY 12207

Constellation NewEnergy Inc
PO Box 4640
Carol Stream, IL 60197

County Waste & Recycling
(Master Service Agreement)
PO BOX 431
Clifton Park, NY 12065

County Waste - Clifton Park
A Waste Connections Company
PO Box 431
Clifton Park, NY 12065

Crown Castle Fiber, LLC
PO Box 32102
New York, NY 10087

CT Male
50 Century Hill Drive
Latham, NY 12110

Daniel Carr
859 Myrtle Ave
Albany, NY 12208-2607

Danielle Gill
34 Curt Blvd
Saratoga Springs, NY 12866-8913

Danielle Hunt
1122 Sheldon Dr
Altamont, NY 12009-4308

David Considine
14 Windsor Ct
Delmar, NY 12054-4304

David Travers
795 Western Tpke
Duanesburg, NY 12056-3801

DDCues LLC
2023 US 9
Round Lake, NY 12151

Deanna R. Rochester
414 Fox Pointe Dr
Dover, DE 19904-1416

Deborah Carter
775 Myrtle Ave
Albany, NY 12208-2621


Debra Lee Polley
432 Western Avenue
Albany, NY 12203


Department of Labor
Unemployment Insurance
PO Box 4301
Binghamton, NY 13902


Donna Kirker
21 Mallard Dr
Rexford, NY 12148-1515


Dormitory Authority of the State of
New York
516 Broadway
Albany, NY 12207


Dump It, LLC
5 Exchange Street
Albany, NY 12205


EAB
PO Box 603519
Charlotte, NC 28260


Eastern Heating and Cooling Inc.
880 Broadway
Albany, NY 12207


Educational Computer Systems, Inc
 PO Box 936565
Atlanta, GA 31193-6565


Elevation 10000
13 Cornell Rd.
Latham, NY 12110


Elizabeth Evans
22 Lois Ct
Albany, NY 12205-2442

Elizabeth Power
7403 Wells Blvd
Hyattsville, MD 20783-1921

Elizabeth Thomson
432 Western Avenue
Albany, NY 12203

Elizabeth Willis
16 Pinewood Dr
Schenectady, NY 12302-4714

Ellucian Company LLC
2003 Edmund Halley Drive
Reston, VA 20191

Emelie Engstrom
East 81st St
New York, NY 10028

Emily Pinkerton
275 Woodlawn Ave
Albany, NY 12208-2503

Emma Tuey
270 Broome St
Catskill, NY 12414-2034

Emma Yakalis
82 North St Apt 2
Walton, NY 13856-1340

EPlus Technology Inc (Palo Alto)
13595 Dulles Technology Drive
Herndon, VA 20171

Erin Lyke
1087 Scott Greene Rd
Roxbury, NY 12474-1472

Evisions, Inc.
1321 Upland Drive
PMB 20169
Houston, TX 77043

Fatima Khaleel
436 Elk St
Albany, NY 12206-2703


Ferrilli
4 Kings Hwy E
Haddonfield, NJ 08033


Fire, Security & Sound Systems Inc.
4 Avis Drive, Suite 110
Latham, NY 12110


First Light
41 State Street, Floor 10
Albany, NY 12207


FirstLight Fiber
PO Box 1301
Williston, VT 05495


Fleischer, Fleischer & Suglia, P.C.
Brian M. Fleischer, Esq.,
Four Greentree Center, 601 Route 73 N.
Marlton, NJ 08053


Franchezca Lesley Aimee Braceros
6 Felicia Ct
Albany, NY 12205-4419


Frank Ahearn
2520 Cypress Island Ct
Wellington, FL 33414-7000


Friends of Chamber Music of Troy NY
PO Box 10191
Albany, NY 12201


Gabriella George
374 Morris St
Albany, NY 12208-3326


Gallagher Risk Management
PO Box 39735
Chicago, IL 60694

Gia Gencic
9221 Sienna Vista Dr
Las Vegas, NV 89117-7032


Gina E. Zuckrow
2 Graham Pl
Ellenville, NY 12428-5616


GovConnection (NERCOMP Consortium)
732 Milford Road
Merrimack, NH 03054


Grand Rivers
PO Box 2094
Saratoga, CA 95070-0094


Greater Worchester Community Foundation
1 Mercantile Street, Ste. 010
Worcester, MA 01608


Green Genies
PO Box 11342
Albany, NY 12211


Green Street Power Partner
335 Madison Avenue, 4th Floor
New York, NY 10017


H.T Lyons
3 Rexford Way
Clifton Park, NY 12065


Haleigh S. Rojas
255 Patroon Creek Blvd
Albany, NY 12206-5045


Hannah Deetz
101 Craigie Ave
Scotia, NY 12302-1213


Hannah Liscomb
34 Pine Dr N
Nassau, NY 12123-9739

Heather Fronckowiak
16 Powerhouse Rd
Schaghticoke, NY 12154-4001

Heather M. Tarbox
22 Daytona Ave
Albany, NY 12203-2517

Heidi Peratikos
25 Queen Anne Ln
Wappingers Falls, NY 12590-6013

Hellen Jumo
23 Cummings Rd Apt 6
Brighton, MA 02135-7348

Hessem Loayza-Ladcani
61 Anchor Ln
Levittown, NY 11756-4434

Hogan Marren Babbo & Rose, Ltd.
 3400 W 111th Street, #109
Chicago, IL 60655

Hope Solar Farm LLC
145 Pine Haven Shores Road, Suite 1150
Shelburne, VT 05482

Hosanna G. Davis
571 Center Cambridge Rd
Cambridge, NY 12816-1905

Hunter Devins
3040 State Route 3
Cadyville, NY 12918-1729

Ilia Bakhriev
202 Ontario St Fl 2
Albany, NY 12203-1310

ISC
(Integrated Security & Communications)
5 Commerece Way, Ste 150
Trenton, NJ 08691

iWave Information Systems, Inc.
182-134 Kent Street, 2nd Level
Charlottetown, PE C1A8R8 Canada


Jaime Iglehart
491 State St Apt 3A
Albany, NY 12203-1019


Janice Jenkins
1216 Arley Ct
Valley Stream, NY 11580-1415


Jannetta Briscoe
437 Arthur St
Schenectady, NY 12306-3113


Jason Landry
435 East Ave
Lewiston, ME 04240-4739


Jaysalee Salcedo
174 Jefferson St Apt 1
Brooklyn, NY 11206-6301


Jeffrey Gelinas
17 Ingersoll Dr
Westfield, MA 01085-4922


Jeffrey Knapp
432 Western Avenue
Albany, NY 12203


Jeffrey Palmer
105 Manning Blvd Apt 1
Albany, NY 12203-1739


Jenna R. Muckle
272 Stuffle St
Cropseyville, NY 12052-2619


Jennifer Lane-Byrne
1210 Hyman Ave
Bay Shore, NY 11706-5342

Jessica Litt
409 Hackett Blvd
Albany, NY 12208-1636


Jill Hepp
23 W Sky Ln
Clifton Park, NY 12065-6774


Joanna Forrest
79 Locust Ave
Oakdale, NY 11769-1604


John Ciano
121 Vermont View Dr
Watervliet, NY 12189-1040


John Dzurica
35 Pyramid Pines Est
Saratoga Springs, NY 12866-9428


Jonathan DiMario
60-24 68th St
Maspeth, NY 11378


Josie Mertz
305 Fall Creek Ter
Stroudsburg, PA 18360-9278


Jovan Carpino
24A Greenlea Dr
Clifton Park, NY 12065-5705


Julia Berak
31 Brookland Farms Rd
Paughkeepsie, NY 12601-5822


Julia G. Fikar
87 S 3rd St
Bethpage, NY 11714-2607


Julia Gargano
123 Willard Ave
Staten Island, NY 10314-2274

Julianne Keegan
14 Maple ln
Cohoes, NY 12047-2211


Julie Evans
39 S 3rd St
Hudson, NY 12534-2124


Justin Simon
1026 Madison Ave
Troy, NY 12180-5436


Kari Francis
250 45th St Apt 2
Brooklyn, NY 11220-1006


Katherine L. Rice
43 S Main St
Schaghticoke, NY 12154-4004


Kelly Fagan
2352 County Route 41
Greenville, NY 12083-4626


Kevin Zou
1731 Bay Ridge Ave
Brooklyn, NY 11204-5016


Kimani Glanville
1029 Delamont Ave
Schenectady, NY 12307-1801


Laura Albright
8 Jefferson Rd
Glenmont, NY 12077-3302


LCS Landscapes
42 Cottage Street
Poughkeepsie, NY 12601


Level 3 Comunications, LLC
PO Box 910182
Denver, CO 80291

Liam Traynor
668 Birchwood Park Dr
Middle Island, NY 11953-2631


Luisa Rivas Perez
65 Westerlo St Apt F
Albany, NY 12202-2090


LVW Advisors
67 Monroe Avenue
Pittsford, NY 14534


Macen Mero
87 Macey Ln
Plattsburgh, NY 12901-5923


Mack Cain
PO Box 950
Oxford, NY 13830-0950


Madison Galvin
24 S Main Ave
Albany, NY 12208-2618


Malak Talabah
299 Sherman St
Albany, NY 12206-2513


Malcolm M. Moran
2161 Guilderland Ave
Schenectady, NY 12306-4434


Manideep Vanam
445 Livingston Ave Apt 2B
Albany, NY 12206-2815


Marcia J. White
432 Western Avenue
Albany, NY 12203


Margaret Fleming
15167 23rd Ave
Whitestone, NY 11357-3709

Margaret McLane
432 Western Avenue
Albany, NY 12203


Marguerite Vanden Wyngaard
14 Norwood Ave Fl 1
Albany, NY 12208-2815


Maria Ollivierre
85 Coleman St
Dorchester, MA 02125-3178


Mark's Organic Pest Control
1 Poplar Avenue
Troy, NY 12180


Marshall and Sterling
30 Corporate Drive
Halfmoon, NY 12065


Marwan Hennawi
1 W Hills Pl
Melville, NY 11747-4119


Masconomet Regional Scholarship Foundati
20 Endicott Road
Boxford, MA 01921


Matthew Akins
6039 Johnston Rd
Slingerlands, NY 12159-9747


Megan Dellaratta
67 Lebrun St
Port Jeff Sta, NY 11776-3723


Meghan Hom
400 E 50th St
New York, NY 10022-8039


MELISSA J. MARTINEZ / Aaron M Quinones
1375 Nelson Ave Apt 3J
Bronx, NY 10452-2442

Melissa Van De Wal
18 Villa Ave
Albany, NY 12203-3214

Meyers & Meyers
1734 Western Avenue
Albany, NY 12203

Mia Grassia
36 Hemlock Ln
Bay Shore, NY 11706-7811

Michael Petrone
25 Durham Pl
Lake Grove, NY 11755-2847

Michael Sutter Company
855 South 430 West
Heber City, UT 84032

Michelle Michaud
59 Amity St Apt 1
Cohoes, NY 12047-4102

Mikel Azcue
366 Western Ave
Albany, NY 12203-1402

Milliman, Inc
PO Box 75553
Chicago, IL 60675

Milton Cat
PO Box 3851
Boston, MA 02241

Miosotis Tennant
100 Union Dr Apt 415
Albany, NY 12208-3454

Monitronics
Dept CH 14321
Palatine, IL 60055

MVP Select Care
PO Box 26864
New York, NY 10087


Nathan Greene
28 Woodrow Ct
Troy, NY 12180-2154


National Grid
Po Box 371376
Pittsburgh, PA 15250


National Student Clearinghouse
2300 Dulles Station Boulevard, Suite 300
Herndon, VA 20171


NBR  (fka Direct Energy Business
Marketing LLC dba Direct Energy Business
804 Carnegie Center Drive
Princeton, NJ 08540


NRG
Po Box 32179
New York, NY 10087


NYC & URMG
PO Box 95000-5430
Philadelphia, PA 19195


NYS DOH Office of Health Insurance Progr
1 Commerce Plaza, 99 Washington Ave
Albany, NY 12210-2822


NYS Higher Education
Services Corporation
99 Washington Avenu
Albany, NY 12255


NYS Office for People with
Develomental Disabilites
500 Balltown Road
Schenectady, NY 12304

Nyzair L Sheldon
5 Stephen St
Albany, NY 12202-1512


Olivia Lockwood
329 Stormville Mountain Rd
Stormville, NY 12582-5521


OnBoard
333 N Alabama Street, Suite 300
Indianapolis, IN 46204


Opal Beyer
29 Clinton Ct
Stillwater, NY 12170-1307


Otis Elevator
20 Loudonville Road
Albany, NY 12204


P. Miyoko Sato Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo PC-One Financial Center
Boston, MA 02111


Paige McCulloch
7 Lindberg Dr
Latham, NY 12110-4105


Pam Smith
157 W 21st St
Huntington Station, NY 11746-2121


Pension Benefit Guaranty Corp.
P.O. Box 151750
Alexandria, VA 22315


Peter Anadio
1180 County Highway 122
Gloversville, NY 12078-6132


Peter Post
9137 County Rd 6
North Augusta, ON KOK 1R0

Philip Hasin
723 State St
Albany, NY 12203-1318


Quadient Finance USA, Inc.
PO Box 6813
Carol Stream, IL 60197-6810


Richard Bachan
1438 Schuyler St
Schenectady, NY 12303-1025


Sallyann Giess
305 Sandidge Way
Albany, NY 12203-3634


Salmon River Solar LLC
PowerMarket
15 Metrotech Center, 19th Floor
Brooklyn, NY 11201


Salvatore Canova
108 Roy St
Massapequa, NY 11758-1628


Samantha E. Zimmerman
13 Frances Ln
Kerhonkson, NY 12446-3204


Samara Watson
50 Amsterdam Ave 13 G
New York, NY 10023-7424


Sarah Heikkinen
342 Congress St Apt 2
Troy, NY 12180-4367


Sarah Johnson
20 Plum Poppy S
Ballston Spa, NY 12020-4437


Sarah L. Mattison
366 Western Ave
Albany, NY 12203-1402

Saratoga Solar II, LLC
Landmark Square, Suite 320
Stamford, CT 06901


Shavaria Perkins
26 Coachman Sq
Clifton Park, NY 12065


Shayna Ireland
49 Wineberry Ln
Malta, NY 12020-4715


Sidearms
109 S. Warren Street, Suite 600
Syracuse, NY 13202


Silvia Mejia
46 Cardinal Ave
Albany, NY 12208-2719


Sodexo Inc. & Associates
PO Box 360170
Pittsburgh, PA 15251


Spectrum
PO Box 6030
Carol Stream, IL 60197


State of South Carolina
Office of the Secretary of State
1205 Pendleton Street, Ste. 525
Columbia, SC 29201


Stephen Trempel
1058 Woodmere Dr
Bethlehem, PA 18017-2338


Sunvestment Energy Group
Bullrock Solar
45 Pine Haven Shores Road, Suite 1150
Shelburne, VT 05482


Tab Service Company
310 S. Racine Avenue
Chicago, IL 60607

Tanishq Iyengar
Hamilton Township 166 Crest  Avenue
Trenton, NJ 08690-2104

Tatiana Sierra-Rodriquez
295 Colonie St Apt 2E
Albany, NY 12210-2561

Tayler Silvano
16 W Erie St Apt 2
Albany, NY 12208-2404

Teresa Kessler
11 Minnowbrook Ave Apt 1
Delmar, NY 12054-2939

Thomas Antorino
29 Gristmill Ln
Halesite, NY 11743-2134

Thomas H. Zaloga
17 Clifford Ave
Latham, NY 12110-4401

Thomas Hoffay
38 Shadow Wood Way
Ballston Lake, NY 12019-1212

Thomas Jefferson University
4201 Henry Ave
Philadelphia, PA 19144-5409

Thomas Kelsh
6131 Meadow Grove Loop
Wilmington, NC 28409

Tia Monique L. Millwood
20 State St
Otisville, NY 10963-2355

TMA Systems, LLC
1876 Utica Square, Third Floor
Tulsa, OK 74114

Tracy Sitterly
5 Ridgefield Way
Watervliet, NY 12189-1667


Tri County Refrigeration, Inc.
126 West Beecher Hill Road
Owego, NY 13827


Tri-County Refrigeration
 3481 Waverly Road
Owego, NY 13827


Tricia Pascucci
9 Walnut Rd
Mechanicville, NY 12118-3325


Trisha Vecchione
7 Moreland Ave
latham, NY 12110-4536


Tristan Kisling
56 Via Da Vinci
Clifton Park, NY 12065-2906


Tucker Beaudoin
801 Rocky Ln
Bennington, VT 05201-8427


U.S Department of Education
400 Maryland Avenue, SW
Washington, DC 20202


U.S Dept of Education Fed. Student Aid
NY/Boston School Participation Division
32 Old Slip 25th Fl.
New York, NY 10005


UHY, LLP
PO Box 72243
Cleveland, OH 44192


University at Albany Athletics Departmen
1400 Washington Avenue
Albany, NY 12222

Usherwood
1005 W Fayette Street
Syracuse, NY 13204


Usherwood Office Technology
1005 W Fayette Street
Syracuse, NY 13204


Verizon
PO Box 408
Newark, NJ 07101


Vertere Data
747 Aquidneck Avenue
Middletown, RI 02842


Vertical Transportation Consulting LLC
430 Franklin Street
Schenectady, NY 12305


Virginia Fontanilles
23 King Pl
Westfield, MA 01085-2824


Vital Records Control
POBox 11407
Birmingham, AL 35246


W DANIEL BILLINGTON DMD MS PLLC
2 Executive Park Dr.
Albany, NY 12203


Washington Avenue Solar
Landmark Square, Suite 320
Stamford, CT 06901


Watermark Insights, LLC
PO Box 736632
Dallas, TX 75373


Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12210

Yolanda Caldwell
43 Grafton Rd
Glenmont, NY 12077-3135


Yvonne Boyd
5 Jennings Dr
Albany, NY 12204-1757


Zachary R. Ebert
951 South St
Apulia Station, NY 13020-2007


Zachary T. Noll
23 Thatcher St
Selkirk, NY 12158-1764


Zoom Video Communications Inc.
55 Almaden Blvd, Suite 600
San Jose, CA 95113