**Fill in this information to identify the case:**

Debtor name: **The College of Saint Rose**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known): **24-11131**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ **21,929,077.14**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................... $ **21,929,077.14**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **50,666,558.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................... $ **432,375.04**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............. +$ **2,208,751.46**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                                                                                                $ **53,307,684.50**