CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
(516) 357-3700

*Attorneys for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                       :
In re:                                                :    Chapter 11
                                                       :
THE COLLEGE OF SAINT ROSE,            :    Case No. 24-11131 (REL)
                                                       :
                       Debtor.                        ::
------------------------------------------------------------- x

## NOTICE OF SUCCESSFUL AND BACKUP BIDDERS FOR SALE OF CAMPUS

**PLEASE TAKE NOTICE THAT:**

      1.      On November 15, 2024, the Court entered an order approving Bidding Procedures in connection with the sale of the real estate comprising the campus (the "Campus") of The College of Saint Rose (the "Debtor"), debtor and debtor-in-possession (the "Sales Procedure Order").

      2.      Pursuant to the Sales Procedures Order, on December 12, 2024, an auction for the Campus was conducted at the offices of Debtor's counsel, Cullen and Dykman LLP, 80 State Street, Albany, New York.

      3.      As a result of the Auction, and pursuant to the Sale Procedures Order, notice is hereby given that the following purchasers:

          a.      Successful Bidder: Albany Pine Hills Land Authority (for the entire campus other than the property located at 90 South Manning Blvd., Albany, New York (the "President's House") for a purchase price of $35,000,000.

    b. Successful Bidder for President's House: Carl Becker for a purchase price of $625,000.

    c. Because the bids other than the foregoing would not be sufficient to sell the Campus free and clear of liens, claims and encumbrances and because the Debtor's lenders would not ultimately consent to such sales, the Debtor has determined not to proceed with approving the bids of Backup Bidders.

4. Pursuant to the Sale Procedures Order, a hearing (the "Sale Hearing") will be held on **December 19, 2024 at 1:30 p.m.** before the Honorable Robert E. Littlefield, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, Northern District of New York, 445 Broadway, Suite 330, Albany, New York, 12207 (the "Bankruptcy Court"), which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

5. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order (the "Sale Order"), among other things, approving the sales set forth above, free and clear of any pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon. The Sale Order will also provide that from the proceeds of the sale to the Land Authority, the Debtor-in-Possession lender's claim will be paid in full, and the remaining proceeds will be paid to the 2021 Bondholders. The Sale Order will further provide that the proceeds of the sale of the President's House will be paid to the Debtor's estate for payment of claims of creditors.

6. Objections, if any, to the Motion must be made in writing, must state with particularity the reasons for the objection or response, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered to the Bankruptcy Court and received by the Chambers of the Honorable Robert E. Littlefield, Jr., United States Bankruptcy Judge, at the United States

22484.3 21279254v1

Bankruptcy Court, Northern District of New York, 445 Broadway, Suite 330, Albany, New York, 12207, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: (a) United States Trustee for Northern District New York, 10 Broad Street, Room 105, Utica, New York 13501; (b) counsel to the Debtor, Cullen and Dykman LLP, 80 State Street, Suite 900, Albany, New York 12207, Attn: Matthew G. Roseman, Esq. and Bonnie L. Pollack, Esq.; (c) counsel to the Debtor's Pre-Petition Bondholders and proposed DIP Lenders: (i) Eversheds Sutherland LLP, 999 Peachtree Street, NE, Atlanta, BA 30309, Attn. Todd Meyers, Esq.; and (ii) Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: Ian Hammel, Esq. and P. Miyoko Sato, Esq.; so as to be received no later than 5:00 p.m. (prevailing Eastern Time) on **December 17, 2024**.

Dated: Albany, New York
      December 13, 2024

                               CULLEN AND DYKMAN LLP

                               By:  /s/*Bonnie Pollack*
                               Matthew G. Roseman, Esq.
                               Bonnie L. Pollack, Esq.
                               80 State Street, Suite 900
                               Albany, New York 12207
                               (516) 357-3700
                               mroseman@cullenllp.com
                               bpollack@cullenllp.com

                               *Counsel for The College of Saint Rose*

22484.3 21279254v1