CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
In re:                                                               :    Chapter 11
                                                                     :
THE COLLEGE OF SAINT ROSE,                                           :    Case No. 24-11131 (REL)
                                                                     :
                                                                     :
                                    Debtor.                          :
                                                                     :
-------------------------------------------------------------------- x

## NOTICE OF ORDINARY COURSE PROFESSIONAL DECLARATION AND RETENTION QUESTIONNAIRE

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 14, 2024 Authorizing Employment of Professionals Utilized in the Ordinary Course of Business, attached please find the Declaration and Retention Questionnaire of Kessler PR Group.

Dated: Albany, New York
       December 16, 2024

                                                    CULLEN AND DYKMAN LLP
                                                    *Counsel for Debtor*

                                                    By:    s/ Bonnie Pollack
                                                           Matthew G. Roseman, Esq.
                                                           Bonnie L. Pollack, Esq.
                                                    80 State Street, Suite 900
                                                    Albany, New York 12207
                                                    (516) 357-3700

22484.3 21280453v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                              :     Chapter 11

THE COLLEGE OF SAINT ROSE,                          :     Case No. 24-11131(REL)

            Debtor.                :

------------------------------------------------------------x

**DECLARATION AND DISCLOSURE STATEMENT OF** Karen J. Kessler **ON BEHALF OF** Kessler PR Group

STATE OF NJ )
) ss.:
COUNTY OF Monmouth

Karen J. Kessler, declares under penalty of perjury and says:

1. I am a CEO & President of Kessler PR Group, located at 802 W. Park Ave Ocean, NJ 07712 (the "Firm").

2. The College of Saint Rose, the above-captioned debtor and debtor-in-possession (the "Debtor") has requested that the Firm provide public relations services to the Debtor, and the Firm has consented to provide those services (the "Services").

3. The Services include, without limitation, the following: Strategic Communications planning & execution, media and social media monitoring and interface, media training and support, etc.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties

Error! Unknown document property name.

in interest in this chapter 11 case. Except to the extent the Firm provides services to a non-Debtor entity, the Firm does not perform services for any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtor or its estates with respect to the matters on which the Firm is to be retained.

5. Except as set forth herein, neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which the Firm is to be employed.

[INSERT AS NEEDED]

6. Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any person other than partners and associates of the Firm.

7. As of the Petition Date, the Debtor owes the Firm $ 0 for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this Declaration.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on December 5, 2024.

Name: Karen J. Kessler
Title: CEO / President
Professional: Kessler PR Group
Address: 802 W. Park Ave. Ocean, NJ 07712

SWORN AND SUBSCRIBED before
me this 5th day of December, 2024

Donna Rose Elliott
Notary Public

Donna Rose Elliott
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2342632
MY COMMISSION EXPIRES Mar. 30, 2026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
                                                    :
      THE COLLEGE OF SAINT ROSE,                    :   Case No. 24-11131 (REL)
                                                    :
                                                    :
                                       Debtor.      :
                                                    :
-----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

To be completed by professionals seeking employment as "Ordinary Course Professionals" of The College of Saint Rose, debtor-in-possession in the above-captioned case (the "Debtor").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT
RETURN IT FOR FILING BY THE DEBTOR TO:

Cullen and Dykman LLP
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
Attn: Bonnie L. Pollack, Esq.

1. Name and address of firm:

   Kessler PR Group
   802 W. Park Ave.
   Ocean, NJ 07712

   Date of retention: 7/5/23

2. Brief Description of the type of services to be provided:

   Public relations services generally, including but not limited to: strategic communications planning + execution, media and social media monitoring + interface, media training + support, etc.

Error! Unknown document property name.

3. Arrangements for compensation (hourly, contingent, etc.):

   Monthly fee

   Average hourly rates (if applicable): _____

   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition): $15,000

4. Prepetition claims against the Debtor held by the firm:

   Amount of claim: $ 0

   Date claim arose: _____

   Nature of Claim: None

5. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Amount of claim: $ 0

   Date claim arose: _____

   Nature of claim: None

6. Disclose the nature of or provide a brief description of any interest adverse to the Debtor or to its estate for the matters on which the firm is to be employed:

   None.

7. Disclose whether the firm provides services to any non-Debtor affiliate, the name of the entity that retained the firm, the entity the firm receives compensation from, and the nature of the services provided:

None.

8. Name of the individual completing this form:

Warren Cooper

Dated: December 5, 2024