CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE COLLEGE OF SAINT ROSE, | : | Case No. 24-11131 (REL) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

------------------------------------------------------------- x

### NOTICE OF ORDINARY COURSE PROFESSIONAL DECLARATION AND RETENTION QUESTIONNAIRE

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 14, 2024 Authorizing Employment of Professionals Utilized in the Ordinary Course of Business, attached please find the Declaration and Retention Questionnaire of UHY Advisors Northeast, Inc.

Dated: Albany, New York
      December 16, 2024

      CULLEN AND DYKMAN LLP
      *Counsel for Debtor*

      By:    s/ Bonnie Pollack
            Matthew G. Roseman, Esq.
            Bonnie L. Pollack, Esq.
      80 State Street, Suite 900
      Albany, New York 12207
      (516) 357-3700

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :
THE COLLEGE OF SAINT ROSE,                      :    Case No. 24-11131(REL)
                                                :
                        Debtor.                 :
                                                :
                                                :
------------------------------------------------------------x

**DECLARATION AND DISCLOSURE STATEMENT OF** _Brian Kearns_ **ON
BEHALF OF** _UHY Advisors Northeast, Inc._

STATE OF _NY_     )
                  ) ss.:
COUNTY OF _Albany_ )

_____Brian Kearns_____, declares under penalty of perjury and

says:

1.    I am a _Managing Director_ of _UHY Advisors Northeast, Inc._
located at _4 Tower Place Executive Park 7th Fl Albany NY 12203_ (the "Firm").

2.    The College of Saint Rose, the above-captioned debtor and debtor-in-
possession (the "Debtor") has requested that the Firm provide _audit and_
services to the Debtor, and the Firm has consented to provide those services (the
"Services").

3.    The Services include, without limitation, the following:
_audit of the Debtor's pension plans, financial statements, Uniform
Guidance compliance audit, assistance with preparation of the financial statements
and review of 990 tax returns._

4.    The Firm may have performed services in the past and may perform
services in the future, in matters unrelated to this chapter 11 case, for persons that are
parties in interest in the Debtor's chapter 11 case.  As part of its customary practice, the
Firm is retained in cases, proceedings, and transactions involving many different parties,
some of whom may represent or be claimants or employees of the Debtor, or other parties

in interest in this chapter 11 case. Except to the extent the Firm provides services to a non-Debtor entity, the Firm does not perform services for any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtor or its estates with respect to the matters on which the Firm is to be retained.

5.    Except as set forth herein, neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which the Firm is to be employed.

[INSERT AS NEEDED]

6.    Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any person other than partners and associates of the Firm.

7.    As of the Petition Date, the Debtor owes the Firm $ _11,300.62_ for prepetition services.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this Declaration.

9.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on _December 2_, 2024.

Name: Brian Kearns
Title: Managing Director
Professional: UHY Advisors Northeast, Inc.
Address: 4 Tower Place
Executive Park
7th Floor
Albany, NY 12203

SWORN AND SUBSCRIBED before
me this 2nd day of _December_, 2024

Notary Public,
Meghan A. McCloskey
Notary Public -- State of New York
No. 01MC6242872
Qualified in Albany and Greene County
My Commission Expires June 13, 20__

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
                                              :
        THE COLLEGE OF SAINT ROSE,            :    Case No. 24-11131 (REL)
                                              :
                                              :
                                              :
                                    Debtor.   :
                                              :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

To be completed by professionals seeking employment as "Ordinary Course Professionals" of
The College of Saint Rose, debtor-in-possession in the above-captioned case (the "Debtor").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT
RETURN IT FOR FILING BY THE DEBTOR TO:

Cullen and Dykman LLP
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
Attn: Bonnie L. Pollack, Esq.

1.    Name and address of firm:

      UHY Advisors Northeast, Inc.
      4 Tower Place
      Executive Park  7th Floor
      Albany, NY 12203

      Date of retention:  April 8, 2024

2.    Brief Description of the type of services to be provided:

      audit and related services for the College's pension plans
      and financial statements including Uniform Guidance compliance.

3.  Arrangements for compensation (hourly, contingent, etc.):

    $175,000  for all services  up to 1,000 hours  ($165/hr for any hours over 1,000)
    + 2.5% administration fees.
    Average hourly rates (if applicable):  $175

    Estimated average monthly compensation based on prepetition retention (if firm was
    employed prepetition):  $ 55,000

4.  Prepetition claims against the Debtor held by the firm:

    Amount of claim: $  11,300.62

    Date claim arose:  8/31/24 - 9,955.31     9/30/24 - 1,345.31

    Nature of Claim:  audit services

5.  Prepetition claims against the Debtor held individually by any member, associate, or
    professional employee of the firm:

    Name:  N/A

    Amount of claim: $

    Date claim arose:

    Nature of claim:

6.  Disclose the nature of or provide a brief description of any interest adverse to the Debtor
    or to its estate for the matters on which the firm is to be employed:

    N/A

7.    Disclose whether the firm provides services to any non-Debtor affiliate, the name of the entity that retained the firm, the entity the firm receives compensation from, and the nature of the services provided:

N/A

8.    Name of the individual completing this form:

Brian Kearns

**Dated:** December 2, **2024**