CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
                                          :
In re:                                    :  Chapter 11
                                          :
THE COLLEGE OF SAINT ROSE,                :  Case No. 24-11131 (REL)
                                          :
                                          :
                 Debtor.                  :
                                          :
                                          :
-------------------------------------------------------------- x
```

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL**
**FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the period of November 1, 2024 through November 30, 2024 is attached hereto.

Dated: Albany, New York
      December 17, 2024

CULLEN AND DYKMAN LLP
*Counsel for Debtor*

By:    s/ Bonnie Pollack
       Matthew G. Roseman, Esq.
       Bonnie L. Pollack, Esq.
80 State Street, Suite 900
Albany, New York 12207
(516) 357-3700

22484.3 21281280v1



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ʳᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                      November 19, 2024
432 WESTERN AVENUE
ALBANY, NY  12203

## INVOICE SUMMARY

**File Number: 22484-000-3**                    **Control Number  7470883**

---

**RE: BANKRUPTCY FILING**

FOR PROFESSIONAL SERVICES rendered through November 30, 2024 in connection with the above referenced matter, as more fully detailed on the attached.

|  |  |
|---|---|
| Professional Services | $ 154,861.50 |
| Disbursements | $ 2,209.70 |
| **TOTAL THIS INVOICE** | **$ 157,071.20** |

# Cullen | Dykman

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ʳᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY  12203

November 19, 2024

**File Number: 22484-000-3**

**Control Number  7470883**

RE:   **BANKRUPTCY FILING**

**PROFESSIONAL SERVICES**

**B100 GENERAL ADMINISTRATION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | BLP | B100 | | Work on schedules | .90 | 733.50 |
| 11/01/24 | BLP | B100 | | Finalize and file November Master Service list; discussion with M&T re P Card account and security requested | .40 | 326.00 |
| 11/01/24 | BLP | B100 | | Comms with client re old uncashed checks, adding to schedules, issues re same | .30 | 244.50 |
| 11/01/24 | KC | B100 | | Review and respond to notice sent by Nationwide requesting information. | .50 | 205.00 |
| 11/03/24 | BLP | B100 | | Review documents from client regarding, and email UST regarding, designation of accounts and balances in same | .40 | 326.00 |
| 11/03/24 | BLP | B100 | | Review and respond to comms re South Carolina fines and inclusion in schedules (.3); comms re utility security deposit account and amounts (.2) | .50 | 407.50 |
| 11/03/24 | BLP | B100 | | Continued work on schedules | .60 | 489.00 |
| 11/03/24 | BLP | B100 | | Comms re research on south Carolina action re fines, stay issues (.2); comms re service of bar date order, rules re same (.2) | .40 | 326.00 |
| 11/04/24 | BLP | B100 | | Comms with BHs re insurance policies, final orders (.2); comms re South Carolina fines, police actions, stay (.3) | .50 | 407.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/04/24 | BLP | B100 | | Review updates to schedules | .40 | 326.00 |
| 11/04/24 | BLP | B100 | | Comms re insurance policies, declarations, copies needed for constituents | .40 | 326.00 |
| 11/04/24 | DV | B100 | | Attended communications team meeting. | .50 | 197.50 |
| 11/04/24 | KC | B100 | | Reviewing and researching bankruptcy code, and case law on police power exceptions to automatic stay. | 1.80 | 738.00 |
| 11/06/24 | BLP | B100 | | Finalize and file schedules and SOFA and email same to UST | 1.30 | 1,059.50 |
| 11/06/24 | BLP | B100 | | Comms re piano sale issues and questions posed by BHs (.2); discussion with Key Bank re bank fees associated with accounts and payment of same (.2) | .40 | 326.00 |
| 11/06/24 | BLP | B100 | | Comms with lender re insurance policies | .30 | 244.50 |
| 11/06/24 | DV | B100 | | Attended meeting re: pending matters and communications (.3); meeting w/ B. Pollack to discuss outstanding items (.3). | .60 | 237.00 |
| 11/07/24 | BLP | B100 | | Discussions with client re various issues including piano sales, authority objection, potential critical vendor | .60 | 489.00 |
| 11/07/24 | BLP | B100 | | Compile and send several comms to UST with IDI documents requested | 1.30 | 1,059.50 |
| 11/07/24 | BLP | B100 | | Comms re proposal to BHs re deal on pianos and review spreadsheets re same | .40 | 326.00 |
| 11/07/24 | BLP | B100 | | Conferences re deficiency notice from court, documents had been filed and respond to court(.3); comms re additional creditors need to be added to schedules (.2) | .50 | 407.50 |
| 11/07/24 | DV | B100 | | Attention to media response (.2); meeting w/ B. Pollack and M. Roseman re: pending matters (.3) | .50 | 197.50 |
| 11/07/24 | DV | B100 | | Emails re: schedules (.3); attention to emails re: vendor issue (.2) | .50 | 197.50 |
| 11/08/24 | BLP | B100 | | Comms with client and UST re need to add UST to insurance certificates, questions on same | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/08/24 | BLP | B100 | | Comms re M&T security account and set up of same (.2); conference re service of bar date order and review same (.2) | .40 | 326.00 |
| 11/11/24 | BLP | B100 | | Call with client re status of all bankruptcy matters and issues | .70 | 570.50 |
| 11/11/24 | MGR | B100 | | Participate in strategy call and prep for IDI/341 conferences. | .70 | 609.00 |
| 11/12/24 | BLP | B100 | | Prepare for and participate in IDI | 1.20 | 978.00 |
| 11/12/24 | BLP | B100 | | Preparation with client for 341 meeting | 1.30 | 1,059.50 |
| 11/13/24 | DV | B100 | | Attended meeting w/ L. Thomson, M. White, and Kessler re: press responses | .50 | 197.50 |
| 11/14/24 | BLP | B100 | | Discussions re press inquiries and responses to same | .70 | 570.50 |
| 11/14/24 | BLP | B100 | | Conference with DV, MR re fiduciary issues, Authority issues | .90 | 733.50 |
| 11/14/24 | DV | B100 | | Attention to media inquiries | .20 | 79.00 |
| 11/14/24 | DV | B100 | | Meeting to discuss response to media responses | .50 | 197.50 |
| 11/14/24 | DV | B100 | | Meeting w/ M. Roseman and B. Pollack to discuss pending matters | .90 | 355.50 |
| 11/15/24 | DV | B100 | | Emails w/ L. Thomson re: media response (.2); emails w/ L. Thomson re: prep for 341 meeting (.2). | .40 | 158.00 |
| 11/17/24 | BLP | B100 | | Review and comm re UST IDI questions (.3); comms re question on change of benefits payments (.2) | .50 | 407.50 |
| 11/17/24 | BLP | B100 | | Respond to several comms from client re administration questions | .30 | 244.50 |
| 11/17/24 | BLP | B100 | | Comms with client re 341 prep questions | .20 | 163.00 |
| 11/18/24 | BLP | B100 | | Comms with client re all entered orders and instructions for tasks needed under same | .40 | 326.00 |
| 11/18/24 | BLP | B100 | | Prepare response to UST re IDI questions and information requests | .40 | 326.00 |
| 11/18/24 | BLP | B100 | | Discussion with DV re 341 meeting, prep re same | .30 | 244.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/18/24 | BLP | B100 | | Lengthy discussion with client re 341 prep, MORs, audit | 1.00 | 815.00 |
| 11/18/24 | MGR | B100 | | Participate in status call with Client and select board members. | 1.00 | 870.00 |
| 11/18/24 | DV | B100 | | Attended communications team meeting | .50 | 197.50 |
| 11/18/24 | DV | B100 | | Attended 341 meeting prep | .80 | 316.00 |
| 11/19/24 | BLP | B100 | | Call with Debtor and FTI re budget, DIP, MORs, sale, other administrative issues | .70 | 570.50 |
| 11/19/24 | BLP | B100 | | Discussion with client re health benefits questions, cy pres, employee warn act extensions, record retention and other issues in case | .80 | 652.00 |
| 11/19/24 | MGR | B100 | | Weekly update call with FTI and client. | .50 | 435.00 |
| 11/19/24 | MGR | B100 | | Conf call with client team to review sales process/allocation of prices, employee benefit issues,Cy pres petition, document retention motion and 341 prep. | 1.00 | 870.00 |
| 11/19/24 | DV | B100 | | Attended meeting w/ client re: all outstanding matters | .50 | 197.50 |
| 11/19/24 | DV | B100 | | Meeting w/ M. Roseman and B. Pollack to discuss various filings | .40 | 158.00 |
| 11/19/24 | DV | B100 | | Conference call w/ S. Harding re: court filings | .30 | 118.50 |
| 11/20/24 | BLP | B100 | | Comms with client re additional 341 prep, background issues for 341 | 1.00 | 815.00 |
| 11/20/24 | DV | B100 | | Attended meeting re: 341 meeting prep (1.5); | 1.50 | 592.50 |
| 11/20/24 | DV | B100 | | Meeting w/ B. Pollack re: 341 | .40 | 158.00 |
| 11/20/24 | DV | B100 | | Emails and telephone call w/ L. Thomson re: 341 | .30 | 118.50 |
| 11/21/24 | BLP | B100 | | Prepare for and participate in 341 meeting and debrief with client re same | 3.10 | 2,526.50 |
| 11/21/24 | BLP | B100 | | Meeting with client re sale of personal property, pension issues | .40 | 326.00 |
| 11/21/24 | KC | B100 | | Participate in 341 Meeting of Creditors. | .90 | 369.00 |
| 11/22/24 | BLP | B100 | | Comms with Frank Brennan re 341 meeting (.2); comms re stop payments on uncashed checks (.2) | .40 | 326.00 |

*Cullen & Dykman LLP*

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/22/24 | BLP | B100 | | Review and comment on media responses (.2); comms re information requested by UST at 341 (.2) | .40 | 326.00 |
| 11/22/24 | DV | B100 | | Attention to draft media request (.2); telephone call w/ L. Thomson and E. Friedlander re: same (.2); emails w/ M. Roseman and B. Pollack re: same (.2). | .60 | 237.00 |
| 11/25/24 | BLP | B100 | | Comms re bar date notice, questions from creditors | .20 | 163.00 |
| 11/26/24 | BLP | B100 | | Conferences with DV, MR re status of all matters (.3); comms with UST re information requested at 341 (.2) | .50 | 407.50 |
| 11/27/24 | BLP | B100 | | Review list for amendment to schedule F and comms re comparison to original schedules | .40 | 326.00 |
| 11/27/24 | KC | B100 | | Reviewing schedule E/F and comparing with list of creditors in excel. | .40 | 164.00 |

**TASK SUB TOTAL**                                                                    **$ 29,523.50**

**B120B CASH COLLATERAL & DIP FINANCING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | BLP | B120B | | Review requested opinion and several comms with lender re same | .70 | 570.50 |
| 11/01/24 | BLP | B120B | | Finalize DIP order documents and file with court | .80 | 652.00 |
| 11/01/24 | BLP | B120B | | Comms with lender re final DIP agreement and filing same with court; discussion with lender re date of SOFR for documents | .50 | 407.50 |
| 11/01/24 | MGR | B120B | | Review draft opinion letter and discuss internally with opinion committee at firm.. | .70 | 609.00 |
| 11/03/24 | BLP | B120B | | Work on opinion letter for financing | .50 | 407.50 |
| 11/04/24 | BLP | B120B | | Comms re Summit opinion | .20 | 163.00 |
| 11/04/24 | BLP | B120B | | Meeting with FTI, Lender re hearing prep | 1.00 | 815.00 |
| 11/04/24 | MGR | B120B | | Conf w/ Sean Harding regarding DIP motion and case administration and closing issues. | 1.00 | 870.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/04/24 | DV | B120B | | Reviewed DIP opinion letter (.2); emails w/ B. Pollack re: same (.1). | .30 | 118.50 |
| 11/05/24 | BLP | B120B | | Comms re closing documents, signatures needed, logistics for closing | .40 | 326.00 |
| 11/05/24 | BLP | B120B | | Comms re opinion letter; revise and comms re secretary certificate | .40 | 326.00 |
| 11/05/24 | BLP | B120B | | Review changes to opinion letter and comms re same | .40 | 326.00 |
| 11/05/24 | BLP | B120B | | Several comms re closing logistics and issues re same | .60 | 489.00 |
| 11/05/24 | BLP | B120B | | Comms re adding lender to insurance policies, timing, documentation of same | .40 | 326.00 |
| 11/05/24 | BLP | B120B | | Comms re one property listed in mortgage, question on whether it was previously sold (it was not) | .20 | 163.00 |
| 11/05/24 | DV | B120B | | Emails re: opinion letter. | .30 | 118.50 |
| 11/06/24 | BLP | B120B | | Final review of, compile and send out all closing documents | 1.60 | 1,304.00 |
| 11/06/24 | BLP | B120B | | Review modified closing statement and authorize same | .20 | 163.00 |
| 11/07/24 | BLP | B120B | | Review insurance certificates adding lender and comms with lender re same | .40 | 326.00 |
| 11/07/24 | BLP | B120B | | Email to client with closing documents (.2); compile secretary certificate documents and send same (.3) | .50 | 407.50 |
| 11/07/24 | DV | B120B | | Attention to documents for DIP closing. | .20 | 79.00 |
| 11/07/24 | DV | B120B | | Meeting w/ B. Pollack to discuss critical vendor motion. | .20 | 79.00 |
| 11/12/24 | BLP | B120B | | Review lender UCC and approve same | .20 | 163.00 |
| 11/19/24 | BLP | B120B | | Several comms re budget issues and review of budget re same | 1.10 | 896.50 |
| 11/19/24 | MGR | B120B | | Review DIP order and discuss budget w/ S Harding. | .50 | 435.00 |
| 11/20/24 | BLP | B120B | | Comms re variance report per DIP | .30 | 244.50 |

**TASK SUB TOTAL**                                                    **$ 10,785.00**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

**B130B ASSET DISPOSITION, SALE OR RESTRUCTURE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | MGR | B130B | | Phone conf w/ P Pastore regarding Pine Hills Land Authority and process for decision to submit bid | .50 | 435.00 |
| 11/01/24 | MGR | B130B | | Email memo to client regarding conversation w/ P Pastore | .20 | 174.00 |
| 11/03/24 | BLP | B130B | | Comms with BHs re art schedules, appraisals | .30 | 244.50 |
| 11/04/24 | BLP | B130B | | Call with Authority counsel re stalking horse bids, sale process | .50 | 407.50 |
| 11/04/24 | BLP | B130B | | Review ad for sale of property and comment on same | .30 | 244.50 |
| 11/04/24 | DV | B130B | | Reviewed updated campus marketing materials (.2); emails re: same (.1). | .30 | 118.50 |
| 11/05/24 | BLP | B130B | | Discussion with client to clarify bid procedures, timeline | .20 | 163.00 |
| 11/05/24 | BLP | B130B | | Comms re piano sales | .20 | 163.00 |
| 11/05/24 | BLP | B130B | | Call with BHs re discussions with Authority re sale of property (.3); discussion with JLL re sale of tions re same baseball field parcels and questions re same (.2) | .50 | 407.50 |
| 11/05/24 | MGR | B130B | | Conf call with M Sato counsel for bonds holders and JLL team regarding sales process. | .50 | 435.00 |
| 11/05/24 | MGR | B130B | | Conf call with Pine Hill Land Authority regarding sales process. | .70 | 609.00 |
| 11/05/24 | MGR | B130B | | Update clients regarding calls with bond holders and Pine Hill Land Authority | .40 | 348.00 |
| 11/05/24 | MGR | B130B | | E-mails w/ H iselin regarding Pine Hills Land Authority outreach to bond holders and participation of J Nicolli | .30 | 261.00 |
| 11/06/24 | BLP | B130B | | Review limited objection to sale procedures filed by Authority and comms re same | .80 | 652.00 |
| 11/06/24 | BLP | B130B | | Review and revise timeline prepared by client for sale process | .30 | 244.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/07/24 | MGR | B130B | | Phone conf w/ H Iselin regarding Pine Valley Land Authority limited objection to the sales process and potential stalking horse bid. | .50 | 435.00 |
| 11/07/24 | MGR | B130B | | E-mail to JLL team regarding interest of Hilco in touring campus with potential purchaser. | .30 | 261.00 |
| 11/07/24 | MGR | B130B | | Phone conf w/ J Hubbard and C Koulichkov regarding potential interest in campus and ability to tour/receive commission. | .60 | 522.00 |
| 11/07/24 | MGR | B130B | | Phone conf w/ atty for city of Albany regarding acquisition of baseball field lots. | .30 | 261.00 |
| 11/08/24 | BLP | B130B | | Prepare reply to Authority limited objection and several comms re same | 3.10 | 2,526.50 |
| 11/08/24 | BLP | B130B | | Comms with BHs negotiating deal on piano sales and revise order re same | .60 | 489.00 |
| 11/08/24 | BLP | B130B | | Discussion with Authority counsel re bid process, questions on procedures, objection and response (.2); comms with client re same (.2) | .40 | 326.00 |
| 11/08/24 | MGR | B130B | | Review bidding procedures and discuss stalking horse bids on partial property offers with JLL team. | .50 | 435.00 |
| 11/08/24 | MGR | B130B | | E-mails and Phone conf w/ D Khosla regarding potential interest in a portion of campus. | .60 | 522.00 |
| 11/08/24 | MGR | B130B | | Review and comment on changes to reply to PHLA objection to bidding procedures. | .50 | 435.00 |
| 11/08/24 | DV | B130B | | Emails w/ B. Pollack re: Authority call re: bid procedures and related comments. | .30 | 118.50 |
| 11/08/24 | DV | B130B | | Reviewed and revised response to Authority objection (.4); emails w/ B. Pollack re: same (.2). | .60 | 237.00 |
| 11/09/24 | DV | B130B | | Emails w/ M. Roseman and B. Pollack re: meeting to discuss Authority matters. | .20 | 79.00 |
| 11/11/24 | BLP | B130B | | Review law re standing to object to sale procedures and conference with KC re further research on same | .50 | 407.50 |
| 11/11/24 | BLP | B130B | | Call with client re Authority objection, process, issues | .50 | 407.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/11/24 | BLP | B130B | | Call with Executive Committee of CSR re issues with Authority, objection, bidding issues | 1.30 | 1,059.50 |
| 11/11/24 | BLP | B130B | | Call with BHs re Authority objection, hearing (.3); conference re standing issues re procedures (.2) | .50 | 407.50 |
| 11/11/24 | MGR | B130B | | Phone conf w/ B Pollack regarding strategy session concerning Pine Hills Land Authority issues with bidding procedures. | .40 | 348.00 |
| 11/11/24 | MGR | B130B | | Preparation call with M White and J Stone regarding EC meeting regarding Pine Hills Land Authority and issues with bidding procedures. | .60 | 522.00 |
| 11/11/24 | MGR | B130B | | Conf call with EC Committee regarding Pine Valley Land Authority issues. | 1.50 | 1,305.00 |
| 11/11/24 | MGR | B130B | | Phone conf w/ H Iselin regarding reply to objection of PHLA and setting up conf call to discuss. | .40 | 348.00 |
| 11/12/24 | BLP | B130B | | Call with client and Authority re objection, process issues, negotiation of same | .80 | 652.00 |
| 11/12/24 | BLP | B130B | | Debrief call with client re Authority objection issues and strategy | 1.00 | 815.00 |
| 11/12/24 | BLP | B130B | | Discussion with JLL re hearing prep, Authority issues | .40 | 326.00 |
| 11/12/24 | MGR | B130B | | Prepare for and participate in call with PHLA and select College board members regarding objection to bid procedures and potential resolution of object | 1.50 | 1,305.00 |
| 11/12/24 | MGR | B130B | | Participate in de-briefing call with M White, N Massry, J Barba and B Pollack regarding call with PHLA and positions to take in court appearance regarding sales procedures | 1.20 | 1,044.00 |
| 11/12/24 | MGR | B130B | | Review case law regarding potential bidders standing to object to bid procedures. | .50 | 435.00 |
| 11/12/24 | DV | B130B | | Attention to sales process and objections. | 1.00 | 395.00 |
| 11/12/24 | DV | B130B | | Meeting w/ M. White and Trustees re: same. | 1.00 | 395.00 |
| 11/12/24 | KC | B130B | | Research re: standing to object to 363 sales and proposed bid procedures. | 1.80 | 738.00 |

*Cullen & Dykman LLP*

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/13/24 | BLP | B130B | | Revise sale timeline based on hearing | .20 | 163.00 |
| 11/13/24 | MGR | B130B | | Phone conf w/ B Williams attorney at the City of Albany regarding the proposed bidding procedures and City of Albany's interest in certain lots impacting baseball field. | .40 | 348.00 |
| 11/13/24 | MGR | B130B | | Phone conf w/ F Brennan counsel to the board of trustees regarding contact with the PHLA by individual board members and need to maintain negotiations through the College attorneys. | .40 | 348.00 |
| 11/13/24 | DV | B130B | | Attention to hearing on sale/bidding procedures. | 1.50 | 592.50 |
| 11/13/24 | DV | B130B | | Meetings w/ M. Roseman to discuss bid procdures. | .50 | 197.50 |
| 11/14/24 | BLP | B130B | | Discussions with several potential bidders re process, contact at JLL | .40 | 326.00 |
| 11/14/24 | BLP | B130B | | Finalize and file sale procedures order | .40 | 326.00 |
| 11/14/24 | BLP | B130B | | Call with JLL re process questions, strategy in marketing | .50 | 407.50 |
| 11/14/24 | BLP | B130B | | Comms with court re sale hearing | .20 | 163.00 |
| 11/14/24 | BLP | B130B | | Several comms re procedures order, changes to same, logistics on dates of hearings (.3); conferences with DV re process questions re same (.2) | .50 | 407.50 |
| 11/14/24 | MGR | B130B | | Prepare for and participate in conf call with JLL team to review procedures of sale/bidding and continued outreach to bidders. | 1.00 | 870.00 |
| 11/14/24 | MGR | B130B | | Conf w/ D Vespia and B Pollack to discuss approach with PHLA and strategy with outreach. | .50 | 435.00 |
| 11/14/24 | MGR | B130B | | Phone conf w/ C Kernozek regarding interest in purchasing personal property (.1); email to client regarding same (.2) | .30 | 261.00 |
| 11/15/24 | BLP | B130B | | Comms with Lender re date of sale hearing, logistical issues | .20 | 163.00 |
| 11/15/24 | MGR | B130B | | Phone conf w/ Hilco team regarding potential offer. | .50 | 435.00 |
| 11/18/24 | MGR | B130B | | Phone conf w/ party interested in purchasing athletic equipment and related apparel and email client regarding same. | .40 | 348.00 |

11

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/19/24 | BLP | B130B | | Discussion with possible purchaser of personalty, books re property, procedures | .20 | 163.00 |
| 11/20/24 | MGR | B130B | | Review 2 revised NDA's for potential bidders and provide comments. | .80 | 696.00 |
| 11/20/24 | MGR | B130B | | Email with party interested in purchasing assets. | .30 | 261.00 |
| 11/21/24 | BLP | B130B | | Comms with Authority re APA schedules | .20 | 163.00 |
| 11/21/24 | BLP | B130B | | Discussion with JLL re auction prep, logistics, credit bidding, etc. | .70 | 570.50 |
| 11/21/24 | MGR | B130B | | E-mails with JLL team regarding scheduling bond holder meeting and form of NDA for potential bidders. | .30 | 261.00 |
| 11/21/24 | MGR | B130B | | Conf call with JLL team regarding auction process and potential allocation of sales proceeds issues. | 1.00 | 870.00 |
| 11/21/24 | MGR | B130B | | Phone conf w/ party interested in purchasing personal property | .30 | 261.00 |
| 11/21/24 | MGR | B130B | | E-mails w/ P Pastore counsel to PHLA regarding bid issues and related emails to client regarding Phase 1. | .40 | 348.00 |
| 11/22/24 | BLP | B130B | | Comms re environmental reports for property (.3); comms re questions on deposits for other bidders, charitable organization request for no deposit (.2) | .50 | 407.50 |
| 11/22/24 | BLP | B130B | | Several comms with client, Authority, FTI, JLL re credit bid issues, sale process, call with Authority re bid | .70 | 570.50 |
| 11/22/24 | MGR | B130B | | Phone conf w/ JLL team regarding sales process and related issues. | .70 | 609.00 |
| 11/22/24 | MGR | B130B | | Phone conf w/ H Iselin regarding meeting with PHLA to present proposal on the acquisition of campus. | .30 | 261.00 |
| 11/22/24 | MGR | B130B | | Phone conf w/ M white regarding outreach from PHLA and strategy concerning same. | .50 | 435.00 |
| 11/22/24 | MGR | B130B | | Internal emails regarding PHLA call and scheduling de-brief call. | .40 | 348.00 |
| 11/22/24 | MGR | B130B | | Bond holders status call with JLL. | .90 | 783.00 |
| 11/22/24 | MGR | B130B | | Draft update email to client regarding same. | .30 | 261.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/22/24 | DV | B130B | | Attention to Phase I report and distribution of same (.4); emails w/ JLL re: same (.2). | .60 | 237.00 |
| 11/24/24 | MGR | B130B | | Emails with H Iselin, D Vespia and clients regarding call with PHLA. | .50 | 435.00 |
| 11/24/24 | DV | B130B | | Emails re: meeting w/ Pine Hills Land Authority | .30 | 118.50 |
| 11/25/24 | BLP | B130B | | Call with Authority re bid and basis for same | .30 | 244.50 |
| 11/25/24 | BLP | B130B | | Debrief call with board, JLL, FTI re Authority bid and strategy re same | .70 | 570.50 |
| 11/25/24 | BLP | B130B | | Comms re wire from bidder, bid submitted | .20 | 163.00 |
| 11/25/24 | MGR | B130B | | Conf call w/ PHLA to receive bid for campus. | .70 | 609.00 |
| 11/25/24 | MGR | B130B | | De-brief call with board regarding offer, need to advise bond holders and Summit and strategy moving forward. | 1.00 | 870.00 |
| 11/25/24 | MGR | B130B | | Internal calls to arrange for Albany office to hold auction. | .50 | 435.00 |
| 11/25/24 | MGR | B130B | | E-mail to M Sato regarding PHLA bid | .20 | 174.00 |
| 11/25/24 | DV | B130B | | Attention to correspondence re: meeting w/ Pine Hills Land Authority | .30 | 118.50 |
| 11/25/24 | DV | B130B | | Attended meeting w/ client and Pine Hills Land Authority | .40 | 158.00 |
| 11/25/24 | DV | B130B | | Meeting w/ client re: PHLA bid. | .70 | 276.50 |
| 11/25/24 | DV | B130B | | Internal meeting re: PHLA bid. | .20 | 79.00 |
| 11/25/24 | DV | B130B | | Attention to emails re: DIP lender discussion | .20 | 79.00 |
| 11/26/24 | BLP | B130B | | Comms re BH response to Authority bid, credit bid issues, call with BH counsel re same | .40 | 326.00 |
| 11/26/24 | MGR | B130B | | Phone conf and e-mail to H Iselin counsel to PHLA regarding bondholder response/reaction to PHLA bid. | .70 | 609.00 |
| 11/26/24 | MGR | B130B | | Phone conf w/ M White regarding conversations had with M Sato and H Iselin. | .40 | 348.00 |
| 11/26/24 | MGR | B130B | | Phone conf w/ D Carlos regarding bondholder reaction to PHLA bid and auction strategy. | .40 | 348.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                    November 19, 2024
File Number: 22484-000-3                                     Control #:  7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/26/24 | MGR | B130B | | E-mails w/ N Massry (board of trustee member) regarding PHLA bid and status | .30 | 261.00 |
| 11/26/24 | MGR | B130B | | Phone conf w/ M Sato regarding PHLA bid and potential upcoming auction. | .50 | 435.00 |
| 11/26/24 | MGR | B130B | | Draft email to client and board regarding response to bid | .30 | 261.00 |
| 11/27/24 | BLP | B130B | | Review mark up of purchase agreements by Authority and comms re same | .80 | 652.00 |
| 11/29/24 | MGR | B130B | | Conf call w/ H Iselin, M Sato and S Gumbs regarding campus sale, bids and process with look towards reaching consensual sale. | 1.00 | 870.00 |
| 11/29/24 | MGR | B130B | | Phone conf w/ M White regarding her conversations with PHLA K O'Connor and potential ability to increase bid. | .30 | 261.00 |
| 11/29/24 | MGR | B130B | | E-mail updating outcome of conf call with H Iselin, S Gumbs and M Sato regarding PHLA bid and sales process. | .30 | 261.00 |
| 11/29/24 | DV | B130B | | Attention to emails re: authority bid. | .20 | 79.00 |

**TASK SUB TOTAL**                                          **$ 44,802.00**

**B140B RESOLUTION OF CREDITOR ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/07/24 | BLP | B140B | | Several comms re Eastern Heating, critical vendor, to try to reach accommodations re same, strategy re critical vendor motion | .80 | 652.00 |
| 11/07/24 | MGR | B140B | | Review documents concerning Eastern contract and phone conf w/ B Johnson of Eastern regarding continuation of services and debtors ability to pay pre-petition debt. | .60 | 522.00 |
| 11/07/24 | MGR | B140B | | Emails with client regarding designating Eastern an essential vendor and necessary process. | .20 | 174.00 |

*Cullen & Dykman LLP*

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/08/24 | BLP | B140B | | Several comms with client re Eastern invoices, critical vendor motion, terms of payment | .80 | 652.00 |
| 11/08/24 | DV | B140B | | Emails and meeting w/ M. Roseman and B. Pollack re: critical vendor. | .60 | 237.00 |
| 11/08/24 | DV | B140B | | Email to client re: critical vender issues. | .40 | 158.00 |
| 11/12/24 | BLP | B140B | | Several comms re critical vendor motion, timing, hearing dates, options re same | .50 | 407.50 |
| 11/12/24 | BLP | B140B | | Discussion with client re critical vendor strategy | .20 | 163.00 |
| 11/12/24 | DV | B140B | | Discussions re: critical vendor motion (.3); attention to emails re: same (.2) | .50 | 197.50 |
| 11/12/24 | DV | B140B | | Conference call re: critical vendor motion | .20 | 79.00 |

**TASK SUB TOTAL**                                                   **$ 3,242.00**

**B180B RETENTION/PROFESSIONAL COMPENSATION/FEE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | BLP | B180B | | Prepare and upload retention orders | .40 | 326.00 |
| 11/04/24 | BLP | B180B | | Comms with JLL re status of retention order | .10 | 81.50 |
| 11/04/24 | BLP | B180B | | Comms with court and UST re retention orders (.2);revise and upload new orders (.3) | .50 | 407.50 |
| 11/08/24 | BLP | B180B | | Comms with DV re monthly invoices, order re same | .20 | 163.00 |
| 11/17/24 | BLP | B180B | | Revisions to October time records to properly categorize time, conform to UST requirements | 1.00 | 815.00 |
| 11/18/24 | BLP | B180B | | Continued review of time entries to comply with UST guidelines | 1.20 | 978.00 |
| 11/19/24 | BLP | B180B | | Continued work on CD fee statement | 1.20 | 978.00 |
| 11/19/24 | BLP | B180B | | Prepare notices of all professional's fee statements | .40 | 326.00 |
| 11/20/24 | BLP | B180B | | Review FTI, Heller fee statements | .40 | 326.00 |
| 11/20/24 | BLP | B180B | | File and circulate all fee statements | .50 | 407.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/26/24 | BLP | B180B | | Prepare chart for professional fee statements, payments | .30 | 244.50 |

**TASK SUB TOTAL**     **$ 5,053.00**

**B185B PREPARATION FOR/ATTEND COURT HEARING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | BLP | B185B | | Begin prep for second day hearings(.3); revise andfile hearing agenda (.2) | .50 | 407.50 |
| 11/03/24 | BLP | B185B | | Continued hearing preparation | 1.30 | 1,059.50 |
| 11/04/24 | BLP | B185B | | Call with client re preparation for second day hearings | .50 | 407.50 |
| 11/04/24 | MGR | B185B | | Conf call with client to prepare for hearing | .50 | 435.00 |
| 11/04/24 | MGR | B185B | | Prepare for hearings and update to court. | 1.00 | 870.00 |
| 11/04/24 | DV | B185B | | Attended meeting re: hearing prep. | .80 | 316.00 |
| 11/05/24 | BLP | B185B | | Prepare for and attend hearings | 2.90 | 2,363.50 |
| 11/05/24 | MGR | B185B | | Attend hearings. | 1.00 | 870.00 |
| 11/11/24 | BLP | B185B | | Extensive hearing prep for sale motion and 5 other motions | 3.70 | 3,015.50 |
| 11/12/24 | BLP | B185B | | Continued hearing prep for 6 hearings | 2.90 | 2,363.50 |
| 11/12/24 | DV | B185B | | Attention to hearing prep (.3); emails and telephone call w/ B. Pollack re: same (.2) | .50 | 197.50 |
| 11/13/24 | BLP | B185B | | Prepare for and attend multiple hearings in case | 3.90 | 3,178.50 |
| 11/13/24 | MGR | B185B | | Attend court hearing via telephone including confs w/ B Pollack regarding strategy during court break. | 2.00 | 1,740.00 |

**TASK SUB TOTAL**     **$ 17,224.00**

**B195B NON-WORKING TRAVEL**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/04/24 | BLP | B195B | | Travel to Albany for hearings | 3.00 | N/C |
| 11/04/24 | MGR | B195B | | Travel to Albany | 4.50 | N/C |
| 11/05/24 | BLP | B195B | | Travel from Albany for hearings | 4.50 | N/C |
| 11/05/24 | MGR | B195B | | Travel from Albany | 4.50 | N/C |
| 11/12/24 | BLP | B195B | | Non-working travel to Albany for hearings | 2.10 | N/C |
| 11/13/24 | BLP | B195B | | Non-working travel | 4.00 | N/C |
| 11/21/24 | BLP | B195B | | Non-working travel to Albany | 4.00 | N/C |
| 11/21/24 | DV | B195B | | Traveled to/from the College for 341 meeting. | 7.50 | N/C |
| 11/22/24 | BLP | B195B | | Non-working travel from Albany | 4.00 | N/C |

**B210B MOTION PRACTICE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | BLP | B210B | | Lengthy call with BHs re art and piano motions, revisions requested to orders | .50 | 407.50 |
| 11/01/24 | BLP | B210B | | Lengthy discussion with client re art and pianos, value, sales process, changes requested by BHs | .70 | 570.50 |
| 11/03/24 | BLP | B210B | | Revise cash management order re P Card and comms with M&T re same | .40 | 326.00 |
| 11/04/24 | BLP | B210B | | Comms re P Card account, security account and language in cash management order re same | .40 | 326.00 |
| 11/04/24 | BLP | B210B | | Prepare final utility and insurance orders and comms re same | .40 | 326.00 |
| 11/04/24 | BLP | B210B | | Review M&T changes to cash management order and comms re same | .30 | 244.50 |
| 11/05/24 | BLP | B210B | | Finalize and file all final orders | .70 | 570.50 |
| 11/06/24 | BLP | B210B | | Revise sale, art, piano and monthly compensation orders per lender and BH requests | .80 | 652.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/11/24 | BLP | B210B | | Prepare critical vendor motion | 1.60 | 1,304.00 |
| 11/11/24 | DV | B210B | | Reviewed critical vendor motion (.2); attention to emails re: same (.2). | .30 | 118.50 |
| 11/13/24 | BLP | B210B | | Conference re motion to shorten notice re critical vendor | .20 | 163.00 |
| 11/13/24 | BLP | B210B | | Prepare and file 5 orders from hearing (other than sale order) as well as critical vendor order | 1.90 | 1,548.50 |
| 11/13/24 | KC | B210B | | Confer with B.Pollack and subsequently draft motion to shorten notice for critical vendor motion. | 1.50 | 615.00 |
| 11/13/24 | KC | B210B | | Revising proposed order for authorization to pay pre-petition claims of critical vendors in light of judge's ruling on oral motion re: the same. Send to B.Pollack for review. | .50 | 205.00 |
| 11/14/24 | BLP | B210B | | Finalize and upload critical vendor order | .30 | 244.50 |
| 11/14/24 | MGR | B210B | | Review form of order authorizing bid procedures. | .50 | 435.00 |
| 11/18/24 | BLP | B210B | | Work on motion to make payments from pension plan | 2.30 | 1,874.50 |

**TASK SUB TOTAL** $ 9,931.00

**B220B OPERATING REPORTS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/18/24 | BLP | B220B | | Further call with client re MOR and review of same | .30 | 244.50 |
| 11/19/24 | BLP | B220B | | Comms re questions on MORs | .30 | 244.50 |
| 11/20/24 | BLP | B220B | | Review MOR and comms re same | .80 | 652.00 |
| 11/21/24 | BLP | B220B | | Review and input MOR to upload, file and circulate same | 1.20 | 978.00 |

**TASK SUB TOTAL** $ 2,119.00

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

**B230A GOVERNANCE ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/04/24 | DV | B230A | | Attention to agenda for TAG committee meeting (.2); emails w/ L. Thomson re: same (.2). | .40 | 158.00 |
| 11/04/24 | DMM | B230A | | Reviewing and commenting on Board resolution. | .30 | 118.50 |
| 11/06/24 | DV | B230A | | Prepared materials for Executive Committee meeting. | .50 | 197.50 |
| 11/06/24 | DV | B230A | | Emails w/ L. Thomson re: same. | .20 | 79.00 |
| 11/06/24 | DV | B230A | | Attended TAG Committee meeting. | .40 | 158.00 |
| 11/07/24 | BLP | B230A | | Call with Board re bankruptcy matters including response to objection of Authority | 1.30 | 1,059.50 |
| 11/07/24 | MGR | B230A | | Prepare for and participate in executive committee meeting and report on status of bankruptcy case and sales process. | 1.50 | 1,305.00 |
| 11/07/24 | DV | B230A | | Attended Executive Committee meeting. | 1.50 | 592.50 |
| 11/10/24 | DV | B230A | | Email w/ L. Thomson re: materials for Board meeting (.1); emails w/ M. Roseman re: Board meeting (.2). | .30 | 118.50 |
| 11/11/24 | BLP | B230A | | Comms re list of bidders requested for conflict check by Board member for outside interest and response to same | .30 | 244.50 |
| 11/11/24 | DV | B230A | | Attended prep meeting and Executive Committee meeting | 2.00 | 790.00 |
| 11/11/24 | DV | B230A | | Attention to meeting minutes | .30 | 118.50 |
| 11/11/24 | DV | B230A | | Emails w/ L. Thomson re: same | .20 | 79.00 |
| 11/11/24 | DV | B230A | | Emails re: trustee of Counsel role and request for bidder names. | .20 | 79.00 |
| 11/13/24 | DV | B230A | | Attention to materials for Executive Committee meeting. | .30 | 118.50 |
| 11/13/24 | DV | B230A | | Email to L. Thomson re: same. | .10 | 39.50 |
| 11/13/24 | DV | B230A | | Revised meeting materials. | .40 | 158.00 |
| 11/13/24 | DV | B230A | | Emails w/ L. Thomson re: same. | .10 | 39.50 |

*Cullen & Dykman LLP*

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/14/24 | BLP | B230A | | Participate in Executive Committee meeting for discussion of all bankruptcy matters | 1.00 | 815.00 |
| 11/14/24 | MGR | B230A | | Attend and participate in EC meeting to discuss bankruptcy status and sales process. | 1.00 | 870.00 |
| 11/14/24 | DV | B230A | | Attended Executive Committee meeting | 1.00 | 395.00 |
| 11/14/24 | DV | B230A | | Meeting w/ M. White, J. Stone, and M. O'Hanlon to discuss Trustee of Counsel role. | .40 | 158.00 |
| 11/14/24 | DV | B230A | | Attention to NDA in connection w/ same. | .20 | 79.00 |
| 11/19/24 | DV | B230A | | Prepared NDA for trustee (.3); email to M. O'Hanlon re: same (.1). | .40 | 158.00 |
| 11/19/24 | DV | B230A | | Reviewed materials for Board meeting. | .60 | 237.00 |
| 11/19/24 | DV | B230A | | Email to L. Thomson re: same. | .20 | 79.00 |
| 11/20/24 | MGR | B230A | | Review board agenda and prepare presentation. | .80 | 696.00 |
| 11/21/24 | BLP | B230A | | Participate in Board meeting re numerous operational and bankruptcy issues | 1.30 | 1,059.50 |
| 11/21/24 | MGR | B230A | | Attend and present status of bankruptcy and sales process at full board of trustees meeting | 1.50 | 1,305.00 |
| 11/21/24 | DV | B230A | | Prepared for and attended meeting of the Board of Trustees. | 2.30 | 908.50 |
| 11/22/24 | DV | B230A | | Telephone call w/ M. Roseman re: meeting w/ Authority (.2); emails to Executive Committee re: same (.3). | .50 | 197.50 |

**TASK SUB TOTAL**      **$ 12,410.50**

**B240B EDUCATION/REGULATORY MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/25/24 | DV | B240B | | Email to NYSED re: charter. | .10 | 39.50 |
| 11/26/24 | DV | B240B | | Emails w/ D. Polley re: outreach to USDOE (.2); attention to emails re: MSCHE follow-up (.2). | .40 | 158.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

**TASK SUB TOTAL**                                                                 **$ 197.50**

**B250B ENDOWMENT/ATTORNEY GENERAL MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | BLP | B250B | | Comms re bankruptcy issues affecting Huether estate and oral argument talking points | .30 | 244.50 |
| 11/01/24 | AN | B250B | | Calls with Chris Buckey, Dina Vespia, Debbie Polley regarding potential settlement at Huether court appearance and draft email to Debbie Polley regarding court outcome. | 2.10 | 829.50 |
| 11/01/24 | DV | B250B | | Attention to emails re: Huether estate. | .30 | 118.50 |
| 11/01/24 | CEB | B250B | | Prepare for summary judgment hearing | 3.80 | 1,501.00 |
| 11/01/24 | CEB | B250B | | Attend summary judgment hearing in Schenectady Surrogates Court; negotiate and place settlement on record; email summary to C&D team | 3.80 | 1,501.00 |
| 11/13/24 | DMM | B250B | | Preliminary review of endowment chart indicating dollar amounts for funds with multiple donors (0.3). Reviewing of email re: dispute re: Conners endowment (0.2). | .50 | 197.50 |
| 11/18/24 | DV | B250B | | Emails w/ L. Thomson re: response to donor (.2); attention to emails re: KeyBank accounts (.2). | .40 | 158.00 |
| 11/26/24 | BLP | B250B | | Discussion with client re CGA account issues and follow up discussion with KeyBank Trust re same | .40 | 326.00 |
| 11/26/24 | DV | B250B | | Conference call w/ B. Pollack and D. Polley re: CGA account (.3); telephone call w/ KeyBank re: same (.2). | .50 | 197.50 |
| 11/26/24 | DV | B250B | | Attention to endowment spreadsheet (.2); reviewed emails in connection w/ same (.2). | .40 | 158.00 |
| 11/27/24 | BLP | B250B | | Work on motion to vacate stay re cy pres and comms re same | 2.40 | 1,956.00 |

**TASK SUB TOTAL**                                                                 **$ 7,187.50**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

**B260B PBGC ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/01/24 | BD | B260B | | Attention to plan issues/discussion with Milliman re plan termination and other misc. | .70 | 276.50 |
| 11/04/24 | BLP | B260B | | Discussion with DV re pension plan distributions, questions re same | .20 | 163.00 |
| 11/04/24 | DV | B260B | | Meeting re: PBGC information requests. | .50 | 197.50 |
| 11/04/24 | BD | B260B | | Attention to plan termination matters(.2); call with St Rose to discuss information request from PBGC (.3) | .50 | 197.50 |
| 11/04/24 | BD | B260B | | Respond to PBGC regarding same | .30 | 118.50 |
| 11/07/24 | DP | B260B | | Begin researching Pension Benefit Guaranty Corporation regulations regarding lump sum payments following a bankruptcy filing. | .60 | 237.00 |
| 11/08/24 | BLP | B260B | | Comms re discussions with PBGC re payments from pension plan, issues re same | .30 | 244.50 |
| 11/08/24 | DV | B260B | | Telephone call w/ B. Pollack re: pension plan motion | .20 | 79.00 |
| 11/08/24 | DV | B260B | | Emails w/ B. Pollack and B. Diaz re: payments to plan participants | .50 | 197.50 |
| 11/08/24 | DV | B260B | | Reviewed D. Parise research re: same | .50 | 197.50 |
| 11/08/24 | DP | B260B | | Research cases regarding Public Benefit Guaranty Corporation issues | 1.20 | 474.00 |
| 11/11/24 | BD | B260B | | Communication with client re (.3); Communication with PBGC re plan termination issues information request and other matters (.2) | .50 | 197.50 |
| 11/12/24 | DV | B260B | | Attention to email re: plan participant payments. | .20 | 79.00 |
| 11/13/24 | BLP | B260B | | Comms re PBGC issues | .20 | 163.00 |
| 11/13/24 | DV | B260B | | Emails w/ J. Knapp re: letter to plan participants. | .20 | 79.00 |
| 11/13/24 | BD | B260B | | Communications with client and PBGC re information request. | .70 | 276.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/14/24 | BLP | B260B | | Call with PBGC re pension plan termination, underfunding, ability to make distributions from plan | .40 | 326.00 |
| 11/14/24 | DV | B260B | | Meeting w/ PBGC re: PK termiation issues. | .50 | 197.50 |
| 11/14/24 | BD | B260B | | Call with PBGC to discuss plan termination matters. | .50 | 197.50 |
| 11/17/24 | BLP | B260B | | Revise letter to pension plan participants re status of plan and ability to get distributions | .20 | 163.00 |
| 11/18/24 | BLP | B260B | | Conference with DV/BD re pension on issues of property of estate | .50 | 407.50 |
| 11/19/24 | BLP | B260B | | Review revisions to letter to pension plan participants | .20 | 163.00 |
| 11/19/24 | DV | B260B | | Reviewed and revised notice to plan participants (.3); email to B. Pollack re: same (.1). | .40 | 158.00 |
| 11/21/24 | BLP | B260B | | Multiple discussions with counsel to Key Bank re distributions from pension plan and CGA distributions and payments | .50 | 407.50 |
| 11/26/24 | BLP | B260B | | Work on motion re pension plan and review research re same | 1.80 | 1,467.00 |
| 11/29/24 | BLP | B260B | | Revise Pension motion re payments to Milliman from plan | .30 | 244.50 |

**TASK SUB TOTAL**                                                      **$ 6,909.00**

**B270B EMPLOYMENT MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/07/24 | DV | B270B | | Emails w/ J. Knapp and B. Selchick re: employment matter. | .20 | 79.00 |
| 11/12/24 | DV | B270B | | Telephone call w/ S. Harding re: employment contract extensions. | .30 | 118.50 |
| 11/13/24 | MGR | B270B | | Prepare for EC meeting and Discuss timeline w/ D Vespia to be presented at EC meeting. | .50 | 435.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/15/24 | DV | B270B | | Emails w/ B. Selchick re: contract extensions; drafted same. | .60 | 237.00 |
| 11/17/24 | DV | B270B | | Attention to emails re: employee benefits. | .30 | 118.50 |
| 11/18/24 | DV | B270B | | Attention to contract extensions. | 1.20 | 474.00 |
| 11/18/24 | DV | B270B | | Emails w/ B. Pollack and M. Roseman re: same. | .20 | 79.00 |
| 11/18/24 | DV | B270B | | Emails W/ M. White and J. Stone re: same. | .20 | 79.00 |
| 11/18/24 | RG | B270B | | Draft employment extension agreement for D. Polley. | .80 | 316.00 |
| 11/19/24 | BLP | B270B | | Review contract extension agreement and comms re same | .30 | 244.50 |
| 11/19/24 | DV | B270B | | Prepared contract amendment.(.4); emails w/ J. Stone re: same (.1). | .50 | 197.50 |
| 11/19/24 | DV | B270B | | Emails w/ M. White re: contract extensions (.3); revised same (.2) | .50 | 197.50 |
| 11/22/24 | DV | B270B | | Emails w/ B. Pollack and M. Roseman re: employment contracts (.2); emails w/ B. Pollack and M. Roseman re: UST information request (.1). | .30 | 118.50 |
| 11/25/24 | BLP | B270B | | Discussion with DV re contract extensions for employees | .20 | 163.00 |
| 11/26/24 | BLP | B270B | | Further conferences re employment contract extensions | .30 | 244.50 |
| 11/26/24 | MGR | B270B | | Conf w/ B Pollack and D Vespia regarding employment extensions and related issues concerning end date and potential admin claims. | .50 | 435.00 |
| 11/26/24 | DV | B270B | | Meeting w/ M. Roseman and B. Pollack to discuss employment matters. | .30 | 118.50 |
| 11/26/24 | DV | B270B | | Finalized extension letters (.3); email to M. White re: same (.1); | .40 | 158.00 |

**TASK SUB TOTAL**                                      **$ 3,813.00**

**B310B RECORDS RETENTION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 11/19/24 | BLP | B310B | | Work on record retention motion | 1.40 | 1,141.00 |
| 11/19/24 | BLP | B310B | | Conferences re Iron Mountain, record retention issues | .40 | 326.00 |
| 11/19/24 | DV | B310B | | Meeting w/ B. Pollack re: document storage contract (.2); emails w/ L. Thomson and D. Polley re: same (.3). | .50 | 197.50 |

| | | |
|---|---|---|
| **TASK SUB TOTAL** | | **$ 1,664.50** |
| TOTAL PROFESSIONAL SERVICES | | $ 154,861.50 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| BONNIE L. POLLACK | 107.40 | 815.00 | 87,531.00 |
| MATTHEW G ROSEMAN | 45.80 | 870.00 | 39,846.00 |
| ANDREW NITKEWICZ | 2.10 | 395.00 | 829.50 |
| DINA VESPIA | 45.60 | 395.00 | 18,012.00 |
| DEIRDRE M MITACEK | .80 | 395.00 | 316.00 |
| DANIEL PARISE | 1.80 | 395.00 | 711.00 |
| CHRISTOPHER E BUCKEY | 7.60 | 395.00 | 3,002.00 |
| BOZENA DIAZ | 3.20 | 395.00 | 1,264.00 |
| KYRIAKI CHRISTODOULOU | 7.40 | 410.00 | 3,034.00 |
| RYAN GOLDBERG | .80 | 395.00 | 316.00 |
| **Total** | **222.50** | | **$ 154,861.50** |

**DISBURSEMENTS**

**E107 DELIVERY SERVICES/MESSENGER**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: AXA DIVISION- GRE ENWICH INSURANCE ON 10/11/24 BP/MR | 16.18 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: JAMES FOLEU U.S. COURTHOUSE ON 10/17/21 BP/MR | 21.89 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: JAMES FOLEY U.S C OURTHOUSE ON 10/18/24 BP/MR | 16.22 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: CANON FINANCIAL S ERVICES ON 10/22/24 BP/MR | 68.30 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: CITY OF ALBANY- C APITAL RESOURCE ON 10/22/24 BP/MR | 55.05 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: UNITED STATES TRU STEE FOR REGI ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: SUMMITBRIDGE NATI ONAL- INVESTMENTS VII LLC ON 10/22/24 BP/MR | 68.30 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: EVERSHEDS SUTHERL AND ON 10/22/24 BP/MR | 68.30 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: MONTZ LEVIN COHEN FERRIS ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: FIRSTLIGHT ON 10/ 22/24 BP/MR | 55.05 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: MARK'S ORGANIC PE ST CONTROL ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: TMA SYSTEMS ON 10 /22/24 BP/MR | 68.30 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: USHERWOOD OFFICE TECHNOLOGY ON 10/22/24 BP/MR | 55.05 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: U.S SECURITIES AN D EXCHAGE COMMISSION ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: ATTORNEY GENERAL- STATE OF NY ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: DEPT. OF VERTERAN S AFFAIRS ON 10/22/24 BP/MR | 55.05 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: O'CONNELL & ARONO WITZ ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: EVERSHEDS SUTHERL AND LLP ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: PENSION BENEFIT G UARANTY CORP. ON 10/22/24 BP/MR | 55.05 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: LEMERY GREISLER L LC ON 10/22/24 BP/MR | 41.20 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: MONTZ, LEVIN, COH EN FERRIS ON 10/22/24 BP/MR | 41.20 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #: 7470883

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: LEMERY GREISLER L LC ON 10/22/24 BP/MR | 55.05 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 63-22031 DTD 10/28/2024 SENT TO: CHAM. OF THE HON. ROBERT LITTLEFIR- JAMES T. FOLEY U.S. COURTHOUSE O N 10/22/24 BP/MR | 21.84 |
| 11/06/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#2-324-20047 DTD 10/29/2024 SENT TO: I-WAVE INFORMATION SYSTEMS, INC BP/MR | 46.00 |
| 11/21/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 85-46315 DTD 11/18/2024 SENT TO: B. POLLACK ON 11. 7.24, TM | 17.38 |
| 11/21/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 78-12499 DTD 11/11/2024 SENT TO: B. POLLACK ON 11. 5.24, TM | 24.24 |
| 11/21/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-6 78-12499 DTD 11/11/2024 SENT TO: B. POLLACK ON 11. 6.24, TM | 17.38 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: SOUTHWEST MARINE ON 10/11/24 BP/MR | 32.56 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: JAMES FOLEY ON 11/01/24 BP/MR | 24.19 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: SMPR TITLE AGENCY ON 11/06/24 BP/MR | 22.96 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: MELISSA HUNTING ON 11/06/24 BP/MR | 42.11 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: MELISSA 11/07/24 BP/.MR | 32.54 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: SMPR TITLE AGENCY 11/07/24 BP/MR | 17.38 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: MELISS AHUNTING 11/08/24 BP/MR | 32.54 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: SMPR TITLE AGENCY 11/08/24 BP/MR | 17.38 |
| 11/27/24 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-670-24224 DTD 11/04/2024 SENT TO: JAMES FOLEY 11/08/24 BP/MR | 17.38 |

**SUB TOTAL** **$ 1,394.47**

**E108 POSTAGE**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 11/08/24 | E108 | POSTAGE 11/08/2024, SK/BP | 184.23 |

**SUB TOTAL** **$ 184.23**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                          November 19, 2024
File Number: 22484-000-3                                           Control #: 7470883

**E112 COURT FEES**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 11/26/24 | E112 | CHASE CARD SERVICES, COURT FEES, CONFRIM #7972406145, DTD 12/10/2024 FOR US BANKRUPTCY COURT ON 10/16/24 BP/MR | 199.00 |
| 11/26/24 | E112 | CHASE CARD SERVICES, COURT FEES, CONFRIM #7972406145, DTD 12/10/2024 FOR MOTION @ US BANKRUPTCY COURT ON 10/22/27 CR/MR | 398.00 |
| 11/26/24 | E112 | CHASE CARD SERVICES, COURT FEES, CONFRIM #7972406145, DTD 12/10/2024 FOR FILING RECORDS @ NY BANKRUPTCY COURT ON 11/07/24 CR/MR | 34.00 |

| | |
|---|---|
| **SUB TOTAL** | **$ 631.00** |
| TOTAL DISBURSEMENTS | $ 2,209.70 |
| **TOTAL THIS INVOICE** | **$ 157,071.20** |

*Cullen & Dykman LLP*

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

November 19, 2024
Control #:  7470883

**TASK TIME SUMMARY**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | GENERAL ADMINISTRATION | 42.90 | 29,523.50 |
| B120B | CASH COLLATERAL & DIP FINANCING | 13.60 | 10,785.00 |
| B130B | ASSET DISPOSITION, SALE OR RESTRUCTURE | 58.20 | 44,802.00 |
| B140B | RESOLUTION OF CREDITOR ISSUES | 4.80 | 3,242.00 |
| B180B | RETENTION/PROFESSIONAL COMPENSATION/FEE | 6.20 | 5,053.00 |
| B185B | PREPARATION FOR/ATTEND COURT HEARING | 21.50 | 17,224.00 |
| B195B | NON-WORKING TRAVEL | 38.10 | .00 |
| B210B | MOTION PRACTICE | 13.30 | 9,931.00 |
| B220B | OPERATING REPORTS | 2.60 | 2,119.00 |
| B230A | GOVERNANCE ISSUES | 21.50 | 12,410.50 |
| B240B | EDUCATION/REGULATORY MATTERS | .50 | 197.50 |
| B250B | ENDOWMENT/ATTORNEY GENERAL MATTERS | 14.90 | 7,187.50 |
| B260B | PBGC ISSUES | 12.60 | 6,909.00 |
| B270B | EMPLOYMENT MATTERS | 7.60 | 3,813.00 |
| B310B | RECORDS RETENTION | 2.30 | 1,664.50 |
| **TOTALS** | | **260.60** | **$ 154,861.50** |

**TASK DISBURSEMENTS SUMMARY**

| Task | Description | Amount |
|------|-------------|--------|
| E107 | DELIVERY SERVICES/MESSENGER | 1,394.47 |
| E108 | POSTAGE | 184.23 |
| E112 | COURT FEES | 631.00 |
| **TOTALS** | | **$ 2,209.70** |



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ⁿᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                    November 19, 2024
432 WESTERN AVENUE
ALBANY, NY  12203

# REMITTANCE

**File Number: 22484-000-3**                      **Control Number  7470883**

_____

**RE:    BANKRUPTCY FILING**


| **BALANCE DUE THIS INVOICE** | **$ 157,071.20** |
|---|---|


Please return this page with payment to:        Cullen & Dykman LLP
                                                333 Earle Ovington Blvd, 2nd Floor
                                                Uniondale, NY 11553

**Wire Transfer Instructions:**

JP MORGAN CHASE                         For Credit To:
270 Park Avenue                           CULLEN & DYKMAN LLP
New York, NY  10017                       Operating Account
Account # :  530-931-915                  333 Earle Ovington Blvd, 2nd Floor
ABA # :  021000021                        Uniondale, NY 11553
SWIFT Code:  CHASUS33


**TERMS: NET 30 DAYS**


FOUNDED 1850

**NEW YORK      NEW JERSEY      WASHINGTON DC**