CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
THE COLLEGE OF SAINT ROSE,                                    :  Case No. 24-11131 (REL)
                                                              :
                                                              :
                    Debtor.                                   :
                                                              :
------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR COUNSEL TO THE DEBTOR'S BOARD OF TRUSTEES FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Counsel to the Debtor's Board of Trustees for the period of November 1, 2024 through November 30, 2024 is attached hereto.

Dated: Albany, New York
       December 17, 2024

                                                      CULLEN AND DYKMAN LLP
                                                      *Counsel for Debtor*

                                                      By:    s/ Bonnie Pollack
                                                             Matthew G. Roseman, Esq.
                                                             Bonnie L. Pollack, Esq.
                                                      80 State Street, Suite 900
                                                      Albany, New York 12207
                                                      (516) 357-3700

22484.3 21281286v1

NOLAN HELLER KAUFFMAN LLP
Attorneys at Law
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300

Federal I.D.# 14-1836610

|  |  |
|---|---|
| The Board of Trustees of the College of Saint Rose | Page: 1 |
| 18 Chip Shot Way | November 30, 2024 |
| Mechanicville NY 12118 | File No.: 12655-000M |
|  | Statement No.: 7 |

ATTN: Jeffrey D. Stone

College of Saint Rose Matter

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $9,167.00 |

| Date | Atty | Description | HOURS |
|---|---|---|---|
| 11/01/2024 | FJB | Case Administration - Review redline of proposed order granting DIP financing motion | 1.00 |
| 11/04/2024 | FJB | Case Administration - Draft notice of appearance | 0.30 |
| | FJB | Fee/Employment Applications - Prepare Nolan Heller Kauffman LLP fee statement for October 2024 | 0.30 |
| 11/05/2024 | FJB | Case Administration - Attend final hearings on first day motions to maintain cash management systems, approve use of cash collateral, provide adequate protection to utilities, and maintain existing insurance policies | 0.30 |
| | FJB | Case Administration - Review agenda and documents for Trustee Affairs and Governance Committee meeting | 0.30 |
| 11/06/2024 | FJB | Case Administration - Receive and review limited objection by Albany County Pine Hills Land Authority to bid procedures motion | 0.20 |
| | FJB | Case Administration - Review debtor's completed schedules | 1.00 |
| | FJB | Case Administration - Attend Trustee Affairs and Governance committee meeting | 0.40 |
| | FJB | Case Administration - Review agenda and documents for Executive Committee meeting | 1.20 |
| 11/07/2024 | FJB | Case Administration - Attend Executive Committee Board of Trustees meeting | 1.50 |
| 11/08/2024 | FJB | Case Administration - Receive and review debtor's response to Albany County Pine Hills Land Authority limited objection to sale procedures motion | 0.30 |
| 11/10/2024 | FJB | Case Administration - Review agenda for Executive Board meeting | 0.20 |
| 11/11/2024 | FJB | Case Administration - Attend Executive Committee Board meeting | 1.50 |
| | FJB | Case Administration - Review College's conflict of interest policy and questionnaire | 1.00 |
| 11/12/2024 | FJB | Asset Disposition - Review sale procedures motion; prepare for conference call with representatives of Pine Hills Land Authority | 0.50 |
| | FJB | Case Administration - Review NY Not-for-Pofit Corporation Law statute | |

Case 24-11131-1-rel   Doc 154   Filed 12/17/24   Entered 12/17/24 14:43:05   Desc
Main Document    Page 3 of 3

Page: 2
November 30, 2024
File No.:     12655-000M
Statement No.:          7

The Board of Trustees of the College of Saint Rose

College of Saint Rose Matter

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | regarding conflict of interest policy; respond to email from Mr. Thompson (College Chief of Staff) regarding current policy | 0.80 |  |
|  | FJB | Asset Disposition - Conference call with College representatives and Pine Hills Land Authority representatives regarding sale procedures motion and Authority response | 0.80 |  |
|  | FJB | Asset Disposition - Conference call with College representatives regarding bid procedures motion | 1.00 |  |
| 11/13/2024 | FJB | Asset Disposition - Attend hearing on motions to approve sale procedures, interim compensation procedures for professionals, sale of de minimis assets, pianos, and artwork, and retention of ordinary course of business professionals | 2.00 |  |
|  | FJB | Asset Disposition - Telephone call with Mr. Roseman, Esq. (attorney for debtor) regarding terms of sale procedures motion | 0.60 |  |
|  | FJB | Asset Disposition - Review edits to bid procedures order | 0.50 |  |
|  | FJB | Case Administration - Review documents for Executive Committee meeting | 0.50 |  |
|  | FJB | Asset Disposition - Review revisions to order approving sale procedures motion and bid procedures and terms and conditions of sale | 0.40 |  |
| 11/14/2024 | FJB | Case Administration - Attend Executive Committee Board meeting | 1.30 |  |
| 11/19/2024 | FJB | Case Administration - Conference call with College administration regarding employee benefits for 2025; Cypres petition | 0.90 |  |
| 11/20/2024 | FJB | Review materials for 11/21/2024 Board of Trustees meeting; Prepare for Board of Trustees meeting | 0.80 |  |
| 11/21/2024 | FJB | Attend Board of Trustees meeting | 1.60 |  |
|  | FJB | Case Administration - Review debtor's October, 2024 monthly operating report | 1.00 |  |
| 11/25/2024 | FJB | Asset Disposition - Conference call with College representatives and Pine Hills Land Authority representatives | 0.30 |  |
|  | FJB | Asset Disposition - Conference call with College counsel and representatives regarding review Pine Hills Land Authority offer | 0.70 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 23.20 | 10,324.00 |
|  |  | TOTAL CURRENT WORK |  | 10,324.00 |
|  |  | BALANCE DUE |  | $19,491.00 |

Your Trust Account #5 balance is

| OPENING BALANCE | $25,000.00 |
|---|---|
| CLOSING BALANCE | $25,000.00 |

To pay by CREDIT CARD, please contact Mary Connors at (518)-449-3300.
Thank you.