CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
THE COLLEGE OF SAINT ROSE,                                     :   Case No. 24-11131 (REL)
                                                               :
                                                               :
                    Debtor.                                    :
                                                               :
-------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S FINANCIAL CONSULTANTS FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Financial Consultants for the period of November 1, 2024 through November 30, 2024 is attached hereto.

Dated: Albany, New York
       December 17, 2024

                                            CULLEN AND DYKMAN LLP
                                            *Counsel for Debtor*

                                            By:    s/ Bonnie Pollack
                                                   Matthew G. Roseman, Esq.
                                                   Bonnie L. Pollack, Esq.
                                            80 State Street, Suite 900
                                            Albany, New York 12207
                                            (516) 357-3700

22484.3 21281284v1

FTI CONSULTING, INC.
1201 W Peachtree Street NW
Suite 3300
Atlanta, GA 30309
Telephone: (404) 460-6258
Mobile: (404) 931-7909

*Financial Advisor for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                  :   **Chapter 11**
                                       :
**THE COLLEGE OF SAINT ROSE,**         :   **Case No. 24-11131 (REL)**
                                       :
                    Debtor.            :
---------------------------------------------------------- x

## SECOND MONTHLY FEE STATEMENT OF FTI CONSULTING, INC FOR COMPOSITION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR FOR PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

| | |
|---|---|
| **Name of Applicant:** | FTI Consulting, Inc., financial advisor for The College of Saint Rose, (the "**Debtor**") |
| **Date of Retention:** | November 5, 2024, effective as of October 10, 2024 (the "**Commencement Date**") |
| **Period for Which Fees and Expenses are Incurred:** | November 1, 2024 through November 30, 2024 |
| **Monthly Fees Incurred:** | $97,195.00 |
| **Less Voluntary Discount:** | $14,561.80 |
| **Less 20% Holdback:** | $16,526.64 |
| **Monthly Expenses Incurred:** | $1,714.82 |
| **Total Fees and Expenses Due:** | $67,821.38 |
| **This is a** | _X_ Monthly ____Interim ____Final Fee Application |

**SUMMARY OF MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR SERVICES RENDERED
FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| NAME OF PROFESSIONAL: | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $1,445.00 | 14.8 | $21,386.00 |
| Harding, Sean | Senior Managing Director | $1,420.00 | 23.3 | $33,086.00 |
| Cotona, Nicolette | Director | $1,010.00 | 42.3 | $42,723.00 |
| **Total Gross Professionals:** | | | **80.4** | **$97,195.00** |
| Voluntary Discount: | | | n.a. | $(14,561.80) |
| **Total Net Professionals:** | | | **80.4** | **$82,633.20** |

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY FTI CONSULTING, INC.
## FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 1 | Cash Management and Reporting | 25.4 | $28,819.00 |
| 2 | Monthly Operating Reports | 30.4 | $34,194.50 |
| 3 | DIP and Exit Financing Due Diligence Support | 1.3 | $1,518.00 |
| 4 | Work on Motions or Court Filings | - | - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 10.6 | $14,880.00 |
| 6 | Campus Sale Process | 5.4 | $7,745.50 |
| 7 | Court Attendance | 2.5 | $3,550.00 |
| 8 | Fee Application Preparation | 0.8 | $808.00 |
| 9 | Travel | 4.0 | $5,680.00 |
| **Gross Total:** | | **80.4** | **$97,195.00** |
| Voluntary Discount: | | n.a. | $(14,561.80) |
| **Net Total:** | | **80.4** | **$82,633.20** |

**EXPENSE SUMMARY FOR THE
PERIOD FROM NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| EXPENSES | AMOUNTS |
|---|---|
| Airfare | $954.84 |
| Hotel & Lodging | $432.06 |
| Taxi | $124.45 |
| Meals | $117.05 |
| Parking | $28.00 |
| Mileage | $58.42 |
| **Total Expenses Requested:** | **$1,714.82** |

4

**Exhibit A**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF FEES BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Professional | Title | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,445.00 | 14.8 | $ 21,386.00 |
| Harding, Sean | Senior Managing Director | $ 1,420.00 | 23.3 | $ 33,086.00 |
| Cotona, Nicolette | Director | $ 1,010.00 | 42.3 | $ 42,723.00 |
| **Gross Total** | | | **80.4** | **$ 97,195.00** |
| Voluntary Discount | | | | $ (14,561.80) |
| **Net Total** | | | **80.4** | **$ 82,633.20** |

**Exhibit B**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF HOURS BY ACTIVITY**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Code | Task Description | Hours | Total |
|---|---|---|---|
| 1 | Cash Management and Reporting | 25.4 | $ 28,819.00 |
| 2 | Monthly Operating Reports | 30.4 | $ 34,194.50 |
| 3 | DIP and Exit Financing Due Diligence Support | 1.3 | $ 1,518.00 |
| 4 | Work on Motions or Court Filings | - | $ - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 10.6 | $ 14,880.00 |
| 6 | Campus Sale Process | 5.4 | $ 7,745.50 |
| 7 | Court Attendance | 2.5 | $ 3,550.00 |
| 8 | Fee Application Preparation | 0.8 | $ 808.00 |
| 9 | Travel | 4.0 | $ 5,680.00 |
| **Gross Total** | | **80.4** | **$ 97,195.00** |
| Voluntary Discount | | | $ (14,561.80) |
| **Net Total** | | **80.4** | **$ 82,633.20** |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 11/3/2024 | Cotona, Nicolette | 0.7 | Review FY 2025 budget payroll assumptions in response to questions from D. Polley (Saint Rose). |
| 1 | 11/4/2024 | Cotona, Nicolette | 0.3 | Participate on internal FTI team call with S. Gumbs (FTI) re: weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 11/4/2024 | Gumbs, Sean | 0.3 | Participate on internal FTI team call with N. Cotona (FTI) re: weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 11/4/2024 | Cotona, Nicolette | 1.8 | Review 10/28 - 11/3 cash flow actuals. |
| 1 | 11/4/2024 | Cotona, Nicolette | 0.6 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 11/4/2024 | Cotona, Nicolette | 1.1 | Review FY 2025 budget payroll assumptions in response to comments from D. Polley (Saint Rose). |
| 1 | 11/4/2024 | Cotona, Nicolette | 0.8 | Continue to review FY 2025 budget payroll assumptions in response to comments from D. Polley (Saint Rose). |
| 1 | 11/4/2024 | Gumbs, Sean | 0.1 | Review draft cash flow presentation, compile comments for FTI team. |
| 1 | 11/5/2024 | Cotona, Nicolette | 1.4 | Review FY 2025 budget payroll assumptions in response to comments from D. Polley (Saint Rose). |
| 1 | 11/6/2024 | Cotona, Nicolette | 0.3 | Participate on internal FTI team call with S. Gumbs (FTI) re: weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 11/6/2024 | Gumbs, Sean | 0.3 | Participate on internal FTI team call with N. Cotona (FTI) re: weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 11/6/2024 | Cotona, Nicolette | 1.6 | Prepare diligence questions for the College re: 10/28 - 11/3 cash flow actuals. |
| 1 | 11/8/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: potential FY 2025 Budget adjustments. |
| 1 | 11/8/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: potential FY 2025 Budget adjustments. |
| 1 | 11/8/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: potential FY 2025 Budget adjustments. |
| 1 | 11/11/2024 | Cotona, Nicolette | 0.8 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: 11/4 - 11/10 cash flow actuals. |
| 1 | 11/11/2024 | Gumbs, Sean | 0.8 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: 11/4 - 11/10 cash flow actuals. |
| 1 | 11/11/2024 | Harding, Sean | 0.8 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: 11/4 - 11/10 cash flow actuals. |
| 1 | 11/11/2024 | Cotona, Nicolette | 1.2 | Review 11/4 - 11/10 cash flow actuals. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 11/11/2024 | Cotona, Nicolette | 0.9 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 11/12/2024 | Gumbs, Sean | 0.7 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: 11/4 - 11/10 cash flow actuals. |
| 1 | 11/12/2024 | Harding, Sean | 0.7 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: 11/4 - 11/10 cash flow actuals. |
| 1 | 11/12/2024 | Cotona, Nicolette | 0.7 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: 11/4 - 11/10 cash flow actuals. |
| 1 | 11/12/2024 | Cotona, Nicolette | 0.7 | Update weekly cash flow update for discussion with Executive Committee of the Board per comments from D. Polley (Saint Rose). |
| 1 | 11/12/2024 | Cotona, Nicolette | 0.9 | Prepare diligence questions for the College re: 11/4 - 11/10 cash flow actuals. |
| 1 | 11/13/2024 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: cash flow. |
| 1 | 11/13/2024 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: cash flow. |
| 1 | 11/13/2024 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: cash flow. |
| 1 | 11/17/2024 | Cotona, Nicolette | 0.8 | Review 11/11 - 11/17 cash flow actuals. |
| 1 | 11/19/2024 | Harding, Sean | 0.3 | Participate on call with Cullen to discuss cash flow budget. |
| 1 | 11/20/2024 | Harding, Sean | 0.7 | Review cash flow reporting package. |
| 1 | 11/27/2024 | Cotona, Nicolette | 1.9 | Prepare illustrative claims recovery analysis. |
| 1 | 11/27/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: illustrative claims recovery analysis. |
| 1 | 11/27/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: illustrative claims recovery analysis. |
| 1 | 11/27/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: illustrative claims recovery analysis. |
| **1 Total** | | | **25.4** | |
| 2 | 11/14/2024 | Cotona, Nicolette | 0.8 | Participate on call with D. Polley (Saint Rose) and S. Harding (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/14/2024 | Harding, Sean | 0.8 | Participate on call with D. Polley (Saint Rose) and N. Cotona (FTI) re: October 2024 Monthly Operating Report. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 11/14/2024 | Cotona, Nicolette | 0.7 | Research monthly operating report guidelines re: post-petition payables. |
| 2 | 11/15/2024 | Cotona, Nicolette | 0.2 | Participate on internal FTI team call with S. Gumbs (FTI) re: October 2024 monthly operating report preparations. |
| 2 | 11/15/2024 | Gumbs, Sean | 0.2 | Participate on internal FTI team call with N. Cotona (FTI) re: October 2024 monthly operating report preparations. |
| 2 | 11/15/2024 | Cotona, Nicolette | 1.8 | Review trial balances and supporting data provided by Saint Rose for October 2024 monthly operating report. |
| 2 | 11/15/2024 | Cotona, Nicolette | 0.8 | Prepare diligence questions for Saint Rose re: October 2024 monthly operating report data. |
| 2 | 11/17/2024 | Cotona, Nicolette | 2.2 | Review draft October 2024 monthly operating report. |
| 2 | 11/18/2024 | Cotona, Nicolette | 0.7 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: October 2024 monthly operating report preparations. |
| 2 | 11/18/2024 | Gumbs, Sean | 0.7 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: October 2024 monthly operating report preparations. |
| 2 | 11/18/2024 | Harding, Sean | 0.7 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: October 2024 monthly operating report preparations. |
| 2 | 11/18/2024 | Cotona, Nicolette | 0.3 | Prepare diligence questions for Saint Rose re: October 2024 monthly operating report data. |
| 2 | 11/18/2024 | Cotona, Nicolette | 0.8 | Participate on call with D. Polley (Saint Rose) re: October 2024 monthly operating report. |
| 2 | 11/18/2024 | Cotona, Nicolette | 0.5 | Review outstanding items re: October 2024 monthly operating report preparation. |
| 2 | 11/18/2024 | Cotona, Nicolette | 1.3 | Update draft October 2024 monthly operating report based on FTI team comments. |
| 2 | 11/18/2024 | Cotona, Nicolette | 0.8 | Review draft October 2024 monthly operating report. |
| 2 | 11/19/2024 | Cotona, Nicolette | 1.3 | Participate on call with D. Polley (Saint Rose) and S. Gumbs (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/19/2024 | Gumbs, Sean | 1.3 | Participate on call with D. Polley (Saint Rose) and N. Cotona (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/19/2024 | Cotona, Nicolette | 1.2 | Prepare draft October 2024 monthly operating report. |
| 2 | 11/19/2024 | Cotona, Nicolette | 1.4 | Update cash flow statement re: October 2024 monthly operating report. |
| 2 | 11/19/2024 | Cotona, Nicolette | 0.8 | Review draft October 2024 monthly operating report. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 11/20/2024 | Cotona, Nicolette | 1.3 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/20/2024 | Gumbs, Sean | 1.3 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/20/2024 | Harding, Sean | 1.3 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/20/2024 | Cotona, Nicolette | 1.1 | Participate on call with D. Polley (Saint Rose) and S. Harding (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/20/2024 | Harding, Sean | 1.1 | Participate on call with D. Polley (Saint Rose) and N. Cotona (FTI) re: October 2024 Monthly Operating Report. |
| 2 | 11/20/2024 | Cotona, Nicolette | 1.8 | Update draft October 2024 monthly operating report based on Saint Rose responses to diligence questions. |
| 2 | 11/20/2024 | Cotona, Nicolette | 1.2 | Update draft October 2024 monthly operating report based on discussion with FTI and Saint Rose teams. |
| 2 | 11/20/2024 | Harding, Sean | 0.1 | Participate on call with Cullen re: October 2024 monthly operating report. |
| 2 | 11/20/2024 | Harding, Sean | 0.8 | Review October 2024 monthly operating report. |
| 2 | 11/22/2024 | Cotona, Nicolette | 1.1 | Review filed October 2024 monthly operating report. |
| **2 Total** | | | **30.4** | |
| 3 | 11/7/2024 | Cotona, Nicolette | 0.8 | Review executed copies of DIP loan documents. |
| 3 | 11/22/2024 | Harding, Sean | 0.5 | Participate on call with D. Polley (Saint Rose) and Summit regarding DIP loan and cash flows. |
| **3 Total** | | | **1.3** | |
| 5 | 11/1/2024 | Cotona, Nicolette | 0.3 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: debrief of bankruptcy documentation discussions with Saint Rose and Cullen. |
| 5 | 11/1/2024 | Gumbs, Sean | 0.3 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: debrief of bankruptcy documentation discussions with Saint Rose and Cullen. |
| 5 | 11/1/2024 | Harding, Sean | 0.3 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: debrief of bankruptcy documentation discussions with Saint Rose and Cullen. |
| 5 | 11/7/2024 | Gumbs, Sean | 1.0 | Participate on Executive Committee of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 11/7/2024 | Harding, Sean | 1.0 | Participate on Executive Committee of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 11/12/2024 | Harding, Sean | 0.2 | Participate on call with D. Vespia (Cullen) to discuss employee issues. |
| 5 | 11/13/2024 | Harding, Sean | 0.5 | Participate on call with D. Polley (Saint Rose) to discuss case issues. |
| 5 | 11/14/2024 | Gumbs, Sean | 1.0 | Participate on Executive Committee of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 11/14/2024 | Harding, Sean | 1.0 | Participate on Executive Committee of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |
| 5 | 11/19/2024 | Gumbs, Sean | 0.6 | Participate on all-hands call with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 11/19/2024 | Harding, Sean | 0.6 | Participate on all-hands call with S. Gumbs (FTI), Saint Rose, and professionals. |
| 5 | 11/21/2024 | Gumbs, Sean | 1.3 | Participate on Board of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 11/21/2024 | Harding, Sean | 1.3 | Participate on Board of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |
| 5 | 11/22/2024 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: 11/21 Board meeting debrief. |
| 5 | 11/22/2024 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: 11/21 Board meeting debrief. |
| 5 | 11/22/2024 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: 11/21 Board meeting debrief. |
| **5 Total** | | | **10.6** | |
| 6 | 11/11/2024 | Gumbs, Sean | 0.5 | Participate in strategy meeting with S. Harding (FTI), CSR, and professionals re: real estate sales process. |
| 6 | 11/11/2024 | Harding, Sean | 0.5 | Participate in strategy meeting with S. Gumbs (FTI), CSR, and professionals re: real estate sales process. |
| 6 | 11/11/2024 | Harding, Sean | 1.0 | Participate on call with Cullen, Saint Rose Administration, and Trustees to discuss objection filed by Albany County Authority. |
| 6 | 11/25/2024 | Gumbs, Sean | 0.3 | Participate on call with S. Harding (FTI) and Pine Hills Authority representatives. |
| 6 | 11/25/2024 | Harding, Sean | 0.3 | Participate on call with S. Gumbs (FTI) and Pine Hills Authority representatives. |
| 6 | 11/25/2024 | Gumbs, Sean | 0.5 | Participate on call with S. Harding (FTI), Saint Rose, Cullen, and Trustees regarding sale process. |
| 6 | 11/25/2024 | Harding, Sean | 0.5 | Participate on call with S. Gumbs (FTI), Saint Rose, Cullen, and Trustees regarding sale process. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 11/26/2024 | Gumbs, Sean | 0.3 | Correspond with counsel and Saint Rose re: bidding process. |
| 6 | 11/27/2024 | Gumbs, Sean | 0.3 | Participate on call with M. White (Saint Rose) re: campus sale process. |
| 6 | 11/28/2024 | Gumbs, Sean | 0.4 | Participate on multiple calls with M. White (Saint Rose) re: campus sale process. |
| 6 | 11/29/2024 | Gumbs, Sean | 0.6 | Participate on call with Authority counsel. |
| 6 | 11/29/2024 | Gumbs, Sean | 0.2 | Participate on call with Bondholders' and Authority counsel. |
| **6 Total** | | | **5.4** | |
| 7 | 11/4/2024 | Harding, Sean | 1.3 | Prepare for DIP hearing. |
| 7 | 11/5/2024 | Harding, Sean | 1.2 | Prepare for and attend DIP hearing. |
| **7 Total** | | | **2.5** | |
| 8 | 11/13/2024 | Cotona, Nicolette | 0.8 | Prepare October 2024 fee statement. |
| **8 Total** | | | **0.8** | |
| 9 | 11/4/2024 | Harding, Sean | 2.0 | Travel for DIP hearing. |
| 9 | 11/5/2024 | Harding, Sean | 2.0 | Travel for DIP hearing. |
| **9 Total** | | | **4.0** | |
| **Grand Total** | | | **80.4** | |

**Exhibit D**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF EXPENSES BY TYPE**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Expense Type | Total |
|---|---:|
| Airfare | $ 954.84 |
| Hotel & Lodging | 432.06 |
| Taxi | 124.45 |
| Meals | 117.05 |
| Parking | 28.00 |
| Mileage | 58.42 |
| **Grand Total** | **$ 1,714.82** |

**Exhibit E**
**THE COLLEGE OF SAINT ROSE**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/1/2024 | Harding, Sean | Airfare | Travel agent fees. | $ 42.00 |
| 11/1/2024 | Harding, Sean | Airfare | Coach airfare from Atlanta to Albany. | $ 912.84 |
| | | **Airfare Total** | | **$ 954.84** |
| 11/5/2024 | Harding, Sean | Hotel & Lodging | Hotel - Albany - 2 nights. | $ 432.06 |
| | | **Hotel & Lodging Total** | | **$ 432.06** |
| 11/4/2024 | Harding, Sean | Taxi | Taxi from restaurant to hotel. | $ 34.46 |
| 11/4/2024 | Harding, Sean | Taxi | Taxi from Albany airport to client site. | $ 42.38 |
| 11/5/2024 | Harding, Sean | Taxi | Taxi from hotel to Albany airport. | $ 47.61 |
| | | **Taxi Total** | | **$ 124.45** |
| 11/4/2024 | Harding, Sean | Meals | Meal - traveling. | $ 18.00 |
| 11/5/2024 | Harding, Sean | Meals | Meal - traveling. | $ 20.00 |
| 11/5/2024 | Harding, Sean | Meals | Meal - traveling. | $ 36.87 |
| 11/5/2024 | Harding, Sean | Meals | Meal - traveling. | $ 42.18 |
| | | **Meals Total** | | **$ 117.05** |
| 11/5/2024 | Harding, Sean | Parking | Parking - Atlanta airport. | $ 28.00 |
| | | **Parking Total** | | **$ 28.00** |
| 11/5/2024 | Harding, Sean | Mileage | Mileage - 87.2 miles. | $ 58.42 |
| | | **Mileage Total** | | **$ 58.42** |
| | | **Grand Total** | | **$ 1,714.82** |