**The College of Saint Rose** Case 24-11131-1-rel   Doc 158-1   Filed 12/19/24   Entered 12/19/24 09:42:57   Desc
Cash Receipts and Disbursements (Unaudited)   Backup Schedules   Page 1 of 10
Reporting Period: November 2024

| *(USD)* | 11/30/2024 | Cumulative |
|---|---:|---:|
| Sale of personal property net of commission | $ 2,100 | $ 2,100 |
| Sales tax collected to be paid out | (509) | (509) |
| Miscellaneous Income | 19,399 | 23,754 |
| Prepetition Receivables | 216,242 | 300,188 |
| **Total Operating Receipts** | **$ 237,231** | **$ 325,532** |
| **Net Realized and Unrealized Investment Gains (Losses)** | **$ 39,462** | **$ 91,680** |
| **Total Receipts** | **$ 276,693** | **$ 417,213** |
| Salaries | (137,198) | (309,727) |
| Fringe Benefits | (56,107) | (170,369) |
| Equipment, Supplies, and Other Expenses | (194) | (14,117) |
| Property Maintenance, Utilities, and Insurance | (62,989) | (104,690) |
| P Card Payments | (16,047) | (19,192) |
| **Total Operational Disbursements** | **$ (272,535)** | **$ (618,094)** |
| **Utility Deposit** | **$ -** | **$ (41,012)** |
| **Total Disbursements** | **$ (272,535)** | **$ (659,106)** |
| **Net Cash Flow** | **$ 4,158** | **$ (241,894)** |
| Unrestricted Cash | $ 1,319,389 | $ 1,615,182 |
| Restricted Cash | 18,739,146 | 18,689,404 |
| **Opening Cash Position** | **$ 20,058,534** | **$ 20,304,586** |
| Gross DIP Financing | 10,800,000 | 10,800,000 |
| DIP Financing Interest Expense | (980,000) | (980,000) |
| Other DIP Financing Expenses | (603,340) | (603,340) |
| **DIP Financing** | **$ 9,216,660** | **$ 9,216,660** |
| Unrestricted Net Cash Flow | (6,853) | (302,646) |
| Restricted Net Cash Flow | 11,010 | 60,752 |
| **Net Cash Flow** | **$ 4,158** | **$ (241,894)** |
| Unrestricted Cash | 10,529,196 | 10,529,196 |
| Restricted Cash | 18,750,156 | 18,750,156 |
| **Closing Cash Position** | **$ 29,279,352** | **$ 29,279,352** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

Balance Sheet (Unaudited)
Reporting Period: November 2024

| (USD) | 11/30/2024 | Book Value on Petition Date |
|---|---|---|
| Unrestricted Cash and Cash Equivalents | 10,529,196 | 1,615,182 |
| Notes and Accounts Receivable, Net | 130,855 | 417,348 |
| Prepaid Expenses | 1,237,109 | 217,191 |
| Other Current Assets | 730,108 | 730,108 |
| Inventory | 231,518 | 231,518 |
| **Total Current Assets** | **$ 12,858,785** | **$ 3,211,346** |
| Restricted Cash and Cash Equivalents | 18,750,156 | 18,689,404 |
| Land, Buildings, and Equipment, Net | 77,533,894 | 77,533,894 |
| **Total Non-Current Assets** | **$ 96,284,050** | **$ 96,223,298** |
| **Total Assets** | **$ 109,142,836** | **$ 99,434,644** |
| Prepetition Accounts Payable | 1,452,916 | 1,431,181 |
| Prepetition Accrued Expenses and Other Liabilities | 7,098,126 | 6,506,170 |
| Prepetition Long-Term Debt | 46,498,807 | 48,653,274 |
| Prepetition Right Of Use Liabilities - Finance Leases | 536,783 | 536,783 |
| **Prepetition Liabilities** | **$ 55,586,633** | **$ 57,127,408** |
| Postpetition Accounts Payable | 32,534 | - |
| Postpetition Accrued Expenses And Other Liabilities | 48,470 | - |
| Postpetition DIP Financing | 10,800,000 | - |
| **Postpetition Liabilities** | **$ 10,881,004** | **$ -** |
| **Total Liabilities** | **$ 66,467,636** | **$ 57,127,408** |
| Without Donor Restrictions | 23,925,044 | 23,617,832 |
| With Donor Restrictions | 18,750,156 | 18,689,404 |
| **Net Assets[1]** | **$ 42,675,199** | **$ 42,307,236** |
| **Total Liabilities and Net Assets** | **$ 109,142,836** | **$ 99,434,644** |

*1. Since the October 2024 monthly operating report was filed on November 21, 2024, the College has made adjustments to its 10/31/2024 balance sheet as part of finalizing its audit. As a result, prepetition accrued expenses and other liabilities increased by $0.6M due to an adjustment to accrued unemployment liabilities. Prepetition long-term debt decreased by $2.1M to adjust for accrued interest and acceleration of the College's bond debt. These adjustments resulted in a $1.5M increase to net assets. Therefore, the November 2024 income statement includes $1.5M of audit adjustments.*

*2. All information contained herein is unaudited and is subject to further adjustment.*

Statement of Operations (Unaudited)
Reporting Period: November 2024

| (USD) | 11/30/2024 | | Cumulative | |
|---|---|---|---|---|
| Miscellaneous Income | $ | 20,153 | $ | 25,925 |
| **Total Operating Revenue** | $ | 20,153 | $ | 25,925 |
| Salaries | | 187,674 | | 399,569 |
| Fringe Benefits | | 36,683 | | 64,697 |
| Equipment, Supplies, and Other Expenses | | 20,781 | | 23,623 |
| Property Maintenance, Utilities, and Insurance | | 66,122 | | 129,076 |
| Digitization and Storage of Records | | - | | 12,208 |
| Close-Out Audits | | 3,650 | | 3,650 |
| DIP Financing Costs | | 603,325 | | 603,325 |
| **Total Operating Expenses** | $ | 918,235 | $ | 1,236,148 |
| **Operating Profit (Loss)** | $ | (898,082) | $ | (1,210,222) |
| Investment Return | | (335) | | 2,354 |
| Miscellaneous Income | | 40,140 | | 78,172 |
| **Total Non-Operating Revenue** | $ | 39,805 | $ | 80,526 |
| Equipment, Supplies, and Other Expenses | | 333 | | 2,810 |
| **Total Non-Operating Expenses** | $ | 333 | $ | 2,810 |
| **Non-Operating Profit (Loss)** | $ | 39,472 | $ | 77,715 |
| **Audit Adjustments**[1] | $ | 1,500,470 | $ | 1,500,470 |
| **Total Profit (Loss)** | $ | 641,860 | $ | 367,964 |

*1. Since the October 2024 monthly operating report was filed on November 21, 2024, the College has made adjustments to its 10/31/2024 balance sheet as part of finalizing its audit. As a result, prepetition accrued expenses and other liabilities increased by $0.6M due to an adjustment to accrued unemployment liabilities. Prepetition long-term debt decreased by $2.1M to adjust for accrued interest and acceleration of the College's bond debt. These adjustments resulted in a $1.5M increase to net assets. Therefore, the November 2024 income statement includes $1.5M of audit adjustments.*

*2. All information contained herein is unaudited and is subject to further adjustment.*

| (USD) | 11/30/2024 |
|---|---|
| 0-30 Days Old | $ - |
| 31-60 Days Old | 127,730 |
| 61-90 Days Old | 2,875 |
| 91+ Days Old | 250 |
| **Total Accounts Receivable** | **$ 130,855** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

Postpetition Liabilities Aging (Unaudited)
Reporting Period: November 2024

| (USD) | 11/30/2024 |
|---|---|
| 0-30 Days Old | $ 32,534 |
| 31-60 Days Old | - |
| 61-90 Days Old | - |
| 91+ Days Old | - |
| **Total Accounts Payable** | **$ 32,534** |
| **Total Accrued Expenses and Other Liabilities** | **$ 48,470** |
| **Total DIP Financing Liabilities** | **$ 10,800,000** |
| **Total Postpetition Liabilities** | **$ 10,881,004** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose** Case 24-11131-1-rel    Doc 158-1    Filed 12/19/24    Entered 12/19/24 09:42:57    Desc
Schedule of Payments to Professionals (Unaudited) Backup Schedules    Page 6 of 10
Reporting Period: November 2024

| *(USD)* Payees | Date of Retention | Retainers | Compensation and Expenses | Applied Retainer | Amount Paid By Estate |
|---|---|---|---|---|---|
| Cullen and Dykman LLC (Counsel) | 11/4/2024 | $ 25,000 | $ - | $ - | $ - |
| FTI Consulting, Inc. (Financial Advisor) | 11/4/2024 | 68,241 | - | - | - |
| Nolan Heller Kauffman LLP (Board Counsel) | 11/4/2024 | 25,000 | - | - | - |
| **Total Bankruptcy Professionals** | | **$ 118,241** | **$ -** | **$ -** | **$ -** |
| Kessler PR Group | 11/14/2024 | - | - | - | - |
| UHY Advisors Northeast, Inc. | 11/14/2024 | - | - | - | - |
| **Total Non-Bankruptcy Professionals** | | **$ -** | **$ -** | **$ -** | **$ -** |
| **Total Professionals** | | **$ 118,241** | **$ -** | **$ -** | **$ -** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose** 24-11131-1-rel   Doc 158-1   Filed 12/19/24   Entered 12/19/24 09:42:57   Desc
Schedule of Payments to Insiders (Unaudited)   Backup Schedules   Page 7 of 10
Reporting Period: November 2024

| (USD) | 11/30/2024 |
|---|---|
| Wages & Salaries | $ 72,738 |
| Employee Benefits | 5,925 |
| Expense Reimbursements | - |
| **Total Payments to Insiders** | **$ 78,664** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

Schedule of Asset Sales (Unaudited)
Reporting Period: November 2024

*(USD)*

| Date | Description | Gross Price | Payments from Proceeds | Net Sales Proceeds |
|------|-------------|------------:|-----------------------:|-------------------:|
| 11/7/2024 | Artist Piano - Boston UP1185 | $ 3,500 | $ (1,400) | $ 2,100 |
| **Total Asset Sales** | | **$ 3,500** | **$ (1,400)** | **$ 2,100** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose** Case 24-11131-1-rel    Doc 158-1    Filed 12/19/24    Entered 12/19/24 09:42:57    Desc
Payments Made on Prepetition Debt (Unaudited) Backup Schedules    Page 9 of 10
Reporting Period: November 2024

| *(USD)* Vendor | Payment Date | Approval Date | Amount |
|---|---|---|---|
| Eastern Heating and Cooling, Inc. | 11/14/2024 | 11/14/2024 | $    6,083 |
| **Total Payments Made on Prepetition Debt** | | | **$    6,083** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose** Case 24-11131-1-rel    Doc 158-1    Filed 12/19/24    Entered 12/19/24 09:42:57    Desc
Notes to Part 7 - Questionnaire (Unaudited)    Backup Schedules    Page 10 of 10
Reporting Period: November 2024

**Notes to Part 7 - Questionnaire**

g. On November 5, 2024, the Debtor received authortization from the Bankruptcy Court to obtain postpetition financing consisting of a senior secured debtor-in-possession credit facility (the "**DIP Facility**") in aggregate principal amount equal to $10,800,000 pursuant to the *Final Order (I) Authorizing The Debtor To (A) Obtain Postpetition Financing, (B) Use Bond Collateral And (C) Grant Liens And Provide Superpriority Administrative Expense Claims, (Ii) Modifying Automatic Stay, And (Iii) Granting Related Relief* (the "**DIP Order**").  Please see the DIP Order for additional detail.

*1. All information contained herein is unaudited and is subject to further adjustment.*