# MASTER SERVICE LIST

Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Cullen and Dykman LLP
80 State Street, Suite 900
Albany, NY 12207

United States Trustee for Region 2
11A Clinton Avenue, Room 620
Albany, NY 12207
Attn: Lisa M. Penpraze
        Harrison Strauss

City of Albany
Capital Resource Corporation
285 Delaware Avenue, 3rd Floor
Buffalo NY 14202-0000

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

P. Miyoko Sato, Esq.
Ian Hammel, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
*Counsel to Bondholders*
One Financial Center
Boston, MA 02111

SummitBridge National Investments VIII LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203
Attention: Chief Operating Officer

Todd Meyers, Esq.
*Counsel to SummitBridge National Investments VIII LLC*
Eversheds Sutherland (US) (LLP)
999 Peachtree Street, NE
Atlanta, GA 30309

1

Francis J. Brennan, Esq.
*Attorneys for The Board of Trustees of The*
*College of Saint Rose*
80 State Street, 11th Floor
Albany, New York 12207

Albany Water Board
PO Box 4570
Buffalo, NY 14240-4570

BND Inc.
PO Box 80445 Taylors Bridge Rd
Townsend, DE 19734

Constellation NewEnergy Inc
PO Box 4640
Carol Stream, IL 60197

County Waste - Clifton Park
A Waste Connections Company
PO Box 431
Clifton Park, NY 12065

Crown Castle Fiber, LLC
PO Box 32102
New York, NY 10087

Department of Labor
Unemployment Insurance
PO Box 4301
Binghamton, NY 13902

EAB
PO Box 603519
Charlotte, NC 28260

FirstLight
7890 Lehigh Crossing
Victor, NY 14564

FirstLight Fiber
PO Box 1301
Williston, VT 05495

22484.3 21219925v1

LCS Landscapes NY
42 Cottage Street
Poughkeepsie, NY 12601

Mark's Organic Pest Control
1 Poplar Avenue
Troy, NY 12180

National Grid
PO Box 371376
Pittsburgh, PA 15250

NRG
Po Box 32179
New York, NY 10087

NYC & URMG
PO Box 95000-5430
Philadelphia, PA 19195

Sodexo Inc. & Associates
PO Box 360170
Pittsburgh, PA 15251

TMA Systems, LLC
1876 Utica Square, Third Floor
Tulsa, OK 74114

Tri-County Refrigeration
3481 Waverly Road
Owego, NY 13827

UHY, LLP
PO Box 72243
Cleveland, OH 44192

Watermark Insights, LLC
PO Box 736632
Dallas, TX 75373

iWave Information Systems, Inc.
182-134 Kent Street, 2nd Level
Charlottetown, PE C1A8R8 Canada

3

22484.3 21219925v1

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney, NDNY
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198

Attorney General
of the State of New York
Charities Bureau
28 Liberty Street, 15th Floor
New York, NY 10005

U.S. Securities and Exchange Commission
100 Pearl St.
Suite 20-100
New York, NY 10004-2616

Pension Benefit Guaranty Corp.
P.O. Box 151750
Alexandria, VA 22315

Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420

Peter A. Pastore, Esq.
O'Connell & Aronowitz, PC
54 State Street, 9th Floor
Albany, New York 12207

Eversheds Sutherland (US) LLP
Todd C. Meyers, Esq.
Kymberly Kochis, Esq.
Sameer M. Alifarag, Esq.
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036

Mintz, Levin, Cohn, Ferris, Glovsky
And Popeo, P.C.
Ian A. Hammel, Esq.
Aaron M. Williams, Esq.
One Financial Center
Boston, Massachusetts 02111

4

Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
Dallas Grey Taylor, Esq.
919 Third Avenue
New York, NY 10022

Lemery Greisler LLC
Paul A. Levine, Esq.
677 Broadway, 8th Floor
Albany, New York 12207

Lemery Greisler LLC
Meghan M. Breen, Esq.
60 Railroad Place, Suite 502
Saratoga Springs, New York 12866

Simon J. Torres
Kelsey L. Owens
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington D.C., 20024

Beth Ann Bivona, Esq.
M & T BANK
One M&T Plaza, 8th Floor
Buffalo, New York 14203

Jill Sanford, Esq.
Chief Legal Officer
Firstlight Fiber, Inc.
12 Metro Park Road
Albany, New York 12205

Jami B. Nimeroff, Esquire
BROWN NIMEROFF LLC
919 N. Market Street, Suite 420
Wilmington, Delaware 19801

FLEISCHER, FLEISCHER & SUGLIA, P.C.
Allison L. Domowitch, Esquire
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053

22484.3 21219925v1