So Ordered.

Signed this 6 day of January, 2025.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
THE COLLEGE OF SAINT ROSE,                                    :   Case No. 24-11131 (REL)
                                                              :
                                    Debtor.                   :
                                                              :
-------------------------------------------------------------- x

**AGREED ORDER RELATING TO FILING
BOND RELATED PROOFS OF CLAIM**

Upon the stipulation by Manufacturers and Traders Trust Company, in its capacity as

indenture trustee (the "Bond Trustee") for the City of Albany Capital Resource Corporation Tax-

Exempt Revenue Refunding Bonds (The College of Saint Rose Project), Series 2021 (the

"Bonds"), and The College of Saint Rose (the "Debtor"), for the purpose of clarifying the filing of

proofs of claim in these cases relating to the Bonds and the documents that evidence and otherwise

secure the Bonds (the "Bond Claims").

IT IS HEREBY ORDERED AS FOLLOWS:

1.      Reference is made to the January 8, 2025 general deadline for the filing of proofs of claim in the Chapter 11 Case reflected in the "*Notice of Chapter 11 Bankruptcy Case"* [Docket No. 49] (the "<u>Bar Date Notice</u>").

2.      Notwithstanding any provision of the Bar Date Notice or any other rule or order applicable in the Chapter 11 Case, proofs of claim relating to Bond Claims shall be filed by the Bond Trustee. The Bond Trustee may include or reference in proofs of claim documents that evidence or secure any Bond Claims but is excused from attaching copies of any documents evidencing and/or securing those claims, so long as those materials remain available on request.

3.      Record and beneficial owners of the Bonds are not required to file any proof(s) of claim for any claim limited to the repayment of principal, interest, and other applicable fees and charges on account of the Bonds or the documents that evidence and otherwise secure the Bonds. Notwithstanding the foregoing, any record or beneficial holder of Bonds wishing to assert any other claim is required to file proof(s) of claim in compliance with the Bar Date Notice.

4.      The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

Agreed to by:

**LEMERY GREISLER LLC**

*/s/ Paul Levine*
Paul A. Levine, Esq.
677 Broadway, 8th Floor
Albany, New York 12207
Tel:  (518) 433-8800
Fax:  (518) 831-5924
E-mail: PLevine@lemerygreisler.com

-and-

**CULLEN AND DYKMAN LLP**

*/s/ Bonnie L. Pollack*
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
80 State Street, Suite 900
Albany, NY 12207
Tel: (516) 357-3700
E-mail: mroseman@cullenllp.com
        bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**

Ian A. Hammel, Esq. (*pro hac vice*)
Aaron M. Williams, Esq. (*pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Tel:  617-542-6000
Fax:  617-542-2241
E-mail:  IAHammel@mintz.com
            AWilliams@mintz.com

Dallas Gray Taylor (NY Bar No. 5824552)
919 Third Avenue
New York, NY 10022
Tel:  212-935-3000
Fax:  212-983-3115
E-mail:  DGTaylor@mintz.com

*Counsel to Manufacturers and Traders Trust
Company, in its capacity as indenture trustee*