CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| THE COLLEGE OF SAINT ROSE, | : | Case No. 24-11131 (REL) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

-------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL**
**FOR THE PERIOD OF DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the period of December 1, 2024 through December 31, 2024 is attached hereto.

Dated: Albany, New York
    January 16, 2025

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:    s/ Bonnie Pollack
                                               Matthew G. Roseman, Esq.
                                               Bonnie L. Pollack, Esq.
                                        80 State Street, Suite 900
                                        Albany, New York 12207
                                        (516) 357-3700



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ʳᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                      January 8, 2025
432 WESTERN AVENUE
ALBANY, NY  12203

## INVOICE SUMMARY

**File Number: 22484-000-3**                      **Control Number  7487678**

---

**RE: BANKRUPTCY FILING**

FOR PROFESSIONAL SERVICES rendered through December 31, 2024 in connection with the above referenced matter, as more fully detailed on the attached.

| | |
|---|---|
| Professional Services | $ 180,988.50 |
| Disbursements | $ 1,078.85 |
| **TOTAL THIS INVOICE** | **$ 182,067.35** |



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                    January 8, 2025
432 WESTERN AVENUE
ALBANY, NY  12203

**File Number: 22484-000-3**                          **Control Number  7487678**

---

RE:    **BANKRUPTCY FILING**

**PROFESSIONAL SERVICES**

**B100 GENERAL ADMINISTRATION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/02/24 | BLP | B100 | | Comms with client re amendments to schedules | .40 | 326.00 |
| 12/02/24 | DV | B100 | | Attended meeting re: communications. | .70 | 276.50 |
| 12/02/24 | KC | B100 | | Reviewing original schedules to identify necessary amendments/additions to creditors list. | .30 | 123.00 |
| 12/03/24 | BLP | B100 | | Review and revise amendments to schedules | .80 | 652.00 |
| 12/03/24 | MGR | B100 | | Conf call with clients and FTI regarding case status, strategy, sales process and structure of auction. | .80 | 696.00 |
| 12/03/24 | MGR | B100 | | Review amended schedules and discuss changes with B Pollack | .80 | 696.00 |
| 12/04/24 | BLP | B100 | | Comms with client re amendment to schedules, review additional information | .40 | 326.00 |
| 12/04/24 | MGR | B100 | | Conf with B Pollack regarding employment contracts and schedule amendment issues. | .40 | 348.00 |
| 12/05/24 | BLP | B100 | | Comms re response to press inquiries re bids, auction process | .40 | 326.00 |
| 12/05/24 | BLP | B100 | | Discussion with former employee re bar date notice, POC | .20 | 163.00 |
| 12/06/24 | BLP | B100 | | Prepare for and participate in call re press inquiries and responses | 1.00 | 815.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/06/24 | BLP | B100 | | File amended schedules and comms re filing of amended matrix | .40 | 326.00 |
| 12/06/24 | DV | B100 | | Attended meeting re: media strategy (.7); attention to emails re: press and media inquiries (.6). | 1.30 | 513.50 |
| 12/07/24 | DV | B100 | | Attention to media coverage. | .30 | 118.50 |
| 12/08/24 | BLP | B100 | | Review responses to press reports and comment on same | .70 | 570.50 |
| 12/08/24 | MGR | B100 | | Review proposed media plan and email concerns regarding same. | .50 | 435.00 |
| 12/08/24 | DV | B100 | | Attention to draft communications. | .40 | 158.00 |
| 12/09/24 | BLP | B100 | | Prepare for and participate in call re press inquiries and responses to same | 1.30 | 1,059.50 |
| 12/09/24 | DV | B100 | | Attended communications team meeting. | 1.00 | 395.00 |
| 12/10/24 | BLP | B100 | | Discussion with DV re status of all motions and sale issues in bankruptcy case (.3); discussion with Key Bank re same (.1); comms with PBGC on same (.1) | .50 | 407.50 |
| 12/11/24 | BLP | B100 | | Prepare for and participate in call with client and Kessler re response to press inquires re bids, auction, case | 1.00 | 815.00 |
| 12/11/24 | DV | B100 | | Attended communications meeting. | .60 | 237.00 |
| 12/11/24 | DV | B100 | | Emails re: auction communications and draft statements. | 1.30 | 513.50 |
| 12/12/24 | DV | B100 | | Attention to draft communications. | .70 | 276.50 |
| 12/13/24 | BLP | B100 | | Comms re response to press inquiries re auction | .40 | 326.00 |
| 12/13/24 | DV | B100 | | Attention to draft media responses. | .30 | 118.50 |
| 12/16/24 | BLP | B100 | | Comms with client re auditor invoices, payment of same under OCP order | .20 | 163.00 |
| 12/16/24 | BLP | B100 | | Call with client re outstanding matters in case including sales, unemployment and other claims, motions | 1.10 | 896.50 |
| 12/16/24 | MGR | B100 | | E-mails with client and E Friedlander from Kessler PR regarding response to Bloomberg media inquiry. | .40 | 348.00 |
| 12/16/24 | MGR | B100 | | Status call with client regarding Chapter 11 next steps and issues related to court hearing on 12/19. | 1.00 | 870.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/16/24 | DV | B100 | | Prepared for and attended legal meeting w/ client leadership. | 1.20 | 474.00 |
| 12/17/24 | BLP | B100 | | Comms with UST re bank accounts and questions on same | .20 | 163.00 |
| 12/17/24 | BLP | B100 | | Several comms with UST and client re Kessler services and questions re same | .60 | 489.00 |
| 12/17/24 | DV | B100 | | Meeting w/ College leadership and consultants re: pending matters. | 1.00 | 395.00 |
| 12/17/24 | DV | B100 | | Emails and meeting w/ B. Pollack re: UST inquiry (.3); conference call w/ B. Pollack and M. White re: UST inquiry (.3). | .60 | 237.00 |
| 12/18/24 | BLP | B100 | | Call with client and Kessler re responses to press inquiries, press release | .50 | 407.50 |
| 12/18/24 | DV | B100 | | Attention to draft press release (.4); | .40 | 158.00 |
| 12/18/24 | DV | B100 | | Emails w/ M. Roseman and B. Pollack re: same (.2); | .20 | 79.00 |
| 12/18/24 | DV | B100 | | Attended meeting re: communications (.5); | .50 | 197.50 |
| 12/18/24 | DV | B100 | | Attention to emails re: media responses (.3). | .30 | 118.50 |
| 12/19/24 | DV | B100 | | Emails re: media responses. | .60 | 237.00 |
| 12/23/24 | MGR | B100 | | Review and circulate article on closing of college campuses. | .30 | 261.00 |
| 12/23/24 | DV | B100 | | Attention to insurance renewal proposals. | .20 | 79.00 |
| 12/24/24 | BLP | B100 | | File organization for all auction and contract documents, pleadings in case | .50 | 407.50 |
| 12/26/24 | BLP | B100 | | Conference with MR./DV re insurance policies, what needed, quotes, etc. | .40 | 326.00 |
| 12/26/24 | BLP | B100 | | Call with client re insurance policies, quotes, renewals | .50 | 407.50 |
| 12/26/24 | KM | B100 | | Preparing for and participating in conference call with College's CFO and Vice President for Administration re: insurance needs. | 1.40 | 553.00 |
| 12/26/24 | MGR | B100 | | Internal phone conf regarding insurance coverage in preparation for client call. | .50 | 435.00 |

4

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/26/24 | MGR | B100 | | Conf call w/ D Polley and J Schnapp, B Pollack, D.Vespia and K McDonough regarding extent and cost of insurance coverage and budget issues. | .50 | 435.00 |
| 12/26/24 | DV | B100 | | Reviewed insurance proposal. | .30 | 118.50 |
| 12/26/24 | DV | B100 | | Emails re: Kessler contract. | .20 | 79.00 |
| 12/26/24 | DV | B100 | | Conference call w/ J. Knapp and D. Polley re: insurance. | .50 | 197.50 |
| 12/26/24 | DV | B100 | | Internal meeting to discuss issues. | .50 | 197.50 |
| 12/27/24 | BLP | B100 | | Review and reconcile escrow account | .40 | 326.00 |
| 12/27/24 | DV | B100 | | Emails w/ M. White re: Kessler extension. | .20 | 79.00 |
| 12/30/24 | BLP | B100 | | Discussion with DV re cy pres, plan, FTI work, contracts, record retention | .40 | 326.00 |
| 12/30/24 | BLP | B100 | | Review and comment on Kessler contract extension (.2); comms re insurance renewals (1). | .30 | 244.50 |
| 12/30/24 | DV | B100 | | Telephone call w/ B. Pollack re: pending matters | .20 | 79.00 |
| 12/30/24 | DV | B100 | | Prepared Kessler contract extension and emails re:same. | .50 | 197.50 |
| 12/31/24 | BLP | B100 | | Comms re 1099 information needed | .20 | 163.00 |

**TASK SUB TOTAL**                                                    **$ 21,162.00**

**B120B CASH COLLATERAL & DIP FINANCING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/04/24 | BLP | B120B | | Review and forward to client Summit legal invoice | .10 | 81.50 |
| 12/05/24 | BLP | B120B | | Discussion with client re DIP loan accounts and questions on transfers to operating accounts, payments from account | .20 | 163.00 |
| 12/09/24 | BLP | B120B | | Comms re document request by BHs under DIP order | .20 | 163.00 |
| 12/10/24 | BLP | B120B | | Call with FTI re budget issues, BH questions on timing of budget items in prep for call with BHs | .50 | 407.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/10/24 | BLP | B120B | | Call with FTI and BHs re budget, effect of sales, timing of payments | .70 | 570.50 |
| 12/10/24 | BLP | B120B | | Call with client and FYI re budget, variations, cash flow | .80 | 652.00 |
| 12/10/24 | MGR | B120B | | Conf call with FTI regarding cash flow issues | .50 | 435.00 |
| 12/16/24 | BLP | B120B | | Review and comment on audit report for financial statements | .80 | 652.00 |
| 12/16/24 | BLP | B120B | | Conference with DV re comments to audit notes (.3); discussion with client re same (.2) | .50 | 407.50 |
| 12/17/24 | BLP | B120B | | Call with client and FTI re budget, financials, variances | .80 | 652.00 |
| 12/17/24 | MGR | B120B | | Participate in call with client and FTI | 1.00 | 870.00 |
| 12/18/24 | BLP | B120B | | Review and circulate budget variance report | .30 | 244.50 |
| 12/23/24 | BLP | B120B | | Comms with Lenders and UST with audited financial statements | .20 | 163.00 |

**TASK SUB TOTAL**      **$ 5,461.50**

**B130B ASSET DISPOSITION, SALE OR RESTRUCTURE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/01/24 | MGR | B130B | | Conf call w/ client, FTI and JLL to recap call with PHLA and bond holder counsel and to consider a counter offer. | 1.00 | 870.00 |
| 12/02/24 | BLP | B130B | | Conference with MR re discussions with Authority re stalking horse bid (.3); discussion with JLL re additional questions from bidders (.2) | .50 | 407.50 |
| 12/02/24 | BLP | B130B | | Conference with C. Mullen re review of changes proposed by Authority to contract (.3); comms with lenders re PLG bid (.2) | .50 | 407.50 |
| 12/02/24 | BLP | B130B | | Calls with BH counsel re bids, procedures and auction | .70 | 570.50 |
| 12/02/24 | BLP | B130B | | Meeting with MR re call with BHs and strategy re auction in light of same | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                              January 8, 2025
File Number: 22484-000-3                                              Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/02/24 | BLP | B130B | | Comms re DIP lender call re bidding and bids (.2); discussion with P. Pastore re questions on auction process (.2) | .40 | 326.00 |
| 12/02/24 | BLP | B130B | | Review FTI illustrative recoveries from auction and conferences re same | .60 | 489.00 |
| 12/02/24 | BLP | B130B | | Discussion with Summit counsel re status of bidding, authority bid | .40 | 326.00 |
| 12/02/24 | BLP | B130B | | Lengthy call with client, FTI re counterproposal to authority re potential stalking horse bid | 1.00 | 815.00 |
| 12/02/24 | MGR | B130B | | Conf call with bond holder counsel regarding auction procedures and structure. | .80 | 696.00 |
| 12/02/24 | MGR | B130B | | Conf call with Summit counsel regarding case status and bids | .50 | 435.00 |
| 12/02/24 | MGR | B130B | | Conf call with executive committee regarding formulating counter offer to the PHLA. | 1.00 | 870.00 |
| 12/02/24 | MGR | B130B | | Conf call with H Iselin and S Gumbs regarding counter proposal on acquisition of campus property. | .50 | 435.00 |
| 12/02/24 | MGR | B130B | | E-mail to M White regarding conversation with H Iselin | .30 | 261.00 |
| 12/03/24 | BLP | B130B | | Conference with MR re further discussions with Authority and counterproposal | .30 | 244.50 |
| 12/03/24 | BLP | B130B | | Call with counsel to Authority re questions on auction, credit bidding, formal notification of bids, etc. | .60 | 489.00 |
| 12/03/24 | BLP | B130B | | Conference with MR re logistical issue on bidding by Authority, other bids, board review of bids | .30 | 244.50 |
| 12/03/24 | BLP | B130B | | Call with client and FTI re bid and auction scenarios and distributions scenarios as a result | .80 | 652.00 |
| 12/03/24 | MGR | B130B | | Review proposed mark up of APA and discuss personal property issue with B Pollack. | .70 | 609.00 |
| 12/03/24 | MGR | B130B | | E-mails with JLL regarding bid procedures and bid qualifications. | .50 | 435.00 |
| 12/04/24 | BLP | B130B | | Discussion with C. Mullen re Authority changes to contract, real estate issues | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/04/24 | BLP | B130B | | Revise Authority markup re agreed changes or issues and email to authority re same | 1.00 | 815.00 |
| 12/04/24 | BLP | B130B | | Conferences with MR re auction prep needed | .30 | 244.50 |
| 12/04/24 | BLP | B130B | | Comms re call with Artist Piano and BHs re piano sales | .20 | 163.00 |
| 12/04/24 | BLP | B130B | | Call with client, FTI, JLL re auction prep/process | 1.10 | 896.50 |
| 12/04/24 | BLP | B130B | | Discussion with counsel to the Authority re changes to sale agreement and further comms re same | .30 | 244.50 |
| 12/04/24 | MGR | B130B | | Conf call to follow up on bid status with JLL, FTI and M White; | .70 | 609.00 |
| 12/04/24 | MGR | B130B | | Review changes to the proposed changes to APA by PHLA and discuss same w/ B Pollack. | .70 | 609.00 |
| 12/04/24 | MGR | B130B | | Review JLL progress report on bids and prepare for call with client, FTI and JLL. | .40 | 348.00 |
| 12/04/24 | MGR | B130B | | Conf w/ Albany office regarding logistics for auction on 12/12. | .50 | 435.00 |
| 12/05/24 | BLP | B130B | | Comms re counsel to authority re bid, contract (.2); comms with MR re same and additional information needed for bid sheet (.2) | .40 | 326.00 |
| 12/05/24 | BLP | B130B | | Several comms with parties in interest re schedules to APAs | .80 | 652.00 |
| 12/05/24 | BLP | B130B | | Discussions with JLL re changes needed to bid sheets (.2); comms with authority and client re authority changes to contract and negotiation of same (.2) | .40 | 326.00 |
| 12/05/24 | BLP | B130B | | Comms with client re timing of deliverables to authority under proposed contract and issues with same (.2); several, comms re deposits under contracts, W9s, bids, etc. (.4) | .60 | 489.00 |
| 12/05/24 | BLP | B130B | | Revise authority markup per negotiations with authority and circulate same for review | .50 | 407.50 |
| 12/05/24 | MGR | B130B | | E-mails w/ N Massry and D Carlos regarding potential interest in bidding. | .30 | 261.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/05/24 | MGR | B130B | | E-mails w/ D Carlos regarding auction issues and follow up call with B Pollack regarding same | .50 | 435.00 |
| 12/06/24 | BLP | B130B | | Numerous comms and conferences throughout day re bids received, deposits received, Authority bid, BH reservation of rights, Summit questions on same etc. | 2.90 | 2,363.50 |
| 12/06/24 | BLP | B130B | | Call with client, Executive Committee re bids, process | .50 | 407.50 |
| 12/06/24 | MGR | B130B | | Review bid package of PHLA. | .50 | 435.00 |
| 12/06/24 | MGR | B130B | | Review and respond to email from I Hammel regarding bond holders intent to credit bid. | .30 | 261.00 |
| 12/06/24 | MGR | B130B | | Phone conf w/ H Iselin regarding PHLA bid and openness of Authority to parse off parcels to increase effective amount of purchase price. | .40 | 348.00 |
| 12/06/24 | MGR | B130B | | Emails w/ trustee Sharon Duker regarding PHLA bid. | .30 | 261.00 |
| 12/06/24 | MGR | B130B | | Receipt and review the bid package for 956 and 962 Madison Ave. | .40 | 348.00 |
| 12/06/24 | MGR | B130B | | Review bid package of Douglas Development and email question to JLL. | .40 | 348.00 |
| 12/06/24 | MGR | B130B | | Review reservation of rights filed by the bond holder regarding credit bid | .30 | 261.00 |
| 12/06/24 | DV | B130B | | Attention to numerous emails re: bids and auction process. | 1.40 | 553.00 |
| 12/07/24 | BLP | B130B | | Several comms re bids, deposits, allocation of purchase price and setting up call with Summit and JLL | 1.20 | 978.00 |
| 12/07/24 | MGR | B130B | | Review detailed bid analysis received from JLL team. | 1.00 | 870.00 |
| 12/07/24 | MGR | B130B | | Outline bid structure in preparation for auction. | .70 | 609.00 |
| 12/07/24 | MGR | B130B | | E-mails w/ B Pollack regarding circulation of detailed bid analysis. | .30 | 261.00 |
| 12/07/24 | DV | B130B | | Attention to email re: bid allocation and negotiation strategy. | .20 | 79.00 |
| 12/08/24 | BLP | B130B | | Call with Summit and JLL re bidding, procedures, auction | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/08/24 | BLP | B130B | | Call with JLL re bidding questions | .30 | 244.50 |
| 12/08/24 | BLP | B130B | | Call with MR re sale process and questions raised by bidders | .30 | 244.50 |
| 12/08/24 | MGR | B130B | | Conf call with Summit group and JLL team regarding bid analysis | .50 | 435.00 |
| 12/09/24 | BLP | B130B | | Call with both lenders re auction and bid process and strategy re same | 1.00 | 815.00 |
| 12/09/24 | BLP | B130B | | Call with client re auction prep, walk through of process | 1.00 | 815.00 |
| 12/09/24 | BLP | B130B | | Call with BHs and Artist Pianos re piano sales and questions of BHs | .30 | 244.50 |
| 12/09/24 | BLP | B130B | | Follow up comms with MR and client re call with lenders re auction process and strategy | .40 | 326.00 |
| 12/09/24 | MGR | B130B | | Conf call w/ bond Holder and Summit to review auction process and open issue. | .70 | 609.00 |
| 12/09/24 | MGR | B130B | | Review and respond to emails from JLL regarding auction process | .30 | 261.00 |
| 12/09/24 | MGR | B130B | | Phone conf w/ M White regarding informal contact with the PHLA and need to maintain structured communications. | .50 | 435.00 |
| 12/09/24 | MGR | B130B | | Phone conf w/ H Iselin attorney for PHLA concerning auction process and bidding structure (.2); Discussions regarding ability to increase bid or carve out certain properties (.2) | .40 | 348.00 |
| 12/09/24 | DV | B130B | | Discussions w/ M. Roseman and B. Pollack re: bondholder/Summit call. | .40 | 158.00 |
| 12/09/24 | DV | B130B | | Meeting to discuss upcoming auction and related matters. | 1.40 | 553.00 |
| 12/09/24 | DV | B130B | | Telephone call w/ B. Pollack re: auction. | .30 | 118.50 |
| 12/10/24 | BLP | B130B | | Prepare auction rules, announcements and several comms re same | 1.40 | 1,141.00 |
| 12/10/24 | BLP | B130B | | Conferences and comms re revised Jerusalem bid, auction strategy in light of same | .60 | 489.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                    January 8, 2025
File Number: 22484-000-3                                     Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/10/24 | BLP | B130B | | Comms re Jerusalem deposit, financial wherewithal documents (.2); discussion with DIP counsel re auction process, procedures (.3) | .50 | 407.50 |
| 12/10/24 | MGR | B130B | | Review Jerusalem Management bid and emails with JLL and lender group regarding same. | .70 | 609.00 |
| 12/10/24 | MGR | B130B | | Review auction announcement and make changes. | .50 | 435.00 |
| 12/10/24 | MGR | B130B | | Phone conf w/ H Iselin regarding sales process and update on respective positions. | .50 | 435.00 |
| 12/10/24 | MGR | B130B | | Revise bid schedules and prepare for auction. | .70 | 609.00 |
| 12/10/24 | MGR | B130B | | Phone conf w/ P Pastore regarding auction process and location timing and related issues. | .40 | 348.00 |
| 12/10/24 | MGR | B130B | | Phone confs w/ M White regarding conversations with H Iselin, P Pastore and D Carlos regarding sales process. | .50 | 435.00 |
| 12/10/24 | DV | B130B | | Emails and telephone call w/ B. Pollack and M. Hrankiwskyj re: RPT exemption status. | .40 | 158.00 |
| 12/10/24 | DV | B130B | | Meeting w/ College leadership and consultants in preparation for auction. | 1.20 | 474.00 |
| 12/10/24 | DV | B130B | | Emails re: auction prep and setup. | .40 | 158.00 |
| 12/11/24 | BLP | B130B | | Several comms re bid packages, information in same, review of qualifications in prep for auction | 1.20 | 978.00 |
| 12/11/24 | BLP | B130B | | Discussion with DIP counsel re Jerusalem bids (.2); revise auction rules and announcements (.4) | .60 | 489.00 |
| 12/11/24 | BLP | B130B | | Prepare form for notice of successful bidder | .40 | 326.00 |
| 12/11/24 | BLP | B130B | | Call with client, JLL, FTI re auction prep | .50 | 407.50 |
| 12/11/24 | BLP | B130B | | Several comms re court reporter issues for auction, remote only, attempts to find in person reporter | .30 | 244.50 |
| 12/11/24 | MGR | B130B | | Review bid packages and update notes in preparation for auction sale. | 1.50 | 1,305.00 |
| 12/11/24 | DV | B130B | | Attention to auction preparation. | .80 | 316.00 |
| 12/12/24 | BLP | B130B | | Prepare for and attend all day auction | 7.50 | 6,112.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/12/24 | BLP | B130B | | Debrief meeting with client after auction and outcome | 1.50 | 1,222.50 |
| 12/12/24 | MGR | B130B | | Prepare auction and review process for conducting auction w/ clients. | 1.50 | 1,305.00 |
| 12/12/24 | MGR | B130B | | Conduct auction at offices of Cullen and Dykman, Caucus with bidders and consultation parties regarding offers and sale structure strategy. | 6.50 | 5,655.00 |
| 12/12/24 | MGR | B130B | | Conf regarding confirmation of sale hearing and necessary steps regarding same w/ B Pollack and D Vespia. | .80 | 696.00 |
| 12/12/24 | MGR | B130B | | Post auction meeting with clients to discuss outcome and next steps. | .70 | 609.00 |
| 12/12/24 | DV | B130B | | Prepared for and attended real estate auction. | 7.50 | 2,962.50 |
| 12/13/24 | BLP | B130B | | Prepare and file notice of successful bidders | .60 | 489.00 |
| 12/13/24 | BLP | B130B | | Revise two sale order re results of auction | 1.70 | 1,385.50 |
| 12/13/24 | BLP | B130B | | Comms with JLL re information for return of deposits (.2); comms with C. Mullen re schedules to APAs (.2) | .40 | 326.00 |
| 12/13/24 | BLP | B130B | | Revise notice of successful bidders re court request and refile same | .40 | 326.00 |
| 12/13/24 | BLP | B130B | | Several comms with lenders and client re sale orders | .50 | 407.50 |
| 12/13/24 | MGR | B130B | | Review and provide comments to orders approving sale of campus and sale of presidents house. | .70 | 609.00 |
| 12/13/24 | DV | B130B | | Reviewed notice of successful bids. | .20 | 79.00 |
| 12/14/24 | MGR | B130B | | Review DIP lender comments to sales orders | .60 | 522.00 |
| 12/16/24 | BLP | B130B | | Review of and revisions to Becker contract | 2.10 | 1,711.50 |
| 12/16/24 | BLP | B130B | | Additional revisions to Authority contract | .90 | 733.50 |
| 12/16/24 | BLP | B130B | | Several comms with DIP lender and BHs re their proposed changes to sale orders | .90 | 733.50 |
| 12/16/24 | BLP | B130B | | Comms with client and buyers re information for APA schedules, revised contracts | .50 | 407.50 |
| 12/16/24 | BLP | B130B | | Comms re return of deposits and information for same | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/16/24 | MGR | B130B | | Conf call w/ I Hamel and B Pollack regarding sale order and issues related to proceeds of sale of Presidents house. | .50 | 435.00 |
| 12/16/24 | MGR | B130B | | Phone conf w/ P Pastore counsel to PHLA regarding contract issues, schedules and hearing regarding good faith purchaser finding. | .40 | 348.00 |
| 12/16/24 | MGR | B130B | | Review draft sales order and comments from bond holder counsel. | .40 | 348.00 |
| 12/16/24 | MGR | B130B | | Discuss same with B Pollack. | .30 | 261.00 |
| 12/16/24 | MSE | B130B | | Conference with B. Pollack re: review of asset purchase agreements for campus sale. | .10 | 64.00 |
| 12/16/24 | MSE | B130B | | Begin review of Authority Asset Purchase Agreement. | 1.40 | 896.00 |
| 12/17/24 | BLP | B130B | | Extensive negotiation and discussions with 2 lenders re requested changes to sale orders and revise orders accordingly | 3.70 | 3,015.50 |
| 12/17/24 | BLP | B130B | | Continued revisions to APAs based on parties comments and preparation of schedules to same | 1.50 | 1,222.50 |
| 12/17/24 | BLP | B130B | | Several comms re return of deposits, wire information | 1.10 | 896.50 |
| 12/17/24 | MGR | B130B | | Review proposed changes to sale orders and discuss same w/ B Pollack. | .70 | 609.00 |
| 12/17/24 | MGR | B130B | | Phone conf w/ P Pastore regarding transfer tax issue and suggested modification to sale order for campus. | .40 | 348.00 |
| 12/17/24 | MGR | B130B | | E-mails w/ B Pollack regarding further modification of sale order to address transfer tax issue. | .30 | 261.00 |
| 12/17/24 | MGR | B130B | | E-mails with P Pastore re scheduling meeting with clients to review contract issues regarding sale of campus. | .30 | 261.00 |
| 12/17/24 | MSE | B130B | | Prepare for and attend video conference with B. Pollack and client working group to discuss APA schedules. | .70 | 448.00 |
| 12/17/24 | MSE | B130B | | Draft of comments to Authority APA. | 1.30 | 832.00 |
| 12/17/24 | MSE | B130B | | Review of Becker APA. | 1.20 | 768.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #:  7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/17/24 | MSE | B130B | | Draft of comments to Becker APA. | .80 | 512.00 |
| 12/17/24 | MSE | B130B | | Conference with B. Pollack re: comments to APA. | .10 | 64.00 |
| 12/18/24 | BLP | B130B | | Discussions with DIP counsel re revisions to contracts (.2); discussion with M. White re changes to Authority contract and status of same (.2) | .40 | 326.00 |
| 12/18/24 | BLP | B130B | | Conference with M. Eng re new revisions to contract by authority | .60 | 489.00 |
| 12/18/24 | BLP | B130B | | Call with authority negotiating latest revisions to contract | .70 | 570.50 |
| 12/18/24 | BLP | B130B | | Revisions to Authority contract re latest negotiations | 1.20 | 978.00 |
| 12/18/24 | BLP | B130B | | Finalize and file sale orders with blacklined copies of same | .80 | 652.00 |
| 12/18/24 | BLP | B130B | | Review and comms re additional changes requested to Becker agreement and revise same accordingly | 1.10 | 896.50 |
| 12/18/24 | BLP | B130B | | Continued return of deposits and review of wires | .30 | 244.50 |
| 12/18/24 | BLP | B130B | | Several comms with JLL re hearing, marketing update for use at hearing | .30 | 244.50 |
| 12/18/24 | MGR | B130B | | Review redlined APA regarding sale to PHLA of campus in preparation for call with PHLA counsel. | .70 | 609.00 |
| 12/18/24 | MGR | B130B | | Conf call with PHLA counsel regarding comments to APA and legal issues. | 1.00 | 870.00 |
| 12/18/24 | MGR | B130B | | Review comments to APA from M Eng and discuss issues resolved by bankruptcy court order. | .50 | 435.00 |
| 12/18/24 | MSE | B130B | | Review of Authority comments to APA. | .70 | 448.00 |
| 12/18/24 | MSE | B130B | | Attend video conference with B. Pollack and M. Roseman to discuss Authority comments to APA. | .60 | 384.00 |
| 12/18/24 | MSE | B130B | | Attend video conference with B. Pollack, M. Roseman and counsel for Albany Authority to discuss APA. | .40 | 256.00 |
| 12/18/24 | MSE | B130B | | Phone call with Authority real estate counsel on re-draft of APA. | .30 | 192.00 |
| 12/18/24 | MSE | B130B | | Edits and review of Becker APA. | .50 | 320.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                              January 8, 2025
File Number: 22484-000-3                                            Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/18/24 | MSE | B130B | | Review of updated buyer comments to Authority APA. | .40 | 256.00 |
| 12/18/24 | MSE | B130B | | Draft of comments to Authority APA. | .80 | 512.00 |
| 12/19/24 | BLP | B130B | | Review further authority contract changes and comms re same | .30 | 244.50 |
| 12/19/24 | BLP | B130B | | Finalize and circulate Authority contract without schedules | .70 | 570.50 |
| 12/19/24 | BLP | B130B | | Work on APA schedules and comms re same | 1.70 | 1,385.50 |
| 12/19/24 | BLP | B130B | | Work on schedules for Becker APA | .80 | 652.00 |
| 12/19/24 | BLP | B130B | | Meeting with Authority and client re logistical issues for closing, document deliverables | 1.00 | 815.00 |
| 12/19/24 | BLP | B130B | | Call with FTI and follow up with client re meeting with authority and logistical issues for closing | 1.30 | 1,059.50 |
| 12/19/24 | MGR | B130B | | Meeting with Pine Hills Land Authority to discuss process and issues with sale of property | 1.00 | 870.00 |
| 12/19/24 | MGR | B130B | | Meeting with client regarding to remaining issues in bankruptcy process and immediate issues regarding potential rapid closing of transaction | 1.50 | 1,305.00 |
| 12/19/24 | MSE | B130B | | Review of updated buyer comments to Authority APA. | .40 | 256.00 |
| 12/19/24 | MSE | B130B | | Correspondence with B. Pollack and buyer's counsel re: response to buyer comments to Authority APA. | .10 | 64.00 |
| 12/19/24 | MSE | B130B | | Phone call with B. Pollack and M. Roseman re: disclosures and APAs. | .10 | 64.00 |
| 12/20/24 | BLP | B130B | | Upload sale orders (.2); comms with client re early closing possible and effect on gains taxes (.2); comms with Authority re approval of schedules to agreement (.1) | .50 | 407.50 |
| 12/20/24 | BLP | B130B | | Review signed sale orders and circulate to all (.2); discussions re whether residential disclosure needed (no) (.3) | .50 | 407.50 |
| 12/23/24 | BLP | B130B | | Continued and final return of deposits including letter to City of Albany with check | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/23/24 | BLP | B130B | | Continued comms with Authority re schedules to APA and review proposed substitution of schedule | .50 | 407.50 |
| 12/23/24 | BLP | B130B | | Comms with Authority, BHs, summit re executed Authority agreement | .20 | 163.00 |
| 12/23/24 | MSE | B130B | | Conference with C. Mullen re: APA disclosures. | .10 | 64.00 |
| 12/23/24 | MSE | B130B | | Correspondence with B. Pollack re: APA disclosures. | .10 | 64.00 |
| 12/23/24 | MSE | B130B | | Review of schedules. | .50 | 320.00 |
| 12/23/24 | MSE | B130B | | Correspondence with B. Pollack re: review of schedules. | .10 | 64.00 |
| 12/26/24 | BLP | B130B | | Comms with client and purchaser re signatures needed on Becker agreement (.2); comms re escrow reconciliation (.2) | .40 | 326.00 |
| 12/27/24 | BLP | B130B | | Comms with client re assumption of contracts under purchase agreements | .20 | 163.00 |
| 12/27/24 | BLP | B130B | | Comms with JLL re Jerusalem deposit issues and return of money | .30 | 244.50 |
| 12/27/24 | MGR | B130B | | Emails regarding to issues surrounding wire transfers related to return of bidder deposits. | .30 | 261.00 |
| 12/30/24 | BLP | B130B | | Comms with Becker re assumption of contracts (.1); comms with Authority re contracts, timing, etc. (.2); comms re interested party for personal property sales (.2). | .50 | 407.50 |

**TASK SUB TOTAL**                                   **$ 99,378.50**

**B140B RESOLUTION OF CREDITOR ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/02/24 | BLP | B140B | | Discussion with MR re call with IRS re potential claim | .20 | 163.00 |
| 12/02/24 | MGR | B140B | | Phone conf w/ S Miller of IRS regarding open issues involving 3rd Qtr 2024 and 4th Qtr 2021 941 payroll taxes. | .50 | 435.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #:  7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/02/24 | MGR | B140B | | Review POC from department of labor | .30 | 261.00 |
| 12/02/24 | KC | B140B | | Researching whether unemployment insurance contributions constitute a tax  under section 507(a)(8). | 1.60 | 656.00 |
| 12/09/24 | MGR | B140B | | Review reservation of rights POC's filed by PBCG | .40 | 348.00 |
| 12/19/24 | MGR | B140B | | Review and respond to emails concerning Spectrum payment and related issues | .30 | 261.00 |
| 12/23/24 | BLP | B140B | | Review research re unemployment claim | .40 | 326.00 |
| 12/23/24 | BLP | B140B | | Review BH motion re consent order re filing of claims by BHs and comms re same | .40 | 326.00 |

**TASK SUB TOTAL**                                                                    **$ 2,776.00**

**B160B PLAN & DISCLOSURE STATEMENT**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/30/24 | BLP | B160B | | Begin work on disclosure statement | 1.90 | 1,548.50 |
| 12/31/24 | MGR | B160B | | Discuss need for plan administrator and plan structure w/ B Pollack . | .40 | 348.00 |

**TASK SUB TOTAL**                                                                    **$ 1,896.50**

**B180B RETENTION/PROFESSIONAL COMPENSATION/FEE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/06/24 | BLP | B180B | | Comms re payment of October monthly fees for professionals and calculation of same | .30 | 244.50 |
| 12/06/24 | BLP | B180B | | Begin review of November time for categories and revise accordingly | 1.10 | 896.50 |
| 12/09/24 | BLP | B180B | | Work on time entries/categories for November time | .90 | 733.50 |
| 12/10/24 | BLP | B180B | | Review bill for proper time categories and adherence to guidelines | .60 | 489.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/16/24 | BLP | B180B | | Prepare and file notices of OCP declarations and questionnaires | .60 | 489.00 |
| 12/17/24 | BLP | B180B | | Prepare and file 3 monthly fee statements and circulate same | .60 | 489.00 |
| 12/23/24 | BLP | B180B | | Revisions to monthly fee chart for November fee statements | .30 | 244.50 |

**TASK SUB TOTAL**   **$ 3,586.00**

**B185B PREPARATION FOR/ATTEND COURT HEARING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/18/24 | BLP | B185B | | Extensive preparation for sale hearing | 2.60 | 2,119.00 |
| 12/18/24 | MGR | B185B | | Prepare for hearing to approve sales. | .70 | 609.00 |
| 12/19/24 | BLP | B185B | | Continued sale hearing preparation | 1.30 | 1,059.50 |
| 12/19/24 | BLP | B185B | | Attend sale hearing | 1.30 | 1,059.50 |
| 12/19/24 | MGR | B185B | | Attend hearing to approve sales of real property | 1.00 | 870.00 |
| 12/19/24 | DV | B185B | | Attended hearing on real estate sales by phone. | .50 | 197.50 |

**TASK SUB TOTAL**   **$ 5,914.50**

**B195B NON-WORKING TRAVEL**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/11/24 | BLP | B195B | | Travel to Albany for auction | 4.00 | N/C |
| 12/11/24 | MGR | B195B | | Travel to Albany for auction of campus. | 4.00 | N/C |
| 12/11/24 | DV | B195B | | Travel to Albany for walkthrough and auction. | 3.00 | N/C |
| 12/13/24 | BLP | B195B | | Travel from Albany | 4.00 | N/C |
| 12/13/24 | MGR | B195B | | Travel from Albany to NY after auction. | 3.50 | N/C |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #:  7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/13/24 | DV | B195B | | Return travel from Albany. | 3.00 | N/C |
| 12/18/24 | BLP | B195B | | Travel to Albany for sale hearing | 4.00 | N/C |
| 12/19/24 | MGR | B195B | | Travel to Albany for hearing to approve sale of real estate. | 3.50 | N/C |
| 12/20/24 | BLP | B195B | | Travel back from Albany | 4.00 | N/C |
| 12/20/24 | MGR | B195B | | Travel from Albany | 4.00 | N/C |

**B210B MOTION PRACTICE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/01/24 | DV | B210B | | Reviewed motion to distribute from pension plan (.3); emails w/ B. Pollack re: same (.2); emails w/ B. Pollack re: motion re: cy pres (.3). | .80 | 316.00 |
| 12/11/24 | BLP | B210B | | Prepare notices of stay and pension motion and file motions | .70 | 570.50 |
| 12/11/24 | BLP | B210B | | Review and revise AOS for motions and comms re same | .30 | 244.50 |

**TASK SUB TOTAL**      **$ 1,131.00**

**B220B OPERATING REPORTS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/19/24 | BLP | B220B | | Review and populate/file MOR and comms with lenders/UST re same | .80 | 652.00 |

**TASK SUB TOTAL**      **$ 652.00**

**B230A GOVERNANCE ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/02/24 | DV | B230A | | Attended Executive Committee meeting. | 1.00 | 395.00 |
| 12/05/24 | BLP | B230A | | Participate in Executive Committee call re bankruptcy issues | 1.30 | 1,059.50 |
| 12/05/24 | MGR | B230A | | Participate in meeting of Executive Committee and present on auction process, bankruptcy status and PHLA update. | 1.50 | 1,305.00 |
| 12/05/24 | MGR | B230A | | Prepare for presentation to executive committee. | .50 | 435.00 |
| 12/06/24 | MGR | B230A | | Participate in conf call with Executive Committee regarding auction process and strategy. | 1.00 | 870.00 |
| 12/06/24 | DV | B230A | | Attended Executive Committee meeting | 1.00 | 395.00 |
| 12/06/24 | DV | B230A | | Attention to materials for special Board meeting | .40 | 158.00 |
| 12/06/24 | DV | B230A | | Emails w/ L. Thomson re: board meeting. | .20 | 79.00 |
| 12/08/24 | BLP | B230A | | Attend board meeting to discuss bids received, auction process and possible outcomes | 1.40 | 1,141.00 |
| 12/08/24 | MGR | B230A | | Prepare for and participate in Board of Trustee conf call to review bankruptcy status and auction procedures. | 1.50 | 1,305.00 |
| 12/08/24 | DV | B230A | | Attended special meeting of the Board. | 1.50 | 592.50 |
| 12/09/24 | BLP | B230A | | Discussion with DV re board resolution for sale | .30 | 244.50 |
| 12/09/24 | MGR | B230A | | Conf call with FTI, College and select board members regarding case status and issues related to the Auction process. | 1.00 | 870.00 |
| 12/09/24 | DV | B230A | | Attention to resolution re: property sales. | .40 | 158.00 |
| 12/10/24 | MGR | B230A | | Conf call with working team from FTI, select board members regarding status, auction and related issues. | 1.00 | 870.00 |
| 12/10/24 | DV | B230A | | Attention to materials for Board meeting. | .60 | 237.00 |
| 12/12/24 | DV | B230A | | Prepared resolution re: successful bids for Board meeting (.4); emails w/ L. Thomson re: same (.2). | .60 | 237.00 |
| 12/13/24 | BLP | B230A | | Attend board meeting re auction and results of sale | 1.20 | 978.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #:  7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/13/24 | MGR | B230A | | Prepare for and participate in board of trustee meeting to outline auction results and next steps in chapter 11 case. | 1.50 | 1,305.00 |
| 12/13/24 | DV | B230A | | Attended special board meeting. | 1.30 | 513.50 |
| 12/13/24 | DV | B230A | | Emails w/ L. Thomson re: board resolution. | .20 | 79.00 |
| 12/14/24 | MGR | B230A | | Review proposed notes on the draft audited financial statement | 1.00 | 870.00 |
| 12/16/24 | BLP | B230A | | Call with audit committee of college re audited financial and notes re same | .60 | 489.00 |
| 12/16/24 | DV | B230A | | Reviewed draft audited financials in preparation for Audit Committee meeting. | .60 | 237.00 |
| 12/16/24 | DV | B230A | | Meeting w/ B. Pollack to discuss same. | .30 | 118.50 |
| 12/16/24 | DV | B230A | | Conference call w/ B. Pollack and D. Polley re: same. | .20 | 79.00 |
| 12/16/24 | DV | B230A | | Attended Audit Committee meeting. | .60 | 237.00 |
| 12/18/24 | DV | B230A | | Attention to materials for Board meeting; emails w/ M. McLane re: same. | .70 | 276.50 |
| 12/19/24 | BLP | B230A | | Attend board meeting to discuss sale hearing and go forward issues with Authority | .80 | 652.00 |
| 12/19/24 | MGR | B230A | | Prepare for and attend board of trustee meeting. | 1.00 | 870.00 |
| 12/19/24 | DV | B230A | | Attended special meeting of the Board. | 1.30 | 513.50 |

**TASK SUB TOTAL**                    **$ 17,569.50**

**B240B EDUCATION/REGULATORY MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/01/24 | DV | B240B | | Emails w/ M. McLane re: MSCHE action. | .20 | 79.00 |
| 12/17/24 | DV | B240B | | Emails w/ D. Polley and R. Soebke re: response to subpoena for student records (.3); emails w/ D. Parise re: preparation of response to same (.1). | .40 | 158.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/17/24 | DP | B240B | | Draft response to subpoena duces tecum. | .60 | 237.00 |
| 12/18/24 | DV | B240B | | Discussion w/ D. Parise re: draft response to subpoena for student records (.1); reviewed draft response (.2). | .30 | 118.50 |
| 12/18/24 | DP | B240B | | Finalize response to subpoena duces tecum. | .60 | 237.00 |
| 12/20/24 | DV | B240B | | Emails w/ D. Polley re: audit submission. | .20 | 79.00 |
| 12/20/24 | DV | B240B | | Email to D. Polley re: response to subpoena. | .20 | 79.00 |

**TASK SUB TOTAL**                                                      **$ 987.50**

**B250B ENDOWMENT/ATTORNEY GENERAL MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/01/24 | DV | B250B | | Emails w/ D. Mitacek re: cy pres petition. | .30 | 118.50 |
| 12/02/24 | BLP | B250B | | Comms re CGA Agreements and terms | .40 | 326.00 |
| 12/03/24 | BLP | B250B | | Discussion with DV re cy pres issues, motion to vacate stay re same | .20 | 163.00 |
| 12/03/24 | DV | B250B | | Emails and telephone call w/ B. Pollack re: CGAs. | .30 | 118.50 |
| 12/04/24 | BLP | B250B | | Revise motion to vacate stay re cy pres | .40 | 326.00 |
| 12/05/24 | DMM | B250B | | Reviewing and commenting on motion to vacate stay to allow cy pres proceeding for endowment. | .80 | 316.00 |
| 12/06/24 | BLP | B250B | | Review and discuss DM changes to cy pres stay motion | .30 | 244.50 |
| 12/10/24 | BLP | B250B | | Revisions to stay motion for cy pres | .30 | 244.50 |
| 12/11/24 | BLP | B250B | | Review client comments to stay motion for cy pres and revise motion accordingly | .50 | 407.50 |
| 12/11/24 | BLP | B250B | | Discussion with DIP counsel re cy pres questions | .20 | 163.00 |
| 12/21/24 | BLP | B250B | | Review email form BHs re request for information re cy pres and internal comms re same | .30 | 244.50 |
| 12/21/24 | DV | B250B | | Emails re: restricted endowment. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #:  7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/23/24 | BLP | B250B | | Conferences re BH questions on cy pres and how to respond due to confidentiality issues | .90 | 733.50 |
| 12/23/24 | BLP | B250B | | Draft email to BHs with spreadsheet re cy pres and discussion of CGA issues in response to inquiries and circulate for internal review | .30 | 244.50 |
| 12/23/24 | MGR | B250B | | Review draft Cy Pres motion and discuss bondholder inquiries to establish facts that funds are subject to valid restrictions and not available to pay creditor claims. | .80 | 696.00 |
| 12/23/24 | DV | B250B | | Meeting to discuss CGA and response to bondholder counsel re: cy pres. | .60 | 237.00 |
| 12/23/24 | DMM | B250B | | Research on creditor's ability to claim endowed/restricted funds under NY law. | .70 | 276.50 |
| 12/23/24 | DMM | B250B | | Review of CGA agreements and research on charitable gift annuities and email to J. Milite and D. Parise re: same. | .60 | 237.00 |
| 12/23/24 | DMM | B250B | | Call w/ B. Pollack and D. Vespia re: request from Mintz Levin re: endowment funds. | .50 | 197.50 |
| 12/23/24 | DP | B250B | | Research charitable gift annuities and creditor rights. | 3.50 | 1,382.50 |
| 12/23/24 | JM | B250B | | Research treatment of charitable gift annuities in bankruptcy. | 4.80 | 1,896.00 |
| 12/24/24 | BLP | B250B | | Finalize and send email regarding restricted endowments with spreadsheet of same to BHs | .30 | 244.50 |
| 12/24/24 | MGR | B250B | | Review revised Cy pres petition and discuss comments. | .50 | 435.00 |
| 12/24/24 | DV | B250B | | Reviewed memo re: CGA. | .30 | 118.50 |
| 12/24/24 | DV | B250B | | Emails re: correspondence to bondholder counsel re: restricted endowment (.2); reviewed memo re: CGA (.3). | .50 | 197.50 |
| 12/24/24 | DMM | B250B | | Reviewing and commenting on email to Mintz Levin re: nature of endowment funds. | .30 | 118.50 |
| 12/24/24 | DMM | B250B | | Reviewing research on CGA funds in bankruptcy. | .60 | 237.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/24/24 | DP | B250B | | Continue research on charitable gift annuities and assignability of charitable gift annuities. | 4.60 | 1,817.00 |
| 12/24/24 | JM | B250B | | Research tax implications of assignment of CGAs. | 2.20 | 869.00 |
| 12/30/24 | BLP | B250B | | Several comms re BH further questions on endowment issues | .40 | 326.00 |
| 12/30/24 | MGR | B250B | | Review emails concerning bond holders requests concerning cy pres petition and discuss internally. | .50 | 435.00 |
| 12/30/24 | DV | B250B | | Emails re: meeting w/ bondholders' counsel to discuss status of restricted endowment. | .60 | 237.00 |

**TASK SUB TOTAL**      **$ 13,686.50**

**B260B PENSION PLAN/PBGC ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/02/24 | BLP | B260B | | Comms with client and DV re pension motion and changes to same | .30 | 244.50 |
| 12/04/24 | BLP | B260B | | Revise pension plan motion and email to client and tax attorney for review | .40 | 326.00 |
| 12/04/24 | BLP | B260B | | Review client and tax comments to pension motion and further comms re same | .40 | 326.00 |
| 12/04/24 | BD | B260B | | Attention to pension plan matters/bankruptcy motion filing. | .30 | 118.50 |
| 12/05/24 | BLP | B260B | | Comms with DV, client re comments to pension plan motion | .30 | 244.50 |
| 12/05/24 | BLP | B260B | | Continued work on pension motion for client comments | .70 | 570.50 |
| 12/06/24 | BLP | B260B | | Comms re information for pension motion and revise same | .50 | 407.50 |
| 12/17/24 | BLP | B260B | | Call with PBGC re involuntary termination, waterfall re sale distributions | .60 | 489.00 |
| 12/17/24 | DV | B260B | | Telephone call w/ B. Pollack re: same. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/17/24 | DV | B260B | | Meeting w/ PBGC re: plan termination. | .50 | 197.50 |
| 12/17/24 | BD | B260B | | Call with PBGC to discuss plan termination and real estate sale issues. | .50 | 197.50 |
| 12/19/24 | DV | B260B | | Emails w/ K. Owens re: plan termination documents. | .20 | 79.00 |

**TASK SUB TOTAL**     **$ 3,279.50**

**B270B EMPLOYMENT MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/01/24 | BLP | B270B | | Comms with UST re retention payments | .20 | 163.00 |
| 12/10/24 | DV | B270B | | Telephone calls and emails w/ B. Selchick and B. employee contract extension. | .40 | 158.00 |
| 12/10/24 | DV | B270B | | Prepared draft extension (.4); email to M. White re: same (.1). | .50 | 197.50 |
| 12/17/24 | BLP | B270B | | Comms re extension of President contract, provisions of same | .30 | 244.50 |
| 12/17/24 | DV | B270B | | Telephone call w/ B. Pollack re: contract extension. | .30 | 118.50 |
| 12/17/24 | DV | B270B | | Revised draft extension in connection w/ same. | .70 | 276.50 |
| 12/17/24 | DV | B270B | | Email to J. Stone re: same. | .30 | 118.50 |
| 12/20/24 | DV | B270B | | Attention to contract extension (.2); emails w/ J. Stone re: same (.2); email to D. Meyers re: same (.2). | .60 | 237.00 |
| 12/22/24 | DV | B270B | | Attention to proposed modifications to extension (.2); email to B. Pollack re: same (.1). | .30 | 118.50 |
| 12/23/24 | BLP | B270B | | Review proposed changes to M. White contract and comms re same | .40 | 326.00 |
| 12/23/24 | MGR | B270B | | Review proposed changes to presidents contract and e-mail issues with requests. | .60 | 522.00 |
| 12/23/24 | DV | B270B | | Attention to proposed revisions to contract extension. | .40 | 158.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #: 7487678

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 12/23/24 | DV | B270B | | Email to MW counsel re: same (.3); email to J. Stonere: same (.2). | .50 | 197.50 |
| 12/27/24 | DV | B270B | | Email to D. Meyers re: contract extension. | .20 | 79.00 |
| 12/30/24 | MGR | B270B | | Internal discussions regarding modifications to Presidents contract | .50 | 435.00 |
| 12/30/24 | DV | B270B | | Attention to emails re: employee termination (.2); emails re: contract extension (.2). | .40 | 158.00 |

**TASK SUB TOTAL**                                     **$ 3,507.50**

TOTAL PROFESSIONAL SERVICES                          $ 180,988.50

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| BONNIE L. POLLACK | 111.10 | 815.00 | 90,546.50 |
| KEVIN MCDONOUGH | 1.40 | 395.00 | 553.00 |
| MATTHEW G ROSEMAN | 62.50 | 870.00 | 54,375.00 |
| DINA VESPIA | 50.00 | 395.00 | 19,750.00 |
| DEIRDRE M MITACEK | 3.50 | 395.00 | 1,382.50 |
| DANIEL PARISE | 9.30 | 395.00 | 3,673.50 |
| JORDAN MILITE | 7.00 | 395.00 | 2,765.00 |
| BOZENA DIAZ | .80 | 395.00 | 316.00 |
| MICHAEL S ENG | 10.70 | 640.00 | 6,848.00 |
| KYRIAKI CHRISTODOULOU | 1.90 | 410.00 | 779.00 |
| **Total** | **258.20** | | **$ 180,988.50** |

**DISBURSEMENTS**

**E106 ON-LINE RESEARCH**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 12/18/24 | E106 | ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, INV# 3095444219 | 4.95 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #:  7487678

| Date | Task | Description | Amount |
|---|---|---|---|
| 12/18/24 | E106 | ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, INV# 3095444219 | 14.86 |
| 12/18/24 | E106 | ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, INV# 3095444219 | 13.21 |
| 12/18/24 | E106 | ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, ON-LINE RESEARCH (E106), CHRISTODOULOU,KYRIAKI, INV# 3095444219 | 11.49 |

**SUB TOTAL** **$ 44.51**

**E108 POSTAGE**

| Date | Task | Description | Amount |
|---|---|---|---|
| 12/06/24 | E108 | POSTAGE 12/06/2024, SK/BP | 17.94 |
| 12/11/24 | E108 | POSTAGE 12/11/2024, SK/BP | 497.30 |

**SUB TOTAL** **$ 515.24**

**E111 MEALS**

| Date | Task | Description | Amount |
|---|---|---|---|
| 12/20/24 | E111 | BRIAN FITZGERALD, MEALS, Breakfast catering order for St. Rose Auction | 208.71 |
| 12/20/24 | E111 | BRIAN FITZGERALD, MEALS, Maurice's lunch service for 18 | 242.39 |

**SUB TOTAL** **$ 451.10**

**E112 COURT FEES**

| Date | Task | Description | Amount |
|---|---|---|---|
| 12/30/24 | E112 | CHASE CARD SERVICES, COURT FEES CONFRIMATION #8036072273, DTD 01/10/2025 FOR FILINGS @ NY BANKRUPTCY COURT ON 12/06/24 CR/MR | 68.00 |

**SUB TOTAL** **$ 68.00**

**TOTAL DISBURSEMENTS** **$ 1,078.85**

**TOTAL THIS INVOICE** **$ 182,067.35**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

January 8, 2025
Control #:  7487678

## TASK TIME SUMMARY

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | GENERAL ADMINISTRATION | 33.70 | 21,162.00 |
| B120B | CASH COLLATERAL & DIP FINANCING | 6.60 | 5,461.50 |
| B130B | ASSET DISPOSITION, SALE OR RESTRUCTURE | 128.90 | 99,378.50 |
| B140B | RESOLUTION OF CREDITOR ISSUES | 4.10 | 2,776.00 |
| B160B | PLAN & DISCLOSURE STATEMENT | 2.30 | 1,896.50 |
| B180B | RETENTION/PROFESSIONAL COMPENSATION/FEE | 4.40 | 3,586.00 |
| B185B | PREPARATION FOR/ATTEND COURT HEARING | 7.40 | 5,914.50 |
| B195B | NON-WORKING TRAVEL | 37.00 | .00 |
| B210B | MOTION PRACTICE | 1.80 | 1,131.00 |
| B220B | OPERATING REPORTS | .80 | 652.00 |
| B230A | GOVERNANCE ISSUES | 26.50 | 17,569.50 |
| B240B | EDUCATION/REGULATORY MATTERS | 2.50 | 987.50 |
| B250B | ENDOWMENT/ATTORNEY GENERAL MATTERS | 27.70 | 13,686.50 |
| B260B | PENSION PLAN/PBGC ISSUES | 4.90 | 3,279.50 |
| B270B | EMPLOYMENT MATTERS | 6.60 | 3,507.50 |
| **TOTALS** | | **295.20** | **$ 180,988.50** |

## TASK DISBURSEMENTS SUMMARY

| Task | Description | Amount |
|------|-------------|--------|
| E106 | ON-LINE RESEARCH | 44.51 |
| E108 | POSTAGE | 515.24 |
| E111 | MEALS | 451.10 |
| E112 | COURT FEES | 68.00 |
| **TOTALS** | | **$ 1,078.85** |



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ⁿᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY  12203

January 8, 2025

## REMITTANCE

**File Number: 22484-000-3**

**Control Number  7487678**

RE:   **BANKRUPTCY FILING**

| **BALANCE DUE THIS INVOICE** | **$ 182,067.35** |
|---|---|

Please return this page with payment to:

Cullen & Dykman LLP
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553

**Wire Transfer Instructions:**

JP MORGAN CHASE
270 Park Avenue
New York, NY  10017
Account # :  530-931-915
ABA # :  021000021
SWIFT Code:  CHASUS33

For Credit To:
  CULLEN & DYKMAN LLP
  Operating Account
  333 Earle Ovington Blvd, 2nd Floor
  Uniondale, NY 11553

**TERMS: NET 30 DAYS**