CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
THE COLLEGE OF SAINT ROSE,                                      :   Case No. 24-11131 (REL)
                                                                :
                                                                :
                    Debtor.                                     :
                                                                :
---------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S FINANCIAL
CONSULTANTS FOR THE PERIOD OF DECEMBER 1, 2024 THROUGH
DECEMBER 31, 2024**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Financial Consultants for the period of December 1, 2024 through December 31, 2024 is attached hereto.

Dated: Albany, New York
      January 16, 2025

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:    s/ Bonnie Pollack
                                                    Matthew G. Roseman, Esq.
                                                      Bonnie L. Pollack, Esq.
                                        80 State Street, Suite 900
                                        Albany, New York 12207
                                        (516) 357-3700

FTI CONSULTING, INC.
1201 W Peachtree Street NW
Suite 3300
Atlanta, GA 30309
Telephone: (404) 460-6258
Mobile: (404) 931-7909

*Financial Advisor for Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
**THE COLLEGE OF SAINT ROSE,**                  :    Case No. 24-11131 (REL)
                                                :
            Debtor.                             :
------------------------------------------------------------x

**THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR**
**FOR PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | FTI Consulting, Inc., financial advisor for The College of Saint Rose, (the "**Debtor**") |
| **Date of Retention:** | November 5, 2024, effective as of October 10, 2024 (the "**Commencement Date**") |
| **Period for Which Fees and Expenses are Incurred:** | December 1, 2024 through December 31, 2024 |
| **Monthly Fees Incurred:** | $120,591.00 |
| **Less Voluntary Discount:** | $18,077.40 |
| **Less 20% Holdback:** | $20,502.72 |
| **Monthly Expenses Incurred:** | $489.91 |
| **Total Fees and Expenses Due:** | $82,500.79 |
| **This is a** | _X_ Monthly ____Interim ____Final Fee Application |

SUMMARY OF MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR SERVICES RENDERED
FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| NAME OF PROFESSIONAL: | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $1,445.00 | 31.4 | $45,373.00 |
| Harding, Sean | Senior Managing Director | $1,420.00 | 25.8 | $36,636.00 |
| Cotona, Nicolette | Director | $1,010.00 | 38.2 | $38,582.00 |
| **Total Gross Professionals:** | | | 95.4 | $120,591.00 |
| Voluntary Discount: | | | n.a. | $(18,077.40) |
| **Total Net Professionals:** | | | 95.4 | **$102,513.60** |

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY FTI CONSULTING, INC.
FOR THE PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 1 | Cash Management and Reporting | 24.1 | $26,709.50 |
| 2 | Monthly Operating Reports | 10.3 | $11,960.00 |
| 3 | DIP and Exit Financing Due Diligence Support | - | - |
| 4 | Work on Motions or Court Filings | - | - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 8.6 | $12,099.50 |
| 6 | Campus Sale Process | 46.9 | $62,527.00 |
| 7 | Court Attendance | - | - |
| 8 | Fee Application Preparation | 1.5 | $1,515.00 |
| 9 | Travel | 4.0 | $5,780.00 |
| **Gross Total:** | | 95.4 | $120,591.00 |
| Voluntary Discount: | | n.a. | $(18,077.40) |
| **Net Total:** | | 95.4 | $102,513.60 |

3

**EXPENSE SUMMARY FOR THE**
**PERIOD FROM DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| EXPENSES | AMOUNTS |
| --- | --- |
| Airfare | - |
| Train | $160.00 |
| Hotel & Lodging | $166.76 |
| Taxi | $106.96 |
| Meals | $56.19 |
| Parking | - |
| Mileage | - |
| **Total Expenses Requested:** | **$489.91** |

**Exhibit A**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF FEES BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Professional | Title | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,445.00 | 31.4 | $ 45,373.00 |
| Harding, Sean | Senior Managing Director | $ 1,420.00 | 25.8 | $ 36,636.00 |
| Cotona, Nicolette | Director | $ 1,010.00 | 38.2 | $ 38,582.00 |
| **Gross Total** | | | **95.4** | **$ 120,591.00** |
| Voluntary Discount | | | | $ (18,077.40) |
| **Net Total** | | | **95.4** | **$ 102,513.60** |

**Exhibit B**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Code | Task Description | Hours | Total |
|---|---|---|---|
| 1 | Cash Management and Reporting | 24.1 | $ 26,709.50 |
| 2 | Monthly Operating Reports | 10.3 | $ 11,960.00 |
| 3 | DIP and Exit Financing Due Diligence Support | - | $ - |
| 4 | Work on Motions or Court Filings | - | $ - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 8.6 | $ 12,099.50 |
| 6 | Campus Sale Process | 46.9 | $ 62,527.00 |
| 7 | Court Attendance | - | $ - |
| 8 | Fee Application Preparation | 1.5 | $ 1,515.00 |
| 9 | Travel | 4.0 | $ 5,780.00 |
| **Gross Total** | | **95.4** | **$ 120,591.00** |
| Voluntary Discount | | | $ (18,077.40) |
| **Net Total** | | **95.4** | **$ 102,513.60** |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/2/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: illustrative claims recovery analysis. |
| 1 | 12/2/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: illustrative claims recovery analysis. |
| 1 | 12/2/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: illustrative claims recovery analysis. |
| 1 | 12/2/2024 | Cotona, Nicolette | 0.2 | Prepare illustrative claims recovery analysis. |
| 1 | 12/2/2024 | Cotona, Nicolette | 0.7 | Review 11/25 - 12/1 cash flow actuals. |
| 1 | 12/2/2024 | Cotona, Nicolette | 0.9 | Prepare illustrative claims recovery analysis. |
| 1 | 12/3/2024 | Gumbs, Sean | 0.8 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: cash flow update. |
| 1 | 12/3/2024 | Harding, Sean | 0.8 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: cash flow update. |
| 1 | 12/3/2024 | Cotona, Nicolette | 0.8 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: cash flow update. |
| 1 | 12/3/2024 | Cotona, Nicolette | 0.5 | Review 11/25 - 12/1 cash flow actuals. |
| 1 | 12/3/2024 | Cotona, Nicolette | 0.7 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 12/9/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with N. Cotona (FTI) re: 12/8 Board meeting debrief and weekly cash flow update. |
| 1 | 12/9/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Harding (FTI) re: 12/8 Board meeting debrief and weekly cash flow update. |
| 1 | 12/9/2024 | Gumbs, Sean | 0.3 | Correspond with counsel re: cash flow forecast for discussion with bondholders' counsel. |
| 1 | 12/9/2024 | Cotona, Nicolette | 1.4 | Review graduation data by student. |
| 1 | 12/9/2024 | Cotona, Nicolette | 1.1 | Review 12/2 - 12/8 cash flow actuals. |
| 1 | 12/9/2024 | Cotona, Nicolette | 1.8 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 12/10/2024 | Gumbs, Sean | 0.5 | Participate on call with bondholders' counsel to review cash flow actuals and forecast. |
| 1 | 12/11/2024 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: budget questions from D. Polley (Saint Rose). |

Page 3 of 11

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/11/2024 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: budget questions from D. Polley (Saint Rose). |
| 1 | 12/11/2024 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: budget questions from D. Polley (Saint Rose). |
| 1 | 12/11/2024 | Gumbs, Sean | 0.4 | Respond to inquiries from D. Polley (Saint Rose) re: DIP reporting process. |
| 1 | 12/16/2024 | Cotona, Nicolette | 1.8 | Review 12/9 - 12/15 cash flow actuals. |
| 1 | 12/16/2024 | Cotona, Nicolette | 2.7 | Prepare Title IV liability analysis based on graduation data by student. |
| 1 | 12/17/2024 | Cotona, Nicolette | 0.5 | Finalize cash flow variance report. |
| 1 | 12/17/2024 | Cotona, Nicolette | 0.6 | Prepare illustrative claims recovery analysis. |
| 1 | 12/17/2024 | Cotona, Nicolette | 1.6 | Prepare Title IV liability analysis based on graduation data by student. |
| 1 | 12/18/2024 | Harding, Sean | 0.5 | Review cash flow presentation. |
| 1 | 12/18/2024 | Cotona, Nicolette | 1.8 | Finalize illustrative claims recovery analysis. |
| **1 Total** | | | **24.1** | |
| 2 | 12/11/2024 | Cotona, Nicolette | 0.4 | Participate on call with D. Polley (Saint Rose) re: November monthly operating report prep. |
| 2 | 12/16/2024 | Harding, Sean | 0.3 | Review draft November monthly operating report. |
| 2 | 12/16/2024 | Cotona, Nicolette | 0.7 | Prepare November monthly operating report diligence questions. |
| 2 | 12/16/2024 | Cotona, Nicolette | 0.8 | Prepare draft November 2024 monthly operating report. |
| 2 | 12/16/2024 | Cotona, Nicolette | 1.0 | Participate on call with D. Polley (Saint Rose) re: November 2024 monthly operating report prep. |
| 2 | 12/16/2024 | Cotona, Nicolette | 0.7 | Prepare November 2024 monthly operating report. |
| 2 | 12/17/2024 | Harding, Sean | 1.0 | Participate on call with N. Cotona (FTI) and D. Polley (Saint Rose) re: November 2024 monthly operating report prep. |
| 2 | 12/17/2024 | Cotona, Nicolette | 1.0 | Participate on call with S. Harding (FTI) and D. Polley (Saint Rose) re: November 2024 monthly operating report prep. |

Page 4 of 11

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 12/17/2024 | Gumbs, Sean | 0.4 | Review draft monthly operating report and updated creditor analysis. |
| 2 | 12/17/2024 | Cotona, Nicolette | 1.2 | Finalize November 2024 monthly operating report. |
| 2 | 12/18/2024 | Gumbs, Sean | 0.8 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: November monthly operating report. |
| 2 | 12/18/2024 | Harding, Sean | 0.8 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: November monthly operating report. |
| 2 | 12/18/2024 | Cotona, Nicolette | 0.8 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: November monthly operating report. |
| 2 | 12/18/2024 | Gumbs, Sean | 0.4 | Review final November monthly operating report and correspond with D. Polley (Saint Rose). |
| **2 Total** | | | **10.3** | |
| 5 | 12/2/2024 | Gumbs, Sean | 0.3 | Participate on call with H. Iselin (Greenberg), Albany County Pine Hills Land Authority outside counsel. |
| 5 | 12/5/2024 | Gumbs, Sean | 1.4 | Participate on Executive Committee of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 12/5/2024 | Harding, Sean | 1.4 | Participate on Executive Committee of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |
| 5 | 12/10/2024 | Harding, Sean | 0.5 | Participate on call with B. Pollack (Cullen), M. Roseman (Cullen), and N. Cotona (FTI) re: Bondholder cash flow questions. |
| 5 | 12/10/2024 | Cotona, Nicolette | 0.5 | Participate on call with B. Pollack (Cullen), M. Roseman (Cullen), and S. Harding (FTI) re: Bondholder cash flow questions. |
| 5 | 12/10/2024 | Harding, Sean | 0.5 | Participate on call with Cullen and bondholders. |
| 5 | 12/13/2024 | Gumbs, Sean | 1.2 | Participate on Board of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 12/13/2024 | Harding, Sean | 1.2 | Participate on Board of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |
| 5 | 12/19/2024 | Gumbs, Sean | 0.8 | Participate on Board of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 12/19/2024 | Harding, Sean | 0.8 | Participate on Board of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |
| **5 Total** | | | **8.6** | |
| 6 | 12/1/2024 | Gumbs, Sean | 1.0 | Participate on call with S. Harding (FTI), Saint Rose, Cullen, and JLL re: sale process. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/1/2024 | Harding, Sean | 1.0 | Participate on call with S. Gumbs (FTI), Saint Rose, Cullen, and JLL re: sale process. |
| 6 | 12/2/2024 | Gumbs, Sean | 1.0 | Participate on Executive Committee of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals re: sale process. |
| 6 | 12/2/2024 | Harding, Sean | 1.0 | Participate on Executive Committee of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals re: sale process. |
| 6 | 12/3/2024 | Gumbs, Sean | 0.8 | Participate on all-hands call with S. Harding (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: auction process. |
| 6 | 12/3/2024 | Harding, Sean | 0.8 | Participate on all-hands call with S. Gumbs (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: auction process. |
| 6 | 12/3/2024 | Cotona, Nicolette | 0.8 | Participate on all-hands call with S. Gumbs (FTI), S. Harding (FTI), Saint Rose, and Cullen re: auction process. |
| 6 | 12/4/2024 | Gumbs, Sean | 0.9 | Participate on call with S. Harding (FTI), Saint Rose, and JLL to discuss sale process. |
| 6 | 12/4/2024 | Harding, Sean | 0.9 | Participate on call with S. Gumbs (FTI), Saint Rose, and JLL to discuss sale process. |
| 6 | 12/4/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: auction process. |
| 6 | 12/4/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: auction process. |
| 6 | 12/4/2024 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: auction process. |
| 6 | 12/4/2024 | Gumbs, Sean | 0.4 | Review draft form of asset purchase agreement and compile comments for counsel. |
| 6 | 12/4/2024 | Cotona, Nicolette | 1.1 | Prepare illustrative auction process outline. |
| 6 | 12/5/2024 | Gumbs, Sean | 0.4 | Participate on call with prospective bidder. |
| 6 | 12/6/2024 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) re: auction process. |
| 6 | 12/6/2024 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) re: auction process. |
| 6 | 12/6/2024 | Gumbs, Sean | 0.5 | Participate on all-hands call with S. Harding (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: incoming bids and auction process. |
| 6 | 12/6/2024 | Harding, Sean | 0.5 | Participate on all-hands call with S. Gumbs (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: incoming bids and auction process. |
| 6 | 12/6/2024 | Cotona, Nicolette | 0.5 | Participate on all-hands call with S. Gumbs (FTI), S. Harding (FTI), Saint Rose, and Cullen re: incoming bids and auction process. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/6/2024 | Harding, Sean | 0.5 | Review bid document. |
| 6 | 12/7/2024 | Gumbs, Sean | 0.3 | Review bid summary and prepare for board meeting. |
| 6 | 12/8/2024 | Gumbs, Sean | 1.5 | Participate on Board meeting to discuss bids received and upcoming auction. |
| 6 | 12/9/2024 | Gumbs, Sean | 1.0 | Participate on call with S. Harding (FTI), DIP lender, and bondholder representatives to discuss auction approach. |
| 6 | 12/9/2024 | Harding, Sean | 1.0 | Participate on call with S. Gumbs (FTI), DIP lender, and bondholder representatives to discuss auction approach. |
| 6 | 12/9/2024 | Harding, Sean | 1.0 | Participate on call with Saint Rose and Cullen to discuss auction process. |
| 6 | 12/10/2024 | Gumbs, Sean | 0.8 | Participate on all-hands call with S. Harding (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: submitted bids and auction process. |
| 6 | 12/10/2024 | Harding, Sean | 0.8 | Participate on all-hands call with S. Gumbs (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: submitted bids and auction process. |
| 6 | 12/10/2024 | Cotona, Nicolette | 0.8 | Participate on all-hands call with S. Gumbs (FTI), S. Harding (FTI), Saint Rose, and Cullen re: submitted bids and auction process. |
| 6 | 12/10/2024 | Gumbs, Sean | 0.2 | Correspond with D. Carlos (JLL) re: bidder updates. |
| 6 | 12/11/2024 | Gumbs, Sean | 0.3 | Correspond with D. Carlos (JLL) re: bidder updates. |
| 6 | 12/11/2024 | Gumbs, Sean | 0.5 | Participate on call with Saint Rose and advisors re: auction approach. |
| 6 | 12/11/2024 | Harding, Sean | 0.5 | Participate on call to discuss auction with Saint Rose and Cullen. |
| 6 | 12/12/2024 | Gumbs, Sean | 6.2 | Participate in auction for the Debtor's real estate assets with S. Harding (FTI), Saint Rose, and professionals. |
| 6 | 12/12/2024 | Harding, Sean | 4.0 | Participate in auction for the Debtor's real estate assets with S. Gumbs (FTI), Saint Rose, and professionals (partial). |
| 6 | 12/13/2024 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: auction debrief. |
| 6 | 12/13/2024 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: auction debrief. |
| 6 | 12/13/2024 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: auction debrief. |
| 6 | 12/13/2024 | Gumbs, Sean | 0.3 | Review draft sales orders. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/17/2024 | Harding, Sean | 0.8 | Participate on all-hands call with N. Cotona (FTI), Saint Rose, and Cullen re: auction debrief and next steps. |
| 6 | 12/17/2024 | Cotona, Nicolette | 0.8 | Participate on all-hands call with S. Harding (FTI), Saint Rose, and Cullen re: auction debrief and next steps. |
| 6 | 12/19/2024 | Gumbs, Sean | 0.4 | Participate on call with S. Harding (FTI), Saint Rose, and advisors to discuss sale time-line. |
| 6 | 12/19/2024 | Harding, Sean | 0.4 | Participate on call with S. Gumbs (FTI), Saint Rose, and advisors to discuss sale time-line. |
| 6 | 12/20/2024 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/20/2024 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/20/2024 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/23/2024 | Harding, Sean | 0.7 | Participate on call with D. Polley (Saint Rose) and N. Cotona (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/23/2024 | Cotona, Nicolette | 0.7 | Participate on call with D. Polley (Saint Rose) and S. Harding (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/26/2024 | Cotona, Nicolette | 3.1 | Prepare illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/27/2024 | Gumbs, Sean | 0.9 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/27/2024 | Harding, Sean | 0.9 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/27/2024 | Cotona, Nicolette | 0.9 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 12/27/2024 | Cotona, Nicolette | 1.1 | Prepare summary re: illustrative cost savings analysis based on closing date on sale of properties. |
| **6 Total** | | | **46.9** | |
| 8 | 12/10/2024 | Cotona, Nicolette | 1.2 | Review draft November fee statement. |
| 8 | 12/11/2024 | Cotona, Nicolette | 0.3 | Review draft November fee statement. |
| **8 Total** | | | **1.5** | |
| 9 | 12/11/2024 | Gumbs, Sean | 2.0 | Travel to Albany for auction for the Debtor's real estate assets (50% in time incurred). |

Page 8 of 11

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 12/12/2024 | Gumbs, Sean | 2.0 | Travel to New York City from auction for the Debtor's real estate assets (50% in time incurred). |
| **9 Total** | | | **4.0** | |
| **Grand Total** | | | **95.4** | |

**Exhibit D**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF EXPENSES BY TYPE**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Expense Type | Total |
|---|---:|
| Airfare | $ - |
| Train | 160.00 |
| Hotel & Lodging | 166.76 |
| Taxi | 106.96 |
| Meals | 56.19 |
| Parking | - |
| Mileage | - |
| **Grand Total** | **$ 489.91** |

**Exhibit E**
**THE COLLEGE OF SAINT ROSE**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 12/10/2024 | Gumbs, Sean | Train | Coach rail from New York City to Albany | $ 128.00 |
| 12/10/2024 | Gumbs, Sean | Train | Travel agent fees | $ 32.00 |
| | | **Train Total** | | **$ 160.00** |
| 12/11/2024 | Gumbs, Sean | Hotel & Lodging | Hotel - Albany - 1 night | $ 166.76 |
| | | **Hotel & Lodging Total** | | **$ 166.76** |
| 12/10/2024 | Gumbs, Sean | Taxi | Taxi from train station to hotel | $ 29.06 |
| 12/11/2024 | Gumbs, Sean | Taxi | Taxi from hotel to office | $ 77.90 |
| | | **Taxi Total** | | **$ 106.96** |
| 12/11/2024 | Gumbs, Sean | Meals | Meal - traveling | $ 40.00 |
| 12/12/2024 | Gumbs, Sean | Meals | Meal - traveling | $ 16.19 |
| | | **Meals Total** | | **$ 56.19** |
| | | **Grand Total** | | **$ 489.91** |