CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
:
In re:                                                         :  Chapter 11
:
THE COLLEGE OF SAINT ROSE,                                     :  Case No. 24-11131 (REL)
:
:
Debtor.                                                        :
:
-------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR COUNSEL TO THE DEBTOR'S
BOARD OF TRUSTEES FOR THE PERIOD OF DECEMBER 1, 2024 THROUGH
DECEMBER 31, 2024**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Counsel to the Debtor's Board of Trustees for the period of December 1, 2024 through December 31, 2024 is attached hereto.

Dated: Albany, New York
       January 16, 2025

                                            CULLEN AND DYKMAN LLP
                                            *Counsel for Debtor*

                                            By:    s/ Bonnie Pollack
                                                   Matthew G. Roseman, Esq.
                                                   Bonnie L. Pollack, Esq.
                                            80 State Street, Suite 900
                                            Albany, New York 12207
                                            (516) 357-3700

22484.3 21302998v1

NOLAN HELLER KAUFFMAN LLP
Attorneys at Law
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300

Federal I.D.# 14-1836610

The Board of Trustees of the College of Saint Rose
18 Chip Shot Way
Mechanicville NY 12118

Page: 1
December 31, 2024
File No.:    12655-000M
Statement No.:    8

ATTN: Jeffrey D. Stone

College of Saint Rose Matter

| | | | HOURS |
|---|---|---|---|
| | | PREVIOUS BALANCE | $19,491.00 |
| 12/02/2024 | FJB | Case Administration - Attend Executive Committee special meeting | 0.60 |
| 12/04/2024 | FJB | Fee/Employment Applications - Review November 2024 WIP to prepare monthly billing statement | 0.30 |
| | FJB | Case Administration - Attend Executive Board meeting regarding status of bids and sale process | 1.10 |
| | FJB | Case Administration - Review marked purchase and sale contract from Pine Hills Land Authority | 1.20 |
| | FJB | Case Administration - Review materials for Executive Board meeting | 0.50 |
| | FJB | Case Administration - Telephone call with Board of Trustee member regarding sale process | 0.30 |
| 12/05/2024 | FJB | Case Administration - Attend Board of Trustees Executive Committee meeting | 0.50 |
| | FJB | Case Administration - Receive and review redline of proposed asset purchase agreement with Pine Hills Land Authority | 0.40 |
| 12/06/2024 | FJB | Asset Analysis and Recovery - Attend Executive Committee meeting regarding Pine Hills Land Authority offer | 0.50 |
| | FJB | Asset Analysis and Recovery - Review Pine Hills Land Authority offer | 0.50 |
| | FJB | Asset Analysis and Recovery - Review Stalking Horse protections under bid procedures | 1.10 |
| | FJB | Asset Analysis and Recovery - Receive and review M&T reservation of rights of bondholders to bid procedures and auction | 0.20 |
| 12/08/2024 | FJB | Asset Disposition - Review materials for special meeting of Board of Trustees regarding sale of campus property | 1.00 |
| | FJB | Asset Disposition - Attend special meeting of Board of Trustees | 1.80 |
| 12/09/2024 | FJB | Asset Disposition - Telephone call with Mr. Nolan (Board of Trustees) regarding sports complex property | 0.30 |
| | FJB | Asset Disposition - Attend meeting with administration and counsel for debtor regarding auction sale process | 1.00 |
| | FJB | Case Administration - Receive and review proofs of claim by Pension Benefit Guaranty Corporation | 0.50 |

Page: 2
December 31, 2024
File No.:    12655-000M
Statement No.:    8

The Board of Trustees of the College of Saint Rose

College of Saint Rose Matter

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 12/10/2024 | FJB | Asset Disposition - Conference call with debtor representatives, debtor's counsel, administrators, and FTI consultants regarding status of auction sale process | 1.20 | |
| 12/11/2024 | FJB | Asset Disposition - Conference call with client representatives, debtor's counsel, and debtor's professionals regarding preparation for sale process | 0.80 | |
| | FJB | Case Administration - Review legislation creating Pine Hills Land Authority | 0.50 | |
| | FJB | Asset Disposition - Attend meeting to review status of offers and auction process | 0.50 | |
| | FJB | Case Administration - Receive and review motion for relief from stay to file Cy Pres petition | 0.40 | |
| | FJB | Case Administration - Receive and review motion to approve distributions from pension plan | 0.50 | |
| | FJB | Case Administration - Review communications regarding public information from auction | 0.50 | |
| 12/12/2024 | FJB | Asset Disposition - Attend auction sale of debtor's real property | 7.00 | |
| | FJB | Business Operations - Review materials for Board of Trustees meeting | 1.00 | |
| 12/13/2024 | FJB | Attend Board of Trustees meeting | 1.30 | |
| | FJB | Receive and review notice of successful bidders | 0.20 | |
| | FJB | Receive and review proposed order approving sale | 0.50 | |
| 12/16/2024 | FJB | Case Administration - Receive and review media reports regarding sale of college property | 0.20 | |
| 12/17/2024 | FJB | Case Administration - Attend conference call with College representatives and FTI Consulting regarding open issues for sale process and case administration | 0.80 | |
| 12/18/2024 | FJB | Case Administration - Review Board of Trustees special meeting materials | 0.80 | |
| 12/19/2024 | FJB | Case Administration - Attend Board of Trustees meeting | 1.00 | |
| | FJB | Case Administration - Receive and review November 2024 monthly operating report | 0.50 | |
| | FJB | Asset Disposition - Telephone call with President White regarding status of hearings on motion to approve sale | 0.20 | |
| | FJB | Asset Disposition - Attend hearing on motion to approve sale | 1.50 | |
| | FJB | Asset Disposition - Meeting with respective counsel for debtor and Pine Hills Land Authority regarding deliverables under sale contract | 1.80 | |
| 12/20/2024 | FJB | Asset Disposition - Receive, review, and respond to email from from counsel for debtor regarding potential payment of transfer tax | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 33.50 | 14,907.50 |
| | | TOTAL CURRENT WORK | | 14,907.50 |
| 12/09/2024 | | 80% of 10/24 invoice | | -7,333.60 |
| 01/06/2025 | | Payment Received | | -8,259.20 |

The Board of Trustees of the College of Saint Rose

College of Saint Rose Matter

Page: 3
December 31, 2024
File No.:   12655-000M
Statement No.:          8

| | |
|---|---:|
| TOTAL PAYMENTS | -15,592.80 |
| BALANCE DUE | $18,805.70 |