So Ordered.

Signed this 21 day of January, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
THE COLLEGE OF SAINT ROSE,                                     :   Case No. 24-11131 (REL)
                                                               :
                    Debtor.                                    :
                                                               :
-------------------------------------------------------------- x

**ORDER VACATING AUTOMATIC STAY TO ALOW DEBTOR TOFILE CY PRES PETITION AND GRANTING RELATED RELIEF**

Upon the motion dated December 11, 2024 (the "Motion")[1] of The College of Saint Rose (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, seeking an order vacating the automatic stay to allow the Debtor to file a *cy pres* petition with respect to its endowment and restricted funds; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given under the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

22484.3 21302564v1

circumstances; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that automatic stay, to the extent applicable, is vacated to allow the Debtor to file a *cy pres* petition with respect to its Restricted Accounts; and it is further

**ORDERED**, pending the outcome of the *cy pres* petition, the Debtor shall maintain the Restricted Accounts in the same manner as they have been maintained prior to the Petition Date; and it is further

**ORDERED**, that the Debtor may continue to receive funds from the CGA to the extent that such funds are unrestricted in nature; and it is further

**ORDERED**, that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

###