UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                          :
In re:                                                    :    Chapter 11
                                                      :
THE COLLEGE OF SAINT ROSE,         :    Case No. 24-11131(REL)
                                                      :
                 Debtor.                          ::
---------------------------------------------------------------- x

## SUPPLEMENTAL DECLARATION OF FRANCIS J. BRENNAN REGARDING INCREASE IN HOURLY RATES

I, Francis J. Brennan, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the law firm of Whiteman Osterman & Hanna LLP ("**WOH**"), which maintains offices for the practice of law at 80 State Street, Albany, New York.

2. I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York and before the courts of the Northern District of New York. I submit this Supplemental Declaration in connection with the Debtor's retention of NHK and pursuant to the *Order Authorizing the Retention and Employment of Nolan Heller Kauffman LLP as Special Counsel to the Board of Trustees of the* Debtor (the "Retention Order") which provided that, prior to any increase in the firm's hourly rates, a supplemental declaration advising of such increase must be provide ten (10) business days' notice to the Debtor, the U.S. Trustee and any Official Committee of Unsecured Creditors appointed in the case[1].

3. The attorneys of Nolan Heller Kauffman LLP ("**NHK**") joined WHO effective January 1, 2025.

---

[1] No Official Committee of Unsecured Creditors was appointed in the within Chapter 11 Case.

NH2024-2106082335-789176_0.7

4. In the ordinary course of its business, WOH evaluates the hourly billing rates charged by its professionals for services performed on behalf of the firm's clients. From time to time, generally on an annual basis, in the exercise of its business judgment the firm adjusts the hourly billing rates charged by the firm's professionals. The firm's management considers the costs of operating the firm and incurred or anticipated increases in those costs over the course of the ensuing year as well as the hourly rates charged by professionals with comparable experience as the firm's professionals in the geographic regions in which the firm's attorneys practice.

5. The hourly rate to be applied to this matter for 2025 is as follows:

    a. Francis J. Brennan, Partner- $470

6. It should be noted that the above-referenced hourly rate is less than the hourly rate WOH charges for Mr. Brennan's time incurred in comparable matters.

7. It is respectfully submitted that the adjusted hourly rate to be applied to this matter is comparable to the hourly rates charged by professionals with similar experience as Mr. Brennan representing parties in this Court pursuant to 11 U.S.C. §330(a)(3)(F).

8. Pursuant to the Retention Order, the within hourly rate increase will take effect ten (10) business days from the date the within Declaration is filed with the Court to provide notice to the Debtor and the United States Trustee. In connection with that review, WOH has determined to increase the hourly billing rate charged by the professional primarily performing services to the client in this matter.

9. Notice of the increase in the hourly rate applied to Mr. Brennan's time incurred in this matter was provided to counsel for the Debtor as well as the President of the Debtor and the Chairman of the Board of Trustees of the Debtor.

NH2024-2106082335-789176_0.7

| | |
|---|---|
| Dated: February 7, 2025<br>Albany, New York | **WHITEMAN OSTERMAN & HANNA LLP**<br><br>By: \_/s/Francis J. Brennan\_\_\_\_\_<br>Francis J. Brennan, Esq.<br><br>80 State Street, 11th Floor<br>Albany, New York 12207<br>(518) 487-7600<br>fbrennan@woh.com<br><br>*Counsel to the Board of Trustees of the College of Saint Rose* |