CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
THE COLLEGE OF SAINT ROSE,                                   :   Case No. 24-11131 (REL)
                                                             :
                                                             :
                    Debtor.                                  :
                                                             :
------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL
FOR THE PERIOD OF JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the period of January 1, 2025 through December 31, 2025 is attached hereto.

Dated: Albany, New York
       February 14, 2025

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:    s/ Bonnie Pollack
                                               Matthew G. Roseman, Esq.
                                               Bonnie L. Pollack, Esq.
                                        80 State Street, Suite 900
                                        Albany, New York 12207
                                        (516) 357-3700



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ᴺᴰ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                      February 6, 2025
432 WESTERN AVENUE
ALBANY, NY  12203

## INVOICE SUMMARY

**File Number: 22484-000-3**                          **Control Number  7504731**

---

**RE: BANKRUPTCY FILING**

FOR PROFESSIONAL SERVICES rendered through January 31, 2025 in connection with the above referenced matter, as more fully detailed on the attached.

| | |
|---|---|
| Professional Services | $ 112,034.00 |
| Disbursements | $ 2,178.93 |
| **TOTAL THIS INVOICE** | **$ 114,212.93** |



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ⁿᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY  12203

February 6, 2025

**File Number: 22484-000-3**

**Control Number  7504731**

RE:  **BANKRUPTCY FILING**

**PROFESSIONAL SERVICES**

**B100 GENERAL ADMINISTRATION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/02/25 | BLP | B100 | | Conference with DV re agenda of matters to be addressed upon client return from vacation (.3); file updated master service list (.2) | .50 | 407.50 |
| 1/02/25 | BLP | B100 | | Meeting with MR and DV re open issues to be dealt with in case, plan matters | .50 | 407.50 |
| 1/02/25 | DV | B100 | | Meeting w/ B. Pollack to discuss action items | .40 | 158.00 |
| 1/02/25 | DV | B100 | | Meeting w/ M. Roseman and B. Pollack re: same | .50 | 197.50 |
| 1/02/25 | DV | B100 | | Attention to timeline | .60 | 237.00 |
| 1/03/25 | BLP | B100 | | Numerous comms with Summit counsel re endowment restrictions, CGA, agreements for sale | .50 | 407.50 |
| 1/03/25 | MGR | B100 | | Review emails regarding bondholder questions regarding progress on sale and issues with Cy Pres petition/requests for additional information. | .50 | 435.00 |
| 1/06/25 | BLP | B100 | | Comms with client re prioritizing work needed in case (.2); comms with client re insurance renewals and certificates (.2) | .40 | 326.00 |
| 1/06/25 | BLP | B100 | | Comms with client re Lumen invoice and payment of same, not pre-petition (.1); comms with client, BHs, Summit re 1099 information needed (.3) | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/06/25 | BLP | B100 | | Meeting with client re sale issues, cy pres, endowment, pension, record retention, insurance | .90 | 733.50 |
| 1/06/25 | MGR | B100 | | E-mails w/ B Pollack regarding issues concerning client call | .30 | 261.00 |
| 1/06/25 | MGR | B100 | | Prepare for and participate in conf call with bondholders counsel regarding wind down process. | .80 | 696.00 |
| 1/06/25 | DV | B100 | | Telephone call w/ B. Pollack re: outstanding invoice (.1); emails w/ B. Pollack re: action items (.3); | .40 | 158.00 |
| 1/06/25 | DV | B100 | | Meeting w/ leadership team re: action items | 1.00 | 395.00 |
| 1/07/25 | BLP | B100 | | Call with client and FTI re Authority process, pension, budgeting | .80 | 652.00 |
| 1/07/25 | BLP | B100 | | Follow up comms with lenders re information for W9s | .20 | 163.00 |
| 1/07/25 | DV | B100 | | Meeting w/ College leadership and advisors re: pending matters. | .80 | 316.00 |
| 1/08/25 | BLP | B100 | | Comms with client and lenders re W9s needed for payments made (.2); comms with client and BHs re insurance certificates for renewals (.2) | .40 | 326.00 |
| 1/09/25 | BLP | B100 | | Continued comms with client re collections from BH collateral (.2); conference with DV re timeline and procedure for going forward in case (.3) | .50 | 407.50 |
| 1/10/25 | DV | B100 | | Attention to draft media responses. | .40 | 158.00 |
| 1/11/25 | DV | B100 | | Emails w/ B. Pollack re: Pine Hills Land Neighborhood Association meeting on campus. | .20 | 79.00 |
| 1/13/25 | BLP | B100 | | Call with client re status of all matters pertaining to bankruptcy | 1.00 | 815.00 |
| 1/13/25 | MGR | B100 | | Participate in conference call with client regarding status of operational issues. | 1.00 | 870.00 |
| 1/13/25 | DV | B100 | | Attended communications meeting re: media responses and preparation for upcoming hearings | .50 | 197.50 |
| 1/13/25 | DV | B100 | | Attended legal meeting re: pending matters | 1.10 | 434.50 |
| 1/14/25 | BLP | B100 | | Comms with BH, DIP, UST re COIs for renewal policies | .20 | 163.00 |
| 1/14/25 | BLP | B100 | | Call with client and FTI re case issues, budgets | .50 | 407.50 |

3

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/14/25 | DV | B100 | | Attended meeting w/ College leadership and FTI re: cash flow and update re: sale to ACPHLA. | .60 | 237.00 |
| 1/15/25 | DV | B100 | | Meeting w/ Kessler re: hearings and upcoming events | .40 | 158.00 |
| 1/15/25 | DV | B100 | | Meeting w/ M. White to discuss pending matters | .50 | 197.50 |
| 1/21/25 | BLP | B100 | | Call with client and FTU re plan, cy pres, budget, operational issues | 1.30 | 1,059.50 |
| 1/21/25 | MGR | B100 | | Client status call | 1.00 | 870.00 |
| 1/21/25 | DV | B100 | | Meeting w/ FTI re: pending matters | 1.00 | 395.00 |
| 1/21/25 | DV | B100 | | Meeting w/ client re: same | 1.40 | 553.00 |
| 1/22/25 | BLP | B100 | | Comms with client re 990s, 1099s, w2s (.2); comms with client re UHY bill (.1) | .30 | 244.50 |
| 1/22/25 | MGR | B100 | | Conf w/ B Pollack regarding action plan for winding down operations. | .40 | 348.00 |
| 1/23/25 | BLP | B100 | | Discussion with DV re timeline for remainder of case | .30 | 244.50 |
| 1/23/25 | DV | B100 | | Telephone call w/ B. Pollack re: action items. | .40 | 158.00 |
| 1/24/25 | BLP | B100 | | Comms with BH counsel re call to go over exclusivity issues, closing status issues | .20 | 163.00 |
| 1/27/25 | MGR | B100 | | Prepare for and participate in catch up call with client to discuss EC meeting and bankruptcy time line | .70 | 609.00 |
| 1/27/25 | DV | B100 | | Attended legal meeting re: pending matters | 1.00 | 395.00 |
| 1/28/25 | DV | B100 | | Meeting re: cash flow and materials for Executive Committee meeting. | .50 | 197.50 |
| 1/29/25 | DV | B100 | | Emails re: communications | .20 | 79.00 |
| 1/31/25 | DV | B100 | | Emails w/ D. Polley and K. Levin re: vendor collections issues. | .30 | 118.50 |
| 1/31/25 | DV | B100 | | Meeting to discuss upcoming campus event | .60 | 237.00 |

**TASK SUB TOTAL**                                    **$ 16,398.50**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

**B120B CASH COLLATERAL & DIP FINANCING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/16/25 | BLP | B120B | | Review and send variance report re DIP order | .30 | 244.50 |

**TASK SUB TOTAL**     **$ 244.50**

**B130B ASSET DISPOSITION, SALE OR RESTRUCTURE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/02/25 | BLP | B130B | | Several comms with Authority and MR re timing of closing, bond issuance, leases and contracts | .60 | 489.00 |
| 1/02/25 | MGR | B130B | | Review transcript of auction | 1.00 | 870.00 |
| 1/02/25 | DV | B130B | | Attention to emails re: Authority assumption of contracts/leases | .60 | 237.00 |
| 1/02/25 | DV | B130B | | Reviewed leases in connection w/ same | .40 | 158.00 |
| 1/03/25 | MGR | B130B | | Continued review and make corrections to transcript of auction. | 1.50 | 1,305.00 |
| 1/06/25 | BLP | B130B | | Comms with client and Authority re leases of real property, all terminated pre-petition (.3); comms with Becker, client and Summit re fully executed Becker agreement (.2) | .50 | 407.50 |
| 1/06/25 | BLP | B130B | | Discussion with client re Authority access to property pre-closing and review agreement re same | .40 | 326.00 |
| 1/07/25 | BLP | B130B | | Conference with MR re Authority process, access, issues and call with client (.3); follow up call with M. White re property access on Thursday by Authority, insurance (.1) | .40 | 326.00 |
| 1/07/25 | BLP | B130B | | Prepare agenda for meeting with Authority and comms re same | .40 | 326.00 |
| 1/07/25 | DV | B130B | | Attention to agenda for meeting w/ Authority. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/08/25 | BLP | B130B | | Discussion with M. Eng re meeting with Authority, issues re access, etc. (.3) ; follow up discussion with MR and M. Eng after call with client re same (.2) | .50 | 407.50 |
| 1/08/25 | BLP | B130B | | Discussion with DV and M. White in preparation for Authority meeting, agenda, access issues, etc. | .30 | 244.50 |
| 1/08/25 | BLP | B130B | | Review President's house title report and forward to M. Eng | .30 | 244.50 |
| 1/08/25 | DV | B130B | | Emails w/ B. Pollack re: Authority meeting | .20 | 79.00 |
| 1/08/25 | DV | B130B | | Prep meeting for meeting with the Authority | .80 | 316.00 |
| 1/08/25 | MSE | B130B | | Conference with B. Pollack re: access to campus and title reports. | .20 | 128.00 |
| 1/08/25 | MSE | B130B | | Review of Authority APA in preparation of 1/9 call. | .20 | 128.00 |
| 1/09/25 | BLP | B130B | | Comms with client re piano/art sale reconciliation for BHs (.2); response to BH email re sales, personal property, taxes (.2) | .40 | 326.00 |
| 1/09/25 | BLP | B130B | | Discussion with client re piano chart and questions on information re same | .20 | 163.00 |
| 1/09/25 | BLP | B130B | | Call with client and Authority re process, access, contracts, personal property, logistics | .90 | 733.50 |
| 1/09/25 | BLP | B130B | | Conference with M. Eng re Authority access agreement and email to client re same (.3); comms with T. Owens re call re same (.1) | .40 | 326.00 |
| 1/09/25 | DV | B130B | | Attended meeting w/ Albany Pine Hills Land Authority | 1.00 | 395.00 |
| 1/09/25 | DV | B130B | | Emails w/ D. Polley and B. Diaz re: real property tax exemption renewals | .30 | 118.50 |
| 1/09/25 | MSE | B130B | | Review of APA and review of agenda in preparation of all-hands call between client, Albany county executive team, Albany Land Authority, counsel, B. Pollack, M. Roseman and D. Vespia. | .20 | 128.00 |
| 1/09/25 | MSE | B130B | | Attend video conference with client, Albany county executive team, Albany Land Authority, counsel, B. Pollack, M. Roseman and D. Vespia. | 1.00 | 640.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/09/25 | MSE | B130B | | Conference with B. Pollack re: access agreement with County and Alliance. | .20 | 128.00 |
| 1/10/25 | BLP | B130B | | Comms with BHs re piano/art sales and W9 request | .20 | 163.00 |
| 1/10/25 | BLP | B130B | | Call with M. Eng and T. Owens re Authority access agreement, terms (.3); follow up discussion with M. Eng re same (.2) | .50 | 407.50 |
| 1/10/25 | MGR | B130B | | Review schedule relating to personal property sales. | .30 | 261.00 |
| 1/10/25 | MSE | B130B | | Attend video conference with B. Pollack and Authority counsel re: access agreement. | .20 | 128.00 |
| 1/10/25 | MSE | B130B | | Phone call with Authority counsel re: access agreement. | .20 | 128.00 |
| 1/10/25 | MSE | B130B | | Conference with B. Pollack re: access agreement. | .10 | 64.00 |
| 1/10/25 | MSE | B130B | | Begin draft of access agreement. | .40 | 256.00 |
| 1/13/25 | MGR | B130B | | Draft email to C Becker regarding the purchase of furniture in presidents house. | .50 | 435.00 |
| 1/13/25 | MSE | B130B | | Continue draft of access agreement. | .40 | 256.00 |
| 1/14/25 | BLP | B130B | | Review and revise access agreement with authority and comms with client re same | .60 | 489.00 |
| 1/14/25 | BLP | B130B | | Discussion with Eng re draft access agreement | .20 | 163.00 |
| 1/14/25 | BLP | B130B | | Further emails with Eng and authority re comments to agreement, insurance | .50 | 407.50 |
| 1/14/25 | BLP | B130B | | Comms re Authority requests for financial information, run rates, etc. and response | .30 | 244.50 |
| 1/14/25 | DV | B130B | | Attention to draft access agreement and emails re: same. | .70 | 276.50 |
| 1/14/25 | MSE | B130B | | Finalize draft of County access agreement. | 1.20 | 768.00 |
| 1/14/25 | MSE | B130B | | Conference with B. Pollack re: County access agreement. | .20 | 128.00 |
| 1/14/25 | MSE | B130B | | Review of APA re: delivery of operations budget. | .40 | 256.00 |
| 1/14/25 | MSE | B130B | | Correspondence with B. Pollack and client re: delivery of operations budget to purchaser. | .20 | 128.00 |
| 1/15/25 | MSE | B130B | | Review County comments to County license agreement. | .10 | 64.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/16/25 | DV | B130B | | Emails w/ B. Pollack and M. Hrankiwskyj re: real property tax exemption renewals | .20 | 79.00 |
| 1/16/25 | DV | B130B | | Telephone call w/ M. Hrankiwskyj re: same | .20 | 79.00 |
| 1/16/25 | DV | B130B | | Attention to emails re: Pine HIlls Neighborhood Association meeting | .30 | 118.50 |
| 1/16/25 | DV | B130B | | Telephone call w/ D. Polley re: same | .20 | 79.00 |
| 1/16/25 | MSE | B130B | | Conference with B. Pollack re: closing of sale to Becker. | .10 | 64.00 |
| 1/17/25 | BLP | B130B | | Review proposed changes to access agreement by authority and comms re same | .20 | 163.00 |
| 1/17/25 | BLP | B130B | | Comms with M. Eng and DV re sale of president's house, timing | .30 | 244.50 |
| 1/17/25 | DV | B130B | | Attention to emails re: meeting with the Pine Hills Land Authority | .30 | 118.50 |
| 1/17/25 | DV | B130B | | Attention to email from D. Polley re: real property tax exemption renewal and reviewed forms for same | .30 | 118.50 |
| 1/17/25 | MSE | B130B | | Review of Becker APA re: closing. | .40 | 256.00 |
| 1/17/25 | MSE | B130B | | Correspondence with B. Pollack re: Becker closing date. | .10 | 64.00 |
| 1/21/25 | BLP | B130B | | Comms with Becker team re title, closing documents (.2); comms re information to finalize County access agreement (.2) | .40 | 326.00 |
| 1/21/25 | BLP | B130B | | Conferences with RE partner re transfer tax, title, timing of closing with Becker | .30 | 244.50 |
| 1/22/25 | BLP | B130B | | Finalize and circulate access agreement (.3); conference with M. Eng re President's house closing issues (.2) | .50 | 407.50 |
| 1/22/25 | BLP | B130B | | Discussion with M. Eng re comms with Becker counsel and closing issues to deal with | .20 | 163.00 |
| 1/22/25 | MSE | B130B | | Phone call with B. Pollack re: title report and Schedule B. | .20 | 128.00 |
| 1/22/25 | MSE | B130B | | Review of title report. | .40 | 256.00 |
| 1/22/25 | MSE | B130B | | Phone call with title company re: closing and tax escrow. | .20 | 128.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/24/25 | BLP | B130B | | Review license agreement for County visitors and several comms re same | .40 | 326.00 |
| 1/24/25 | DV | B130B | | Prepared access agreement for Authority | 1.20 | 474.00 |
| 1/24/25 | DV | B130B | | Emails w/ B. Pollack and M. Eng re: same | .40 | 158.00 |
| 1/24/25 | DV | B130B | | Telephone call w/ M. Eng re: same (.2); email to M. White re: same (.1). | .30 | 118.50 |
| 1/24/25 | MSE | B130B | | Correspondence with D. Vespia and B. Pollack re: license agreement. | .10 | 64.00 |
| 1/24/25 | MSE | B130B | | Review of county license agreement. | .20 | 128.00 |
| 1/24/25 | MSE | B130B | | Phone call with D. Vespia re: license agreement and hold harmless agreement. | .20 | 128.00 |
| 1/26/25 | BLP | B130B | | Comms re insurance coverage by Authority under access agreement and review policy re same | .40 | 326.00 |
| 1/26/25 | DV | B130B | | Attention to emails re: real estate access agreement. | .20 | 79.00 |
| 1/27/25 | BLP | B130B | | Comms re Authority objection to title notice | .20 | 163.00 |
| 1/27/25 | DV | B130B | | Attention to license agreement for State of the County | 1.20 | 474.00 |
| 1/27/25 | MSE | B130B | | Review of insurance certificate and license agreement. | .20 | 128.00 |
| 1/27/25 | MSE | B130B | | Correspondence with B. Pollack re: insurance certificate. | .10 | 64.00 |
| 1/27/25 | MSE | B130B | | Correspondence with County counsel re: license agreement. | .10 | 64.00 |
| 1/27/25 | MSE | B130B | | Review and draft of comments to facility use agreement. | .50 | 320.00 |
| 1/27/25 | MSE | B130B | | Phone call with buyer's real estate counsel re: extension to title objection notice. | .20 | 128.00 |
| 1/27/25 | MSE | B130B | | Review of Authority APA re: title objections. | .20 | 128.00 |
| 1/27/25 | MSE | B130B | | Correspondence with B. Pollack re: request for title objection extension. | .20 | 128.00 |
| 1/27/25 | MSE | B130B | | Correspondence w/ B. Pollack re: title objections. | .10 | 64.00 |
| 1/27/25 | MSE | B130B | | Review of revised COI for authority | .10 | 64.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/28/25 | KM | B130B | | Preparing language to use in support of real estate tax exemption renewal applications and related review of instruction materials. | 1.00 | 395.00 |
| 1/28/25 | MGR | B130B | | Call with FTI and client regarding EC meeting and open issues including sale of personal property to County Authority as part of acquisition. | .80 | 696.00 |
| 1/28/25 | DV | B130B | | Emails w/ M. Eng re: County insurance | .30 | 118.50 |
| 1/28/25 | DV | B130B | | Email to M. White re: same | .10 | 39.50 |
| 1/28/25 | DV | B130B | | Emails w/ K. McDonough and D. Polley re: real property tax exemption renewals | .40 | 158.00 |
| 1/29/25 | KM | B130B | | Drafting language for applications to renew real estate tax exemptions on campus properties; drafting forms of General Releases to use with employees/representatives of the Albany Land Authority and to use for other third parties. | 1.30 | 513.50 |
| 1/29/25 | DV | B130B | | Attention to draft release for campus visitors (.3); email to client re: same (.2). | .50 | 197.50 |
| 1/29/25 | DV | B130B | | Emails w/ D. Polley re: real property tax exemption renewals | .20 | 79.00 |
| 1/31/25 | MSE | B130B | | Phone call with Authority real estate counsel on title objection extension. | .20 | 128.00 |
| 1/31/25 | MSE | B130B | | Begin review of title report. | .40 | 256.00 |

**TASK SUB TOTAL**     **$ 23,196.50**

**B140B RESOLUTION OF CREDITOR ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/02/25 | BLP | B140B | | Comms with FTI re cure analysis and claim analysis | .20 | 163.00 |
| 1/03/25 | BLP | B140B | | Comms with S. Harding re contract assumptions, claims objections | .20 | 163.00 |
| 1/06/25 | BLP | B140B | | Comms with BH counsel re hearing on claim motion | .20 | 163.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/16/25 | BLP | B140B | | Review comms re fine owed to S. Carolina and comms re response to same | .30 | 244.50 |
| 1/16/25 | MGR | B140B | | E-mails regarding SC tax issue. | .30 | 261.00 |
| 1/16/25 | KC | B140B | | Reviewing research on interplay between automatic stay and police power. | .60 | 246.00 |
| 1/16/25 | KC | B140B | | Drafting stay letter in response to South Carolina Secretary of State Notice of Fine. | .40 | 164.00 |
| 1/20/25 | BLP | B140B | | Review and revise letter to So. Carolina re fine and review old comms re same | .40 | 326.00 |
| 1/21/25 | BLP | B140B | | Comms with DOL re backup for unemployment claim | .20 | 163.00 |
| 1/22/25 | BLP | B140B | | Comms with client re DOL response to additional information request | .20 | 163.00 |
| 1/22/25 | MGR | B140B | | Review back up documentation regarding Department of Labor priority claim and discuss strategy w/ B Pollack. | .60 | 522.00 |
| 1/26/25 | BLP | B140B | | Comms with So. Carolina taxing authority re 2022 Form 990 and waiver of fine | .20 | 163.00 |

**TASK SUB TOTAL**                                                    **$ 2,741.50**

**B150B CLAIMS OBJECTIONS/RESOLUTIONS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/09/25 | BLP | B150B | | Comms with KC re claims analysis | .30 | 244.50 |
| 1/10/25 | MGR | B150B | | Review claims register. | .50 | 435.00 |
| 1/13/25 | KC | B150B | | Reviewing all filed and scheduled claims. Preparing spreadsheets to organize claims into categories (i.e., priority, secured, unsecured, etc.). | 2.30 | 943.00 |
| 1/23/25 | MGR | B150B | | Review claims analysis | .40 | 348.00 |
| 1/23/25 | KC | B150B | | Conferring with B.Pollack re: claims chart. | .30 | 123.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

**TASK SUB TOTAL**                                              **$ 2,093.50**

**B160B PLAN & DISCLOSURE STATEMENT**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/02/25 | BLP | B160B | | Continued work on disclosure statement | 2.60 | 2,119.00 |
| 1/08/25 | BLP | B160B | | Continued work on DS | 1.00 | 815.00 |
| 1/09/25 | BLP | B160B | | Continued revisions to DS | .80 | 652.00 |
| 1/17/25 | MGR | B160B | | Review and respond to email from J Richardson re: plan questions | .50 | 435.00 |
| 1/17/25 | MGR | B160B | | Conf w/ B Pollack regarding exclusive time to file plan and timing regarding filing plan . | .40 | 348.00 |
| 1/17/25 | DV | B160B | | Emails w/ J. Richardson and B. Pollack re: plan of liquidation | .30 | 118.50 |
| 1/21/25 | BLP | B160B | | Prepare waterfall outline for plan | .70 | 570.50 |
| 1/21/25 | BLP | B160B | | Prepare outline of information needed for DS and conferences re same | .40 | 326.00 |
| 1/21/25 | BLP | B160B | | Continued work on DS | 1.10 | 896.50 |
| 1/21/25 | BLP | B160B | | Call with FTI re plan, waterfall, concepts in plan | 1.00 | 815.00 |
| 1/21/25 | BLP | B160B | | Meeting with MR re plan concepts and issues | .40 | 326.00 |
| 1/21/25 | MGR | B160B | | Review memo regarding waterfall distribution under plan and meeting w/ B Pollack to discuss same. | .70 | 609.00 |
| 1/21/25 | MGR | B160B | | Conf call with FTI team regarding plan and wind down issues. | 1.00 | 870.00 |
| 1/21/25 | DV | B160B | | Emails w/ B. Pollack re: plan of liquidation | .30 | 118.50 |
| 1/23/25 | BLP | B160B | | Review and revise claims chart for plan and comms with client re same | .60 | 489.00 |
| 1/23/25 | BLP | B160B | | Revise and send waterfall to FTI | .40 | 326.00 |
| 1/23/25 | MGR | B160B | | Review revised claim waterfall in regarding to plan classifications and structure. | .60 | 522.00 |
| 1/24/25 | BLP | B160B | | Revise DS re waterfall | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/27/25 | MGR | B160B | | Review waterfall model and liquidation analysis prepared by FTI | .60 | 522.00 |
| 1/27/25 | MGR | B160B | | Conf call with FTI team regarding liquidation analysis | .40 | 348.00 |

**TASK SUB TOTAL**                                                                  **$ 11,552.00**

**B170B LEASES & EXECUTORY CONTRACTS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/02/25 | MGR | B170B | | E-mails and conf w/ B Pollack regarding parking lot leases | .50 | 435.00 |

**TASK SUB TOTAL**                                                                  **$ 435.00**

**B180B RETENTION/PROFESSIONAL COMPENSATION/FEE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/02/25 | BLP | B180B | | Revise fee chart for allowed November payments and comms to client re same | .40 | 326.00 |
| 1/07/25 | BLP | B180B | | Review and properly categorize December time entries | 1.20 | 978.00 |
| 1/07/25 | BLP | B180B | | Revise monthly fee chart for payments made to all professionals | .20 | 163.00 |
| 1/08/25 | BLP | B180B | | Continued work on December time | .80 | 652.00 |
| 1/10/25 | BLP | B180B | | Comms with FTI re monthly statement and interim fee apps | .20 | 163.00 |
| 1/16/25 | BLP | B180B | | Prepare and file all monthly fee statements | .60 | 489.00 |

**TASK SUB TOTAL**                                                                  **$ 2,771.00**

**B185B PREPARATION FOR/ATTEND COURT HEARING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/13/25 | BLP | B185B | | Prepare for Pension hearing | .90 | 733.50 |
| 1/13/25 | BLP | B185B | | Prepare for cy pres/stay hearing | 1.00 | 815.00 |
| 1/14/25 | MGR | B185B | | E-mails w/ B Pollack regarding motion strategy. | .30 | 261.00 |
| 1/15/25 | BLP | B185B | | Prepare for and attend pension, cy pres hearings | 1.50 | 1,222.50 |
| 1/15/25 | DV | B185B | | Attended hearing by phone. | .40 | 158.00 |

**TASK SUB TOTAL**                                                            **$ 3,190.00**

**B195B NON-WORKING TRAVEL**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/14/25 | BLP | B195B | | Travel to Albany for hearings | 4.00 | N/C |
| 1/15/25 | BLP | B195B | | Travel to NY back from hearings | 4.00 | N/C |

**B210B MOTION PRACTICE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/14/25 | BLP | B210B | | Revise pension order and file same/blacklined re KeyBank changes | .40 | 326.00 |
| 1/16/25 | BLP | B210B | | Finalize and upload orders re 1.15 hearings | .40 | 326.00 |
| 1/17/25 | BLP | B210B | | Prepare motion to extend exclusivity and comms with client re same | 1.60 | 1,304.00 |
| 1/17/25 | DV | B210B | | Reviewed draft motion for extension of time to file plan and emails re: same | .40 | 158.00 |
| 1/21/25 | BLP | B210B | | Comms with client re exclusivity motion and timing of filing same | .30 | 244.50 |
| 1/21/25 | BLP | B210B | | Review and revise motion to shorten notice re exclusivity | .60 | 489.00 |
| 1/21/25 | KC | B210B | | Drafting motion for order shortening notice period. | 1.10 | 451.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/22/25 | BLP | B210B | | Finalize, file and comm with chambers re motion to shorten notice and motion to extend exclusivity | .40 | 326.00 |
| 1/22/25 | BLP | B210B | | Review signed order re exclusivity motion and conference re service of same | .30 | 244.50 |
| 1/22/25 | BLP | B210B | | Comms with client re exclusivity motion, order, hearing date | .20 | 163.00 |

**TASK SUB TOTAL** **$ 4,032.00**

**B220B OPERATING REPORTS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/17/25 | BLP | B220B | | Review, populate and file MOR | .80 | 652.00 |

**TASK SUB TOTAL** **$ 652.00**

**B230A GOVERNANCE ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/14/25 | DV | B230A | | Attention to materials for Executive Committee meeting. | .40 | 158.00 |
| 1/15/25 | MGR | B230A | | Review agenda and prepare for executive committee meeting. | .50 | 435.00 |
| 1/16/25 | BLP | B230A | | Attend Executive Board meeting to report on bankruptcy process and hearings | 1.30 | 1,059.50 |
| 1/16/25 | DV | B230A | | Attended Executive Committee meeting. | 1.40 | 553.00 |
| 1/16/25 | RG | B230A | | Attend to issues re: board minutes and governance | 1.50 | 592.50 |
| 1/17/25 | RG | B230A | | Attend to issues re: board minutes and governance | 1.10 | 434.50 |
| 1/21/25 | RG | B230A | | Attend to issues re: board minutes and governance | 1.70 | 671.50 |
| 1/23/25 | RG | B230A | | Attend to issues re: board minutes and governance | .40 | 158.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/28/25 | MGR | B230A | | Review Cy pres and PBGC motion and opposition in preparation for report to EC | 1.30 | 1,131.00 |
| 1/29/25 | MGR | B230A | | Listen to hearing on Cy Pres and Pension and prepare notes for Executive committee meeting. | 1.00 | 870.00 |
| 1/29/25 | DV | B230A | | Prepared materials for Executive Committee meeting | .40 | 158.00 |
| 1/30/25 | MGR | B230A | | Attend and participate in executive committee meeting. | 1.30 | 1,131.00 |
| 1/30/25 | MGR | B230A | | Review notes and prepare for EC meeting. | .50 | 435.00 |
| 1/30/25 | DV | B230A | | Attended Executive Committee meeting. | 1.20 | 474.00 |
| 1/30/25 | RG | B230A | | Attend to issues re: board minutes and governance | 1.50 | 592.50 |
| 1/31/25 | DV | B230A | | Emails w/ J. Richardson re: materials for Board meeting. | .20 | 79.00 |
| 1/31/25 | RG | B230A | | Attend to issues re: board minutes and governance | 2.20 | 869.00 |

**TASK SUB TOTAL**                                                    **$ 9,801.50**

**B240B EDUCATION/REGULATORY MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/06/25 | BLP | B240B | | Review annual report needed for compliance with CRC employment | .30 | 244.50 |
| 1/06/25 | DV | B240B | | Reviewed Perkins close-out letter. | .10 | 39.50 |
| 1/09/25 | DV | B240B | | Emails w/ J. Knapp re: request for student records. | .20 | 79.00 |
| 1/21/25 | DV | B240B | | Emails w/ M. McLane re: NYSED communications. | .30 | 118.50 |
| 1/21/25 | RS | B240B | | Reviewed HIPAA release from former student | .20 | 79.00 |
| 1/21/25 | RS | B240B | | Reviewed regulations re intersection of FERPA and HIPAA. | .30 | 118.50 |
| 1/21/25 | RS | B240B | | Sent response to former student's attorney. | .30 | 118.50 |
| 1/22/25 | DV | B240B | | Telephone call w/ D. Parise re: USDOE claim inquiry. | .60 | 237.00 |
| 1/22/25 | DP | B240B | | Begin researching closed school discharge procedures | 2.90 | 1,145.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/23/25 | DV | B240B | | Emails w/ R. Soebke re: student record request (.2); discussion w/ J. Knapp re: same (.1); reviewed email from J. Richardson re: same (.1). | .40 | 158.00 |
| 1/31/25 | DV | B240B | | Emails w/ J. Richardson re: request for student records | .10 | 39.50 |
| 1/31/25 | DP | B240B | | Continue researching liability for closed school discharge. | 4.10 | 1,619.50 |

**TASK SUB TOTAL**                         **$ 3,997.00**

**B250B ENDOWMENT/ATTORNEY GENERAL MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/02/25 | DV | B250B | | Meetings w/ D. Mitacek to discuss draft cy pres petition and response to bondholder questions re: same. | .60 | 237.00 |
| 1/02/25 | DMM | B250B | | Mtg w/ D. Vespia to discuss bondholder request re: endowment funds. | .40 | 158.00 |
| 1/04/25 | DV | B250B | | Emails w/ B. Pollack re: Summit inquiries re: endowment/CGA funds. | .30 | 118.50 |
| 1/06/25 | BLP | B250B | | Comms with DV and DM re endowment issues in preparation of call with BHs re same | .70 | 570.50 |
| 1/06/25 | BLP | B250B | | Call with BHs re questions on endowment funds, cy pres | .30 | 244.50 |
| 1/06/25 | DV | B250B | | Telephone call w/ B. Pollack and D. Mitacek re: bondholder request for endowment information | .50 | 197.50 |
| 1/06/25 | DV | B250B | | Meeting w/ bondholder counsel to discuss same | .60 | 237.00 |
| 1/06/25 | DMM | B250B | | Call w/ B. Pollack and D. Vespia to prep for call w/ Bondholder's counsel | .80 | 316.00 |
| 1/06/25 | DMM | B250B | | Call w/ Bondholder's counsel re: endowment and cy press | .50 | 197.50 |
| 1/07/25 | DMM | B250B | | Drafting the cy pres petition. | 3.50 | 1,382.50 |
| 1/08/25 | DMM | B250B | | Continuing to draft cy pres petition. | 2.10 | 829.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/09/25 | KM | B250B | | Attention to requested endowment fund transfer in connection with preparing Cy Pres application, including emails with client and original donor and his counsel. | .60 | 237.00 |
| 1/09/25 | DMM | B250B | | Continuing to draft cy pres petition | 5.10 | 2,014.50 |
| 1/09/25 | DMM | B250B | | Call w/ K. McDonough re: Second Chance Scholarship fund | .20 | 79.00 |
| 1/10/25 | KM | B250B | | Emails with CFO at the College and with founding donor of Second Chance Scholarship Fund regarding status and timing of distributions. | .50 | 197.50 |
| 1/10/25 | DV | B250B | | Emails w/ D. Polley and D. Mitacek re: data for schedule to petition (.4); reviewed same (.2). | .60 | 237.00 |
| 1/10/25 | DMM | B250B | | Continuing to draft cy pres petition | 1.70 | 671.50 |
| 1/10/25 | DMM | B250B | | Call w/ D. Vespia re: information needed from College for petition | .20 | 79.00 |
| 1/13/25 | BLP | B250B | | Review chart re endowment accounts, rational for transfers (.3); comms with DV and DM re same and cy pres (.2) | .50 | 407.50 |
| 1/13/25 | BLP | B250B | | Meeting with DV and DM re endowments, cy pres, pension issues | .70 | 570.50 |
| 1/13/25 | DV | B250B | | Reviewed updated exhibit re: endowments | .30 | 118.50 |
| 1/13/25 | DV | B250B | | Meeting w/ D. Mitacek and B. Pollack to discuss same | .50 | 197.50 |
| 1/13/25 | DMM | B250B | | Call w/ B. Pollack and D. Vespia re: cy pres | .50 | 197.50 |
| 1/13/25 | DMM | B250B | | Continuing drafting cy pres petition | 1.10 | 434.50 |
| 1/14/25 | BLP | B250B | | Review and preliminary comments on cy pres petition | .80 | 652.00 |
| 1/14/25 | DV | B250B | | Attention to draft cy pres petition. | .40 | 158.00 |
| 1/14/25 | DMM | B250B | | Continuing to draft cy pres. | 1.30 | 513.50 |
| 1/15/25 | BLP | B250B | | Comms with DV re outcome of cy pres hearing for email to AG (.2); review email to AG re same (.2) | .40 | 326.00 |
| 1/15/25 | DV | B250B | | Attention to draft update to Assistant Attorney General re: cy pres petition | .50 | 197.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                         February 6, 2025
File Number: 22484-000-3                                          Control #:  7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/15/25 | DV | B250B | | Email to AAG re: cy pres (.2); email to M. White re: same (.1). | .30 | 118.50 |
| 1/15/25 | DMM | B250B | | Reviewing and commenting on draft email to AG re: status of cy pres | .20 | 79.00 |
| 1/15/25 | DMM | B250B | | Preparing Exhibit A - Chart of Restricted Funds - to attach to cy pres | 1.60 | 632.00 |
| 1/16/25 | DMM | B250B | | Continuing to revise Exhibit A - Chart of Restricted Funds. Email to D. Vespia w/ questions re: certain funds not included in chart. | 1.80 | 711.00 |
| 1/21/25 | BLP | B250B | | Review and revise draft of cy pres motion | .40 | 326.00 |
| 1/21/25 | BLP | B250B | | Call with DV and DM re cy pres issues | .30 | 244.50 |
| 1/21/25 | DV | B250B | | Reviewed and revised cy pres petition | 2.10 | 829.50 |
| 1/21/25 | DV | B250B | | Reviewed B. Pollack comments to same (.3); emails w/ D. Mitacek re: same (.2). | .50 | 197.50 |
| 1/21/25 | DMM | B250B | | Call w/ B. Pollack and D. Vespia re: open issues related to cy pres | .60 | 237.00 |
| 1/21/25 | DMM | B250B | | Preparing draft of Exhibit A to cy pres petition | 1.10 | 434.50 |
| 1/22/25 | BLP | B250B | | Comms with DV re cy pres petition, costs, service | .30 | 244.50 |
| 1/22/25 | DV | B250B | | Emails w/ D. Mitacek and B. Pollack re: cy pres petition. | .40 | 158.00 |
| 1/22/25 | DMM | B250B | | Attention to question re: administrative fees for cy press | .20 | 79.00 |
| 1/22/25 | DMM | B250B | | Continuing preparation of Exhibit A to petition | 1.00 | 395.00 |
| 1/23/25 | DV | B250B | | Reviewed draft Exhibit A (.3); email to client re: same (.2). | .50 | 197.50 |
| 1/23/25 | DV | B250B | | Revised and finalized draft cy pres petition | .90 | 355.50 |
| 1/23/25 | DMM | B250B | | Updating draft of cy pres petition to correct information re: transfers to Maria College. | .50 | 197.50 |
| 1/24/25 | DV | B250B | | Emails w/ M. White re: response to donor re: transfer of fund; emails w/ D. Polley and D. Mitacek re: trust agreement. | .40 | 158.00 |
| 1/27/25 | DV | B250B | | Reviewed comments to cy pres petition | .30 | 118.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE                                    February 6, 2025
File Number: 22484-000-3                                     Control #:  7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/27/25 | DV | B250B | | Emails w/ D. Mitacek re: same | .20 | 79.00 |
| 1/27/25 | DV | B250B | | Emails w/ M. White re: response to donor re: transfer of fund | .30 | 118.50 |
| 1/28/25 | DV | B250B | | Emails w/ M. White re: response to donor re: status of fund transfer. | .20 | 79.00 |
| 1/28/25 | DMM | B250B | | Reviewing and responding to comments to cy pres petition | .80 | 316.00 |
| 1/28/25 | DMM | B250B | | Reviewing and revising Chart of Restricted Funds | 1.90 | 750.50 |
| 1/29/25 | DV | B250B | | Attention to draft response to donor | .50 | 197.50 |
| 1/29/25 | DV | B250B | | Emails w/ M. White re: same | .20 | 79.00 |
| 1/29/25 | DV | B250B | | Email to donor | .10 | 39.50 |
| 1/29/25 | DV | B250B | | Attention to exhibit to cy pres petition | .70 | 276.50 |
| 1/29/25 | DMM | B250B | | Reviewing and revising Chart of Restricted Funds to be attached to cy pres petition | .90 | 355.50 |
| 1/30/25 | DV | B250B | | Meeting w/ D. Mitacek to discuss petition and treatment of CGAs; attention to correspondence re: same. | .70 | 276.50 |
| 1/30/25 | DMM | B250B | | Attention to question of how to address CGA funds in the cy pres petition | .90 | 355.50 |
| 1/30/25 | DMM | B250B | | Reviewing Oulette Trust documents and email to D.Vespia re: CSR's rights as a beneficiary | .30 | 118.50 |
| 1/31/25 | DMM | B250B | | Attention to charitable gift annuity research. | .40 | 158.00 |
| 1/31/25 | DA | B250B | | Conducted phone call with partner to discuss refining research and initial findings. | .20 | 56.00 |
| 1/31/25 | DA | B250B | | Research on what happens to charitable gift annuities when their donee charity declares bankruptcy. | 4.50 | 1,260.00 |

**TASK SUB TOTAL**                                          **$ 22,005.50**

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

**B260B PENSION PLAN/PBGC ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/02/25 | BD | B260B | | Review/analyze PBGC response to motion | .20 | 79.00 |
| 1/03/25 | DV | B260B | | Reviewed PBGC filing | .50 | 197.50 |
| 1/03/25 | DV | B260B | | Emails w/ B. Pollack re: same (.2); emails w/ B. Pollack re: KeyBank trust request re: motion (.3). | .50 | 197.50 |
| 1/09/25 | BLP | B260B | | Review response by PBGC to pension motion and comms with B. Diaz re same | .50 | 407.50 |
| 1/10/25 | BLP | B260B | | Review comments of Key Bank to pension order and comms with DV re same | .50 | 407.50 |
| 1/10/25 | BLP | B260B | | Revise additional ordered provisions requested by KeyBank and email to client for review | .30 | 244.50 |
| 1/10/25 | BLP | B260B | | Review comments of B. Diaz to PBGC pleading | .30 | 244.50 |
| 1/10/25 | DV | B260B | | Attention to pension plan termination matters | .50 | 197.50 |
| 1/10/25 | BD | B260B | | Provided responses to PBGC's motion answer (for BP) | 1.00 | 395.00 |
| 1/13/25 | BLP | B260B | | Comms with Key Bank re proposed changes to pension order | .30 | 244.50 |
| 1/14/25 | BLP | B260B | | Call with Key Bank re pension order and negotiation of changes to same | .30 | 244.50 |
| 1/14/25 | DV | B260B | | Conference call w/ B. Pollack and counsel for KeyBank re: pension plan order and status of cy pres | .40 | 158.00 |
| 1/14/25 | DV | B260B | | Telephone call w/ B. Pollack re: same (.2); emails w/ counsel for KeyBank re: same (.2). | .40 | 158.00 |
| 1/16/25 | DV | B260B | | Emails w/ PBGC counsel re: status of plan termination documents. | .20 | 79.00 |
| 1/17/25 | BLP | B260B | | Comms re KeyBank requests re pension plan payments | .20 | 163.00 |
| 1/17/25 | DV | B260B | | Emails re: KeyBank request for plan termination information. | .30 | 118.50 |
| 1/28/25 | DV | B260B | | Attention to notice to pension plan participants | 1.20 | 474.00 |
| 1/28/25 | DV | B260B | | Emails w/ B. Diaz re: same | .30 | 118.50 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/28/25 | BD | B260B | | Revise/redraft college notice to participants re plan distributions | 1.20 | 474.00 |
| 1/29/25 | DV | B260B | | Attention to notice to plan participants | .60 | 237.00 |
| 1/29/25 | DV | B260B | | Emails w/ B. Diaz re: same | .30 | 118.50 |
| 1/29/25 | DV | B260B | | Emails w/ client re: same | .20 | 79.00 |
| 1/29/25 | DV | B260B | | Reviewed comments to same | .20 | 79.00 |
| 1/29/25 | BD | B260B | | Review/finalize draft notice to participants re bankruptcy filing. | .50 | 197.50 |

**TASK SUB TOTAL**                                    **$ 5,313.50**

**B270B EMPLOYMENT MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/06/25 | DV | B270B | | Attention to Kessler extension | .20 | 79.00 |
| 1/09/25 | BLP | B270B | | Comms re M. White contract and payments thereunder | .20 | 163.00 |
| 1/09/25 | DV | B270B | | Emails w/ D. Meyers re: contract extension. | .20 | 79.00 |
| 1/16/25 | DV | B270B | | Telephone call w/ D. Polley re: contract extension | .20 | 79.00 |
| 1/27/25 | DV | B270B | | Emails w/ Kessler re: contract extention | .10 | 39.50 |
| 1/27/25 | DV | B270B | | Emails w/ M. White re: contract extension | .20 | 79.00 |
| 1/27/25 | DV | B270B | | Prepared extension | .20 | 79.00 |
| 1/30/25 | BLP | B270B | | Comms re J. Richardson salary, contract | .20 | 163.00 |
| 1/30/25 | DV | B270B | | Emails and telephone call w/ M. White re: employee compensation | .30 | 118.50 |
| 1/30/25 | DV | B270B | | Emails w/ D. Meyers re: contract extension | .20 | 79.00 |
| 1/30/25 | DV | B270B | | Emails w/ M. Roseman and B. Pollack re: same | .20 | 79.00 |
| 1/31/25 | DV | B270B | | Emails re: employee compensation matter. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

**TASK SUB TOTAL**                                                    **$ 1,116.00**

**B310B RECORDS RETENTION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 1/08/25 | BLP | B310B | | Review of record retention spreadsheet from client | .50 | 407.50 |
| 1/13/25 | DV | B310B | | Attention to record retention schedule and correspondence re: same | .40 | 158.00 |
| 1/13/25 | DV | B310B | | Telephone call w/ B. Pollack re: same | .30 | 118.50 |
| 1/23/25 | BLP | B310B | | Call with client re record retention, access agreement issues | 1.30 | 1,059.50 |
| 1/23/25 | DV | B310B | | Meeting to discuss record retention and related motion | 1.30 | 513.50 |
| 1/23/25 | DV | B310B | | Emails w/ J. Richardson re: record retention requirements (.2); emails w/ B. Pollack re: same (.2). | .40 | 158.00 |
| 1/24/25 | DV | B310B | | Attention to Ferilli proposal. | .20 | 79.00 |

**TASK SUB TOTAL**                                                    **$ 2,494.00**

TOTAL PROFESSIONAL SERVICES                                    $ 112,034.00

*Cullen & Dykman LLP*

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| BONNIE L. POLLACK | 53.70 | 815.00 | 43,765.50 |
| KEVIN MCDONOUGH | 3.40 | 395.00 | 1,343.00 |
| MATTHEW G ROSEMAN | 20.20 | 870.00 | 17,574.00 |
| DINA VESPIA | 52.80 | 395.00 | 20,856.00 |
| DEIRDRE M MITACEK | 29.60 | 395.00 | 11,692.00 |
| RYAN SOEBKE | .80 | 395.00 | 316.00 |
| DANIEL PARISE | 7.00 | 395.00 | 2,765.00 |
| DANA APRIGLIANO | 4.70 | 280.00 | 1,316.00 |
| BOZENA DIAZ | 2.90 | 395.00 | 1,145.50 |
| MICHAEL S ENG | 9.40 | 640.00 | 6,016.00 |
| KYRIAKI CHRISTODOULOU | 4.70 | 410.00 | 1,927.00 |
| RYAN GOLDBERG | 8.40 | 395.00 | 3,318.00 |
| **Total** | **197.60** | | **$ 112,034.00** |

## DISBURSEMENTS

### E107 DELIVERY SERVICES/MESSENGER

| Date | Task | Description | Amount |
|------|------|-------------|-------:|
| 1/08/25 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV# 8-718-80065 DTD 12/23/24 SENT TO: JAMES T FOLEY 12/16/24 BP/MR | 18.54 |
| 1/17/25 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-7 25-92578 DTD 12/30/2024 SENT TO: CITY OF ALBANY 12 /23/24 BP/MR | 18.54 |
| | | **SUB TOTAL** | **$ 37.08** |

### E108 POSTAGE

| Date | Task | Description | Amount |
|------|------|-------------|-------:|
| 1/22/25 | E108 | POSTAGE 01/22/2025, BP/SK | 462.40 |
| | | **SUB TOTAL** | **$ 462.40** |

### E115 DEPOSITIONS

| Date | Task | Description | Amount |
|------|------|-------------|-------:|

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #: 7504731

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 1/07/25 | E115 | VERITEXT, DEPOSITION TRANSCRIPTS, INV#7976200 DTD 12/30/2024 FOR TRANSCRIPT RE: THE COLLEGE OF SAINT ROSE BANKRUPTCY FILING CR/MR | 193.05 |
| 1/14/25 | E115 | VERITEXT, DEPOSITION TRANSCRIPTS, INV#7984492 DTD 01/03/2025 FOR TRANSCRIPT RE: BANKRUPTCY FILING CR/MR | 1,486.40 |

|  |  | **SUB TOTAL** | **$ 1,679.45** |
|  |  | TOTAL DISBURSEMENTS | $ 2,178.93 |
|  |  | **TOTAL THIS INVOICE** | **$ 114,212.93** |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

February 6, 2025
Control #:  7504731

**TASK TIME SUMMARY**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | GENERAL ADMINISTRATION | 26.40 | 16,398.50 |
| B120B | CASH COLLATERAL & DIP FINANCING | .30 | 244.50 |
| B130B | ASSET DISPOSITION, SALE OR RESTRUCTURE | 36.80 | 23,196.50 |
| B140B | RESOLUTION OF CREDITOR ISSUES | 3.80 | 2,741.50 |
| B150B | CLAIMS OBJECTIONS/RESOLUTIONS | 3.80 | 2,093.50 |
| B160B | PLAN & DISCLOSURE STATEMENT | 14.20 | 11,552.00 |
| B170B | LEASES & EXECUTORY CONTRACTS | .50 | 435.00 |
| B180B | RETENTION/PROFESSIONAL COMPENSATION/FEE | 3.40 | 2,771.00 |
| B185B | PREPARATION FOR/ATTEND COURT HEARING | 4.10 | 3,190.00 |
| B195B | NON-WORKING TRAVEL | 8.00 | .00 |
| B210B | MOTION PRACTICE | 5.70 | 4,032.00 |
| B220B | OPERATING REPORTS | .80 | 652.00 |
| B230A | GOVERNANCE ISSUES | 17.90 | 9,801.50 |
| B240B | EDUCATION/REGULATORY MATTERS | 9.80 | 3,997.00 |
| B250B | ENDOWMENT/ATTORNEY GENERAL MATTERS | 52.40 | 22,005.50 |
| B260B | PENSION PLAN/PBGC ISSUES | 10.90 | 5,313.50 |
| B270B | EMPLOYMENT MATTERS | 2.40 | 1,116.00 |
| B310B | RECORDS RETENTION | 4.40 | 2,494.00 |
| **TOTALS** | | **205.60** | **$ 112,034.00** |

**TASK DISBURSEMENTS SUMMARY**

| Task | Description | Amount |
|------|-------------|--------|
| E107 | DELIVERY SERVICES/MESSENGER | 37.08 |
| E108 | POSTAGE | 462.40 |
| E115 | DEPOSITIONS | 1,679.45 |
| **TOTALS** | | **$ 2,178.93** |



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                              February 6, 2025
432 WESTERN AVENUE
ALBANY, NY  12203

## REMITTANCE

**File Number: 22484-000-3**                          **Control Number  7504731**

---

**RE:    BANKRUPTCY FILING**

---

| **BALANCE DUE THIS INVOICE** | **$ 114,212.93** |
|---|---|

Please return this page with payment to:        Cullen & Dykman LLP
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553

**Wire Transfer Instructions:**

JP MORGAN CHASE                                  For Credit To:
270 Park Avenue                                    CULLEN & DYKMAN LLP
New York, NY  10017                                Operating Account
Account # : 530-931-915                            333 Earle Ovington Blvd, 2nd Floor
ABA # : 021000021                                  Uniondale, NY 11553
SWIFT Code:  CHASUS33

**TERMS: NET 30 DAYS**