CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
THE COLLEGE OF SAINT ROSE,                                    :   Case No. 24-11131 (REL)
                                                              :
                                                              :
          Debtor.                                             :
                                                              :
------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S FINANCIAL
CONSULTANTS FOR THE PERIOD OF JANUARY 1, 2025 THROUGH
JANUARY 31, 2025**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated

November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals, the Monthly Fee Statement for Debtor's Financial Consultants for the

period of January 1, 2025 through January 31, 2025 is attached hereto.

Dated: Albany, New York
       February 14, 2025

                                          CULLEN AND DYKMAN LLP
                                          *Counsel for Debtor*

                                          By:    s/ Bonnie Pollack
                                                 Matthew G. Roseman, Esq.
                                                 Bonnie L. Pollack, Esq.
                                          80 State Street, Suite 900
                                          Albany, New York 12207
                                          (516) 357-3700

21331012v1

FTI CONSULTING, INC.
1201 W Peachtree Street NW
Suite 3300
Atlanta, GA 30309
Telephone: (404) 460-6258
Mobile: (404) 931-7909

*Financial Advisor for Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **THE COLLEGE OF SAINT ROSE,** | : | **Case No. 24-11131 (REL)** |
| | : | |
| **Debtor.** | : | |

------------------------------------------------------- x

### THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR FOR PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025

| | |
|---|---|
| **Name of Applicant:** | FTI Consulting, Inc., financial advisor for The College of Saint Rose, (the "**Debtor**") |
| **Date of Retention:** | November 4, 2024, effective as of October 10, 2024 (the "**Commencement Date**") |
| **Period for Which Fees and Expenses are Incurred:** | January 1, 2025 through January 31, 2025 |
| **Monthly Fees Incurred:** | $66,888.50 |
| **Less Voluntary Discount:** | $10,023.00 |
| **Less 20% Holdback:** | $11,373.10 |
| **Monthly Expenses Incurred:** | - |
| **Total Fees and Expenses Due:** | $45,492.40 |
| **This is a** | _X_ Monthly ____Interim ____Final Fee Application |

**SUMMARY OF MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR SERVICES RENDERED
FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| NAME OF PROFESSIONAL: | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $1,445.00 | 13.9 | $20,085.50 |
| Harding, Sean | Senior Managing Director | $1,420.00 | 13.4 | $19,028.00 |
| Cotona, Nicolette | Director | $1,010.00 | 27.5 | $27,775.00 |
| **Total Gross Professionals:** | | | **54.8** | **$66,888.50** |
| Voluntary Discount: | | | n.a. | $(10,023.00) |
| **Total Net Professionals:** | | | **54.8** | **$56,865.50** |

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY FTI CONSULTING, INC.
FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 1 | Cash Management and Reporting | 11.4 | $13,542.00 |
| 2 | Monthly Operating Reports | 5.8 | $6,370.00 |
| 3 | DIP and Exit Financing Due Diligence Support | - | - |
| 4 | Work on Motions or Court Filings | - | - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 21.8 | $27,211.00 |
| 6 | Campus Sale Process | 14.3 | $18,250.50 |
| 7 | Court Attendance | - | - |
| 8 | Fee Application Preparation | 1.5 | $1,515.00 |
| 9 | Travel | - | - |
| **Gross Total:** | | **54.8** | **$66,888.50** |
| Voluntary Discount: | | n.a. | $(10,023.00) |
| **Net Total:** | | **54.8** | **$56,865.50** |

**Exhibit A**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF FEES BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| Professional | Title | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,445.00 | 13.9 | $ 20,085.50 |
| Harding, Sean | Senior Managing Director | $ 1,420.00 | 13.4 | $ 19,028.00 |
| Cotona, Nicolette | Director | $ 1,010.00 | 27.5 | $ 27,775.00 |
| **Gross Total** | | | **54.8** | **$ 66,888.50** |
| Voluntary Discount | | | | $ (10,023.00) |
| **Net Total** | | | **54.8** | **$ 56,865.50** |

**Exhibit B**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF HOURS BY ACTIVITY**
**FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| Task Code | Task Description | Hours | | Total |
|---|---|---|---|---|
| 1 | Cash Management and Reporting | 11.4 | $ | 13,542.00 |
| 2 | Monthly Operating Reports | 5.8 | $ | 6,370.00 |
| 3 | DIP and Exit Financing Due Diligence Support | - | $ | - |
| 4 | Work on Motions or Court Filings | - | $ | - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 21.8 | $ | 27,211.00 |
| 6 | Campus Sale Process | 14.3 | $ | 18,250.50 |
| 7 | Court Attendance | - | $ | - |
| 8 | Fee Application Preparation | 1.5 | $ | 1,515.00 |
| 9 | Travel | - | $ | - |
| **Gross Total** | | **54.8** | **$** | **66,888.50** |
| Voluntary Discount | | | $ | (10,023.00) |
| **Net Total** | | **54.8** | **$** | **56,865.50** |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/6/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: cash flow actuals and illustrative cost savings analysis based on closing date on sale of properties. |
| 1 | 1/6/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: cash flow actuals and illustrative cost savings analysis based on closing date on sale of properties. |
| 1 | 1/6/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: cash flow actuals and illustrative cost savings analysis based on closing date on sale of properties. |
| 1 | 1/6/2025 | Cotona, Nicolette | 1.1 | Review 12/16 - 1/5 cash flow actuals. |
| 1 | 1/13/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) re: cash flow update. |
| 1 | 1/13/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) re: cash flow update. |
| 1 | 1/13/2025 | Harding, Sean | 0.3 | Review 12/16 - 1/5 cash flow actuals. |
| 1 | 1/15/2025 | Cotona, Nicolette | 0.8 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 1/15/2025 | Cotona, Nicolette | 0.9 | Review 1/6 - 1/12 cash flow actuals. |
| 1 | 1/21/2025 | Gumbs, Sean | 0.3 | Review 1/13 - 1/19 cash flow actuals presentation. |
| 1 | 1/21/2025 | Cotona, Nicolette | 0.5 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 1/21/2025 | Cotona, Nicolette | 1.3 | Review 1/13 - 1/19 cash flow actuals. |
| 1 | 1/27/2025 | Gumbs, Sean | 0.8 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: cash flow update and next steps. |
| 1 | 1/27/2025 | Harding, Sean | 0.8 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: cash flow update and next steps. |
| 1 | 1/27/2025 | Cotona, Nicolette | 0.8 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: cash flow update and next steps. |
| 1 | 1/27/2025 | Harding, Sean | 0.3 | Review 1/20 - 1/26 cash flow actuals presentation. |
| 1 | 1/27/2025 | Cotona, Nicolette | 0.7 | Review 1/20 - 1/26 cash flow actuals. |
| 1 | 1/28/2025 | Gumbs, Sean | 0.3 | Review 1/20 - 1/26 cash flow actuals presentation. |
| **1 Total** | | | **11.4** | |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/15/2025 | Gumbs, Sean | 0.5 | Provide comments to N. Cotona (FTI) re: December 2024 monthly operating report draft. |
| 2 | 1/15/2025 | Harding, Sean | 0.4 | Review December 2024 monthly operating report. |
| 2 | 1/15/2025 | Cotona, Nicolette | 2.9 | Prepare draft December 2024 monthly operating report. |
| 2 | 1/15/2025 | Cotona, Nicolette | 0.8 | Continue to prepare draft December 2024 monthly operating report. |
| 2 | 1/15/2025 | Cotona, Nicolette | 0.7 | Participate on call with D. Polley (Saint Rose) re: December 2024 monthly operating report preparation. |
| 2 | 1/16/2025 | Gumbs, Sean | 0.3 | Review 1/6 - 1/12 cash flow actuals. |
| 2 | 1/16/2025 | Cotona, Nicolette | 0.2 | Finalize December 2024 monthly operating report. |
| **2 Total** | | | **5.8** | |
| 5 | 1/8/2025 | Harding, Sean | 0.3 | Participate on internal FTI team call with N. Cotona (FTI) re: all-hands call debrief and next steps. |
| 5 | 1/8/2025 | Cotona, Nicolette | 0.3 | Participate on internal FTI team call with S. Harding (FTI) re: all-hands call debrief and next steps. |
| 5 | 1/15/2025 | Gumbs, Sean | 0.3 | Participate on internal FTI team call with N. Cotona (FTI) re: all-hands call debrief and next steps. |
| 5 | 1/15/2025 | Cotona, Nicolette | 0.3 | Participate on internal FTI team call with S. Gumbs (FTI) re: all-hands call debrief and next steps. |
| 5 | 1/15/2025 | Gumbs, Sean | 0.3 | Participate on call with M. White (Saint Rose) re: near-term workplan. |
| 5 | 1/16/2025 | Harding, Sean | 1.3 | Participate on Board of Trustees meeting with Saint Rose and professionals. |
| 5 | 1/17/2025 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: Executive Committee meeting debrief and next steps. |
| 5 | 1/17/2025 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: Executive Committee meeting debrief and next steps. |
| 5 | 1/17/2025 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: Executive Committee meeting debrief and next steps. |
| 5 | 1/21/2025 | Gumbs, Sean | 1.0 | Participate on call with with S. Harding (FTI), N. Cotona (FTI), and Cullen team re: Plan and Disclosure Statement preparations and claims. |
| 5 | 1/21/2025 | Harding, Sean | 1.0 | Participate on call with with S. Gumbs (FTI), N. Cotona (FTI), and Cullen team re: Plan and Disclosure Statement preparations and claims. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 1/21/2025 | Cotona, Nicolette | 1.0 | Participate on call with with S. Gumbs (FTI), S. Harding (FTI), and Cullen team re: Plan and Disclosure Statement preparations and claims. |
| 5 | 1/21/2025 | Gumbs, Sean | 1.0 | Participate on all-hands call with N. Cotona (FTI), Saint Rose, and Cullen teams re: liquidation plan preparation. |
| 5 | 1/21/2025 | Cotona, Nicolette | 1.0 | Participate on all-hands call with S. Gumbs (FTI), Saint Rose, and Cullen teams re: liquidation plan preparation. |
| 5 | 1/22/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with N. Cotona (FTI) re: liquidation plan preparation. |
| 5 | 1/22/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Harding (FTI) re: liquidation plan preparation. |
| 5 | 1/22/2025 | Harding, Sean | 0.5 | Review analysis for liquidation plan. |
| 5 | 1/22/2025 | Cotona, Nicolette | 0.2 | Review claim calculation support provided by Department of Labor. |
| 5 | 1/22/2025 | Cotona, Nicolette | 1.8 | Review liquidation plan research. |
| 5 | 1/23/2025 | Gumbs, Sean | 0.4 | Review analysis for liquidation plan. |
| 5 | 1/24/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: liquidation analysis. |
| 5 | 1/24/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: liquidation analysis. |
| 5 | 1/24/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: liquidation analysis. |
| 5 | 1/24/2025 | Cotona, Nicolette | 0.8 | Update liquidation analysis based on filed claims. |
| 5 | 1/24/2025 | Cotona, Nicolette | 2.0 | Prepare liquidation analysis based on filed claims. |
| 5 | 1/27/2025 | Gumbs, Sean | 0.3 | Participate on call with S. Harding (FTI), N. Cotona (FTI), and Cullen team re: liquidation analysis. |
| 5 | 1/27/2025 | Harding, Sean | 0.3 | Participate on call with S. Gumbs (FTI), N. Cotona (FTI), and Cullen team re: liquidation analysis. |
| 5 | 1/27/2025 | Cotona, Nicolette | 0.3 | Participate on call with S. Gumbs (FTI), S. Harding (FTI), and Cullen team re: liquidation analysis. |
| 5 | 1/27/2025 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: liquidation analysis. |
| 5 | 1/27/2025 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: liquidation analysis. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 1/27/2025 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: liquidation analysis. |
| 5 | 1/30/2025 | Gumbs, Sean | 1.1 | Participate on Executive Committee of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 1/30/2025 | Harding, Sean | 1.1 | Participate on Executive Committee of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |
| 5 | 1/31/2025 | Gumbs, Sean | 0.3 | Correspond with Saint Rose and counsel re: claims pool. |
| **5 Total** | | | **21.8** | |
| 6 | 1/6/2025 | Harding, Sean | 0.5 | Review illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 1/6/2025 | Cotona, Nicolette | 0.3 | Finalize illustrative cost savings analysis based on closing date on sale of properties. |
| 6 | 1/7/2025 | Gumbs, Sean | 0.5 | Participate on all-hands call with S. Harding (FTI), Saint Rose, and Cullen re: sale process updates. |
| 6 | 1/7/2025 | Harding, Sean | 0.5 | Participate on all-hands call with S. Gumbs (FTI), Saint Rose, and Cullen re: sale process updates. |
| 6 | 1/8/2025 | Cotona, Nicolette | 0.3 | Review notes from all-hands call with Saint Rose, Cullen, and FTI teams re: communications with Authority and next steps. |
| 6 | 1/9/2025 | Gumbs, Sean | 1.0 | Participate in meeting with Pine Hill Land Authority. |
| 6 | 1/14/2025 | Gumbs, Sean | 0.5 | Participate on all-hands call with S. Harding (FTI), Saint Rose, and Cullen re: sale process updates. |
| 6 | 1/14/2025 | Harding, Sean | 0.5 | Participate on all-hands call with S. Gumbs (FTI), Saint Rose, and Cullen re: sale process updates. |
| 6 | 1/28/2025 | Gumbs, Sean | 0.7 | Participate on all-hands call with S. Harding (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: sale process updates. |
| 6 | 1/28/2025 | Harding, Sean | 0.7 | Participate on all-hands call with S. Gumbs (FTI), N. Cotona (FTI), Saint Rose, and Cullen re: sale process updates. |
| 6 | 1/28/2025 | Cotona, Nicolette | 0.7 | Participate on all-hands call with S. Harding (FTI), S. Gumbs (FTI), Saint Rose, and Cullen re: sale process updates. |
| 6 | 1/28/2025 | Gumbs, Sean | 0.4 | Provide comments to N. Cotona (FTI) re: approach for personal property value assessment. |
| 6 | 1/29/2025 | Gumbs, Sean | 0.8 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: property contents. |
| 6 | 1/29/2025 | Harding, Sean | 0.8 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: property contents. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/29/2025 | Cotona, Nicolette | 0.8 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: property contents. |
| 6 | 1/29/2025 | Gumbs, Sean | 0.3 | Review 1/20 - 1/26 cash flow actuals presentation. |
| 6 | 1/29/2025 | Cotona, Nicolette | 0.5 | Review property contents catalog. |
| 6 | 1/30/2025 | Harding, Sean | 0.5 | Participate on call with Liquidator to discuss personal property. |
| 6 | 1/30/2025 | Cotona, Nicolette | 0.8 | Review property contents catalog. |
| 6 | 1/31/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 1/31/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 1/31/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: property contents liquidation analysis. |
| 6 | 1/31/2025 | Harding, Sean | 0.3 | Participate on call with Liquidator to discuss personal property. |
| 6 | 1/31/2025 | Cotona, Nicolette | 1.4 | Review property contents catalog. |
| **6 Total** | | | **14.3** | |
| 8 | 1/8/2025 | Cotona, Nicolette | 0.8 | Review December 2024 draft fee statement. |
| 8 | 1/10/2025 | Cotona, Nicolette | 0.4 | Finalize December 2024 draft fee statement. |
| 8 | 1/21/2025 | Cotona, Nicolette | 0.3 | Prepare summary of hours by professional. |
| **8 Total** | | | **1.5** | |
| **Grand Total** | | | **54.8** | |