CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
THE COLLEGE OF SAINT ROSE,                        :    Case No. 24-11131 (REL)
                                                  :
                                                  :
              Debtor.                             :
                                                  :
------------------------------------------------------------x

**NOTICE OF MONTHLY FEE STATEMENT FOR COUNSEL TO THE DEBTOR'S BOARD OF TRUSTEES FOR THE PERIOD OF JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Counsel to the Debtor's Board of Trustees for the period of January 1, 2025 through January 31, 2025 is attached hereto.

Dated: Albany, New York
       February 14, 2025

                                                  CULLEN AND DYKMAN LLP
                                                  *Counsel for Debtor*

                                                  By:    s/ Bonnie Pollack
                                                         Matthew G. Roseman, Esq.
                                                         Bonnie L. Pollack, Esq.
                                                  80 State Street, Suite 900
                                                  Albany, New York 12207
                                                  (516) 357-3700

22484.3 21331015v1

# WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600
fax - 518.487.7777

## WOH HAS CHANGED BANK & CREDIT CARD PROCESSOR-SEE REMITTANCE ADVICE SECTION

Board of Trustees
of the College of Saint Rose
18 Chip Shot Way
Mechanicville, NY  12118

Invoice Date:      02/12/2025
Invoice No.        759394
Client No.         118855

## INVOICE SUMMARY

For professional services rendered through January 31, 2025

**Client-Matter: 118855 - 001**

RE:    **Bankruptcy Matters**

| | |
|---|---|
| Total Professional Services | $ 4,761.50 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,761.50** |

SCAN TO PAY



# Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 02/12/2025  
Invoice No. 759394

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/03/25 | FJB | Receive and review response by Pension Benefit Guaranty Corp. to debtor's motion to make distributions from defined benefit employee pension plan; | .50 | 222.50 |
| 1/07/25 | FJB | Telephone call with Ms. White (President) regarding scheduling meetings with Pine Hills Land Authority; | .40 | 178.00 |
| 1/07/25 | FJB | Attend status meeting with debtor representative, counsel for debtor, and debtor's financial advisors; | .70 | 311.50 |
| 1/08/25 | FJB | Review order approving sale of campus property to prepare for meeting with Albany Pine Hills Land Authority and Albany County Executive regarding closing of sale; | .80 | 356.00 |
| 1/08/25 | FJB | Review December 2024 NHK WIP to prepare fee statement; | .30 | 133.50 |
| 1/09/25 | FJB | Attend meeting with College representatives, Albany County Executive, Pine Hills Land Authority, and respective counsel regarding property transfer; | 1.00 | 445.00 |
| 1/13/25 | FJB | Conference call with debtor representatives and counsel regarding Pine Hills Land Authority property inspection; | .80 | 356.00 |
| 1/14/25 | FJB | Conference call with debtor representatives, counsel, and financial advisors regarding case status; | .50 | 222.50 |
| 1/15/25 | FJB | Review prior Executive Committee minutes and documents for Executive Committee Board meeting; | .50 | 222.50 |
| 1/16/25 | FJB | Attend Executive Committee board meeting; | 1.30 | 578.50 |
| 1/21/25 | FJB | Conference call with debtor representatives and counsel regarding case status and sale issues; | 1.10 | 489.50 |
| 1/22/25 | FJB | Receive and review motion to extend exclusivity and application to shorten time for hearing on motion; | .50 | 222.50 |
| 1/28/25 | FJB | Conference call with debtor's counsel regarding status of sale process and closing; | .70 | 311.50 |
| 1/29/25 | FJB | Review agenda materials for Executive Committee meeting; | .50 | 222.50 |
| 1/30/25 | FJB | Attend Executive Committee meeting; | 1.10 | 489.50 |

2

## Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 02/12/2025  
Invoice No. 759394

**TOTAL PROFESSIONAL SERVICES** $ 4,761.50

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---|---|---|
| Francis Brennan | 10.70 | 445.00 | 4,761.50 |
| Total | 10.70 | | $ 4,761.50 |

**TOTAL THIS INVOICE** $ 4,761.50