So Ordered.

Signed this 27 day of February, 2025.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

THE COLLEGE OF SAINT ROSE,                                    Chapter 11
                                                              Case No. 24-11131
                    Debtor.

**ORDER AMENDING ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF NOLAN HELLER KAUFFMAN LLP AS SPECIAL COUNSEL TO
THE BOARD OF TRUSTEES OF THE DEBTOR**

On November 4, 2024, the Court entered an *Order Authorizing the Retention and Employment of Nolan Heller Kauffman LLP as Special Counsel to the Board of Trustees of the Debtor* (the "Retention Order").  ECF No. 97.  On February 26, 2025, the Board of Trustees filed a letter with the Court requesting that Whiteman Osterman & Hanna LLP be employed as special counsel for the Board of Trustees effective as of January 1, 2025.  At the request of the Board of Trustees and based upon the consent of the Office of the United States Trustee, it is hereby

**ORDERED**, that the Retention Order is amended to authorize the employment of Whiteman Osterman & Hanna LLP as Special Counsel to the Board of Trustees of the Debtor as of January 1, 2025; and it is further

**ORDERED**, that the Retention Order otherwise remains in full force and effect and its terms shall continue to apply to the Debtor's employment of Whiteman Osterman & Hanna LLP as Special Counsel to the Board of Trustees.

# # #