CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
THE COLLEGE OF SAINT ROSE,                                       :    Case No. 24-11131 (REL)
                                                                 :
                                                                 :
                         Debtor.                                 :
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S FINANCIAL CONSULTANTS FOR THE PERIOD OF FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Financial Consultants for the period of February 1, 2025 through February 28, 2025 is attached hereto.

Dated: Albany, New York
       March 18, 2025

                                                CULLEN AND DYKMAN LLP
                                                *Counsel for Debtor*

                                                By:    s/ Bonnie Pollack
                                                       Matthew G. Roseman, Esq.
                                                       Bonnie L. Pollack, Esq.
                                                80 State Street, Suite 900
                                                Albany, New York 12207
                                                (516) 357-3700

21363567v1

FTI CONSULTING, INC.
1201 W Peachtree Street NW
Suite 3300
Atlanta, GA 30309
Telephone: (404) 460-6258

*Financial Advisor for Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

----------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| THE COLLEGE OF SAINT ROSE, | : Case No. 24-11131 (REL) |
| | : |
| Debtor. | : |

----------------------------------------------------x

**FIFTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR
FOR PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| | |
|---|---|
| **Name of Applicant:** | FTI Consulting, Inc., financial advisor for The College of Saint Rose, (the "**Debtor**") |
| **Date of Retention:** | November 4, 2024, effective as of October 10, 2024 (the "**Commencement Date**") |
| **Period for Which Fees and Expenses are Incurred:** | February 1, 2025 through February 28, 2025 |
| **Monthly Fees Incurred:** | $116,350.00 |
| **Less Voluntary Discount:** | $17,424.30 |
| **Less 20% Holdback:** | $19,785.14 |
| **Monthly Expenses Incurred:** | - |
| **Total Fees and Expenses Due:** | $79,140.56 |
| **This is a** | _X_ Monthly ____ Interim ____ Final Fee Application |

**SUMMARY OF MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR SERVICES RENDERED
FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| NAME OF PROFESSIONAL: | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $1,445.00 | 16.4 | $23,698.00 |
| Harding, Sean | Senior Managing Director | $1,420.00 | 19.3 | $27,406.00 |
| Cotona, Nicolette | Director | $1,010.00 | 64.6 | $65,246.00 |
| **Total Gross Professionals:** | | | 100.3 | $116,350.00 |
| Voluntary Discount: | | | n.a. | $(17,424.30) |
| **Total Net Professionals:** | | | 100.3 | **$98,925.70** |

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY FTI CONSULTING, INC.
FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 1 | Cash Management and Reporting | 36.6 | $40,543.50 |
| 2 | Monthly Operating Reports | 7.4 | $8,142.50 |
| 3 | DIP and Exit Financing Due Diligence Support | - | - |
| 4 | Work on Motions or Court Filings | - | - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 25.7 | $31,664.50 |
| 6 | Campus Sale Process | 21.4 | $25,616.50 |
| 7 | Court Attendance | - | - |
| 8 | Fee Application Preparation | 9.2 | $10,383.00 |
| 9 | Travel | - | - |
| **Gross Total:** | | 100.3 | $116,350.00 |
| Voluntary Discount: | | n.a. | $(17,424.30) |
| **Net Total:** | | 100.3 | $98,925.70 |

3

**Exhibit A**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF FEES BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Professional | Title | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,445.00 | 16.4 | $ 23,698.00 |
| Harding, Sean | Senior Managing Director | $ 1,420.00 | 19.3 | $ 27,406.00 |
| Cotona, Nicolette | Director | $ 1,010.00 | 64.6 | $ 65,246.00 |
| **Gross Total** | | | **100.3** | **$ 116,350.00** |
| Voluntary Discount | | | | $ (17,424.30) |
| **Net Total** | | | **100.3** | **$ 98,925.70** |

**Exhibit B**
**THE COLLEGE OF SAINT ROSE**
**SUMMARY OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Code | Task Description | Hours | Total |
|---|---|---|---|
| 1 | Cash Management and Reporting | 36.6 | $ 40,543.50 |
| 2 | Monthly Operating Reports | 7.4 | $ 8,142.50 |
| 3 | DIP and Exit Financing Due Diligence Support | - | $ - |
| 4 | Work on Motions or Court Filings | - | $ - |
| 5 | Case Strategy / Communications with Debtor's Counsel and / or Board | 25.7 | $ 31,664.50 |
| 6 | Campus Sale Process | 21.4 | $ 25,616.50 |
| 7 | Court Attendance | - | $ - |
| 8 | Fee Application Preparation | 9.2 | $ 10,383.00 |
| 9 | Travel | - | $ - |
| **Gross Total** | | **100.3** | **$ 116,350.00** |
| Voluntary Discount | | | $ (17,424.30) |
| **Net Total** | | **100.3** | **$ 98,925.70** |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/3/2025 | Cotona, Nicolette | 0.7 | Review 1/27 - 2/2 cash flow actuals. |
| 1 | 2/4/2025 | Cotona, Nicolette | 0.8 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 2/5/2025 | Cotona, Nicolette | 0.5 | Review vendors paid filing-to-date. |
| 1 | 2/11/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with N. Cotona (FTI) re: cash flow update. |
| 1 | 2/11/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Harding (FTI) re: cash flow update. |
| 1 | 2/11/2025 | Gumbs, Sean | 0.3 | Review cash flow materials and D. Polley (Saint Rose) comments. |
| 1 | 2/11/2025 | Cotona, Nicolette | 0.3 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 2/13/2025 | Cotona, Nicolette | 0.5 | Prepare responses to D. Polley (Saint Rose) re: budget questions. |
| 1 | 2/17/2025 | Gumbs, Sean | 0.9 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/17/2025 | Harding, Sean | 0.9 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/17/2025 | Cotona, Nicolette | 0.9 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/17/2025 | Gumbs, Sean | 0.4 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/17/2025 | Harding, Sean | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/17/2025 | Cotona, Nicolette | 0.4 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/17/2025 | Cotona, Nicolette | 0.9 | Prepare cash flow variance report for distribution to DIP Lender and Bondholders. |
| 1 | 2/17/2025 | Cotona, Nicolette | 0.6 | Prepare illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/18/2025 | Gumbs, Sean | 0.4 | Review early real estate close deck, compile comments for discussion with team. |
| 1 | 2/18/2025 | Cotona, Nicolette | 1.2 | Finalize illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/19/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: weekly cash flow budget. |
| 1 | 2/19/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: weekly cash flow budget. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/19/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: weekly cash flow budget. |
| 1 | 2/19/2025 | Cotona, Nicolette | 0.8 | Review weekly cash flow budget. |
| 1 | 2/21/2025 | Cotona, Nicolette | 3.4 | Review potential internal budget updates. |
| 1 | 2/21/2025 | Cotona, Nicolette | 2.2 | Update illustrative cost savings analysis based on 3/31 closing date on sale of properties. |
| 1 | 2/24/2025 | Gumbs, Sean | 0.2 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: cash flow actuals and budget. |
| 1 | 2/24/2025 | Harding, Sean | 0.2 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: cash flow actuals and budget. |
| 1 | 2/24/2025 | Cotona, Nicolette | 0.2 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: cash flow actuals and budget. |
| 1 | 2/24/2025 | Gumbs, Sean | 1.0 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI) and N. Cotona (FTI) re: internal budget updates. |
| 1 | 2/24/2025 | Harding, Sean | 1.0 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI) and N. Cotona (FTI) re: internal budget updates. |
| 1 | 2/24/2025 | Cotona, Nicolette | 1.0 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI) and S. Harding (FTI) re: internal budget updates. |
| 1 | 2/24/2025 | Harding, Sean | 0.8 | Participate on call with D. Polley (Saint Rose) and N. Cotona (FTI) re: internal budget updates. |
| 1 | 2/24/2025 | Cotona, Nicolette | 0.8 | Participate on call with D. Polley (Saint Rose) and S. Harding (FTI) re: internal budget updates. |
| 1 | 2/24/2025 | Cotona, Nicolette | 0.3 | Finalize weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 2/24/2025 | Cotona, Nicolette | 0.9 | Review potential internal budget updates. |
| 1 | 2/24/2025 | Cotona, Nicolette | 0.8 | Prepare weekly cash flow update for discussion with Executive Committee of the Board. |
| 1 | 2/24/2025 | Cotona, Nicolette | 1.4 | Review 2/17 - 2/23 cash actuals. |
| 1 | 2/26/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with N. Cotona (FTI) re: revised internal budget. |
| 1 | 2/26/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Harding (FTI) re: revised internal budget. |
| 1 | 2/26/2025 | Cotona, Nicolette | 2.0 | Update internal budget based on diligence calls with D. Polley (Saint Rose). |
| 1 | 2/28/2025 | Cotona, Nicolette | 2.9 | Review current payroll re: internal budget update. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/28/2025 | Cotona, Nicolette | 3.1 | Prepare summary materials re: internal budget update. |
| **1 Total** | | | **36.6** | |
| 2 | 2/17/2025 | Cotona, Nicolette | 0.5 | Prepare January 2025 monthly operating report. |
| 2 | 2/17/2025 | Cotona, Nicolette | 2.3 | Finalize draft January 2025 monthly operating report. |
| 2 | 2/17/2025 | Cotona, Nicolette | 0.9 | Prepare January 2025 monthly operating report. |
| 2 | 2/18/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: draft January 2025 monthly operating report open items. |
| 2 | 2/18/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: draft January 2025 monthly operating report open items. |
| 2 | 2/18/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: draft January 2025 monthly operating report open items. |
| 2 | 2/18/2025 | Harding, Sean | 0.6 | Review of January 2025 monthly operating report. |
| 2 | 2/18/2025 | Cotona, Nicolette | 0.7 | Update draft January 2025 monthly operating report based on FTI team comments. |
| 2 | 2/19/2025 | Cotona, Nicolette | 0.9 | Finalize January monthly operating report for filing. |
| **2 Total** | | | **7.4** | |
| 5 | 2/4/2025 | Gumbs, Sean | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Harding (FTI), and N. Cotona (FTI) re: property contents sales value estimate and general case updates. |
| 5 | 2/4/2025 | Harding, Sean | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Gumbs (FTI), and N. Cotona (FTI) re: property contents sales value estimate and general case updates. |
| 5 | 2/4/2025 | Cotona, Nicolette | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Harding (FTI), and S. Gumbs (FTI) re: property contents sales value estimate and general case updates. |
| 5 | 2/5/2025 | Gumbs, Sean | 0.8 | Participate on call with Saint Rose, S. Harding (FTI), and N. Cotona (FTI) re: next steps and wind-down needs. |
| 5 | 2/5/2025 | Harding, Sean | 0.8 | Participate on call with Saint Rose, S. Gumbs (FTI), and N. Cotona (FTI) re: next steps and wind-down needs. |
| 5 | 2/5/2025 | Cotona, Nicolette | 0.8 | Participate on call with Saint Rose, S. Gumbs (FTI), and S. Harding (FTI) re: next steps and wind-down needs. |
| 5 | 2/11/2025 | Gumbs, Sean | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Harding (FTI), and N. Cotona (FTI) re: title objection, Board meeting prep, and general case updates. |
| 5 | 2/11/2025 | Harding, Sean | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Gumbs (FTI), and N. Cotona (FTI) re: title objection, Board meeting prep, and general case updates. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 2/11/2025 | Cotona, Nicolette | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Gumbs (FTI), and S. Harding (FTI) re: title objection, Board meeting prep, and general case updates. |
| 5 | 2/11/2025 | Harding, Sean | 0.5 | Review wind-down timeline. |
| 5 | 2/11/2025 | Cotona, Nicolette | 0.5 | Prepare draft work plan through June 30, 2025. |
| 5 | 2/11/2025 | Cotona, Nicolette | 0.3 | Prepare draft work plan through June 30, 2025. |
| 5 | 2/13/2025 | Gumbs, Sean | 1.5 | Participate on Board of Trustees meeting with S. Harding (FTI), Saint Rose, and professionals. |
| 5 | 2/13/2025 | Harding, Sean | 1.5 | Participate on Board of Trustees meeting with S. Gumbs (FTI), Saint Rose, and professionals. |
| 5 | 2/18/2025 | Gumbs, Sean | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Harding (FTI), and N. Cotona (FTI) re: general case open items. |
| 5 | 2/18/2025 | Harding, Sean | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Gumbs (FTI), and N. Cotona (FTI) re: general case open items. |
| 5 | 2/18/2025 | Cotona, Nicolette | 0.8 | Participate on all-hands call with Saint Rose, Cullen, S. Gumbs (FTI), and S. Harding (FTI) re: general case open items. |
| 5 | 2/20/2025 | Gumbs, Sean | 0.5 | Correspond with D. Polley and FTI team re: wind-down planning. |
| 5 | 2/25/2025 | Gumbs, Sean | 0.9 | Participate on all-hands call with Saint Rose, Cullen, S. Harding (FTI) and N. Cotona (FTI) re: general case open items. |
| 5 | 2/25/2025 | Harding, Sean | 0.9 | Participate on all-hands call with Saint Rose, Cullen, S. Gumbs (FTI) and N. Cotona (FTI) re: general case open items. |
| 5 | 2/25/2025 | Cotona, Nicolette | 0.9 | Participate on all-hands call with Saint Rose, Cullen, S. Gumbs (FTI) and S. Harding (FTI) re: general case open items. |
| 5 | 2/25/2025 | Gumbs, Sean | 0.3 | Review wind-down activities. |
| 5 | 2/26/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: revised internal budget, recovery analysis, and wind-down activity list. |
| 5 | 2/26/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: revised internal budget, recovery analysis, and wind-down activity list. |
| 5 | 2/26/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: revised internal budget, recovery analysis, and wind-down activity list. |
| 5 | 2/26/2025 | Cotona, Nicolette | 1.1 | Update recovery analysis based on revised internal budget. |
| 5 | 2/26/2025 | Cotona, Nicolette | 1.0 | Continue to update recovery analysis based on revised internal budget. |
| 5 | 2/26/2025 | Cotona, Nicolette | 0.4 | Prepare edits to wind-down activity list per D. Polley (Saint Rose) questions. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 2/27/2025 | Cotona, Nicolette | 1.2 | Review draft plan of liquidation. |
| 5 | 2/27/2025 | Cotona, Nicolette | 0.6 | Update recovery analysis based on draft plan of liquidation. |
| 5 | 2/27/2025 | Cotona, Nicolette | 1.9 | Continue to update recovery analysis based on draft plan of liquidation. |
| 5 | 2/27/2025 | Cotona, Nicolette | 0.6 | Continue to review draft plan of liquidation. |
| **5 Total** | | | **25.7** | |
| 6 | 2/3/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/3/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/3/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: property contents liquidation analysis. |
| 6 | 2/3/2025 | Harding, Sean | 0.4 | Participate on call with liquidator to discuss sale of personal property. |
| 6 | 2/3/2025 | Cotona, Nicolette | 1.2 | Prepare property contents sales value estimate. |
| 6 | 2/3/2025 | Cotona, Nicolette | 0.6 | Continue to prepare property contents sales value estimate. |
| 6 | 2/4/2025 | Gumbs, Sean | 0.6 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/4/2025 | Harding, Sean | 0.6 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/4/2025 | Cotona, Nicolette | 0.6 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: property contents liquidation analysis. |
| 6 | 2/4/2025 | Gumbs, Sean | 0.5 | Participate on call with D. Polley (Saint Rose), S. Harding (FTI), and N. Cotona (FTI) re: property contents. |
| 6 | 2/4/2025 | Harding, Sean | 0.5 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and N. Cotona (FTI) re: property contents. |
| 6 | 2/4/2025 | Cotona, Nicolette | 0.5 | Participate on call with D. Polley (Saint Rose), S. Gumbs (FTI), and S. Harding (FTI) re: property contents. |
| 6 | 2/4/2025 | Gumbs, Sean | 0.3 | Review property sale deck and compile comments. |
| 6 | 2/4/2025 | Harding, Sean | 0.5 | Review analysis of personal property sales. |
| 6 | 2/4/2025 | Cotona, Nicolette | 0.6 | Review generator information and research market value. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 2/4/2025 | Cotona, Nicolette | 0.5 | Update property contents sales value estimate. |
| 6 | 2/5/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/5/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) re: property contents liquidation analysis. |
| 6 | 2/5/2025 | Cotona, Nicolette | 0.6 | Update property contents sales value estimate. |
| 6 | 2/6/2025 | Gumbs, Sean | 0.4 | Review updated property sale analysis. |
| 6 | 2/6/2025 | Cotona, Nicolette | 1.3 | Prepare property contents sales value estimate presentation for Pine Hills Land Authority. |
| 6 | 2/6/2025 | Cotona, Nicolette | 0.8 | Continue to prepare property contents sales value estimate presentation for Pine Hills Land Authority. |
| 6 | 2/7/2025 | Gumbs, Sean | 0.7 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/7/2025 | Harding, Sean | 0.7 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/7/2025 | Cotona, Nicolette | 0.7 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: property contents liquidation analysis. |
| 6 | 2/7/2025 | Harding, Sean | 0.5 | Review analysis of personal property. |
| 6 | 2/7/2025 | Cotona, Nicolette | 0.4 | Review property contents sales value estimate presentation for Pine Hills Land Authority. |
| 6 | 2/10/2025 | Gumbs, Sean | 0.5 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/10/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: property contents liquidation analysis. |
| 6 | 2/10/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: property contents liquidation analysis. |
| 6 | 2/10/2025 | Gumbs, Sean | 0.3 | Review property sale deck and compile comments. |
| 6 | 2/10/2025 | Cotona, Nicolette | 0.9 | Review property contents sales value estimate presentation for Pine Hills Land Authority. |
| 6 | 2/10/2025 | Cotona, Nicolette | 1.3 | Update property contents sales value estimate presentation for Pine Hills Land Authority. |
| 6 | 2/20/2025 | Harding, Sean | 1.0 | Participate on call with D. Polley (Saint Rose) to discuss sale process and case updates. |
| 6 | 2/25/2025 | Cotona, Nicolette | 0.4 | Correspond with D. Polley (Saint Rose) re: personal property sales price estimate questions. |

**Exhibit C**
**THE COLLEGE OF SAINT ROSE**
**DETAIL OF HOURS BY ACTIVITY**
**FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **6 Total** | | | **21.4** | |
| 8 | 2/11/2025 | Cotona, Nicolette | 1.3 | Prepare draft first interim fee application. |
| 8 | 2/11/2025 | Cotona, Nicolette | 1.2 | Continue to prepare draft first interim fee application. |
| 8 | 2/11/2025 | Cotona, Nicolette | 0.9 | Prepare January fee statement. |
| 8 | 2/12/2025 | Harding, Sean | 0.5 | Participate on internal FTI team call with N. Cotona (FTI) re: draft first interim fee application. |
| 8 | 2/12/2025 | Cotona, Nicolette | 0.5 | Participate on internal FTI team call with S. Harding (FTI) re: draft first interim fee application. |
| 8 | 2/12/2025 | Gumbs, Sean | 0.4 | Review first interim fee application and exhibits. |
| 8 | 2/12/2025 | Cotona, Nicolette | 0.8 | Finalize draft first interim fee application for Cullen team review. |
| 8 | 2/13/2025 | Cotona, Nicolette | 0.4 | Update draft first interim fee application based on comments from Cullen team. |
| 8 | 2/13/2025 | Cotona, Nicolette | 0.9 | Review Cullen team comments to FTI draft first interim fee application. |
| 8 | 2/14/2025 | Gumbs, Sean | 0.3 | Participate on internal FTI team call with S. Harding (FTI) and N. Cotona (FTI) re: draft first interim fee application. |
| 8 | 2/14/2025 | Harding, Sean | 0.3 | Participate on internal FTI team call with S. Gumbs (FTI) and N. Cotona (FTI) re: draft first interim fee application. |
| 8 | 2/14/2025 | Cotona, Nicolette | 0.3 | Participate on internal FTI team call with S. Gumbs (FTI) and S. Harding (FTI) re: draft first interim fee application. |
| 8 | 2/14/2025 | Gumbs, Sean | 0.3 | Review first interim fee application and exhibits with comments from counsel. |
| 8 | 2/14/2025 | Harding, Sean | 0.8 | Review interim fee application. |
| 8 | 2/14/2025 | Cotona, Nicolette | 0.3 | Review Cullen team comments to FTI draft first interim fee application. |
| **8 Total** | | | **9.2** | |
| **Grand Total** | | | **100.3** | |