CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
THE COLLEGE OF SAINT ROSE,                                     :   Case No. 24-11131 (REL)
                                                               :
                                                               :
                        Debtor.                                :
                                                               :
-------------------------------------------------------------- x

### NOTICE OF MONTHLY FEE STATEMENT FOR COUNSEL TO THE DEBTOR'S BOARD OF TRUSTEES FOR THE PERIOD OF FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Counsel to the Debtor's Board of Trustees for the period of February 1, 2025 through February 28, 2025 is attached hereto.

Dated: Albany, New York
       March 18, 2025

                                                        CULLEN AND DYKMAN LLP
                                                        *Counsel for Debtor*

                                                        By:    s/ Bonnie Pollack
                                                               Matthew G. Roseman, Esq.
                                                               Bonnie L. Pollack, Esq.
                                                        80 State Street, Suite 900
                                                        Albany, New York 12207
                                                        (516) 357-3700

22484.3 21363570v1

# WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600
fax - 518.487.7777

## WOH HAS CHANGED BANK & CREDIT CARD PROCESSOR-SEE REMITTANCE ADVICE SECTION

Board of Trustees
of the College of Saint Rose
18 Chip Shot Way
Mechanicville, NY  12118

| | |
|---|---:|
| Invoice Date: | 03/17/2025 |
| Invoice No. | 763045 |
| Client No. | 118855 |

## INVOICE SUMMARY

For professional services rendered through February 28, 2025

**Client-Matter: 118855 - 001**

**RE:   Bankruptcy Matters**

| | |
|---|---:|
| Total Professional Services | $ 8,225.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 8,225.00** |
| Previous Balance | $ 952.30 |
| **TOTAL BALANCE DUE** | **$ 9,177.30** |

## PAYMENTS APPLIED SINCE LAST INVOICE

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---:|
| 3/06/25 | Payment | 759394 | WIRE | The College of St. Rose | $ 3,809.20 |

SCAN TO PAY



## Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 03/17/2025  
Invoice No. 763045

## Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 03/17/2025  
Invoice No. 763045

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/03/25 | FJB | Review fee statement for first interim fee application for debtor's professionals; | 2.30 | 1,081.00 |
| 2/03/25 | FJB | Draft supplemental declaration in support of increase in rate for counsel fees; | 1.30 | 611.00 |
| 2/04/25 | FJB | Conference call with debtor representatives and financial consultants; | .80 | 376.00 |
| 2/10/25 | FJB | Receive and review agenda and documents for February 13, 2025 Board of Trustees meeting; | 1.40 | 658.00 |
| 2/11/25 | FJB | Attend conference call with debtor representatives, debtor counsel, and financial advisors regarding review of case status to prepare for Board of Trustees meeting; | .80 | 376.00 |
| 2/13/25 | FJB | Attend Board of Trustees meeting; | 1.50 | 705.00 |
| 2/13/25 | FJB | Review fees for first interim fee application; forward to Ms. Pollack, Esq. (attorney for debtor); | .20 | 94.00 |
| 2/13/25 | FJB | Draft first interim fee application for Nolan Heller Kauffman and Whiteman Osterman & Hanna as special counsel to the Board of Trustees; | 4.20 | 1,974.00 |
| 2/18/25 | FJB | Finalize revisions to first interim fee application; review notice of hearing on debtor's professionals first interim fee applications; | .50 | 235.00 |
| 2/18/25 | FJB | Draft, review, and file Correspondence regarding amended retention order as counsel for Board of Trustees; | .30 | 141.00 |
| 2/18/25 | FJB | Draft amended retention order for Whiteman Osterman & Hanna; | .50 | 235.00 |
| 2/18/25 | FJB | Attend status meeting with debtor's counsel and financial consultants; | 1.00 | 470.00 |
| 2/20/25 | FJB | Receive and review notes from meeting with Pine Hills Land Authority; | .20 | 94.00 |
| 2/20/25 | FJB | Review January 2025 monthly operating report; | .80 | 376.00 |
| 2/25/25 | FJB | Receive and review agenda for status conference call with debtor's representatives and financial consultants; | .20 | 94.00 |
| 2/25/25 | FJB | Attend Conference call with debtor's representatives, counsel, and financial advisors regarding status'; | 1.00 | 470.00 |

3

# Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 03/17/2025  
Invoice No. 763045

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/26/25 | FJB | Draft Correspondence to Court regarding amended retention order for Whiteman Osterman & Hanna; draft amended order; | .50 | 235.00 |

**TOTAL PROFESSIONAL SERVICES** $ 8,225.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| Francis Brennan | 17.50 | 470.00 | 8,225.00 |
| **Total** | **17.50** | | **$ 8,225.00** |

**TOTAL THIS INVOICE** $ 8,225.00

4