# The College of Saint Rose
## Cash Receipts and Disbursements (Unaudited)
### Reporting Period: February 2025

| (USD) | 2/28/2025 | Cumulative |
|---|---:|---:|
| Sale of personal property net of commission | $ 29,850 | $ 47,905 |
| Sales tax collected to be paid out | - | (509) |
| Miscellaneous Income | 6,013 | 456,946 |
| Prepetition Receivables | - | 303,063 |
| **Total Operating Receipts** | **$ 35,863** | **$ 807,405** |
| **Net Realized and Unrealized Investment Gains (Losses)** | **$ 20,033** | **$ 176,114** |
| **Total Receipts** | **$ 55,896** | **$ 983,518** |
| Salaries | (108,272) | (678,352) |
| Fringe Benefits | (75,272) | (424,755) |
| Equipment, Supplies, and Other Expenses | (53,745) | (184,850) |
| Property Maintenance, Utilities, and Insurance | (133,604) | (1,175,211) |
| Close-Out Audits | - | (73,353) |
| P Card Payments | (728) | (31,248) |
| **Total Operational Disbursements** | **$ (371,620)** | **$ (2,567,768)** |
| FTI Consulting, Inc. (Financial Advisor) | (82,501) | (198,669) |
| Cullen and Dykman LLC (Counsel) | (145,870) | (387,200) |
| Whiteman Osterman & Hanna LLP (Board Counsel)[1] | (11,926) | (20,185) |
| Restructuring Professional Fees | (240,296) | (606,054) |
| Return of Collateral[2] | (31,830) | (49,945) |
| Utility Deposit | - | (41,012) |
| United States Trustee Fees | - | (9,974) |
| **Total Restructuring Disbursements** | **$ (272,126)** | **$ (706,985)** |
| **Total Disbursements** | **$ (643,747)** | **$ (3,274,753)** |
| **Net Cash Flow** | **$ (335,757)** | **$ (2,291,235)** |
| Unrestricted Cash | $ 8,997,083 | $ 1,615,182 |
| Restricted Cash | 18,820,778 | 18,689,404 |
| **Opening Cash Position** | **$ 27,817,861** | **$ 20,304,586** |
| Gross DIP Financing | - | 10,800,000 |
| DIP Financing Interest Expense | - | (980,000) |
| Other DIP Financing Expenses | - | (603,340) |
| **DIP Financing** | **$ -** | **$ 9,216,660** |
| Unrestricted Net Cash Flow | (610,652) | (2,445,411) |
| Restricted Net Cash Flow | 22,802 | 154,176 |
| **Net Cash Flow** | **$ (587,851)** | **$ (2,291,235)** |
| Unrestricted Cash | 8,386,431 | 8,386,431 |
| Restricted Cash | 18,843,579 | 18,843,579 |
| **Closing Cash Position** | **$ 27,230,010** | **$ 27,230,010** |

1. Per the Supplemental Declaration of Francis J. Brennan Regarding Increase in Hourly Rates [Dkt. No. 190], the attorneys of Nolan Heller Kauffman LLP joined Whiteman Osterman & Hanna LLP effective January 1, 2025.
2. Reflects certain post-petition receipts related to the collateral of the Series 2021 Bonds that were remitted to the Series 2021 Bondholders.
3. All information contained herein is unaudited and is subject to further adjustment.

**The College of Saint Rose**
Balance Sheet (Unaudited)
Reporting Period: February 2025

| (USD) | 2/28/2025 | Book Value on Petition Date |
|---|---:|---:|
| Unrestricted Cash and Cash Equivalents | 8,386,431 | 1,615,182 |
| Notes and Accounts Receivable, Net | 11,735 | 417,348 |
| Prepaid Expenses | 911,670 | 217,191 |
| Other Current Assets | 625,108 | 730,108 |
| Inventory | 231,518 | 231,518 |
| **Total Current Assets** | **$ 10,166,462** | **$ 3,211,346** |
| Restricted Cash and Cash Equivalents | 18,843,579 | 18,689,404 |
| Land, Buildings, and Equipment, Net | 77,501,844 | 77,533,894 |
| **Total Non-Current Assets** | **$ 96,345,424** | **$ 96,223,298** |
| **Total Assets** | **$ 106,511,886** | **$ 99,434,644** |
| Prepetition Accounts Payable | 1,490,860 | 1,431,181 |
| Prepetition Accrued Expenses and Other Liabilities | 7,394,738 | 6,506,170 |
| Prepetition Long-Term Debt | 46,448,862 | 48,653,274 |
| Prepetition Right Of Use Liabilities - Finance Leases | 536,783 | 536,783 |
| **Prepetition Liabilities** | **$ 55,871,243** | **$ 57,127,408** |
| Postpetition Accounts Payable | 500,867 | - |
| Postpetition Accrued Expenses And Other Liabilities | 15,294 | - |
| Postpetition DIP Financing | 10,800,000 | - |
| **Postpetition Liabilities** | **$ 11,316,161** | **$ -** |
| **Total Liabilities** | **$ 67,187,404** | **$ 57,127,408** |
| Without Donor Restrictions | 20,480,902 | 23,617,832 |
| With Donor Restrictions | 18,843,579 | 18,689,404 |
| **Net Assets** | **$ 39,324,482** | **$ 42,307,236** |
| **Total Liabilities and Net Assets** | **$ 106,511,886** | **$ 99,434,644** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose**
Statement of Operations (Unaudited)
Reporting Period: February 2025

| (USD) | 2/28/2025 | Cumulative |
|---|---:|---:|
| Miscellaneous Income | $ 6,020 | $ 48,960 |
| **Total Operating Revenue** | **$ 6,020** | **$ 48,960** |
| Salaries | 152,160 | 1,002,388 |
| Fringe Benefits | 31,755 | 170,373 |
| Equipment, Supplies, and Other Expenses | 62,035 | 251,047 |
| Property Maintenance, Utilities, and Insurance | 215,692 | 1,368,972 |
| Digitization and Storage of Records | - | 12,208 |
| Close-Out Audits | - | 73,881 |
| DIP Financing Costs | 106,849 | 897,160 |
| **Total Operating Expenses** | **$ 568,491** | **$ 3,776,029** |
| FTI Consulting, Inc. (Financial Advisor) | 56,866 | 304,651 |
| Cullen and Dykman LLC (Counsel) | 114,213 | 596,190 |
| Whiteman Osterman & Hanna LLP (Board Counsel)[1] | (50) | 34,399 |
| Other Restructuring Professional Fees | - | - |
| Restructuring Professional Fees | $ 171,028 | $ 935,239 |
| United States Trustee Fees | - | 9,974 |
| **Total Restructuring Expenses** | **$ 171,028** | **$ 945,213** |
| **Operating Profit (Loss)** | **$ (733,499)** | **$ (4,672,282)** |
| Investment Return | - | 2,857 |
| Gain (Loss) on the Sale of Personal Property Net of Commission | - | 45,805 |
| Miscellaneous Income | 36,446 | 189,903 |
| **Total Non-Operating Revenue** | **$ 36,446** | **$ 238,565** |
| Equipment, Supplies, and Other Expenses | 22,369 | 49,508 |
| **Total Non-Operating Expenses** | **$ 22,369** | **$ 49,508** |
| **Non-Operating Profit (Loss)** | **$ 14,077** | **$ 189,058** |
| **Audit Adjustments[2]** | **$ -** | **$ 1,500,470** |
| **Total Profit (Loss)** | **$ (719,422)** | **$ (2,982,754)** |

1. Per the Supplemental Declaration of Francis J. Brennan Regarding Increase in Hourly Rates [Dkt. No. 190], the attorneys of Nolan Heller Kauffman LLP joined Whiteman Osterman & Hanna LLP effective January 1, 2025.
2. For the November 2024 monthly operating report filed on December 20, 2024, the College made adjustments to its 10/31/2024 balance sheet as part of finalizing its audit. As a result, prepetition accrued expenses and other liabilities increased by $0.6M due to an adjustment to accrued unemployment liabilities. Prepetition long-term debt decreased by $2.1M to adjust for accrued interest and acceleration of the College's bond debt. These adjustments resulted in a $1.5M increase to net assets. Therefore, the November 2024 income statement included $1.5M of audit adjustments.
3. All information contained herein is unaudited and is subject to further adjustment.

**The College of Saint Rose**
Accounts Receivable Aging (Unaudited)
Reporting Period: February 2025

| (USD) | 2/28/2025 |
|---|---|
| 0-30 Days Old | $ - |
| 31-60 Days Old | - |
| 61-90 Days Old | - |
| 91+ Days Old | 11,735 |
| **Total Accounts Receivable** | **$ 11,735** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose**
Postpetition Liabilities Aging (Unaudited)
Reporting Period: February 2025

| (USD) | 2/28/2025 |
|---|---:|
| 0-30 Days Old[1] | $ 500,867 |
| 31-60 Days Old | - |
| 61-90 Days Old | - |
| 91+ Days Old | - |
| **Total Accounts Payable** | **$ 500,867** |
| **Total Accrued Expenses and Other Liabilities** | **$ 15,294** |
| **Total DIP Financing Liabilities** | **$ 10,800,000** |
| **Total Postpetition Liabilities** | **$ 11,316,161** |

1. Includes professional fee holdbacks.
2. All information contained herein is unaudited and is subject to further adjustment.

**The College of Saint Rose**
Schedule of Payments to Professionals (Unaudited)
Reporting Period: February 2025

| (USD) Payees | Date of Retention | Retainers | Compensation and Expenses | Applied Retainer | Amount Paid By Estate |
|---|---|---|---|---|---|
| Cullen and Dykman LLC (Counsel) | 11/4/2024 | $ 25,000 | $ 145,870 | $ - | $ 145,870 |
| FTI Consulting, Inc. (Financial Advisor) | 11/4/2024 | 68,241 | 82,501 | - | 82,501 |
| Whiteman Osterman & Hanna LLP (Board Counsel)[1] | 11/4/2024 | 17,666 | 11,926 | - | 11,926 |
| **Total Bankruptcy Professionals** | | $ 110,907 | $ 240,296 | $ - | $ 240,296 |
| Kessler PR Group | 11/14/2024 | - | 12,000 | - | 12,000 |
| UHY Advisors Northeast, Inc. | 11/14/2024 | - | - | - | - |
| **Total Non-Bankruptcy Professionals** | | $ - | $ 12,000 | $ - | $ 12,000 |
| **Total Professionals** | | $ 110,907 | $ 252,296 | $ - | $ 252,296 |

1. Per the Supplemental Declaration of Francis J. Brennan Regarding Increase in Hourly Rates [Dkt. No. 190], the attorneys of Nolan Heller Kauffman LLP joined Whiteman Osterman & Hanna LLP effective January 1, 2025.
2. All information contained herein is unaudited and is subject to further adjustment.

**The College of Saint Rose**
Schedule of Payments to Insiders (Unaudited)
Reporting Period: February 2025

| (USD) | 2/28/2025 |
|---|---:|
| Wages & Salaries | $ 65,344 |
| Employee Benefits | 9,243 |
| Expense Reimbursements | 665 |
| **Total Payments to Insiders** | **$ 75,252** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose**
Payments Made on Prepetition Debt (Unaudited)
Reporting Period: February 2025

Case 24-11131-1-rel    Doc 218-1    Filed 03/19/25    Entered 03/19/25 15:55:25    Desc Schedules    Page 8 of 8

| (USD) Payee | Payment Date | Amount |
|---|---|---|
| Series 2021 Bondholders | 2/11/2025 | $ 31,830 |
| **Total Payments Made on Prepetition Debt** | | **$ 31,830** |

1. Reflects certain post-petition receipts related to the collateral of the Series 2021 Bonds that were remitted to the Series 2021 Bondholders.
2. All information contained herein is unaudited and is subject to further adjustment.