# BankUnited

**Page 1 of 4**

P.O. Box 521599    Miami, FL 33152-1599

---

**Statement Date: February 28, 2025**

Account Number: ********0331

## Customer Service Information

 Client Care:    877-779-BANK (2265)

 Web Site:    www.bankunited.com

 Bank Address:    BankUnited
P.O. Box 521599
Miami, FL 33152-1599

>001362 8332448 0001 008229 10Z
THE COLLEGE OF ST ROSE
DEBTOR-IN-POSSESSION CASE # 24-11131
 LOAN PROCEEDS
432 WESTERN AVE
ALBANY NY 12203

---



## Customer Message Center

Please reference Statement Message section for important information regarding new business fees, effective March 1, 2025.

---

## DIP BUSINESS MONEY MARKET  Account ********0331

### Account Summary

| | | | | |
|---|---|---|---|---|
| Statement Balance as of 01/31/2025 | | | | $6,728,096.35 |
| Plus | 0 | Deposits and Other Credits | | $0.00 |
| Less | 9 | Withdrawals, Checks, and Other Debits | | $610,260.91 |
| Less | | Service Charge | | $0.00 |
| Plus | | Interest Paid | | $1,207.27 |
| Statement Balance as of 02/28/2025 | | | | $6,119,042.71 |

### Interest Summary

| | |
|---|---|
| Beginning Interest Rate | 0.25% |
| Interest Paid this Statement Period | $1,207.27 |
| Interest Paid Year to Date | $2,771.30 |
| | |
| Interest Paid Prior Year 2024 | $3,278.95 |
| Interest Withheld Prior Year 2024 | $0.00 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 02/03/2025 | WEB TFR TO ████0430 | $12,122.76 | | $6,715,973.59 |

**BankUnited, N.A.**

**Statement Date: February 28, 2025**

Account Number: ********0331

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------|----------|---------|
| | WEB RF# ████0532 | | | |
| 02/03/2025 | WEB TFR TO ████0430 | $76,731.01 | | $6,639,242.58 |
| | WEB RF# ████0531 | | | |
| 02/05/2025 | WEB TFR TO ████0430 | $241,024.17 | | $6,398,218.41 |
| | WEB RF# ████4244 | | | |
| 02/06/2025 | WEB TFR TO ████0430 | $58,628.51 | | $6,339,589.90 |
| | WEB RF# ████5728 | | | |
| 02/07/2025 | WEB TFR TO ████0430 | $17,595.00 | | $6,321,994.90 |
| | WEB RF# ████7525 | | | |
| 02/12/2025 | WEB TFR TO ████0430 | $30,234.18 | | $6,291,760.72 |
| | WEB RF# ████4219 | | | |
| 02/18/2025 | WEB TFR TO ████0430 | $81,959.69 | | $6,209,801.03 |
| | WEB RF# ████0245 | | | |
| 02/18/2025 | WEB TFR TO ████0430 | $25,311.16 | | $6,184,489.87 |
| | WEB RF# ████1185 | | | |
| 02/20/2025 | WEB TFR TO ████0430 | $66,654.43 | | $6,117,835.44 |
| | WEB RF# ████4860 | | | |
| 02/28/2025 | Interest Paid | | $1,207.27 | $6,119,042.71 |

## Rates By Date

| Date | Rate |
|------|------|
| 02/03 | 0.25% |

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | $6,728,096.35 | 02/06 | $6,339,589.90 | 02/18 | $6,184,489.87 |
| 02/03 | $6,639,242.58 | 02/07 | $6,321,994.90 | 02/20 | $6,117,835.44 |
| 02/05 | $6,398,218.41 | 02/12 | $6,291,760.72 | 02/28 | $6,119,042.71 |

## Other Balances

| | |
|---|---|
| Minimum Balance this Statement Period | $6,117,835.44 |

**BankUnited, N.A.**

 BankUnited

P.O. Box 521599   Miami, FL 33152-1599

Page 3 of 4

**Statement Date: February 28, 2025**

Account Number: ********0331





Effective March 1, 2025, our Business Schedule of Fees will change. New fees can be reviewed at https://www.bankunited.com/docs/default-source/business-documents/business-schedule-of-fees. Analysis items may also be impacted, and all changes will be reflected on your statement. If you have any questions, please contact Client Care at 1-877-779-2265 or your Treasury Solutions Officer. We appreciate your business and look forward to continuing to serve your financial needs.

**BankUnited, N.A.**

**Statement Date: February 28, 2025**
Account Number: ********0331

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?
Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?
Have you checked all additions and subtractions in your checkbook register?
Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.
3. Tell us the dollar amount of the suspected error.
You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.





**BankUnited, N.A.**

# BankUnited

**Page 1 of 3**

P.O. Box 521599   Miami, FL 33152-1599

**Statement Date:** **February 28, 2025**

Account Number: ********0494

## Customer Service Information

>004318 8332439 0001 008229 10Z

THE COLLEGE OF SAINT ROSE
DEBTOR-IN-POSSESSION CASE #24-11131
GOLDEN KNIGHTS KASH
432 WESTERN AVE
ALBANY NY 12203

 Client Care:   877-779-BANK (2265)

 Web Site:   www.bankunited.com

 Bank Address:   BankUnited
P.O. Box 521599
Miami, FL 33152-1599



### Customer Message Center

Please reference Statement Message section for important information regarding new business fees, effective March 1, 2025.

## DIP BUSINESS CHECKING  Account ********0494

### Account Summary

| | | | | |
|---|---|---|---|---|
| Statement Balance as of 01/31/2025 | | | | $99,421.77 |
| Plus | 4 | Deposits and Other Credits | | $376.00 |
| Less | 1 | Withdrawals, Checks, and Other Debits | | $297.00 |
| Less | | Service Charge | | $7.00 |
| Plus | | Interest Paid | | $0.00 |
| Statement Balance as of 02/28/2025 | | | | $99,493.77 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 02/04/2025 | MARSHALL+STERLIN EMPL FEE<br>THECOL141338371<br>THE COLLEGE OF SAINT R | $297.00 | | $99,124.77 |
| 02/13/2025 | MARSHALL+STERLIN DEBCARDTX<br>THECOL141338371<br>THE COLLEGE OF SAINT R | | $18.00 | $99,142.77 |
| 02/20/2025 | NATL STDNT CLEAR CREDITS<br>DV10017808<br>COLLEGE OF SAINT ROSE | | $192.00 | $99,334.77 |
| 02/20/2025 | NATL STDNT CLEAR CREDITS | | $160.00 | $99,494.77 |

**BankUnited, N.A.**

**Statement Date: February 28, 2025**
Account Number: ********0494

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| | TO10041461 COLLEGE OF SAINT ROSE | | | |
| 02/24/2025 | MARSHALL+STERLIN DEBCARDTX THECOL141338371 THE COLLEGE OF SAINT R | | $6.00 | $99,500.77 |
| 02/28/2025 | Service Charge | $7.00 | | $99,493.77 |

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | $99,421.77 | 02/13 | $99,142.77 | 02/24 | $99,500.77 |
| 02/04 | $99,124.77 | 02/20 | $99,494.77 | 02/28 | $99,493.77 |

## Other Balances

| | |
|---|---|
| Minimum Balance this Statement Period | $99,124.77 |



Effective March 1, 2025, our Business Schedule of Fees will change. New fees can be reviewed at https://www.bankunited.com/docs/default-source/business-documents/business-schedule-of-fees. Analysis items may also be impacted, and all changes will be reflected on your statement. If you have any questions, please contact Client Care at 1-877-779-2265 or your Treasury Solutions Officer. We appreciate your business and look forward to continuing to serve your financial needs.



# BankUnited

P.O. Box 521599     Miami, FL 33152-1599

**Page 3 of 3**

**Statement Date:  February 28, 2025**
Account Number:  ********0494

---

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?

Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?

Have you checked all additions and subtractions in your checkbook register?

Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

3. Tell us the dollar amount of the suspected error.

You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.

---



EQUAL HOUSING
LENDER



Member
FDIC

**BankUnited, N.A.**



**BankUnited**

Page 1 of 6

P.O. Box 521599    Miami, FL 33152-1599

**Statement Date: February 28, 2025**

Account Number: ********0430

### Customer Service Information

 Client Care:    877-779-BANK (2265)

 Web Site:    www.bankunited.com

 Bank Address:    BankUnited
P.O. Box 521599
Miami, FL 33152-1599

>000671 8367057 0001 008229 30Z
THE COLLEGE OF SAINT ROSE
DEBTOR-IN-POSSESSION CASE #24-11131
OPERATING ACCOUNT
432 WESTERN AVE
ALBANY NY 12203



### Customer Message Center

Please reference Statement Message section for important information regarding new business fees, effective March 1, 2025.

## DIP BUSINESS CHECKING  Account ********0430

### Account Summary

| Statement Balance as of 01/31/2025 | | | $2,455,828.56 |
|---|---|---|---|
| Plus | 12 | Deposits and Other Credits | $641,798.49 |
| Less | 46 | Withdrawals, Checks, and Other Debits | $1,034,344.99 |
| Less | | Service Charge | $0.00 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 02/28/2025 | | | $2,063,282.06 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 02/03/2025 | WEB TFR FR ████0331 ████0532 WEB RF# ████0532 | | $12,122.76 | $2,467,951.32 |
| 02/03/2025 | WEB TFR FR ████0331 ████0531 WEB RF# ████0531 | | $76,731.01 | $2,544,682.33 |
| 02/03/2025 | CHECK #44954 | $406,785.63 | | $2,137,896.70 |
| 02/03/2025 | CLGSTROSE O 0430 CORP PAY STROSEE02 | $122.76 | | $2,137,773.94 |
| 02/03/2025 | CLGSTROSE O 0430 Inv 3530 | $12,000.00 | | $2,125,773.94 |

**BankUnited, N.A.**

**Page 2 of 6**

**Statement Date: February 28, 2025**
Account Number: ********0430

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| | STROSEE02 | | | |
| 02/03/2025 | CLGSTROSE O 0430 Transfer<br>STROSEE02 | $76,731.01 | | $2,049,042.93 |
| 02/04/2025 | CHECK #44969 | $160.95 | | $2,048,881.98 |
| 02/05/2025 | WEB TFR FR          0331<br>          4244<br>WEB RF#          4244 | | $241,024.17 | $2,289,906.15 |
| 02/05/2025 | OUTGOING DOM WIRE: NOLAN HELLE<br>R KAUFFMAN LLP | $11,926.00 | | $2,277,980.15 |
| 02/05/2025 | CHECK #44965 | $9,973.84 | | $2,268,006.31 |
| 02/05/2025 | CLGSTROSE O 0430 Dec 24 inv<br>STROSEE02 | $145,869.65 | | $2,122,136.66 |
| 02/05/2025 | CLGSTROSE O 0430 Nov 24 Inv<br>STROSEE02 | $82,500.79 | | $2,039,635.87 |
| 02/05/2025 | CLGSTROSE O 0430 CORP PAY<br>STROSEE02 | $727.73 | | $2,038,908.14 |
| 02/06/2025 | WEB TFR FR          0331<br>063026005728<br>WEB RF          5728 | | $58,628.51 | $2,097,536.65 |
| 02/06/2025 | CHECK #44973 | $53.13 | | $2,097,483.52 |
| 02/07/2025 | WEB TFR FR          0331<br>          7525<br>WEB          7525 | | $17,595.00 | $2,115,078.52 |
| 02/07/2025 | RDC Deposit | | $30,437.01 | $2,145,515.53 |
| 02/10/2025 | CHECK #44916 | $700.00 | | $2,144,815.53 |
| 02/10/2025 | CHECK #44967 | $132.72 | | $2,144,682.81 |
| 02/10/2025 | CHECK #44970 | $2,200.00 | | $2,142,482.81 |
| 02/10/2025 | CHECK #44972 | $4,323.05 | | $2,138,159.76 |
| 02/10/2025 | CHECK #44978 | $19,621.19 | | $2,118,538.57 |
| 02/11/2025 | OUTGOING DOM WIRE: WILIMINGTON<br>TRUST | $31,830.00 | | $2,086,708.57 |
| 02/11/2025 | CHECK #44962 | $331.38 | | $2,086,377.19 |
| 02/11/2025 | CHECK #44974 | $4,666.00 | | $2,081,711.19 |
| 02/11/2025 | CHECK #44980 | $4,048.15 | | $2,077,663.04 |
| 02/11/2025 | CHECK #44981 | $357.72 | | $2,077,305.32 |



# BankUnited

P.O. Box 521599   Miami, FL 33152-1599

**Page 3 of 6**

**Statement Date: February 28, 2025**
Account Number: ********0430

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| 02/12/2025 | WEB TFR FR█████0331 ████4219 WEB RF█████4219 | | $30,234.18 | $2,107,539.50 |
| 02/12/2025 | CHECK #44968 | $115.00 | | $2,107,424.50 |
| 02/12/2025 | CHECK #44975 | $2,200.00 | | $2,105,224.50 |
| 02/12/2025 | CHECK #44976 | $2,576.00 | | $2,102,648.50 |
| 02/12/2025 | CHECK #44979 | $705.00 | | $2,101,943.50 |
| 02/12/2025 | CHECK #44983 | $73.25 | | $2,101,870.25 |
| 02/12/2025 | CHECK #44984 | $52.18 | | $2,101,818.07 |
| 02/12/2025 | CHECK #44985 | $50.45 | | $2,101,767.62 |
| 02/12/2025 | CHECK #44986 | $664.81 | | $2,101,102.81 |
| 02/12/2025 | CLGSTROSE O 0430 Q-23285260 STROSEE02 | $30,234.18 | | $2,070,868.63 |
| 02/14/2025 | CHECK #44908 | $50.00 | | $2,070,818.63 |
| 02/14/2025 | CHECK #44977 | $23,577.26 | | $2,047,241.37 |
| 02/14/2025 | CHECK #44982 | $36.50 | | $2,047,204.87 |
| 02/14/2025 | CLGSTROSE O 0430 Transfer STROSEE02 | $81,959.69 | | $1,965,245.18 |
| 02/18/2025 | WEB TFR FR█████0331 ████0245 WEB RF#█████0245 | | $81,959.69 | $2,047,204.87 |
| 02/18/2025 | WEB TFR FR█████0331 ████1185 WEB RF#█████1185 | | $25,311.16 | $2,072,516.03 |
| 02/19/2025 | RDC Deposit | | $981.72 | $2,073,497.75 |
| 02/20/2025 | WEB TFR FR█████0331 ████4860 WEB RF#█████4860 | | $66,654.43 | $2,140,152.18 |
| 02/20/2025 | RDC Deposit | | $118.85 | $2,140,271.03 |
| 02/24/2025 | CHECK #44987 | $17,545.00 | | $2,122,726.03 |
| 02/24/2025 | CHECK #44992 | $250.00 | | $2,122,476.03 |
| 02/24/2025 | CHECK #44994 | $8,600.90 | | $2,113,875.13 |
| 02/24/2025 | CHECK #44997 | $1,295.00 | | $2,112,580.13 |
| 02/25/2025 | CHECK #44990 | $4,207.50 | | $2,108,372.63 |
| 02/25/2025 | CHECK #44991 | $9,586.49 | | $2,098,786.14 |

**BankUnited, N.A.**

Page 4 of 6

**Statement Date:  February 28, 2025**

Account Number:  ********0430

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| 02/26/2025 | CHECK #44995 | $332.00 | | $2,098,454.14 |
| 02/28/2025 | CHECK #44988 | $50.00 | | $2,098,404.14 |
| 02/28/2025 | CHECK #44996 | $36.50 | | $2,098,367.64 |
| 02/28/2025 | CHECK #45000 | $639.79 | | $2,097,727.85 |
| 02/28/2025 | CHECK #45003 | $3,575.84 | | $2,094,152.01 |
| 02/28/2025 | CHECK #45004 | $30,869.95 | | $2,063,282.06 |

## Check Transactions

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|-------:|---------|------|-------:|---------|------|-------:|
| 44908 | 02/14 | $50.00 | 44975 | 02/12 | $2,200.00 | 44987 | 02/24 | $17,545.00 |
| 44916* | 02/10 | $700.00 | 44976 | 02/12 | $2,576.00 | 44988 | 02/28 | $50.00 |
| 44954* | 02/03 | $406,785.63 | 44977 | 02/14 | $23,577.26 | 44990* | 02/25 | $4,207.50 |
| 44962* | 02/11 | $331.38 | 44978 | 02/10 | $19,621.19 | 44991 | 02/25 | $9,586.49 |
| 44965* | 02/05 | $9,973.84 | 44979 | 02/12 | $705.00 | 44992 | 02/24 | $250.00 |
| 44967* | 02/10 | $132.72 | 44980 | 02/11 | $4,048.15 | 44994* | 02/24 | $8,600.90 |
| 44968 | 02/12 | $115.00 | 44981 | 02/11 | $357.72 | 44995 | 02/26 | $332.00 |
| 44969 | 02/04 | $160.95 | 44982 | 02/14 | $36.50 | 44996 | 02/28 | $36.50 |
| 44970 | 02/10 | $2,200.00 | 44983 | 02/12 | $73.25 | 44997 | 02/24 | $1,295.00 |
| 44972* | 02/10 | $4,323.05 | 44984 | 02/12 | $52.18 | 45000* | 02/28 | $639.79 |
| 44973 | 02/06 | $53.13 | 44985 | 02/12 | $50.45 | 45003* | 02/28 | $3,575.84 |
| 44974 | 02/11 | $4,666.00 | 44986 | 02/12 | $664.81 | 45004 | 02/28 | $30,869.95 |

Items denoted with an "*" indicate processed checks out of sequence.

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 01/31 | $2,455,828.56 | 02/07 | $2,145,515.53 | 02/18 | $2,072,516.03 | 02/26 | $2,098,454.14 |
| 02/03 | $2,049,042.93 | 02/10 | $2,118,538.57 | 02/19 | $2,073,497.75 | 02/28 | $2,063,282.06 |
| 02/04 | $2,048,881.98 | 02/11 | $2,077,305.32 | 02/20 | $2,140,271.03 | | |
| 02/05 | $2,038,908.14 | 02/12 | $2,070,868.63 | 02/24 | $2,112,580.13 | | |
| 02/06 | $2,097,483.52 | 02/14 | $1,965,245.18 | 02/25 | $2,098,786.14 | | |

**BankUnited, N.A.**

# BankUnited

**Page 5 of 6**

P.O. Box 521599   Miami, FL 33152-1599

**Statement Date: February 28, 2025**

Account Number: ********0430



## Other Balances

| | |
|---|---|
| Minimum Balance this Statement Period | $1,965,245.18 |



Effective March 1, 2025, our Business Schedule of Fees will change. New fees can be reviewed at https://www.bankunited.com/docs/default-source/business-documents/business-schedule-of-fees. Analysis items may also be impacted, and all changes will be reflected on your statement. If you have any questions, please contact Client Care at 1-877-779-2265 or your Treasury Solutions Officer. We appreciate your business and look forward to continuing to serve your financial needs.

**BankUnited, N.A.**

**Page 6 of 6**

**Statement Date: February 28, 2025**

Account Number: ********0430

---

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?

Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?

Have you checked all additions and subtractions in your checkbook register?

Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.
3. Tell us the dollar amount of the suspected error.

You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.

---





**BankUnited**

00000098



**#44908**       **02/14/2025**       **$50.00**





**#44916**       **02/10/2025**       **$700.00**



00671 8367057 006209 012417 0004/0012

**BankUnited**

00000098



| #44954 | 02/03/2025 | $406,785.63 |





| #44962 | 02/11/2025 | $331.38 |



**BankUnited**

00000098



**#44965**          **02/05/2025**          **$9,973.84**



**#44967**          **02/10/2025**          **$132.72**

**BankUnited**

00000098



**#44968**  **02/12/2025**  **$115.00**





**#44969**  **02/04/2025**  **$160.95**



# BankUnited

00000098



**#44970**        **02/10/2025**        **$2,200.00**





**#44972**        **02/10/2025**        **$4,323.05**



**BankUnited**

00000098



**#44973**                              **02/06/2025**                              **$53.13**



**#44974**                              **02/11/2025**                              **$4,666.00**



**BankUnited**

00000098



**#44975**            **02/12/2025**            **$2,200.00**





**#44976**            **02/12/2025**            **$2,576.00**



**BankUnited**

00000098



**#44977**          **02/14/2025**          **$23,577.26**



**#44978**          **02/10/2025**          **$19,621.19**





00000098





**#44979**          **02/12/2025**          **$705.00**



**#44980**          **02/11/2025**          **$4,048.15**



**BankUnited**

00000098



**#44981**                    **02/11/2025**                    **$357.72**





**#44982**                    **02/14/2025**                    **$36.50**



# BankUnited



**#44983**                    **02/12/2025**                    **$73.25**



**#44984**                    **02/12/2025**                    **$52.18**



**BankUnited**

00000098



**#44985**          **02/12/2025**          **$50.45**



**#44986**          **02/12/2025**          **$664.81**

**BankUnited**

00000098



| #44987 | 02/24/2025 | $17,545.00 |
|---|---|---|





| #44988 | 02/28/2025 | $50.00 |
|---|---|---|



00671 8367057 006215 012429 0010/0012

**BankUnited**

00000098



**#44990**              **02/25/2025**              **$4,207.50**





**#44991**              **02/25/2025**              **$9,586.49**





00000098



**#44992**          **02/24/2025**          **$250.00**



**#44994**          **02/24/2025**          **$8,600.90**





**BankUnited**

00000098



| #44995 | 02/26/2025 | $332.00 |
|---|---|---|





| #44996 | 02/28/2025 | $36.50 |
|---|---|---|





00000098

**#44997**          **02/24/2025**          **$1,295.00**



**#45000**          **02/28/2025**          **$639.79**



**BankUnited**



**#45003**          **02/28/2025**          **$3,575.84**





**#45004**          **02/28/2025**          **$30,869.95**



**Broadview**
Federal Credit Union
700 Patroon Creek Blvd.
Albany, NY 12206
800-525-9040
www.broadviewfcu.com

Member Number: 694100
Statement Period: 02/01/2025 through 02/28/2025
Page: 1 of 1

We just lowered rates on our
Home Equity Line of Credit.
Learn more at broadviewfcu.com/heloc

Broadview is an Equal Housing Lender

THE COLLEGE OF SAINT ROSE DEBTOR-IN-POSS
432 WESTERN AVE
ALBANY NY 12203

## SUMMARY OF DEPOSIT ACCOUNTS

| Acct | Beginning Balance | Deposits | Withdrawals | Ending Balance | Dividends For Period | Dividends YTD |
|------|-------------------|----------|-------------|----------------|----------------------|---------------|
| x4136 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| x1542 | 80,382.24 | 0.00 | 0.00 | 80,389.64 | 7.40 | 16.38 |
| TOTAL | 80,382.24 | 0.00 | 0.00 | 80,389.64 | 7.40 | 16.38 |
| YTD Dividends: | | | | $16.38 | | |

### FREE CHECKING - ████4136

| Date | Transaction Description | Transaction Amount | Balance |
|------|-------------------------|--------------------|---------|
| | **Previous Balance** | | **$0.00** |
| | Annual Percentage Yield Earned: 0.00% | | |
| | For the period from 02/01 through 02/28 | | |
| | **New Balance** | **$0.00** | |
| | Dividends YTD: | $0.00 | |
| | Average Daily Balance: | $0.00 | |

### PRIMARY SAVINGS - ████1542

| Date | Transaction Description | Transaction Amount | Balance |
|------|-------------------------|--------------------|---------|
| | **Previous Balance** | | **$80,382.24** |
| 02/28 | Dividend Credit | 7.40 | 80,389.64 |
| | Annual Percentage Yield Earned: 0.12% | | |
| | For the period from 02/01 through 02/28 | | |
| | **New Balance** | **$80,389.64** | |
| | Dividends YTD: | $16.38 | |
| | Average Daily Balance: | $80,382.24 | |

To verify pre-authorized transfers or to notify us of suspected errors in your statement, direct your inquiries to Broadview Federal Credit Union at the address or telephone number listed on the top of this statement.



# Account Balance Cross Reference

## Report Description

Run Date: 03-Mar-2025  |  Data as of: 28-Feb-2025

Includes an account summary, account information, and account balances. Please note - If you have modified the Standard Report, the report description may no longer be accurate.

## Report Criteria

| | |
|---|---|
| Balance Date Hist | Equals: 28-Feb-2025 |
| Account # | Equals: 674441082 |
| Grouped by | N/A |
| Sorted by | N/A |

# Account Balance Cross Reference

Run Date: 03-Mar-2025 | Data as of: 28-Feb-2025

| Account # | Balance Date Hist | FBSI Short Name | Custom Short Name | Primary Account Holder | Reg Type | Reg Type Code | Account Source |
|---|---|---|---|---|---|---|---|
| ▮1082 | 28-Feb-2025 | THECOLLEGE | -- | THE COLLEGE OF SAINT ROSE | Corporation (CP) | CP | Fidelity Brokerage |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.


Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.


Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.


AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.


Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.


Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025 | Data as of: 28-Feb-2025

| Registration and Address | | Option Agreement Status | Option Level | Established Date | Dividend/Capital Gains |
|---|---|---|---|---|---|
| THE COLLEGE OF SAINT ROSE SHORT TERM FUND 432 WESTERN AVE ALBANY | NY 12203-1400 | No papers | -- | 07-Oct-2008 | Hold in Account |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended
to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.

Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies
and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to
as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational
purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025 | Data as of: 28-Feb-2025

| Margin Agreement Status | Regulatory Account Value Hist | Cash Market Value (TD) Hist | Primary Core/Sweep Hist | Core Sweep/Fund | Available to Withdraw - Cash Only Hist |
|---|---|---|---|---|---|
| -- | 2,685,420.55 | .00 | 2,685,420.55 | SPAXX | .00 |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.


Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.


Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.


AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.


Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.


Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.
©2022 FMR LLC. All rights reserved.
888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025  |  Data as of: 28-Feb-2025

| Margin Market Value (MM) Hist | Short Market Value (MM) Hist | Cash Only Available to Trade Hist | YTD Contributions Hist | YTD Grants Hist | YTD Miscellaneous Hist | Giving Account Hist |
|---|---|---|---|---|---|---|
| .00 | .00 | 2,685,420.55 | -- | -- | -- | -- |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.

Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025  |  Data as of: 28-Feb-2025

| Matching Account Hist | Total Account Value Hist | Face Amount Hist | Death Benefit Amount Hist | Policy Account Value Hist | Cash Surrender Value Hist | Liquidity Value Hist |
|---|---|---|---|---|---|---|
| -- | 2,685,420.55 | -- | -- | -- | -- | -- |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.


Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.


Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.


AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.


Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.


Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

# Account Balance Cross Reference

Run Date: 03-Mar-2025  |  Data as of: 28-Feb-2025

| Loan Balance Hist | Insurance Company Assets Hist | Annuity Income Value Hist | Benchmark % Hist | Div/Int Credit/Debit (TD) Hist | Cash Credit/Debit (TD) Hist |
|---|---|---|---|---|---|
| -- | -- | -- | -- | .00 | .00 |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.

Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

# Account Balance Cross Reference

Run Date: 03-Mar-2025  |  Data as of: 28-Feb-2025

| DVP/RVP Credit/Debit (TD) Hist | Margin Credit/Debit (TD) Hist | Partially Called Bond Credit/Debit Hist | Short Credit/Debit (TD) Hist | Unsettled Net Credit/Debit Hist |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended
to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.

Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies
and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to
as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational
purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.
Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.
Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.
Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.
©2022 FMR LLC. All rights reserved.
888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025  |  Data as of: 28-Feb-2025

| Available to Withdraw - Cash and Margin Hist | DVP/RVP Market Value (TD) Hist | Borrow Fully Paid Market Value (TD) Hist | Non-Usable Securities Market Value Hist |
|---|---|---|---|
| .00 | .00 | .00 | .00 |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.


Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.


Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.


AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.


Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.


Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

# Account Balance Cross Reference

Run Date: 03-Mar-2025 | Data as of: 28-Feb-2025

| Partially Called Bonds Mkt Value Hist | Usable Securities Market Value Hist | Income Amount (Current) | Principal Amount (Current) | Options Securities Market Value Hist |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.

Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025 | Data as of: 28-Feb-2025

| Options in the Money Hist | Available to Borrow Hist | Corporates Buying Power Hist | Day Trade Buying Power Hist | Governments Buying Power Hist | Margin Buying Power Hist |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | .00 |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.

Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025 | Data as of: 28-Feb-2025

| Margin Eligible Buying Power Hist | Non-Margin Eligible Buying Power Hist | Municipals Buying Power Hist | House Call/Surplus | House Call/Surplus (MM) | House Option Requirements |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | .00 |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.

Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.

Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.

AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.

Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.

Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0

## Account Balance Cross Reference

Run Date: 03-Mar-2025 | Data as of: 28-Feb-2025

| Total Securities Market Value (TD) Hist | Agency | MMKT Fund Designation | MMKT Acct Designation | RR2 | Primary G# | Primary G# Advisor |
|---|---|---|---|---|---|---|
| 2,685,420.55 | -- | Government | Institutional | -- | G11657915 | GRAYPOINT LLC |

For investment professional use only. Not authorized for distribution to the public as sales material in any form.

WealthscapeSM is a service mark of FMR LLC.

Fidelity is providing this content/report as service to your firm. You are responsible for evaluating your own practice and making appropriate decisions for your firm.

Those decisions may be based on these and other factors you deem relevant. This Report is not meant to be exhaustive of all possible options you may consider.

You are responsible for ensuring that your use of the content/report meets applicable regulatory guidelines including but not limited to guidance related to consolidated reports.

This is not a substitute for brokerage account statements.


Please note cash activity is reported as of settlement date while any market values are reported as of trade date.

The content provided herein is general in nature and is for informational purposes only. This information is not individualized and is not intended

to serve as the primary or sole basis for your decisions as there may be other factors you should consider.

Fidelity Institutional®(FI) does not provide financial or investment advice. You should conduct your own due diligence and analysis based on your specific needs.


Third party marks are the property of their respective owners; all other marks are the property of FMR LLC. Third parties referenced herein are independent companies

and are not affiliated with Fidelity Investments. Listing them does not suggest a recommendation or endorsement by Fidelity Investments.


AI (Accrued Interest) - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. There is no guarantee that AI will be paid by the issuer.


Assets Held-Away

The information for assets not held or custodied by National Financial Services LLC (NFS) and Fidelity Brokerage Services LLC (FBS) (together ''Fidelity'') and which may be referred to

as ''Assets Held-Away'', ''Held-Away Assets'', ''Held-Away Accounts'' or ''Other Away Assets'' (hereinafter referred to as ''Assets Held-Away'') is included for informational

purposes only and may reflect assets held at various custodians. Assets Held-Away are not part of the brokerage account at Fidelity and may not be covered by SIPC.

Fidelity is not able to verify the existence of Assets Held-Away or the accuracy or timeliness of the positions or prices reported.

Prices shown do not necessarily reflect the actual current market prices. As a result, such information should not be relied upon for tax reporting or other purposes.

Gain/loss information, Total Closing Value, Total Client Value, and/or Total Portfolio Value may include Assets Held-Away.


Fidelity Institutional®(FI) provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

©2022 FMR LLC. All rights reserved.

888384.2.0



# Key Private Bank

KeyBank National Association
OH-01-27-1242
127 Public Square
Cleveland OH 44114

DEBRA LEE POLLEY
THE COLLEGE OF ST ROSE
432 WESTERN AVE
ALBANY NY 12203

KEYBANK NATIONAL ASSOCIATION  INVESTMENT MANAGER FOR  COLLEGE OF SAINT
ROSE CGA PROGRAM  UNDER AGREEMENT DATED 11/17/2017

## *Account Statement*

COLG ST ROSE CGA DIP CASE ▮1131 M/AG    2157430
February 01, 2025 - February 28, 2025

## Investment Snapshot

| | |
|---|---|
| **Total Value on 02/28** | **$83,424.83** |
| Total Value on 02/01 | $82,763.36 |
| Dollar Change this Period | $661.47 |

# How to Contact Us:

**RELATIONSHIP MANAGER**
SUSAN M ZONGRONE
518-257-8744
susan_m_zongrone@keybank.com

**FIDUCIARY**
JENNIFER L HEBEBRAND
216-471-2128
jennifer_l_hebebrand@keybank.com

**INVESTMENTS**
CASEY BATTLES
518-257-8768
FAX: 518-257-8765
casey_battles@keybank.com

**VIEW YOUR STATEMENT ONLINE**    Contact us for details

**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE■1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Table of Contents

| | |
|---|---|
| **Holdings Summary** | 3 |
| **Activity Summary** | 3 |
| **Income Summary** | 4 |
| **Realized Gain/Loss Summary** | 4 |
| **Holdings Detail - Principal Assets** | 5 |
| **Holdings Detail - Income Assets** | 10 |
| **Transaction Summary** | 11 |
| **Transaction Detail** | 12 |
| **Realized Gain/Loss from Sales** | 14 |
| **Account Statement Disclosures** | 15 |
| **Account Statement Disclosures** | 18 |
| **Account Statement Disclosures** | 19 |

**Investment Management and Trust Wire Terms and Conditions**
Each time you use the Wire Transfer Service, you will be legally bound to the Investment Management and Trust Terms and Conditions of Wire Transfers. Please refer to the key.com/kpbwiretransfer site for the current version of the Investment Management and Trust Terms and Conditions of Wire Transfers.

**2157430.2     COLL OF ST ROSE CGA PM DIP M/AG PRI USD**

The current investment objective of this account is Growth/Income. This objective is for investors who desire moderate growth with a secondary provision for income. Should you have any questions regarding the objective for the account please contact one of your team members listed on the front page of this statement.


**Key Private Bank**

## Account Statement

COLG ST ROSE CGA DIP CASE███131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Holdings Summary

Base Currency: USD

| | Value on 02/01 | Value on 02/28 | Estimated Annual Income | Unrealized Gain/Loss Tax Cost |
|---|---|---|---|---|
| **Principal Holdings** | | | | |
| Equity | 47,890.45 | 47,588.93 | 676.55 | 11,249.08 |
| Fixed Income | 24,631.33 | 25,126.05 | 1,261.19 | -990.72 |
| Real Assets | 4,060.06 | 4,067.18 | 92.80 | 149.99 |
| Alternative | 4,166.31 | 4,167.99 | 75.36 | 304.97 |
| Cash and Cash Equivalents | 1,995.04 | 1,737.34 | 74.20 | 0.00 |
| **Total Principal Holdings** | **82,743.19** | **82,687.49** | **2,180.10** | **10,713.32** |
| **Income Holdings** | | | | |
| Cash and Cash Equivalents | 20.17 | 737.34 | 31.49 | 0.00 |
| **Total Income Holdings** | **20.17** | **737.34** | **31.49** | **0.00** |
| **Total Holdings** | **$82,763.36** | **$83,424.83** | **$2,211.59** | **$10,713.32** |
| | | | | |
| **Accrued Income** | | | | |
| Principal Holdings | 1.86 | 6.64 | | |
| Income Holdings | 0.00 | 1.73 | | |
| **Total Accrued Income** | **1.86** | **8.37** | | |
| | | | | |
| **Total Holdings with Accrued Income** | **$82,765.22** | **$83,433.20** | **$2,211.59** | **$10,713.32** |

### Asset Allocation

CASH AND CASH EQUIVALENTS 2.1%
ALTERNATIVE 5.04%
REAL ASSETS 4.92%
FIXED INCOME 30.39%
EQUITY 57.55%

## Activity Summary

| | |
|---|---|
| Total Value on 02/01 | $82,763.36 |
| Administrative Expenses | -500.00 |
| Cash and Securities Transferred In | 856.25 |
| Dividends, Interest and Other Income | 103.22 |
| Net Change In Market Value of Securities | 202.00 |
| Total Value on 02/28 | $83,424.83 |


**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE ▉ 1131 M/AG    2157430
February 01, 2025 - February 28, 2025

## Income Summary

| Taxable | This Period | Year-to-date |
|---|---|---|
| TAXABLE INTEREST | 103.22 | 228.25 |
| **Total Taxable** | **103.22** | **228.25** |
| **Total Income Summary** | **$103.22** | **$228.25** |

**The Income Summary is for informational purposes only and should not be used for tax reporting purposes.** The information provided is preliminary and may be subject to change. Some income may be incorrectly categorized between taxable and tax exempt. KeyBank's separate tax reporting documents and systems are accurately reporting the income. Please consult with your tax advisor on how this may impact your tax planning and reporting.
*Dividends includes short term capital gain dividends.

## Realized Gain/Loss Summary

| Short Term | This Period | Year-to-date |
|---|---|---|
| GAIN/LOSS FROM SALES/MATURITIES | 0.00 | -10.23 |
| **Total Short Term** | **0.00** | **-10.23** |
| **Long Term** | | |
| GAIN/LOSS FROM SALES/MATURITIES | 0.00 | 577.72 |
| **Total Long Term** | **0.00** | **577.72** |

**The Realized Gain/Loss Summary is for informational purposes only and should not be used for tax reporting purposes.** The information provided is preliminary and may be subject to change. Gain/loss information reported on common funds may not reflect all accrued gain/loss basis adjustments. Gain/loss information will not be reported for limited partnerships and may not be accurately reflected for other alternative securities. Please refer to the disclosure listed in the back of the statement for more detail about limited partnerships and alternative holdings.
*Does not include short term capital gain dividends.


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE ▇1131 M/AG ▇7430
February 01, 2025 - February 28, 2025

## Holdings Detail - Principal Assets

Base Currency: USD

### Equity

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** | | | | | | | | |
| INVESCO S&P 500 EQUAL WEIGHT EXCHANGE-TRADED FUND RSP | 39.0000 | 180.180 | 7,027.02 | 113.13 | 4,412.18 | 2,614.84 | 103.66 | 1.48% |
| ISHARES CORE S&P 500 ETF CLOSED-END FUND IVV | 17.0000 | 597.040 | 10,149.68 | 459.72 | 7,815.23 | 2,334.45 | 129.97 | 1.28% |
| ISHARES MSCI USA QUALITY FACTOR EXCHANGE-TRADED FUND QUAL | 65.0000 | 181.570 | 11,802.05 | 129.95 | 8,446.48 | 3,355.57 | 117.72 | 1.00% |
| PRINCIPAL MIDCAP FUND OPEN-END FUND CL R-6 PMAQX | 71.0560 | 46.390 | 3,296.29 | 25.86 | 1,837.62 | 1,458.67 | 6.47 | 0.20% |
| UNDISCOVERED MGRS BEHAVR VALUE FUND OPEN-END FUND INSTL CL UBVLX | 37.7790 | 83.690 | 3,161.72 | 67.27 | 2,541.50 | 620.22 | 59.62 | 1.89% |
| **Total Mutual Funds** | | | **35,436.76** | | **25,053.01** | **10,383.75** | **417.44** | **1.18%** |
| **Non-US Mutual Funds** | | | | | | | | |
| GOLDMAN SACHS INTL EQUITY INSIGHTS FUND OPEN-END FUND INSTL CL GCIIX | 273.6690 | 15.090 | 4,129.67 | 13.62 | 3,727.59 | 402.08 | 94.42 | 2.29% |


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE █1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Holdings Detail - Principal Assets (Continued)

Base Currency: USD

### Equity

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| GQG PARTNERS EMERGING MKTS EQUITY OPEN-END FUND INSTL CL GQGIX | 116.6150 | 15.960 | 1,861.18 | 15.36 | 1,791.21 | 69.97 | 32.89 | 1.77% |
| ISHARES CORE MSCI EAFE ETF CLOSED-END FUND IEFA | 35.0000 | 75.380 | 2,638.30 | 68.18 | 2,386.37 | 251.93 | 85.40 | 3.24% |
| JOHCM INTERNATIONAL SELECT OPEN-END FUND CL I JOHIX | 81.2250 | 23.760 | 1,929.91 | 23.76 | 1,930.25 | -0.34 | 31.68 | 1.64% |
| RBC EMERGING MARKETS EQUITY FUND OPEN-END FUND CL I REEIX | 119.6930 | 13.310 | 1,593.11 | 12.13 | 1,451.42 | 141.69 | 14.72 | 0.92% |
| **Total Non-US Mutual Funds** | | | **12,152.17** | | **11,286.84** | **865.33** | **259.11** | **2.13%** |
| **Total Equity** | | | **47,588.93** | | **36,339.85** | **11,249.08** | **676.55** | **1.42%** |

### Fixed Income

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** | | | | | | | | |
| GUGGENHEIM TOTAL RETURN BOND FUND OPEN-END FUND INSTL CL GIBIX | 262.1180 | 23.980 | 6,285.59 | 24.34 | 6,381.24 | -95.65 | 293.57 | 4.67% |



**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE█1131 M/AG    2157430
February 01, 2025 - February 28, 2025

## Holdings Detail - Principal Assets (Continued)

Base Currency: USD

### Fixed Income

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| JPMORGAN CORE BOND FUND OPEN-END FUND CL I WOBDX | 606.8590 | 10.330 | 6,268.85 | 10.18 | 6,177.83 | 91.02 | 229.39 | 3.66% |
| METROPOLITAN WEST T/R BOND FD OPEN-END FUND CL I MWTIX | 553.9060 | 9.110 | 5,046.08 | 9.68 | 5,362.54 | -316.46 | 221.01 | 4.38% |
| PIMCO MORTGAGE OPPORTUNITIES & BOND FD OPEN-END FUND INSTL CL PMZIX | 667.5460 | 9.350 | 6,241.56 | 10.16 | 6,784.55 | -542.99 | 465.95 | 7.47% |
| VANGUARD LONG-TERM TREASURY FUND OPEN-END FUND ADM CL VUSUX | 154.8820 | 8.290 | 1,283.97 | 9.11 | 1,410.61 | -126.64 | 51.27 | 3.99% |
| **Total  Mutual Funds** | | | **25,126.05** | | **26,116.77** | **-990.72** | **1,261.19** | **5.02%** |
| **Total  Fixed Income** | | | **25,126.05** | | **26,116.77** | **-990.72** | **1,261.19** | **5.02%** |

### Real Assets

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Commodities** | | | | | | | | |
| ISHARES GOLD TRUST EXCHANGE-TRADED FUND IAU | 20.0000 | 53.870 | 1,077.40 | 34.46 | 689.20 | 388.20 | 0.00 | 0.00% |
| **Total  Commodities** | | | **1,077.40** | | **689.20** | **388.20** | **0.00** | **0.00%** |
| **Other Real Assets** | | | | | | | | |


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE ▮1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Holdings Detail - Principal Assets (Continued)

Base Currency: USD

### Real Assets

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| ISHARES BARCLAYS TIPS BOND FUND CLOSED-END FUND TIP | 7.0000 | 110.340 | 772.38 | 126.74 | 887.16 | -114.78 | 18.80 | 2.43% |
| **Total Other Real Assets** | | | **772.38** | | **887.16** | **-114.78** | **18.80** | **2.43%** |
| **Infrastructure Fund** | | | | | | | | |
| LAZARD GLOBAL LISTED INFRASTR PT OPEN-END FUND INSTL CL GLIFX | 79.1580 | 16.380 | 1,296.61 | 15.55 | 1,230.52 | 66.09 | 41.08 | 3.17% |
| **Total Infrastructure Fund** | | | **1,296.61** | | **1,230.52** | **66.09** | **41.08** | **3.17%** |
| **Natural Resources** | | | | | | | | |
| GMO RESOURCES FUND OPEN-END FUND CL R6 GAAHX | 52.9190 | 17.400 | 920.79 | 20.98 | 1,110.31 | -189.52 | 32.92 | 3.58% |
| **Total Natural Resources** | | | **920.79** | | **1,110.31** | **-189.52** | **32.92** | **3.58%** |
| **Total Real Assets** | | | **4,067.18** | | **3,917.19** | **149.99** | **92.80** | **2.28%** |

### Alternative

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** | | | | | | | | |
| BLACKROCK SYSTEMATIC MULTI-STRAT OPEN-END FUND INSTL CL BIMBX | 102.1260 | 10.420 | 1,064.15 | 9.88 | 1,009.41 | 54.74 | 42.08 | 3.95% |


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE█1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Holdings Detail - Principal Assets (Continued)

Base Currency: USD

### Alternative

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| JPMORGAN HEDGED EQUITY FUND OPEN-END FUND CL I JHEQX | 30.8510 | 33.430 | 1,031.35 | 23.84 | 735.43 | 295.92 | 9.87 | 0.96% |
| MERGER FUND OPEN-END FUND INSTL CL MERIX | 61.1220 | 17.260 | 1,054.97 | 17.16 | 1,048.76 | 6.21 | 23.41 | 2.22% |
| PIMCO TRENDS MANAGED FUTURES STRATEGY FD OPEN-END FUND INSTL CL PQTIX | 101.7520 | 10.000 | 1,017.52 | 10.51 | 1,069.42 | -51.90 | 0.00 | 0.00% |
| **Total  Mutual Funds** | | | **4,167.99** | | **3,863.02** | **304.97** | **75.36** | **1.81%** |
| **Total  Alternative** | | | **4,167.99** | | **3,863.02** | **304.97** | **75.36** | **1.81%** |

### Cash and Cash Equivalents

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Money Market Funds** | | | | | | | | |
| KEYBANK DEPOSIT SWEEP INSTITUTIONAL SHARES KEYBKDEP01 | 1,737.3400 | 1.000 | 1,737.34 | 1.00 | 1,737.34 | 0.00 | 74.20 | 4.27% |
| **Total  Money Market Funds** | | | **1,737.34** | | **1,737.34** | **0.00** | **74.20** | **4.27%** |
| **Total  Cash and Cash Equivalents** | | | **1,737.34** | | **1,737.34** | **0.00** | **74.20** | **4.27%** |
| **Total  Principal Holdings** | | | **82,687.49** | | **71,974.17** | **10,713.32** | **2,180.10** | **2.64%** |


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE█1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Holdings Detail - Income Assets

Base Currency: USD

### Cash and Cash Equivalents

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Money Market Funds** | | | | | | | | |
| KEYBANK DEPOSIT SWEEP INSTITUTIONAL SHARES KEYBKDEP01 | 737.3400 | 1.000 | 737.34 | 1.00 | 737.34 | 0.00 | 31.49 | 4.27% |
| **Total  Money Market Funds** | | | **737.34** | | **737.34** | **0.00** | **31.49** | **4.27%** |
| **Total  Cash and Cash Equivalents** | | | **737.34** | | **737.34** | **0.00** | **31.49** | **4.27%** |
| **Total  Income Holdings** | | | **737.34** | | **737.34** | **0.00** | **31.49** | **4.27%** |
| **Total Holdings** | | | **$83,424.83** | | **$72,711.51** | **$10,713.32** | **$2,211.59** | **2.65%** |
| **Accrued Income** | | | | | | | | |
| Principal Holdings | | | 6.64 | | 6.64 | | | |
| Income  Holdings | | | 1.73 | | 1.73 | | | |
| **Total Accrued Income** | | | **8.37** | | **8.37** | | | |
| **Total Holdings with Accrued Income** | | | | | | | | |
| | | | **$83,433.20** | | **$72,719.88** | | **$2,211.59** | |



**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE █1131 M/AG    2157430
February 01, 2025 - February 28, 2025

## Transaction Summary

Base Currency: USD

| | Income Cash | Principal Cash | Tax Cost |
|---|---|---|---|
| **Beginning Balance on   02/01** | 0.00 | 0.00 | 72,252.04 |
| **Cash Transactions** | | | |
| **Cash Transactions-Receipts** | | | |
| ACI SALES | 0.00 | 500.00 | -500.00 |
| OTHER RECEIPTS | 613.95 | 242.30 | 0.00 |
| TAXABLE INTEREST | 103.22 | 0.00 | 0.00 |
| **Total  Cash Transactions-Receipts** | **717.17** | **742.30** | **-500.00** |
| | | | |
| **Cash Transactions-Disbursements** | | | |
| ACI PURCHASES | -717.17 | -242.30 | 959.47 |
| FEES AND EXPENSES | 0.00 | -500.00 | 0.00 |
| **Total  Cash Transactions-Disbursements** | **-717.17** | **-742.30** | **959.47** |
| | | | |
| **Ending Balance on   02/28** | **$0.00** | **$0.00** | **$72,711.51** |


**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE███1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Transaction Detail

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|---|---|---|---|---|
| **Beginning balance on** | **02/01** | **0.00** | **0.00** | **72,252.04** |
| 02/03 | INTEREST<br>KEYBANK DEPOSIT SWEEP<br>INSTITUTIONAL SHARES<br>REC DT 02/01/2025 PAY DT 02/01/2025 | 1.86 | | |
| 02/03 | MUTUAL FUNDS - REGULAR INTEREST<br>262.118 SHARES @ 0.09701737<br>GUGGENHEIM TOTAL RETURN BOND FUND $0.757<br>REC DT 01/31/2025 PAY DT 01/31/2025 | 25.43 | | |
| 02/03 | MUTUAL FUNDS - REGULAR INTEREST<br>553.906 SHARES @ 0.02498619<br>METROPOLITAN WEST T/R BOND FD $0.143<br>REC DT 01/31/2025 PAY DT 01/31/2025 | 13.84 | | |
| 02/03 | MUTUAL FUNDS - REGULAR INTEREST<br>667.546 SHARES @ 0.05776381<br>PIMCO MORTGAGE OPPTYS & BOND FUND $0.588<br>REC DT 01/31/2025 PAY DT 01/31/2025 | 38.56 | | |
| 02/03 | MUTUAL FUNDS - REGULAR INTEREST<br>154.882 SHARES @ 0.02853785<br>VANGUARD LONG-TERM TREASURY FUND $0.346<br>REC DT 01/31/2025 PAY DT 01/31/2025 | 4.42 | | |
| 02/07 | STOP PAYMENT ON CHECK<br>STOP PAYMENT CHECK #21644909 DTD 9/30/2024 PAYABLE TO<br>ALAN C SCHICK | 613.95 | | |
| 02/07 | STOP PAYMENT ON CHECK<br>STOP PAYMENT CHECK #21644909 DTD 9/30/2024 PAYABLE TO<br>ALAN C SCHICK | | 242.30 | |
| 02/20 | FEES BY DEDUCTION FOR SERVICES PROVIDED<br>FOR THE PERIOD 12/31/2024 TO 01/31/2025 | | -500.00 | |


**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE█1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|-------------|----------------|----------|
| 02/27 | MUTUAL FUNDS - REGULAR INTEREST<br>606.859 SHARES @ 0.03149002<br>JPMORGAN CORE BOND FUND $0.320<br>REC DT 02/25/2025 PAY DT 02/27/2025 | 19.11 | | |
| Various | SWEEP PURCHASE<br>CONSOLIDATED STATEMENT OF ACTIVITY<br>717.1700 UNITS<br>KEYBANK DEPOSIT SWEEP | -717.17 | | 717.17 |
| Various | SWEEP PURCHASE<br>CONSOLIDATED STATEMENT OF ACTIVITY<br>242.3000 UNITS<br>KEYBANK DEPOSIT SWEEP | | -242.30 | 242.30 |
| Various | SWEEP REDEMPTION<br>CONSOLIDATED STATEMENT OF ACTIVITY<br>-500.0000 UNITS<br>KEYBANK DEPOSIT SWEEP | | 500.00 | -500.00 |
| **Ending balance on  02/28** | | **$0.00** | **$0.00** | **$72,711.51** |

**The amounts displayed in the Transaction Detail are for informational purposes only and should not be used for tax reporting purposes**  Certain explanations relating to the Gross Amount and Non-Resident Tax Withholding of non-US securities may be referencing local currency rather than US dollars.  The Income Received column reflects the value in US dollars.



**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE ▮1131 M/AG    2157430
February 01, 2025  - February 28, 2025

## Realized Gain/Loss from Sales                                    Base Currency: USD

| Description | Settle Date | Trade Date | Units Sold | Proceeds | Tax Cost | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|
| **Total Realized Gain/Loss from Sales** | | | | $0.00 | $0.00 | $0.00 | $0.00 |

**The Realized Gain/Loss from Sales schedule is for informational purposes only and should not be used for tax reporting purposes**  The information provided is preliminary and may be subject to change.  This schedule does not include the impact of any taxable corporate action activity.  Gain/loss information reported on common funds may not reflect all account gain/loss basis adjustments.  Gain/loss information will not be reported for limited partnerships and may not be accurately reflected for other alternative securities.  Please refer to the disclosure listed in the back of the statement for more detail about limited partnerships and alternative holdings.


**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE ▮1131 M/AG   2157430
February 01, 2025 - February 28, 2025

# Account Statement Disclosures

## Statement Content Information

**The values shown throughout this statement are for informational purposes only and should not be used for tax reporting purposes and should not be relied upon for investment and financial decisions.** The information reported is to provide detail of the financial transactions during the period reflected in this statement. The information provided for income and gain/loss reporting is preliminary. As a result, some detail may not be available at the time of the transaction, it does not take into effect the impact of any tax laws and therefore is subject to change. KeyBank's separate tax reporting documents and systems are accurately reporting income and the gain/loss information. Please contact your Relationship Team listed on the front of this statement to discuss any questions related to information provided in this statement.

## Realized Gain/Loss Reporting for Limited Partnerships and Alternative Holdings

Gain/loss information will not be reported and/or may not be accurately reflected for limited partnerships and other alternative securities. The tax cost basis reported on the statement should not be used for tax reporting or any purposes other than general information. Partnerships will provide detailed gain/loss information and tax cost basis upon final audit which is generally the first quarter of the following year but may vary by issuer. As a result, KeyBank does not report realized gain/loss on limited partnerships and alternative assets on statements. Please consult with your tax advisor on how these assets impact your tax planning and reporting.

## Transaction Schedules - Tax Cost

The "Tax Cost" column includes the adjusted basis of both the principal and income assets for each transaction description. For the tax cost of any individual asset, refer to the "Holdings Detail - Principal Assets" or the "Holdings Detail - Income Assets".

## Tax Reporting on Option and Similar Contracts

This statement does not include tax transaction reporting of individual settlements of options and similar contracts. This information is available through your Relationship Team listed on the first page of the statement. Key Private Bank's detailed tax information letter provides comprehensive tax and gain/loss information for the account, including reporting on options and similar contracts.

## Market Value

For securities traded on a major exchange, market values are priced as of the statement date as provided by various pricing services. The method and frequency of pricing assets not traded on a major exchange varies depending on the type of asset; therefore, the price shown on your statement may not be a current value as of the statement date.

## Fair Value Measurements and Disclosure

It is the responsibility of the client to review values contained in this statement consistent with Fair Value Measurement and Disclosure Requirements prior to their use for financial reporting purposes.

## Automated Cash Investment

All uninvested cash balances are swept to zero at the end of each day and are invested in a short-term investment vehicle for users of proprietary automated cash management funds. For users of non-proprietary cash management funds, uninvested cash balances are swept to zero as of the fund's trading cut-off time and are invested in the short-term investment vehicle. Some users will have the KeyBank Deposit Sweep as their short-term investment vehicle. The KeyBank Deposit Sweep is a KeyBank National Association account. There is no additional fee for the sweep service, and the account is subject to FDIC coverage and is also subject to additional collateral requirements under applicable law.

## Holdings and Activity Disclosure

**The information contained in this statement is a true and accurate business record of your account holdings and activity. Any other representation or report derived from this information is illustrative only and cannot be relied upon for account history or future performance.**

**The amounts displayed in the Holdings Detail are for informational purposes only and should not be used for tax reporting purposes.** The amounts provided for Estimated Annual Income and Current Yield project an estimate and should not be relied upon for making investment and financial decisions. Estimated Annual Income, Accrued Income and Current Yield will reflect 0.00 for discounted securities. Estimated Annual Income and Current Yield for variable rate securities is based on the annual income rate in lieu of the periodic payment factor. Historical results may not predict future income rates. Holdings that contain an Acquisition Date of 02/22/79 and a Book Value/Tax Cost of $1.01 indicate "Unknown" values. Unrealized Gain/loss information may not be accurately reflected for common funds, limited partnerships and other alternative securities. Please refer to the disclosure listed in the back of the statement for more detail about limited partnerships and alternative holdings. Please contact your Relationship Team listed on the front of this statement to discuss any questions related to information provided in this statement.

## Pricing of Unique and Thinly-traded Assets

This account may contain one or more assets that are not exchanged or traded or readily valued in an established market. Key will use its best efforts to obtain periodically updated fair market values of these assets or it will assign values to individual assets consistent with Key's Valuation Guidelines. Key may accept values it is directed to accept by an empowered party provided those values are consistent with applicable law and Key's regulatory reporting requirements. Because these values are used to calculate fees, you should review these values periodically. Contact your Relationship Team listed on the first page of your statement for an explanation of how any value was determined.


**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE ▮1131 M/AG    2157430
February 01, 2025 - February 28, 2025

## Account Statement Disclosures

**Regarding Investment in Non-Proprietary Mutual Funds**

Your account (the "Account") may be invested in mutual funds for which neither KeyBank National Association nor any of its affiliates or subsidiaries ("Key") serves as an investment adviser, fund manager, or distributor.  Key may provide shareholder servicing, record-keeping, custodial, sub-transfer agent and/or communication services with respect to these mutual fund investments. **Where permitted by agreement and by applicable law, Key may receive reasonable compensation for these services with respect to the Account's mutual fund investments.** The total compensation paid to Key for these services will not exceed an annual rate of 25 basis points (.25%), multiplied by the value of the Account's investment in a particular mutual fund.  This compensation is paid to Key by the mutual fund and/or its service providers and is in addition to the regular fees for the Account.

Actual compensation may vary based upon total investments by Key accounts with the particular mutual fund(s) held in your Account. Prospectuses for mutual funds in which the Account invests are available upon request.

**Investments are:**

NOT FDIC INSURED  * NOT BANK GUARANTEED  * MAY LOSE VALUE * NOT A DEPOSIT  * NOT INSURED  BY ANY FEDERAL  OR STATE  GOVERNMENT  AGENCY.


**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE ▮1131 M/AG 2157430
February 01, 2025 - February 28, 2025

## Account Statement Disclosures

### Common Trust Funds

Consistent with 12 CFR 9.18 and applicable law:

1. KeyBank National Association ("KeyBank") will charge most of the Common and Collective Trust Funds (the "Funds") that it maintains the reasonable expenses incurred in the administration of the Funds, including annual financial report ("Annual Report") preparation, audit, printing and distribution. KeyBank charges $1,500 per year for tax preparation, where permitted.

2. KeyBank will charge most of the Funds that it maintains the reasonable expenses incurred in the administration of the Funds, including valuation of assets; administration of cash balances, recordkeeping, reconciliation of withdrawals and admissions, distribution of income, settlement of trades; additional necessary computer systems, support and hardware.These expenses will be charged to each Fund monthly based on the average value of the Fund. These expenses will be disclosed in the Annual Report prepared for each Fund. In the future KeyBank may charge the Funds for extraordinary tax and legal services provided to the funds and will disclose those expenses in the Annual Report prepared for each Fund.

3. KeyBank maintains a research team that is responsible for analyzing individual securities and strategies for use in client portfolios. Appropriately diversified portfolios contain allocations to a variety of asset classes and investment styles, including investment styles that are not part of KeyBank's proprietary investment capabilities. KeyBank Portfolio Managers manage "Key Trust" Funds and "Charitable" Funds that incorporate one of our proprietary investment capabilities. The remaining Funds (listed below) are managed by various Third Party Investment Managers ("Third Party Managers"). KeyBank maintains a team that performs initial and ongoing due diligence on the capabilities, organization and investment processes of the Third Party Managers and others. KeyBank may charge a Third Party Manager's fee to a Fund (1) the fee is reasonable; (2) if the fee is permitted by Regulation and Ohio law; (3) for investment styles that are not part of KeyBank's proprietary capabilities; (4) if the fee is disclosed in compliance with Ohio law and (5) the fee is commensurate with the value of legitimate services of tangible benefit to the participating accounts that would not have been provided to the accounts if they were not invested in the Fund.

Effective May 1, 2018, KeyBank will charge the following Funds the fees paid to their Third Party Managers, calculated and collected on a daily basis.

| Name | Daily Weighted Asset Fee |
|---|---|
| Key Trust Mid Cap Fund | 50 |
| Charitable International Equity Fund | Will depend on investments in other funds and portion directly managed by Third Party Managers. |
| Charitable Mid Capitalization Fund | Will depend on investments in other funds and portion directly managed by Third Party Managers. |
| Charitable Multi Asset Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable US Equity Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Core Fixed Income Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Opportunistic Income Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Alternatives Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Real Assets Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Small Cap Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |

Third Party Managers and their fees are subject to change.

Affiliate Transactions Practices for Ohio Accounts and the Key Trust Common Trust Funds:
KeyBanc Capital Markets Inc. engages in securities underwriting activities, either as a syndicate member or principal underwriter. When acting in a fiduciary capacity, securities, including municipal issues, may be purchased from a syndicate for which KeyBanc Capital Markets Inc. is the distributor, principal underwriter or a syndicate member in accordance with Section 23B of the Federal Reserve Act. KeyBanc Capital Markets Inc. is a registered broker-dealer, member NYSE/FINRA/SIPC. KeyBanc Capital Markets Inc. and KeyBank National Association are subsidiaries of KeyCorp.

Investments are:

**NOT FDIC INSURED •NOT BANK GUARANTEED •MAY LOSE VALUE**
**•NOT A DEPOSIT •NOT INSURED BY ANY FEDERAL OR STATE GOVERNMENT AGENCY.**


**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE███1131 M/AG   2157430
February 01, 2025 - February 28, 2025

## Account Statement Disclosures

Trust Accounts

**Pursuant to 12 CFR 12.5(b), if KeyBank effectuates securities transactions for a trust account, in which KeyBank exercises investment discretion other than in an agency capacity, KeyBank shall give written notification about any particular security transaction within a reasonable time after a person having the power to terminate the account, or, if there is no such person, any person holding a vested beneficial interest in the account, requests written notification in the form prescribed in 12 CFR 12.4(a) or (b). Otherwise, written notification about security transactions is not required to be given at the time of the transaction.**


**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE███1131 M/AG   2157430
February 01, 2025  - February 28, 2025

## Account Statement Disclosures - Schedule Details

**Important  Information**

**About  the  Scheduled  Delivery  of  Tax Information**

At Key Wealth we understand that providing tax information  in a timely manner  is a top priority. There are
different deadlines for providing this information  for Agency/Investment Management Accounts (Form 1099)
and for Trust Accounts (Schedule K-1). Below is the anticipated 2024 tax information  delivery schedule for
receiving the important  Federal and State tax documents you will need to prepare your 2024 tax returns.

The Internal Revenue Service deadline for mailing Recipient Copies of consolidated Forms-1099 is **February
17, 2025**. However we receive an extension of time to send Forms-1099 and Tax Information Statements
until **March 17, 2025.** Tax Information statements, which include composite Forms 1099 when appropriate,
will be mailed to KPB Agency/Investment Management and Custody account clients on or before this date.
Accounts invested in Master Limited Partnerships will receive Form 1065, Schedule K-1 (these forms will not
be included in KeyBank's Tax Information Statements) directly from the partnership.

**Fiduciary  Clients**

The Internal Revenue Service deadline for **Fiduciary  Returns  is April 15, 2025.** A Detailed Tax Information
Letter (Schedule K-1) is issued to the beneficiaries of a trust when the Fiduciary Trust Return (Form 1041) is
completed. **Generally,  this information  will be mailed to trust clients by February  28, 2025** unless the
trust holds one or more of the assets described below.

**Assets  included  within  Agency/Investment   Management   Accounts  and Trusts**

Assets like Mutual Fund Investments, Unit Investment Trusts, Royalty Trusts, Commodity Trusts, and Real
Estate Mortgage Investment Conduits often adjust the tax classification of income during the first few months
of the New Year.  These updates are referred to as Income Reallocation and generally result in more favorable
tax treatment for holders of these investments.

Payers  are required to report Income Reallocation  information  based on the type of investment:
|  |  |
|---|---|
| Due By February 17, 2025 | Mutual Fund Investments |
| Due By March 17, 2025 | Unit Investment Trusts, Royalty Trusts, |
|  | Real Estate Mortgage Investment Conduits, |
|  | Commodity Trusts and Partnerships* |

Detailed Tax Information Letters will be available to holders of these investments between February 17th and
March 17th as Income Reallocation  information  becomes available.  Please be advised that Income
Reallocations  may be revised by the payer after the original information  is delivered.  KeyBank has no control
over the delivery of this revised information  and generates corrected Detailed Tax Information Letters, and
Forms 1099, upon receipt of updated information.   We recommend delaying the preparation of your individual
income tax return until March 28th to allow for any revisions we may receive.

*Partnership Investments are due by March 17, 2025, and may extend the due date of their reporting to
investors until September 15, 2025. Detailed Tax Information Letters cannot be prepared for trust
beneficiaries until the partnership's tax information is received. If the Partnership tax return is extended, the
Detailed Tax Information Letters will be delayed.


**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE███1131 M/AG    2157430
February 01, 2025  - February 28, 2025

## Account Statement Disclosures

Soft Dollar Policy

Subject to the policy of seeking best execution for transactions, and also subject to the criteria
of Section 28(e) of the Securities and Exchange Act of 1934 ("Section 28(e)"), KeyBank may, in
circumstances where it has brokerage discretion and in which execution is comparable, place
trades with a broker that is providing brokerage and research services to us ("Bundled
Provider"). In certain cases, KeyBank may enter into commission sharing agreements with
brokers and entities who provide research services to us ("CSA Provider"). In selecting both
Bundled Providers and CSA Providers, we will make a good faith determination that the amount
of the commission charged is reasonable in relation to the value of the brokerage and research
services received, viewed in terms of either the specific transactions or our overall responsibility
to the accounts for which we exercise investment discretion.

**Investments in Non-Deposit Products**

**Non-Deposit Products are:**

**NOT FDIC INSURED * NOT BANK GUARANTEED * MAY LOSE VALUE * NOT A DEPOSIT *
NOT INSURED BY ANY FEDERAL OR STATE GOVERNMENT AGENCY.**

**Key Private Bank Logo**

Key Private Bank is the marketing name through which KeyBank National Association
(KeyBank) provides a range of financial products and solutions.

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**February 28, 2025**
**page 1 of 2**

███████ 7008

T   809 00000 R EM T1

THE COLLEGE OF SAINT ROSE
DONOR RESTRICTED FUNDS
DEBTOR IN POSSESSION
CASE # 24-11131
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call  1-800-821-2829*

---

**Commercial Money Market Deposit** ███████ 7008

THE COLLEGE OF SAINT ROSE
DONOR RESTRICTED FUNDS
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 1-31-25 | $1,471,936.15 |
| Interest paid | +2,768.94 |
| **Ending balance 2-28-25** | **$1,474,705.09** |

**Interest earned**

| | |
|---|---:|
| Annual percentage yield (APY) earned | 2.48% |
| Number of days this statement period | 28 |
| Interest paid  2-28-25 | $2,768.94 |
| Interest earned this statement period | $2,768.94 |
| Interest paid year-to-date | $5,828.49 |
| Interest earned (2024) | $7,503.79 |

**Fees and charges**    *See your Account Analysis statement for details.*

███████ 7008 - 03290
3303

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    KeyBank
    Customer Disputes
    NY-31-55-0228
    555 Patroon Creek Blvd
    Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, and add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

    Key Credit Research Department
    P.O. Box 94518
    Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | **TOTAL →** | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| **TOTAL →** | $ |
|---|---|

**KeyBank**
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**February 28, 2025**
page 1 of 3

■■■■8078

```
31        T   809 00000 R EM AO
```
THE COLLEGE OF SAINT ROSE
GENERAL CHECKING
DEBTOR IN POSSESSION
CASE # 24-11131
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call 1-800-821-2829*

Commercial Transaction ■■■■8078
THE COLLEGE OF SAINT ROSE
GENERAL CHECKING
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 1-31-25 | $235,044.92 |
| 2 Additions | +158,690.70 |
| 6 Subtractions | -158,690.70 |
| Net fees and charges | -619.84 |
| **Ending balance 2-28-25** | **$234,425.08** |

## Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---:|
| 2-4 | | Clgstrose O 0430Transfer | $76,731.01 |
| 2-18 | | Clgstrose O 0430Transfer | 81,959.69 |
| | | **Total additions** | **$158,690.70** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---:|
| 2-4 | | College St of Rotaxpayment | $21,292.84 |
| 2-4 | | College St of Rotaxpayment | 3,718.04 |
| 2-18 | | College St of Rotaxpayment | 21,176.64 |
| 2-18 | | College St of Rotaxpayment | 4,231.49 |

| Transfers | Date | Serial # | Destination | | | | |
|---|---|---|---|---|---|---|---:|
| | 2-3 | | Trf To | DDA | ■■■8094 | 3290 | $51,720.13 |
| | 2-18 | | Trf To | DDA | ■■■8094 | 3290 | 56,551.56 |
| | | | **Total subtractions** | | | | **$158,690.70** |

■■8078 - 03290

1812

**Corporate Banking Statement**
**February 28, 2025**
**page 2 of 3**

8078

**Fees and charges**

| Date | | Quantity | Unit Charge | |
|------|---|---------|-------------|---|
| 2-10-25 | Jan Analysis Service Chg | 1 | 619.84 | -$619.84 |
| | **Fees and charges   assessed this period** | | | **-$619.84** |

*See your Account Analysis statement for details.*

**page 3 of 3**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> **KeyBank**
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

> Key Credit Research Department
> P.O. Box 94518
> Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❻** Enter ending balance shown on your statement.

$ 

**❼** Add 5 and 6 and enter total here.

$ 

**❽** Enter total from 4.

$ 

**❾** Subtract 8 from 7 and enter difference here.

$ 

This amount should agree with your check register balance.

3078 - 03290

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**February 28, 2025**
**page 1 of 2**

████████ 8094

31        T   809 00000 R EM AO

THE COLLEGE OF SAINT ROSE
DEBTOR IN POSSESSION
CASE # 24-11131
PAYROLL ACCOUNT
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call  1-800-821-2829*

---

Commercial Transaction    ████████ 8094

THE COLLEGE OF SAINT ROSE
DEBTOR IN POSSESSION
CASE # 24-11131

| | |
|---|---:|
| Beginning balance 1-31-25 | $12,026.59 |
| 2 Additions | +108,271.69 |
| 4 Subtractions | -108,271.69 |
| **Ending balance 2-28-25** | **$12,026.59** |

## Additions

| Transfers | Date | Serial # | Source | | | |
|---|---|---|---|---|---|---:|
| | 2-3 | | Trf Fr | DDA 0000329681098078 | 3290 | $51,720.13 |
| | 2-18 | | Trf Fr | DDA 0000329681098078 | 3290 | 56,551.56 |
| | | | **Total additions** | | | **$108,271.69** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 2-5 | | The College of Spayroll | $28,310.63 |
| | 2-5 | | The College of Spayroll | 23,409.50 |
| | 2-19 | | The College of Spayroll | 28,298.33 |
| | 2-19 | | The College of Spayroll | 28,253.23 |
| | | | **Total subtractions** | **$108,271.69** |

## Fees and charges

*See your Account Analysis statement for details.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

3094 - 03290

2306

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**February 28, 2025**
**page 1 of 2**

8102

```
31          T   809 00000 R EM AO
```
THE COLLEGE OF SAINT ROSE
SECURITY DEPOSITS
DEBTOR IN POSSESSION
CASE # 24-11131
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call 1-800-821-2829*

---

**Commercial Transaction Interest**   8102

THE COLLEGE OF SAINT ROSE
SECURITY DEPOSITS
DEBTOR IN POSSESSION

| | |
|---|---|
| Beginning balance 1-31-25 | $14,922.73 |
| Interest paid | +4.58 |
| **Ending balance 2-28-25** | **$14,927.31** |

**Interest earned**

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.40% |
| Number of days this statement period | 28 |
| Interest paid  2-28-25 | $4.58 |
| Interest earned this statement period | $4.57 |
| Interest paid year-to-date | $9.65 |
| Interest earned (2024) | $197.17 |

**Fees and charges**   *See your Account Analysis statement for details.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, and any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

> Key Credit Research Department
> P.O. Box 94518
> Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

3102 - 03290

3474

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have not already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have not already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are not shown on your statement. | | ❺ List any deposits from your check register that are not shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

**KeyBank**
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**February 28, 2025**
**page 1 of 2**

█████ 8136

```
31          T   809 00000 R EM AO
```
THE COLLEGE OF SAINT ROSE
SELF INSURED PLAN MEDICAL
DEBTOR IN POSSESSION
CASE # 24-11131
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call  1-800-821-2829*

Commercial Transaction   329681098136
THE COLLEGE OF SAINT ROSE
SELF INSURED PLAN MEDICAL
DEBTOR IN POSSESSION

| | |
|---|---|
| Beginning balance 1-31-25 | $2,068.64 |
| **Ending balance 2-28-25** | **$2,068.64** |

**Fees and charges**    *See your Account Analysis statement for details.*

page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, and any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8136 - 03290

2307

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|



| | ACCOUNT TYPE | |
|---|---|---|
| | M&T SIMPLE CHECKING FOR BUSINESS | |

**FOR INQUIRIES CALL:**    NOT FOR PROFIT ALBANY
(518) 464-6106

00   0 01521M NM  017

000000                    P

**THE COLLEGE OF SAINT ROSE**
**DEBTOR IN POSSESSION CASE NO 24-11131-1**
**MARCIA J WHITE, TRUSTEE**
**COLLATERAL ACCOUNT**
**432 WESTERN AVE**
**ALBANY NY 12203-1400**

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ███████3168 | 02/01/25 - 02/28/25 |

| | |
|---|---|
| BEGINNING BALANCE | $29,996.35 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $29,993.35 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2025 | BEGINNING BALANCE | | | $29,996.35 |
| 02/10/2025 | SERVICE CHARGE FOR ACCOUNT ████████3168 | | $3.00 | 29,993.35 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

**PAGE 1 OF 2**

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** — **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.   $

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.   $

**STEP 7** — **Enter the total of STEPS 5 & 6.**   $

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**   $

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here.   $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

©2016 M&T Bank. Member FDIC



FOR INQUIRIES CALL:    NOT FOR PROFIT ALBANY
(518) 464-6106

00    0 01521M NM 017

000000    P

THE COLLEGE OF SAINT ROSE
DEBTOR IN POSSESSION CASE NO. 24-11131-1
MARCIA J WHITE, TRUSTEE
PAYMNET ACCOUNT
432 WESTERN AVE
ALBANY NY 12203-1400

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 3176 | 02/01/25 - 02/28/25 |
| BEGINNING BALANCE | $9,996.35 |
| DEPOSITS & CREDITS | 727.73 |
| LESS CHECKS & DEBITS | 727.73 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $9,993.35 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2025 | BEGINNING BALANCE | | | $9,996.35 |
| 02/06/2025 | CLGSTROSE O 0430 CORP PAY  8 | $727.73 | | 10,724.08 |
| 02/10/2025 | M&T COMM CARD PAYMENT          3386 | | $727.73 | |
| 02/10/2025 | SERVICE CHARGE FOR ACCOUNT          3176 | | 3.00 | 9,993.35 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
327 GREAT OAKS BLVD ALBANY, NY 12203-5971

## HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | | OUTSTANDING CHECKS AND OTHER DEBITS | | |
|---|---|---|---|---|---|
| NUMBER | AMOUNT | | NUMBER | AMOUNT | |
| 1 | $ | | 13 | $ | |
| 2 | | | 14 | | |
| 3 | | | 15 | | |
| 4 | | | 16 | | |
| 5 | | | 17 | | |
| 6 | | | 18 | | |
| 7 | | | 19 | | |
| 8 | | | 20 | | |
| 9 | | | 21 | | |
| 10 | | | 22 | | |
| 11 | | | SUBTOTAL OF COLUMN 2 | | |
| 12 | | | SUBTOTAL OF COLUMN 1 + | | |
| SUBTOTAL OF COLUMN 1 | $ | | TOTAL OUTSTANDING CHECKS AND DEBITS | $ | |

**STEP 5**   **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7**   **Enter the total of STEPS 5 & 6.**
$

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**
$

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



# M&T Bank

## M & T One Card

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|

| CREDIT LIMIT | AVAILABLE CREDIT | DAYS IN BILLING CYCLE | STATEMENT DATE |
|---|---|---|---|
| $30,000.00 | $28,466.89 | 28 | 02/28/25 |

## CORPORATE ACCOUNT SUMMARY

| Previous Balance | + | Purchases & Cash Advances | Total Fees | - | Credits | Payments | = | New Balance |
|---|---|---|---|---|---|---|---|---|
| $727.73 | | $1,533.11 | $0.00 | | $0.00 | $727.73 | | $1,533.11 |

## ACCOUNT MESSAGES

$1,533.11 will be deducted from your account and credited as your automatic payment on  03/10/2025.

## CORPORATE ACCOUNT ACTIVITY

| COLLEGE OF SAINT ROSE XXXX-XXXX-XXXX-3863 | | | | TOTAL CORPORATE ACTIVITY -$727.73 |
|---|---|---|---|---|

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02/10 | 02/10 | | AUTOPAYMENT DEDUCTION | 727.73 - |

CARDHOLDER SIGNATURE _____   DATE _____   MNGR _____

For customer service, call
toll free (800) 443-8671.
Outside the US and Canada, call
(716) 635-4152.

Account ID: ████3837

To write M & T Bank regarding:
Billing errors: P.O. BOX 4028, Buffalo, NY 14240-4028
Payments: P.O. BOX 62120, Baltimore, MD 21264-2120
Lost/Stolen: 1100 WEHRLE DR., 2ND FLOOR, Buffalo, NY 14221

Visit us on the web at www.mtb.com

For Visa benefits and
referral services, call
the Visa assistance
Center at (800) VISA-911.

---

**M & T BANK**
P.O. BOX 4028
BUFFALO NY 14240-4028

| Account Number | XXXX-XXXX-XXXX-3863 |
|---|---|
| Payment Due Date | 03/10/25 |
| New Balance Due | $1,533.11 |
| Amount Enclosed | $                  . |

Remit to: M & T BANK
P.O. BOX 62120
BALTIMORE MD 21264-2120

PLEASE DO NOT REMIT PAYMENT
YOUR PAYMENT WILL AUTOMATICALLY BE
DEDUCTED FROM YOUR BANKING ACCOUNT

COLLEGE OF SAINT ROSE
ATTN: VALERIE MYERS
432 WESTERN AVE
ALBANY NY 12203-140032

0000000153311  80000003837IIIII

**M&T** Bank    *M & T One Card*

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
| --- | --- | --- | --- |
| CREDIT LIMIT | AVAILABLE CREDIT | DAYS IN BILLING CYCLE | STATEMENT DATE |
| $30,000.00 | $28,466.89 | 28 | 02/28/25 |

### NOTICE OF BILLING RIGHTS

This notice contains important information about your rights under federal law.  In this Notice, "you" refers to Client as defined in the Agreement, and "us" refers to M&T Bank.

### UNAUTHORIZED USE OF VISA® CORPORATE AND PURCHASING CARDS

You may be liable for any unauthorized use of any Card issued by us for use with any  Visa® Account we open for you.  You will not be liable for any unauthorized use that occurs after you notify M&T Bank orally or in writing, of any loss, theft or possible unauthorized use of the Card.  You can do so by writing M&T Bank, P.O. Box 4028, Buffalo, New York 14240-4028, Attention: Visa® Investigations, or by telephoning 1-800-443-8671.  Except as provided in Section 26 of the Agreement, your liability for unauthorized use of the Card will not exceed $50.

Please be advised that full payment of all outstanding balances remains due, even while we investigate your unauthorized use claim, and failure to pay in full by the due date may result in delinquency charges per your Agreement with us.  We will credit any payments made upon conclusion of our investigation of the unauthorized use claim, to the extent of the proper amount due back to you.

# M&T Bank

**M & T One Card**

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,466.89 | 28 | 02/28/25 |

## CARDHOLDER ACTIVITY

| DEBRA LEE POLLEY | | | ACCOUNT NUMBER | | XXXX-XXXX-XXXX-7290 |
|---|---|---|---|---|---|
| **PURCHASES** | **CASH ADVANCES** | | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $430.00 | $0.00 | | $0.00 | $0.00 | $430.00 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02/12 | 02/13 | 15043221776983690 | EIG*CONSTANTCONTACT.COM 855-2295506 MA<br>**MCC:** 5968   **MERCHANT ZIP:** 02451<br>**ORDER NUMBER:** 1102470512598<br>**LOCAL TAX INDICATOR:** 2<br>**NAT. TAX INDICATOR:** 0 | 310.00 |
| 02/14 | 02/17 | 65045107700475803 | DUO*COM           866-760-4247 MI<br>**MCC:** 7372   **MERCHANT ZIP:** 48104 | 120.00 |

## CARDHOLDER ACTIVITY

| PAUL SERAFINI | | | ACCOUNT NUMBER | | XXXX-XXXX-XXXX-8246 |
|---|---|---|---|---|---|
| **PURCHASES** | **CASH ADVANCES** | | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $23.72 | $0.00 | | $0.00 | $0.00 | $23.72 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02/13 | 02/14 | 05045400189635429 | WM SUPERCENTER #2152   ALBANY   NY<br>**MCC:** 5411   **MERCHANT ZIP:** 12205<br>**ORDER NUMBER:** 000000271805<br>**LOCAL TAX INDICATOR:** 0<br>**NAT. TAX INDICATOR:** 0 | 23.72 |

## CARDHOLDER ACTIVITY

| MARCIA WHITE | | | ACCOUNT NUMBER | | XXXX-XXXX-XXXX-1817 |
|---|---|---|---|---|---|
| **PURCHASES** | **CASH ADVANCES** | | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $526.64 | $0.00 | | $0.00 | $0.00 | $526.64 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02/07 | 02/10 | 65038300742998322 | STEWARTS SHOP 382   LATHAM   NY | 61.93 |

**M&T Bank**   *M & T One Card*

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,466.89 | 28 | 02/28/25 |

| CARDHOLDER ACTIVITY | | | | |
|---|---|---|---|---|
| MARCIA WHITE | | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-1817 |
| **PURCHASES** | **CASH ADVANCES** | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $526.64 | $0.00 | $0.00 | $0.00 | $526.64 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02/07 | 02/10 | 55039150395844679 | **MCC:** 5542   **MERCHANT ZIP:** 12110<br>**SERV:** S   **UNIT OF MEASURE:** G<br>**FUEL TYPE:** 02   **UNIT COST:** 3.75   **FUEL ONLY:** 1<br>**GROSS PRICE:** 61.93   **ODO:** 0000000<br>TLF*FLEURTACIOUS DESIGNS 518-2837262  NY | 280.80 |
| 02/16 | 02/17 | 65048109482722128 | **MCC:** 5992   **MERCHANT ZIP:** 12110<br>**ORDER NUMBER:** 1817<br>**LOCAL TAX:** 20.80 **LOCAL TAX INDICATOR:** 1<br>**NAT. TAX INDICATOR:** 0<br>EXXON XTRAMART      ALBANY    NY | 62.08 |
| 02/17 | 02/17 | 65048109489282324 | **MCC:** 5542   **MERCHANT ZIP:** 12208<br>**TIME:** 18:36   **SERV:** S   **UNIT OF MEASURE:** G<br>**FUEL TYPE:** 02   **UNIT COST:** 3.86   **FUEL ONLY:** 1<br>**GROSS PRICE:** 62.08   **ODO:** 0000000<br>**REF:** 00000000000000000<br>NYTIMES            800-698-4637 NY | 31.00 |
| 02/20 | 02/24 | 55052939176130080 | **MCC:** 5968   **MERCHANT ZIP:** 10018<br>**ORDER NUMBER:** 00000000000000000<br>**LOCAL TAX:** 2.29  **LOCAL TAX INDICATOR:** 1<br>**NAT. TAX INDICATOR:** 0<br>HOFFMAN CARWASH (ALBAN  ALBANY    NY | 15.12 |
| 02/22 | 02/24 | 75054105441841331 | **MCC:** 7542   **MERCHANT ZIP:** 12206<br>STAPLES     00104331  ALBANY    NY | 16.19 |
| 02/25 | 02/27 | 65057100302765384 | **MCC:** 5943   **MERCHANT ZIP:** 12205<br>**ORDER NUMBER:** 000187967<br>**LOCAL TAX:** 1.20  **LOCAL TAX INDICATOR:** 1<br>**NAT. TAX INDICATOR:** 0<br>STEWARTS SHOP 205      BALLSTON SPA NY | 59.52 |
| | | | **MCC:** 5542   **MERCHANT ZIP:** 12020<br>**SERV:** S   **UNIT OF MEASURE:** G<br>**FUEL TYPE:** 02   **UNIT COST:** 3.78   **FUEL ONLY:** 1<br>**GROSS PRICE:** 59.52   **ODO:** 0000000 | |

# M&T Bank

**M & T One Card**

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,466.89 | 28 | 02/28/25 |

## CARDHOLDER ACTIVITY

| 2019 CHEV TRAVERSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-9587 |
|---|---|---|---|

| PURCHASES | CASH ADVANCES | FEES | CREDITS | TOTAL ACTIVITY |
|---|---|---|---|---|
| $424.00 | $0.00 | $0.00 | $0.00 | $424.00 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 01/31 | 02/03 | 65031105964609980 | EXXON XTRAMART   ALBANY   NY<br>MCC: 5542   MERCHANT ZIP: 12208<br>TIME: 15:22   SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 01   UNIT COST: 3.18   FUEL ONLY: 1<br>GROSS PRICE: 48.99   ODO: 0000000<br>REF: 00000000000000000 | 48.99 |
| 02/03 | 02/04 | 65035108765495621 | EXXON XTRAMART   ALBANY   NY<br>MCC: 5542   MERCHANT ZIP: 12208<br>TIME: 18:58   SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 01   UNIT COST: 3.18   FUEL ONLY: 1<br>GROSS PRICE: 55.57   ODO: 0000000<br>REF: 00000000000000000 | 55.57 |
| 02/07 | 02/10 | 65038102032171013 | EXXON XTRAMART   ALBANY   NY<br>MCC: 5542   MERCHANT ZIP: 12208<br>TIME: 12:45   SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 01   UNIT COST: 3.26   FUEL ONLY: 1<br>GROSS PRICE: 55.00   ODO: 0000000<br>REF: 00000000000000000 | 55.00 |
| 02/11 | 02/12 | 65042105327108354 | EXXON XTRAMART   ALBANY   NY<br>MCC: 5542   MERCHANT ZIP: 12208<br>TIME: 17:13   SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 01   UNIT COST: 3.26   FUEL ONLY: 1<br>GROSS PRICE: 55.90   ODO: 0000000<br>REF: 00000000000000000 | 55.90 |
| 02/14 | 02/17 | 65046107846332909 | EXXON XTRAMART   ALBANY   NY<br>MCC: 5542   MERCHANT ZIP: 12208<br>TIME: 19:01   SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 01   UNIT COST: 3.26   FUEL ONLY: 1<br>GROSS PRICE: 52.98   ODO: 0000000<br>REF: 00000000000000000 | 52.98 |
| 02/18 | 02/19 | 65049101016249024 | EXXON XTRAMART   ALBANY   NY<br>MCC: 5542   MERCHANT ZIP: 12208<br>TIME: 16:24   SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 01   UNIT COST: 3.26   FUEL ONLY: 1<br>GROSS PRICE: 51.26   ODO: 0000000<br>REF: 00000000000000000 | 51.26 |
| 02/21 | 02/24 | 65052103485971645 | EXXON XTRAMART   ALBANY   NY<br>MCC: 5542   MERCHANT ZIP: 12208<br>TIME: 15:40   SERV: S   UNIT OF MEASURE: G | 54.79 |

**M&T Bank**          *M & T One Card*

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,466.89 | 28 | 02/28/25 |

## CARDHOLDER ACTIVITY

| 2019 CHEV TRAVERSE | | ACCOUNT NUMBER | | XXXX-XXXX-XXXX-9587 |
|---|---|---|---|---|
| **PURCHASES** | **CASH ADVANCES** | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $424.00 | $0.00 | $0.00 | $0.00 | $424.00 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02/25 | 02/26 | 65057107027021038 | FUEL TYPE: 01  UNIT COST: 3.26  FUEL ONLY: 1  GROSS PRICE: 54.79  ODO: 0000000  REF: 00000000000000000  EXXON XTRAMART     ALBANY     NY  MCC: 5542   MERCHANT ZIP: 12208  TIME: 19:12   SERV: S   UNIT OF MEASURE: G  FUEL TYPE: 01  UNIT COST: 3.26  FUEL ONLY: 1  GROSS PRICE: 49.51   ODO: 0000000  REF: 00000000000000000 | 49.51 |

## CARDHOLDER ACTIVITY

| 2021 CHEV TRAVERSE | | ACCOUNT NUMBER | | XXXX-XXXX-XXXX-0568 |
|---|---|---|---|---|
| **PURCHASES** | **CASH ADVANCES** | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $128.75 | $0.00 | $0.00 | $0.00 | $128.75 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 02/10 | 02/11 | 65041200232036705 | EDWARD DOTTS GARAGE INC  ALBANY     NY  MCC: 7538    MERCHANT ZIP: 12205  LOCAL TAX INDICATOR: 0  NAT. TAX INDICATOR: 0 | 128.75 |

# Wilmington Trust

Corporate Headquarters
1100 North Market Street
Wilmington, DE 19890-0001

## Accounting Statement

**1040107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

### Your Portfolio at a Glance

| | |
|---|---|
| Opening Market Value w/Accrued Income | $14,875,261.02 |
| Net of Contributions & Withdrawals | -$25,000.00 |
| Net Investment Change | $32,507.85 |
| **Closing Market Value w/Accrued Income** | **$14,882,768.87** |

## Accounts Included

MANUFACTURERS AND TRADERS TRUST CO. AS CUSTODIAN FOR THE COLLEGE OF
ST. ROSE - DEBTOR-IN-POSSESSION ACCOUNT
1040107

### Your Relationship Team

**RYANNE DIMILLO**                                        **(716) 839-8722**
Relationship Manager
rizzo@wilmingtontrust.com

THE COLLEGE OF ST. ROSE
ATTN: DEBRA LEE POLLEY
ASSOCIATE VICE PRESIDENT/TREASURER
432 WESTERN AVE
ALBANY, NY 12203

# W Wilmington Trust

**Accounting Statement**

█ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
February 01, 2025 - February 28, 2025

---

## Table of Contents

**Relationship Summary**

Asset Allocation ....................................................................3
Accrued Income by Asset Class Summary ..............................3
Portfolio Valuations & Activity Summary ...............................4
Income Received Summary .....................................................4
Realized Gain/Loss Summary .................................................4
Cash Activity Summary ..........................................................5

**Asset Allocation**

Principal Asset & Sub Asset Allocation ..................................6
Income Asset & Sub Asset Allocation .....................................6

**Equity Overview**

Summary.................................................................................7
U.S. Individual Equity Sector Allocation ...............................7

**Holdings Detail - Principal**

Equities...................................................................................8
Other ......................................................................................8
Cash & Equivalents ...............................................................9

**Holdings Detail - Income**

Cash & Equivalents .............................................................10

**Activity Detail**

Transaction Activity Detail ..................................................11
Realized Gain / Loss Detail ..................................................12

**Disclosures**

Statement Disclosures .........................................................13

**Glossary**

Glossary................................................................................15

Please see Glossary for descriptions of key fields depicted in this statement.

# Wilmington Trust

## Relationship Summary

0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
February 01, 2025 - February 28, 2025

## Asset Allocation

| Asset Class | Principal Market Value | Income Market Value | Total Market Value | Allocation (%) |
|---|---|---|---|---|
| Equities | $0.85 | - | $0.85 | - |
| Other | 4,731,684.48 | - | 4,731,684.48 | 31.86 |
| Cash & Equivalents | 10,118,576.11 | - | 10,118,576.11 | 68.14 |
| **TOTAL** | **$14,850,261.44** | **-** | **$14,850,261.44** | **100%** |



- Other
- Cash & Equivalents

## Accrued Income by Asset Class Summary

| Asset Class | Market Value | Accrued Income | Market Value + Accrued Income | Estimated Annual Income | Yield (%) |
|---|---|---|---|---|---|
| Equities | $0.85 | - | $0.85 | - | - |
| Other | 4,731,684.48 | - | 4,731,684.48 | - | - |
| Cash & Equivalents | 10,118,576.11 | 32,507.43 | 10,151,083.54 | 421,944.62 | 4.17 |
| **TOTAL** | **$14,850,261.44** | **$32,507.43** | **$14,882,768.87** | **$421,944.62** | **2.84%** |

Market Values may be generated using market quotations, closing price, mean bid or ask, or estimated market value obtained from quotation services. Mutual fund balances are incorporated into appropriate asset classifications. Derivative instruments are classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.
Asset values will fluctuate. **Estimated Annual Income** is provided for comparison purposes only. Estimated Annual Income is based on historical data or other assumptions and is not a guarantee of future results. This report should not be used to prepare tax documents.
Yield for Cash & Equivalents is calculated based on Market Value of investments and does not include Uninvested Cash (Cash Balance) or Cash Payables and Receivables for pending trades.

# W Wilmington Trust

**Relationship Summary** *(continued)*

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
February 01, 2025 - February 28, 2025

## Portfolio Valuations & Activity Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Opening Market Value** | **$14,838,925.61** | **$14,474,411.83** |
| Accrued Income | 36,335.41 | 37,420.76 |
| **Opening Market Value w/Accrued Income** | **$14,875,261.02** | **$14,511,832.59** |
| **Contributions** | | |
| Cash Receipts | - | - |
| Intra-Account Transfers | 36,335.41 | 71,714.98 |
| Other Receipts | - | 0.58 |
| Securities Transferred In | - | - |
| Tax Refunds | - | - |
| **Total Contributions** | **$36,335.41** | **$71,715.56** |
| **Withdrawals** | | |
| Cash Disbursements | -25,000.00 | -25,000.00 |
| Intra-Account Transfers | -36,335.41 | -71,714.98 |
| Other Disbursements | - | - |
| Other Fees | - | - |
| Securities Transferred Out | - | - |
| Tax Payments | - | - |
| Taxes Withheld | - | - |
| Wilmington Trust Fees | - | -2,041.19 |
| **Total Withdrawals** | **-$61,335.41** | **-$98,756.17** |
| **Net Contributions & Withdrawals** | **-$25,000.00** | **-$27,040.61** |
| Closing Market Value | 14,850,261.44 | 14,850,261.44 |
| Accrued Income | 32,507.43 | 32,507.43 |
| **Closing Market Value w/Accrued Income** | **$14,882,768.87** | **$14,882,768.87** |
| **Net Investment Change** | **$32,507.85** | **$397,976.89** |

## Net Investment Change Detail

| | Current Period | Year-to-Date |
|---|---|---|
| **Net Investment Change** | **$32,507.85** | **$397,976.89** |
| **Income Earned** | | |
| Dividends | 36,335.41 | 73,756.17 |
| Net Interest | - | - |
| Other Income | - | - |
| Change in Accrual | -3,827.98 | -4,913.33 |
| **Total Income Earned** | **$32,507.43** | **$68,842.84** |
| **Market Appreciation** | **$0.42** | **$329,134.05** |

## Income Received Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $36,335.41 | $73,756.17 |
| Interest | - | - |
| Other Income | - | - |
| **Total Taxable** | **$36,335.41** | **$73,756.17** |
| **Tax-Exempt** | | |
| Dividends | - | - |
| Interest | - | - |
| Other Income | - | - |
| **Total Tax-Exempt** | **-** | **-** |
| **TOTAL RECEIVED** | **$36,335.41** | **$73,756.17** |

**Actual income received** may differ from that presented on this schedule due to restatements related to corporate actions. Purchase of Accrued Interest on securities is not included in the Summary.Taxable and Tax-exempt status is determined by security, rather than account type, so tax-exempt accounts may have holdings included in the Taxable category. This is not a tax document and should not be used for tax preparation.

## Realized Gain/Loss Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Short Term** | | |
| Gain | - | - |
| Loss | - | - |
| **Total Short Term** | **-** | **-** |
| **Long Term** | | |
| Gain | - | 8,252.11 |
| Loss | - | - |
| **Total Long Term** | **-** | **$8,252.11** |
| **TOTAL GAIN/LOSS** | **-** | **$8,252.11** |

**Realized Gain/Loss estimates** are preliminary, are reliant upon accurate cost basis information, and may not reflect all cost basis adjustments. Corporate actions and income reclassifications will alter a holding's basis and subsequent gain/loss values. Gain/Loss estimates include results for both Taxable and Tax-exempt accounts. This is not a tax document and should not be used for tax preparation.

Management and advisory fees charged through accounts not listed under the Market Value Summary will not be shown in this schedule. Transactions classified in Other (Receipts, Fees, and Disbursements) categories are identified in the Transaction Activity Detail.

Market Appreciation reflects your Closing Market Value w/Accrued Income, less the net of contributions, withdrawals, and income earned, less your Opening Market Value w/Accrued Income.

# Wilmington Trust

**Relationship Summary** *(continued)*

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.

February 01, 2025 - February 28, 2025

## Cash Activity Summary

| Category | Principal Cash | Current Period Income Cash | Total Cash | Principal Cash | Year-to-Date Income Cash | Total Cash |
|---|---|---|---|---|---|---|
| **Opening Balance** | **$10,119,047.55** | - | **$10,119,047.55** | **$10,060,326.67** | - | **$10,060,326.67** |
| **Receipts** | | | | | | |
| Cash Receipts | - | - | - | - | - | - |
| Dividends | - | 36,335.41 | 36,335.41 | - | 73,756.17 | 73,756.17 |
| Intra-Account Transfers | 36,335.41 | - | 36,335.41 | 71,714.98 | - | 71,714.98 |
| Maturities | - | - | - | - | - | - |
| Net Interest | - | - | - | - | - | - |
| Other Income | - | - | - | - | - | - |
| Other Receipts | - | - | - | 0.58 | - | 0.58 |
| Sales | - | - | - | 23,340.73 | - | 23,340.73 |
| Tax Refunds | - | - | - | - | - | - |
| **Total Receipts** | **$36,335.41** | **$36,335.41** | **$72,670.82** | **$95,056.29** | **$73,756.17** | **$168,812.46** |
| **Disbursements** | | | | | | |
| Cash Disbursements | -25,000.00 | - | -25,000.00 | -$25,000.00 | - | -25,000.00 |
| Intra-Account Transfers | - | -36,335.41 | -36,335.41 | - | -71,714.98 | -71,714.98 |
| Other Disbursements | - | - | - | - | - | - |
| Other Fees | - | - | - | - | - | - |
| Purchases | -11,806.85 | - | -11,806.85 | -$11,806.85 | - | -11,806.85 |
| Tax Payments | - | - | - | - | - | - |
| Taxes Withheld | - | - | - | - | - | - |
| Wilmington Trust Fees | - | - | - | - | -2,041.19 | -2,041.19 |
| **Total Disbursements** | **-$36,806.85** | **-$36,335.41** | **-$73,142.26** | **-$36,806.85** | **-$73,756.17** | **-$110,563.02** |
| **TOTAL CLOSING BALANCE** | **$10,118,576.11** | - | **$10,118,576.11** | **$10,118,576.11** | - | **$10,118,576.11** |
| Net Total Payables and Receivables | - | - | - | | | |
| **NET OF CASH BALANCE** | **$10,118,576.11** | - | **$10,118,576.11** | | | |

Opening and Total Closing Balances include holdings of cash and money market funds in USD currency.
Pending purchases, pending sales and foreign currency holdings are not included.

# Wilmington Trust

## Asset Allocation

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## Principal Asset & Sub Asset Allocation

| Asset Class | Total Market Value (%) | Closing Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Market Value w/ Accrued Income |
|---|---|---|---|---|---|---|
| **■ Equities** | | | | | | |
| U.S. Individual Equities | - | $0.85 | $15,310.37 | -$15,309.52 | - | $0.85 |
| **Total Equities** | **-** | **$0.85** | **$15,310.37** | **-$15,309.52** | **-** | **$0.85** |
| **■ Other** | | | | | | |
| Privately Held Partnership | 31.86 | 4,731,684.48 | 2,804,800.80 | 1,926,883.68 | - | 4,731,684.48 |
| **Total Other** | **31.86%** | **$4,731,684.48** | **$2,804,800.80** | **$1,926,883.68** | **-** | **$4,731,684.48** |
| **■ Cash & Equivalents** | | | | | | |
| Taxable | 68.14 | 10,118,576.11 | 10,118,576.11 | - | 32,507.43 | 10,151,083.54 |
| **Total Cash & Equivalents** | **68.14%** | **$10,118,576.11** | **$10,118,576.11** | **-** | **$32,507.43** | **$10,151,083.54** |
| **TOTAL PRINCIPAL ASSETS** | **100.00%** | **$14,850,261.44** | **$12,938,687.28** | **$1,911,574.16** | **$32,507.43** | **$14,882,768.87** |

## Income Asset & Sub Asset Allocation

| Asset Class | Total Market Value (%) | Closing Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Market Value w/ Accrued Income |
|---|---|---|---|---|---|---|
| No investments held at this time | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL ASSETS** | **100%** | **$14,850,261.44** | **$12,938,687.28** | **$1,911,574.16** | **$32,507.43** | **$14,882,768.87** |

# Wilmington Trust

## Equity Overview

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## Equity Analysis

Please refer to the Glossary of Investment Terms for full definition of statistics presented on this page

### Summary

| Asset Class | Closing Market Value | Total Equity (%) |
|---|---|---|
| U.S. Individual Equities | $0.85 | 100% |
| **TOTAL** | **$0.85** | **100**% |

### U.S. Individual Equity Sector Allocation

| Sector | Closing Market Value | Total Sectors (%) |
|---|---|---|
| Communication Services | - | - |
| Consumer Discretionary | - | - |
| Consumer Staples | - | - |
| Energy | - | - |
| Financials | $0.85 | 100% |
| Health Care | - | - |
| Industrials | - | - |
| Information Technology | - | - |
| Materials | - | - |
| Real Estate | - | - |
| Utilities | - | - |
| **TOTAL** | **$0.85** | **100%** |

U.S. Individual Equity Sector Exposure reflects individual equities only and does not look through to holdings within mutual funds or other commingled vehicles.

# Wilmington Trust

## Holdings Detail - Principal

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## ■ Equities

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Dividend | Estimated Annual Income | Estimated Yield (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|
| **U.S. Individual Equities** | | | | | | | | | |
| **Financials** | | | | | | | | | |
| FIRST REPUBLIC BANK/SAN FRAN | 85 | $0.01 | $0.85 | $15,310.37 | -$15,309.52 | - | - | - | - |
| Market Cap: SMALL VALUE | | | | | | | | | |
| Ticker: FRCB; CUSIP: 33616C100 | | | | | | | | | |
| **Total Financials** | | | **$0.85** | **$15,310.37** | **-$15,309.52** | **-** | **-** | **-** | **-** |
| **Total U.S. Individual Equities** | | | **$0.85** | **$15,310.37** | **-$15,309.52** | **-** | **-** | **-** | **-** |
| **TOTAL EQUITIES** | | | **$0.85** | **$15,310.37** | **-$15,309.52** | **-** | **-** | **-** | **-** |

## ■ Other

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Market Value (%) |
|---|---|---|---|---|---|---|---|---|
| **Privately Held Partnership** | | | | | | | | |
| ARES CAPITAL EUROPE IV (D) LEVERED FEEDER | - | - | $683,424.41 | $580,952.61 | $102,471.80 | - | - | 4.60% |
| CUSIP: 99Y810DM5* | | | | | | | | |
| MONARCH CAPITAL PARTNERS OFFSHORE V LP | - | - | 569,618.10 | 525,693.19 | 43,924.91 | - | - | 3.84 |
| CUSIP: 99Y816UK7* | | | | | | | | |
| MONARCH OPPORTUNISTIC REAL ESTATE FUND 1-B LP | - | - | 429,056.12 | 400,682.48 | 28,373.64 | - | - | 2.89 |
| CUSIP: 99Y822DT5* | | | | | | | | |
| PRIVATE EQUITY VII OFFSHORE, L.P. | - | - | 483,623.85 | 416,237.51 | 67,386.34 | - | - | 3.26 |
| CUSIP: 99Y821MM2* | | | | | | | | |

*Table values for Private Markets, Hedge Funds, or Other asset classes reflect the most recent information available, but are typically illiquid and may have irregular reporting. Please consult with your Relationship Team for further details.

# Wilmington Trust

## Holdings Detail - Principal

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

### Other (continued)

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Market Value (%) |
|---|---|---|---|---|---|---|---|---|
| STEPSTONE PRIVATE ACCESS PARTNERSHIP, LP CUSIP: 99Y806YO6* | - | - | $2,565,962.00 | $881,235.01 | $1,684,726.99 | - | - | 17.28% |
| **Total Privately Held Partnership** | | | **$4,731,684.48** | **$2,804,800.80** | **$1,926,883.68** | **-** | **-** | **31.86%** |
| **TOTAL OTHER** | | | **$4,731,684.48** | **$2,804,800.80** | **$1,926,883.68** | **-** | **-** | **31.86%** |

### Cash & Equivalents

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Effective Duration | Yield to Worst (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Taxable** | | | | | | | | | | |
| **Taxable Money Market Funds** | | | | | | | | | | |
| FEDERATED HERMES US TREASURY CASH RESERVES CLASS IS Ticker: UTIXX; CUSIP: 60934N682 | 10,118,576.11 | $1.00 | $10,118,576.11 | $10,118,576.11 | - | $32,507.43 | $421,944.62 | - | 4.17% | 68.14% |
| **Total Taxable Money Market Funds** | | | **$10,118,576.11** | **$10,118,576.11** | **-** | **$32,507.43** | **$421,944.62** | **-** | **4.17%** | **68.14%** |
| **Total Taxable** | | | **$10,118,576.11** | **$10,118,576.11** | **-** | **$32,507.43** | **$421,944.62** | **-** | **4.17%** | **68.14%** |
| **TOTAL CASH & EQUIVALENTS** | | | **$10,118,576.11** | **$10,118,576.11** | **-** | **$32,507.43** | **$421,944.62** | **-** | **4.17%** | **68.14%** |
| **Total Principal Portfolio** | | | **$14,850,261.44** | **$12,938,687.28** | **$1,911,574.16** | **$32,507.43** | **$421,944.62** | | | **100%** |
| Accrued Income | | | $32,507.43 | | | | | | | |
| **Total Principal Market Value w/ Accrued Income** | | | **$14,882,768.87** | | | | | | | |

*Table values for Private Markets, Hedge Funds, or Other asset classes reflect the most recent information available, but are typically illiquid and may have irregular reporting. Please consult with your Relationship Team for further details.

# Wilmington Trust

## Holdings Detail - Income

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## Cash & Equivalents

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Effective Duration | Yield to Worst (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| No investments held at this time | | | | | | | | | | |
| **Grand Total** | | | **$14,850,261.44** | **$12,938,687.28** | **$1,911,574.16** | **$32,507.43** | **$421,944.62** | | | **100%** |
| Accrued Income | | | $32,507.43 | | | | | | | |
| **Grand Total Market Value w/ Accrued Income** | | | **$14,882,768.87** | | | | | | | |

www.wilmingtontrust.com

20250306 03.30.35 : 2027591 : 16940682

# Wilmington Trust

## Activity Detail

**■0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## Transaction Activity Detail

| Trade Date Settlement Date | Transaction Type | Transaction Description | Quantity | Price | Principal Cash | Income Cash |
|---|---|---|---|---|---|---|
| **OPENING BALANCE** | | | | | **$10,119,047.55** | - |
| 02/03/2025 | Dividends | CASH RECEIPT OF DIVIDEND EARNED ON FEDERATED HERMES US TRSY CASH RES IS UNITS DUE 2025-02-02 | - | - | - | $36,335.41 |
| 02/14/2025 02/14/2025 | Purchases | PURCHASED 11806.85 UNITS OF PRIVATE EQUITY VII OFFSHORE, L.P. AT 1 TRADE DATE 2025-02-14 SETTLEMENT DATE 2025-02-14 CAPITAL CALL | - | - | -11,806.85 | - |
| 02/28/2025 | Cash Disbursements | CASH DISBURSEMENT DISTRIBUTION BY WIRE PAID TO LVW ADVISORS, LLC PER AUTH DTD 2/28/25 LVW ADVISORS, LLC BANK OF AMERICA, N.A., NY ■8846 | - | - | -25,000.00 | - |
| 02/28/2025 | Intra-Account Transfers | CASH DISBURSEMENT TRANSFER FROM INCOME TO PRINCIPAL OF ACCOUNT ■0107 TRANSFER FROM INCOME TO PRINCIPAL | - | - | - | -36,335.41 |
| 02/28/2025 | Intra-Account Transfers | CASH RECEIPT TRANSFER FROM INCOME TO PRINCIPAL OF ACCOUNT ■0107 TRANSFER FROM INCOME TO PRINCIPAL | - | - | 36,335.41 | - |
| **CLOSING BALANCE** | | | | | **$10,118,576.11** | - |

# Wilmington Trust

## Activity Detail

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## Realized Gain / Loss Detail

| Transaction Description | Disposition Date | Quantity | Cost | Proceeds | Short Term Gain/Loss | Long Term Gain/Loss | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|

There are no realized gain/loss transactions to report for this statement period.

**Realized Gain/Loss estimates** are preliminary, are reliant upon accurate cost basis information, and may not reflect all cost basis adjustments. Corporate actions and income reclassifications will alter a holding's basis and subsequent gain/loss values. Gain/Loss estimates include results for both Taxable and Tax-exempt accounts. This is not a tax document and should not be used for tax preparation.

# Wilmington Trust

## Disclosures

**1040107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## Statement Disclosures

**Statement Review; Limitations on Actions**
Please carefully review your statements and retain them for your records as they may contain notices, disclosures and other important information in addition to the summary of the transactions in your account for the reporting period, including contributions, distributions, transfers, and purchases and sales of securities.  Summary data is also provided for off-setting investment option transfers or other transfers made between accounts.

Please report promptly any material inaccuracy or discrepancy in this information to your Relationship Manager. If revised data becomes available to Wilmington Trust after these reports are generated, we may update our records accordingly; however, revised data typically will not result in the generation of a new report.

**Fee Arrangements**
Wilmington Trust and its affiliates may earn additional compensation from uninvested cash in the form of earnings, which Wilmington Trust expects will be generated at the prevailing federal funds rate.  Such earnings may be generated between the time the moneys are received by Wilmington Trust and actually forwarded to implement investment instructions, or between the time a distribution is issued and presented.

**Affiliated Advisers**
"Wilmington Trust" is a service mark encompassing the trust and investment business of Manufacturer's & Trader's Trust Company ("M&T Bank") in providing services to this account, and of some of M&T Bank's subsidiaries and affiliates, serving individual and institutional clients. Subsidiaries and affiliates include, but are not limited to, Wilmington Trust Company (operating in Delaware only); Wilmington Trust, N.A., a national association; and Wilmington Funds Management Corp., Wilmington Trust Investment Advisors, Inc., and other registered investment adviser affiliates. For additional information regarding the Wilmington Trust brand, underlying entities, and products and services offered, please visit our web site at www.wilmingtontrust.com.

In performing discretionary investment services for an account, M&T Bank or an affiliate may invest account assets in one or more mutual funds, including mutual funds ("Affiliated Funds") advised by investment management affiliates of M&T Bank, including Wilmington Funds Management Corporation ("WFMC") and Wilmington Trust Investment Advisors, Inc. ("WTIA") ("Affiliated Advisers").

The Affiliated Advisers, M&T Bank, and M&T Securities, Inc., another affiliate of M&T Bank (collectively "M&T") may also provide administrative and shareholder services, and services under Rule 12b-1 plans to the Affiliated Funds, and may receive compensation for those services. If M&T provides additional services to the Affiliated Funds, it would be entitled to receive additional compensation from those funds. The compensation for services provided to the Affiliated Funds is determined by the Board of Trustees that governs each Affiliated Fund, and is subject to change from time to time in the discretion of such Board of Trustees.

Currently, WFMC, in its capacity as investment adviser to the Affiliated Funds, is entitled to receive annual advisory fees between 0.45% and 0.95%. WFMC compensates WTIA directly for sub-advisory services provided to the Affiliated Funds. In its capacity as co-administrator of the Wilmington Funds, WFMC is currently entitled to receive annual co-administration fees from the Wilmington Funds as follows: 0.04% on the first $5 billion; 0.03% on the next $2 billion; 0.025% on the next $3 billion; and 0.018% on assets in excess of $10 billion. All fees are calculated based on average daily assets.

M&T Bank may be entitled to receive an annual shareholder services fee of up to 0.25% with respect to the assets of certain accounts invested in the Wilmington Funds. If M&T Bank or an affiliate has investment discretion over an account, then an account may receive a credit against the account-level fiduciary (or investment management) fee for all or some portion of the foregoing fees when account assets are invested in an Affiliated Fund. Alternatively, the value of account assets invested in an Affiliated Fund may be excluded from calculation of the account-level fiduciary (or investment management) fee.

Please consult a current prospectus, available at www.wilmingtonfunds.com, for the relevant Affiliated Fund or contact your Relationship Manager for additional information.

WTIA maintains updated disclosure information on Form ADV Part 2, the Disclosure Brochure. The Disclosure Brochure contains information about WTIA, including a description of WTIA's programs, fees, trading practices, conflicts of interest, key personnel, and other business activities. The Disclosure Brochure is available to all clients of WTIA upon request by contacting WTIA at (410)

**Investment products, included affiliated offerings, are not insured by the Federal Deposit Insurance Corporation or any other governmental agency, are not deposits of or other obligations of or guaranteed by Wilmington Trust, M&T, or any other bank or entity, and are subject to risks, including a possible loss of the principal amount invested.**


# Wilmington Trust

## Disclosures

**1040107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
February 01, 2025 - February 28, 2025

## Statement Disclosures *(continued)*

Where permitted, Wilmington Trust, its affiliates and its sub-advisors may execute portfolio transactions with brokerage firms that provide proprietary and/or third-party research products and services, as well as trade execution. The brokerage firms providing such services may be paid commissions in excess of those another broker or dealer might charge for executing such transactions. We may execute such transactions resulting in receipt of brokerage and research services, notwithstanding that the particular account(s) involved may not be a beneficiary of such brokerage or research. Receipt of research services and products from brokers or dealers who execute client trades involves conflicts of interest for Wilmington Trust, its affiliates and its sub-advisors because they do not have to produce or pay for the research itself, and thus have an incentive to select or recommend a broker based on their interest in receiving such research.

**Pricing and Valuation**

Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed or made available separately to you. Wilmington Trust will also send you this information upon request. To the extent Wilmington Trust has custody of assets but no investment authority over your account, you have the right at any time to receive, at no additional cost to you, written confirmations of securities transactions that occur in your account. These confirmations will be mailed to you in the timeframe required by applicable regulations. Even if you previously waived your right to receive these confirmations, you may at any time ask to receive such confirmations going forward. Please contact your Relationship Manager if you wish to have written trade confirmations mailed to you.

If we are managing the assets in this account, please contact your Relationship Manager if there have been any changes to your financial situation or investment objectives, or if you wish to impose any reasonable restrictions that might affect the management of this account, or reasonably change any existing restrictions.

The investment values and estimated income information reported herein reflect the securities in your account on a trade date basis as of the close of your statement period. Pricing may reflect market price quotations, closing price, mean bid / ask price, or estimated market values obtained from various third-party quotation services which we believe to be reliable and which were available when the report was prepared. If an investment did not have a readily determinable value, then reported values are based on the last valuation available to us at the time the report was generated. For assets not custodied at Wilmington Trust, prices and values are provided by the custodian, the issuer or their administrator, and Wilmington Trust is not responsible for this information, nor can Wilmington Trust guarantee its accuracy or timeliness. Valuation for Private Equity, Private Real Estate and Other asset classes reflect the most recent information available, but are typically illiquid and may have irregular reporting. Consult your Relationship Manager for details regarding valuations for your illiquid holdings.

Reported values may not equal market value or fair value and may include accruals. Asset values will fluctuate. This report should not be used to prepare tax documents or financial statements. Information for tax reporting purposes will be reflected in your annual Wilmington Trust Tax Information Letter. Please contact your Relationship Manager if you have any questions.

**Basis and limitations on use for Cost, Gains, and Losses.** This is not a tax document. This information is being provided for your review of transactions and balances in your account for the reporting period. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your tax advisor. Unrealized Gain and Loss data is reliant upon accurate cost basis information and represents the current value of a security less the adjusted cost basis for that security. If the current value is greater than the adjusted cost basis, that position has an unrealized gain. Conversely, if value is less than cost, the position carries an unrealized loss.

The cost basis of record for securities transferred into your Wilmington Trust account may have been provided to us by a delivering firm, a transfer agent, or another adviser on a best efforts basis. Cost basis data provided through delivering firms is relied upon for this report but should be reviewed for accuracy by each client. Cost basis on fixed income securities are adjusted for amortization, accretion, or principal paydowns and the method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. Where no cost basis is available for a security as of the last day of the reporting period, that security will reflect zero as the cost basis.

> **Investments: • Are NOT FDIC-Insured • Have NO Bank Guarantee • May Lose Value**

# Wilmington Trust

## Glossary

**Accrued Dividend** represents dividends declared by the issuer which have not yet been paid.

**Accrued Income** represents income payments accumulated with a security (i.e., "priced in" to the security value) since the last payment date but not yet received. Income accrues daily and is reset every time accruals are paid.

**Cost** represents the reported original value of an asset adjusted for corporate actions, including stock splits, dividends, and return of capital distributions. Tax cost basis on fixed income securities are adjusted for amortization, accretion or principal paydowns. The method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. This information is used to estimate capital gains and losses; however, this is not a tax document. This information is being provided for your convenience and is for informational purposes only. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your tax advisor.

Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth by the Internal Revenue Service Code in the Emergency Economic Stabilization Act of 2008 and are, therefore, considered "noncovered" under the new cost basis reporting rules. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as securities which have been acquired on or after their applicable dates at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

**Credit ratings** are used to evaluate the likelihood of default by a bond issuer. Independent rating agencies, such as Moody's Investors Service, analyze the financial strength of each bond's issuer. Moody's ratings range from Aaa (highest quality) to C (lowest quality). Bonds rated Baa3 and better are considered "Investment Grade". Bonds rated Ba1 and below are "Speculative Grade" (also "High Yield"). The **Weighted Average Credit Rating** reflects a portfolio-weighted average of ratings on individual rated bonds – non-rated bonds are excluded – it does not represent a rating of the portfolio as a whole. The weighted average is intended only as an aggregate illustration of the portfolio holdings rather than as an indication of their respective risks, as certain risks –including the risk of default of individual issues– may be underrepresented by this measure.

**Duration** is a measure of a bond's sensitivity to changes in interest rates and is calculated as the average percentage change in a bond's value under parallel shifts of the yield curve. Thus a bond with duration of 4 would be expected to lose 1% in value (price) in the event of a 25 basis point (0.25%) increase in market rates, represented by the yield curve. Conversely, that bond would be expected to appreciate 1% in value with a 25 basis point decrease in market rates.

**Estimated Annual Income** is an indication of income return expected from security positions over the next 12 months assuming that the position quantities, interest /dividend rates, and prices remain constant. For U.S. government, corporate, and municipal bonds it is calculated by multiplying the coupon rate by the face value of the security. For common stocks, ADRs, REITs and mutual funds it is calculated using an indicated (projected) annual dividend. They are provided for illustrative purposes only, are not a forecast or guarantee of future results, and they should not be relied on for making investment, trading, or tax decisions.

**Estimated Yield** compares the anticipated earnings on investments (Estimated Annual Income) to the current price of the investments. Changes in the price of a security over time or in the amount of the investment held in your account will cause the estimated yield to vary. The actual yield may be higher or lower than the estimated amounts.

**Net Interest** represents the receipt of interest earned less the purchase of accrued interest on securities.

**Taxable** versus **Tax-exempt** status is determined at the security level, and not at the account type level. Thus accounts that carry a tax exemption, such as IRAs or various charitable trusts, often have holdings that are categorized as Taxable for this report. Conversely, securities classified as Tax-exempt for this report are held in taxable account types. Securities may be deemed Tax-exempt based on a tax-advantaged treatment, typically for interest payments on municipal bonds, which may not be available equally to all investors. Additionally, alternative tax treatments may mitigate or offset tax advantages reflected in this report. This report is not a tax document and should not be used for tax preparation.

**Term (Long or Short)** reflects the holding period of the security. Long term indicates a holding period one year or greater, while Short indicates a holding period less than one year.

**Trade Date** accounting is used throughout this report, unless otherwise identified, and records the purchase or sale of an asset as of the date on which an agreement to purchase/sell was entered, or a market trade executed, rather than on the settlement date (the actual delivery of the asset in exchange for payment). Thus, trades executed but pending settlement are treated as already present in the account in reliance upon successful settlement. Trade date treatment serves as a better

**W Wilmington Trust**

# Glossary

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
February 01, 2025 - February 28, 2025

## Glossary *(continued)*

reflection of actual decisions to buy/sell than settlement date, which can occur days later.

**Unit Cost** is the reported cost per share of an equity position, or cost per bond for debt securities. It reflects the price paid, adjusted for corporate actions such as stock splits and return of capital distributions. It is used to estimate capital gains and losses; however, you should rely only on your official tax documents for tax reporting purposes. All cost basis information is derived from transactions in the account or information supplied by you or other sources and is provided for your convenience and is for informational purposes only. There is no guarantee as to the accuracy of third-party cost basis information and it is not intended for tax reporting purposes. Please inform us in the event that a cost basis is not accurate.

**Unrealized Gain/Loss** is the difference between the current value of a security and the adjusted cost basis of that security. If the current value is greater than the original cost, that position has an unrealized gain. Conversely, if the current value is less than the original cost, that position has an unrealized loss.

**Yield to Worst** assumes the "worst case" yield to investors within the terms of the issue's provisions, such as use of prepayment, call, or sinking fund options that may be available to the issuer on some bonds.