**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE COLLEGE OF SAINT ROSE, | ) | Case No. 24-11131 (REL) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY**
**THE PENSION BENEFIT GUARANTY CORPORATION**

Pursuant to Fed. R. Bankr. P. 3006, Pension Benefit Guaranty Corporation hereby withdraws its Proof of Claim No. 7, filed against The College of Saint Rose in this proceeding.

Dated: April 2, 2025         /s/ Kelsey L. Owens
Washington, D.C.              Kelsey L. Owens
                              Attorney
                              Office of the General Counsel
                              PENSION BENEFIT GUARANTY
                              CORPORATION
                              445 12th Street S.W.
                              Washington, D.C. 20024-2101
                              (202) 860-9329
                              Email: owens.kelsey@pbgc.gov & efile@pbgc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2025, the foregoing **Notice of Withdrawal of Proof of Claim Filed by the Pension Benefit Guaranty Corporation** was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/ Kelsey L. Owens
Kelsey L. Owens