So Ordered.

Signed this 9 day of April, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
THE COLLEGE OF SAINT ROSE,                                       :    Case No. 24-11131 (REL)
                                                                 :
                Debtor.                                          :
                                                                 :
---------------------------------------------------------------- x

**ORDER (A) APPROVING AND AUTHORIZING PROCEDURES FOR THE
RETENTION AND DISPOSTION OF THE DEBTOR'S RECORDS,
(B) THE DEBTOR TO ENTER INTO AGREEMENT WITH
IRON MOUNTAIN FOR RECORD STORAGE UNDER 11 U.S.C. §§ 105
AND 363, AND (C) AUTHORIZING THE DEBTOR TO ABANDON AND
DISPOSE OF UNNECESSARY RECORDS UNDER 11 U.S.C. §§ 105 AND 554**

Upon the motion dated March 13, 2025 (the "Motion")[1] of The College of Saint Rose (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, approving and authorizing procedures (the "Record Retention Procedures") for the retention and disposition of the Debtor's records, (b) authorizing the Debtor to enter into an Agreement with Iron Mountain for the storage of the Debtor's records under 11 U.S.C. §§ 105 and 363 and (c)

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

22484.3 21396898v1

authorizing the Debtor to abandon and dispose of unnecessary records under 11 U.S.C. §§ 105 and 554; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b)92); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given under the circumstances; and it appearing that no other or further notice need be given; and after due deliberation; and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor is authorized to and shall implement the following Record Retention Procedures:

- Necessary Records dating from January 1, 2023 to date shall be retained for a period of two (2) years from the date of entry of this Order (the "Record Retention Period"). The Record Retention Period for personnel records in the Debtor's possession for participants in the Debtor's pension plan as requested by the Pension Benefit Guaranty Corp. shall be from the time of the creation of such records until two (2) years from the date of entry of this Order.

- Necessary Records stored during the pendency of the Record Retention Period will automatically become Unnecessary Documents at the end of the Record Retention Period.

- At the end of the Record Retention Period, Iron Mountain shall destroy the Records being stored pursuant to the Storage Agreement;

and it is further

22484.3 21396898v1

**ORDERED** that the Debtor is authorized to enter into the Storage Agreement with Iron Mountain under sections 105(a) and 363(b) of the Bankruptcy Code and is authorized to pay the entire cost of the Storage Agreement at the time of execution of the Storage Agreement; and it is further

**ORDERED** that the Debtor is authorized to immediately abandon and dispose of any Unnecessary Records, and after the expiration of the Record Retention Period, all Necessary Records shall be destroyed by Iron Mountain under the Storage Agreement pursuant to sections 105(a) and 554(a) of the Bankruptcy Code; and it is further

**ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

####