UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
    :
In re:    :   Chapter 11
    :
THE COLLEGE OF SAINT ROSE,    :   Case No. 24-11131 (REL)
    :
           Debtor.    :   **AFFIDAVIT OF SERVICE**
    :
------------------------------------------------------------- x

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NASSAU    )

CAROLINA RODRIGUEZ, being duly sworn, deposes and says:

That she is over the age of 21 years, resides in Queens, New York and is not a party to this action.

That on the 14th day of April, 2025 she served the within ***Order Setting Hearing on Disclosure Statement*** via first-class mail (postage prepaid) upon the individuals and/or entities listed on the attached Service List by depositing true copies thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at The Omni Building, 333 Earle Ovington Boulevard, Uniondale, New York 11553.

_____
Carolina Rodriguez

Sworn to before me this
14th day of April, 2025

_____
Notary Public

NANCY CHRYSTAL
Notary Public State of New York
No. 01CH4834396
Qualified in Suffolk County
Commission Expires May 31, 2027

22484.3 21399894v1

SERVICE LIST

AccuData Intergrated Marketing, Inc
PO Box 61557
Fort Myers, FL 33906-1557

Adam Tegnander
5 Weston Dr
Clifton Park, NY 12065-6023

Adirondack Combustion Technologies Inc.
6 Northway Lane, Ste 202
Latham, NY 12110-4894

Adirondack Combustion Technologies, Inc.
4488 Duanesburg Road
PO Box 278
Duanesburg, NY 12056-0278

Adrian Donnelly
12 Hillview Ter
Castleton On Hudson, NY 12033-1404

Alattia Myers
59 Beverly Ave
Albany, NY 12206-3215

Albany County Pine Hills Land Authority
Albany County
111 Washington Ave.
Ste. 100
Albany, NY 12210-2214

Albany Fire Extinguisher
215 Watervliet Shaker Road
Watervliet, NY 12189-3452

Albany Fire Extinguisher
216 Watervliet Shaker Road
Watervliet, NY 12189

Albany Fire Protection, Inc.
Avenue B, PO Box 429
Watervliet, NY 12189-0429

Albany Symphony Orchestra
19 Clinton Avenue
Albany, NY 12207-2296

Albany Water Board
PO Box 4570
Buffalo, NY 14240-4570

Alexander Zavadil
223 Ballston Ave
Ballston Spa, NY 12020-3607

Alexandra Nelson
43A Edward Street
Cohoes, NY 12047-1836

Sameer Alifarag
Eversheds Sutherland (US) LLP
1114 6th Ave
1114 Avenue of the Americas
New York, NY 10036-7703

Alliance Risk Group
56 Clifton County Road
Clifton Park, NY 12065-3838

Allyson Hobarth
128 W Wendell St
Endicott, NY 13760-4056

Alp Gulden
181 S Main St
Sherborn, MA 01770-1427

American Indian Library Association
PO Box 41296
San Jose, CA 95160-1296

Amy Hunter
9661 Buttonbush Pl
Brewerton, NY 13029-9429

Amy Romat
11245 State Route 9
Champlain, NY 12919-5045

Ann Neilson
PO Box 171
Schaghticoke, NY 12154-0171

Anna Giardenelli
2004 Anthony Dr
Schenectady, NY 12303-4504

Anne C. Krache
Shook, Hardy & Bacon, LLP
One Federal Street
Suite 2620
Boston, MA 02110-2012

Artists Pianos
664 New Loudon Road, Suite 2
Latham, NY 12110-4050

Attorney General
of the State of New York
Charities Bureau
120 Broadway
New York, NY 10271-0002

Ave Sibaja
448 4th St Fl 2
Troy, NY 12180-5325

BND Inc.
PO Box 80445 Taylors Bridge Rd
Townsend, DE 19734

Belfor USA Group Inc
2191 Central Avenue
Schenectady, NY 12304-4477

Beth Ann Bivona, Esq.
M & T BANK
One M&T Plaza, 8th Floor
Buffalo, NY 14203

Beth Ann Bivona
M&T Bank
One M&T Plaza, 8th Floor
Buffalo, NY 14203

Blackbaud Inc
PO Box 830413
Philadelphia, PA 19182-0519

Bloomberg LP
120 Park Avenue
New York, NY 10017-5505

Bonnie L. Pollack, Esq.
Cullen and Dykman LLP
80 State Street, Suite 900
Albany, NY 12207-2541

Meghan M. Breen
Lemery Greisler LLC
50 Beaver Street
Albany, NY 12207-1538

Brendan Stout
6 Overlook Ave
Greenwich, NY 12834-4001

Francis J. Brennan
Whiteman Osterman & Hanna LLP
80 State Street, 11th Floor
Albany, NY 12207-5015

Bruce Scott
205 Consaul Rd
Albany, NY 12205-3607

Bullrock
Bullrock Solar, LLC
145 Pine haven Shore Suite 1150
Shelburne, VT 05482-7703

CMS, U.S. Department of Health and Human Ser
26 Federal Plaza, 18th Fl.
New York, NY 10278-0023

CT Male
50 Century Hill Drive
Latham, NY 12110-2122

Cameron Myers
109 Severson Ave
Altamont, NY 12009-7725

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Financial Services, Inc.
c/o Allison L. Domowitch, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053-3475

Cap Financial Partners, LLC
D/B/A Captrust Financial Advisors
4208 Six Forks Road Suite 1700
Raleigh, NC 27609-5734

Carley Natosi
25 Howell Pl
Kearny, NJ 07032-3612

Carlos Menjivar
40 Oakwood St
Albany, NY 12208-2421

Carlsen Gallery Inc.
9931 State Route 32
Freehold, NY 12431-5320

Carrie Harris
2 Merrall Dr
Clifton Park, NY 12065-7225

Center for Integrated Teacher Education, Inc
3305 Jerusalem Avenue
Wantagh, NY 11793-2028

Chartrand, Shelly
7 Artillery Approach
Mechanicville, NY 12118-3527

Chelsea Murphy
25 Hiawatha Dr
Clifton Park, NY 12065-7725

ChemSearch Solutions
2727 Chemsearch Blvd
Irving, TX 75062-6454

ChemSearchFE
236261 Network Place
Chicago, IL 60673-0001

Christian Morrison
1 Nates Ct
Burnt Hills, NY 12027-6711

Chumani Ketcham
1188 County Route 7
Hannibal, NY 13074-3303

City of Albany
24 Eagle Street
Albany, NY 12207-1905

Case 24-11131-1-rel    Doc 236    Filed 04/14/25    Entered 04/14/25 13:28:53    Desc
Main Document      Page 4 of 13

City of Albany
Capital Resource Corporation
285 Delaware Avenue, 3rd Floor
Buffalo, NY 14202-1885

Constellation NewEnergy Inc
PO Box 4640
Carol Stream, IL 60197-4640

County Waste - Clifton Park
A Waste Connections Company
PO Box 431
Clifton Park, NY 12065-0431

Crown Castle Fiber, LLC
PO Box 32102
New York, NY 10087-2102

DDCues LLC
2023 US 9
Round Lake, NY 12151-1701

Daniel Carr
859 Myrtle Ave
Albany, NY 12208-2607

Danielle Gill
34 Curt Blvd
Saratoga Springs, NY 12866-8913

Danielle Hunt
1122 Sheldon Dr
Altamont, NY 12009-4308

David Considine
14 Windsor Ct
Delmar, NY 12054-4304

David Travers
795 Western Tpke
Duanesburg, NY 12056-3801

David Weiner
CMS, US Dept. of Health and Human Srvs.
26 Federal Plaza, 18th Fl
New York, NY 10278-0023

Deanna R. Rochester
414 Fox Pointe Dr
Dover, DE 19904-1416

Deborah Carter
775 Myrtle Ave
Albany, NY 12208-2621

Debra Lee Polley
432 Western Avenue
Albany, NY 12203-1400

Department of Labor
Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

Allison L Domowitch
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North
Suite 305
Marlton, NJ 08053-3475

Donna Kirker
21 Mallard Dr
Rexford, NY 12148-1515

Dormitory Authority of the State of New York
516 Broadway
Albany, NY 12207

Dump It, LLC
5 Exchange Street
Albany, NY 12205-3379

EAB
Attn: Lockbox Services 603519
1525 West W.T. Harris Blvd. 2C2
Charlotte, NC 28262-8522

EAB
PO Box 603519
Charlotte, NC 28260-3519

EAB Global, Inc.
Anne C. Krache, Esq.
Shook, Hardy & Bacon LLP
One Federal Street, Suite 2620
Boston, MA 02110-2012

EPlus Technology Inc (Palo Alto)
13595 Dulles Technology Drive
Herndon, VA 20171-3413

Eastern Heating and Cooling Inc.
880 Broadway
Albany, NY 12207-1316

Educational Computer Systems,
Inc PO Box 936565
Atlanta, GA 31193-6565

Elevation 10000
13 Cornell Rd.
Latham, NY 12110-1423

Elizabeth Evans
22 Lois Ct
Albany, NY 12205-2442

Elizabeth Power
7403 Wells Blvd
Hyattsville, MD 20783-1921

Elizabeth Thomson
432 Western Avenue
Albany, NY 12203-1400

Elizabeth Willis
16 Pinewood Dr
Schenectady, NY 12302-4714

Ellucian Company LLC
2003 Edmund Halley Drive
Reston, VA 20191-1108

Emelie Engstrom
East 81st St
New York, NY 10028

Emily Pinkerton
275 Woodlawn Ave
Albany, NY 12208-2503

Emma Tuey
270 Broome St
Catskill, NY 12414-2034

Emma Yakalis
82 North St Apt 2
Walton, NY 13856-1340

Erin Lyke
1087 Scott Greene Rd
Roxbury, NY 12474-1472

Evisions, Inc. 1321 Upland Drive
PMB 20169
Houston, TX 77043-4718

Fatima Khaleel
436 Elk St
Albany, NY 12206-2703

(p)FERRILLI
4 KINGS HIGHWAY EAST
HADDONFIELD NJ 08033-2002

FirstLight Fiber
12 Metro Park Road
Albany, NY 12205-1245

Fire, Security & Sound Systems Inc.
4 Avis Drive, Suite 110
Latham, NY 12110-2650

First Light
41 State Street, Floor 10
Albany, NY 12207-2869

FirstLight
7890 Lehigh Crossing
Victor, NY 14564-8819

FirstLight Fiber
PO Box 1301
Williston, VT 05495-1301

Fleischer, Fleischer & Suglia, P.C.
Brian M. Fleischer, Esq.,
Four Greentree Center,601 Route 73 N.
Marlton, NJ 08053

Franchezca Lesley Aimee Braceros
6 Felicia Ct
Albany, NY 12205-4419

Frank Ahearn
2520 Cypress Island Ct
Wellington, FL 33414-7000

Friends of Chamber Music of Troy NY
PO Box 10191
Albany, NY 12201-5191

Gabriella George
374 Morris St
Albany, NY 12208-3326

Gallagher Risk Management
PO Box 39735
Chicago, IL 60694-0001

Gia Gencic
9221 Sienna Vista Dr
Las Vegas, NV 89117-7032

Gina E. Zuckrow
2 Graham Pl
Ellenville, NY 12428-5616

GovConnection (NERCOMP Consortium)
732 Milford Road
Merrimack, NH 03054-4644

Grand Rivers
PO Box 2094
Saratoga, CA 95070-0094

Greater Worchester Community Foundation
1 Mercantile Street, Ste. 010
Worcester, MA 01608-3103

Green Genies
PO Box 11342
Albany, NY 12211-0342

Green Street Power Partner
335 Madison Avenue, 4th Floor
New York, NY 10017-4675

H.T Lyons
3 Rexford Way
Clifton Park, NY 12065-7830

H.T. Lyons
7165 Ambassador Drive
Allentown, PA 18106-9255

Haleigh S. Rojas
255 Patroon Creek Blvd
Albany, NY 12206-5001


Ian A. Hammel
Mintz,Levin,Cohn,Ferris,Glovsky,Popeo PC
One Financial Center
Boston, MA 02111-2657

Hannah Deetz
101 Craigie Ave
Scotia, NY 12302-1213

Hannah Liscomb
34 Pine Dr N
Nassau, NY 12123-9739


Heather Fronckowiak
16 Powerhouse Rd
Schaghticoke, NY 12154-4001

Heather M. Tarbox
22 Daytona Ave
Albany, NY 12203-2517

Heidi Peratikos
25 Queen Anne Ln
Wappingers Falls, NY 12590-6013


Hellen Jumo
23 Cummings Rd Apt 6
Brighton, MA 02135-7348

Hessem Loayza-Ladcani
61 Anchor Ln
Levittown, NY 11756-4434

(p)HOGAN MARREN BABBO & ROSE   LTD
3400 W 111TH ST
PMB #109
CHICAGO IL 60655-3330


Hope Solar Farm LLC
145 Pine Haven Shores Road, Suite 1150
Shelburne, VT 05482-7703

Hosanna G. Davis
571 Center Cambridge Rd
Cambridge, NY 12816-1905

Hunter Devins
3040 State Route 3
Cadyville, NY 12918-1729


ISC
Integrated Security & Communications
5 Commerece Way, Ste 150
Trenton, NJ 08691-3395

Ilia Bakhriev
202 Ontario St Fl 2
Albany, NY 12203-1310

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jaime Iglehart
491 State St Apt 3A
Albany, NY 12203-1019

Janice Jenkins
1216 Arley Ct
Valley Stream, NY 11580-1415

Jannetta Briscoe
437 Arthur St
Schenectady, NY 12306-3113


Jason Landry
435 East Ave
Lewiston, ME 04240-4739

Jaysalee Salcedo
174 Jefferson St Apt 1
Brooklyn, NY 11206-6301

Jeffrey Gelinas
17 Ingersoll Dr
Westfield, MA 01085-4922


Jeffrey Knapp
432 Western Avenue
Albany, NY 12203-1400

Jeffrey Palmer
105 Manning Blvd Apt 1
Albany, NY 12203-1739

Jenna R. Muckle
272 Stuffle St
Cropseyville, NY 12052-2619


Jennifer Lane-Byrne
1210 Hyman Ave
Bay Shore, NY 11706-5342

Jessica Litt
409 Hackett Blvd
Albany, NY 12208-1636

Jill Hepp
23 W Sky Ln
Clifton Park, NY 12065-6774

Joanna Forrest
79 Locust Ave
Oakdale, NY 11769-1604

John Ciano
121 Vermont View Dr
Watervliet, NY 12189-1040

John Dzurica
35 Pyramid Pines Est
Saratoga Springs, NY 12866-9428

Jonathan DiMario
60-24 68th St
Maspeth, NY 11378-2521

Josie Mertz
305 Fall Creek Ter
Stroudsburg, PA 18360-9278

Jovan Carpino
24A Greenlea Dr
Clifton Park, NY 12065-5705

Julia Berak
31 Brookland Farms Rd
Paughkeepsie, NY 12601-5822

Julia G. Fikar
87 S 3rd St
Bethpage, NY 11714-2607

Julia Gargano
123 Willard Ave
Staten Island, NY 10314-2274

Julianne Keegan
14 Maple ln
Cohoes, NY 12047-2211

Julie Evans
39 S 3rd St
Hudson, NY 12534-2124

Justin Simon
1026 Madison Ave
Troy, NY 12180-5436

Kari Francis
250 45th St Apt 2
Brooklyn, NY 11220-1006

Katherine L. Rice
43 S Main St
Schaghticoke, NY 12154-4004

Kelly Fagan
2352 County Route 41
Greenville, NY 12083-4626

Kevin Zou
1731 Bay Ridge Ave
Brooklyn, NY 11204-5016

Kimani Glanville
1029 Delamont Ave
Schenectady, NY 12307-1801

Kymberly Kochis
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, NY 10036-7703

Kymberly Kochis, Esq.
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703

LCS Landscapes
42 Cottage Street
Poughkeepsie, NY 12601-2015

LVW Advisors
67 Monroe Avenue
Pittsford, NY 14534-1319

Laura Albright
8 Jefferson Rd
Glenmont, NY 12077-3302

Lemery Greisler, LLC
Mechan M. Breen, Esq.
60 Railroad Place, Suite 502
Saratoga Springs, NY 12866-3052

Lemery Greisler, LLC
Paul A. Levine, Esq.
677 Broadway, 8th Floor
Albany, NY 12207-2953

Level 3 Comunications, LLC
PO Box 910182
Denver, CO 80291-0182

Paul A. Levine
Lemery Greisler, LLC
677 Broadway
8th Fl.
Albany, NY 12207-2953

Liam Traynor
668 Birchwood Park Dr
Middle Island, NY 11953-2631

Luisa Rivas Perez
65 Westerlo St Apt F
Albany, NY 12202-2090

M&T Bank
attn: Beth Ann Bivona, Esq.
One M&T Plaza, 8th Flr.
Buffalo, NY 14203

MVP Select Care
PO Box 26864
New York, NY 10087-6864

Macen Mero
87 Macey Ln
Plattsburgh, NY 12901-5923

Mack Cain
PO Box 950
Oxford, NY 13830-0950

Madison Galvin
24 S Main Ave
Albany, NY 12208-2618

Malak Talabah
299 Sherman St
Albany, NY 12206-2513

Malcolm M. Moran
2161 Guilderland Ave
Schenectady, NY 12306-4434

Manideep Vanam
445 Livingston Ave Apt 2B
Albany, NY 12206-2815

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Manufacturers and Traders Trust Company as T
Mintz, Levin, Cohn, Ferris, Glovsky & Po
Attn: P. Miyoko Sato and Ian Hammel
One Financial Center
Boston, MA 02111-2657

Marcia J. White
432 Western Avenue
Albany, NY 12203-1400

Margaret Fleming
15167 23rd Ave
Whitestone, NY 11357-3709

Margaret McLane
432 Western Avenue
Albany, NY 12203-1400

Marguerite Vanden Wyngaard
14 Norwood Ave Fl 1
Albany, NY 12208-2875

Maria Ollivierre
85 Coleman St
Dorchester, MA 02125-3178

Mark's Organic Pest Control
1 Poplar Avenue
Troy, NY 12180-4822

Marshall and Sterling
30 Corporate Drive
Halfmoon, NY 12065-8603

Marwan Hennawi
1 W Hills Pl
Melville, NY 11747-4119

Masconomet Regional Scholarship Foundati
20 Endicott Road
Boxford, MA 01921-2709

Matthew Akins
6039 Johnston Rd
Slingerlands, NY 12159-9833

Megan Dellaratta
67 Lebrun St
Port Jeff Sta, NY 11776-3723

Meghan Hom
400 E 50th St
New York, NY 10022-8039

Melissa J. Martinez/ Aaron M Quinones
1375 Nelson Ave Apt 3J
Bronx, NY 10452-2442

Melissa Palo, Senior Corporate Counsel at Vi
5384 Poplar Avenue, Suite 500
Memphis, TN 38119-3658

Melissa Van De Wal
18 Villa Ave
Albany, NY 12203-3214

Todd C. Meyers
Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309-4416

Meyers & Meyers
1734 Western Avenue
Albany, NY 12203-4413

Mia Grassia
36 Hemlock Ln
Bay Shore, NY 11706-7811

Michael Petrone
25 Durham Pl
Lake Grove, NY 11755-2847

Michael Sutter Company
855 South 430
West Heber City, UT 84032-2276

| | | |
|---|---|---|
| Michelle Michaud<br>59 Amity St Apt 1<br>Cohoes, NY 12047-4102 | Mikel Azcue<br>366 Western Ave<br>Albany, NY 12203-1402 | Milliman, Inc<br>PO Box 75553<br>Chicago, IL 60675-5553 |
| Milton Cat<br>PO Box 3851<br>Boston, MA 02241-3851 | Mintz, Levin, Cohn, Ferris,<br>Glovsky and Popeo, P.C.<br>Aaron M, Williams, Esq.<br>One Financial Center<br>Boston, MA 02111-2621 | Mintz, Levin, Cohn, Ferris,<br>Glovsky and Popeo, P.C.<br>Dallas Grey Taylor, Esq.<br>919 Third Avenue<br>New York, NY 10022-3902 |
| Mintz, Levin, Cohn, Ferris,<br>Glovsky and Popeo, P.C.<br>Ian A. Hammel, Esq.<br>One Financial Center<br>Boston, MA 02111-2621 | Miosotis Tennant<br>100 Union Dr Apt 415<br>Albany, NY 12208-3454 | Monitronics<br>Dept CH 14321<br>Palatine, IL 60055-0001 |
| NBR<br>fka Direct Energy Business Marketing LLC<br>dba Direct Energy Business<br>804 Carnegie Center Drive<br>Princeton, NJ 08540-6023 | NEW YORK STATE DEPARTMENT OF LABOR<br>1220 WASHINGTON AVE, BLDG 12 RM 256<br>ALBANY, NY 12226-1799 | NRG<br>Po Box 32179<br>New York, NY 10087-2179 |
| NY Higher Education Services Corporation<br>99 Washington Avenue<br>Albany, New York 12255-0002 | NYC & URMG<br>PO Box 95000-5430<br>Philadelphia, PA 19195-0001 | NYS DOH Office of Health Insurance Progr<br>1 Commerce Plaza<br>99 Washington Ave<br>Albany, NY 12210-2822 |
| NYS Dept. of Taxation and Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Office for People with Developmental Dis<br>500 Balltown Road<br>Schenectady, NY 12304-2247 | Nathan Greene<br>28 Woodrow Ct<br>Troy, NY 12180-2154 |
| National Grid<br>Attn: Linda Demauro<br>PO Box 4706<br>Syracuse, NY 13221-4706 | National Grid<br>Po Box 371376<br>Pittsburgh, PA 15250-7376 | National Student Clearinghouse<br>2300 Dulles Station Boulevard, Suite 300<br>Herndon, VA 20171-6352 |
| New York State Department of Environmental<br>Conservation Office of General Counsel<br>625 Broadway<br>Albany, NY 12233-7000 | New York State Education Department<br>89 Washington Avenue<br>Albany, NY 12234-1000 | New York State Higher<br>Education Services Corp<br>99 Washington Ave<br>Albany, NY 12210-2822 |
| Niagara Mohawk Power Corporation DBA Nationa<br>300 Erie Boulevard West<br>Syracuse, NY 13202-4250 | Brown Nimeroff LLC<br>919 N. Market St. Ste. 420<br>Wilmington, DE 19801-3014 | Northeast HVAC Solutions<br>PO Box 425<br>Clifton Park, NY 12065-0425 |
| Nyzair L Sheldon<br>5 Stephen St<br>Albany, NY 12202-1512 | Olivia Lockwood<br>329 Stormville Mountain Rd<br>Stormville, NY 12582-5521 | OnBoard<br>333 N Alabama Street, Suite 300<br>Indianapolis, IN 46204-2151 |

Opal Beyer
29 Clinton Ct
Stillwater, NY 12170-1307

Otis Elevator
20 Loudonville Road
Albany, NY 12204-1509

Kelsey L Owens
Pension Benefit Guaranty Corporation
445 12th Street, S.W.
Washington, DC 20024-2101

P. Miyoko Sato, Esq.
Ian Hammel, Esq.
Mintz Levin Cohn Ferris Glovsky Popeo PC
One Financial Center
Boston, MA 02111-2657

Paige McCulloch
7 Lindberg Dr
Latham, NY 12110-4105

Pam Smith
157 W 21st St
Huntington Station, NY 11746-2121

Peter A. Pastore
O'Connell & Aronowitz P.C.
54 State St
Albany, NY 12207-1897

Pension Benefit Guaranty Corp.
P.O. Box 151750
Alexandria, VA 22315-1750

Pension Benefit Guaranty Corporation
c/o Kelsey L. Owens
445 12th Street, S.W.
Washington, D.C. 20024-2101

Pension Benefit Guaranty Corporation
c/o Simon J. Torres
445 12th Street, S.W.
Washington, D.C. 20024-2101

Peter A. Pastore,
O'Connell & Aronowitz P.C. obo
Albany County Pine Hills Land Authority
54 State St
Albany, NY 12207-2540

Peter A. Pastore, Esq.
OConnell & Aronowitz, PC
54 State Street, 9th Floor
Albany, NY 12207-2527

Peter Anadio
1180 County Highway 122
Gloversville, NY 12078-6132

Peter Post
9137 County Rd 6
North Augusta, ON K0K 1R0

Philip Hasin
723 State St
Albany, NY 12203-1318

Quadient Finance USA, Inc.
PO Box 6813
Carol Stream, IL 60197-6813

Richard Bachan
1438 Schuyler St
Schenectady, NY 12303-1025

Riverview Companies Northeast LLC
PO Box 336
Coxsackie, NY 12051-0336

Sallyann Giess
305 Sandidge Way
Albany, NY 12203-3634

Salmon River Solar LLC
PowerMarket
15 Metrotech Center, 19th Floor
Brooklyn, NY 11201-3818

Salvatore Canova
108 Roy St
Massapequa, NY 11758-1628

Samantha E. Zimmerman
13 Frances Ln
Kerhonkson, NY 12446-3204

Samara Watson
50 Amsterdam Ave 13 G
New York, NY 10023-7424

Sameer M. Alifarag
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703

Sarah Heikkinen
342 Congress St Apt 2
Troy, NY 12180-4367

Sarah Johnson
20 Plum Poppy S
Ballston Spa, NY 12020-4437

Sarah L. Mattison
366 Western Ave
Albany, NY 12203-1402

| | | |
|---|---|---|
| Saratoga Solar II, LLC<br>Landmark Square, Suite 320<br>Stamford, CT 06901 | Shavaria Perkins<br>26 Coachman Sq<br>Clifton Park, NY 12065 | Shayna Ireland<br>49 Wineberry Ln<br>Malta, NY 12020-4715 |
| Sidearms<br>109 S. Warren Street, Suite 600<br>Syracuse, NY 13202-4758 | Silvia Mejia<br>46 Cardinal Ave<br>Albany, NY 12208-2719 | Social Security Administration<br>Attn: Bankruptcy, Office of the General<br>Counsel Office of Program Litigation<br>6401 Security Boulevard<br>Baltimore, MD 21203 |
| Sodexo Inc. & Associates<br>PO Box 360170<br>Pittsburgh, PA 15251-6170 | Sodexo Inc. and Affiliates<br>c/o Brown Nimeroff LLC<br>919 N. Market St. Ste. 420<br>Wilmington, DE 19801-3014 | Sodexo, Inc. and Affiliates<br>c/o Joshua Morris, Attorney Commercial L<br>915 Meeting Street<br>North Bethesda, MD 20852-2375 |
| Spectrum<br>PO Box 6030,<br>Carol Stream, IL 60197-6030 | State of South Carolina<br>Office of the Secretary of State<br>1205 Pendleton Street, Ste. 525<br>Columbia, SC 29201-3745 | Stephen Trempel<br>1058 Woodmere Dr<br>Bethlehem, PA 18017-2338 |
| SummitBridge National Investments VIII LLC<br>Attention: Chief Operating Officer<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 | Sunvestment Energy Group<br>Bullrock Solar<br>45 Pine Haven Shores Road, Suite 1150<br>Shelburne, VT 05482 | TMA Systems, LLC<br>1876 Utica Square, Third Floor<br>Tulsa, OK 74114-1424 |
| Tab Service Company<br>310 S. Racine Avenue<br>Chicago, IL 60607-7402 | Tanishq Iyengar<br>Hamilton Township 166 Crest Avenue<br>Trenton, NJ 08690-2104 | Tatiana Sierra-Rodriquez<br>295 Colonie St Apt 2E<br>Albany, NY 12210-2561 |
| Tayler Silvano<br>16 W Erie St Apt 2<br>Albany, NY 12208-2404 | Dallas Taylor<br>Mintz, Levin, Cohn, Ferris, Glovsky and<br>919 Third Avenue<br>New York, NY 10022-3902 | Teresa Kessler<br>11 Minnowbrook Ave Apt 1<br>Delmar, NY 12054-2939 |
| The Board of Trustees of the College of Sain<br>c/o Francis J. Brennan, Esq.<br>Whiteman Osterman & Hanna LLP<br>80 State Street, 11th Floor<br>Albany, NY 12207-5015 | | The College of Saint Rose<br>432 Western Ave<br>Attn: Marcia White and Debbie P<br>Albany, NY 12203-1490 |
| Thomas Antorino<br>29 Gristmill Ln<br>Halesite, NY 11743-2134 | Thomas H. Zaloga<br>17 Clifford Ave<br>Latham, NY 12110-4401 | Thomas Hoffay<br>38 Shadow Wood Way<br>Ballston Lake, NY 12019-1212 |
| Thomas Jefferson University<br>4201 Henry Ave<br>Philadelphia, PA 19144-5409 | Thomas Kelsh<br>6131 Meadow Grove Loop<br>Wilmington, NC 28409-5126 | Tia Monique L. Millwood<br>20 State St<br>Otisville, NY 10963-2355 |

| | | |
|---|---|---|
| Todd C. Meyers<br>EVERSHEDS SUTHERLAND (US) LLP<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 | Todd Meyers, Esq.<br>Eversheds Sutherland (US) (LLP)<br>999 Peachtree Street, NE<br>Atlanta, GA 30309-3915 | Simon J. Torres<br>Pension Benefit Guaranty Corporation<br>445 12th Street SW<br>Washington, DC 20024-2101 |
| Tracy Sitterly<br>5 Ridgefield Way<br>Watervliet, NY 12189-1667 | Tri County Refrigeration, Inc.<br>126 West Beecher Hill Road<br>Owego, NY 13827-2722 | Tri-County Refrigeration<br>3481 Waverly Road<br>Owego, NY 13827-2827 |
| Tricia Pascucci<br>9 Walnut Rd<br>Mechanicville, NY 12118-3325 | Trisha Vecchione<br>7 Moreland Ave<br>Latham, NY 12110-4536 | Tristan Kisling<br>56 Via Da Vinci<br>Clifton Park, NY 12065-2906 |
| Tucker Beaudoin<br>801 Rocky Ln<br>Bennington, VT 05201-8427 | U.S Department of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202-0008 | U.S Department of Education<br>Federal Student Aid<br>New York/Boston School Participation Div<br>32 Old Slip 25th Fl.<br>New York, NY 10005 |
| U.S. Securities and Exchange Commission<br>100 Pearl St.<br>Suite 20-100<br>New York, NY 10004-6003 | | UHY, LLP<br>PO Box 72243<br>Cleveland, OH 44192-0002 |
| | United States Attorney, NDNY<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, NY 13261-6106 | United States Trustee for Region 2<br>11A Clinton Avenue, Room 620<br>Attn: Lisa M. Penpraze/Harrison Strauss<br>Albany, NY 12207-2370 |
| University at Albany Athletics Department<br>1400 Washington Avenue<br>Albany, NY 12222-0100 | Usherwood<br>1005 W Fayette Street<br>Syracuse, NY 13204-2861 | Usherwood Office Technology<br>1005 W Fayette Street<br>Syracuse, NY 13204-2861 |
| VRC Companies, LLC dba Vital Records Control<br>5384 Poplar Avenue, Suite 500<br>Memphis, TN 38119-3658 | Verizon<br>PO Box 408<br>Newark, NJ 07101-0408 | Vertere Data<br>747 Aquidneck Avenue<br>Middletown, RI 02842-7265 |
| Vertical Transportation Consulting LLC<br>430 Franklin Street<br>Schenectady, NY 12305-2018 | Virginia Fontanilles<br>23 King Pl<br>Westfield, MA 01085-2824 | Vital Records Control<br>POBox 11407<br>Birmingham, AL 35246-3035 |
| W DANIEL BILLINGTON DMD MS PLLC<br>2 Executive Park Dr.<br>Albany, NY 12203-3700 | Washington Avenue Solar<br>Landmark Square, Suite 320<br>Stamford, CT 06901 | Watermark Insights, LLC<br>PO Box 736632<br>Dallas, TX 75373-6632 |

Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12210-2886

Aaron M. Williams
Mintz,Levin,Cohn,Ferris,Glovsky,Popeo
One Financial Center
Boston, MA 02111-2657

Yolanda Caldwell
43 Grafton Rd
Glenmont, NY 12077-3135

Yvonne Boyd
5 Jennings Dr
Albany, NY 12204-1757

Zachary R. Ebert
951 South St
Apulia Station, NY 13020-2007

Zachary T. Noll
23 Thatcher St
Selkirk, NY 12158-1764

Zoom Video Communications Inc.
55 Almaden Blvd, Suite 600
San Jose, CA 95113-1612

iWave Information Systems, Inc.
182-134 Kent Street, 2nd Level
Charlottetown, PE C1A8R8 Canada