CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                                              :    Chapter 11
                                                                                          :
THE COLLEGE OF SAINT ROSE,                                    :    Case No. 24-11131 (REL)
                                                                                          :
                                                                                          :
                              Debtor.                                         :
                                                                                          :
------------------------------------------------------------ x

### NOTICE OF MONTHLY FEE STATEMENT FOR COUNSEL TO THE DEBTOR'S BOARD OF TRUSTEES FOR THE PERIOD OF MARCH 1, 2025 THROUGH <u>MARCH 31, 2025</u>

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Counsel to the Debtor's Board of Trustees for the period of March 1, 2025 through March 31, 2025 is attached hereto.

Dated: Albany, New York
          April 17, 2025

                                                                CULLEN AND DYKMAN LLP
                                                                *Counsel for Debtor*

                                                                By:    s/ Bonnie Pollack
                                                                          Matthew G. Roseman, Esq.
                                                                          Bonnie L. Pollack, Esq.
                                                                80 State Street, Suite 900
                                                                Albany, New York 12207
                                                                (516) 357-3700

21403891v1

**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600
fax - 518.487.7777

## WOH HAS CHANGED BANK & CREDIT CARD PROCESSOR-SEE REMITTANCE ADVICE SECTION

Board of Trustees
of the College of Saint Rose
18 Chip Shot Way
Mechanicville, NY  12118

Invoice Date:     03/31/2025
Invoice No.          776106
Client No.           118855

## INVOICE SUMMARY

For professional services rendered through March 31, 2025

**Client-Matter: 118855 - 001**

RE:    **Bankruptcy Matters**

| | |
|---|---:|
| Total Professional Services | $ 6,909.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,909.00** |
| Previous Balance | $ 8,225.00 |
| **TOTAL BALANCE DUE** | **$ 15,134.00** |
| Overpayments | $ 17,666.40 |

SCAN TO PAY



**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600
fax - 518.487.7777

## PAYMENTS APPLIED SINCE LAST INVOICE

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---|
| 3/19/25 | Payment | 759394 | WIRE | College of Saint Rose | $ 952.30 |

*Electronic Invoice*

SCAN TO PAY



# Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 03/31/2025  
Invoice No. 776106

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/04/25 | FJB | Attend status conference with debtor's counsel and financial consultants regarding disposition of personal property and closing issues; | .80 | 376.00 |
| 3/11/25 | FJB | Receive and review proposed order regarding debtor's professionals' first interim fee applications; respond to debtor's counsel regarding proposed order; | .20 | 94.00 |
| 3/11/25 | FJB | Attend virtual meeting with debtor and debtor's financial consultant regarding status of closing sale of campus and information regarding closing to be provided to Executive Committee; | 1.10 | 517.00 |
| 3/12/25 | FJB | Review agenda and documents for Executive Committee meeting; review minutes from January 30, 2025 meeting; | .60 | 282.00 |
| 3/13/25 | FJB | Attend Executive Committee meeting; review with Board of Trustees status of property sales, bankruptcy case, and continuing steps to conclude Chapter 11 case; | 1.10 | 517.00 |
| 3/14/25 | FJB | Receive and review motion for order authorizing procedures for record retention and disposal; | 1.30 | 611.00 |
| 3/17/25 | FJB | Review redlines of disclosure statement; | 1.10 | 517.00 |
| 3/17/25 | FJB | Review redlines of Chapter 11 plan; | .90 | 423.00 |
| 3/20/25 | FJB | Receive and review February 2025 monthly operating report; | .50 | 235.00 |
| 3/21/25 | FJB | Receive and review comments to Disclosure statement and plan; | 1.30 | 611.00 |
| 3/25/25 | FJB | Attend meeting with FTI Consultants regarding financial disclosures for disclosure statement and plan; | 1.00 | 470.00 |
| 3/26/25 | FJB | Review plan administrator agreement; | 1.10 | 517.00 |
| 3/27/25 | FJB | Receive and review emails regarding revisions to plan administrator agreement; | .20 | 94.00 |
| 3/28/25 | FJB | Review revised disclosure statement and plan; review waterfall of payments; | 2.80 | 1,316.00 |
| 3/28/25 | FJB | Review minutes of January 2025 Executive Committee meeting; | .40 | 188.00 |
| 3/31/25 | FJB | Review motion to reject executory contracts; | .30 | 141.00 |

3

## Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 03/31/2025  
Invoice No. 776106

**TOTAL PROFESSIONAL SERVICES**  $ 6,909.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---|---|---|
| Francis Brennan | 14.70 | 470.00 | 6,909.00 |
| **Total** | **14.70** | | **$ 6,909.00** |

**TOTAL THIS INVOICE**  $ 6,909.00

4

# Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 03/31/2025  
Invoice No. 776106

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 763045 | 3/17/25 | 8,225.00 | .00 | 8,225.00 |

| | |
|---|---|
| Previous Balance | $ 8,225.00 |
| Balance Due This Invoice | $ 6,909.00 |
| **TOTAL BALANCE DUE** | **$ 15,134.00** |

**AGED ACCOUNTS RECEIVABLE**

| Current - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $ 8,225.00 | $ .00 | $ .00 | $ .00 | $ .00 | $ 8,225.00 |