So Ordered.

Signed this 23 day of April, 2025.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
THE COLLEGE OF SAINT ROSE,                                       :   Case No. 24-11131 (REL)
                                                                 :
                    Debtor.                                      ::
---------------------------------------------------------------- x

### ORDER PURSUANT TO 11 U.S.C §§ 105(a) AND 365(a) & (d) AND FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF <u>CERTAIN EXECUTORY CONTRACTS</u>

Upon the motion (the "Motion")[1] of The College of Saint Rose, debtor and debtor-in-possession (the "<u>Debtor</u>" or the "<u>College</u>"), for entry of an order (this "Order") pursuant to sections 105(a) and 365(a) and (d) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code"), and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (a) approving the rejection of the executory contracts as set forth on **<u>Exhibit 1</u>** attached hereto (the "Executory Contracts"), and (b) granting related relief; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

22484.3 21410317v1

U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the relief being requested being in the best interests of the Debtor and its estate and creditors; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Executory Contracts set forth on **Exhibit 1** are deemed rejected pursuant to Bankruptcy Code section 365(a), effective as of March 31, 2025, except for the two (2) Executory Contracts identified on Exhibit 1 to be rejected effective as of June 30, 2025.

3. The deadline to file a proof of claim asserting damages arising from the rejection of any Executory Contracts shall be 30 days following the date of entry of this Order (or, as to the two (2) Executory Contracts being rejected as of June 30, 2025, 30 days following the effective date of the rejection of such Executory Contracts).

4. Nothing contained in the Motion or this Order shall be construed as (a) an admission of liability as to the validity of any claim against the Debtor, (b) a waiver of the Debtor's right to dispute the amount of or the basis for any claim against the Debtor, or (c) a waiver of any claims or causes of action which may exist as against any creditor or interest holder in this case.

22484.3 21410317v1

5.      The Debtor shall cause a copy of this Order to be mailed by first class mail to each known counterparty to each of the Executory Contracts as set forth on the attached **Exhibit 1**, within three (3) business days after the date of this Order.

6.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

\* \* \* \*

# EXHIBIT 1

**Executory Contracts**

| Type of Contract | Name/Address of Counterparty |
|---|---|
| Annual Boiler Preventative Maintenance | Adirondack Combustion Technologies, Inc.<br>6 Northway Lane, Ste 202<br>Latham, NY 12110 |
| Annual Fire Extinguisher Maintenance | Albany Fire Extinguisher<br>215 Watervliet Shaker Road<br>Watervliet, NY 12189 |
| Semi-Annual Kitchen Fire Suppression Maintenance | Albany Fire Extinguisher<br>216 Watervliet Shaker Road<br>Watervliet, NY 12189 |
| Internal Pipe Inspection and Gauge Replacement | Albany Fire Protection, Inc.<br>Avenue B, PO Box 429<br>Watervliet, NY 12189 |
| Annual Backflow Test and Inspection | Albany Fire Protection, Inc.<br>Avenue B, PO Box 429<br>Watervliet, NY 12189 |
| Quarterly Wet Piper Sprinkler Systems Test and Inspection | Albany Fire Protection, Inc.<br>Avenue B, PO Box 429<br>Watervliet, NY 12189 |
| Community Solar Distributed Generation Subscription | Bullrock Solar, LLC<br>145 Pine Haven Shore, Suite 1150<br>Shelburne, VT 05482 |
| NYC Teacher Education | Center for Integrated Teacher Education, Inc.<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793 |
| Water Treatment | ChemSearch Solutions<br>2727 Chemsearch Blvd<br>Irving, TX 75062 |
| License Agreement: Signage in various locations | City of Albany<br>24 Eagle Street<br>Albany, NY 12207 |
| Signage Right-of-Way on Partridge | City of Albany<br>24 Eagle Street<br>Albany, NY 12207 |
| Collection and Disposal of Waste Materials | County Waste & Recycling<br>PO Box 431<br>Clifton Park, NY 12065 |
| Lab Decommissioning | CT Male<br>50 Century Hill Drive<br>Latham, NY 12110 |
| Security Guards | DDCues LLC<br>2023 US 9<br>Round Lake, NY 12151 |

| | |
|---|---|
| Automated Logic Controls on Equipment for Facilities | Eastern Heating and Cooling Inc.<br>880 Broadway<br>Albany, NY 12207 |
| Keltron Maintenance | Fire, Security, & Sound Systems, Inc.<br>4 Avis Drive, Suite 110<br>Latham, NY 12110 |
| Master Dark Fiber Agreement, Master Service Agreement, Service Order Agreement. Internet and Telephone Services- **TO BE REJECTED EFFECTIVE AS OF JUNE 30, 2025** | First Light<br>41 State Street, Floor 10<br>Albany, NY 12207 |
| Community Solar Distributed Generation Subscription | Green Street Power Partner<br>335 Madison Avenue, 4th Floor<br>New York, NY 10017 |
| Environmental Systems Maintenance | H.T. Lyons<br>3 Rexford Way<br>Clifton Park, NY 12065 |
| Community Solar Distributed Generation Subscription | Hope Solar Farm LLC<br>145 Pine Haven Shores Road, Suite 1150<br>Shelburne, VT 05482 |
| Maintenance Contract on one Card Building Locking System | ISC (Integrated Security & Communications)<br>5 Commerce Way, Ste 150<br>Hamilton, NJ 08691 |
| Landscaping and Snow Removal Services (month to month) | Riverview Companies Northeast LLC<br>PO Box 336<br>Coxsackie, NY 12051 |
| Pest Control for 80+ Buildings | Mark's Organic Pest Control<br>1 Poplar Avenue<br>Troy, NY 12180 |
| Diploma Printing and Diploma Distribution Agreement | Michael Sutter Company<br>855 South 430 West<br>Heber City, UT 84032 |
| Generator Maintenance | Milton Cat<br>PO Box 3851<br>Boston, MA 02241 |
| Health Insurance Plan Consultant- **TO BE REJECTED EFFECTIVE AS OF JUNE 30, 2025** | MVP Select Care<br>PO Box 26864<br>New York, NY 10087 |

| | |
|---|---|
| Degree Verify Agreement for Education Recruitment | National Student Clearinghouse<br>2300 Dulles Station Boulevard, Suite 300<br>Herndon, VA 20171 |
| Natural Gas – Renewal | NBR (fka Direct Energy Business Marketing LLC) dba Direct Energy Business<br>804 Carnegie Center Drive<br>Princeton, NJ 08540 |
| Elevator Maintenance | Otis Elevator<br>20 Loudonville Road<br>Albany, NY 12204 |
| Lifts: Lubricate and Survey Service | Otis Elevator<br>20 Loudonville Road<br>Albany, NY 12204 |
| Agreement – solar | Salmon River Solar LLC<br>PowerMarket<br>15 Metrotech Center, 19th Floor<br>Brooklyn, NY 11201 |
| Community Solar Subscription Agreement | Saratoga Solar II, LLC<br>Landmark Square, Suite 320<br>Stamford, CT 06901 |
| Internet and Security Systems | Spectrum<br>PO Box 6030<br>Carol Stream, IL 60197 |
| Solar Energy Agreement | Sunvestment Energy Group<br>Bullrock Solar<br>145 Pine Haven Shore Road, Suite 1150<br>Shelburne, VT 05482 |
| Carrier and Trane Chiller Preventive Maintenance | Tri County Refrigeration, Inc.<br>126 West Beecher Hill Road<br>Owego, NY 13827 |
| Third Party Elevator Inspections | Vertical Transportation Consulting LLC<br>430 Franklin Street<br>Schenectady, NY 12305 |
| Community Solar Subscription Agreement | Washington Avenue Solar<br>Landmark Square, Suite 320<br>Stamford, CT 06901 |