UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                      :        Chapter 11
                                            :
The College of Saint Rose                   :
                                            :        Case No. 24-11131
                                            :
                                            :
                    Debtor.                 :
--------------------------------------------------------------x


<u>Notice of Withdrawal of Proof of Claim #20</u>

PLEASE TAKE NOTICE that the undersigned, David Weiner, attorney for the creditor, the Centers for Medicare & Medicaid Services (CMS), an agency within the United States Department of Health and Human Services (HHS), hereby withdraws Proof of Claim No. 20, which was filed in the above-captioned case on March 31, 2025.

Dated: April 23, 2025.


                    Respectfully submitted,


                    By: *<u>/s/ David Weiner</u>*
                    David Weiner, Assistant Regional Counsel
                    U.S. Department of Health and Human Services
                    Office of the General Counsel, Region II
                    646-968-4429 (Tel)
                    212-264-6046 (fax)
                    David.Weiner@hhs.gov


1