The College of Saint Rose
Cash Receipts and Disbursements (Unaudited)
Reporting Period: March 2025

| (USD) | 3/31/2025 | Cumulative |
|---|---:|---:|
| Sale of personal property net of commission | $ - | $ 47,905 |
| Sales tax collected to be paid out | - | (509) |
| Miscellaneous Income | 4,468 | 461,413 |
| Prepetition Receivables | - | 303,063 |
| **Total Operating Receipts** | **$ 4,468** | **$ 811,872** |
| Proceeds from Sale of President's House | 635,000 | 635,000 |
| Proceeds from Sale of Remaining Real Estate | 35,000,000 | 35,000,000 |
| Proceeds from Sale of Real Estate | 35,635,000 | 35,635,000 |
| Net Realized and Unrealized Investment Gains (Losses) | 41,682 | 217,796 |
| **Total Non-Operating Receipts** | **$ 35,676,682** | **$ 35,852,796** |
| **Total Receipts** | **$ 35,681,150** | **$ 36,664,668** |
| Salaries | (106,721) | (785,073) |
| Fringe Benefits | (84,644) | (509,399) |
| Equipment, Supplies, and Other Expenses | (15,807) | (200,657) |
| Property Maintenance, Utilities, and Insurance | (305,972) | (1,481,183) |
| Close-Out Audits | - | (73,353) |
| P Card Payments | (1,533) | (32,781) |
| **Total Operational Disbursements** | **$ (515,953)** | **$ (3,083,721)** |
| FTI Consulting, Inc. (Financial Advisor) | (108,186) | (306,856) |
| Cullen and Dykman LLC (Counsel) | (192,638) | (579,838) |
| Whiteman Osterman & Hanna LLP (Board Counsel)[1] | (11,641) | (31,827) |
| Restructuring Professional Fees | (312,466) | (918,520) |
| Bonds Payable | (22,352,792) | (22,402,737) |
| DIP Loan | (10,800,000) | (10,800,000) |
| Return of Collateral | (33,152,792) | (33,202,737) |
| DIP Loan Interest | (31,837) | (31,837) |
| DIP Loan Exit Fee | (162,000) | (162,000) |
| Jones Lang LaSalle Incorporated | (1,315,137) | (1,315,137) |
| Title Charges | (79,476) | (79,476) |
| Albany Water Board | (19,229) | (19,229) |
| Other Distributions Related to Proceeds from Sale | (1,607,679) | (1,607,679) |
| Utility Deposit | - | (41,012) |
| United States Trustee Fees | (6) | (9,979) |
| **Total Restructuring Disbursements** | **$ (35,072,942)** | **$ (35,779,927)** |
| **Total Disbursements** | **$ (35,588,895)** | **$ (38,863,648)** |
| **Net Cash Flow** | **$ (511,485)** | **$ (2,198,980)** |
| Unrestricted Cash | $ 8,386,431 | $ 1,615,182 |
| Restricted Cash | 18,843,579 | 18,689,404 |
| **Opening Cash Position** | **$ 27,230,010** | **$ 20,304,586** |
| Gross DIP Financing | - | 10,800,000 |
| DIP Financing Interest Expense | 592,673 | (387,327) |
| Other DIP Financing Expenses | 76,106 | (527,235) |
| **DIP Financing** | **$ 668,779** | **$ 9,885,439** |
| Unrestricted Net Cash Flow | (577,036) | (3,022,447) |
| Restricted Net Cash Flow | 669,291 | 823,467 |
| **Net Cash Flow** | **$ 92,255** | **$ (2,198,980)** |
| Unrestricted Cash | 8,478,174 | 8,478,174 |
| Restricted Cash | 19,512,871 | 19,512,871 |
| **Closing Cash Position** | **$ 27,991,044** | **$ 27,991,044** |

1. Per the Supplemental Declaration of Francis J. Brennan Regarding Increase in Hourly Rates [Dkt. No. 190], the attorneys of Nolan Heller Kauffman LLP joined Whiteman Osterman & Hanna LLP effective January 1, 2025.

2. All information contained herein is unaudited and is subject to further adjustment.

| (USD) | 3/31/2025 | Book Value on Petition Date |
|---|---:|---:|
| Unrestricted Cash and Cash Equivalents | 8,478,174 | 1,615,182 |
| Notes and Accounts Receivable, Net | 70,168 | 417,348 |
| Prepaid Expenses | 225,468 | 217,191 |
| Other Current Assets | 625,108 | 730,108 |
| Inventory | - | 231,518 |
| **Total Current Assets** | **$ 9,398,918** | **$ 3,211,346** |
| Restricted Cash and Cash Equivalents | 19,512,871 | 18,689,404 |
| Land, Buildings, and Equipment, Net | 763,067 | 77,533,894 |
| **Total Non-Current Assets** | **$ 20,275,938** | **$ 96,223,298** |
| **Total Assets** | **$ 29,674,856** | **$ 99,434,644** |
| Prepetition Accounts Payable | 1,470,554 | 1,431,181 |
| Prepetition Accrued Expenses and Other Liabilities[1] | 4,974,000 | 6,506,170 |
| Prepetition Long-Term Debt[2] | 26,137,982 | 48,653,274 |
| Prepetition Right Of Use Liabilities - Finance Leases | 536,783 | 536,783 |
| **Prepetition Liabilities** | **$ 33,119,319** | **$ 57,127,408** |
| Postpetition Accounts Payable | 496,537 | - |
| Postpetition Accrued Expenses And Other Liabilities | 362,665 | - |
| Postpetition DIP Financing | - | - |
| **Postpetition Liabilities** | **$ 859,202** | **$ -** |
| **Total Liabilities** | **$ 33,978,521** | **$ 57,127,408** |
| Without Donor Restrictions | (23,816,536) | 23,617,832 |
| With Donor Restrictions | 19,512,871 | 18,689,404 |
| **Net Assets** | **$ (4,303,665)** | **$ 42,307,236** |
| **Total Liabilities and Net Assets** | **$ 29,674,856** | **$ 99,434,644** |

1. Prepetition accrued expenses and other liabilities decreased $2.4M from 2/28/2025 to 3/31/2025, primarily due to: (i) a $1.1M write-off of an asset retirement obligation for asbestos repairs, (ii) a $1.0M reduction in accrued unemployment, which was previously accrued at the Petition Date to account for future estimated claims (following receipt of actual claims from the Department of Labor, postpetition accrued expenses and other liabilities now includes $318K for post-petition accrued unemployment), and (iv) a $304K write-off of the College's potential claims for the terminated self-insured health and dental insurance plans.
2. Prepetition long-term debt decreased $20.3M from 2/28/2025 to 3/31/2025 due to a $22.3M reduction to bonds payable from proceeds from the sale of remaining real estate, offset by (i) the use of a $686K bondholder reserve for legal fees, and (ii) a $1.4M adjustment to prepetition long-term debt to reflect accrued interest through the petition date (October 10, 2024). Monthly operating reports from October 2024 to February 2025 reflected accrued interest through June 30, 2024.
3. All information contained herein is unaudited and is subject to further adjustment.

The College of Saint Rose
Statement of Operations (Unaudited)
Reporting Period: March 2025

| (USD) | 3/31/2025 | Cumulative |
|---|---:|---:|
| Miscellaneous Income | $ 4,715 | $ 53,675 |
| **Total Operating Revenue** | **$ 4,715** | **$ 53,675** |
| Salaries | 150,583 | 1,152,971 |
| Fringe Benefits[1] | (1,008,029) | (837,656) |
| Equipment, Supplies, and Other Expenses | 2,029,723 | 2,280,770 |
| Property Maintenance, Utilities, and Insurance | 215,663 | 1,584,636 |
| Digitization and Storage of Records | - | 12,208 |
| Close-Out Audits | - | 73,881 |
| DIP Financing Costs | 232,811 | 1,129,971 |
| **Total Operating Expenses** | **$ 1,620,751** | **$ 5,396,779** |
| FTI Consulting, Inc. (Financial Advisor) | 144,418 | 449,069 |
| Cullen and Dykman LLC (Counsel) | 233,201 | 829,391 |
| Whiteman Osterman & Hanna LLP (Board Counsel)[2] | 0 | 34,399 |
| Other Restructuring Professional Fees | - | - |
| Restructuring Professional Fees | $ 377,620 | $ 1,312,859 |
| United States Trustee Fees | 6 | 9,979 |
| **Total Restructuring Expenses** | **$ 377,625** | **$ 1,322,838** |
| **Operating Profit (Loss)** | **$ (1,993,661)** | **$ (6,665,943)** |
| Investment Return | 1,887 | 4,744 |
| Gain (Loss) on the Sale of Real and Personal Property Net of Commission | (40,213,354) | (40,167,549) |
| Miscellaneous Income | 32,616 | 222,519 |
| **Total Non-Operating Revenue** | **$ (40,178,851)** | **$ (39,940,286)** |
| Equipment, Supplies, and Other Expenses | 500 | 50,008 |
| Property Maintenance, Utilities, and Insurance | 98,981 | 98,981 |
| **Total Non-Operating Expenses** | **$ 99,481** | **$ 148,989** |
| **Non-Operating Profit (Loss)** | **$ (40,278,332)** | **$ (40,089,275)** |
| **Audit and Other Adjustments[3,4]** | **$ (1,356,154)** | **$ 144,316** |
| **Total Profit (Loss)** | **$ (43,628,147)** | **$ (46,610,901)** |

1. Fringe benefits includes (i) a $732K net reduction in accrued unemployment based on actual claim amounts, (ii) a $304K write-off of the College's potential claims for the terminated self-insured health and dental insurance plans, and (iii) $28K of other fringe benefits.
2. Per the Supplemental Declaration of Francis J. Brennan Regarding Increase in Hourly Rates [Dkt. No. 190], the attorneys of Nolan Heller Kauffman LLP joined Whiteman Osterman & Hanna LLP effective January 1, 2025.
3. For the November 2024 monthly operating report filed on December 20, 2024, the College made adjustments to its 10/31/2024 balance sheet as part of finalizing its audit. As a result, prepetition accrued expenses and other liabilities increased by $0.6M due to an adjustment to accrued unemployment liabilities. Prepetition long-term debt decreased by $2.1M to adjust for accrued interest and acceleration of the College's bond debt. These adjustments resulted in a $1.5M increase to net assets. Therefore, the November 2024 income statement included $1.5M of audit adjustments.
4. For this current March 2025 monthly operating report, the College made a $1.4M adjustment to prepetition long-term debt to reflect accrued interest through the petition date (October 10, 2024). Monthly operating reports from October 2024 to February 2025 reflected accrued interest through June 30, 2024.
5. All information contained herein is unaudited and is subject to further adjustment.

**The College of Saint Rose**
Accounts Receivable Aging (Unaudited)
Reporting Period: March 2025

| (USD) | 3/31/2025 |
|---|---|
| 0-30 Days Old | $ 58,433 |
| 31-60 Days Old | - |
| 61-90 Days Old | - |
| 91+ Days Old | 11,735 |
| **Total Accounts Receivable** | **$ 70,168** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose**
Postpetition Liabilities Aging (Unaudited)
Reporting Period: March 2025

| (USD) | 3/31/2025 |
|---|---:|
| 0-30 Days Old[1] | $ 496,537 |
| 31-60 Days Old | - |
| 61-90 Days Old | - |
| 91+ Days Old | - |
| **Total Accounts Payable** | $ 496,537 |
| **Total Accrued Expenses and Other Liabilities** | $ 362,665 |
| **Total DIP Financing Liabilities** | $ - |
| **Total Postpetition Liabilities** | $ 859,202 |

1. Includes professional fee holdbacks.
2. All information contained herein is unaudited and is subject to further adjustment.

**The College of Saint Rose** Case 24-11131-1-rel    Doc 248-1    Filed 04/29/25    Entered 04/29/25 09:42:16    Desc
Schedule of Payments to Professionals (Unaudited)    Exhibits    Page 6 of 9
Reporting Period: March 2025

| (USD) Payees | Date of Retention | Retainers | Compensation and Expenses | Applied Retainer | Amount Paid By Estate |
|---|---|---|---|---|---|
| Cullen and Dykman LLC (Counsel) | 11/4/2024 | $ 25,000 | $ 192,638 | $ - | $ 192,638 |
| FTI Consulting, Inc. (Financial Advisor) | 11/4/2024 | 68,241 | 108,186 | - | 108,186 |
| Whiteman Osterman & Hanna LLP (Board Counsel)[1] | 11/4/2024 | 17,666 | 11,641 | - | 11,641 |
| **Total Bankruptcy Professionals** | | $ 110,907 | $ 312,466 | $ - | $ 312,466 |
| Kessler PR Group | 11/14/2024 | - | - | - | - |
| UHY Advisors Northeast, Inc. | 11/14/2024 | - | - | - | - |
| **Total Non-Bankruptcy Professionals** | | $ - | $ - | $ - | $ - |
| **Total Professionals** | | $ 110,907 | $ 312,466 | $ - | $ 312,466 |

1. Per the Supplemental Declaration of Francis J. Brennan Regarding Increase in Hourly Rates [Dkt. No. 190], the attorneys of Nolan Heller Kauffman LLP joined Whiteman Osterman & Hanna LLP effective January 1, 2025.
2. All information contained herein is unaudited and is subject to further adjustment.

**The College of Saint Rose**
Schedule of Payments to Insiders (Unaudited)
Reporting Period: March 2025

| (USD) | 3/31/2025 |
|---|---:|
| Wages & Salaries | $ 65,344 |
| Employee Benefits | 9,243 |
| Expense Reimbursements | 1,476 |
| **Total Payments to Insiders** | **$ 76,063** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

The College of Saint Rose    Case 24-11131-1-rel    Doc 248-1    Filed 04/29/25    Entered 04/29/25 09:42:16    Desc
Payments Made on Prepetition Debt (Unaudited)    Exhibits    Page 8 of 9
Reporting Period: March 2025

| (USD) Payee | Payment Date | Amount |
|---|---|---|
| Series 2021 Bondholders | 3/13/2025 | $ 22,352,792 |
| Albany Water Board | 3/13/2025 | 53,561 |
| **Total Payments Made on Prepetition Debt** | | **$ 22,406,353** |

*1. All information contained herein is unaudited and is subject to further adjustment.*

**The College of Saint Rose**
Schedule of Asset Sales (Unaudited)
Reporting Period: March 2025

(USD)

| Date | Description | Gross Price | Payments from Proceeds | Net Sales Proceeds |
|---|---|---:|---:|---:|
| 3/5/2025 | President's House | $ 635,000 | $ (635,000) | $ - |
| 3/13/2025 | Remaining Real Estate[1] | 35,000,000 | (34,125,470) | 874,530 |
| 3/16/2025 | Art Sold at Carlsen Gallery Auction | 25,925 | (5,185) | 20,740 |
| 3/24/2025 | Grand Piano and Organ | 62,100 | (24,640) | 37,460 |
| 3/27/2025 | Harpsichords, Organ, Synthesizer / Controller | 389 | (156) | 233 |
| **Total Asset Sales** | | **$ 35,723,414** | **$ (34,790,451)** | **$ 932,963** |

1. Net sales proceeds from remaining real estate includes (i) $624,530 related to the President's House sales proceeds carved out for distribution to general unsecured creditors, and (ii) $250,000 reserved to pay 1Q2025 United States Trustee fees.
2. All information contained herein is unaudited and is subject to further adjustment.