So Ordered.

Signed this 7 day of May, 2025.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
In re:                                          : Chapter 11
                                                :
THE COLLEGE OF SAINT ROSE,                      : Case No. 24-11131 (REL)
                                                :
         Debtor.                                :
                                                :
---------------------------------------------------------------- x

**ORDER AUTHORIZING ABANDONMENT OF CGA ACCOUNT TO ANNUITANTS UNDER 11 U.S.C. §§ 105 AND 554**

Upon the motion dated April 9, 2025 (the "Motion")[1] of The College of Saint Rose (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, authorizing the Debtor to abandon the CGA Account to the Annuitants under 11 U.S.C. §§ 105 and 554; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b)92); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given under the circumstances; and it appearing that no other or further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

notice need be given; and after due deliberation; and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor is authorized to and shall liquidate the CGA Account, abandon the Reserves in the amounts set forth on Exhibit "B" to the Motion to the Annuitants, transfer the remainder to the CGA Account to its operating account and close the CGA Account; and it is further

**ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

**ORDERED** that KeyBank Institutional Advisors is authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

####