Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
T: 516.357.3700
F: 516.357.3792

**Bonnie L. Pollack**
PARTNER
Direct: 516-296-9143
E-mail bpollack@cullenllp.com

May 7, 2025

**VIA ECF**

Chambers of the Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, New York 12207

    Re: The College of Saint Rose
      Case No. 24-11131 (REL)

Dear Sir/Madam:

  In connection with the above-referenced case, on December 9, 2024, the Pension Benefit Guaranty Corporation (the "PBGC") filed several unliquidated claims. After discussion between the Debtor and the PBGC, the unliquidated claims have been fixed in amount in accordance with a Stipulation Allowing and Fixing the Amount of Claims Filed by Pension Benefit Guaranty Corporation dated May 7, 2025 (the "Stipulation"), a copy of which is attached hereto.

  It is requested that the Court so-order the Stipulation. A copy of the Stipulation has been uploaded to chambers for that purpose. Thank you for your continued courtesies and cooperation. Should you have any questions, please do not hesitate to contact the undersigned.

              Very truly yours,

              *Bonnie Pollack*

              Bonnie L. Pollack

Enc.
CLIENTS\21444217.v1-5/7/25