CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
|  |  : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| THE COLLEGE OF SAINT ROSE, | : | Case No. 24-11131 (REL) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
------------------------------------------------------------- x

### NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL
### FOR THE PERIOD OF APRIL 1, 2025 THROUGH APRIL 30, 2025

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated

November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the period of April

1, 2025 through April 30, 2025 is attached hereto.

Dated: Albany, New York
     May 19, 2025

                            CULLEN AND DYKMAN LLP
                            *Counsel for Debtor*

                            By:   s/ Bonnie Pollack
                                      Matthew G. Roseman, Esq.
                                      Bonnie L. Pollack, Esq.
                            80 State Street, Suite 900
                            Albany, New York 12207
                            (516) 357-3700



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ⁿᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                                                    May 6, 2025
432 WESTERN AVENUE
ALBANY, NY  12203

**File Number: 22484-000-3**                                          **Control Number  7556322**

---

**RE: BANKRUPTCY FILING**

Enclosed is our bill for professional services rendered and disbursements advanced through April 30, 2025.

Should you have any questions, please call me.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

DINA VESPIA

CLIENTS\22484\1\21444342.v1-5/7/25



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2ʳᵈ Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                        May 6, 2025
432 WESTERN AVENUE
ALBANY, NY  12203

## INVOICE SUMMARY

**File Number: 22484-000-3**                    **Control Number  7556322**

---

**RE: BANKRUPTCY FILING**

FOR PROFESSIONAL SERVICES rendered through April 30, 2025 in connection with the above referenced matter, as more fully detailed on the attached.

| | |
|---|---|
| Professional Services | $ 64,099.00 |
| Disbursements | $ 584.01 |
| **TOTAL THIS INVOICE** | **$ 64,683.01** |

CLIENTS\22484\1\21444342.v1-5/7/25



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE                                              May 6, 2025
432 WESTERN AVENUE
ALBANY, NY  12203

**File Number: 22484-000-3**                          **Control Number  7556322**

RE:   **BANKRUPTCY FILING**

**PROFESSIONAL SERVICES**

**B100 GENERAL ADMINISTRATION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/01/25 | BLP | B100 | | Finalize and file master service list | .20 | 163.00 |
| 4/01/25 | DV | B100 | | Meeting w/ B. Pollack to discuss pending matters. | .30 | 118.50 |
| 4/03/25 | BLP | B100 | | Comms re collection of contract monies due and basis and background of same | .40 | 326.00 |
| 4/03/25 | BLP | B100 | | Comms with UST re plan and status | .20 | 163.00 |
| 4/03/25 | BLP | B100 | | Comms with CITE and college re money owed to college and their defenses | .30 | 244.50 |
| 4/07/25 | BLP | B100 | | Comm to client re call re workers comp trust and strategy re same (2); review and revise plan and motion timeline requested by client (.3) | .50 | 407.50 |
| 4/07/25 | BLP | B100 | | Continued comms re CITE money owed, schedule call to discuss same | .20 | 163.00 |
| 4/07/25 | BLP | B100 | | Discussion with Marsh re workers comp trust monies owed and resolution of same | .40 | 326.00 |
| 4/07/25 | MGR | B100 | | Review and discuss time line internally. | .40 | 348.00 |
| 4/07/25 | DV | B100 | | Meeting w/ B. Pollack to discuss pending matters. | .40 | 158.00 |
| 4/07/25 | DV | B100 | | Prepared timeline re: pending motions/filings. | .80 | 316.00 |

2

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/07/25 | DV | B100 | | Meeting re: workers' comp distribution and discussion w/ B. Pollack re: same. | .50 | 197.50 |
| 4/07/25 | DV | B100 | | Reviewed email from CITE re: money owed | .20 | 79.00 |
| 4/08/25 | BLP | B100 | | Comms with client re security deposit accounts and distribution of funds from same | .20 | 163.00 |
| 4/08/25 | BLP | B100 | | Comms with client re PBGC issues, claims, workers comp trust issues (.3); comms with client re logistics for hearing, no appearance (.2) | .50 | 407.50 |
| 4/08/25 | BLP | B100 | | Participate in weekly call with client and FTI re status and strategy for all matters in case | .80 | 652.00 |
| 4/08/25 | MGR | B100 | | Prepare for and participate in working call with client and FTI team regarding case status and plan docuemnts in preparation for board meeting. | 1.00 | 870.00 |
| 4/08/25 | DV | B100 | | Emails w/ L. Thomson re: meeting preparation. | .20 | 79.00 |
| 4/08/25 | DV | B100 | | Emails and telephone call w/ M. White re: hearing logistics for 4/9 hearings. | .30 | 118.50 |
| 4/09/25 | BLP | B100 | | Comms with client re no DOE claim filed, financials to be finalized for plan (.2); comms with client re outcome of hearings in case, date of DS hearing (.2); comms with client re orders, Bill of Sale issues (.2) | .60 | 489.00 |
| 4/09/25 | MGR | B100 | | Review agenda for board meeting and phone conf w/ B Pollack regarding hearings on record retention and sale of personal property | .40 | 348.00 |
| 4/10/25 | BLP | B100 | | Call with CITE re money owed (.2); follow up comms with client and DV re same and issues (.4) | .60 | 489.00 |
| 4/10/25 | DV | B100 | | Meeting w/ CITE re: receivables. | .40 | 158.00 |
| 4/10/25 | DV | B100 | | Telephone calls w/ B. Pollack and D. Polley re: CITE receivables. | .40 | 158.00 |
| 4/10/25 | DV | B100 | | Emails w/ D. Polley re: CITE receivables. | .20 | 79.00 |
| 4/11/25 | BLP | B100 | | Comms with client re CITE dispute and strategy with same | .40 | 326.00 |

3

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/11/25 | DV | B100 | | Emails and telephone call w/ B. Pollack re: CITE receivables. | .30 | 118.50 |
| 4/11/25 | DV | B100 | | Reviewed email from M. McLane re: CITE receivables. | .20 | 79.00 |
| 4/14/25 | BLP | B100 | | Comms with BH re worker comp trust issues and assignment of recoveries | .20 | 163.00 |
| 4/15/25 | BLP | B100 | | Call with United Educators re money owed to College, resolution on payment of same (.2); comms with email re same (.2); comms re necessity for EMMA notices for plan (.2) | .60 | 489.00 |
| 4/15/25 | MGR | B100 | | Review email regarding need for EMMA notice and discuss same. | .30 | 261.00 |
| 4/16/25 | BLP | B100 | | Comms with client and UST re Q1 amount of trustee fees, sales of property, closing statements, statement re results of sale | .40 | 326.00 |
| 4/17/25 | BLP | B100 | | Comms with CITE, client re CITE dispute, follow up re payment | .30 | 244.50 |
| 4/18/25 | BLP | B100 | | Comms with BHs, UST re variance report and MOR | .20 | 163.00 |
| 4/21/25 | DV | B100 | | Meeting w/ B. Pollack to discuss pending matters. | .40 | 158.00 |
| 4/22/25 | BLP | B100 | | Call with client and FTI re status of all bankruptcy matters and items needed to be done | .70 | 570.50 |
| 4/22/25 | MGR | B100 | | Review meeting agenda and prepare for meeting. | .50 | 435.00 |
| 4/22/25 | MGR | B100 | | Attend and participate in working group meeting with FTI and client team. | .60 | 522.00 |
| 4/22/25 | DV | B100 | | Meeting w/ College leadership re: pending matters. | .80 | 316.00 |
| 4/22/25 | DV | B100 | | Telephone call w/ M. White re: pending matters. | .30 | 118.50 |
| 4/24/25 | DV | B100 | | Emails w/ B. Pollack re: post-confirmation matters. | .20 | 79.00 |
| 4/29/25 | BLP | B100 | | Conference with DV re CGA, pension issues | .30 | 244.50 |
| 4/29/25 | BLP | B100 | | Comms with BHs re voting, turnover of receivables to BHs | .20 | 163.00 |
| 4/29/25 | BLP | B100 | | Weekly status call with client and FTI | .70 | 570.50 |

CLIENTS\22484\1\21444342.v1-5/7/25

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/29/25 | MGR | B100 | | Participate in working group conf call with client and FTI. | .60 | 522.00 |
| 4/29/25 | DV | B100 | | Meeting w/ B. Pollack to discuss pending matters. | .40 | 158.00 |
| 4/29/25 | DV | B100 | | Meeting w/ College leadership to discuss pending matters. | .80 | 316.00 |

**TASK SUB TOTAL**      **$ 13,364.00**

**B120B CASH COLLATERAL & DIP FINANCING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/18/25 | BLP | B120B | | Review variance report | .20 | 163.00 |
| 4/18/25 | MGR | B120B | | Review cash flow variance report | .40 | 348.00 |

**TASK SUB TOTAL**      **$ 511.00**

**B130B ASSET DISPOSITION, SALE OR RESTRUCTURE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/01/25 | BLP | B130B | | Comms with client and BHs re final piano sales, reduction in target prices | .20 | 163.00 |
| 4/04/25 | BLP | B130B | | Further comms with BHs and client re piano sales, and reduction in price | .20 | 163.00 |
| 4/10/25 | BLP | B130B | | Comms re President's house escrow information in response to client request (.2); comms with client re execution of Bill of Sale for personal property and logistics of same (.2) | .40 | 326.00 |
| 4/15/25 | BLP | B130B | | Comms re Bill of Sale and payment for personal property | .20 | 163.00 |
| 4/16/25 | BLP | B130B | | Review BR 6004(f) and review content needed for statements of results of both property sales | .40 | 326.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/16/25 | MGR | B130B | | Review bankruptcy rule 6004 and discuss filing w/ B Pollack. | .50 | 435.00 |
| 4/17/25 | BLP | B130B | | Prepare and file notice of campus closing | .40 | 326.00 |
| 4/17/25 | BLP | B130B | | Prepare and file notice of PH closing | .30 | 244.50 |
| 4/25/25 | BLP | B130B | | Comms re Authority bill of sale, vehicle titles | .30 | 244.50 |
| 4/28/25 | BLP | B130B | | Comms with client re vehicle titles for Authority, finalizing sale of personal property | .20 | 163.00 |
| 4/30/25 | BLP | B130B | | Further comms with client re finalizing sale of personal property, payment to BHs | .20 | 163.00 |

**TASK SUB TOTAL**                                                    **$ 2,717.00**

**B140B RESOLUTION OF CREDITOR ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/01/25 | BLP | B140B | | Conference with DV re possible governmental claims | .30 | 244.50 |
| 4/01/25 | BLP | B140B | | Call with client re PBGC claims and issues and HHS claim | 1.00 | 815.00 |
| 4/01/25 | BLP | B140B | | Several comms with DV and B. Diaz re components of PBGC claim and strategy with same | .50 | 407.50 |
| 4/02/25 | BLP | B140B | | Comms with client, FTI re amended DOL claim | .20 | 163.00 |
| 4/02/25 | BLP | B140B | | Comms with client and FTI re PBGC claims and other priority claims | .80 | 652.00 |
| 4/02/25 | MGR | B140B | | Review amended department of labor claim. | .30 | 261.00 |
| 4/04/25 | BLP | B140B | | Comms with client re PBGC claim issues, HHS claim issues, other possible governmental claims | .40 | 326.00 |
| 4/04/25 | BLP | B140B | | Review and analyze all priority and other governmental claims | 1.10 | 896.50 |
| 4/07/25 | BLP | B140B | | Conference with DV re claims analysis re priority claims | .40 | 326.00 |

CLIENTS\22484\1\21444342.v1-5/7/25

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/07/25 | MGR | B140B | | Review emails regarding NY AG proposed claim and issues regarding same | .30 | 261.00 |
| 4/23/25 | BLP | B140B | | Review HHS claim and analyze objection areas (.3); comms with HHS re withdrawal of claim (.2) | .50 | 407.50 |
| 4/28/25 | MGR | B140B | | Review emails regarding PBGC claim | .30 | 261.00 |

**TASK SUB TOTAL**                                    **$ 5,021.00**

**B160B PLAN & DISCLOSURE STATEMENT**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/03/25 | BLP | B160B | | Revise plan documents | .90 | 733.50 |
| 4/04/25 | BLP | B160B | | Make final plan changes per board meeting | .50 | 407.50 |
| 4/04/25 | BLP | B160B | | Comms with BHs and UST with plan documents | .20 | 163.00 |
| 4/08/25 | BLP | B160B | | Emails (.2) and call (.3) with AG re plan language requested by AG, call re proposed claim | .50 | 407.50 |
| 4/09/25 | BLP | B160B | | Revise plan documents for governmental claims | .70 | 570.50 |
| 4/09/25 | BLP | B160B | | Comms with client and FTI re final plan documents and exhibits to approve filing (.2); review exhibits from FTI (.4) | .60 | 489.00 |
| 4/09/25 | BLP | B160B | | Comms with BHs re preliminary discussion of plan comments | .20 | 163.00 |
| 4/09/25 | MGR | B160B | | Final review of plan document | .50 | 435.00 |
| 4/09/25 | MGR | B160B | | Final review of disclosure statement and revised liquidation analysis | .50 | 435.00 |
| 4/09/25 | MGR | B160B | | Review revised liquidation analysis and waterfall in preparation for board meeting. | .40 | 348.00 |
| 4/10/25 | BLP | B160B | | Comms with client and FTI re additional edits to plan documents needed | .30 | 244.50 |
| 4/10/25 | MGR | B160B | | Review revised liquidation analysis | .30 | 261.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/11/25 | BLP | B160B | | Review final changes to plan documents from clients (.4); discussion with FTI re amounts in changes (.3) | .70 | 570.50 |
| 4/11/25 | BLP | B160B | | Finalize all plan documents and exhibits for filing and file same | 1.20 | 978.00 |
| 4/11/25 | BLP | B160B | | Review order scheduling DS hearing (.2); conference re service of same and plan documents (.2) | .40 | 326.00 |
| 4/11/25 | DV | B160B | | Reviewed emails re: final plan documents. | .30 | 118.50 |
| 4/15/25 | MGR | B160B | | Review Judge Littlefield decision in Prime Capital Partners regarding plan administrator and discuss same w/ B Pollack. | .80 | 696.00 |
| 4/17/25 | BLP | B160B | | Discussion with BH counsel re plan documents, concepts | .80 | 652.00 |
| 4/17/25 | BLP | B160B | | Compile plan calculations per BH request (.2); several comms with client and FTI re same, review of proposed analyses (.4) | .60 | 489.00 |
| 4/17/25 | BLP | B160B | | Review and respond to requested plan changes from DIP lender | .20 | 163.00 |
| 4/17/25 | MGR | B160B | | Prepare for and participate in conf call with bondholder counsel regarding comments to plan and disclosure statement | .80 | 696.00 |
| 4/17/25 | MGR | B160B | | Review and discuss comments to plan from DIP Lender | .40 | 348.00 |
| 4/18/25 | BLP | B160B | | Comms with FTI and BH counsel re calculations in plan | .30 | 244.50 |
| 4/21/25 | BLP | B160B | | Conference with DV re BH plan issues | .20 | 163.00 |
| 4/22/25 | BLP | B160B | | Call with M. White re confirmation testimony, proffer | .20 | 163.00 |
| 4/23/25 | BLP | B160B | | Review Prime Capital decision denying confirmation for impact on case | .50 | 407.50 |
| 4/23/25 | BLP | B160B | | Conference with MR re Prime Capital case, distinguishing same and confirmation strategy in light of same | .40 | 326.00 |
| 4/23/25 | MGR | B160B | | Discuss Judge Littlefield Prime Capital decision and impact on plan administrator;discuss distinguishing factors w/ B Pollack. | .50 | 435.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/28/25 | BLP | B160B | | Comms with client re revisions to Plan and DS to be made (.1); comms with M. White re appearance at DS hearing, if needed conflict (.1) | .20 | 163.00 |
| 4/28/25 | MGR | B160B | | Emails w/ B pollack regarding need for client attendance at DS hearing. | .20 | 174.00 |
| 4/30/25 | BLP | B160B | | Comms with BHs re plan issues | .10 | 81.50 |

**TASK SUB TOTAL** **$ 11,852.00**

**B170B LEASES & EXECUTORY CONTRACTS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/01/25 | MGR | B170B | | Emails regarding vehicle use agreement. | .30 | 261.00 |
| 4/23/25 | BLP | B170B | | Comms with client re contract rejection order and dates for rejection damage claims | .20 | 163.00 |

**TASK SUB TOTAL** **$ 424.00**

**B180B RETENTION/PROFESSIONAL COMPENSATION/FEE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/07/25 | BLP | B180B | | Revise fee chart (.2); comms with client re payment of Feb professional fees (.1) | .30 | 244.50 |
| 4/11/25 | BLP | B180B | | Prepare March monthly fee statement | 1.30 | 1,059.50 |
| 4/17/25 | BLP | B180B | | Prepare and file notice of all professional fee statements | .40 | 326.00 |

**TASK SUB TOTAL** **$ 1,630.00**

9

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

## B185B PREPARATION FOR/ATTEND COURT HEARING

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/07/25 | BLP | B185B | | Prepare for record retention hearing | .70 | 570.50 |
| 4/07/25 | BLP | B185B | | Prepare for hearing on sale of personal property | .70 | 570.50 |
| 4/09/25 | BLP | B185B | | Continued preparation for hearings | .50 | 407.50 |
| 4/09/25 | BLP | B185B | | Attend hearings in case (record retention, sale of personal property) | .50 | 407.50 |
| 4/22/25 | BLP | B185B | | Prepare for rejection motion hearing | .30 | 244.50 |
| 4/23/25 | BLP | B185B | | Attend contract rejection hearing | .50 | 407.50 |

**TASK SUB TOTAL** $ 2,608.00

## B210B MOTION PRACTICE

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/01/25 | BLP | B210B | | Discussion with K. Owens re changes requested to record retention order | .20 | 163.00 |
| 4/02/25 | BLP | B210B | | Review further changes re abandonment motion | .20 | 163.00 |
| 4/04/25 | BLP | B210B | | Review reserve account statements for abandonment motion | .20 | 163.00 |
| 4/07/25 | BLP | B210B | | Finalize abandonment motion and compile exhibits to same to send to client for review | .30 | 244.50 |
| 4/08/25 | BLP | B210B | | Revise record retention order per PBGC requests | .30 | 244.50 |
| 4/08/25 | DV | B210B | | Emails w/ B. Pollack re: record retention order. | .20 | 79.00 |
| 4/09/25 | BLP | B210B | | Prepare personal property sale order | .30 | 244.50 |
| 4/09/25 | BLP | B210B | | Prepare notice of hearing and finalize/file abandonment motion | .70 | 570.50 |
| 4/09/25 | BLP | B210B | | Upload orders from hearing | .20 | 163.00 |
| 4/09/25 | DV | B210B | | Emails w/ D. Polley re: CGA abandonment motion. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/16/25 | BLP | B210B | | Comms with AG office re abandonment motion (.2); review additional COS re same (.1) | .30 | 244.50 |
| 4/16/25 | BLP | B210B | | Comms with KeyBank re service of abandonment motion, questions re same and Key Bank obligations under motion | .30 | 244.50 |
| 4/16/25 | MGR | B210B | | Review and discuss email from Keybank regarding motion to abandon. | .30 | 261.00 |
| 4/16/25 | DV | B210B | | Emails w/ B. Pollack re: CGA motion. | .10 | 39.50 |
| 4/16/25 | DV | B210B | | Emails w/ B. Pollack re: correspondence w/ counsel for KeyBank Trust. | .20 | 79.00 |
| 4/18/25 | BLP | B210B | | Further comms with Key Bank re service of abandonment motion | .20 | 163.00 |
| 4/21/25 | BLP | B210B | | Conference with DV re KeyBank abandonment motion issues | .20 | 163.00 |
| 4/22/25 | BLP | B210B | | Prepare rejection order | .20 | 163.00 |
| 4/22/25 | BLP | B210B | | Conference with DV and comms M. Shuster re Key Bank continued questions on CGA abandonment (.3); discussion with creditor re case, notices, distribution (.2) | .50 | 407.50 |
| 4/22/25 | BLP | B210B | | Comms with client re service/notice of abandonment motion on CGA participants | .20 | 163.00 |
| 4/22/25 | DV | B210B | | Reviewed emails from KeyBank Trust re: CGA motion and discussion re: same. | .30 | 118.50 |
| 4/23/25 | BLP | B210B | | Prepare and file rejection order (.2); confer w/ staff re service of signed order (.2) | .40 | 326.00 |
| 4/24/25 | BLP | B210B | | Review comms from Dept of Financial services re abandonment motion (.3); conference with DV re same and PBGC document requests (.2) | .50 | 407.50 |
| 4/24/25 | DV | B210B | | Emails and telephone call w/ B. Pollack re: CGA and NYSDFS response. | .30 | 118.50 |
| 4/24/25 | DV | B210B | | Reviewed email from NYSDFS re: CGA abandonment motion. | .40 | 158.00 |

CLIENTS\22484\1\21444342.v1-5/7/25

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/29/25 | BLP | B210B | | Comms with DFS re annuitant letter in connection with abandonment motion | .20 | 163.00 |
| 4/29/25 | BLP | B210B | | Call with Dept of Financial Services re CGA abandonment motion (.3); conference with DV re same and response to concerns (.2) | .50 | 407.50 |
| 4/29/25 | BLP | B210B | | Prepare letter to annuitants re tax consequences of abandonment motion (.3); comms with client re same (.2) | .50 | 407.50 |
| 4/29/25 | DV | B210B | | Meeting w/ NYDFS re: CGA abandonment motion. | .40 | 158.00 |
| 4/29/25 | DV | B210B | | Telephone calls w/ B. Pollack re: CGA matters. | .20 | 79.00 |
| 4/29/25 | DV | B210B | | Emails w/ client re: letter to CGA annuitants. | .30 | 118.50 |
| 4/30/25 | BLP | B210B | | Comms with DFS and client re letter to annuitants satisfies concern re abandonment motion | .20 | 163.00 |

**TASK SUB TOTAL**                                    **$ 6,667.00**

**B220B OPERATING REPORTS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/18/25 | BLP | B220B | | Review and populate MOR | .80 | 652.00 |
| 4/18/25 | BLP | B220B | | Comms with FTI re question on income statement in MOR | .20 | 163.00 |
| 4/29/25 | BLP | B220B | | Comms with UST re March MOR (.1); refile same because of error in original filing (.2) | .30 | 244.50 |

**TASK SUB TOTAL**                                    **$ 1,059.50**

CLIENTS\22484\1\21444342.v1-5/7/25

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

## B230A GOVERNANCE ISSUES

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/01/25 | BLP | B230A | | Participate in call with Bd Exec Comm re walk through of plan and approval of same | 1.90 | 1,548.50 |
| 4/01/25 | MGR | B230A | | Review notes in preparation for participating in Executive Committee meeting to review the plan and disclosure statement. | .50 | 435.00 |
| 4/01/25 | MGR | B230A | | Participate in Executive Committee meeting to review the plan and disclosure statement. | 1.50 | 1,305.00 |
| 4/01/25 | DV | B230A | | Attended Executive Committee meeting. | 2.00 | 790.00 |
| 4/01/25 | RG | B230A | | Attend to issues re board minutes and governance. | 1.30 | 513.50 |
| 4/02/25 | RG | B230A | | Attend to issues re board minutes and governance. | 1.10 | 434.50 |
| 4/09/25 | DV | B230A | | Reviewed and revised materials for board meeting. | .50 | 197.50 |
| 4/10/25 | BLP | B230A | | Participate in Exec Comm meeting re plan, remainder of case | 1.00 | 815.00 |
| 4/10/25 | MGR | B230A | | Attend and participate in executive committee conference call. | 1.00 | 870.00 |
| 4/10/25 | DV | B230A | | Attended Executive Committee meeting. | 1.10 | 434.50 |

**TASK SUB TOTAL**                                   **$ 7,343.50**

## B240B EDUCATION/REGULATORY MATTERS

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/08/25 | DV | B240B | | Reviewed request for clinic records. | .20 | 79.00 |
| 4/09/25 | DV | B240B | | Reviewed requests for clinic records and emails re: same. | .40 | 158.00 |
| 4/09/25 | DV | B240B | | Emails w/ J. Richardson re: clinic record request and review of same. | .20 | 79.00 |

13

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

### TASK SUB TOTAL $ 316.00

**B250B ENDOWMENT/ATTORNEY GENERAL MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/07/25 | BLP | B250B | | Comms re AG claim for endowment funds proposed to be filed | .20 | 163.00 |
| 4/07/25 | DV | B250B | | Reviewed AG claim. | .20 | 79.00 |
| 4/07/25 | DV | B250B | | Emails re: AG claim. | .30 | 118.50 |
| 4/07/25 | DMM | B250B | | Email to B. Fronning re: status of petition to modify notice to donor requirement for cy pres petition. | .10 | 39.50 |
| 4/07/25 | DMM | B250B | | Attention to statement in Chapter 11 draft regarding the disposition of the endowment funds if cy pres is not approved prior to termination of Plan Administrator agreement. | .20 | 79.00 |
| 4/08/25 | DV | B250B | | Prepared for and attended meeting w/ AAG to discuss cy pres petition and plan language. | .60 | 237.00 |
| 4/10/25 | BLP | B250B | | Comms with AN re Heuther release issues | .20 | 163.00 |
| 4/10/25 | AN | B250B | | Emails to/from counsel regarding Huether release. | .50 | 197.50 |
| 4/21/25 | DV | B250B | | Emails re: endowment fund and status of transfer. | .30 | 118.50 |
| 4/28/25 | DV | B250B | | Email to NYAG re: status of cy pres review. | .20 | 79.00 |
| 4/29/25 | DMM | B250B | | Reviewing and commenting on petition to modify notice requirement for cy pres petition. | 1.70 | 671.50 |
| 4/30/25 | DMM | B250B | | Call w/ D. Vespia re: petition re: modification of notice requirements. | .20 | 79.00 |

### TASK SUB TOTAL $ 2,024.50

**B260B PENSION PLAN/PBGC ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/01/25 | MGR | B260B | | Review emails regarding PBGC fees and budget concerns | .30 | 261.00 |

CLIENTS\22484\1\21444342.v1-5/7/25

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/02/25 | BLP | B260B | | Review comms from PBGC re documents needed re termination of pension plan (.2); comms with client re same (.2) | .40 | 326.00 |
| 4/02/25 | BLP | B260B | | Comms with B. Diaz re components of PBGC claim and strategy re same | .30 | 244.50 |
| 4/02/25 | MGR | B260B | | Conf w/ B Pollack regarding PBGC issues and claim reconciliation. | .40 | 348.00 |
| 4/03/25 | BLP | B260B | | Further comms with PBGC re document requests | .20 | 163.00 |
| 4/04/25 | BLP | B260B | | Further comms with PBGC re document retention for pension termination | .20 | 163.00 |
| 4/07/25 | BLP | B260B | | Comms re call with PBGC to resolve record retention issues, claim issues | .20 | 163.00 |
| 4/07/25 | MGR | B260B | | Review PBGC claim issues and discuss w/ B Pollack | .60 | 522.00 |
| 4/08/25 | BLP | B260B | | Call with PBGC re record retention issues | .50 | 407.50 |
| 4/08/25 | DV | B260B | | Meeting w/ PBGC re: information requests. | .60 | 237.00 |
| 4/08/25 | DV | B260B | | Meeting w/ leadership team re: PBGC requests and related matters. | .40 | 158.00 |
| 4/14/25 | BLP | B260B | | Comms with client, B. Diaz and PBGC re PBGC termination package and status | .40 | 326.00 |
| 4/14/25 | DV | B260B | | Reviewed emails re: PBGC correspondence. | .20 | 79.00 |
| 4/15/25 | BLP | B260B | | Review comms re submission of documents to PBGC for plan termination and follow up call needed re same | .30 | 244.50 |
| 4/17/25 | BLP | B260B | | Further comms re call with PBGC re documents for termination of plan | .20 | 163.00 |
| 4/17/25 | BLP | B260B | | Discussion with K. Owens re stip on PBGC claims, calculation of interest needed | .20 | 163.00 |
| 4/21/25 | DV | B260B | | Reviewed correspondence from PBGC. | .30 | 118.50 |
| 4/22/25 | DV | B260B | | Reviewed draft questions to PBGC and email re: same. | .30 | 118.50 |
| 4/23/25 | BLP | B260B | | Comms with PBGC re claim interest, issues re termination of plan | .30 | 244.50 |

CLIENTS\22484\1\21444342.v1-5/7/25

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/23/25 | DV | B260B | | Emails re: meeting w/ PBGC. | .30 | 118.50 |
| 4/24/25 | BLP | B260B | | Call with PBGC re termination of the plan, process, documents needed, claim payment | .80 | 652.00 |
| 4/24/25 | BLP | B260B | | Additional comms with PBGC re questions raised on termination call (.3); discussion with K. Owens re question on plan release vis a vis PBGC (.2) | .50 | 407.50 |
| 4/24/25 | BLP | B260B | | Comms with client re date of pension plan termination, tax filing necessity | .20 | 163.00 |
| 4/24/25 | DV | B260B | | Attended meeting w/ PBGC and reviewed materials in connection w/ same. | 1.00 | 395.00 |
| 4/24/25 | DV | B260B | | Reviewed emails re: PBGC requests. | .40 | 158.00 |
| 4/25/25 | BLP | B260B | | Comms with client re PBGC record requests | .20 | 163.00 |
| 4/25/25 | DV | B260B | | Emails w/ client re: PBGC matters. | .30 | 118.50 |
| 4/28/25 | BLP | B260B | | Review comms from PBGC re payouts from pension plan and questions re same | .20 | 163.00 |
| 4/28/25 | BLP | B260B | | Review PBGC interest calculation and comms re same | .20 | 163.00 |
| 4/28/25 | DV | B260B | | Emails w/ B. Pollack, D. Polley, and J. Knapp re: meeting to discuss PBGC record request. | .20 | 79.00 |
| 4/28/25 | DV | B260B | | Reviewed email from PBGC re: records | .30 | 118.50 |
| 4/29/25 | BLP | B260B | | Call with client re PBGC records, best way to deal with same | .30 | 244.50 |
| 4/29/25 | BLP | B260B | | Comms with K. Owens re stip with PBGC in resolution of claim | .20 | 163.00 |
| 4/30/25 | BLP | B260B | | Further comms with K. Owens re PBGC claim stipulation | .20 | 163.00 |
| 4/30/25 | DV | B260B | | Emails w/ client re: pension plan administration. | .80 | 316.00 |

**TASK SUB TOTAL**                                      **$ 8,035.50**

CLIENTS\22484\1\21444342.v1-5/7/25

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #:  7556322

## B310B RECORDS RETENTION

| Date | Atty | Task | Actv | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 4/08/25 | BLP | B310B | | Comms re record retention questions re veterans | .20 | 163.00 |
| 4/08/25 | DV | B310B | | Reviewed record retention question from client and responded to same. | .30 | 118.50 |
| 4/17/25 | BLP | B310B | | Comms re Iron Mountain access requirements under contract | .20 | 163.00 |
| 4/22/25 | BLP | B310B | | Comms with client re Iron Mountain contract execution | .10 | 81.50 |

**TASK SUB TOTAL**          **$ 526.00**

TOTAL PROFESSIONAL SERVICES          $ 64,099.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| BONNIE L. POLLACK | 49.90 | 815.00 | 40,668.50 |
| MATTHEW G ROSEMAN | 14.90 | 870.00 | 12,963.00 |
| ANDREW NITKEWICZ | .50 | 395.00 | 197.50 |
| DINA VESPIA | 21.40 | 395.00 | 8,453.00 |
| DEIRDRE M MITACEK | 2.20 | 395.00 | 869.00 |
| RYAN GOLDBERG | 2.40 | 395.00 | 948.00 |
| **Total** | **91.30** | | **$ 64,099.00** |

## DISBURSEMENTS

## E107 DELIVERY SERVICES/MESSENGER

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 4/04/25 | E107 | FEDEX, DELIVERY SERVICES/MESSENGER (E107), INV#8-8 08-19093 DTD 03/24/2025 SENT TO: CHAM HON. ROBERT LITTLEFIELD- US BANKRUPTCY COURT 03/17/25 BP/MR | 17.40 |

CLIENTS\22484\1\21444342.v1-5/7/25

**Cullen & Dykman LLP**

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025
Control #: 7556322

| | |
|---|---:|
| **SUB TOTAL** | **$ 17.40** |

**E108 POSTAGE**

| Date | Task | Description | Amount |
|---|---|---|---:|
| 4/01/25 | E108 | POSTAGE BP/KR | 51.75 |
| 4/09/25 | E108 | POSTAGE 04/09/2025, SK/BP | 93.84 |
| 4/14/25 | E108 | POSTAGE 04/14/2025, SK/BP | 159.30 |
| 4/23/25 | E108 | POSTAGE 04/23/2025, SK/BP | 58.41 |
| 4/29/25 | E108 | POSTAGE 04/29/2025, SK/BP | 4.31 |
| | | **SUB TOTAL** | **$ 367.61** |

**E112 COURT FEES**

| Date | Task | Description | Amount |
|---|---|---|---:|
| 4/28/25 | E112 | CHASE CARD SERVICES, COURT FEES, CONFIRM #8347454847, DTD 05/10/2025 FOR ABANDONMENT MOTION FILING 04/09/25 CR/MR | 199.00 |
| | | **SUB TOTAL** | **$ 199.00** |
| | | **TOTAL DISBURSEMENTS** | **$ 584.01** |
| | | **TOTAL THIS INVOICE** | **$ 64,683.01** |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE
File Number: 22484-000-3

May 6, 2025<br>Control #: 7556322

## TASK TIME SUMMARY

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B100 | GENERAL ADMINISTRATION | 19.80 | 13,364.00 |
| B120B | CASH COLLATERAL & DIP FINANCING | .60 | 511.00 |
| B130B | ASSET DISPOSITION, SALE OR RESTRUCTURE | 3.30 | 2,717.00 |
| B140B | RESOLUTION OF CREDITOR ISSUES | 6.10 | 5,021.00 |
| B160B | PLAN & DISCLOSURE STATEMENT | 14.40 | 11,852.00 |
| B170B | LEASES & EXECUTORY CONTRACTS | .50 | 424.00 |
| B180B | RETENTION/PROFESSIONAL COMPENSATION/FEE | 2.00 | 1,630.00 |
| B185B | PREPARATION FOR/ATTEND COURT HEARING | 3.20 | 2,608.00 |
| B210B | MOTION PRACTICE | 9.50 | 6,667.00 |
| B220B | OPERATING REPORTS | 1.30 | 1,059.50 |
| B230A | GOVERNANCE ISSUES | 11.90 | 7,343.50 |
| B240B | EDUCATION/REGULATORY MATTERS | .80 | 316.00 |
| B250B | ENDOWMENT/ATTORNEY GENERAL MATTERS | 4.70 | 2,024.50 |
| B260B | PENSION PLAN/PBGC ISSUES | 12.40 | 8,035.50 |
| B310B | RECORDS RETENTION | .80 | 526.00 |
| **TOTALS** | | **91.30** | **$ 64,099.00** |

## TASK DISBURSEMENTS SUMMARY

| Task | Description | Amount |
|------|-------------|--------|
| E107 | DELIVERY SERVICES/MESSENGER | 17.40 |
| E108 | POSTAGE | 367.61 |
| E112 | COURT FEES | 199.00 |
| **TOTALS** | | **$ 584.01** |

CLIENTS\22484\1\21444342.v1-5/7/25