CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                            :   Chapter 11
                                                                  :
THE COLLEGE OF SAINT ROSE,                                        :   Case No. 24-11131 (REL)
                                                                  :
                                                                  :
                  Debtor.                                         :
                                                                  :
-----------------------------------------------------------------x

**NOTICE OF MONTHLY FEE STATEMENT FOR COUNSEL TO THE DEBTOR'S BOARD OF TRUSTEES FOR THE PERIOD OF APRIL 1, 2025 THROUGH APRIL 30, 2025**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Counsel to the Debtor's Board of Trustees for the period of April 1, 2025 through April 30, 2025 is attached hereto.

Dated: Albany, New York
       May 18, 2025

                                                    CULLEN AND DYKMAN LLP
                                                    *Counsel for Debtor*

                                                    By:   s/ Bonnie Pollack
                                                          Matthew G. Roseman, Esq.
                                                          Bonnie L. Pollack, Esq.
                                                    80 State Street, Suite 900
                                                    Albany, New York 12207
                                                    (516) 357-3700

21452461.v1

**WHITEMAN OSTERMAN & HANNA LLP**

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600
fax - 518.487.7777

## WOH HAS CHANGED BANK & CREDIT CARD PROCESSOR-SEE REMITTANCE ADVICE SECTION

Board of Trustees
of the College of Saint Rose
18 Chip Shot Way
Mechanicville, NY  12118

Invoice Date:  04/30/2025
Invoice No.   779620
Client No.    118855

## INVOICE SUMMARY

For professional services rendered through April 30, 2025

**Client-Matter: 118855 - 001**

RE:   **Bankruptcy Matters**

| | |
|---|---:|
| Total Professional Services | $ 5,076.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,076.00** |
| Previous Balance | $ 3,026.80 |
| **TOTAL BALANCE DUE** | **$ 8,102.80** |
| Overpayments | $ 17,666.40 |

SCAN TO PAY



WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600
fax - 518.487.7777

## PAYMENTS APPLIED SINCE LAST INVOICE

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---|
| 4/10/25 | Payment | 763045 | WIRE | College of Saint Rose | $ 6,580.00 |
| 5/07/25 | Payment | 776106 | WIRE | College of Saint Rose | $ 5,527.20 |

SCAN TO PAY



# Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 04/30/2025  
Invoice No. 779620

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/01/25 | FJB | Attend Executive Committee meeting; | 2.00 | 940.00 |
| 4/02/25 | FJB | Receive and review notice of withdrawal of Pension Benefit Guaranty proof of claim; review withdrawn claim; | .30 | 141.00 |
| 4/02/25 | FJB | Review NYS Dept. of Labor unemployment insurance claim; | .40 | 188.00 |
| 4/08/25 | FJB | Attend meeting with debtor representatives, financial consultants, and counsel regarding status of disclosure statement and plan projections, governmental claims and pending motions; | .80 | 376.00 |
| 4/09/25 | FJB | Review Whiteman Osterman & Hanna March 2025 invoice; forward to debtor's counsel for filing; | .20 | 94.00 |
| 4/09/25 | FJB | Review revised disclosure statement; | 1.30 | 611.00 |
| 4/09/25 | FJB | Review liquidation plan; | 1.20 | 564.00 |
| 4/09/25 | FJB | Review financial information for Executive Committee meeting; | 1.00 | 470.00 |
| 4/10/25 | FJB | Attention to Executive Committee meeting; | .80 | 376.00 |
| 4/10/25 | FJB | Receive and review revisions to disclosure statement and plan; | .50 | 235.00 |
| 4/11/25 | FJB | Receive and review revisions to liquidation and analysis of Chapter 11 plan; | .30 | 141.00 |
| 4/22/25 | FJB | Attend meeting with counsel for debtor and financial advisors; | .70 | 329.00 |
| 4/29/25 | FJB | Receive and review March 2025 monthly operating report; | .50 | 235.00 |
| 4/29/25 | FJB | Attend weekly financial review meeting with debtor's financial consultants; | .80 | 376.00 |

**TOTAL PROFESSIONAL SERVICES** $ 5,076.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---|---|---|
| Francis Brennan | 10.80 | 470.00 | 5,076.00 |

3

## Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 04/30/2025  
Invoice No. 779620

| Name | Hours | Rate | Total |
|---|---|---|---|
| Total | 10.80 | | $ 5,076.00 |

**TOTAL THIS INVOICE** $ 5,076.00

# Whiteman Osterman & Hanna LLP

Client-Matter: 118855 - 001  
Bankruptcy Matters

Invoice Date: 04/30/2025  
Invoice No. 779620

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 763045 | 3/17/25 | 8,225.00 | 6,580.00 | 1,645.00 |
| 776106 | 3/31/25 | 6,909.00 | 5,527.20 | 1,381.80 |

| | |
|---|---|
| Previous Balance | $ 3,026.80 |
| Balance Due This Invoice | $ 5,076.00 |
| **TOTAL BALANCE DUE** | **$ 8,102.80** |

**AGED ACCOUNTS RECEIVABLE**

| Current - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $ .00 | $ 3,026.80 | $ .00 | $ .00 | $ .00 | $ 3,026.80 |

5