**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  )<br>  )<br>THE COLLEGE OF SAINT ROSE,  )<br>  )<br>    *Debtor*.  )<br>  )<br>Employer Tax Identification (EIN) No. 14-1338371  )<br>_____) | Case No. 24-11131<br>Chapter 11 |

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR HEARING ON CONFIRMATION, FILING ACCEPTANCES OR REJECTIONS OF PLAN AND FIXING DATES, COMBINED WITH NOTICE THEREOF**

An Amended Disclosure Statement (ECF No. 258) under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on **May 19, 2025**, referring to an Amended Plan (ECF No. 257) under Chapter 11 of the Code filed by the Debtor on **May 19, 2025**; and it having been determined after hearing on notice that the Amended Disclosure Statement contains adequate information pursuant to 11 U.S.C. § 1125:

IT IS HEREBY ORDERED, and notice is hereby given, that:

A. The Amended Disclosure Statement (ECF No. 258) is approved.

B. **June 17, 2025**, is fixed as the last day for submitting written acceptances or rejections of the Plan referred to above pursuant to Fed. R. Bankr. P. 3017(c).

C. The Amended Plan, Amended Disclosure Statement, and a ballot conforming to Official Form 314 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d) and Fed. R. Bankr. P. 2002(b).

D. A hearing on confirmation of the Amended Plan is set for **11:00 a.m. on July 1, 2025**. Parties may appear either in-person at the James T. Foley Courthouse, 445 Broadway, Albany, New York 12207 or telephonically via call-in number 518-217-2288, conference ID 939500229#.

E. Written objections to confirmation of the Amended Plan must be filed with the Court and served in accordance with Fed. R. Bankr. P. 3020(b)(1) no later than seven (7) days prior to the hearing on confirmation.

F. Ballots are to be returned to the Debtor by and through counsel at the following address: Bonnie Pollack, Cullen and Dykman LLP, The Omni Building, 333 Earle Ovington Boulevard, 2nd Floor, Uniondale, New York 11533.

The above hearing may be adjourned from time to time by announcement made in open court, without further written notice to parties in interest.

ENCLOSED HEREWITH IS A COPY OF: PLAN, BALLOT FOR ACCEPTING OR REJECTING PLAN AND DISCLOSURE STATEMENT. PLEASE RETURN BALLOTS TO THE ATTORNEY FOR THE DEBTOR AT THE ABOVE ADDRESS.

SO ORDERED

Dated May 22, 2025
Albany, NY

_____
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge