CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207,
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenllp.com
bpollack@cullenllp.com

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
THE COLLEGE OF SAINT ROSE,                                    :   Case No. 24-11131 (REL)
                                                              :
                                                              :
                          Debtor.                             :
                                                              :
------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL
FOR THE PERIOD OF MAY 1, 2025 THROUGH MAY 31, 2025**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated November 5, 2024 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the period of May 1, 2025 through May 31, 2025 is attached hereto.

Dated: Albany, New York
       June 16, 2025

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:   s/ Bonnie Pollack
                                              Matthew G. Roseman, Esq.
                                              Bonnie L. Pollack, Esq.
                                        80 State Street, Suite 900
                                        Albany, New York 12207
                                        (516) 357-3700

21480760.v1



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY  12203

June 10, 2025

## INVOICE SUMMARY

File Number: 22484-000-3                                       Control Number  7576577

---

**RE: BANKRUPTCY FILING**

FOR PROFESSIONAL SERVICES rendered through May 31, 2025 in connection with the above referenced matter, as more fully detailed on the attached.

|  |  |
|---|---|
| Professional Services | $ 54,157.50 |
| Disbursements | $ 3,100.45 |
| **TOTAL THIS INVOICE** | **$ 57,257.95** |

1



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY 12203

June 10, 2025

File Number: 22484-000-3

Control Number 7576577

RE: BANKRUPTCY FILING

**PROFESSIONAL SERVICES**

**B100 GENERAL ADMINISTRATION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/01/25 | BLP | B100 | | Review updated Master Service list and file same | .20 | 163.00 |
| 5/01/25 | DV | B100 | | Telephone call w/ M. White re: facilities use agreement and updates to the authority. | .30 | 118.50 |
| 5/01/25 | DV | B100 | | Telephone call w/ B. Pollack re: pending matters. | .40 | 158.00 |
| 5/02/25 | BLP | B100 | | Comms with client re amounts of March payments to professionals | .10 | 81.50 |
| 5/06/25 | BLP | B100 | | Weekly call with client and FTI re calculations for proposal on assignment of receivables to BHs, PBGC issues, CGA issues, etc. | .80 | 652.00 |
| 5/07/25 | BLP | B100 | | Comms with client re workers comp recoveries, amounts and timing (.2); comms with Marsh re proposal on workers comp trust recoveries (.2); Comms with client re logistics for distribution of CGA accounts (.2) | .60 | 489.00 |
| 5/07/25 | BLP | B100 | | Conference with DV re record retention and PBGC matters | .40 | 326.00 |
| 5/07/25 | BLP | B100 | | Comms with client re signed abandonment order and steps can begin to turnover CGA accounts to annuitants | .20 | 163.00 |
| 5/07/25 | DV | B100 | | Meeting w/ B. Pollack re: pending matters. | .20 | 79.00 |

2

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/09/25 | BLP | B100 | | Comms with Marsh re Worker comp trust payments and deal (.2); comms with client re 2023 worker comp trust payment (.1); conference with DV re removal of religious artifacts and issues re same (.2) | .50 | 407.50 |
| 5/12/25 | BLP | B100 | | Discussion with DV re agenda for meeting with client next day (.2); follow up with Marsh re workers comp amounts due to client (.2) | .40 | 326.00 |
| 5/12/25 | BLP | B100 | | Discussions with DV re pension plan, workers comp and United Educators issues and strategy | .60 | 489.00 |
| 5/13/25 | BLP | B100 | | Discussion with DV re bank resolutions for plan administrator, documents re same | .20 | 163.00 |
| 5/13/25 | DV | B100 | | Attended meeting w/ College leadership re: pending matters. | .50 | 197.50 |
| 5/14/25 | BLP | B100 | | Comms with workers comp trust and United Educators re forms of assignments to BHs (.2); follow up discussion with workers comp trust re payments, timing, assignment of same (.2) | .40 | 326.00 |
| 5/16/25 | BLP | B100 | | Discussions with DV re issues with Authority not providing access per agreement, and strategy in dealing with same | .60 | 489.00 |
| 5/16/25 | BLP | B100 | | Review comms between CSR and Authority re failure to provide access | .30 | 244.50 |
| 5/16/25 | BLP | B100 | | Comms with client re UHY payments | .20 | 163.00 |
| 5/16/25 | DV | B100 | | Emails and telephone calls w/ L. Thomson, D. Polley, and M. White re: access to archives. | 1.30 | 513.50 |
| 5/16/25 | DV | B100 | | Telephone call to and emails w/ P. Goldman re: access to archives. | .90 | 355.50 |
| 5/19/25 | BLP | B100 | | Comms with FTI re fee apps, quarterly fee distributions (.2); discussion with DV re access to archives, status (.2) | .40 | 326.00 |
| 5/19/25 | DV | B100 | | Emails and telephone calls re: access to archives. | .80 | 316.00 |
| 5/19/25 | DV | B100 | | Emails w/ D. Polley re: notice re: of action against former student affecting debt to college | .20 | 79.00 |
| 5/20/25 | BLP | B100 | | Weekly status call with client and FTI re all aspects of case | .50 | 407.50 |

3

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/20/25 | DV | B100 | | Meeting w/ College leadership and consultants re: pending matters. | .60 | 237.00 |
| 5/21/25 | BLP | B100 | | Prepare new timeline for plan process per client request | .20 | 163.00 |
| 5/21/25 | DV | B100 | | Meeting w/ B. Pollack and M. Roseman to discuss pending matters and telephone call w/ M. White re: same. | .30 | 118.50 |
| 5/21/25 | DV | B100 | | Prepared updated timeline and emails re: same. | .30 | 118.50 |
| 5/22/25 | BLP | B100 | | Comms re exhibit of memorabilia from CSR | .20 | 163.00 |
| 5/22/25 | DV | B100 | | Emails and meeting to discuss extended access to servers. | .50 | 197.50 |
| 5/22/25 | DV | B100 | | Emails and discussion w/ D. Polley re: action against student | .30 | 118.50 |
| 5/22/25 | DV | B100 | | Emails w/ B. Pollack re: temporary custody receipt re: archives | .30 | 118.50 |
| 5/27/25 | BLP | B100 | | Review AOS re solicitation package and file same | .20 | 163.00 |
| 5/28/25 | DV | B100 | | Emails w/ M. White and L. Thomson re: IT matters. | .30 | 118.50 |
| 5/28/25 | DV | B100 | | Emails w/ L. Thomson re: meeting to discuss pending matters (.2); discussion w/ B. Pollack re: same (.2) | .40 | 158.00 |
| 5/28/25 | DV | B100 | | Email to L. Thomson re: temporary custody receipt re: archives | .20 | 79.00 |
| 5/29/25 | BLP | B100 | | Call with client re IT switchover issues and strategy in same | .70 | 570.50 |
| 5/29/25 | BLP | B100 | | Review comm to client re IT talking points with authority | .20 | 163.00 |
| 5/29/25 | DV | B100 | | Meeting w/ College leadership to discuss pending matters including network termination and related matters. | .60 | 237.00 |
| 5/29/25 | DV | B100 | | Prepared draft talking points for Authority discussion re: IT matters. | .80 | 316.00 |
| 5/29/25 | DV | B100 | | Emails re: draft talking points. | .20 | 79.00 |
| 5/30/25 | BLP | B100 | | Review comms re authority issues, status | .20 | 163.00 |
| 5/30/25 | DV | B100 | | Emails re: discussion w/ Authority. | .30 | 118.50 |

**TASK SUB TOTAL**  $ 10,433.00

4

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

### B120B CASH COLLATERAL & DIP FINANCING

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/19/25 | BLP | B120B | | Review cash flow variance report | .20 | 163.00 |
| 5/19/25 | BLP | B120B | | Comms with BHs, UST re MOR and variance report | .20 | 163.00 |

TASK SUB TOTAL     $ 326.00

### B130B ASSET DISPOSITION, SALE OR RESTRUCTURE

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/01/25 | BLP | B130B | | Discussion with M. White re turnover of space to Authority, sanctuary issues (.2); comms with client re finalizing turnover of personal property, payment for same (.2) | .40 | 326.00 |
| 5/02/25 | BLP | B130B | | Comms with client re titles to vehicles transferred to Authority, payment for property, payments to BHs (.2); review and respond to email from client re turnover of space to Authority (.2) | .40 | 326.00 |
| 5/07/25 | BLP | B130B | | Comms with BH counsel re payment amount from sale of assets, reduction of claim re same | .20 | 163.00 |
| 5/19/25 | MGR | B130B | | Review emails concerning access to campus and accounting of property and discuss same internally | .40 | 348.00 |
| 5/29/25 | BLP | B130B | | Comms with client and BH counsel re remaining piano and inability to sell same | .30 | 244.50 |

TASK SUB TOTAL     $ 1,407.50

### B140B RESOLUTION OF CREDITOR ISSUES

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/01/25 | BLP | B140B | | Comms with FTI and client re A/R calculations for BH assignment of receivables | .30 | 244.50 |

5

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/01/25 | BLP | B140B | | Prepare stipulation fixing PBGC claim including review of all emails with PBGC re calculations and descriptions of claims | .90 | 733.50 |
| 5/01/25 | MGR | B140B | | Conf regarding assignment of workers Comp and United Educators a/r and reduction of secured bondholder claim for present value. | .30 | 261.00 |
| 5/05/25 | BLP | B140B | | Comms with PBGC with draft of claim stipulation (.2); review changes to stip by PBGC (.1); comms with client re same (.1) | .40 | 326.00 |
| 5/06/25 | DV | B140B | | Meeting to discuss reduction of bondholder claims. | .50 | 197.50 |
| 5/07/25 | BLP | B140B | | Comms with PBGC re final stipulation, execution logistics (.2); review rules re presentment of stipulation (.2) | .40 | 326.00 |
| 5/07/25 | BLP | B140B | | Review United Educators present value analysis re receivable (.2); prepare email to BHs re proposal on same (.2) | .40 | 326.00 |
| 5/07/25 | BLP | B140B | | Letter to court with PBGC claim stipulation | .30 | 244.50 |
| 5/07/25 | MGR | B140B | | Review emails regarding crediting BH claim for present value of future payments from United Educators and Workers Comp Trust. | .50 | 435.00 |
| 5/08/25 | DV | B140B | | Emails w/ B. Pollack re: outreach to bondholders' counsel re: receivables | .20 | 79.00 |
| 5/09/25 | BLP | B140B | | Comms with BH counsel re assignment of receivables in reduction of debt | .20 | 163.00 |

**TASK SUB TOTAL**     **$ 3,336.00**

**B160B PLAN & DISCLOSURE STATEMENT**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/05/25 | BLP | B160B | | Review PBGC requested addition to plan documents (.1); comms with client re same (.1); review plan documents for DIP lender language, amounts (.3) | .50 | 407.50 |

6

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/07/25 | BLP | B160B | | Comms with client, and PBGC re langauge requested in plan documents, approval of same and placement of same in documents (.2); revise documents re same (.2) | .40 | 326.00 |
| 5/13/25 | BLP | B160B | | Comms with BHs re plan comments, voting process | .40 | 326.00 |
| 5/13/25 | DV | B160B | | Meeting w/ B. Pollack re: objections to disclosure statement. | .20 | 79.00 |
| 5/14/25 | BLP | B160B | | Revise plan documents to reflect new payments, updated numbers, etc. | .90 | 733.50 |
| 5/14/25 | BLP | B160B | | Comms with client re plan revisions (.2); comms with BHs re plan changes requested, ballots, voting issues (.3) | .50 | 407.50 |
| 5/14/25 | DV | B160B | | Reviewed emails re: bondholder comments to plan/disclosure statement and revisions in connection w/ same. | .30 | 118.50 |
| 5/14/25 | DV | B160B | | Reviewed amended plan and emails re: same. | .50 | 197.50 |
| 5/15/25 | BLP | B160B | | Review and comms re FTI comments to plan numbers | .40 | 326.00 |
| 5/15/25 | BLP | B160B | | Further revisions to plan documents for FTI comments and BH additions | .70 | 570.50 |
| 5/15/25 | DV | B160B | | Reviewed emails re: receivables and revisions to plan. | .40 | 158.00 |
| 5/16/25 | BLP | B160B | | Continued work on revised plan documents | .60 | 489.00 |
| 5/19/25 | BLP | B160B | | Comms with client re comments to plan documents (.2); comms with chambers re confirmation hearing and scheduling same (.2) | .40 | 326.00 |
| 5/19/25 | BLP | B160B | | Finalize plan documents for filing | .80 | 652.00 |
| 5/19/25 | BLP | B160B | | Letter to court with amended plan documents | .30 | 244.50 |
| 5/19/25 | MGR | B160B | | Conf w/ B Pollack regarding filing of amended plan and disclosure statement and discuss timing of confirmation hearing. | .40 | 348.00 |
| 5/20/25 | BLP | B160B | | Prepare form of Ballot | .30 | 244.50 |
| 5/21/25 | BLP | B160B | | Prepare plan documents for service and complete all open dates based on hearing | .60 | 489.00 |

7

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/21/25 | MGR | B160B | | Internal discussions regarding work around options regarding Judge's concern with plan administrator outside of court oversight. | .30 | 261.00 |
| 5/22/25 | BLP | B160B | | Review and respond to BH comments to ballots (.2); conferences re plan solicitation package and compilation of same (.2); review entered DS order (.2) | .60 | 489.00 |
| 5/22/25 | MGR | B160B | | Review order approving disclosure statement (.2); Email B Pollack regarding same (.1) | .30 | 261.00 |
| 5/28/25 | BLP | B160B | | Respond to 2 creditor's questions re plan solicitation | .20 | 163.00 |

**TASK SUB TOTAL**                                                         $ 7,617.00

**B180B RETENTION/PROFESSIONAL COMPENSATION/FEE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/01/25 | BLP | B180B | | Calculate March fees to be paid and update fee chart re same | .30 | 244.50 |
| 5/05/25 | BLP | B180B | | Work on April time statement | .50 | 407.50 |
| 5/06/25 | BLP | B180B | | Finalize monthly fee statement | .50 | 407.50 |
| 5/19/25 | BLP | B180B | | Prepare and file monthly fee statements for all professionals | .50 | 407.50 |

**TASK SUB TOTAL**                                                         $ 1,467.00

**B185B PREPARATION FOR/ATTEND COURT HEARING**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/06/25 | BLP | B185B | | Prepare for CGA Abandonment hearing | .70 | 570.50 |
| 5/07/25 | BLP | B185B | | Attend telephonic abandonment hearing | .70 | 570.50 |
| 5/07/25 | DV | B185B | | Attended abandonment hearing by phone. | .50 | 197.50 |
| 5/20/25 | BLP | B185B | | Prepare for hearing on DS | 1.40 | 1,141.00 |

8

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/21/25 | BLP | B185B | | Continued prep for DS hearing | .40 | 326.00 |
| 5/21/25 | BLP | B185B | | Attend telephonic DS hearing | .30 | 244.50 |
| 5/21/25 | MGR | B185B | | Attend disclosure statement hearing | .30 | 261.00 |
| 5/21/25 | DV | B185B | | Attended hearing on Disclosure Statement by phone. | .30 | 118.50 |

TASK SUB TOTAL  $ 3,429.50

**B210B MOTION PRACTICE**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/07/25 | BLP | B210B | | Prepare and file abandonment order | .20 | 163.00 |

TASK SUB TOTAL  $ 163.00

**B220B OPERATING REPORTS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/19/25 | BLP | B220B | | Review and prepare MOR for filing | .40 | 326.00 |

TASK SUB TOTAL  $ 326.00

**B230A GOVERNANCE ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/13/25 | DV | B230A | | Prepared resolution re: signatory change. | 1.40 | 553.00 |
| 5/13/25 | DMM | B230A | | Attention to resolution for signatory authority. | .30 | 118.50 |
| 5/14/25 | DV | B230A | | Emails w/ D. Polley re: signatory change and preparation of resolution re: same. | .20 | 79.00 |
| 5/15/25 | DMM | B230A | | Reviewing and commenting on draft resolution providing D. Polley w/ signature authority. | .20 | 79.00 |

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/19/25 | DV | B230A | | Reviewed Board materials and emails w/ L. Thomson re: same. | .40 | 158.00 |
| 5/20/25 | BLP | B230A | | Review and comment on proposed board resolution re plan administrator signatory power | .30 | 244.50 |
| 5/20/25 | MGR | B230A | | Conf call with working group to review issues for executive committee meeting and open agenda issues. | .50 | 435.00 |
| 5/20/25 | DV | B230A | | Revised resolution re: banking signatory authority and emails re: same. | .80 | 316.00 |
| 5/20/25 | DV | B230A | | Emails w/ L. Thomson re: Board materials. | .20 | 79.00 |
| 5/20/25 | DMM | B230A | | Reviewing and commenting on BOT resolution. | .20 | 79.00 |
| 5/21/25 | DV | B230A | | Revised resolution re: banking signatory authority and emails re: same. | .30 | 118.50 |
| 5/22/25 | BLP | B230A | | Attend Board meeting to discuss plan and bankruptcy matters | 1.00 | 815.00 |
| 5/22/25 | MGR | B230A | | Attend executive committee meeting of board of trustees regarding case update and issues | 1.00 | 870.00 |
| 5/22/25 | DV | B230A | | Attended Executive Committee meeting. | 1.00 | 395.00 |

**TASK SUB TOTAL** $ 4,339.50

**B240B EDUCATION/REGULATORY MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/12/25 | DV | B240B | | Reviewed requests for student records and documents responsive to same. | .30 | 118.50 |
| 5/12/25 | DV | B240B | | Emails w/ R. Soebke re: requests for student records. | .20 | 79.00 |
| 5/13/25 | DV | B240B | | Emails re: record requests. | .40 | 158.00 |
| 5/13/25 | RS | B240B | | Emails responding to FERPA requests. | .40 | 158.00 |
| 5/22/25 | BLP | B240B | | Review comms with AG re effective date and revocation of charter under plan | .20 | 163.00 |

10

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/22/25 | DV | B240B | | Emails w/ NYSED Deputy Counsel re: status of bankruptcy proceeding. | .30 | 118.50 |

**TASK SUB TOTAL**     $ 795.00

**B250B ENDOWMENT/ATTORNEY GENERAL MATTERS**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/05/25 | BLP | B250B | | Comms re Heuther release and 9019 motion | .20 | 163.00 |
| 5/06/25 | BLP | B250B | | Follow up emails with AN re Heuther settlement | .20 | 163.00 |
| 5/06/25 | DMM | B250B | | Preliminary review of draft petition to modify notice provisions in cy pres proceeding. | 1.30 | 513.50 |
| 5/07/25 | DMM | B250B | | Reviewing and revising draft motion to modify notice provisions of cy pres proceeding. | 1.60 | 632.00 |
| 5/12/25 | DV | B250B | | Email to NYAG re: status of petition review. | .20 | 79.00 |
| 5/14/25 | DV | B250B | | Emails w/ AAG re: cy pres petition and meeting to discuss same. | .20 | 79.00 |
| 5/14/25 | DV | B250B | | Reviewed teach-out information in connection w/ AAG request. | .30 | 118.50 |
| 5/15/25 | BLP | B250B | | Review AG questions re cy pres and CSR responses to same | .30 | 244.50 |
| 5/15/25 | DV | B250B | | Emails w/ L. Thomson re: updated teach-out information for AAG and review of same. | 1.50 | 592.50 |
| 5/15/25 | DV | B250B | | Revised draft cy pres petition. | .30 | 118.50 |
| 5/15/25 | DV | B250B | | Emails w/ AAG re: status of updated teach-out information. | .20 | 79.00 |
| 5/16/25 | DV | B250B | | Emails w/ M. McLane re: teach-out data. | .20 | 79.00 |
| 5/19/25 | D.A. | B250B | | Prepared Exhibit A, began preparing Exhibit B to accompany cy pres petition. | 1.80 | 711.00 |
| 5/20/25 | DV | B250B | | Emails w/ L. Thomson re: AAG teach-out information request. | .20 | 79.00 |

11

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/20/25 | DV | B250B | | Prepared response to AAG information request. | .80 | 316.00 |
| 5/20/25 | DV | B250B | | Emails w/ AAG re: teach-out information and meeting to discuss status. | .50 | 197.50 |
| 5/20/25 | BF | B250B | | Discussion with D. Aprigliano regarding Exhibits to cy pres | .50 | 197.50 |
| 5/20/25 | D.A. | B250B | | Completed Exhibit B for petition | 1.20 | 474.00 |
| 5/21/25 | BF | B250B | | Discussions with D. Aprigliano and A. Nitkewicz re: cy press petition and exhibits | .30 | 118.50 |
| 5/21/25 | D.A. | B250B | | Discussed revisions for Exhibits A and B. | .30 | 118.50 |
| 5/21/25 | D.A. | B250B | | Revised Exhibit A based on comments. | 1.30 | 513.50 |
| 5/21/25 | D.A. | B250B | | Edited Exhibit A, Began Exhibit B edits based on comments | .70 | 276.50 |
| 5/22/25 | DV | B250B | | Reviewed teach-out enrollment data in response to AAG request. | 1.20 | 474.00 |
| 5/22/25 | DV | B250B | | Email to L. Thomson re: AAG request and teach-out numbers. | .30 | 118.50 |
| 5/22/25 | DMM | B250B | | Call/email w/ B. Froning and A. Nitkewicz re: motion to modify notice requirement for cy pres proceeding. | .30 | 118.50 |
| 5/22/25 | BF | B250B | | Discussion re: motion to modify notice of cy pres | .20 | 79.00 |
| 5/22/25 | D.A. | B250B | | Continued work on compilation of cy pres exhibits | 2.00 | 790.00 |
| 5/27/25 | DV | B250B | | Meeting w/ L. Thomson and M. McLane re: teach-out numbers in connection w/ cy pres. | .50 | 197.50 |
| 5/27/25 | DV | B250B | | Emails w/ AAG re: teach-out partner enrollments. | .40 | 158.00 |
| 5/28/25 | BLP | B250B | | Conference with DV re AG call on cy pres | .30 | 244.50 |

**TASK SUB TOTAL** $ 8,043.50

**B260B PENSION PLAN/PBGC ISSUES**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|

12

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/01/25 | BLP | B260B | | Discussion with DV re pension issues, document turnover (.3); comms with client and PBGC re same (.2) | .50 | 407.50 |
| 5/01/25 | MGR | B260B | | Review PBGC stipulation and discuss same w/ B Pollack | .50 | 435.00 |
| 5/01/25 | DV | B260B | | Emails re: PBGC matters and research in connection w/ same. | .60 | 237.00 |
| 5/02/25 | BLP | B260B | | Comms with client re status of resolution of issues with PBGC re document turnover (.1); review and revise letter to pension plan participants re PBGC trusteeship (.3) | .40 | 326.00 |
| 5/02/25 | BLP | B260B | | Review pension plan documents re lump sum payments permitted in connection with comms from PBGC re same | .80 | 652.00 |
| 5/02/25 | BLP | B260B | | Comms with DV re pension plan terms re lump sum payments | .40 | 326.00 |
| 5/02/25 | DV | B260B | | Emails w/ B. Pollack re: PBGC claim and related matters. | .40 | 158.00 |
| 5/05/25 | BLP | B260B | | Meeting with DV re PBGC termination issues, distribution issues, pension plan provisions | 1.00 | 815.00 |
| 5/05/25 | BLP | B260B | | Discussion with DV and client re all PBGC issues | .50 | 407.50 |
| 5/05/25 | DV | B260B | | Meeting w/ B. Pollack re: pending PBGC matters. | 1.00 | 395.00 |
| 5/05/25 | DV | B260B | | Meeting w/ D. Polley, J. Knapp, and B. Pollack re: pending PBGC matters. | .50 | 197.50 |
| 5/05/25 | DMM | B260B | | Mtg w D. Vespia re: plan reporting obligations. | .50 | 197.50 |
| 5/06/25 | BLP | B260B | | Comms with client re pension issues and responses to questions posed | .30 | 244.50 |
| 5/06/25 | DV | B260B | | Emails re: pension plan matters. | .20 | 79.00 |
| 5/07/25 | BLP | B260B | | Call with DV and M.Monaghan re PBGC matters in case, and questions remaining to be responded to for PBGC, client | .40 | 326.00 |
| 5/07/25 | DV | B260B | | Meeting w/ B. Pollack and M. Monaghan re: pension plan matters. | .40 | 158.00 |

13

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/07/25 | DV | B260B | | Emails w/ M. Monaghan re: final reporting requirements. | .30 | 118.50 |
| 5/07/25 | MM | B260B | | Call with B. Pollack and D. Vespia re: pension issues | .50 | 197.50 |
| 5/07/25 | MM | B260B | | Perform research in connection with trusteeship of research in connection with trusteeship of pension plan by PBGC, including audit and Form 5500 filing requirements | 2.90 | 1,145.50 |
| 5/07/25 | MM | B260B | | Draft email to DOL re: same | .40 | 158.00 |
| 5/07/25 | MM | B260B | | Calls with DOL representatives re: same | .40 | 158.00 |
| 5/07/25 | MM | B260B | | Draft email to D.Vespia and B.Pollack re: issues w/plan | .40 | 158.00 |
| 5/08/25 | BLP | B260B | | Review comms from MM re PBGC close out issues | .20 | 163.00 |
| 5/08/25 | DV | B260B | | Emails w/ M. Monaghan re: audit/5500 requirements and other pension plan termination matters. | 1.40 | 553.00 |
| 5/08/25 | MM | B260B | | Review email from J. Knapp regarding payment of lump sum distribution to Ms.Kokoneci, increase the de minimis lump threshold as allowed by Secure Act 2.0, and related plan questions | .30 | 118.50 |
| 5/08/25 | MM | B260B | | Perform research on issue | 2.70 | 1,066.50 |
| 5/08/25 | MM | B260B | | Draft email to D.Vespia and B. Pollack summarizing analysis and conclusions | .30 | 118.50 |
| 5/09/25 | BLP | B260B | | Discussion with DV and MM re pension issues in case and how to deal with same | .30 | 244.50 |
| 5/09/25 | DV | B260B | | Comms re: PBGC questions and related matters. | 1.20 | 474.00 |
| 5/09/25 | MM | B260B | A105 | Follow-up comms with DOL regarding post-termination plan amendment. | .50 | 197.50 |
| 5/12/25 | BLP | B260B | | Discussion with PBGC re form 5500s, pension audits, timing | .30 | 244.50 |
| 5/12/25 | BLP | B260B | | Review proposed response of client to PBGC questions re pension plan | .30 | 244.50 |
| 5/12/25 | DV | B260B | | Research re: post-termination plan amendments. | .30 | 118.50 |
| 5/12/25 | DV | B260B | | Email to D. Polley re: 5500 and audit requirements. | .20 | 79.00 |

14

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/12/25 | DV | B260B | | Reviewed draft response to PBGC information requests and emails w/ B. Pollack re: same. | .30 | 118.50 |
| 5/12/25 | DV | B260B | | Comms w/ B. Pollack to discuss pending matters re: pension plan termination. | .40 | 158.00 |
| 5/13/25 | DV | B260B | | Emails w/ M. Monaghan re: 5500/audit requirements. | .20 | 79.00 |
| 5/14/25 | DV | B260B | | Reviewed emails re: PBGC requests. | .20 | 79.00 |
| 5/19/25 | DV | B260B | | Emails w/ M. Monaghan re: 5500/audit requirements. | .20 | 79.00 |
| 5/19/25 | MM | B260B | | Return call from DOL representative regarding reporting requirements. | .30 | 118.50 |
| 5/20/25 | BLP | B260B | | Further discussion with K. Owens re Pension plan issues and audit questions | .20 | 163.00 |
| 5/21/25 | BLP | B260B | | Review comms from PBGC re filings needed for plan | .20 | 163.00 |
| 5/21/25 | DV | B260B | | Emails w/ D. Polley re: Form 5500/audit requirements. | .40 | 158.00 |

**TASK SUB TOTAL** $ 12,035.00

**B310B RECORDS RETENTION**

| Date | Atty | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/07/25 | BLP | B310B | | Comms with B. Selchick re record retention issues re students | .20 | 163.00 |
| 5/07/25 | DV | B310B | | Emails w/ B. Selchick and J. Knapp re: employment record retention. | .30 | 118.50 |
| 5/07/25 | BBS | B310B | A105 | Emails from and to D. Vespia regarding immigration record retention requirements. | .10 | 39.50 |
| 5/30/25 | DV | B310B | | Emails w/ J. Richardson re: legal document retention and reviewed files in connection w/ same. | .30 | 118.50 |

**TASK SUB TOTAL** $ 439.50

**TOTAL PROFESSIONAL SERVICES** $ 54,157.50

15

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| BONNIE L. POLLACK | 34.70 | 815.00 | 28,280.50 |
| MATTHEW G ROSEMAN | 4.50 | 870.00 | 3,915.00 |
| DINA VESPIA | 33.70 | 395.00 | 13,311.50 |
| DEIRDRE M MITACEK | 4.40 | 395.00 | 1,738.00 |
| RYAN SOEBKE | .40 | 395.00 | 158.00 |
| BRITTANY FRONING | 1.00 | 395.00 | 395.00 |
| DANA APRIGLIANO | 7.30 | 395.00 | 2,883.50 |
| BRIAN B SELCHICK | .10 | 395.00 | 39.50 |
| MAUREEN MONAGHAN | 8.70 | 395.00 | 3,436.50 |
| **Total** | **94.80** | | **$ 54,157.50** |

## DISBURSEMENTS

### E101 PHOTOCOPIES

| Date | Task | Description | Amount |
|---|---|---|---|
| 5/23/25 | E101 | PHOTOCOPY 18,290 copies @ $0.10 each, SK/CR | 1,829.00 |

SUB TOTAL $ 1,829.00

### E108 POSTAGE

| Date | Task | Description | Amount |
|---|---|---|---|
| 5/23/25 | E108 | POSTAGE 05/23/2025, 295 1st class mail @ $4.31 each, BP/SK | 1,271.45 |

SUB TOTAL $ 1,271.45

TOTAL DISBURSEMENTS $ 3,100.45

**TOTAL THIS INVOICE** $ 57,257.95

16

Cullen & Dykman LLP

THE COLLEGE OF SAINT ROSE  
File Number: 22484-000-3

June 10, 2025  
Control #: 7576577

**TASK TIME SUMMARY**

| Task | Description | Hours | Amount |
|---|---|---|---|
| B100 | GENERAL ADMINISTRATION | 17.80 | 10,433.00 |
| B120B | CASH COLLATERAL & DIP FINANCING | .40 | 326.00 |
| B130B | ASSET DISPOSITION, SALE OR RESTRUCTURE | 1.70 | 1,407.50 |
| B140B | RESOLUTION OF CREDITOR ISSUES | 4.40 | 3,336.00 |
| B160B | PLAN & DISCLOSURE STATEMENT | 10.00 | 7,617.00 |
| B180B | RETENTION/PROFESSIONAL COMPENSATION/FEE | 1.80 | 1,467.00 |
| B185B | PREPARATION FOR/ATTEND COURT HEARING | 4.60 | 3,429.50 |
| B210B | MOTION PRACTICE | .20 | 163.00 |
| B220B | OPERATING REPORTS | .40 | 326.00 |
| B230A | GOVERNANCE ISSUES | 7.80 | 4,339.50 |
| B240B | EDUCATION/REGULATORY MATTERS | 1.80 | 795.00 |
| B250B | ENDOWMENT/ATTORNEY GENERAL MATTERS | 19.30 | 8,043.50 |
| B260B | PENSION PLAN/PBGC ISSUES | 23.70 | 12,035.00 |
| B310B | RECORDS RETENTION | .90 | 439.50 |
| **TOTALS** | | **94.80** | **$ 54,157.50** |

**TASK DISBURSEMENTS SUMMARY**

| Task | Description | Amount |
|---|---|---|
| E101 | PHOTOCOPIES | 1,829.00 |
| E108 | POSTAGE | 1,271.45 |
| **TOTALS** | | **$ 3,100.45** |

17



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

THE COLLEGE OF SAINT ROSE
432 WESTERN AVENUE
ALBANY, NY 12203

June 10, 2025

## REMITTANCE

File Number: 22484-000-3                                    Control Number 7576577

RE:    BANKRUPTCY FILING

**BALANCE DUE THIS INVOICE**                                    $ 57,257.95

Please return this page with payment to:    Cullen & Dykman LLP
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553

**Wire Transfer Instructions:**

JP MORGAN CHASE                             For Credit To:
270 Park Avenue                                CULLEN & DYKMAN LLP
New York, NY 10017                             Operating Account
Account # : 530-931-915                        333 Earle Ovington Blvd, 2nd Floor
ABA # : 021000021                              Uniondale, NY 11553
SWIFT Code: CHASUS33

**TERMS: NET 30 DAYS**

———— FOUNDED 1850 ————

NEW YORK    NEW JERSEY    WASHINGTON DC