CULLEN & DYKMAN LLP
80 State Street, Suite 900
Albany, NY 12207
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
(516) 357-3700

*Attorneys for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE COLLEGE OF SAINT ROSE, | Case No.: 24-11131 (REL) |
| Debtor. | |

-----------------------------------------------------------x

## CERTIFICATION OF BALLOTS ACCEPTING AND REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

I, BONNIE L. POLLACK, hereby declare under penalty of perjury as follows:

1.      I am a partner of the firm of Cullen and Dykman LLP ("C&D"), counsel to The College of Saint Rose (the "Debtor"). The Debtor is the proponent of the First Amended Chapter 11 Plan dated May 19, 2025 (the "Plan"). I have personal knowledge of the facts and matters set forth herein.

2.      By Order dated May 22, 2025 (the "Approval Order"), the Amended Disclosure Statement dated May 19, 2025 (the "Disclosure Statement") submitted by the Debtor in connection with the Plan was approved by the Court. In accordance with the Approval Order, the Debtor was authorized to disseminate a solicitation package (the "Solicitation Package") to all creditors and parties required to receive notice in this case.

1

3.      C&D is the "Balloting Agent" pursuant to Article I(A)(7) of the Plan.

4.      In the Approval Order, the Court fixed June 17, 2025 as the last date for receipt by C&D of Ballots accepting or rejecting the Plan in accordance with the procedures contained in the Disclosure Statement (the "Voting Procedures").  Only those claimants in Classes 2, 3, 4 and 5 were entitled to vote on the Plan.[1]

5.      On May 23, 2025, the Solicitation Package was disseminated by C&D by first class mail in accordance with the Approval Order. An affidavit evidencing the service of the Solicitation Package was filed with the Bankruptcy Court on May 27, 2025 (Docket No. 262).

6.      Pursuant to the Voting Procedures, Ballots were permitted to be returned by U.S. Mail, overnight mail or facsimile. No other form of transmission was permitted.  All Ballots received were date stamped by me to indicate the date of C&D's receipt of the Ballot.

7.      All Ballots were entered onto a chart prepared by me personally (the "Ballot Chart") and, any specific reasons why a Ballot should not be counted or should be counted in a different amount were included on the chart as well.

8.      All Ballots were tabulated in accordance with the Voting Procedures.  Any Ballots received, or which may hereafter be received, after the Ballot deadlines were not and will not be counted pursuant to the Voting Procedures.

9.      In accordance with the foregoing, and as further set forth on the Ballot Chart annexed hereto as Exhibit "A", I hereby certify that C&D received nine Ballots from the Class 2 and Class 4 Claimants (the Bondholders), and two Ballots from Class 5 Claimants (General Unsecured Claims), all of whom voted in favor of the Plan and have therefore accepted the Plan.

---

[1] The Plan states that Claims in Class 1 are impaired. That was a mistake, since those Claims are being paid in full and are therefore unimpaired. The claimant in Class 1 did not cast a vote on the Plan in any event.

10.    I hereby declare and state that the foregoing information concerning the

distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.

IN WITNESS WHEREOF, I have executed this certification on the 18th day of June,

2025.

/s Bonnie Pollack
Bonnie L. Pollack

| Claimant | Class | Date Received | Vote | Amount |
|---|---|---|---|---|
| Invesco Rochester Limited Term New York Municipal Fund | 2 | 6/17/2025 | Accept | $11,075,000.00 |
| Invesco Rochester Limited Term New York Municipal Fund | 4 | 6/17/2025 | Accept | $11,075,000.00 |
| Invesco Rochester New York Municipals Fund | 2 | 6/17/2025 | Accept | $22,540,000.00 |
| Invesco Rochester New York Municipals Fund | 4 | 6/17/2025 | Accept | $22,540,000.00 |
| Invesco Trust for Investment Grade New York Municipals | 2 | 6/17/2025 | Accept | $605,000.00 |
| Invesco Trust for Investment Grade New York Municipals | 4 | 6/17/2025 | Accept | $605,000.00 |
| iShares High Yield Muni Active ETF | 2 | 6/17/2025 | Accept | $3,750,000.00 |
| iShares High Yield Muni Active ETF | 4 | 6/17/2025 | Accept | $3,750,000.00 |
| BlackRock New York Municipal Income Trust (BNY) | 2 | 6/17/2025 | Accept | $1,210,000.00 |
| BlackRock New York Municipal Income Trust (BNY) | 4 | 6/17/2025 | Accept | $1,210,000.00 |
| BlackRock MuniHoldings New York Quality Fund, Inc. (MHN) | 2 | 6/17/2025 | Accept | $1,505,000.00 |
| BlackRock MuniHoldings New York Quality Fund, Inc. (MHN) | 4 | 6/17/2025 | Accept | $1,505,000.00 |

4

| | | | |
|---|---|---|---|
| BlackRock MuniYield New York Quality Fund, Inc. (MYN) | 2 | 6/17/2025 | Accept | $1,795,000.00 |
| BlackRock MuniYield New York Quality Fund, Inc. (MYN) | 4 | 6/17/2025 | Accept | $1,795,000.00 |
| BlackRock New York Municipal Opportunities Fund (BR-NYMO) | 2 | 6/17/2025 | Accept | $3,355,000.00 |
| BlackRock New York Municipal Opportunities Fund (BR-NYMO) | 4 | 6/17/2025 | Accept | $3,355,000.00 |
| BlackRock MuniAssets Fund, Inc. (MUA) | 2 | 6/17/2025 | Accept | $1,500,000.00 |
| BlackRock MuniAssets Fund, Inc. (MUA) | 4 | 6/17/2025 | Accept | $1,500,000.00 |
| County Waste & Recycling | 5 | 6/2/2025 | Accept | $4,083.02 |
| Hogan Marren Babbo & Rose, Ltd. | 5 | 6/17/2025 | Accept | $630.00 |

21480879



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
THE COLLEGE OF SAINT ROSE,                                    :    Case No. 24-11131 (REL)
                                                              :
                                                              :
            Debtor.                                           :
                                                              :
-------------------------------------------------------------- x

### BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

> The College of Saint Rose
> c/o Cullen and Dykman LLP
> Attn: Bonnie Pollack, Esq.
> 333 Earle Ovington Blvd., 2nd Floor
> Uniondale, New York 11553

All ballots must be **received by 5:00 p.m.** Eastern Time on June 17, 2025. Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class __^__ of the Plan[1], holding a claim in the amount of $ 11,075,000 _____ (fill in the dollar amount of claim):

Check One:

         ☒       Accepts the Plan

         ☐       Rejects the Plan

Corporation: IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

Partnership: IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

Individual: IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025 _____

(1) Invesco Rochester Limited Term New York Municipal Fund
Name of Creditor (PLEASE PRINT)

(2) _Ullare_____
(Signature)

(3) _Assistant Secretary_
(Title)

_C/o Invesco Advisers, Inc._
(Address)
_22 Liberty Street_
_New York, NY 10281_

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.



RECEIVED
JUN 17 2025
BY:

TED STATES BANKRUPTCY COURT
.THERN DISTRICT OF NEW YORK
--------------------------------------------------- x
                                              :
:                                             :    Chapter 11
                                              :
: COLLEGE OF SAINT ROSE,                      :    Case No. 24-11131 (REL)
                                              :
          Debtor.                             :
                                              :
                                              :
--------------------------------------------------- x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint
:e and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and
:eby made binding on you if it is accepted by each class of creditors and holders of equity
:rests which is impaired under the Plan. Each impaired class of creditors may accept the Plan
:e holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the
:wed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

> The College of Saint Rose
> c/o Cullen and Dykman LLP
> Attn: Bonnie Pollack, Esq.
> 333 Earle Ovington Blvd., 2nd Floor
> Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m.** Eastern Time on June 17, 2025. Any ballots
:eived after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D.
: VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy
:rt in connection with the Plan and should be reviewed.

54123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class ___ of the Plan[1], holding a claim in the amount of $ __22,540,000__ (fill in the dollar amount of claim):

Check One:

☒    Accepts the Plan

☐    Rejects the Plan

__Corporation:__ IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

__Partnership:__ IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

__Individual:__ IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025

(1)   Invesco Rochester New York Municipals Fund
      Name of Creditor (PLEASE PRINT)

(2)   _____
      (Signature)

(3) Assistant Secretary
      (Title)

      _____
      (Address)
      c/o Invesco Advisers, Inc.
      225 Liberty Street
      New York, NY 10281

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.

RECEIVED
JUN 17 2025
BY:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

--------------------------------x
                                :
In re:                          :    Chapter 11
                                :
THE COLLEGE OF SAINT ROSE,      :    Case No. 24-11131 (REL)
                                :
                                :
              Debtor.           :
                                :
--------------------------------x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class __^__ of the Plan[1], holding a claim in the amount of $ __605,000__ (fill in the dollar amount of claim):

Check One:

☒    Accepts the Plan

☐    Rejects the Plan

Corporation: IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

Partnership: IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

Individual: IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025

(1) __Invesco Trust for Investment Grade New York Municipals__
       Name of Creditor (PLEASE PRINT)

(2) __Ullone__
       (Signature)

(3) __Assistant    Secretary__
       (Title)

__C/O    Invesco Advisers, Inc.__
       (Address)
__225    Liberty    Street__
__New    York, NY    10281__

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.

RECEIVED
JUN 17 2025
BY: _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                    :
In re:                              :   Chapter 11
                                    :
THE COLLEGE OF SAINT ROSE,          :   Case No. 24-11131 (REL)
                                    :
                                    :
                    Debtor.         :
                                    :
------------------------------------------------------------- x

### BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

> The College of Saint Rose
> c/o Cullen and Dykman LLP
> Attn: Bonnie Pollack, Esq.
> 333 Earle Ovington Blvd., 2nd Floor
> Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m.** Eastern Time on June 17, 2025. Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class __^__ of the Plan[1], holding a claim in the amount of $ ___3,750,000___ (fill in the dollar amount of claim):

Check One:

         ☒        Accepts the Plan

         ☐        Rejects the Plan

    __Corporation:__  IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

    __Partnership:__  IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

    __Individual:__  IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

    IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: __June 13, 2025__

             (1)__ iShares High Yield Muni Active ETF __
                      Name of Creditor (PLEASE PRINT)

             (2)_____
                      (Signature)

             (3)__ Managing Director __
                      (Title)

                 1 University Square Drive
                      (Address)
                 Princeton, NJ 08540

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
THE COLLEGE OF SAINT ROSE,                                    :    Case No. 24-11131 (REL)
                                                              :
                                                              :
                   Debtor.                                    :
                                                              :
                                                              :
------------------------------------------------------------- x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

The College of Saint Rose
c/o Cullen and Dykman LLP
Attn: Bonnie Pollack, Esq.
333 Earle Ovington Blvd., 2nd Floor
Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m**. Eastern Time on June 17, 2025. Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class _^_ of the Plan[1], holding a claim in the amount of $____1,210,000____ (fill in the dollar amount of claim):

Check One:

            ☒       Accepts the Plan

            ☐       Rejects the Plan

**Corporation:**  IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

**Partnership:**  IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

**Individual:**  IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025

       (1)  BlackRock New York Municipal Income Trust (BNY)
             Name of Creditor (PLEASE PRINT)

       (2)  _____
             (Signature)

       (3)  Managing Director
             (Title)

       1 University Square Drive
       _____
         (Address)
       Princeton, NJ 08540

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                              :
In re:                                        :     Chapter 11
                                              :
THE COLLEGE OF SAINT ROSE,                    :     Case No. 24-11131 (REL)
                                              :
                                              :
                   Debtor.                    :
                                              :
                                              :
-------------------------------------------------------------- x

### BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan.  Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

> The College of Saint Rose
> c/o Cullen and Dykman LLP
> Attn: Bonnie Pollack, Esq.
> 333 Earle Ovington Blvd., 2nd Floor
> Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m**. Eastern Time on June 17, 2025. Any ballots received after such time shall not **be counted**.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class __^__ of the Plan[1], holding a claim in the amount of $ __1,505,000__ (fill in the dollar amount of claim):

Check One:

          ☒         Accepts the Plan

          ☐         Rejects the Plan

**Corporation:** IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

**Partnership:** IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

**Individual:** IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025

(1) __BlackRock MuniHoldings New York Quality Fund, Inc. (MHN)__
      Name of Creditor (PLEASE PRINT)

(2) _____
      (Signature)

(3) __Managing Director_____
      (Title)

__1 University Square Drive__
   (Address)
__Princeton, NJ 08540__

_____

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
THE COLLEGE OF SAINT ROSE,                                    :    Case No. 24-11131 (REL)
                                                              :
                                                              :
                            Debtor,                           :
                                                              :
------------------------------------------------------------- x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11
## PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

The College of Saint Rose
c/o Cullen and Dykman LLP
Attn: Bonnie Pollack, Esq.
333 Earle Ovington Blvd., 2nd Floor
Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m.** Eastern Time on June 17, 2025. Any ballots received after such time shall not **be counted.**

Procedures for voting upon the **Plan and completing** this ballot **are** set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class __^__ of the Plan[1], holding a claim in the amount of $ __1,795,000__ (fill in the dollar amount of claim):

Check One:

☒    Accepts the Plan

☐    Rejects the Plan

**Corporation:** IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

**Partnership:** IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

**Individual:** IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025

(1)  BlackRock MuniYield New York Quality Fund, Inc. (MYN)
     Name of Creditor (PLEASE PRINT)

(2)  _____
     (Signature)

(3)  Managing Director
     (Title)

     1 University Square Drive
     (Address)
     Princeton, NJ 08540

_____

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.

RECEIVED

JUN 17 2025

BY:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                    :
In re:                                              :
                                                    :   Chapter 11
                                                    :
THE COLLEGE OF SAINT ROSE,                          :
                                                    :   Case No. 24-11131 (REL)
                                                    :
                                                    :
                    Debtor.                         :
                                                    :
------------------------------------------------------------- x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11
## PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

The College of Saint Rose
c/o Cullen and Dykman LLP
Attn: Bonnie Pollack, Esq.
333 Earle Ovington Blvd., 2nd Floor
Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m.** Eastern Time on June 17, 2025. Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class __^__ of the Plan[1], holding a claim in the amount of $__3,355,000__ (fill in the dollar amount of claim):

Check One:

       ☒      Accepts the Plan

       ☐      Rejects the Plan

**Corporation:** IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

**Partnership:** IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

**Individual:** IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025

(1) BlackRock New York Municipal Opportunities Fund (BR-NYMO)
Name of Creditor (PLEASE PRINT)

(2) _____
(Signature)

(3) Managing Director
(Title)

1 University Square Drive
(Address)
Princeton, NJ 08540

_____

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                    :
In re:                                              :
                                                    :    Chapter 11
THE COLLEGE OF SAINT ROSE,                          :
                                                    :    Case No. 24-11131 (REL)
                                                    :
                              Debtor.               :
                                                    :
-------------------------------------------------------------- x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

The College of Saint Rose
c/o Cullen and Dykman LLP
Attn: Bonnie Pollack, Esq.
333 Earle Ovington Blvd., 2nd Floor
Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m.** Eastern Time on June 17, 2025. Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

This is a Bond Claim that is being submitted for Class 2 and Class 4

The undersigned, a creditor in Class __^__ of the Plan[1], holding a claim in the amount of $ __1,500,000__ (fill in the dollar amount of claim):

Check One:

        X          Accepts the Plan

        ☐          Rejects the Plan

**Corporation:**  IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

**Partnership:**  IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

**Individual:**  IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: June 13, 2025

(1)  BlackRock MuniAssets Fund, Inc. (MUA)
            Name of Creditor (PLEASE PRINT)

(2) _____
            (Signature)

(3)  Managing Director
            (Title)

1 University Square Drive
(Address)
Princeton, NJ 08540

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                  :
In re:                                            :    Chapter 11
                                                  :
THE COLLEGE OF SAINT ROSE,                        :    Case No. 24-11131 (REL)
                                                  :
                                                  :
                        Debtor.                   :
                                                  :
---------------------------------------------------------------- x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

> The College of Saint Rose
> c/o Cullen and Dykman LLP
> Attn: Bonnie Pollack, Esq.
> 333 Earle Ovington Blvd., 2nd Floor
> Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m**. Eastern Time on June 17, 2025. Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

The undersigned, a creditor in Class _5_ of the Plan[1], holding a claim in the amount of $ _4,083.02_ (fill in the dollar amount of claim):

Check One:

☒   Accepts the Plan

☐   Rejects the Plan

**Corporation:**  IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

**Partnership:**  IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

**Individual:** IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: _5/30/2025_

(1) _County Waste + Recycling / Waste Connec_
Name of Creditor (PLEASE PRINT)

(2) _Thomas M__
(Signature)

(3) _Controller_
(Title)

_1927 Route 9 / PO Box 431_
(Address)
_Clifton Park NY 12065_

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
:
In re:                                                        : Chapter 11
:
THE COLLEGE OF SAINT ROSE,                                     : Case No. 24-11131 (REL)
:
:
Debtor.                                                       :
:
-------------------------------------------------------------- x

## BALLOT ACCEPTING OR REJECTING FIRST AMENDED CHAPTER 11 PLAN FILED BY THE COLLEGE OF SAINT ROSE

The First Amended Chapter 11 Plan dated May 19, 2025, filed by The College of Saint Rose and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan. Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete and return this ballot to:

> The College of Saint Rose
> c/o Cullen and Dykman LLP
> Attn: Bonnie Pollack, Esq.
> 333 Earle Ovington Blvd., 2nd Floor
> Uniondale, New York 11553

All ballots must be **received** by **5:00 p.m.** Eastern Time on June 17, 2025. Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Parts VI.D. and VI.E. of the Amended Disclosure Statement dated May 19, 2025 approved by the Bankruptcy Court in connection with the Plan and should be reviewed.

21454123.v1

The undersigned, a creditor in Class __5__ of the Plan[1], holding a claim in the amount of $____630.00____ (fill in the dollar amount of claim):

Check One:

☒    Accepts the Plan

☐    Rejects the Plan

Corporation: IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

Partnership: IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

Individual: IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: __June 4, 2025__

(1) Hogan Marren Babbo & Rose, Ltd.
Name of Creditor (PLEASE PRINT)

(2) _____
(Signature)

(3) President
(Title)

181 W Madison St, Ste 4700
(Address)
Chicago, IL 60602

---

[1] Claimants that are the beneficial owners of Bonds (Classes 2 and 4) should indicate the principal amount of Bonds held by such Claimant as of the Petition Date.