# BankUnited

**Page 1 of 4**

P.O. Box 521599   Miami, FL 33152-1599

| | |
|---|---|
| **Statement Date:** | **May 31, 2025** |
| Account Number: | ********0331 |

**Customer Service Information**

>004583 4260272 0001 008229 10Z
THE COLLEGE OF ST ROSE
DEBTOR-IN-POSSESSION CASE # 24-11131
 LOAN PROCEEDS
432 WESTERN AVE
ALBANY NY 12203

 Client Care:   877-779-BANK (2265)

 Web Site:   www.bankunited.com

 Bank Address:   BankUnited
P.O. Box 521599
Miami, FL 33152-1599

---



**Customer Message Center**

Please reference Statement Message section for important information regarding new business fees, effective March 1, 2025.

---

## DIP BUSINESS MONEY MARKET  Account ********0331

### Account Summary

| | | | | |
|---|---|---|---|---|
| Statement Balance as of 04/30/2025 | | | | $5,261,189.42 |
| Plus | 0 | Deposits and Other Credits | | $0.00 |
| Less | 10 | Withdrawals, Checks, and Other Debits | | $1,461,037.87 |
| Less | | Service Charge | | $0.00 |
| Plus | | Interest Paid | | $867.69 |
| Statement Balance as of 05/31/2025 | | | | $3,801,019.24 |

### Interest Summary

| | |
|---|---|
| Beginning Interest Rate | 0.25% |
| Interest Paid this Statement Period | $867.69 |
| Interest Paid Year to Date | $6,043.33 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 05/01/2025 | WEB TFR TO ▓▓▓▓0430<br>WEB RF#084218006419 | $692.10 | | $5,260,497.32 |
| 05/01/2025 | WEB TFR TO ▓▓▓▓0494<br>WEB RF#084327006406 | $46,725.03 | | $5,213,772.29 |

**BankUnited, N.A.**

**Statement Date:** May 31, 2025
Account Number: ********0331

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| 05/06/2025 | WEB TFR TO ▓0430 WEB RF#140601003266 | $1,242.97 | | $5,212,529.32 |
| 05/06/2025 | WEB TFR TO ▓0430 WEB RF#140633003264 | $1,045,574.00 | | $4,166,955.32 |
| 05/06/2025 | WEB TFR TO ▓0430 WEB RF#140701003265 | $229,263.22 | | $3,937,692.10 |
| 05/07/2025 | WEB TFR TO ▓0430 WEB RF#122428004806 | $16,140.76 | | $3,921,551.34 |
| 05/14/2025 | WEB TFR TO 0▓0494 WEB RF#063004003697 | $43,838.84 | | $3,877,712.50 |
| 05/15/2025 | WEB TFR TO ▓0430 WEB RF#094445005747 | $1,758.77 | | $3,875,953.73 |
| 05/22/2025 | WEB TFR TO ▓0430 WEB RF#095309002223 | $32,727.22 | | $3,843,226.51 |
| 05/27/2025 | WEB TFR TO ▓0494 WEB RF#063012000261 | $43,074.96 | | $3,800,151.55 |
| 05/30/2025 | Interest Paid | | $867.69 | $3,801,019.24 |

## Rates By Date

| Date | Rate |
|------|------|
| 05/01 | 0.25% |

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | $5,261,189.42 | 05/07 | $3,921,551.34 | 05/22 | $3,843,226.51 |
| 05/01 | $5,213,772.29 | 05/14 | $3,877,712.50 | 05/27 | $3,800,151.55 |
| 05/06 | $3,937,692.10 | 05/15 | $3,875,953.73 | 05/30 | $3,801,019.24 |

## Other Balances

| | |
|---|---:|
| Minimum Balance this Statement Period | $3,800,151.55 |



**Page 3 of 4**

P.O. Box 521599   Miami, FL 33152-1599

**Statement Date: May 31, 2025**
Account Number: ********0331





Effective March 1, 2025, our Business Schedule of Fees will change. New fees can be reviewed at https://www.bankunited.com/docs/default-source/business-documents/business-schedule-of-fees. Analysis items may also be impacted, and all changes will be reflected on your statement. If you have any questions, please contact Client Care at 1-877-779-2265 or your Treasury Solutions Officer. We appreciate your business and look forward to continuing to serve your financial needs.

**Statement Date:  May 31, 2025**

Account Number:  ********0331

---

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?

Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?

Have you checked all additions and subtractions in your checkbook register?

Have you carried the correct balance forward when starting a new page in your checkbook register?


**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016


**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

3. Tell us the dollar amount of the suspected error.

You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.

---





**BankUnited, N.A.**



Page 1 of 4

P.O. Box 521599    Miami, FL 33152-1599

| | |
|---|---|
| **Statement Date:** | **May 31, 2025** |
| Account Number: | ********0494 |

### Customer Service Information

 Client Care:    877-779-BANK (2265)

 Web Site:    www.bankunited.com

 Bank Address:    BankUnited
P.O. Box 521599
Miami, FL 33152-1599

>004542 4260267 0001 008229 10Z
THE COLLEGE OF SAINT ROSE
DEBTOR-IN-POSSESSION CASE #24-11131
GOLDEN KNIGHTS KASH
432 WESTERN AVE
ALBANY NY 12203



### Customer Message Center

Please reference Statement Message section for important information regarding new business fees, effective March 1, 2025.

## DIP BUSINESS CHECKING  Account ********0494

### Account Summary

| | | | | |
|---|---|---|---|---:|
| Statement Balance as of 04/30/2025 | | | | $302,066.42 |
| | Plus | 6 | Deposits and Other Credits | $294,022.26 |
| | Less | 12 | Withdrawals, Checks, and Other Debits | $94,671.06 |
| | Less | | Service Charge | $7.00 |
| | Plus | | Interest Paid | $0.00 |
| Statement Balance as of 05/31/2025 | | | | $501,410.62 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 05/01/2025 | WEB TFR FR ▮▮▮▮0331<br>▮▮▮▮6406<br>WEB RF#084327006406 | | $46,725.03 | $348,791.45 |
| 05/01/2025 | MARSHALL & STER  COBRA<br>114<br>The College of Saint R | | $296.75 | $349,088.20 |
| 05/05/2025 | ALBANY CO - 6930 CASH DISB<br>THE COLLEGE OF SAINT | | $155,000.00 | $504,088.20 |
| 05/05/2025 | MARSHALL+STERLIN EMPL FEE<br>THECOL141338371 | $297.00 | | $503,791.20 |

### BankUnited, N.A.

**Statement Date: May 31, 2025**
Account Number: ********0494

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| | THE COLLEGE OF SAINT R | | | |
| 05/09/2025 | ADP PAYROLL FEES ADP FEES<br>927637889822<br>689668257THE COLLEGE O | $83.81 | | $503,707.39 |
| 05/13/2025 | ADP Tax     ADP Tax<br>LUMGD 051402A01<br>THE COLLEGE OF SAINT R | $15,450.67 | | $488,256.72 |
| 05/13/2025 | ADP WAGE PAY   WAGE PAY<br>586072945988MGD<br>THE COLLEGE OF SAINT R | $28,388.17 | | $459,868.55 |
| 05/13/2025 | ADP WAGE PAY   WAGE PAY<br>927637900714MGD<br>THE COLLEGE OF SAINT R | $5,086.68 | | $454,781.87 |
| 05/14/2025 | WEB TFR FR       0331<br>063004003697<br>WEB RF#063004003697 | | $43,838.84 | $498,620.71 |
| 05/15/2025 | WEB TFR FR       0430<br>095752005749<br>WEB RF#095752005749 | | $5,086.68 | $503,707.39 |
| 05/23/2025 | ADP Tax     ADP Tax<br>LUMGD 2056659VV<br>THE COLLEGE OF SAINT R | $2,043.87 | | $501,663.52 |
| 05/23/2025 | ADP PAYROLL FEES ADP FEES<br>926037864311<br>690569303THE COLLEGE O | $69.32 | | $501,594.20 |
| 05/27/2025 | WEB TFR FR       0331<br>063012000261<br>WEB RF#063012000261 | | $43,074.96 | $544,669.16 |
| 05/27/2025 | ADP Tax     ADP Tax<br>LUMGD 052803A01<br>THE COLLEGE OF SAINT R | $15,259.22 | | $529,409.94 |
| 05/27/2025 | ADP WAGE PAY   WAGE PAY<br>934136242534MGD<br>THE COLLEGE OF SAINT R | $27,815.75 | | $501,594.19 |
| 05/29/2025 | MARSHALL+STERLIN CLAIM FUND<br>THECOL141338371<br>THE COLLEGE OF SAINT R | $105.00 | | $501,489.19 |
| 05/30/2025 | ADP PAYROLL FEES ADP FEES<br>928438293556<br>691124460THE COLLEGE O | $71.57 | | $501,417.62 |

**BankUnited, N.A.**

# BankUnited

**Page 3 of 4**

P.O. Box 521599    Miami, FL 33152-1599

**Statement Date: May 31, 2025**
Account Number: ********0494

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| 05/30/2025 | Service Charge | $7.00 | | $501,410.62 |

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 04/30 | $302,066.42 | 05/09 | $503,707.39 | 05/15 | $503,707.39 | 05/29 | $501,489.19 |
| 05/01 | $349,088.20 | 05/13 | $454,781.87 | 05/23 | $501,594.20 | 05/30 | $501,410.62 |
| 05/05 | $503,791.20 | 05/14 | $498,620.71 | 05/27 | $501,594.19 | | |

## Other Balances

| | |
|---|---|
| Minimum Balance this Statement Period | $302,066.42 |



Effective March 1, 2025, our Business Schedule of Fees will change. New fees can be reviewed at https://www.bankunited.com/docs/default-source/business-documents/business-schedule-of-fees. Analysis items may also be impacted, and all changes will be reflected on your statement. If you have any questions, please contact Client Care at 1-877-779-2265 or your Treasury Solutions Officer. We appreciate your business and look forward to continuing to serve your financial needs.



**BankUnited, N.A.**

**Statement Date: May 31, 2025**

Account Number: ********0494

---

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?
Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?
Have you checked all additions and subtractions in your checkbook register?
Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.
3. Tell us the dollar amount of the suspected error.
You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.

---





**BankUnited, N.A.**

# BankUnited

P.O. Box 521599    Miami, FL 33152-1599

**Page 1 of 5**

>000449 4318455 0001 008229 30Z
THE COLLEGE OF SAINT ROSE
DEBTOR-IN-POSSESSION CASE #24-11131
OPERATING ACCOUNT
432 WESTERN AVE
ALBANY NY 12203

**Statement Date: May 31, 2025**
Account Number: ********0430

## Customer Service Information

 Client Care:      877-779-BANK (2265)

 Web Site:        www.bankunited.com

 Bank Address:  BankUnited
                                            P.O. Box 521599
                                            Miami, FL 33152-1599



## Customer Message Center

Please reference Statement Message section for important information regarding new business fees, effective March 1, 2025.

## DIP BUSINESS CHECKING  Account ********0430

### Account Summary

| | | | |
|---|---|---|---:|
| Statement Balance as of 04/30/2025 | | | $2,066,679.35 |
| Plus | 13 | Deposits and Other Credits | $1,435,686.64 |
| Less | 35 | Withdrawals, Checks, and Other Debits | $1,344,812.62 |
| Less | | Service Charge | $0.00 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 05/31/2025 | | | $2,157,553.37 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 05/01/2025 | WEB TFR FR████0331 084218006419 WEB RF#084218006419 | | $692.10 | $2,067,371.45 |
| 05/01/2025 | CHECK #45102 | $538.28 | | $2,066,833.17 |
| 05/02/2025 | CHECK #45107 | $99.31 | | $2,066,733.86 |
| 05/02/2025 | CHECK #45114 | $699.73 | | $2,066,034.13 |
| 05/05/2025 | CHECK #45110 | $1,360.00 | | $2,064,674.13 |
| 05/06/2025 | WEB TFR FR████0331 140601003266 WEB RF#140601003266 | | $1,242.97 | $2,065,917.10 |



**BankUnited, N.A.**

**Statement Date: May 31, 2025**
Account Number: ********0430

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| 05/06/2025 | WEB TFR FR        0331<br>140633003264<br>WEB RF#140633003264 | | $1,045,574.00 | $3,111,491.10 |
| 05/06/2025 | WEB TFR FR        0331<br>140701003265<br>WEB RF#140701003265 | | $229,263.22 | $3,340,754.32 |
| 05/06/2025 | OUTGOING DOM WIRE: WILIMINGTON<br>TRUST | $900,000.00 | | $2,440,754.32 |
| 05/06/2025 | RDC Deposit | | $61,866.30 | $2,502,620.62 |
| 05/06/2025 | CHECK #45103 | $824.63 | | $2,501,795.99 |
| 05/06/2025 | CLGSTROSE O 0430 March Inv<br>STROSEE02 | $99,579.43 | | $2,402,216.56 |
| 05/06/2025 | CLGSTROSE O 0430 CORP PAY<br>STROSEE02 | $1,242.97 | | $2,400,973.59 |
| 05/06/2025 | CLGSTROSE O 0430 March Inv<br>STROSEE02 | $124,156.59 | | $2,276,817.00 |
| 05/06/2025 | CLGSTROSE O 0430 March Inv<br>STROSEE02 | $5,527.20 | | $2,271,289.80 |
| 05/07/2025 | OUTGOING DOM WIRE: WILIMINGTON<br>TRUST | $145,574.00 | | $2,125,715.80 |
| 05/07/2025 | WEB TFR FR        0331<br>122428004806<br>WEB RF#122428004806 | | $16,140.76 | $2,141,856.56 |
| 05/07/2025 | RDC Deposit | | $3,881.55 | $2,145,738.11 |
| 05/07/2025 | CHECK #45109 | $27,289.68 | | $2,118,448.43 |
| 05/07/2025 | CHECK #45113 | $53.13 | | $2,118,395.30 |
| 05/09/2025 | RDC Deposit | | $36,574.50 | $2,154,969.80 |
| 05/09/2025 | CHECK #45125 | $664.81 | | $2,154,304.99 |
| 05/12/2025 | RDC Deposit | | $702.86 | $2,155,007.85 |
| 05/12/2025 | CHECK #45111 | $37.26 | | $2,154,970.59 |
| 05/13/2025 | RDC Deposit | | $175.71 | $2,155,146.30 |
| 05/13/2025 | CHECK #45118 | $609.45 | | $2,154,536.85 |
| 05/13/2025 | CHECK #45119 | $55.00 | | $2,154,481.85 |
| 05/13/2025 | CHECK #45122 | $675.00 | | $2,153,806.85 |
| 05/14/2025 | CHECK #45112 | $566.98 | | $2,153,239.87 |

**BankUnited, N.A.**

# BankUnited

**Page 3 of 5**

P.O. Box 521599    Miami, FL 33152-1599

**Statement Date: May 31, 2025**
Account Number: ********0430

## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| 05/14/2025 | CHECK #45117 | $9,623.95 | | $2,143,615.92 |
| 05/14/2025 | CHECK #45123 | $52.18 | | $2,143,563.74 |
| 05/14/2025 | CHECK #45124 | $50.44 | | $2,143,513.30 |
| 05/15/2025 | WEB TFR FR ▮▮▮▮▮0331 094445005747 WEB RF#094445005747 | | $1,758.77 | $2,145,272.07 |
| 05/15/2025 | WEB TFR TO ▮▮▮▮▮0494 WEB RF#095752005749 | $5,086.68 | | $2,140,185.39 |
| 05/15/2025 | RDC Deposit | | $5,086.68 | $2,145,272.07 |
| 05/15/2025 | CHECK #45116 | $1,024.20 | | $2,144,247.87 |
| 05/15/2025 | CHECK #45121 | $87.73 | | $2,144,160.14 |
| 05/19/2025 | CHECK #45120 | $88.00 | | $2,144,072.14 |
| 05/20/2025 | CHECK #45126 | $1,090.77 | | $2,142,981.37 |
| 05/20/2025 | CHECK #45127 | $73.00 | | $2,142,908.37 |
| 05/21/2025 | CHECK #45128 | $195.00 | | $2,142,713.37 |
| 05/22/2025 | WEB TFR FR ▮▮▮▮▮0331 095309002223 WEB RF#095309002223 | | $32,727.22 | $2,175,440.59 |
| 05/27/2025 | CHECK #45129 | $400.00 | | $2,175,040.59 |
| 05/28/2025 | CHECK #45115 | $3,210.00 | | $2,171,830.59 |
| 05/28/2025 | CHECK #45131 | $4,821.25 | | $2,167,009.34 |
| 05/28/2025 | CHECK #45132 | $300.00 | | $2,166,709.34 |
| 05/29/2025 | CHECK #45133 | $8,516.72 | | $2,158,192.62 |
| 05/30/2025 | CHECK #45130 | $639.25 | | $2,157,553.37 |

## Check Transactions

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|-------:|---------|------|-------:|---------|------|-------:|
| 45102 | 05/01 | $538.28 | 45113 | 05/07 | $53.13 | 45120 | 05/19 | $88.00 |
| 45103 | 05/06 | $824.63 | 45114 | 05/02 | $699.73 | 45121 | 05/15 | $87.73 |
| 45107* | 05/02 | $99.31 | 45115 | 05/28 | $3,210.00 | 45122 | 05/13 | $675.00 |
| 45109* | 05/07 | $27,289.68 | 45116 | 05/15 | $1,024.20 | 45123 | 05/14 | $52.18 |
| 45110 | 05/05 | $1,360.00 | 45117 | 05/14 | $9,623.95 | 45124 | 05/14 | $50.44 |
| 45111 | 05/12 | $37.26 | 45118 | 05/13 | $609.45 | 45125 | 05/09 | $664.81 |
| 45112 | 05/14 | $566.98 | 45119 | 05/13 | $55.00 | 45126 | 05/20 | $1,090.77 |

**BankUnited, N.A.**

**Statement Date: May 31, 2025**

Account Number: ********0430

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 45127 | 05/20 | $73.00 | 45130 | 05/30 | $639.25 | 45133 | 05/29 | $8,516.72 |
| 45128 | 05/21 | $195.00 | 45131 | 05/28 | $4,821.25 | | | |
| 45129 | 05/27 | $400.00 | 45132 | 05/28 | $300.00 | | | |

Items denoted with an "*" indicate processed checks out of sequence.

## Balances by Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 04/30 | $2,066,679.35 | 05/07 | $2,118,395.30 | 05/15 | $2,144,160.14 | 05/27 | $2,175,040.59 |
| 05/01 | $2,066,833.17 | 05/09 | $2,154,304.99 | 05/19 | $2,144,072.14 | 05/28 | $2,166,709.34 |
| 05/02 | $2,066,034.13 | 05/12 | $2,154,970.59 | 05/20 | $2,142,908.37 | 05/29 | $2,158,192.62 |
| 05/05 | $2,064,674.13 | 05/13 | $2,153,806.85 | 05/21 | $2,142,713.37 | 05/30 | $2,157,553.37 |
| 05/06 | $2,271,289.80 | 05/14 | $2,143,513.30 | 05/22 | $2,175,440.59 | | |

## Other Balances

| | |
|---|---|
| Minimum Balance this Statement Period | $2,064,674.13 |



Effective March 1, 2025, our Business Schedule of Fees will change. New fees can be reviewed at
https://www.bankunited.com/docs/default-source/business-documents/business-schedule-of-fees.
Analysis items may also be impacted, and all changes will be reflected on your statement. If you have any questions, please contact Client Care at 1-877-779-2265 or your Treasury Solutions Officer. We appreciate your business and look forward to continuing to serve your financial needs.

BankUnited, N.A.

**BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

| | |
|---|---|
| **Statement Date:  May 31, 2025** | |
| Account Number:  ********0430 | |



---

**If your account does not balance please check the following carefully:**

Have you entered the amount of each check in your checkbook register?

Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?

Have you checked all additions and subtractions in your checkbook register?

Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**

Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

3. Tell us the dollar amount of the suspected error.

You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.

---



EQUAL HOUSING
LENDER



Member
**FDIC**

**BankUnited, N.A.**

**BankUnited**

00000098



**#45102**                                      **05/01/2025**                              **$538.28**





**#45103**                                      **05/06/2025**                              **$824.63**



**BankUnited**

00000098



**#45107**          **05/02/2025**          **$99.31**





**#45109**          **05/07/2025**          **$27,289.68**





00000098



**#45110**        **05/05/2025**        **$1,360.00**





**#45111**        **05/12/2025**        **$37.26**



**BankUnited**

00000098





#45112                    05/14/2025                    $566.98





#45113                    05/07/2025                    $53.13



00000098



**#45114**    05/02/2025    $699.73





**#45115**    05/28/2025    $3,210.00



**BankUnited**



#45116                          05/15/2025              $1,024.20





#45117                          05/14/2025              $9,623.95



**BankUnited**

00000098



**#45118**                **05/13/2025**                **$609.45**





**#45119**                **05/13/2025**                **$55.00**



**BankUnited**

00000098



#45120                    05/19/2025                    $88.00





#45121                    05/15/2025                    $87.73



**BankUnited**

00000098



#45122                    05/13/2025                    $675.00





#45123                    05/14/2025                    $52.18



**BankUnited**



| | | |
|---|---|---|
| **#45124** | **05/14/2025** | **$50.44** |





| | | |
|---|---|---|
| **#45125** | **05/09/2025** | **$664.81** |



**BankUnited**

00000098



#45126                    05/20/2025                    $1,090.77





#45127                    05/20/2025                    $73.00



**BankUnited**



#45128                     05/21/2025                     $195.00





#45129                     05/27/2025                     $400.00



**BankUnited**

00000098



#45130                          05/30/2025                          $639.25





#45131                          05/28/2025                          $4,821.25



**BankUnited**

00000098



#45132          05/28/2025          $300.00





#45133          05/29/2025          $8,516.72





**[B] Broadview**
**Federal Credit Union**
700 Patroon Creek Blvd.
Albany, NY 12206

www.broadviewfcu.com

Member Number: ▮4100
Statement Period: 05/01/2025 through 05/31/2025
Page: 1 of 1

Explore Personal Loan options now so you
have cash on hand when you need it.
Doing so will also give you an automatic
entry for your chance to **WIN $10,000!**

THE COLLEGE OF SAINT ROSE DEBTOR-IN-POSS
432 WESTERN AVE
ALBANY NY 12203

Hurry! Enter the sweepstakes by 6/30/25
http://broadviewfcu.com/10grand
**No purchase necessary.**

## SUMMARY OF DEPOSIT ACCOUNTS

| Acct | Beginning Balance | Deposits | Withdrawals | Ending Balance | Dividends For Period | Dividends YTD |
|------|------------------:|---------:|------------:|---------------:|---------------------:|--------------:|
| x4136 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| x1542 | 80,404.13 | 0.00 | 0.00 | 80,410.96 | 6.83 | 37.70 |
| TOTAL | 80,404.13 | 0.00 | 0.00 | 80,410.96 | 6.83 | 37.70 |
| YTD Dividends: | | | | $37.70 | | |

### FREE CHECKING - ▮4136

| Date | Transaction Description | Transaction Amount | Balance |
|------|-------------------------|-------------------:|--------:|
| | **Previous Balance** | | **$0.00** |
| | Annual Percentage Yield Earned:    0.00% | | |
| | For the period from 05/01 through 05/31 | | |
| | **New Balance** | | **$0.00** |
| | Dividends YTD: | | $0.00 |
| | Average Daily Balance: | | $0.00 |

### PRIMARY SAVINGS - ▮1542

| Date | Transaction Description | Transaction Amount | Balance |
|------|-------------------------|-------------------:|--------:|
| | **Previous Balance** | | **$80,404.13** |
| 05/31 | Dividend Credit | 6.83 | 80,410.96 |
| | Annual Percentage Yield Earned:    0.10% | | |
| | For the period from 05/01 through 05/31 | | |
| | **New Balance** | **$80,410.96** | |
| | Dividends YTD: | $37.70 | |
| | Average Daily Balance: | $80,404.13 | |

To verify pre-authorized transfers or to notify us of suspected errors in your statement, direct your inquiries to Broadview Federal Credit Union at the address or telephone number listed on the top of this statement.



INVESTMENT REPORT
**May 1, 2025 - May 31, 2025**

ID: ██████3167



Envelope # BRTNZCBBBCVVG

GRAYPOINT LLC
4 TOWER PL STE 1001
ALBANY NY 12203

BROKERAGE THE COLLEGE OF SAINT ROSE
▶ **Account Number:** ██████1082

**Your Account Value:** **$2,712,590.09**

Change from Last Period: ▲ $9,198.46

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$2,703,391.63** | **$2,668,066.74** |
| Change in Investment Value * | 9,198.46 | 44,523.35 |
| **Ending Account Value **   ** | **$2,712,590.09** | **$2,712,590.09** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $2,712,590.09 | |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

**Your Client**

THE COLLEGE OF SAINT ROSE
SHORT TERM FUND
432 WESTERN AVE
ALBANY NY 12203-1400

*Your Advisor is an independent organization and is not affiliated with Fidelity Investments. Brokerage services provided by **Fidelity Brokerage Services LLC (FBS)**, Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried with National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BRTNZCBBBCVVG_BBBQC 20250530

A03411398020250531

**INVESTMENT REPORT**
**May 1, 2025 - May 31, 2025**



Account # ████1082
THE COLLEGE OF SAINT ROSE - CORPORATION

## Account Summary

### Account Value: **$2,712,590.09**

| Income Summary (continued) | | |
|---|---|---|
| | **This Period** | **Year-to-Date** |
| Interest | 2.14 | 164.36 |
| **Total** | **$9,198.46** | **$44,523.35** |

Change in Account Value ▲ **$9,198.46**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $2,703,391.63 | $2,668,066.74 |
| **Change in Investment Value \*** | 9,198.46 | 44,523.35 |
| **Ending Account Value** | $2,712,590.09 | $2,712,590.09 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $2,712,590.09 | |
| Free Credit Balance | $9,198.46 | |

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Cash Reserves | $2,703,391.63 | 100% |
| Cash | 9,198.46 | - |
| **Total** | **$2,712,590.09** | **100%** |

*Free credit balances (FCB)* *include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.*

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$9,198.46** | **$44,523.35** |
| Dividends | 9,196.32 | 44,358.99 |



MR_CE_BRTNZCBBBCVVG_BBBQC 20250530



INVESTMENT REPORT
**May 1, 2025 - May 31, 2025**

Account # ▮▮▮▮1082
THE COLLEGE OF SAINT ROSE - CORPORATION

# Account Summary

## Estimated Cash Flow
*(Rolling as of May 31, 2025 )*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| June  2025 | -- | -- | -- | -- | $10,175 | -- | $10,175 |
| July | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| August | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| September | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| October | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| November | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| December | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| January  2026 | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| February | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| March | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| April | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| May | -- | -- | -- | -- | 10,175 | -- | 10,175 |
| **Total** | **--** | **--** | **--** | **--** | **$122,100** | **--** | **$122,100** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*



MR_CE_BRTNZCBBBCVVG_BBBQC 20250530

**INVESTMENT REPORT**
**May 1, 2025 - May 31, 2025**



**Account #** ▉▉1082
**THE COLLEGE OF SAINT ROSE - CORPORATION**

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Est. Annual Income (EAI) | Est.Yield (EY) |
|---|---|---|---|---|---|
| CASH | 9,198.460 | $1.0000 | $9,198.46 | - | - |
| **Total Core Account (0% of account holdings)** | | | **$9,198.46** | **-** | |

## Mutual Funds

| Description | Quantity | Price Per Unit | Total Market Value | Est. Annual Income (EAI) | Est.Yield (EY) |
|---|---|---|---|---|---|
| **Short-Term Funds** | | | | | |
| **FIDELITY GOVERNMENT CASH RESERVES** (FDRXX) -- 7-day yield:  4.0% | 2,703,391.630 | $1.0000 | $2,703,391.63 | $122,103.54 | 4.520% |
| Total Short-Term Funds (100% of account holdings) | | | $2,703,391.63 | $122,103.54 | |
| **Total Mutual Funds (100% of account holdings)** | | | **$2,703,391.63** | **$122,103.54** | |
| **Total Holdings** | | | **$2,712,590.09** | **$122,103.54** | |

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

*All positions held in cash account unless indicated otherwise.*



MR_CE_BRTNZCBBBCVVG_BBBQC 20250530

**INVESTMENT REPORT**
**May 1, 2025 - May 31, 2025**



Account # ▮▮▮▮1082
THE COLLEGE OF SAINT ROSE - CORPORATION

# Activity

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 05/02 | FIDELITY GOVERNMENT CASH RESERVES + | 316067107 | You Bought | 8,918.750 | $1.00000 | - | -$8,918.75 |
| Total Securities Bought | | | | | | - | -$8,918.75 |
| Net Securities Bought & Sold | | | | | | - | -$8,918.75 |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 05/30 | CASH | 315994103 | Interest Earned | - | - | $2.14 |
| 05/30 | FIDELITY GOVERNMENT CASH RESERVES | 316067107 | Dividend Received | - | - | 9,196.32 |
| Total Dividends, Interest & Other Income | | | | | | $9,198.46 |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/02 | CASH | You Sold | CASH @ 1 | -8,918.750 | $1.0000 | -$8,918.75 | - |
| 05/30 | CASH | You Bought | CASH @ 1 | 9,198.460 | 1.0000 | 9,198.46 | 9,198.46 |
| Total Core Fund Activity | | | | | | $279.71 | |

+    *Prospectus sent under separate cover.*



**INVESTMENT REPORT**
**May 1, 2025 - May 31, 2025**



Account # ████1082
**THE COLLEGE OF SAINT ROSE - CORPORATION**

# Additional Information and Endnotes

**The account on this Investment Report is registered to:**

THE COLLEGE OF SAINT ROSE
SHORT TERM FUND
432 WESTERN AVE
ALBANY NY 12203-1400

► If your brokerage account is established with asset based pricing, please review the terms and conditions governing this program: https://clearingcustody.fidelity.com/app/literature/item/868856.html. If you have any questions, please contact your advisor. 911663.1.0

► Effective January 2025, NFS is making changes to how fractional positions are liquidated from accounts to enhance compliance with regulatory trade reporting expectations. If your account is already enrolled in Fractional Trading, then there is no impact to your account. However, if you are not enrolled in Fractional Trading and you hold a fractional shares position (acquired through dividend reinvestment or corporate action), when your whole share position is sold or otherwise transferred away from the NFS platform, your remaining fractional share position will be liquated via a systematic trade process, and not via the cash in-lieu journal process. The fractional shares portion of your holding will be sold the following business day and may receive an execution price that is higher or lower than the price received for the whole shares. 1182709.1.0

**Estimated Annual Income (EAI) & Estimated Yield (EY)**   - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**Copyright 2022, S&P Global Market Intelligence.**   Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.**   ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.





**INVESTMENT REPORT**
**May 1, 2025 - May 31, 2025**

Account # ████1082
THE COLLEGE OF SAINT ROSE - CORPORATION

# Additional Information and Endnotes

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

Interval Fund Owners: Please note an interval fund is structured as an unlisted closed-end mutual fund, and not a traditional open-end mutual fund. Material differences between an interval fund and a traditional open-end mutual fund may exist, including trading/liquidity limitations, and buyback and repurchase features. Please refer to the prospectus for the interval fund you own for specific information and other important considerations or contact your financial professional.

**Fractional Share Trading** - With the exception of managed accounts, National Financial Services ("NFS"), an affiliate broker-dealer, will execute the fractional component of a customer order in a principal or riskless principal capacity. FBS will act as agent. This includes fractional shares liquidations as a result of an ACATS transfer of whole shares or a dividend reinvestment that created a residual fractional position in a customer account.

**Payment for Order Flow** - Fidelity Brokerage Services LLC ("FBS") receives remuneration, compensation, or consideration for directing orders particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction, the name of the other party, and the time of execution will be disclosed upon written request.



MR_CE_BRTNZCBBBCVVG_BBBQC 20250530

**If you have a question about your account or require service, please call your investment advisor/authorized agent.**

**Lost or Stolen Cards** - For Fidelity® Debit Card, call 800-323-5353. For details refer to your Fidelity Check Card Agreement and Disclosure Statement.

**Additional Investments with Fidelity** - Please make all checks payable to Fidelity Brokerage Services LLC (FBS). Please include your account number on the check. Do not include trading instructions with check deposits. We mail statements at least quarterly for any account with a balance. Please review your statement and report any inaccuracies or discrepancies immediately. Questions regarding your brokerage account or the activity therein should be directed to FBS at **800-544-6666,** and National Financial Services LLC ("NFS"), who carries your brokerage accounts, at **866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please contact Fidelity or your authorized agent promptly of any material changes in your investment objectives or financial situation related to your brokerage account(s). If you request a reprint of your statement, the disclosure information may not be the same as the original.

**Terms and Conditions of the Statement** - Other than with respect to Fidelity-advised products and services, Fidelity does not endorse or recommend any particular investment, trading activity, or investment advisor/authorized agent, or have any responsibility for and will not review, monitor or supervise suitability of trading by any investment advisor/authorized agent. Fidelity has not verified the content of any logo or artwork on this statement identifying a firm other than Fidelity. The firm represented by such a logo or artwork is not an agent of or affiliated with Fidelity.

**Changes in Portfolio Value and Account Summary** - Shows activity in your portfolio and in each of your accounts for the statement period. To confirm that an authorized, direct deposit was made to your Fidelity Account, call Fidelity at 1-800-544-5555.

**Value by Account** - Shows the value of your account(s), for the current and previous statement periods.

**Income Summary** - Shows income by tax status for the statement and year-to-date periods. Except for interest earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of this **tax-exempt** income may be subject to state and local taxes and the federal alternative minimum tax. Fidelity reports earnings on investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and Keoghs as tax-deferred income. Earnings on Roth-IRAs are reported as tax-exempt income, since distributions may be tax-exempt after meeting the five-year aging requirement and certain other conditions.

**Cost Basis, Gain/Loss, and Holding Period Information** - NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** - Fidelity provides purchase cost information for securities held in retirement accounts. Such information may be adjusted for certain transactions and does not reflect reinvestments of dividends or capital gains. Fidelity reports transaction profit or loss information when securities are sold within a retirement account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.

**Contributions/Distributions** - Summarizes Traditional IRA and Roth IRA contributions, and taxable and non-taxable retirement distributions for this statement and year-to-date periods.

**Total Value** - The reported market value of an investment at the beginning or end of a statement period.

**Unrealized Gain/Loss** - For long positions, ending market value minus cost basis in non-retirement accounts and ending market value minus cost in retirement accounts. For short positions, proceeds minus ending market value. Unrealized gain/loss is calculated for pending sales because they are not in holdings. Unrealized gain/loss is not calculated for pending purchases because they are not in holdings.

**Holding Type Percentage** - Percentages by holding type only include long positions. Holding type percentages are rounded to the nearest percent and summed. If the sum is less than 100%, the difference between 100% and the sum is added to the holding type with the largest percentage.

**Account Protection** - Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation (SIPC) up to $500,000 (including cash claims limited to $250,000). For more information, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal. Bank deposits are not securities and are not covered by SIPC. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance.

**Information About Mutual Funds and Their Performance - Before investing consider the fund's or insurance product's investment objectives, risks, charges and expenses. Contact Fidelity or visit Fidelity.com for a prospectus containing this information. Read it carefully before investing. Performance data shown represents past performance, and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a loss or a gain when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.** Each fund reserves the right to terminate or modify its exchange

privilege. Foreign investment, especially those in emerging markets, may involve greater risks than U.S. investments. **Sales Loads and Fees.** In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

**Customer Free Credit Balance - Free credit balances (FCB)** are funds payable to you on demand. FCB is subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.

**Assets Separate From Your Brokerage Account** - Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Strategic Advisers LLC are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements.

**Short Account Balances** - Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes and increase or decrease from the short sale price is transferred weekly to your margin account. Your short account balance is shown as of the last weekly mark-to-market, not transaction end date.

**Information About Your Option Transactions** - Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information about these, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** - Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC).

**Price Information/Total Market Value** - The Total Market Value has been calculated to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single broker quote. The prices provided are not firm bids or offers. Certain securities may reflect as "N/A" or "Unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. In executing orders on the Floor, the Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the brokers best execution obligations.

**Fidelity Investments** - Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. Brokerage services are provided by FBS, which clears all transactions through its affiliate NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. Upon written request, Fidelity will mail a NFS financial statement, which is also available at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. **Fidelity Go®, Fidelity® Wealth Services, Fidelity Managed FidFolios®, and Fidelity® Strategic Disciplines** are advisory services offered by Strategic Advisers LLC (Strategic Advisers), a registered investment adviser, for a fee. Personalized Portfolios accounts are discretionary investment management accounts offered through Fidelity® Wealth Services. Brokerage services provided by Fidelity Brokerage Services LLC (FBS), and custodial and related services provided by National Financial Services LLC (NFS), each a member NYSE and SIPC. Strategic Advisers, FBS and NFS are Fidelity Investments companies.

534024.30.0

MR_CE_BRTNZCBBBCVVG_BBBQC 20250530



# Key Private Bank

KeyBank National Association
OH-01-27-1242
127 Public Square
Cleveland OH 44114

## *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▮7430
May 01, 2025 - May 31, 2025

DEBRA LEE POLLEY
THE COLLEGE OF ST ROSE
432 WESTERN AVE
ALBANY NY 12203

KEYBANK NATIONAL ASSOCIATION  INVESTMENT MANAGER FOR  COLLEGE OF SAINT
ROSE CGA PROGRAM  UNDER AGREEMENT DATED 11/17/2017

## Investment Snapshot

| | |
|---|---|
| **Total Value on 05/31** | **$0.00** |
| Total Value on 05/01 | $79,664.85 |
| Dollar Change this Period | $-79,664.85 |

# How to Contact Us:

**RELATIONSHIP MANAGER**
SUSAN M ZONGRONE
518-257-8744
susan_m_zongrone@keybank.com

**FIDUCIARY**
JENNIFER L HEBEBRAND
216-471-2128
jennifer_l_hebebrand@keybank.com

**INVESTMENTS**
CASEY BATTLES
518-257-8768
FAX: 518-257-8765
casey_battles@keybank.com

**VIEW YOUR STATEMENT ONLINE**    Contact us for details

**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG 7430
May 01, 2025 - May 31, 2025

## Table of Contents

| | |
|---|---|
| **Holdings Summary** | 3 |
| **Activity Summary** | 3 |
| **Income Summary** | 4 |
| **Realized Gain/Loss Summary** | 4 |
| **Holdings Detail - Principal Assets** | 5 |
| **Holdings Detail - Income Assets** | 6 |
| **Transaction Summary** | 7 |
| **Transaction Detail** | 8 |
| **Realized Gain/Loss from Sales** | 16 |
| **Broker Commission Report** | 19 |
| **Account Statement Disclosures** | 20 |
| **Account Statement Disclosures** | 23 |

**Investment Management and Trust Wire Terms and Conditions**
Each time you use the Wire Transfer Service,  you will be legally bound to the Investment Management and Trust Terms and Conditions of Wire Transfers.  Please refer to the key.com/kpbwiretransfer site for the current version of the Investment Management and Trust Terms and Conditions of Wire Transfers.

**Asset Classification Updates**
As part of our ongoing efforts to improve our service to you, beginning mid-2025, the classification of US custodied or US traded foreign issued common stocks and American Depository Receipts (ADRs) will change from Non-US Common Stock to Common Stock.  This update reflects that these assets are registered and traded on a US stock exchange.  Re-classification of assets may impact the display of asset allocation and the composition and amount in the holdings section of statements, online reports, and downloads, as well as, within investment performance presentations.  Otherwise, statements with these updates will be consistent with previous statements, online reports, and downloads. Please contact your Relationship Team listed on the front of this statement to discuss any questions related to these changes.

**2157430.2    COLL OF ST ROSE CGA PM DIP M/AG PRI USD**

The current investment objective of this account is Growth/Income.  This objective is for investors who desire moderate growth with a secondary provision for income. Should you have any questions regarding the objective for the account please contact one of your team members listed on the front page of this statement.


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▮7430
May 01, 2025 - May 31, 2025

## Holdings Summary

**Base Currency: USD**

|  | Value on 05/01 | Value on 05/31 | Estimated Annual Income | Unrealized Gain/Loss Tax Cost |
|---|---|---|---|---|
| **Principal Holdings** | | | | |
| Equity | 45,965.71 | 0.00 | 0.00 | 0.00 |
| Fixed Income | 24,998.53 | 0.00 | 0.00 | 0.00 |
| Real Assets | 4,215.44 | 0.00 | 0.00 | 0.00 |
| Alternative | 4,082.66 | 0.00 | 0.00 | 0.00 |
| Cash and Cash Equivalents | 289.85 | 0.00 | 0.00 | 0.00 |
| **Total Principal Holdings** | **79,552.19** | **0.00** | **0.00** | **0.00** |
| **Income Holdings** | | | | |
| Cash and Cash Equivalents | 112.66 | 0.00 | 0.00 | 0.00 |
| **Total Income Holdings** | **112.66** | **0.00** | **0.00** | **0.00** |
| **Total Holdings** | **$79,664.85** | **$0.00** | **$0.00** | **$0.00** |
| | | | | |
| **Accrued Income** | | | | |
| Principal Holdings | 2.20 | 96.84 | | |
| Income Holdings | 0.29 | 0.53 | | |
| **Total Accrued Income** | **2.49** | **97.37** | | |
| | | | | |
| **Total Holdings with Accrued Income** | **$79,667.34** | **$97.37** | **$0.00** | **$0.00** |

## Activity Summary

| Total Value on 05/01 | $79,664.85 |
|---|---|
| Administrative Expenses | -1,350.00 |
| Cash and Securities Transferred In | 198.25 |
| Cash and Securities Transferred Out | -80,417.44 |
| Dividends, Interest and Other Income | 85.59 |
| Net Change In Market Value of Securities | 1,818.75 |
| **Total Value on 05/31** | **$0.00** |



**Key Private Bank**



*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ███7430
May 01, 2025 - May 31, 2025

## Income Summary

| Taxable | This Period | Year-to-date |
|---|---|---|
| DIVIDENDS | 3.74 | 84.63 |
| TAXABLE INTEREST | 81.85 | 518.52 |
| **Total Taxable** | **85.59** | **603.15** |
| **Total Income Summary** | **$85.59** | **$603.15** |

**The Income Summary is for informational purposes only and should not be used for tax reporting purposes.** The information provided is preliminary and may be subject to change. Some income may be incorrectly categorized between taxable and tax exempt. KeyBank's separate tax reporting documents and systems are accurately reporting the income. Please consult with your tax advisor on how this may impact your tax planning and reporting.
*Dividends includes short term capital gain dividends.

## Realized Gain/Loss Summary

| Short Term | This Period | Year-to-date |
|---|---|---|
| GAIN/LOSS FROM SALES/MATURITIES | 307.81 | 284.98 |
| **Total Short Term** | **307.81** | **284.98** |
| **Long Term** | | |
| GAIN/LOSS FROM SALES/MATURITIES | 8,639.15 | 11,130.29 |
| **Total Long Term** | **8,639.15** | **11,130.29** |

**The Realized Gain/Loss Summary is for informational purposes only and should not be used for tax reporting purposes.** The information provided is preliminary and may be subject to change. Gain/loss information reported on common funds may not reflect all accrued gain/loss basis adjustments. Gain/loss information will not be reported for limited partnerships and may not be accurately reflected for other alternative securities. Please refer to the disclosure listed in the back of the statement for more detail about limited partnerships and alternative holdings.
*Does not include short term capital gain dividends.


**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ████7430
May 01, 2025 - May 31, 2025

## Holdings Detail - Principal Assets

Base Currency: USD

### Cash and Cash Equivalents

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Money Market Funds** | | | | | | | | |
| **Total Money Market Funds** | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00% |
| **Total Cash and Cash Equivalents** | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00% |
| | | | | | | | | |
| **Total Principal Holdings** | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00% |


**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ███7430
May 01, 2025 - May 31, 2025

## Holdings Detail - Income Assets

Base Currency: USD

### Cash and Cash Equivalents

| Description | Quantity | Unit Price | Market Value | Cost per Unit | Tax Cost | Unrealized Gain/Loss | Estimated Annual Income | Current Market Yield(%) |
|---|---|---|---|---|---|---|---|---|
| **Money Market Funds** | | | | | | | | |
| **Total Money Market Funds** | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00% |
| **Total Cash and Cash Equivalents** | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00% |
| **Total Income Holdings** | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00% |
| **Total Holdings** | | | $0.00 | | $0.00 | $0.00 | $0.00 | 0.00% |
| **Accrued Income** | | | | | | | | |
| Principal Holdings | | | 96.84 | | 96.84 | | | |
| Income Holdings | | | 0.53 | | 0.53 | | | |
| **Total Accrued Income** | | | 97.37 | | 97.37 | | | |
| **Total Holdings with Accrued Income** | | | $97.37 | | $97.37 | | $0.00 | |


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ■7430
May 01, 2025 - May 31, 2025

## Transaction Summary

Base Currency: USD

|  | Income Cash | Principal Cash | Tax Cost |
|---|---|---|---|
| **Beginning Balance on   05/01** | 0.00 | 0.00 | 72,536.64 |
| **Cash Transactions** | | | |
| **Cash Transactions-Receipts** | | | |
| ACI SALES | 198.25 | 81,569.19 | -81,767.44 |
| CASH TRANSFERS IN | 0.00 | 198.25 | 0.00 |
| DIVIDENDS | 3.74 | 0.00 | 0.00 |
| SALES AND MATURITIES | 0.00 | 81,081.09 | -72,134.13 |
| TAXABLE INTEREST | 81.85 | 0.00 | 0.00 |
| **Total  Cash Transactions-Receipts** | 283.84 | 162,848.53 | -153,901.57 |
| **Cash Transactions-Disbursements** | | | |
| ACI PURCHASES | -85.59 | -81,279.34 | 81,364.93 |
| CASH TRANSFERS OUT | -198.25 | 0.00 | 0.00 |
| FEES AND EXPENSES | 0.00 | -1,350.00 | 0.00 |
| OTHER DISBURSEMENTS | 0.00 | -34,262.22 | 0.00 |
| PARTICIPANT/BENEFICIARY PAYMENTS | 0.00 | -45,956.97 | 0.00 |
| **Total  Cash Transactions-Disbursements** | -283.84 | -162,848.53 | 81,364.93 |
| **Ending Balance on   05/31** | $0.00 | $0.00 | $0.00 |



# Key Private Bank

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG    ▉7430
May 01, 2025 - May 31, 2025

## Transaction Detail

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|------------:|---------------:|---------:|
| Beginning balance on | 05/01 | 0.00 | 0.00 | 72,536.64 |
| 05/01 | INTEREST<br>KEYBANK DEPOSIT SWEEP<br>INSTITUTIONAL SHARES<br>REC DT 05/01/2025 PAY DT 05/01/2025 | 0.29 | | |
| 05/01 | INTEREST<br>KEYBANK DEPOSIT SWEEP<br>INSTITUTIONAL SHARES<br>REC DT 05/01/2025 PAY DT 05/01/2025 | 2.20 | | |
| 05/01 | MUTUAL FUNDS - REGULAR INTEREST<br>262.118 SHARES @ 0.10270183<br>GUGGENHEIM TOTAL RETURN BOND FUND $0.757<br>REC DT 04/30/2025 PAY DT 04/30/2025 | 26.92 | | |
| 05/01 | MUTUAL FUNDS - REGULAR INTEREST<br>553.906 SHARES @ 0.03143132<br>METROPOLITAN WEST T/R BOND FD $0.143<br>REC DT 04/30/2025 PAY DT 04/30/2025 | 17.41 | | |
| 05/01 | MUTUAL FUNDS - REGULAR INTEREST<br>667.546 SHARES @ 0.04589946<br>PIMCO MORTGAGE OPPTYS & BOND FUND $0.588<br>REC DT 04/30/2025 PAY DT 04/30/2025 | 30.64 | | |
| 05/01 | MUTUAL FUNDS - REGULAR INTEREST<br>154.882 SHARES @ 0.02834416<br>VANGUARD LONG-TERM TREASURY FUND $0.346<br>REC DT 04/30/2025 PAY DT 04/30/2025 | 4.39 | | |
| 05/06 | MUTUAL FUNDS - DIVIDENDS<br>7 SHARES @ 0.534953<br>ISHARES TIPS BOND ETF<br>REC DT 05/01/2025 PAY DT 05/06/2025 | 3.74 | | |

# Key Private Bank

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ██7430
May 01, 2025 - May 31, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|-------------|----------------|----------|
| 05/14 | SALE CASH SETTLEMENT<br>40 SHARES<br>INVESCO S&P 500 EQUAL WEIGHT $2.80900<br>TRADE 05/13/2025 SETTLE 05/14/2025<br>40 UNITS @ 178.24 | | 7,128.80 | -4,585.06 |
| 05/14 | SALE CASH SETTLEMENT<br>24 SHARES<br>ISHARES MSCI USA QUALITY FACTOR ETF<br>$1.82700<br>TRADE 05/13/2025 SETTLE 05/14/2025<br>24 UNITS @ 177.14 | | 4,250.88 | -2,641.60 |
| 05/14 | SALE CASH SETTLEMENT<br>7 SHARES<br>ISHARES TIPS BOND ETF<br>TRADE 05/13/2025 SETTLE 05/14/2025<br>7 UNITS @ 108.255 | | 757.65 | -887.16 |
| 05/14 | SALE CASH SETTLEMENT<br>20 SHARES<br>ISHARES GOLD TRUST<br>TRADE 05/13/2025 SETTLE 05/14/2025<br>20 UNITS @ 61.26 | | 1,224.80 | -689.20 |
| 05/14 | SALE CASH SETTLEMENT<br>15 SHARES<br>ISHARES CORE S&P 500 ETF $7.70800<br>TRADE 05/13/2025 SETTLE 05/14/2025<br>15 UNITS @ 591.22 | | 8,868.00 | -6,895.79 |
| 05/14 | SALE CASH SETTLEMENT<br>41 SHARES<br>ISHARES CORE MSCI EAFE ETF $2.44000<br>TRADE 05/13/2025 SETTLE 05/14/2025<br>41 UNITS @ 80.515 | | 3,300.30 | -2,856.35 |

**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▇7430
May 01, 2025 - May 31, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|------------|----------------|----------|
| 05/14 | FUND SALE<br>553.906 SHARES<br>METROPOLITAN WEST T/R BOND FD $0.143<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>553.906 UNITS @ 8.92<br>FED LONG TERM GAIN:    25.65<br>FED LONG TERM LOSS:    447.35<br>USERID:WENTWTA | | 4,940.84 | -5,362.54 |
| 05/14 | FUND SALE<br>154.882 SHARES<br>VANGUARD LONG-TERM TREASURY FUND $0.346<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>154.882 UNITS @ 7.77<br>FED LONG TERM LOSS:    207.18<br>USERID:WENTWTA | | 1,203.43 | -1,410.61 |
| 05/14 | FUND SALE<br>93.347 SHARES<br>JPMORGAN LARGE CAP GROWTH FUND<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>93.347 UNITS @ 79.16<br>FED SHORT TERM GAIN:    124.07<br>USERID:WENTWTA | | 7,389.35 | -7,265.28 |
| 05/14 | FUND SALE<br>130.816 SHARES<br>RBC EMERGING MARKETS EQUITY FUND $0.123<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>130.816 UNITS @ 14.5<br>FED SHORT TERM GAIN:    10.81<br>FED LONG TERM GAIN:    283.22<br>USERID:WENTWTA | | 1,896.83 | -1,602.80 |

**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▉7430
May 01, 2025 - May 31, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|-------------|----------------|----------|
| 05/14 | FUND SALE<br>262.118 SHARES<br>GUGGENHEIM TOTAL RETURN BOND FUND $0.757<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>262.118 UNITS @ 23.48<br>FED LONG TERM GAIN:    75.30<br>FED SHORT TERM LOSS:    0.38<br>FED LONG TERM LOSS:    301.63<br>USERID:WENTWTA<br>USERID:WENTWTA | | 6,154.53 | -6,381.24 |
| 05/14 | FUND SALE<br>52.919 SHARES<br>GMO RESOURCES FUND $0.376<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>52.919 UNITS @ 17.97<br>FED SHORT TERM LOSS:    31.84<br>FED LONG TERM LOSS:    127.52<br>USERID:WENTWTA | | 950.95 | -1,110.31 |
| 05/14 | FUND SALE<br>79.158 SHARES<br>LAZARD GLOBAL LISTED INFRASTR PT $0.766<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>79.158 UNITS @ 17.13<br>FED SHORT TERM GAIN:    14.16<br>FED LONG TERM GAIN:    111.30<br>USERID:WENTWTA | | 1,355.98 | -1,230.52 |
| 05/14 | FUND SALE<br>35.932 SHARES<br>UNDISCOVERED MGRS BEHAVR VALUE FUND<br>$1.578<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>35.932 UNITS @ 81.82<br>FED LONG TERM GAIN:    558.77<br>USERID:WENTWTA | | 2,939.96 | -2,381.19 |

**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▆7430
May 01, 2025 - May 31, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|-------------|----------------|----------|
| 05/14 | FUND SALE<br>101.752 SHARES<br>PIMCO TRENDS MANAGED FUTURES STRATEGY FD<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>101.752 UNITS @ 9.3<br>FED LONG TERM LOSS:    123.13<br>USERID:WENTWTA | | 946.29 | -1,069.42 |
| 05/14 | FUND SALE<br>606.859 SHARES<br>JPMORGAN CORE BOND FUND $0.320<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>606.859 UNITS @ 10.15<br>FED SHORT TERM LOSS:    18.21<br>USERID:WENTWTA | | 6,159.62 | -6,177.83 |
| 05/14 | FUND SALE<br>247.882 SHARES<br>GOLDMAN SACHS INTL EQUITY INSIGHTS FUND<br>$0.345<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>247.882 UNITS @ 16.16<br>FED SHORT TERM GAIN:    29.81<br>FED LONG TERM GAIN:    596.23<br>USERID:WENTWTA<br>USERID:WENTWTA | | 4,005.77 | -3,379.73 |
| 05/14 | FUND SALE<br>118.791 SHARES<br>JOHCM INTERNATIONAL SELECT $0.440<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>118.791 UNITS @ 24.25<br>FED SHORT TERM GAIN:    43.54<br>FED LONG TERM GAIN:    38.37<br>USERID:WENTWTA | | 2,880.68 | -2,798.77 |

**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG �the▉7430
May 01, 2025 - May 31, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|-------------|----------------|----------|
| 05/14 | FUND SALE<br>102.126 SHARES<br>BLACKROCK SYSTEMATIC MULTI-STRAT<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>102.126 UNITS @ 10.37<br>FED LONG TERM GAIN:    49.64<br>USERID:WENTWTA | | 1,059.05 | -1,009.41 |
| 05/14 | FUND SALE<br>142.21 SHARES<br>GQG PARTNERS EMERGING MKTS EQUITY $0.282<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>142.21 UNITS @ 16.85<br>FED SHORT TERM GAIN:    13.53<br>FED LONG TERM GAIN:    173.75<br>USERID:WENTWTA | | 2,396.24 | -2,208.96 |
| 05/14 | FUND SALE<br>65.372 SHARES<br>PRINCIPAL MIDCAP FUND $0.0911<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>65.372 UNITS @ 46.38<br>FED SHORT TERM GAIN:    23.47<br>FED LONG TERM GAIN:    1,386.86<br>USERID:WENTWTA | | 3,031.95 | -1,621.62 |
| 05/14 | FUND SALE<br>30.851 SHARES<br>JPMORGAN HEDGED EQUITY FUND $0.226<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>30.851 UNITS @ 32.44<br>FED LONG TERM GAIN:    265.38<br>USERID:WENTWTA | | 1,000.81 | -735.43 |

**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▆7430
May 01, 2025 - May 31, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|-------------|----------------|----------|
| 05/14 | FUND SALE<br>667.546 SHARES<br>PIMCO MORTGAGE OPPTYS & BOND FUND $0.588<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>667.546 UNITS @ 9.24<br>FED LONG TERM LOSS:    616.42<br>USERID:WENTWTA | | 6,168.13 | -6,784.55 |
| 05/14 | FUND SALE<br>61.122 SHARES<br>MERGER FUND<br>TRADE 05/13/2025 SETTLE 05/13/2025<br>61.122 UNITS @ 17.51<br>FED SHORT TERM GAIN:    0.70<br>FED LONG TERM GAIN:    20.79<br>USERID:WENTWTA | | 1,070.25 | -1,048.76 |
| 05/20 | FEES BY DEDUCTION FOR SERVICES PROVIDED<br>FOR THE PERIOD 03/31/2025 TO 04/30/2025 | | -500.00 | |
| 05/20 | DISTRIBUTION PRIN TO/FOR BENEFICIARY<br>PAID TO COLLEGE OF ST ROSE<br>RESERVE DUE FOR ANN MARIE & FREDERICK WEIS BANKRUPTCY<br>ORDER 5-7-2025 | | -41,758.03 | |
| 05/20 | DISTRIBUTION PRIN TO/FOR BENEFICIARY<br>PAID TO COLLEGE OF ST ROSE<br>RESERVE DUE FOR CHARLES & SHARON MANERI BANKRUPTCY<br>ORDER 5-7-2025 | | -4,198.94 | |
| 05/22 | FEES BY DEDUCTION FOR SERVICES PROVIDED<br>FOR THE PERIOD 04/30/2025 TO 05/21/2025<br>FINAL FEE | | -350.00 | |
| 05/22 | FEES BY DEDUCTION FOR SERVICES PROVIDED<br>FOR THE PERIOD 05/22/2025 TO 05/22/2025<br>TERMINATION FEE | | -500.00 | |



**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▮7430
May 01, 2025 - May 31, 2025

## Transaction Detail (Continued)

| Date | Description | Income Cash | Principal Cash | Tax Cost |
|------|-------------|-------------|----------------|----------|
| 05/27 | TRANSFER TO<br>TRANSFERRED TO PORTFOLIO 2157430.2<br>REPRESENTS CASH TRANSFER | -198.25 | | |
| 05/27 | TRANSFER FROM<br>TRANSFERRED FROM PORTFOLIO 2157430.1<br>REPRESENTS CASH TRANSFER | | 198.25 | |
| 05/27 | CASH=DISTRIBUTIONS/REVOCATIONS<br>PAID TO COLLEGE OF SAINT ROSE<br>TRANSFER TO BANKUNITED | | -34,262.22 | |
| Various | SWEEP PURCHASE<br>CONSOLIDATED STATEMENT OF ACTIVITY<br>85.5900 UNITS<br>KEYBANK DEPOSIT SWEEP | -85.59 | | 85.59 |
| Various | SWEEP REDEMPTION<br>CONSOLIDATED STATEMENT OF ACTIVITY<br>-198.2500 UNITS<br>KEYBANK DEPOSIT SWEEP | 198.25 | | -198.25 |
| Various | SWEEP PURCHASE<br>CONSOLIDATED STATEMENT OF ACTIVITY<br>81,279.3400 UNITS<br>KEYBANK DEPOSIT SWEEP | | -81,279.34 | 81,279.34 |
| Various | SWEEP REDEMPTION<br>CONSOLIDATED STATEMENT OF ACTIVITY<br>-81,569.1900 UNITS<br>KEYBANK DEPOSIT SWEEP | | 81,569.19 | -81,569.19 |
| **Ending balance on  05/31** | | **$0.00** | **$0.00** | **$0.00** |

**The amounts displayed in the Transaction Detail are for informational purposes only and should not be used for tax reporting purposes**  Certain explanations relating to the Gross Amount and Non-Resident Tax Withholding of non-US securities may be referencing local currency rather than US dollars.  The Income Received column reflects the value in US dollars.


**Key Private Bank**

## *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▇7430
May 01, 2025 - May 31, 2025

## Realized Gain/Loss from Sales

Base Currency: USD

| Description | Settle Date | Trade Date | Units Sold | Proceeds | Tax Cost | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|
| INVESCO S&P 500 EQUAL WEIGHT EXCHANGE-TRADED FUND | 05/14/2025 | 05/13/2025 | -40.0000 | 7,128.80 | -4,585.06 | 44.74 | 2,499.00 |
| ISHARES MSCI USA QUALITY FACTOR EXCHANGE-TRADED FUND | 05/14/2025 | 05/13/2025 | -24.0000 | 4,250.88 | -2,641.60 | 14.86 | 1,594.42 |
| ISHARES BARCLAYS TIPS BOND FUND CLOSED-END FUND | 05/14/2025 | 05/13/2025 | -7.0000 | 757.65 | -887.16 | 0.93 | -130.44 |
| ISHARES GOLD TRUST EXCHANGE-TRADED FUND | 05/14/2025 | 05/13/2025 | -20.0000 | 1,224.80 | -689.20 | 0.00 | 535.60 |
| ISHARES CORE S&P 500 ETF CLOSED-END FUND | 05/14/2025 | 05/13/2025 | -15.0000 | 8,868.00 | -6,895.79 | 0.00 | 1,972.21 |
| ISHARES CORE MSCI EAFE ETF CLOSED-END FUND | 05/14/2025 | 05/13/2025 | -41.0000 | 3,300.30 | -2,856.35 | 37.62 | 406.33 |
| METROPOLITAN WEST T/R BOND FD OPEN-END FUND CL I | 05/13/2025 | 05/13/2025 | -553.9060 | 4,940.84 | -5,362.54 | 0.00 | -421.70 |
| VANGUARD LONG-TERM TREASURY FUND OPEN-END FUND ADM CL | 05/13/2025 | 05/13/2025 | -154.8820 | 1,203.43 | -1,410.61 | 0.00 | -207.18 |
| JPMORGAN LARGE CAP GROWTH FUND OPEN-END FUND CL I | 05/13/2025 | 05/13/2025 | -93.3470 | 7,389.35 | -7,265.28 | 124.07 | 0.00 |
| RBC EMERGING MARKETS EQUITY FUND OPEN-END FUND CL I | 05/13/2025 | 05/13/2025 | -130.8160 | 1,896.83 | -1,602.80 | 10.81 | 283.22 |
| GUGGENHEIM TOTAL RETURN BOND FUND OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -262.1180 | 6,154.53 | -6,381.24 | -0.38 | -226.33 |
| GMO RESOURCES FUND OPEN-END FUND CL R6 | 05/13/2025 | 05/13/2025 | -52.9190 | 950.95 | -1,110.31 | -31.84 | -127.52 |
| LAZARD GLOBAL LISTED INFRASTR PT OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -79.1580 | 1,355.98 | -1,230.52 | 14.16 | 111.30 |

**Key Private Bank**

## Account Statement

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▮▮7430
May 01, 2025 - May 31, 2025

## Realized Gain/Loss from Sales (Continued)

Base Currency: USD

| Description | Settle Date | Trade Date | Units Sold | Proceeds | Tax Cost | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|
| UNDISCOVERED MGRS BEHAVR VALUE FUND OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -35.9320 | 2,939.96 | -2,381.19 | 0.00 | 558.77 |
| PIMCO TRENDS MANAGED FUTURES STRATEGY FD OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -101.7520 | 946.29 | -1,069.42 | 0.00 | -123.13 |
| JPMORGAN CORE BOND FUND OPEN-END FUND CL I | 05/13/2025 | 05/13/2025 | -606.8590 | 6,159.62 | -6,177.83 | -18.21 | 0.00 |
| GOLDMAN SACHS INTL EQUITY INSIGHTS FUND OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -247.8820 | 4,005.77 | -3,379.73 | 29.81 | 596.23 |
| JOHCM INTERNATIONAL SELECT OPEN-END FUND CL I | 05/13/2025 | 05/13/2025 | -118.7910 | 2,880.68 | -2,798.77 | 43.54 | 38.37 |
| BLACKROCK SYSTEMATIC MULTI-STRAT OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -102.1260 | 1,059.05 | -1,009.41 | 0.00 | 49.64 |
| GQG PARTNERS EMERGING MKTS EQUITY OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -142.2100 | 2,396.24 | -2,208.96 | 13.53 | 173.75 |
| PRINCIPAL MIDCAP FUND OPEN-END FUND CL R-6 | 05/13/2025 | 05/13/2025 | -65.3720 | 3,031.95 | -1,621.62 | 23.47 | 1,386.86 |
| JPMORGAN HEDGED EQUITY FUND OPEN-END FUND CL I | 05/13/2025 | 05/13/2025 | -30.8510 | 1,000.81 | -735.43 | 0.00 | 265.38 |
| PIMCO MORTGAGE OPPORTUNITIES & BOND FD OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -667.5460 | 6,168.13 | -6,784.55 | 0.00 | -616.42 |
| MERGER FUND OPEN-END FUND INSTL CL | 05/13/2025 | 05/13/2025 | -61.1220 | 1,070.25 | -1,048.76 | 0.70 | 20.79 |
| **Total Realized Gain/Loss from Sales** | | | | **$81,081.09** | **$-72,134.13** | **$307.81** | **$8,639.15** |


**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▇7430
May 01, 2025 - May 31, 2025

## Realized Gain/Loss from Sales (Continued)

Base Currency: USD

| Description | Settle Date | Trade Date | Units Sold | Proceeds | Tax Cost | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|

**The Realized Gain/Loss from Sales schedule is for informational purposes only and should not be used for tax reporting purposes**  The information provided is preliminary and may be subject to change.  This schedule does not include the impact of any taxable corporate action activity.  Gain/loss information reported on common funds may not reflect all account gain/loss basis adjustments.  Gain/loss information will not be reported for limited partnerships and may not be accurately reflected for other alternative securities.  Please refer to the disclosure listed in the back of the statement for more detail about limited partnerships and alternative holdings.

**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▮7430
May 01, 2025 - May 31, 2025

## Broker Commission Report

Base Currency: USD

| Tran Type Settle Date | Broker/Party Asset Description | Portfolio Number | Asset Number Units/Par | Purchase Cost/ Sale Proceeds | Broker Commission Other Expenses | Tax Cost | Net Gain/Loss at Tax Cost |
|---|---|---|---|---|---|---|---|
| | **VIRTU AMERICAS LLC** | | | | | | |
| Sale 05/14/2025 | INVESCO S&P 500 EQUAL WEIGHT EXCHANGE-TRADED FUND | 2157430.2 | RSP 40.0000 | 7,128.80 | 0.80 0.00 | -4,585.06 | 2,543.74 |
| Sale 05/14/2025 | ISHARES BARCLAYS TIPS BOND FUND CLOSED-END FUND | 2157430.2 | TIP 7.0000 | 757.65 | 0.14 0.00 | -887.16 | -129.51 |
| Sale 05/14/2025 | ISHARES CORE MSCI EAFE ETF CLOSED-END FUND | 2157430.2 | IEFA 41.0000 | 3,300.30 | 0.82 0.00 | -2,856.35 | 443.95 |
| Sale 05/14/2025 | ISHARES CORE S&P 500 ETF CLOSED-END FUND | 2157430.2 | IVV 15.0000 | 8,868.00 | 0.30 0.00 | -6,895.79 | 1,972.21 |
| Sale 05/14/2025 | ISHARES GOLD TRUST EXCHANGE-TRADED FUND | 2157430.2 | IAU 20.0000 | 1,224.80 | 0.40 0.00 | -689.20 | 535.60 |
| Sale 05/14/2025 | ISHARES MSCI USA QUALITY FACTOR EXCHANGE-TRADED FUND | 2157430.2 | QUAL 24.0000 | 4,250.88 | 0.48 0.00 | -2,641.60 | 1,609.28 |
| | **Broker/Party Total** | | | **25,530.43** | **2.94** **0.00** | **-18,555.16** | **6,975.27** |
| **Total** | | | | **$25,530.43** | **$2.94** **$0.00** | **$-18,555.16** | **$6,975.27** |

This schedule is intended to provide detail around brokerage commission and related trading expenses incurred on trade date. Only trades with commission or fees will be displayed.



**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG 7430
May 01, 2025 - May 31, 2025

## Account Statement Disclosures

### Statement Content Information

**The values shown throughout this statement are for informational purposes only and should not be used for tax reporting purposes and should not be relied upon for investment and financial decisions.** The information reported is to provide detail of the financial transactions during the period reflected in this statement. The information provided for income and gain/loss reporting is preliminary. As a result, some detail may not be available at the time of the transaction, it does not take into effect the impact of any tax laws and therefore is subject to change. KeyBank's separate tax reporting documents and systems are accurately reporting income and the gain/loss information. Please contact your Relationship Team listed on the front of this statement to discuss any questions related to information provided in this statement.

### Realized Gain/Loss Reporting for Limited Partnerships and Alternative Holdings

Gain/loss information will not be reported and/or may not be accurately reflected for limited partnerships and other alternative securities. The tax cost basis reported on the statement should not be used for tax reporting or any purposes other than general information. Partnerships will provide detailed gain/loss information and tax cost basis upon final audit which is generally the first quarter of the following year but may vary by issuer. As a result, KeyBank does not report realized gain/loss on limited partnerships and alternative assets on statements. Please consult with your tax advisor on how these assets impact your tax planning and reporting.

### Transaction Schedules - Tax Cost

The "Tax Cost" column includes the adjusted basis of both the principal and income assets for each transaction description. For the tax cost of any individual asset, refer to the "Holdings Detail - Principal Assets" or the "Holdings Detail - Income Assets".

### Market Value

For securities traded on a major exchange, market values are priced as of the statement date as provided by various pricing services. The method and frequency of pricing assets not traded on a major exchange varies depending on the type of asset; therefore, the price shown on your statement may not be a current value as of the statement date.

### Fair Value Measurements and Disclosure

It is the responsibility of the client to review values contained in this statement consistent with Fair Value Measurement and Disclosure Requirements prior to their use for financial reporting purposes.

### Automated Cash Investment

All uninvested cash balances are swept to zero at the end of each day and are invested in a short-term investment vehicle for users of proprietary automated cash management funds. For users of non-proprietary cash management funds, uninvested cash balances are swept to zero as of the funds trading cut-off time and are invested in the short-term investment vehicle. Some users will have the KeyBank Deposit Sweep as their short-term investment vehicle. The KeyBank Deposit Sweep is a KeyBank National Association account. There is no additional fee for the sweep service, and the account is subject to FDIC coverage and is also subject to additional collateral requirements under applicable law.

### Holdings and Activity Disclosure

**The information contained in this statement is a true and accurate business record of your account holdings and activity. Any other representation or report derived from this information is illustrative only and cannot be relied upon for account history or future performance.**

**The amounts displayed in the Holdings Detail are for informational purposes only and should not be used for tax reporting purposes.** The amounts provided for Estimated Annual Income and Current Yield project an estimate and should not be relied upon for making investment and financial decisions. Estimated Annual Income, Accrued Income and Current Yield will reflect 0.00 for discounted securities. Estimated Annual Income and Current Yield for variable rate securities is based on the annual income rate in lieu of the periodic payment factor. Historical results may not predict future income rates. Holdings that contain an Acquisition Date of 02/22/79 and a Book Value/Tax Cost of $1.01 indicate "Unknown" values. Unrealized Gain/loss information may not be accurately reflected for common funds, limited partnerships and other alternative securities. Please refer to the disclosure listed in the back of the statement for more detail about limited partnerships and alternative holdings. Please contact your Relationship Team listed on the front of this statement to discuss any questions related to information provided in this statement.

### Pricing of Unique and Thinly-traded Assets

This account may contain one or more assets that are not exchanged or traded or readily valued in an established market. Key will use its best efforts to obtain periodically updated fair market values of these assets or it will assign values to individual assets consistent with Key's Valuation Guidelines. Key may accept values it is directed to accept by an empowered party provided those values are consistent with applicable law and Key's regulatory reporting requirements. Because these values are used to calculate fees, you should review these values periodically. Contact your Relationship Team listed on the first page of your statement for an explanation of how any value was determined.

 **Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG 7430
May 01, 2025 - May 31, 2025

## Account Statement Disclosures

**Regarding Investment in Non-Proprietary Mutual Funds**

Your account (the "Account") may be invested in mutual funds for which neither KeyBank National Association nor any of its affiliates or subsidiaries ("Key") serves as an investment adviser, fund manager, or distributor.  Key may provide shareholder servicing, record-keeping, custodial, sub-transfer agent and/or communication services with respect to these mutual fund investments. **Where permitted by agreement and by applicable law, Key may receive reasonable compensation for these services with respect to the Account's mutual fund investments.** The total compensation paid to Key for these services will not exceed an annual rate of 25 basis points (.25%), multiplied by the value of the Account's investment in a particular mutual fund.  This compensation is paid to Key by the mutual fund and/or its service providers and is in addition to the regular fees for the Account.

Actual compensation may vary based upon total investments by Key accounts with the particular mutual fund(s) held in your Account. Prospectuses for mutual funds in which the Account invests are available upon request.

**Investments are:**

NOT FDIC INSURED  * NOT BANK GUARANTEED  * MAY LOSE VALUE * NOT A DEPOSIT * NOT INSURED  BY ANY FEDERAL  OR STATE GOVERNMENT  AGENCY.


**Key Private Bank**


*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▮7430
May 01, 2025 - May 31, 2025

## Account Statement Disclosures

**Common Trust Funds**

Consistent with 12 CFR 9.18 and applicable law:

1. KeyBank National Association ("KeyBank") will charge most of the Common and Collective Trust Funds (the "Funds") that it maintains the reasonable expenses incurred in the administration of the Funds, including annual financial report ("Annual Report") preparation, audit, printing and distribution. KeyBank charges $1,500 per year for tax preparation, where permitted.

2. KeyBank will charge most of the Funds that it maintains the reasonable expenses incurred in the administration of the Funds, including valuation of assets; administration of cash balances, recordkeeping, reconciliation of withdrawals and admissions, distribution of income, settlement of trades; additional necessary computer systems, support and hardware.These expenses will be charged to each Fund monthly based on the average value of the Fund. These expenses will be disclosed in the Annual Report prepared for each Fund. In the future KeyBank may charge the Funds for extraordinary tax and legal services provided to the funds and will disclose those expenses in the Annual Report prepared for each Fund.

3. KeyBank maintains a research team that is responsible for analyzing individual securities and strategies for use in client portfolios. Appropriately diversified portfolios contain allocations to a variety of asset classes and investment styles, including investment styles that are not part of KeyBank's proprietary investment capabilities. KeyBank Portfolio Managers manage "Key Trust" Funds and "Charitable" Funds that incorporate one of our proprietary investment capabilities. The remaining Funds (listed below) are managed by various Third Party Investment Managers ("Third Party Managers"). KeyBank maintains a team that performs initial and ongoing due diligence on the capabilities, organization and investment processes of the Third Party Managers and others. KeyBank may charge a Third Party Manager's fee to a Fund (1) the fee is reasonable; (2) if the fee is permitted by Regulation and Ohio law; (3) for investment styles that are not part of KeyBank's proprietary capabilities; (4) if the fee is disclosed in compliance with Ohio law and (5) the fee is commensurate with the value of legitimate services of tangible benefit to the participating accounts that would not have been provided to the accounts if they were not invested in the Fund.

Effective May 1, 2018, KeyBank will charge the following Funds the fees paid to their Third Party Managers, calculated and collected on a daily basis.

| Name | Daily Weighted Asset Fee |
|---|---|
| Key Trust Mid Cap Fund | 50 |
| Charitable International Equity Fund | Will depend on investments in other funds and portion directly managed by Third Party Managers. |
| Charitable Mid Capitalization Fund | Will depend on investments in other funds and portion directly managed by Third Party Managers. |
| Charitable Multi Asset Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable US Equity Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Core Fixed Income Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Opportunistic Income Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Alternatives Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Real Assets Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |
| Charitable Small Cap Fund | Will depend on investments in other Funds and portion directly managed by Third Party Managers. |

Third Party Managers and their fees are subject to change.

**Affiliate Transactions Practices for Ohio Accounts and the Key Trust Common Trust Funds:**
KeyBanc Capital Markets Inc. engages in securities underwriting activities, either as a syndicate member or principal underwriter. When acting in a fiduciary capacity, securities, including municipal issues, may be purchased from a syndicate for which KeyBanc Capital Markets Inc. is the distributor, principal underwriter or a syndicate member in accordance with Section 23B of the Federal Reserve Act. KeyBanc Capital Markets Inc. is a registered broker-dealer, member NYSE/FINRA/SIPC. KeyBanc Capital Markets Inc. and KeyBank National Association are subsidiaries of KeyCorp.

**Investments are:**

**NOT FDIC INSURED •NOT BANK GUARANTEED •MAY LOSE VALUE**
**•NOT A DEPOSIT •NOT INSURED BY ANY FEDERAL OR STATE GOVERNMENT AGENCY.**


**Key Private Bank**

# *Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▆7430
May 01, 2025 - May 31, 2025

## Account Statement Disclosures

Trust Accounts

**Pursuant to 12 CFR 12.5(b), if KeyBank effectuates securities transactions for a trust
account, in which KeyBank exercises investment discretion other than in an agency
capacity, KeyBank shall give written notification about any particular security transaction
within a reasonable time after a person having the power to terminate the account, or, if
there is no such person, any person holding a vested beneficial interest in the account,
requests written notification in the form prescribed in 12 CFR 12.4(a) or (b). Otherwise,
written notification about security transactions is not required to be given at the time of the
transaction.**


**Key Private Bank**

*Account Statement*

COLG ST ROSE CGA DIP CASE 2411131 M/AG ▇7430
May 01, 2025 - May 31, 2025

## Account Statement Disclosures

Soft Dollar Policy

Subject to the policy of seeking best execution for transactions, and also subject to the criteria
of Section 28(e) of the Securities and Exchange Act of 1934 ("Section 28(e)"), KeyBank may, in
circumstances where it has brokerage discretion and in which execution is comparable, place
trades with a broker that is providing brokerage and research services to us ("Bundled
Provider"). In certain cases, KeyBank may enter into commission sharing agreements with
brokers and entities who provide research services to us ("CSA Provider"). In selecting both
Bundled Providers and CSA Providers, we will make a good faith determination that the amount
of the commission charged is reasonable in relation to the value of the brokerage and research
services received, viewed in terms of either the specific transactions or our overall responsibility
to the accounts for which we exercise investment discretion.

**Investments in Non-Deposit Products**

**Non-Deposit Products are:**

**NOT FDIC INSURED * NOT BANK GUARANTEED * MAY LOSE VALUE * NOT A DEPOSIT ***
**NOT INSURED BY ANY FEDERAL OR STATE GOVERNMENT AGENCY.**

**Key Private Bank Logo**

Key Private Bank is the marketing name through which KeyBank National Association
(KeyBank) provides a range of financial products and solutions.

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**May 31, 2025**
**page 1 of 2**

 7008

T   809 00000 R EM T1

THE COLLEGE OF SAINT ROSE
DONOR RESTRICTED FUNDS
DEBTOR IN POSSESSION
CASE # 24-11131
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call  1-800-821-2829*

---

**Commercial Money Market Deposit**    ███ 7008

THE COLLEGE OF SAINT ROSE
DONOR RESTRICTED FUNDS
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 4-30-25 | $1,480,755.47 |
| Interest paid | +3,084.30 |
| **Ending balance 5-31-25** | **$1,483,839.77** |

**Interest earned**

| | |
|---|---:|
| Annual percentage yield (APY) earned | 2.48% |
| Number of days this statement period | 31 |
| Interest paid  5-30-25 | $3,084.30 |
| Interest earned this statement period | $3,084.29 |
| Interest paid year-to-date | $14,963.17 |

**Fees and charges**    *See your Account Analysis statement for details.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

7008 - 03290

2963

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**May 31, 2025**
**page 1 of 2**

████ 8078

```
31          T   809 00000 R EM AO
```

THE COLLEGE OF SAINT ROSE
GENERAL CHECKING
DEBTOR IN POSSESSION
CASE # 24-11131
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call 1-800-821-2829*

---

**Commercial Transaction** ████ 8078
THE COLLEGE OF SAINT ROSE
GENERAL CHECKING
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 4-30-25 | $235,434.16 |
| 1 Addition | +12,026.58 |
| Net fees and charges | -424.82 |
| **Ending balance 5-31-25** | **$247,035.92** |

**Additions**

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 5-8 | 87700081 | Close Out Acct ████ 8094 | $12,026.58 |
| | | | **Total additions** | **$12,026.58** |

**Fees and charges**

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 5-8-25 | Apr Analysis Service Chg | 1 | 424.82 | -$424.82 |
| | **Fees and charges   assessed this period** | | | **-$424.82** |

*See your Account Analysis statement for details.*

████ 8078 - 03290
1386

**page 2 of 2**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

   KeyBank
   Customer Disputes
   NY-31-55-0228
   555 Patroon Creek Blvd
   Albany, NY 12206

   • Tell us your name and Account number;
   • Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
   • Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV      - Transfer to Savings Account
XFER FROM SAV    - Transfer from Savings Account
XFER TO CKG      - Transfer to Checking Account
XFER FROM CKG    - Transfer from Checking Account
PMT TO CR CARD   - Payment to Credit Card
ADV CR CARD      - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

   • Account Information : Your name and account number.
   • Dollar Amount : The dollar amount of the suspected error.
   • Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

   • We cannot try to collect the amount in question, or report you as delinquent on that amount.
   • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
   • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
   • We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

**BALANCING YOUR ACCOUNT**

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

   Enter into your check register and SUBTRACT:
   • Checks or other deductions shown on our statement that you have not already entered.
   • The "Service charges", if any, shown on your statement.

   Enter into your check register and ADD:
   • Deposits or other credits shown on our statement that you have not already entered.
   • The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are not shown on your statement. | | ❺ List any deposits from your check register that are not shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

8078 - 03290
1386

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**May 31, 2025**
**page 1 of 2**

 8094

31          T   809 00000 R EM AO

THE COLLEGE OF SAINT ROSE
DEBTOR IN POSSESSION
CASE # 24-11131
PAYROLL ACCOUNT
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call  1-800-821-2829*

---

Commercial Transaction          8094
THE COLLEGE OF SAINT ROSE
DEBTOR IN POSSESSION
CASE # 24-11131

| | |
|---|---|
| Beginning balance 4-30-25 | $12,026.58 |
| 1 Subtraction | -12,026.58 |
| **Ending balance 5-31-25** | **$0.00** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 5-8 | | Close Account | $12,026.58 |
| | | **Total subtractions** | **$12,026.58** |

## Fees and charges

*See your Account Analysis statement for details.*

8094 - 03290

1948

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV    - Transfer to Savings Account
XFER FROM SAV  - Transfer from Savings Account
XFER TO CKG    - Transfer to Checking Account
XFER FROM CKG  - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD    - Advance from Credit Card

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

What To Do If You Think You Find A Mistake on Your Statement: If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Explanation of Finance Charge: Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

Average Daily Balance method (Balance Subject to Interest Rate): Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

CREDIT INFORMATION: If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have not already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have not already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are not shown on your statement. | | ❺ List any deposits from your check register that are not shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

8094 - 03290
1948

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**May 31, 2025**
**page 1 of 2**

8102

31          T    809 00000 R EM AO
THE COLLEGE OF SAINT ROSE
SECURITY DEPOSITS
DEBTOR IN POSSESSION
CASE # 24-11131
432 WESTERN AVENUE
ALBANY NY 12203-1400

*Questions or comments?*
*Call  1-800-821-2829*

**Commercial Transaction Interest**          8102

THE COLLEGE OF SAINT ROSE
SECURITY DEPOSITS
DEBTOR IN POSSESSION

| | |
|---|---:|
| Beginning balance 4-30-25 | $14,937.29 |
| Interest paid | +5.08 |
| **Ending balance 5-31-25** | **$14,942.37** |

**Interest earned**

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.40% |
| Number of days this statement period | 31 |
| Interest paid  5-30-25 | $5.08 |
| Interest earned this statement period | $5.07 |
| Interest paid year-to-date | $24.71 |

**Fees and charges**    *See your Account Analysis statement for details.*

**page 2 of 2**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    KeyBank
    Customer Disputes
    NY-31-55-0228
    555 Patroon Creek Blvd
    Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, and add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

    Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

    Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL →** | $ |

| ❻ Enter ending balance shown on your statement. | |
|---|---|
| $ | |

| ❼ Add 5 and 6 and enter total here. | |
|---|---|
| $ | |

| ❽ Enter total from 4. | |
|---|---|
| $ | |

| ❾ Subtract 8 from 7 and enter difference here. | |
|---|---|
| $ | |

This amount should agree with your check register balance.

| | |
|---|---|
| **TOTAL →** | $ |

# M&T Bank

| FOR INQUIRIES CALL: | NOT FOR PROFIT ALBANY (518) 464-6106 | | |
|---|---|---|---|

00  0 01521M NM  017

000000                              P

THE COLLEGE OF SAINT ROSE
DEBTOR IN POSSESSION CASE NO 24-11131-1
MARCIA J WHITE, TRUSTEE
COLLATERAL ACCOUNT
432 WESTERN AVE
ALBANY NY 12203-1400

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ▊3168 | 05/01/25 - 05/31/25 |

| BEGINNING BALANCE | $29,987.35 |
|---|---|
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $29,984.35 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/01/2025 | BEGINNING BALANCE | | | $29,987.35 |
| 05/08/2025 | SERVICE CHARGE FOR ACCOUNT▊3168 | | $3.00 | 29,984.35 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

AS OF JUNE 5, 2025, AVAILABILITY OF FUNDS FROM CHECK DEPOSITS TOTALING MORE
THAN $6,725 (PREVIOUSLY $5,525) ON ANY ONE DAY MAY BE DELAYED. PLEASE REFER TO
THE AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS ("DISCLOSURE") FOR
ADDITIONAL INFORMATION. FOR CERTAIN NEW ACCOUNTS, THIS RULE ALSO APPLIES TO
SPECIFIC CHECKS LISTED IN THE DISCLOSURE, INCLUDING GOVERNMENT CHECKS AND
CERTIFIED CHECKS. TO DISCUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL US
AT 1-800-724-6070 MONDAY-FRIDAY, 6AM-9PM AND SATURDAY-SUNDAY, 9AM-5PM ET.

MANUFACTURERS AND TRADERS TRUST COMPANY
327 GREAT OAKS BLVD ALBANY, NY 12203-5971

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

### TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

### TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   Enter on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6**   Enter the total of any **deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7**   Enter the total of **STEPS 5 & 6.**
$

**STEP 8**   Enter **TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**
$

**STEP 9**   Subtract **STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your
current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



**M&T** Bank

©2016 M&T Bank. Member FDIC.

# M&T Bank

| FOR INQUIRIES CALL: | NOT FOR PROFIT ALBANY<br>(518) 464-6106 |
| --- | --- |

00  0 01521M NM  017

000000                                                          P

THE COLLEGE OF SAINT ROSE
DEBTOR IN POSSESSION CASE NO. 24-11131-1
MARCIA J WHITE, TRUSTEE
PAYMNET ACCOUNT
432 WESTERN AVE
ALBANY NY 12203-1400

| ACCOUNT TYPE | |
| --- | --- |
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮3176 | 05/01/25 - 05/31/25 |

| BEGINNING BALANCE | $9,987.35 |
| --- | --- |
| DEPOSITS & CREDITS | 1,242.97 |
| LESS CHECKS & DEBITS | 1,242.97 |
| LESS SERVICE CHARGES | 3.00 |
| ENDING BALANCE | $9,984.35 |

## ACCOUNT ACTIVITY

| POSTING<br>DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER<br>CREDITS (+) | WITHDRAWALS &<br>OTHER DEBITS (-) | DAILY<br>BALANCE |
| --- | --- | --- | --- | --- |
| 05/01/2025 | BEGINNING BALANCE | | | $9,987.35 |
| 05/07/2025 | CLGSTROSE O 0430 CORP PAY  8 | $1,242.97 | | 11,230.32 |
| 05/08/2025 | SERVICE CHARGE FOR ACCOUNT ▮3176 | | $3.00 | 11,227.32 |
| 05/12/2025 | M&T COMM CARD PAYMENT ▮386 | | 1,242.97 | 9,984.35 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 1 | 0 | |

AS OF JUNE 5, 2025, AVAILABILITY OF FUNDS FROM CHECK DEPOSITS TOTALING MORE
THAN $6,725 (PREVIOUSLY $5,525) ON ANY ONE DAY MAY BE DELAYED. PLEASE REFER TO
THE AVAILABILITY DISCLOSURE FOR COMMERCIAL DEPOSIT ACCOUNTS ("DISCLOSURE") FOR
ADDITIONAL INFORMATION. FOR CERTAIN NEW ACCOUNTS, THIS RULE ALSO APPLIES TO
SPECIFIC CHECKS LISTED IN THE DISCLOSURE, INCLUDING GOVERNMENT CHECKS AND
CERTIFIED CHECKS. TO DISCUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL US
AT 1-800-724-6070 MONDAY-FRIDAY, 6AM-9PM AND SATURDAY-SUNDAY, 9AM-5PM ET.

**PAGE 1 OF 2**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7**  **Enter the total of STEPS 5 & 6.**
$

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



L018 (11/16)    ©2016 M&T Bank. Member FDIC.

# M&T Bank

### M & T One Card

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,806.14 | 31 | 05/31/25 |

## CORPORATE ACCOUNT SUMMARY

| Previous Balance | | Purchases & Cash Advances | | Total Fees | | Credits | | Payments | | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $1,242.97 | + | $1,553.86 | + | $0.00 | - | $360.00 | - | $1,242.97 | = | $1,193.86 |

## ACCOUNT MESSAGES

$1,193.86 will be deducted from your account and credited as your automatic payment on 06/09/2025.

## CORPORATE ACCOUNT ACTIVITY

COLLEGE OF SAINT ROSE
XXXX-XXXX-XXXX-3863

**TOTAL CORPORATE ACTIVITY** -$1,242.97

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05/12 | 05/12 | | AUTOPAYMENT DEDUCTION | 1,242.97 - |

CARDHOLDER SIGNATURE _____  DATE _____  MNGR _____

For customer service, call
toll free (800) 443-8671.
Outside the US and Canada, call
(716) 635-4152.

Account ID: ▓▓▓3837

To write M & T Bank regarding:
Billing errors: P.O. BOX 4028, Buffalo, NY 14240-4028
Payments: P.O. BOX 62120, Baltimore, MD 21264-2120
Lost/Stolen: 1100 WEHRLE DR., 2ND FLOOR, Buffalo, NY 14221

Visit us on the web at www.mtb.com

For Visa benefits and
referral services, call
the Visa assistance
Center at (800) VISA-911.

---

**M & T BANK**
P.O. BOX 4028
BUFFALO NY 14240-4028

| Account Number | XXXX-XXXX-XXXX-3863 |
|---|---|
| Payment Due Date | 06/09/25 |
| New Balance Due | $1,193.86 |

Remit to: M & T BANK
P.O. BOX 62120
BALTIMORE MD 21264-2120

Amount Enclosed    $ _____ .

PLEASE DO NOT REMIT PAYMENT
YOUR PAYMENT WILL AUTOMATICALLY BE
DEDUCTED FROM YOUR BANKING ACCOUNT

COLLEGE OF SAINT ROSE
ATTN: VALERIE MYERS
432 WESTERN AVE
ALBANY NY 12203-140032

0000000119386 ▓▓▓▓▓ 3837IIIII

# M&T Bank
## M & T One Card

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,806.14 | 31 | 05/31/25 |

**NOTICE OF BILLING RIGHTS**

This notice contains important information about your rights under federal law.  In this Notice, "you" refers to Client as defined in the Agreement, and "us" refers to M&T Bank.

**UNAUTHORIZED USE OF VISA® CORPORATE AND PURCHASING CARDS**

You may be liable for any unauthorized use of any Card issued by us for use with any Visa® Account we open for you.  You will not be liable for any unauthorized use that occurs after you notify M&T Bank orally or in writing, of any loss, theft or possible unauthorized use of the Card.  You can do so by writing M&T Bank, P.O. Box 4028, Buffalo, New York 14240-4028, Attention: Visa® Investigations, or by telephoning 1-800-443-8671.  Except as provided in Section 26 of the Agreement, your liability for unauthorized use of the Card will not exceed $50.

Please be advised that full payment of all outstanding balances remains due, even while we investigate your unauthorized use claim, and failure to pay in full by the due date may result in delinquency charges per your Agreement with us.  We will credit any payments made upon conclusion of our investigation of the unauthorized use claim, to the extent of the proper amount due back to you.

**M&T Bank** *M & T One Card*

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,806.14 | 31 | 05/31/25 |

## CARDHOLDER ACTIVITY

| DEBRA LEE POLLEY | ACCOUNT NUMBER | XXXX-XXXX-XXXX-7290 |
|---|---|---|

| PURCHASES | CASH ADVANCES | FEES | CREDITS | TOTAL ACTIVITY |
|---|---|---|---|---|
| $1,049.18 | $0.00 | $0.00 | $360.00 | $689.18 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05/12 | 05/13 | 15132229088801478 | EIG*CONSTANTCONTACT.COM 855-2295506 MA<br>MCC: 5968 MERCHANT ZIP: 02451<br>ORDER NUMBER: 1102470512598<br>LOCAL TAX INDICATOR: 2<br>NAT. TAX INDICATOR: 0 | 310.00 |
| 05/14 | 05/15 | 65134100908981567 | DUO*COM 866-760-4247 MI<br>MCC: 7372 MERCHANT ZIP: 48104 | 120.00 |
| 05/21 | 05/22 | 05141295068056971 | BEST BUY 00004283 ALBANY NY<br>MCC: 5732 MERCHANT ZIP: 12203<br>LOCAL TAX: 26.67 LOCAL TAX INDICATOR: 1<br>NAT. TAX INDICATOR: 0 | 360.00 |
| 05/21 | 05/22 | 05141295041051693 | BEST BUY 00004283 ALBANY NY<br>MCC: 5732 MERCHANT ZIP: 12203<br>LOCAL TAX: 19.20 LOCAL TAX INDICATOR: 1<br>NAT. TAX INDICATOR: 0 | 259.18 |
| 05/21 | 05/22 | 05141295041051680 | BEST BUY 00004283 ALBANY NY<br>MCC: 5732 MERCHANT ZIP: 12203<br>LOCAL TAX: 26.67 LOCAL TAX INDICATOR: 1<br>NAT. TAX INDICATOR: 0 | 360.00 - |

## CARDHOLDER ACTIVITY

| LISA THOMSON | ACCOUNT NUMBER | XXXX-XXXX-XXXX-2527 |
|---|---|---|

| PURCHASES | CASH ADVANCES | FEES | CREDITS | TOTAL ACTIVITY |
|---|---|---|---|---|
| $89.00 | $0.00 | $0.00 | $0.00 | $89.00 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05/29 | 05/30 | 75149801901752978 | THE UPS STORE 3639 518-3735848 NY<br>MCC: 7399 MERCHANT ZIP: 12206<br>ORDER NUMBER: V3639-29250529165<br>LOCAL TAX: 2.58 LOCAL TAX INDICATOR: 1<br>NAT. TAX INDICATOR: 0 | 89.00 |

# M&T Bank   *M & T One Card*

| COLLEGE OF SAINT ROSE | | **ACCOUNT NUMBER** | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|

| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
|---|---|---|---|
| $30,000.00 | $28,806.14 | 31 | 05/31/25 |

| **CARDHOLDER ACTIVITY** | | | | | |
|---|---|---|---|---|---|
| MARCIA WHITE | | | **ACCOUNT NUMBER** | | XXXX-XXXX-XXXX-1817 |
| **PURCHASES** | **CASH ADVANCES** | | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $415.68 | $0.00 | | $0.00 | $0.00 | $415.68 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05/01 | 05/02 | 55121017057503072 | MRS. LONDON`S SARATOGA S SARATOGA SPRINY<br>MCC: 5812   MERCHANT ZIP: 12866 | 100.05 |
| 05/03 | 05/05 | 65123300776170489 | STEWARTS SHOP 101     SARATOGA SPRINY<br>MCC: 5542   MERCHANT ZIP: 12866<br>SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 02   UNIT COST: 3.60   FUEL ONLY: 1<br>GROSS PRICE: 59.43   ODO: 0000000 | 59.43 |
| 05/09 | 05/12 | 75130333726865383 | SUNOCO 0267195600     LATHAM     NY<br>MCC: 5542   MERCHANT ZIP: 12110<br>SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 02   UNIT COST: 3.66   FUEL ONLY: 1<br>GROSS PRICE: 48.10   ODO: 0000000 | 48.10 |
| 05/12 | 05/13 | 65132108590719858 | NYTIMES       800-698-4637 NY<br>MCC: 5968   MERCHANT ZIP: 10018<br>ORDER NUMBER: 00000000000000000<br>LOCAL TAX: 2.02   LOCAL TAX INDICATOR: 1<br>NAT. TAX INDICATOR: 0 | 31.00 |
| 05/12 | 05/14 | 55133939148785246 | HOFFMAN CARWASH (ALBAN  ALBANY     NY<br>MCC: 7542   MERCHANT ZIP: 12206 | 15.12 |
| 05/13 | 05/15 | 45134002842767955 | USA GAS #2       ALBANY     NY<br>MCC: 5542   MERCHANT ZIP: 12203<br>SERV: S   UNIT OF MEASURE: G<br>FUEL TYPE: 02   UNIT COST: 3.90   FUEL ONLY: 1<br>GROSS PRICE: 61.82   ODO: 000000<br>REF: 000000 | 61.82 |
| 05/19 | 05/21 | 75140105442169233 | STAPLES     00114272  LOS ANGELES CA<br>MCC: 5943   MERCHANT ZIP: 90064<br>ORDER NUMBER: 002622170<br>LOCAL TAX: 1.76   LOCAL TAX INDICATOR: 1<br>NAT. TAX INDICATOR: 0 | 19.82 |
| 05/19 | 05/21 | 75140105442169258 | STAPLES     00114272  LOS ANGELES CA<br>MCC: 5943   MERCHANT ZIP: 90064<br>ORDER NUMBER: 002622174<br>LOCAL TAX: 1.74   LOCAL TAX INDICATOR: 1<br>NAT. TAX INDICATOR: 0 | 19.63 |
| 05/19 | 05/21 | 75140105442169332 | STAPLES     00114272  LOS ANGELES CA<br>MCC: 5943   MERCHANT ZIP: 90064<br>ORDER NUMBER: 002622186 | 1.80 |

# M&T Bank

## M & T One Card

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,806.14 | 31 | 05/31/25 |

| CARDHOLDER ACTIVITY | | | | |
|---|---|---|---|---|
| MARCIA WHITE | | ACCOUNT NUMBER | | XXXX-XXXX-XXXX-1817 |
| **PURCHASES** | **CASH ADVANCES** | **FEES** | **CREDITS** | **TOTAL ACTIVITY** |
| $415.68 | $0.00 | $0.00 | $0.00 | $415.68 |

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05/27 | 05/28 | 65147300759684193 | **LOCAL TAX INDICATOR:** 2 **NAT. TAX INDICATOR:** 0 STEWARTS SHOP 101    SARATOGA SPRINY **MCC:** 5542    **MERCHANT ZIP:** 12866 **SERV:** S    **UNIT OF MEASURE:** G **FUEL TYPE:** 02    **UNIT COST:** 3.66    **FUEL ONLY:** 1 **GROSS PRICE:** 58.91    **ODO:** 0000000 | 58.91 |

**M&T Bank**    *M & T One Card*

| COLLEGE OF SAINT ROSE | | ACCOUNT NUMBER | XXXX-XXXX-XXXX-3863 |
|---|---|---|---|
| **CREDIT LIMIT** | **AVAILABLE CREDIT** | **DAYS IN BILLING CYCLE** | **STATEMENT DATE** |
| $30,000.00 | $28,806.14 | 31 | 05/31/25 |

# Wilmington Trust

Corporate Headquarters
1100 North Market Street
Wilmington, DE 19890-0001

# Accounting Statement

■0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Your Portfolio at a Glance

| | |
|---|---|
| Opening Market Value w/Accrued Income | $14,988,424.97 |
| Net of Contributions & Withdrawals | -$25,000.00 |
| Net Investment Change | $36,071.38 |
| **Closing Market Value w/Accrued Income** | **$14,999,496.35** |

## Your Relationship Team

**RYANNE DIMILLO**                                    **(716) 839-8722**
Relationship Manager
rizzo@wilmingtontrust.com

## Accounts Included

MANUFACTURERS AND TRADERS TRUST CO. AS CUSTODIAN FOR THE COLLEGE OF
ST. ROSE - DEBTOR-IN-POSSESSION ACCOUNT
■0107

THE COLLEGE OF ST. ROSE
ATTN: DEBRA LEE POLLEY
ASSOCIATE VICE PRESIDENT/TREASURER
432 WESTERN AVE
ALBANY, NY 12203

![Wilmington Trust logo] **Wilmington Trust**

## Accounting Statement

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Table of Contents

**Relationship Summary**

Asset Allocation ....................................................................3

Accrued Income by Asset Class Summary ........................3

Portfolio Valuations & Activity Summary ..........................4

Income Received Summary ..................................................4

Realized Gain/Loss Summary ..............................................4

Cash Activity Summary ........................................................5

**Asset Allocation**

Principal Asset & Sub Asset Allocation ..............................6

Income Asset & Sub Asset Allocation ................................6

**Equity Overview**

Summary..................................................................................7

U.S. Individual Equity Sector Allocation............................7

**Holdings Detail - Principal**

Equities....................................................................................8

Other .......................................................................................8

Cash & Equivalents ..............................................................9

**Holdings Detail - Income**

Cash & Equivalents ............................................................10

**Activity Detail**

Transaction Activity Detail ................................................11

Realized Gain / Loss Detail ...............................................12

**Disclosures**

Statement Disclosures ........................................................13

**Glossary**

Glossary..................................................................................15

Please see Glossary for descriptions of key fields depicted in this statement.

www.wilmingtontrust.com
20250605 05.51.54 : 2027591 : 17776729

# Wilmington Trust

## Relationship Summary

**■■■■0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
May 01, 2025 - May 31, 2025

## Asset Allocation

| Asset Class | Principal Market Value | Income Market Value | Total Market Value | Allocation (%) |
|---|---|---|---|---|
| Equities | $0.34 | - | $0.34 | - |
| Other | 4,694,468.56 | - | 4,694,468.56 | 31.37 |
| Cash & Equivalents | 10,234,205.64 | 34,750.47 | 10,268,956.11 | 68.63 |
| **TOTAL** | **$14,928,674.54** | **$34,750.47** | **$14,963,425.01** | **100%** |



● Other
● Cash & Equivalents

Negative market values are not presented on the Asset Allocation pie chart.

## Accrued Income by Asset Class Summary

| Asset Class | Market Value | Accrued Income | Market Value + Accrued Income | Estimated Annual Income | Yield (%) |
|---|---|---|---|---|---|
| Equities | $0.34 | - | $0.34 | - | - |
| Other | 4,694,468.56 | - | 4,694,468.56 | - | - |
| Cash & Equivalents | 10,268,956.11 | 36,071.34 | 10,305,027.45 | 424,107.89 | 4.13 |
| **TOTAL** | **$14,963,425.01** | **$36,071.34** | **$14,999,496.35** | **$424,107.89** | **2.83%** |

Market Values may be generated using market quotations, closing price, mean bid or ask, or estimated market value obtained from quotation services. Mutual fund balances are incorporated into appropriate asset classifications. Derivative instruments are classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.
Asset values will fluctuate. **Estimated Annual Income** is provided for comparison purposes only. Estimated Annual Income is based on historical data or other assumptions and is not a guarantee of future results. This report should not be used to prepare tax documents.
Yield for Cash & Equivalents is calculated based on Market Value of investments and does not include Uninvested Cash (Cash Balance) or Cash Payables and Receivables for pending trades.

# Wilmington Trust

## Relationship Summary *(continued)*

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Portfolio Valuations & Activity Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Opening Market Value** | **$14,953,674.50** | **$14,474,411.83** |
| Accrued Income | 34,750.47 | 37,420.76 |
| **Opening Market Value w/Accrued Income** | **$14,988,424.97** | **$14,511,832.59** |
| **Contributions** | | |
| Cash Receipts | - | 37,128.69 |
| Intra-Account Transfers | - | 137,999.90 |
| Other Receipts | - | 0.58 |
| Securities Transferred In | - | - |
| Tax Refunds | - | - |
| **Total Contributions** | **-** | **$175,129.17** |
| **Withdrawals** | | |
| Cash Disbursements | -25,000.00 | -50,000.00 |
| Intra-Account Transfers | - | -137,999.90 |
| Other Disbursements | - | - |
| Other Fees | - | - |
| Securities Transferred Out | - | - |
| Tax Payments | - | - |
| Taxes Withheld | - | - |
| Wilmington Trust Fees | - | -4,033.22 |
| **Total Withdrawals** | **-$25,000.00** | **-$192,033.12** |
| **Net Contributions & Withdrawals** | **-$25,000.00** | **-$16,903.95** |
| Closing Market Value | 14,963,425.01 | 14,963,425.01 |
| Accrued Income | 36,071.34 | 36,071.34 |
| **Closing Market Value w/Accrued Income** | **$14,999,496.35** | **$14,999,496.35** |
| **Net Investment Change** | **$36,071.38** | **$504,567.71** |

## Net Investment Change Detail

| | Current Period | Year-to-Date |
|---|---|---|
| **Net Investment Change** | **$36,071.38** | **$504,567.71** |
| **Income Earned** | | |
| Dividends | 34,750.47 | 176,783.59 |
| Net Interest | - | - |
| Other Income | - | - |
| Change in Accrual | 1,320.87 | -1,349.42 |
| **Total Income Earned** | **$36,071.34** | **$175,434.17** |
| **Market Appreciation** | **$0.04** | **$329,133.54** |

## Income Received Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $34,750.47 | $176,783.59 |
| Interest | - | - |
| Other Income | - | - |
| **Total Taxable** | **$34,750.47** | **$176,783.59** |
| **Tax-Exempt** | | |
| Dividends | - | - |
| Interest | - | - |
| Other Income | - | - |
| **Total Tax-Exempt** | **-** | **-** |
| **TOTAL RECEIVED** | **$34,750.47** | **$176,783.59** |

**Actual income received** may differ from that presented on this schedule due to restatements related to corporate actions. Purchase of Accrued Interest on securities is not included in the Summary. Taxable and Tax-exempt status is determined by security, rather than account type, so tax-exempt accounts may have holdings included in the Taxable category. This is not a tax document and should not be used for tax preparation.

## Realized Gain/Loss Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Short Term** | | |
| Gain | - | - |
| Loss | - | - |
| **Total Short Term** | **-** | **-** |
| **Long Term** | | |
| Gain | - | 45,295.06 |
| Loss | - | - |
| **Total Long Term** | **-** | **$45,295.06** |
| **TOTAL GAIN/LOSS** | **-** | **$45,295.06** |

**Realized Gain/Loss estimates** are preliminary, are reliant upon accurate cost basis information, and may not reflect all cost basis adjustments. Corporate actions and income reclassifications will alter a holding's basis and subsequent gain/loss values. Gain/Loss estimates include results for both Taxable and Tax-exempt accounts. This is not a tax document and should not be used for tax preparation.

Management and advisory fees charged through accounts not listed under the Market Value Summary will not be shown in this schedule. Transactions classified in Other (Receipts, Fees, and Disbursements) categories are identified in the Transaction Activity Detail.

Market Appreciation reflects your Closing Market Value w/Accrued Income, less the net of contributions, withdrawals, and income earned, less your Opening Market Value w/Accrued Income.


**Wilmington Trust**

**Relationship Summary** *(continued)*

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Cash Activity Summary

| Category | Principal Cash | Current Period Income Cash | Total Cash | Principal Cash | Year-to-Date Income Cash | Total Cash |
|---|---|---|---|---|---|---|
| **Opening Balance** | **$10,262,208.14** | - | **$10,262,208.14** | **$10,060,326.67** | - | **$10,060,326.67** |
| **Receipts** | | | | | | |
| Cash Receipts | - | - | - | 37,128.69 | - | 37,128.69 |
| Dividends | - | 34,750.47 | 34,750.47 | - | 176,783.59 | 176,783.59 |
| Intra-Account Transfers | - | - | - | 137,999.90 | - | 137,999.90 |
| Maturities | - | - | - | - | - | - |
| Net Interest | - | - | - | - | - | - |
| Other Income | - | - | - | - | - | - |
| Other Receipts | - | - | - | 0.58 | - | 0.58 |
| Sales | - | - | - | 63,559.15 | - | 63,559.15 |
| Tax Refunds | - | - | - | - | - | - |
| **Total Receipts** | **-** | **$34,750.47** | **$34,750.47** | **$238,688.32** | **$176,783.59** | **$415,471.91** |
| **Disbursements** | | | | | | |
| Cash Disbursements | -25,000.00 | - | -25,000.00 | -$50,000.00 | - | -50,000.00 |
| Intra-Account Transfers | - | - | - | - | -137,999.90 | -137,999.90 |
| Other Disbursements | - | - | - | - | - | - |
| Other Fees | - | - | - | - | - | - |
| Purchases | -3,002.50 | - | -3,002.50 | -$14,809.35 | - | -14,809.35 |
| Tax Payments | - | - | - | - | - | - |
| Taxes Withheld | - | - | - | - | - | - |
| Wilmington Trust Fees | - | - | - | - | -4,033.22 | -4,033.22 |
| **Total Disbursements** | **-$28,002.50** | **-** | **-$28,002.50** | **-$64,809.35** | **-$142,033.12** | **-$206,842.47** |
| **TOTAL CLOSING BALANCE** | **$10,234,205.64** | **$34,750.47** | **$10,268,956.11** | **$10,234,205.64** | **$34,750.47** | **$10,268,956.11** |
| Net Total Payables and Receivables | - | - | - | | | |
| **NET OF CASH BALANCE** | **$10,234,205.64** | **$34,750.47** | **$10,268,956.11** | | | |

Opening and Total Closing Balances include holdings of cash and money market funds in USD currency.
Pending purchases, pending sales and foreign currency holdings are not included.



# Asset Allocation

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Principal Asset & Sub Asset Allocation

| Asset Class | Total Market Value (%) | Closing Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Market Value w/ Accrued Income |
|---|---|---|---|---|---|---|
| ■ **Equities** | | | | | | |
| U.S. Individual Equities | - | $0.34 | $15,310.37 | -$15,310.03 | - | $0.34 |
| **Total Equities** | - | **$0.34** | **$15,310.37** | **-$15,310.03** | - | **$0.34** |
| ■ **Other** | | | | | | |
| Privately Held Partnership | 31.37 | 4,694,468.56 | 2,804,627.83 | 1,889,840.73 | - | 4,694,468.56 |
| **Total Other** | **31.37%** | **$4,694,468.56** | **$2,804,627.83** | **$1,889,840.73** | - | **$4,694,468.56** |
| ■ **Cash & Equivalents** | | | | | | |
| Taxable | 68.40 | 10,234,205.64 | 10,234,205.64 | - | 36,071.34 | 10,270,276.98 |
| **Total Cash & Equivalents** | **68.40%** | **$10,234,205.64** | **$10,234,205.64** | - | **$36,071.34** | **$10,270,276.98** |
| **TOTAL PRINCIPAL ASSETS** | **99.77%** | **$14,928,674.54** | **$13,054,143.84** | **$1,874,530.70** | **$36,071.34** | **$14,964,745.88** |

## Income Asset & Sub Asset Allocation

| Asset Class | Total Market Value (%) | Closing Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Market Value w/ Accrued Income |
|---|---|---|---|---|---|---|
| ■ **Cash & Equivalents** | | | | | | |
| Taxable | 0.23% | $34,750.47 | $34,750.47 | - | - | $34,750.47 |
| **Total Cash & Equivalents** | **0.23%** | **$34,750.47** | **$34,750.47** | - | - | **$34,750.47** |
| **TOTAL INCOME ASSETS** | **0.23%** | **$34,750.47** | **$34,750.47** | - | - | **$34,750.47** |
| **TOTAL ASSETS** | **100%** | **$14,963,425.01** | **$13,088,894.31** | **$1,874,530.70** | **$36,071.34** | **$14,999,496.35** |



# Equity Overview

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
May 01, 2025 - May 31, 2025

## Equity Analysis

Please refer to the Glossary of Investment Terms for full definition of statistics presented on this page

### Summary

| Asset Class | Closing Market Value | Total Equity (%) |
|---|---|---|
| U.S. Individual Equities | $0.34 | 100% |
| **TOTAL** | **$0.34** | **100**% |

### U.S. Individual Equity Sector Allocation

| Sector | Closing Market Value | Total Sectors (%) |
|---|---|---|
| Communication Services | - | - |
| Consumer Discretionary | - | - |
| Consumer Staples | - | - |
| Energy | - | - |
| Financials | $0.34 | 100% |
| Health Care | - | - |
| Industrials | - | - |
| Information Technology | - | - |
| Materials | - | - |
| Real Estate | - | - |
| Utilities | - | - |
| **TOTAL** | **$0.34** | **100%** |

U.S. Individual Equity Sector Exposure reflects individual equities only and does not look through to holdings within mutual funds or other commingled vehicles.

# Wilmington Trust

## Holdings Detail - Principal

███0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## ■ Equities

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Dividend | Estimated Annual Income | Estimated Yield (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|
| **U.S. Individual Equities** | | | | | | | | | |
| **Financials** | | | | | | | | | |
| FIRST REPUBLIC BANK/SAN FRAN<br>Market Cap: SMALL VALUE<br>Ticker: FRCB; CUSIP: 33616C100 | 85 | - | $0.34 | $15,310.37 | -$15,310.03 | - | - | - | - |
| **Total Financials** | | | **$0.34** | **$15,310.37** | **-$15,310.03** | - | - | - | - |
| **Total U.S. Individual Equities** | | | **$0.34** | **$15,310.37** | **-$15,310.03** | - | - | - | - |
| **TOTAL EQUITIES** | | | **$0.34** | **$15,310.37** | **-$15,310.03** | - | - | - | - |

## ■ Other

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Market Value (%) |
|---|---|---|---|---|---|---|---|---|
| **Privately Held Partnership** | | | | | | | | |
| ARES CAPITAL EUROPE IV (D) LEVERED FEEDER<br>CUSIP: 99Y810DM5* | - | - | $643,205.99 | $577,777.14 | $65,428.85 | - | - | 4.30% |
| MONARCH CAPITAL PARTNERS OFFSHORE V LP<br>CUSIP: 99Y816UK7* | - | - | 569,618.10 | 525,693.19 | 43,924.91 | - | - | 3.81 |
| MONARCH OPPORTUNISTIC REAL ESTATE FUND 1-B LP<br>CUSIP: 99Y822DT5* | - | - | 429,056.12 | 400,682.48 | 28,373.64 | - | - | 2.87 |
| PRIVATE EQUITY VII OFFSHORE, L.P.<br>CUSIP: 99Y821MM2* | - | - | 486,626.35 | 419,240.01 | 67,386.34 | - | - | 3.25 |

*Table values for Private Markets, Hedge Funds, or Other asset classes reflect the most recent information available, but are typically illiquid and may have irregular reporting. Please consult with your Relationship Team for further details.

# Wilmington Trust

## Holdings Detail - Principal

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## ■ Other (continued)

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Market Value (%) |
|---|---|---|---|---|---|---|---|---|
| STEPSTONE PRIVATE ACCESS PARTNERSHIP, LP CUSIP: 99Y806YO6* | - | - | $2,565,962.00 | $881,235.01 | $1,684,726.99 | - | - | 17.15% |
| **Total Privately Held Partnership** | | | **$4,694,468.56** | **$2,804,627.83** | **$1,889,840.73** | **-** | **-** | **31.37%** |
| **TOTAL OTHER** | | | **$4,694,468.56** | **$2,804,627.83** | **$1,889,840.73** | **-** | **-** | **31.37%** |

## ■ Cash & Equivalents

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Effective Duration | Yield to Worst (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Taxable** | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | |
| US DOLLAR CURRENCY | | | -$34,750.47 | -$34,750.47 | - | - | - | - | - | -0.23% |
| **Total Cash Balance** | | | **-$34,750.47** | **-$34,750.47** | **-** | **-** | **-** | **-** | **-** | **-0.23%** |
| **Taxable Money Market Funds** | | | | | | | | | | |
| FEDERATED HERMES US TREASURY CASH RESERVES CLASS IS Ticker: UTIXX; CUSIP: 60934N682 | 10,268,956.11 | 1.00 | 10,268,956.11 | 10,268,956.11 | - | 36,071.34 | 424,107.89 | - | 4.13 | 68.63 |
| **Total Taxable Money Market Funds** | | | **$10,268,956.11** | **$10,268,956.11** | **-** | **$36,071.34** | **$424,107.89** | **-** | **4.13%** | **68.63%** |
| **Total Taxable** | | | **$10,234,205.64** | **$10,234,205.64** | **-** | **$36,071.34** | **$424,107.89** | **-** | **4.13%** | **68.40%** |
| **TOTAL CASH & EQUIVALENTS** | | | **$10,234,205.64** | **$10,234,205.64** | **-** | **$36,071.34** | **$424,107.89** | **-** | **4.13%** | **68.40%** |
| **Total Principal Portfolio** | | | **$14,928,674.54** | **$13,054,143.84** | **$1,874,530.70** | **$36,071.34** | **$424,107.89** | | | **99.77%** |
| Accrued Income | | | $36,071.34 | | | | | | | |
| **Total Principal Market Value w/ Accrued Income** | | | **$14,964,745.88** | | | | | | | |

*Table values for Private Markets, Hedge Funds, or Other asset classes reflect the most recent information available, but are typically illiquid and may have irregular reporting. Please consult with your Relationship Team for further details.

# Wilmington Trust

## Holdings Detail - Income

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## ■ Cash & Equivalents

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Effective Duration | Yield to Worst (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Taxable** | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | |
| US DOLLAR CURRENCY | | | $34,750.47 | $34,750.47 | - | - | - | - | - | 0.23% |
| **Total Cash Balance** | | | **$34,750.47** | **$34,750.47** | - | - | - | - | - | **0.23%** |
| **Total Taxable** | | | **$34,750.47** | **$34,750.47** | - | - | - | - | - | **0.23%** |
| **TOTAL CASH & EQUIVALENTS** | | | **$34,750.47** | **$34,750.47** | - | - | - | - | - | **0.23%** |
| | | | | | | | | | | |
| **Total Income Portfolio** | | | **$34,750.47** | **$34,750.47** | - | - | - | | | **0.23%** |
| Accrued Income | | | - | | | | | | | |
| | | | | | | | | | | |
| **Total Income Market Value w/ Accrued Income** | | | **$34,750.47** | | | | | | | |
| | | | | | | | | | | |
| **Grand Total** | | | **$14,963,425.01** | **$13,088,894.31** | **$1,874,530.70** | **$36,071.34** | **$424,107.89** | | | **100%** |
| Accrued Income | | | $36,071.34 | | | | | | | |
| | | | | | | | | | | |
| **Grand Total Market Value w/ Accrued Income** | | | **$14,999,496.35** | | | | | | | |

www.wilmingtontrust.com

20250605 05.51.54 : 2027591 : 17776729

# Wilmington Trust

## Activity Detail

**█0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
May 01, 2025 - May 31, 2025

## Transaction Activity Detail

| Trade Date Settlement Date | Transaction Type | Transaction Description | Quantity | Price | Principal Cash | Income Cash |
|---|---|---|---|---|---|---|
| **OPENING BALANCE** | | | | | **$10,262,208.14** | - |
| 05/01/2025 | Dividends | CASH RECEIPT OF DIVIDEND EARNED ON FEDERATED HERMES US TRSY CASH RES IS UNITS DUE 2025-04-30 | - | - | - | $34,750.47 |
| 05/16/2025 05/16/2025 | Purchases | PURCHASED 3002.5 UNITS OF PRIVATE EQUITY VII OFFSHORE, L.P. AT 1 TRADE DATE 2025-05-16 SETTLEMENT DATE 2025-05-16 CAPITAL CALL | - | - | -3,002.50 | - |
| 05/29/2025 | Cash Disbursements | CASH DISBURSEMENT DISTRIBUTION BY WIRE PAID TO LVW ADVISORS, LLC PER AUTH DTD 5/29/2025 LVW ADVISORS, LLC BANK OF AMERICA, N.A., NY █████8846 | - | - | -25,000.00 | - |
| **CLOSING BALANCE** | | | | | **$10,234,205.64** | **$34,750.47** |

www.wilmingtontrust.com

20250605 05.51.54 : 2027591 : 17776729

**WW** Wilmington Trust

## Activity Detail

0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Realized Gain / Loss Detail

| Transaction Description | Disposition Date | Quantity | Cost | Proceeds | Short Term Gain/Loss | Long Term Gain/Loss | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|

There are no realized gain/loss transactions to report for this statement period.

**Realized Gain/Loss estimates** are preliminary, are reliant upon accurate cost basis information, and may not reflect all cost basis adjustments. Corporate actions and income reclassifications will alter a holding's basis and subsequent gain/loss values. Gain/Loss estimates include results for both Taxable and Tax-exempt accounts. This is not a tax document and should not be used for tax preparation.

www.wilmingtontrust.com    20250605 05.51.54 : 2027591 : 17776729

# Wilmington Trust

## Disclosures

███0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Statement Disclosures

**Statement Review; Limitations on Actions**
Please carefully review your statements and retain them for your records as they may contain notices, disclosures and other important information in addition to the summary of the transactions in your account for the reporting period, including contributions, distributions, transfers, and purchases and sales of securities.  Summary data is also provided for off-setting investment option transfers or other transfers made between accounts.

Please report promptly any material inaccuracy or discrepancy in this information to your Relationship Manager. If revised data becomes available to Wilmington Trust after these reports are generated, we may update our records accordingly; however, revised data typically will not result in the generation of a new report.

**Fee Arrangements**
Wilmington Trust and its affiliates may earn additional compensation from uninvested cash in the form of earnings, which Wilmington Trust expects will be generated at the prevailing federal funds rate.  Such earnings may be generated between the time the moneys are received by Wilmington Trust and actually forwarded to implement investment instructions, or between the time a distribution is issued and presented.

**Affiliated Advisers**
"Wilmington Trust" is a registered service mark used in connection with various fiduciary and non-fiduciary services offered by certain subsidiaries of M&T Bank Corporation including Manufacturer's & Trader's Trust Company, Wilmington Trust company (operating in Delaware only), Wilmington Trust, N.A., Wilmington Funds Management Corporation, Wilmington Trust Investment Advisors, Inc., Wilmington Trust Asset Management, LLC and Wilmington Trust Investment Management, LLC. For additional information regarding the Wilmington Trust brand, underlying entities, and products and services offered, please visit our web site at www.wilmingtontrust.com. Please consult the applicable account governing agreement or instrument to ascertain the specific Wilmington Trust entity contracted to provide servies to an account.

In performing discretionary investment services for an account, Wilmington Trust has a preference for, and you should expect, account assets will be invested in one or more mutual funds administered, advised, or-sub-advised by its registered investment advisor affiliates ("Affiliated Mutual Funds"), which include Wilmington Trust Investment Advisors, Inc. (WTIA), Wilmington Trust Asset Management, LLC (WTAM), Wilmington Trust Investment Management, LLC (WTIM) and Wilmington Funds Management Corporation (WFMC).

Depending on the fund and share class utilized for the account, Wilmington Trust and/or its affiliates receive compensation for providing shareholder and other services (and potentially including services

under 12b-1 plans) to the Affiliated Mutual Funds. With respect to Affiliated Mutual Funds advised, sponsored, or otherwise serviced by Wilmington Trust, they will receive direct or indirect benefits, financial or otherwise in connection with such investments. The compensation for services provided to the Affiliated Mutual Funds is determined by the Board of Trustees that govern each Affiliated Mutual Fund and is subject to change at any time at the discretion of such Board of Trustees.

Currently, WFMC, in its capacity as investment adviser to the Affiliated Mutual Funds, is entitled to receive annual  management fees between 0.15% and 1.15% before fee waivers. WFMC compensates WTIA directly for sub-advisory services provided to the Affiliated Mutual Funds. In its capacity as co-administrator of the Wilmington Funds, WFMC is currently entitled to receive annual co-administration fees from the Affiliated Mutual Funds as follows: 0.04% on the first $5 billion; 0.03% on the next $2 billion; 0.025% on the next $3 billion; and 0.018% on assets in excess of $10 billion. All fees are calculated based on average daily net assets of the Affiliated Mutual Funds.

Certain Wilmington Trust entities may be entitled to receive shareholder servicing, distribution fees or other fees of up to 0.50% of the average daily net assets of the Affiliated Mutual Funds. Under certain circumstances, the account may receive a credit against the account-level fee for all or some portion of the Affiliated Mutual Fund fees when account assets are invested in an Affiliated Mutual Fund, or alternately, the value of account assets invested in an Affiliated Mutual Fund may be excluded from calculation of the account-level fee. Please consult a current prospectus, available at www.wilmingtonfunds.com, for further information about Affiliated Mutual Funds.

WTIA maintains updated disclosure information on Form ADV Part 2, the Disclosure Brochure. The Disclosure Brochure contains information about WTIA, including a description of WTIA's programs, fees, trading practices, conflicts of interest, key personnel, and other business activities. Please contact your Relationship Team for a copy of the Disclosure Brochure or to obtain further information about the Affiliated Mutual Funds.

Where permitted, Wilmington Trust, its affiliates and its sub-advisors may execute portfolio transactions with brokerage firms that provide proprietary and/or third-party research products and

# Wilmington Trust

## Disclosures

■ 0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.
May 01, 2025 - May 31, 2025

## Statement Disclosures *(continued)*

services, as well as trade execution. The brokerage firms providing such services may be paid commisisons in excess of those another broker or dealer might charge for executing such transactions. We may execute such transactions resulting in receipt of brokerage and research services, notwithstanding that the particular account(s) involved may not be a beneficiary of such brokerage or research. Receipt of research services and products from brokers or dealers who execute client trades involves conflicts of interest for Wilmington Trust, its affiliates and its sub-advisors because they do not have to produce or pay for the research itself, and thus have an incentive to select or recommend a broker based on their interest in receiving such research.

### Pricing and Valuation

Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed or made available separately to you. Wilmington Trust will also send you this information upon request. To the extent Wilmington Trust has custody of assets but no investment authority over your account, you have the right at any time to receive, at no additional cost to you, written confirmations of securities transactions that occur in your account. These confirmations will be mailed to you in the timeframe required by applicable regulations. Even if you previously waived your right to receive these confirmations, you may at any time ask to receive such confirmations going forward. Please contact your Relationship Manager if you wish to have written trade confirmations mailed to you.

If we are managing the assets in this account, please contact your Relationship Manager if there have been any changes to your financial situation or investment objectives, or if you wish to impose any reasonable restrictions that might affect the management of this account, or reasonably change any existing restrictions.

The investment values and estimated income information reported herein reflect the securities in your account on a trade date basis as of the close of your statement period. Pricing may reflect market price quotations, closing price, mean bid / ask price, or estimated market values obtained from various third-party quotation services which we believe to be reliable and which were available when the report was prepared. If an investment did not have a readily determinable value, then reported values were based on the last valuation available to us at the time the report was generated. For assets not custodied at Wilmington Trust, prices and values are provided by the custodian, the issuer or their administrator, and Wilmington Trust is not responsible for this information, nor can Wilmington Trust guarantee its accuracy or timeliness. Valuation for Private Equity, Private Real Estate and Other asset classes reflect the most recent information available, but are typically illiquid and may have irregular reporting. Consult your Relationship Manager for details regarding valuations for your illiquid holdings.

Reported values may not equal market value or fair value and may include accruals. Asset values will fluctuate. This report should not be used to prepare tax documents or financial statements.

Information for tax reporting purposes is set forth in the annual Wilmington Trust Tax Information Letter or other tax document provided by Wilmington Trust. Please contact your Relationship Team if you have any questions.

**Basis and limitations on use for Cost, Gains, and Losses.** This report is not a tax document and should not be relied upon to prepare tax documents or report tax information. This information is being provided for your review of transactions and balances in the account for the reporting period. For tax reporting, you should rely on the annual Wilmington Trust Tax Information Letter or other tax document provided by Wilmington Trust. Transactions requiring tax consideration should be reviewed with your own tax professional adviser. Unrealized Gain and Loss data is reliant upon accurate cost basis information and represents the current value of a security less the adjusted cost basis for that security. If the current value is greater than the adjusted cost basis, that position has an unrealized gain. Conversely, if value is less than the cost, the position carries an unrealized loss.

The cost basis of record for securities transferred into the account may have been provided to us by a delivering firm, a transfer agent, or another adviser on a best-efforts basis. Cost basis data provided through delivering firms is relied upon for this report but should be reviewed for accuracy by each client. Cost basis on fixed income securities is adjusted for amortization, accretion, or principal paydowns and the method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. Where no cost basis is available for a security as of the last day of the reporting period, that security will reflect the cost basis as unknown.

Investments and Insurance Products: Are NOT Deposits • Are NOT FDIC-Insured • Are NOT Insured By Any Federal Government Agency • Have NO Bank Guarantee • May Go Down in Value


# Wilmington Trust

## Glossary

**Accrued Dividend** represents dividends declared by the issuer which have not yet been paid.

**Accrued Income** represents income payments accumulated with a security (i.e., "priced in" to the security value) since the last payment date but not yet received. Income accrues daily and is reset every time accruals are paid.

**Cost** represents the reported original value of an asset adjusted for corporate actions, including stock splits, dividends, and return of capital distributions. Tax cost basis on fixed income securities are adjusted for amortization, accretion or principal paydowns. The method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. This information is used to estimate capital gains and losses; however, this is not a tax document. This information is being provided for your convenience and is for informational purposes only. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your tax advisor.

Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth by the Internal Revenue Service Code in the Emergency Economic Stabilization Act of 2008 and are, therefore, considered "noncovered" under the new cost basis reporting rules. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as securities which have been acquired on or after their applicable dates at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

**Credit ratings** are used to evaluate the likelihood of default by a bond issuer. Independent rating agencies, such as Moody's Investors Service, analyze the financial strength of each bond's issuer. Moody's ratings range from Aaa (highest quality) to C (lowest quality). Bonds rated Baa3 and better are considered "Investment Grade". Bonds rated Ba1 and below are "Speculative Grade" (also "High Yield"). The **Weighted Average Credit Rating** reflects a portfolio-weighted average of ratings on individual rated bonds – non-rated bonds are excluded – it does not represent a rating of the portfolio as a whole. The weighted average is intended only as an aggregate illustration of the portfolio holdings rather than as an indication of their respective risks, as certain risks –including the risk of default of individual issues– may be underrepresented by this measure.

**Duration** is a measure of a bond's sensitivity to changes in interest rates and is calculated as the average percentage change in a bond's value under parallel shifts of the yield curve. Thus a bond with duration of 4 would be expected to lose 1% in value (price) in the event of a 25 basis point (0.25%) increase in market rates, represented by the yield curve. Conversely, that bond would be expected to appreciate 1% in value with a 25 basis point decrease in market rates.

**Estimated Annual Income** is an indication of income return expected from security positions over the next 12 months assuming that the position quantities, interest /dividend rates, and prices remain constant. For U.S. government, corporate, and municipal bonds it is calculated by multiplying the coupon rate by the face value of the security. For common stocks, ADRs, REITs and mutual funds it is calculated using an indicated (projected) annual dividend. They are provided for illustrative purposes only, are not a forecast or guarantee of future results, and they should not be relied on for making investment, trading, or tax decisions.

**Estimated Yield** compares the anticipated earnings on investments (Estimated Annual Income) to the current price of the investments. Changes in the price of a security over time or in the amount of the investment held in your account will cause the estimated yield to vary. The actual yield may be higher or lower than the estimated amounts.

**Net Interest** represents the receipt of interest earned less the purchase of accrued interest on securities.

**Taxable** versus **Tax-exempt** status is determined at the security level, and not at the account type level. Thus accounts that carry a tax exemption, such as IRAs or various charitable trusts, often have holdings that are categorized as Taxable for this report. Conversely, securities classified as Tax-exempt for this report are held in taxable account types. Securities may be deemed Tax-exempt based on a tax-advantaged treatment, typically for interest payments on municipal bonds, which may not be available equally to all investors. Additionally, alternative tax treatments may mitigate or offset tax advantages reflected in this report. This report is not a tax document and should not be used for tax preparation.

**Term (Long or Short)** reflects the holding period of the security. Long term indicates a holding period one year or greater, while Short indicates a holding period less than one year.

**Trade Date** accounting is used throughout this report, unless otherwise identified, and records the purchase or sale of an asset as of the date on which an agreement to purchase/sell was entered, or a market trade executed, rather than on the settlement date (the actual delivery of the asset in exchange for payment). Thus, trades executed but pending settlement are treated as already present in the account in reliance upon successful settlement. Trade date treatment serves as a better

## Wilmington Trust

# Glossary

**0107 - COLLEGE OF ST. ROSE-DEBTOR-IN-POSS.**
May 01, 2025 - May 31, 2025

## Glossary  *(continued)*

reflection of actual decisions to buy/sell than settlement date, which can occur days later.

**Unit Cost** is the reported cost per share of an equity position, or cost per bond for debt securities. It reflects the price paid, adjusted for corporate actions such as stock splits and return of capital distributions. It is used to estimate capital gains and losses; however, you should rely only on your official tax documents for tax reporting purposes. All cost basis information is derived from transactions in the account or information supplied by you or other sources and is provided for your convenience and is for informational purposes only. There is no guarantee as to the accuracy of third-party cost basis information and it is not intended for tax reporting purposes. Please inform us in the event that a cost basis is not accurate.

**Unrealized Gain/Loss** is the difference between the current value of a security and the adjusted cost basis of that security. If the current value is greater than the original cost, that position has an unrealized gain. Conversely, if the current value is less than the original cost, that position has an unrealized loss.

**Yield to Worst** assumes the "worst case" yield to investors within the terms of the issue's provisions, such as use of prepayment, call, or sinking fund options that may be available to the issuer on some bonds.