CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
(516) 357-3700

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                         :

In re:                                              :    Chapter 11
                                                         :

THE COLLEGE OF SAINT ROSE,    :    Case No. 24-11131 (REL)
                                                         :

                      Debtor.                : :

------------------------------------------------------------- x

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF
<u>FIRST AMENDED CHAPTER 11 PLAN</u>**

PLEASE TAKE NOTICE, that the **Effective Date** of the First Amended Chapter 11 Plan of The College of Saint Rose dated May 19, 2025 (the "Plan"), confirmed by order of the Bankruptcy Court dated July 1, 2025, has been designated as, and will occur on, **July 1, 2025**.

Dated: Albany, New York
       July 1, 2025

                                              CULLEN AND DYKMAN LLP

                                              By: /s/   *Bonnie Pollack*
                                              Matthew G. Roseman, Esq.
                                              Bonnie L. Pollack, Esq.
                                              80 State Street, Suite 900
                                              Albany, New York 12207
                                              (516) 357-3700
                                              mroseman@cullenllp.com
                                              bpollack@cullenllp.com

                                              *Attorneys for The College of Saint Rose*

21492138.v1