CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
(516) 357-3700

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE COLLEGE OF SAINT ROSE, | Case No. 24-11131 (REL) |
| Debtor. | |

------------------------------------------------------------x

## DECLARATION REGARDING POST-CONFIRMATION DISBURSEMENTS PURSUANT TO LOCAL RULE 3021-1

DEBRA LEE POLLEY, declares under penalty of perjury, as follows:

1.  I am the Plan Administrator of The College of Saint Rose (the "Debtor") pursuant to the First Amended Chapter 11 Plan confirmed by order dated July 1, 2025.

2.  I submit this declaration pursuant to Local Bankruptcy Rule 3021-1, regarding the post-confirmation disbursements made in the Debtor's case during the month of July, 2025. I am the person responsible for making the post-confirmation disbursements.

3.  A spreadsheet of those disbursements, including the date of payment, amount of payment, payee and reason for payment, as well as the class of the Plan to which such payments correspond (or whether the payments are ordinary administrative costs), is annexed hereto as Exhibit "A". All payments made under the Plan complied with the terms of the Plan.

1

35033980.v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

s/ Debra Lee Polley
DEBRA LEE POLLEY

35033980.v1

## Administrative Costs

| Date | Amount | Vendor | Description | Prior to July 1 | July 1 for forward | Priority Tax Claim | Class 1 | Class 2 | Class 3 | Class 4 | Class 5 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2025 | 46,426.45 | Cullen and Dykman | May Invoice | 46,426.45 | | | | | | | | |
| 7/7/2025 | 23,177.60 | FTI Consulting | May Invoice | 23,177.60 | | | | | | | | |
| 7/7/2025 | 2,293.60 | Whiteman Hanna | May Invoice | 2,293.60 | | | | | | | | |
| 7/7/2025 | 285.00 | MedXwaste | June Invoices for document destruction | 285.00 | | | | | | | | |
| 7/7/2025 | 96.76 | Polley, Debra Lee | Fed Express package sent | 96.76 | | | | | | | | |
| 7/8/2025 | 1,905.69 | Fort Orange Club | MJW entertaining and Board meeting 6.26 | 1,905.69 | | | | | | | | |
| 7/8/2025 | 2,430.29 | White, Marcia | Reimb gas, lawn care, electric, internet, AC repairs an | 2,430.29 | | | | | | | | |
| 7/9/2025 | 993.05 | NRG | Energy | | | | 993.05 | | | | | |
| 7/9/2025 | 750,491.77 | NYS Department of Labc | Unemployment claims | | | 750,491.77 | | | | | | |
| 7/9/2025 | 234.58 | Key Bank | Monthly service charge | | 234.58 | | | | | | | |
| 7/1/2025 | 69.32 | ADP | Bi weekly payroll fee | 69.32 | | | | | | | | |
| 7/8/2025 | 640.00 | NYS Tax and Finance | Final sales tax payment | 640.00 | | | | | | | | |
| 7/10/2025 | 3,734.05 | M&T | P Card final payment | 3,734.05 | | | | | | | | |
| 7/21/2025 | 612.50 | Preville Technology Sen | Assist with network shutdown | 612.50 | | | | | | | | |
| 7/21/2025 | 7,629.00 | Arthur J Gallagher | Fiduciary Insurance for pension fund | | 7,629.00 | | | | | | | |
| 7/21/2025 | 20,081.53 | US Trustee Fee | 2nd quarter trustee fee | | 20,081.53 | | | | | | | |
| 7/24/2025 | 6,750.00 | Debra Lee Polley | July Monthly Plan Administrator Fee | | 6,750.00 | | | | | | | |
| 7/27/2025 | 5,711.24 | University at Albany | Parchment checks transfer | 5,711.24 | | | | | | | | |
| 7/27/2025 | 5,762.75 | Milliman, Inc | Info to PBGC and Form 5500 prep | | 5,762.75 | | | | | | | |
| 7/31/2025 | 9.00 | Bank United | July bank service fee | | 9.00 | | | | | | | |
| 7/31/2025 | 3.00 | M&T Bank | July bank service fee | | 3.00 | | | | | | | |
| 7/31/2025 | 3.00 | M&T Bank | July bank service fee | | 3.00 | | | | | | | |
| 7/31/2025 | 1,983.70 | Wilmington Trust | July Endowment service fee | | 1,983.70 | | | | | | | |
| | 881,323.88 | | | 87,382.50 | 42,456.56 | 750,491.77 | 993.05 | | | | | 881,323.88 |