CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
(516) 357-3700

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| THE COLLEGE OF SAINT ROSE, | : Case No. 24-11131 (REL) |
| | : |
| Debtor. | :: |

-----------------------------------------------------------------x

## DECLARATION REGARDING POST-CONFIRMATION DISBURSEMENTS PURSUANT TO LOCAL RULE 3021-1

DEBRA LEE POLLEY, declares under penalty of perjury, as follows:

1. I am the Plan Administrator of The College of Saint Rose (the "Debtor") pursuant to the First Amended Chapter 11 Plan confirmed by order dated July 1, 2025.

2. I submit this declaration pursuant to Local Bankruptcy Rule 3021-1, regarding the post-confirmation disbursements made in the Debtor's case during the month of August, 2025. I am the person responsible for making the post-confirmation disbursements.

3. A spreadsheet of those disbursements, including the date of payment, amount of payment, payee and reason for payment, as well as the class of the Plan to which such payments correspond (or whether the payments are ordinary administrative costs), is annexed hereto as Exhibit "A". All payments made under the Plan complied with the terms of the Plan.

1

35062853.v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

s/ Debra Lee Polley
DEBRA LEE POLLEY

2

35062853.v1

Ties to bank records

| | | | | Administrative Costs | | Superpriority Claim/ | Secured bondholders | | | | Canon Equipment | |
| | | | | Prior to July 1 | July 1 forward | Cash Receipts transferred | Class 1 | Class 2 | Class 3 | Class 4 | Class 5 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Amount | Vendor | Description | | | | | | | | | |
| 8/7/2025 | 381.52 | Marcia J White | Reimbursement of lawn care and 8 days of electric | 381.52 | - | | | | | | | |
| 8/4/2025 | 900,000.00 | Wilmington Trust | Bondholder partial payment | | | 900,000.00 | | | | | | |
| 8/4/2025 | 6,750.00 | Debra Lee Polley | August Monthly Plan Administrator Fee | | 6,750.00 | | | | | | | |
| 8/5/2025 | 900,000.00 | Wilmington Trust | Bondholder partial payment | | | 715,182.00 | | 184,818.00 | | | | |
| 8/7/2025 | 329,980.96 | Wilmington Trust | Bondholder partial payment | | | | | 329,980.96 | | | | |
| 8/11/2025 | 8,336.27 | NYS Department of Labor | 2nd Qtr Unemployment fee | | 8,336.27 | | | | | | | |
| 8/11/2025 | 209.00 | Debra Lee Polley | Renewal of post office box 6 months | | 209.00 | | | | | | | |
| 8/11/2025 | 24,256.34 | Cullen and Dykman | July Legal Invoice | | 24,256.34 | | | | | | | |
| 8/12/2025 | 15.00 | Bank United | Bank Fee for incoming wire | | 15.00 | | | | | | | |
| 8/19/2025 | 44.18 | Adam Tegnander | First Distribution, 90 So. Manning Blvd | | | | | | | | 44.18 | |
| 8/19/2025 | 72.00 | Adrian Donnelly | First Distribution, 90 So. Manning Blvd | | | | | | | | 72.00 | |
| 8/19/2025 | 205.77 | Alatlia Myers | First Distribution, 90 So. Manning Blvd | | | | | | | | 205.77 | |
| 8/19/2025 | 355.90 | Albany Fire Extinguisher | First Distribution, 90 So. Manning Blvd | | | | | | | | 355.90 | |
| 8/19/2025 | 32.80 | Alexander Zavadil | First Distribution, 90 So. Manning Blvd | | | | | | | | 32.80 | |
| 8/19/2025 | 200.29 | Alexandra Nelson | First Distribution, 90 So. Manning Blvd | | | | | | | | 200.29 | |
| 8/19/2025 | 81.60 | Alliance Risk Group | First Distribution, 90 So. Manning Blvd | | | | | | | | 81.60 | |
| 8/19/2025 | 72.64 | Alp Gulden | First Distribution, 90 So. Manning Blvd | | | | | | | | 72.64 | |
| 8/19/2025 | 40.00 | Amy Hunter | First Distribution, 90 So. Manning Blvd | | | | | | | | 40.00 | |
| 8/19/2025 | 800.04 | Barry and Jamie Davis | First Distribution, 90 So. Manning Blvd | | | | | | | | 800.04 | |
| 8/19/2025 | 527.00 | Belfor USA Group Inc. | First Distribution, 90 So. Manning Blvd | | | | | | | | 527.00 | |
| 8/19/2025 | 100.22 | Carlos Manjivar | First Distribution, 90 So. Manning Blvd | | | | | | | | 100.22 | |
| 8/19/2025 | 48.00 | Carrie Harris | First Distribution, 90 So. Manning Blvd | | | | | | | | 48.00 | |
| 8/19/2025 | 40.00 | Chelsea Murphy | First Distribution, 90 So. Manning Blvd | | | | | | | | 40.00 | |
| 8/19/2025 | 306.73 | ChemSearch Solutions | First Distribution, 90 So. Manning Blvd | | | | | | | | 306.73 | |
| 8/19/2025 | 324.82 | CT Male Associates | First Distribution, 90 So. Manning Blvd | | | | | | | | 324.82 | |
| 8/19/2025 | 39.20 | David Travers | First Distribution, 90 So. Manning Blvd | | | | | | | | 39.20 | |
| 8/19/2025 | 492.82 | Dump It. LLC | First Distribution, 90 So. Manning Blvd | | | | | | | | 492.82 | |
| 8/19/2025 | 57.60 | Educational Computer Systems, Inc | First Distribution, 90 So. Manning Blvd | | | | | | | | 57.60 | |
| 8/19/2025 | 40.00 | Elizabeth Willis | First Distribution, 90 So. Manning Blvd | | | | | | | | 40.00 | |
| 8/19/2025 | 56.00 | Emily Pinkerton | First Distribution, 90 So. Manning Blvd | | | | | | | | 56.00 | |
| 8/19/2025 | 44.33 | Erin Lyke | First Distribution, 90 So. Manning Blvd | | | | | | | | 44.33 | |
| 8/19/2025 | 4,005.85 | First Light | First Distribution, 90 So. Manning Blvd | | | | | | | | 4,005.85 | |
| 8/19/2025 | 40.00 | Frank Ahearn | First Distribution, 90 So. Manning Blvd | | | | | | | | 40.00 | |
| 8/19/2025 | 58.40 | Gia Gencic | First Distribution, 90 So. Manning Blvd | | | | | | | | 58.40 | |
| 8/19/2025 | 72.23 | Gina Zuckrow | First Distribution, 90 So. Manning Blvd | | | | | | | | 72.23 | |
| 8/19/2025 | 184.01 | Grand River Solutions Inc | First Distribution, 90 So. Manning Blvd | | | | | | | | 184.01 | |
| 8/19/2025 | 240.01 | Greater Worchester Community For | First Distribution, 90 So. Manning Blvd | | | | | | | | 240.01 | |
| 8/19/2025 | 57.60 | Green Genies | First Distribution, 90 So. Manning Blvd | | | | | | | | 57.60 | |
| 8/19/2025 | 983.34 | Green Street Power Partners | First Distribution, 90 So. Manning Blvd | | | | | | | | 983.34 | |
| 8/19/2025 | 54.29 | Hannah Deetz | First Distribution, 90 So. Manning Blvd | | | | | | | | 54.29 | |
| 8/19/2025 | 80.00 | Hannah Liscomb | First Distribution, 90 So. Manning Blvd | | | | | | | | 80.00 | |
| 8/19/2025 | 48.48 | Warren Cook | First Distribution, 90 So. Manning Blvd | | | | | | | | 48.48 | |
| 8/19/2025 | 48.00 | Hessem Loayza-Ladcani | First Distribution, 90 So. Manning Blvd | | | | | | | | 48.00 | |
| 8/19/2025 | 100.80 | Hogan, Marren Babbo & Rose Ltd | First Distribution, 90 So. Manning Blvd | | | | | | | | 100.80 | |
| 8/19/2025 | 123.53 | Ilia Bakhriev | First Distribution, 90 So. Manning Blvd | | | | | | | | 123.53 | |
| 8/19/2025 | 87.52 | Janice Jenkins | First Distribution, 90 So. Manning Blvd | | | | | | | | 87.52 | |
| 8/19/2025 | 60.56 | Jenna Muckle | First Distribution, 90 So. Manning Blvd | | | | | | | | 60.56 | |
| 8/19/2025 | 170.46 | Jill Hepp | First Distribution, 90 So. Manning Blvd | | | | | | | | 170.46 | |
| 8/19/2025 | 178.62 | John Ciano | First Distribution, 90 So. Manning Blvd | | | | | | | | 178.62 | |
| 8/19/2025 | 28.80 | Jovan Carpino | First Distribution, 90 So. Manning Blvd | | | | | | | | 28.80 | |
| 8/19/2025 | 63.96 | Julia Gargano | First Distribution, 90 So. Manning Blvd | | | | | | | | 63.96 | |
| 8/19/2025 | 96.00 | Julianne Keegan | First Distribution, 90 So. Manning Blvd | | | | | | | | 96.00 | |
| 8/19/2025 | 41.60 | Justin Simon | First Distribution, 90 So. Manning Blvd | | | | | | | | 41.60 | |
| 8/19/2025 | 40.00 | Laura Albright | First Distribution, 90 So. Manning Blvd | | | | | | | | 40.00 | |
| 8/19/2025 | 2,662.52 | Riverview Companies Northeast, LL | First Distribution, 90 So. Manning Blvd | | | | | | | | 2,662.52 | |
| 8/19/2025 | 57.16 | Malcolm Moran | First Distribution, 90 So. Manning Blvd | | | | | | | | 57.16 | |
| 8/19/2025 | 38.88 | Margaret Fleming | First Distribution, 90 So. Manning Blvd | | | | | | | | 38.88 | |
| 8/19/2025 | 275.89 | Marguerite Vanden Wyngaard | First Distribution, 90 So. Manning Blvd | | | | | | | | 275.89 | |
| 8/19/2025 | 640.03 | Mark's Organic Pest Control | First Distribution, 90 So. Manning Blvd | | | | | | | | 640.03 | |
| 8/19/2025 | 40.00 | Masconomet Regional Scholarship | First Distribution, 90 So. Manning Blvd | | | | | | | | 40.00 | |
| 8/19/2025 | 46.08 | Mikel Azcue | First Distribution, 90 So. Manning Blvd | | | | | | | | 46.08 | |
| 8/19/2025 | 233.21 | Milliman, Inc | First Distribution, 90 So. Manning Blvd | | | | | | | | 233.21 | |
| 8/19/2025 | 80.00 | Miosotis Tennant | First Distribution, 90 So. Manning Blvd | | | | | | | | 80.00 | |
| 8/19/2025 | 22,562.06 | Nat Grid | First Distribution, 90 So. Manning Blvd | | | | | | | | 22,562.06 | |
| 8/19/2025 | 736.13 | NRG | First Distribution, 90 So. Manning Blvd | | | | | | | | 736.13 | |
| 8/19/2025 | 240.01 | NYS Higher Education Services | First Distribution, 90 So. Manning Blvd | | | | | | | | 240.01 | |
| 8/19/2025 | 128.58 | NYS Office for People with Develop | First Distribution, 90 So. Manning Blvd | | | | | | | | 128.58 | |
| 8/19/2025 | 217.85 | Peter Anadio | First Distribution, 90 So. Manning Blvd | | | | | | | | 217.85 | |

| Date | Amount | Payee | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/19/2025 | 40.00 | Salvatore Canova | First Distribution, 90 So. Manning Blvd | | | | | | | 40.00 |
| 8/19/2025 | 40.00 | Sarah Johnson | First Distribution, 90 So. Manning Blvd | | | | | | | 40.00 |
| 8/19/2025 | 28.00 | Shavaria Perkins | First Distribution, 90 So. Manning Blvd | | | | | | | 28.00 |
| 8/19/2025 | 80.57 | Silvia Mejia | First Distribution, 90 So. Manning Blvd | | | | | | | 80.57 |
| 8/19/2025 | 192,750.19 | Sodexo Inc. & Associates | First Distribution, 90 So. Manning Blvd | | | | | | | 192,750.19 |
| 8/19/2025 | 28.00 | Thomas Hoffay | First Distribution, 90 So. Manning Blvd | | | | | | | 28.00 |
| 8/19/2025 | 40.00 | Thomas Jefferson University | First Distribution, 90 So. Manning Blvd | | | | | | | 40.00 |
| 8/19/2025 | 648.03 | Tri-County Refrigeration | First Distribution, 90 So. Manning Blvd | | | | | | | 648.03 |
| 8/19/2025 | 40.00 | Trisha Vecchione | First Distribution, 90 So. Manning Blvd | | | | | | | 40.00 |
| 8/19/2025 | 40.00 | Tristan Kisling | First Distribution, 90 So. Manning Blvd | | | | | | | 40.00 |
| 8/19/2025 | 51.20 | Unity House of Troy, Inc | First Distribution, 90 So. Manning Blvd | | | | | | | 51.20 |
| 8/19/2025 | 1,808.18 | UHY, LLP | First Distribution, 90 So. Manning Blvd | | | | | | | 1,808.18 |
| 8/19/2025 | 441.31 | Usherwood Office Technology | First Distribution, 90 So. Manning Blvd | | | | | | | 441.31 |
| 8/19/2025 | 28.91 | Verizon Wireless | First Distribution, 90 So. Manning Blvd | | | | | | | 28.91 |
| 8/19/2025 | 73.62 | W. Daniel Billington DMD | First Distribution, 90 So. Manning Blvd | | | | | | | 73.62 |
| 8/19/2025 | 26.00 | Whiteman Hanna | First Distribution, 90 So. Manning Blvd | | | | | | | 26.00 |
| 8/19/2025 | 89,077.43 | Canon Financial Services, Inc | First Distribution, 90 So. Manning Blvd | | | | | | | 89,077.43 |
| 8/19/2025 | 104,737.04 | EAB Global, Inc | First Distribution, 90 So. Manning Blvd | | | | | | | 104,737.04 |
| 8/19/2025 | 194,957.29 | Pension Benefit Guaranty Corporati | First Distribution, 90 So. Manning Blvd | | | | | | | 194,957.29 |
| 8/19/2025 | 769.40 | County Waste-Clifton Park | First Distribution, 90 So. Manning Blvd | | | | | | | 769.40 |
| 8/21/2025 | 228.33 | Debra Lee Polley | Stamps, labels and printer cartridges | | 228.33 | - | | | | - |
| 8/21/2025 | 6,060.00 | Iron Mountain | Record Retention storage | 6,060.00 | | | | | | - |
| 8/28/2025 | 1,607.10 | Level 3 Communications | Final bill for internet | 1,607.10 | | - | | | | |
| 8/29/2025 | 1,637.00 | Milliman, Inc | July PBGC work | | 1,637.00 | | | | | |
| 8/29/2025 | 111,775.98 | Cullen and Dykman | Feb to June payout less retainer of $25,000 | 111,775.98 | | | | | | |
| 8/29/2025 | 21,962.22 | FTI | Feb to June payout less retainer of $68,240.80 | 21,962.22 | | | | | | |
| 8/31/2025 | 227.46 | Key Bank | Monthly bank service fee | | 227.46 | | | | | |
| 8/31/2025 | 11.00 | Bank United | Monthly bank service fee | | 11.00 | | | | | |
| | 2,937,967.75 | | | 141,786.82 | 41,670.40 | 1,615,182.00 | - | 514,798.96 | - | - | 624,529.57 | 2,937,967.75 | - |