CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
(516) 357-3700

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
THE COLLEGE OF SAINT ROSE,                                   :  Case No. 24-11131 (REL)
                                                             :
                    Debtor.                                  :
                                                             :
                                                             :
------------------------------------------------------------ x

**APPLICATION FOR FINAL DECREE**

The College of Saint Rose ("**Debtor**"), the debtor in the above-captioned Chapter 11 case, respectfully submits this Report of Substantial Consummation and Application for Final Decree and respectfully requests that the Court issue a Final Decree in the above-captioned Chapter 11 case.

1. The First Amended Chapter 11 Plan (the "**Plan**") of the Debtor was confirmed by the Order of the Court dated July 1, 2025. Administration of the Plan was transferred to the Plan Administrative and contemplated in the Plan. The Debtor has also commenced making the payments required under the Plan. The Confirmation Order has become final as no appeal has been taken from that order and the time to do so has expired and the Effective Date of the Plan occurred on July 1, 2025.

2. All motions, contested matters, and adversary proceedings have been finally resolved.

3. As demonstrated by the foregoing, there has been substantial consummation of the Plan.

4. The Final Report accompanies this Application.

5. The following table summarizes the distributions in this case.

| Plan Classification | Total Claim Amounts | Amount Paid To Date | Dividend Paid To Date |
|---|---|---|---|
| **Administrative Expenses:** Paid in Ordinary course | | | 100% |
| **Remaining Professional Fees(net of retainers):** | | | |
| Cullen and Dykman LLP | $111,775.98 | $111,775.98 | 100% |
| FTI Consulting Inc. | $21,962.22 | $21,962.22 | 100% |
| **Superiority Claims:** Bondholders | $1,615,182.00 | $1,615,182.00 | 100% |
| **Priority Tax Claims:** NYS Department of Labor | $750,491.00 | $750,491.00 | 100% |
| **Other Priority Claims:** NRG | $993.00 | $993.00 | 100% |
| **Bondholder Secured Claim:** | $46,925,537.00[1] | $26,081,042.56[2] | 55.6% |
| **Bondholder Deficiency Claim:** | $22,459,676.09 | $0.00 | 0.00% |
| **General Unsecured Claims:** | $3,908,953.28 | $624,529.57 | 16% |

6. The remaining distributions upon the Bondholder Deficiency Claim and General Unsecured Claims (consisting of the funds in Debtor's bank accounts less expenses to be paid as set forth in the Plan) will be paid in accordance of the Plan.

---

[1] Calculated as the total secured claim of $48,540,719 less the superiority claim of $1,615,182.
[2] Includes a credit of $502,751 from the assignment of funds due to the Debtor from United Educators and payment of $22,352,791.90 sent directly by title company upon sale of campus.

CLIENTS\22484\3\35071292.v1-9/15/25

**WHEREFORE**, the Debtor respectfully requests that the Court enter a Final Decree in this Chapter 11 case and grant such other and further relief as may be just and proper.

Dated: Albany, New York
September 15, 2025

                                  CULLEN AND DYKMAN LLP

                                  By: /s/  *Bonnie Pollack*
                                  Matthew G. Roseman, Esq.
                                  Bonnie L. Pollack, Esq.
                                  80 State Street, Suite 900
                                  Albany, New York 12207
                                  (516) 357-3700
                                  mroseman@cullenllp.com
                                  bpollack@cullenllp.com

                                  *Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
THE COLLEGE OF SAINT ROSE,                                         : Case No. 24-11131 (REL)
                                                                   :
           Debtor.                                                 :
                                                                   :
------------------------------------------------------------------ x

# *FINAL REPORT*

1. The following disbursements have been made to date under the confirmed Plan. Copies of the checks or wire transfers reflecting the disbursements are attached hereto and made a part hereof as **Exhibit A**.

| Plan Classification | Total Claim Amounts | Amount Paid To Date | Dividend Paid To Date |
|---|---|---|---|
| Administrative Expenses: Paid in Ordinary course | | | 100% |
| Remaining Professional Fees(net of retainers): | | | |
| Cullen and Dykman LLP | $111,775.98 | $111,775.98 | 100% |
| FTI Consulting Inc. | $21,962.22 | $21,962.22 | 100% |
| Superiority Claims: Bondholders | $1,615,182.00 | $1,615,182.00 | 100% |
| Priority Tax Claims: NYS Department of Labor | $750,491.00 | $750,491.00 | 100% |
| Other Priority Claims: NRG | $993.00 | $993.00 | 100% |
| Bondholder Secured Claim: | $46,925,537.00[3] | $26,081,042.56[4] | 55.6% |

---

[3] Calculated as the total secured claim of $48,540,719 less the superiority claim of $1,615,182.
[4] Includes a credit of $502,751 from the assignment of funds due to the Debtor from United Educators and payment of $22,352,791.90 sent directly by title company upon sale of campus.

1

| | | | |
|---|---|---|---|
| Bondholder Deficiency Claim: | $22,459,676.09 | $0.00 | 0.00% |
| General Unsecured Claims: | $3,908,953.28 | $624,529.57 | 16% |

# CERTIFICATION

I, the undersigned, certify under the penalty of perjury that the information contained in this final report is truthful, complete and accurate to the best of my knowledge.

Dated: September 15, 2025

                                        THE COLLEGE OF SAINT ROSE

                                        By: _/s/ Debra Lee Polley_
                                                Debra Lee Polley
                                                Plan Administrator