CULLEN AND DYKMAN LLP
80 State Street, Suite 900
Albany, New York 12207
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
(516) 357-3700

*Counsel for The College of Saint Rose*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: : Chapter 11
:
THE COLLEGE OF SAINT ROSE, : Case No. 24-11131 (REL)
:
Debtor. ::
-----------------------------------------------------------------x

## DECLARATION REGARDING POST-CONFIRMATION DISBURSEMENTS PURSUANT TO LOCAL RULE 3021-1

DEBRA LEE POLLEY, declares under penalty of perjury, as follows:

1.  I am the Plan Administrator of The College of Saint Rose (the "Debtor") pursuant to the First Amended Chapter 11 Plan confirmed by order dated July 1, 2025.

2.  I submit this declaration pursuant to Local Bankruptcy Rule 3021-1, regarding the post-confirmation disbursements made in the Debtor's case during the month of September, 2025. I am the person responsible for making the post-confirmation disbursements.

3.  A spreadsheet of those disbursements, including the date of payment, amount of payment, payee and reason for payment, as well as the class of the Plan to which such payments correspond (or whether the payments are ordinary administrative costs), is annexed hereto as Exhibit "A". All payments made under the Plan complied with the terms of the Plan.

1

35100243.v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

s/ Debra Lee Polley
DEBRA LEE POLLEY

| Date | Amount | Vendor | Description | Administrative Costs Prior to July 1 | Administrative Costs July 1 for forward | Superpriority Claim/ Tax C | Class 1 | Class 2 | Class 3 | Class 4 | Class 5 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/5/2025 | 55.87 | ADP | Processing of tax forms for payroll | 55.87 | | | | | | | | 55.87 |
| 9/17/2025 | 6,750.00 | Debra Lee Polley | August Monthly Plan Administrator Fee | | 6,750.00 | | | | | | | 6,750.00 |
| 9/30/2025 | 30,017.50 | Cullen and Dykman | Feb to June payout less retainer of $25,000 | | 30,017.50 | | | | | | | 30,017.50 |
| 9/30/2025 | 42.76 | Key Bank | September Monthly Bank Fee | | 42.76 | | | | | | | 42.76 |
| 9/30/2025 | 7.00 | Bank United | Monthly bank fees | | 7.00 | | | | | | 0 | 7.00 |
| | 36,873.13 | | | | 36,873.13 | | | | | | | 36,873.13 |